**Fill in this Information to Identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7

■ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

06/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Identify Yourself

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **1. Your full name** <br><br> Write the name that is on your government-issued picture identification (for example, your driver's license or passport). <br><br> Bring your picture identification to your meeting with the trustee. | **Andrew** <br> First name <br><br> _____ <br> Middle name <br><br> **Stupin** <br> Last name and Suffix (Sr., Jr., II, III) | **Julie** <br> First name <br><br> _____ <br> Middle name <br><br> **Stupin** <br> Last name and Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years** <br><br> Include your married or maiden names and any assumed, trade names and *doing business as* names. <br><br> Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | | |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-6896 | xxx-xx-0508 |

Debtor 1   **Andrew Stupin**

Debtor 2   **Julie Stupin**

Case number *(if known)*

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4.** Your Employer Identification Number (EIN), if any. | EIN | EIN |

**5. Where you live**

**215 5th Street, Suite A**
**Huntington Beach, CA 92648**
Number, Street, City, State & ZIP Code

**Orange**
County

If your mailing address is different from the one above, fill it in here. Note that the court will send any notices to you at this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

**If Debtor 2 lives at a different address:**

Number, Street, City, State & ZIP Code

County

If Debtor 2's mailing address is different from yours, fill it in here. Note that the court will send any notices to this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☒ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

*Check one:*

☒ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

Debtor 1   **Andrew Stupin**
Debtor 2   **Julie Stupin**                                        Case number *(if known)* _____

| Part 2: | Tell the Court About Your Bankruptcy Case |
|---|---|

**7.   The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7

■ Chapter 11

☐ Chapter 12

☐ Chapter 13

**8.   How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.   Have you filed for bankruptcy within the last 8 years?**

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.   Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No

☐ Yes.

| Debtor | _____ | | | Relationship to you | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number, if known | _____ |
| Debtor | _____ | | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11.   Do you rent your residence?**

■ No.     Go to line 12.

☐ Yes.    Has your landlord obtained an eviction judgment against you?

☐     No. Go to line 12.

☐     Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Official Form 101                   **Voluntary Petition for Individuals Filing for Bankruptcy**                   page 3

Debtor 1   **Andrew Stupin**
Debtor 2   **Julie Stupin**

Case number *(if known)* _____

---

**Part 3:**   **Report About Any Businesses You Own as a Sole Proprietor**

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.   Go to Part 4.

☐ Yes.   Name and location of business

Name of business, if any _____

Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐   Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐   Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐   Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐   Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐   None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**
For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☐ No.   I am not filing under Chapter 11.

■ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

**Part 4:**   **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention**

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.

What is the hazard? _____

If immediate attention is needed, why is it needed? _____

Where is the property? _____

Number, Street, City, State & Zip Code

---

Debtor 1    **Andrew Stupin**

Debtor 2    **Julie Stupin**

Case number *(if known)* _____

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |
| --- | --- |

**15.** **Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1    **Andrew Stupin**

Debtor 2    **Julie Stupin**                                                                Case number *(if known)* _____

| **Part 6:** | **Answer These Questions for Reporting Purposes** |
|---|---|

**16. What kind of debts do you have?**

**16a.** **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ No. Go to line 16b.

☐ Yes. Go to line 17.

**16b.** **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☑ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts

_____

**17. Are you filing under Chapter 7?**

☑ No.    I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes.    I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

☐ 1-49
☑ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**19. How much do you estimate your assets to be worth?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☑ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☑ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| **Part 7:** | **Sign Below** |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

_____          _____
**Andrew Stupin**                                        **Julie Stupin**
Signature of Debtor 1                                 Signature of Debtor 2

Executed on   **April 17, 2026**                   Executed on   **April 17, 2026**
MM / DD / YYYY                                        MM / DD / YYYY

| Debtor 1 | **Andrew Stupin** | Case number *(if known)* | |
|---|---|---|---|
| Debtor 2 | **Julie Stupin** | | |

| | |
|---|---|
| **For your attorney, if you are represented by one**<br><br>**If you are not represented by an attorney, you do not need to file this page.** | I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect. |

Signature of Attorney for Debtor

Date **April 17, 2026**
MM / DD / YYYY

**David B. Golubchik 185520**
Printed name

**Levene, Neale, Bender, Yoo & Golubchik L.L.P.**
Firm name

**2818 La Cienega Ave.**
**Los Angeles, CA 90034**
Number, Street, City, State & ZIP Code

Contact phone   **(310) 229-1234**          Email address

**185520 CA**
Bar number & State

Certificate Number: 14751-CAS-CC-040856336



14751-CAS-CC-040856336

# CERTIFICATE OF COUNSELING

I CERTIFY that on April 14, 2026, at 12:46 o'clock PM PDT, Andrew Stupin received from $$$$$$0$ BK Class, Inc., an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the Southern District of California, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:    April 14, 2026                By:    /s/AMEY AIONO

                                      Name:   AMEY AIONO

                                      Title:  Certified Credit Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).

Certificate Number: 14751-CAS-CC-040856340



14751-CAS-CC-040856340

# CERTIFICATE OF COUNSELING

I CERTIFY that on April 14, 2026, at 12:46 o'clock PM PDT, Julie Stupin received from $$$$$$0$ BK Class, Inc., an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the Southern District of California, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:   April 14, 2026                By:   /s/AMEY AIONO

                                      Name:  AMEY AIONO

                                      Title:  Certified Credit Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. 109(h) and 521(b).

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Andrew Stupin | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Julie Stupin | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA

Case number
(if known) _____

☐ Check if this is an
amended filing

## B 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders                          12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:**  List the 20 Unsecured Claims in Order from Largest to Smallest.  Do Not Include Claims by Insiders.

**Unsecured claim**

**1**
Michael Kaplan
PO Box 277
Surfside, CA 90743

What is the nature of the claim?   Investor - CREI
Promissory Note                $2,745,000.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)   _____

Value of security:   -   _____

Contact

562-208-6030                Unsecured claim   _____
Contact phone

**2**
Robert & Mai Linh Purdy
1718 Port Charles Place
Huntington Beach, CA 96248

What is the nature of the claim?   Investor - CREI
Promissory Note                $1,300,000.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
No

Debtor 1    **Andrew Stupin**
Debtor 2    **Julie Stupin**                                          Case number *(if known)*  _____

_____          ■
Contact                   ☐    Yes. Total claim (secured and unsecured)    _____

**714-962-1446**                  Value of security:                   -  _____
Contact phone                     Unsecured claim                         _____

---

**3** [■]

**Jane Torpipat & Don Torpipiat**
**11310 Carob Cir.**
**Fountain Valley, CA 92708**

What is the nature of the claim?    **Investor - CREI**    **$1,200,000.00**
                                    **Promissory Note**    _____

As of the date you file, the claim is: Check all that apply
☐    Contingent
☐    Unliquidated
☐    Disputed
■    None of the above apply

Does the creditor have a lien on your property?

■    No
☐    Yes. Total claim (secured and unsecured)    _____

_____
Contact

**714-227-7562**                  Value of security:                   -  _____
Contact phone                     Unsecured claim                         _____

---

**4** [■]

**Global Medical Systems**
**10391 E. Rosemary Lane**
**Scottsdale, AZ 08255**

What is the nature of the claim?    **Investor - CREI**    **$700,000.00**
                                    **Promissory Note**    _____

As of the date you file, the claim is: Check all that apply
☐    Contingent
☐    Unliquidated
☐    Disputed
■    None of the above apply

Does the creditor have a lien on your property?

■    No
☐    Yes. Total claim (secured and unsecured)    _____

_____
Contact

**714-717-0747**                  Value of security:                   -  _____
Contact phone                     Unsecured claim                         _____

---

**5** [■]

**Gibson Family Trust**
**12 Whalers Bluff**
**Newport Coast, CA 92657**

What is the nature of the claim?    **Investor - CREI**    **$450,000.00**
                                    **Promissory Note**    _____

As of the date you file, the claim is: Check all that apply
☐    Contingent
☐    Unliquidated
☐    Disputed
■    None of the above apply

Does the creditor have a lien on your property?

■    No
☐    Yes. Total claim (secured and unsecured)    _____
     Value of security:                          -  _____

_____
Contact

---

| Debtor 1 | Andrew Stupin | | |
|---|---|---|---|
| Debtor 2 | Julie Stupin | Case number *(if known)* | |

☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)

Contact

**949-718-3000**
Contact phone

Value of security:        -
Unsecured claim

---

**13**

**Larry Barker**
**105 Golden Glen Way**
**Fayetteville, GA 30214**

**What is the nature of the claim?**   **Investor - CREI**   **$100,000.00**
**Promissory Note**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)

Contact

**770-487-0085**
Contact phone

Value of security:        -
Unsecured claim

---

**14**

**Karen Kaplan (Revocable Trust)**
**1509 Elton Lane**
**Austin, TX 78703**

**What is the nature of the claim?**   **Investor - CREI**   **$100,000.00**
**Promissory Note**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)

Contact

**512-962-0029**
Contact phone

Value of security:        -
Unsecured claim

---

**15**

**Denise Simon**
**2222 Avenue of the Stars Unit #1902**
**Los Angeles, CA 90067**

**What is the nature of the claim?**   **Investor - CREI**   **$75,000.00**
**Promissory Note**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

---

| Debtor 1 | **Andrew Stupin** | |
|---|---|---|
| Debtor 2 | **Julie Stupin** | Case number *(if known)* |

**Does the creditor have a lien on your property?**

■ No

☐ Yes. Total claim (secured and unsecured)

Contact

Value of security: -
Unsecured claim

**818-370-0397**
Contact phone

---

**16**

**Vickie Larson**
**5000 Antelope Junction**
**Farmington, NM 87402**

**What is the nature of the claim?** **Investor - CREI Promissory Note** $50,000.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No

☐ Yes. Total claim (secured and unsecured)

Contact

Value of security: -
Unsecured claim

**505-444-0474**
Contact phone

---

**17**

**Jeff & Janel Grousman**
**12 San Timoteo**
**Rancho Santa Margarita, CA 92688**

**What is the nature of the claim?** **Investor - CREI Promissory Note** $40,000.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No

☐ Yes. Total claim (secured and unsecured)

Contact

Value of security: -
Unsecured claim

Contact phone

---

**18**

**Land Rover Financial Group**
**PO BOX 650546**
**Dallas, TX 75265-0546**

**What is the nature of the claim?** **Car Lease** $38,565.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No

☐ Yes. Total claim (secured and unsecured)

Contact

Value of security: -

---

Debtor 1      **Andrew Stupin**
Debtor 2      **Julie Stupin**                                        Case number *(if known)* _____

---

**9**

**Dan Genis**
**2661 Tallant Rd. #MN708**
**Santa Barbara, CA 93105**

What is the nature of the claim?      **Investor - CREI**        $300,000.00
                                      **Promissory Note**

As of the date you file, the claim is: Check all that apply
☐      Contingent
☐      Unliquidated
☐      Disputed
■      None of the above apply

_____

_____
Contact

**805-679-5812**
Contact phone

**Does the creditor have a lien on your property?**

■      No
☐      Yes. Total claim (secured and unsecured)      _____

            Value of security:        -   _____
            Unsecured claim              _____

---

**10**

**Julie Kaplan**
**47 Paloma #B**
**Venice, CA 90291**

What is the nature of the claim?      **Investor - CREI**        $200,000.00
                                      **Promissory Note**

As of the date you file, the claim is: Check all that apply
☐      Contingent
☐      Unliquidated
☐      Disputed
■      None of the above apply

_____

_____
Contact

**310-392-1442**
Contact phone

**Does the creditor have a lien on your property?**

■      No
☐      Yes. Total claim (secured and unsecured)      _____

            Value of security:        -   _____
            Unsecured claim              _____

---

**11**

**Daniel Mayhew**

What is the nature of the claim?      **Investor - CREI**        $150,000.00
                                      **Promissory Note**

As of the date you file, the claim is: Check all that apply
☐      Contingent
☐      Unliquidated
☐      Disputed
■      None of the above apply

_____

_____
Contact

**714-536-6828**
Contact phone

**Does the creditor have a lien on your property?**

■      No
☐      Yes. Total claim (secured and unsecured)      _____

            Value of security:        -   _____
            Unsecured claim              _____

---

**12**

**Fletcher Jones Motor Cars, Inc.**
**3300 Jamboree Rd**
**Newport Beach, CA 92660**

What is the nature of the claim?      **Car Lease**        $105,932.00

As of the date you file, the claim is: Check all that apply
☐      Contingent

---

Debtor 1    **Andrew Stupin**

Debtor 2    **Julie Stupin**                                    Case number (if known)

**714-376-9095**
Contact phone                                        Unsecured claim

---

| 6 | | | |
|---|---|---|---|

**The Process Server**
**960 N Tustin Street #304**
**Orange, CA 92687**

What is the nature of the claim?    **Investor - CREI**    **$350,000.00**
                                    **Promissory Note**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)

Contact

**714-328-0193**                    Value of security:      `       -
Contact phone                       Unsecured claim

---

| 7 | | | |
|---|---|---|---|

**Abraham & Linda Rayhaun**
**6455 Marigayle Cir.**
**Huntington Beach, CA 92684**

What is the nature of the claim?    **Investor - CREI**    **$300,000.00**
                                    **Promissory Note**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)

Contact

**714-809-1958**                    Value of security:              -
Contact phone                       Unsecured claim

---

| 8 | | | |
|---|---|---|---|

**Jim & Cheryl Markham**
**c/o Sonja Rapparport 23 Vista**
**Del Valle**
**Aliso Viejo, CA 92656**

What is the nature of the claim?    **Investor - CREI**    **$300,000.00**
                                    **Promissory Note**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)

Contact

**949-300-9127**                    Value of security:              -
Contact phone                       Unsecured claim

---

Debtor 1    **Andrew Stupin**

Debtor 2    **Julie Stupin**                                    Case number *(if known)* _____

Contact phone                        Unsecured claim                 _____

| | | | | |
|---|---|---|---|---|
| **19** | | What is the nature of the claim? | **Investor - CREI Promissory Note** | $25,000.00 |

**David Schiff**
**100 Ocean Ave. Unit C300**
**Santa Monica, CA 90402**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?

■ No
☐ Yes. Total claim (secured and unsecured)        _____

Contact

Value of security:        - _____

**310-927-6211**        Unsecured claim        _____
Contact phone

| | | | | |
|---|---|---|---|---|
| **20** | | What is the nature of the claim? | **Investor - CREI Promissory Note** | $15,000.00 |

**Groussman Family Trust**
**12 San Timoteo**
**Rancho Santa Margarita, CA**
**92688**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?

■ No
☐ Yes. Total claim (secured and unsecured)        _____

Contact

Value of security:        - _____

**714-381-8357**        Unsecured claim        _____
Contact phone

---

**Part 2:    Sign Below**

Under penalty of perjury, I declare that the information provided in this form is true and correct.

X _____        X _____
**Andrew Stupin**                        **Julie Stupin**
Signature of Debtor 1                    Signature of Debtor 2

Date    **April 17, 2026**                Date    **April 17, 2026**

## United States Bankruptcy Court
### Central District of California - Santa Ana

In re    **Andrew Stupin**
       **Julie Stupin** _____

                           Debtor(s)

Case No. _____

Chapter   **11** _____

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| N/A | | | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

     I, the  of the  named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **April 17, 2026** _____

Signature _____

                          **Andrew Stupin**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

**Pending cases where Debtor holds an interest although not within definition of "affiliate"**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

N/A

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

N/A

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at   **Newport Beach, CA**               , California.

Date:   **April 17, 2026**

**Andrew Stupin**
Signature of Debtor 1

**Jude Stupin**
Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018                                    Page 1          **F 1015-2.1.STMT.RELATED.CASES**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **David B. Golubchik 185520**<br>**2818 La Cienega Ave.**<br>**Los Angeles, CA 90034**<br>**(310) 229-1234**<br>California State Bar Number: **185520 CA** | |

☐  *Debtor(s) appearing without an attorney*

■  *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA

| In re:<br><br>**Andrew Stupin**<br>**Julie Stupin** | CASE NO.:<br><br>CHAPTER: **11** |
|---|---|
| Debtor(s). | **VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __**10**__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: **April 17, 2026**

_____
Signature of Debtor 1

Date: **April 17, 2026**

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: **April 17, 2026**

_____
Signature of Attorney for Debtor (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                                    **F 1007-1.MAILING.LIST.VERIFICATION**

Andrew Stupin
215 5th Street, Suite A
Huntington Beach, CA 92648


Julie Stupin
215 5th Street, Suite A
Huntington Beach, CA 92648


David B. Golubchik
Levene, Neale, Bender, Yoo & Golubchik L
2818 La Cienega Ave.
Los Angeles, CA 90034


U.S. Trustee - Santa Ana
411 West Fourth Street
Suite 9041
Santa Ana, CA 92701-8000


Abraham & Linda Rayhaun
6455 Marigayle Cir.
Huntington Beach, CA 92684


Aegis Security
PO Box 261567
Hartford, CT 06126


Arvielo
c/o Damon Mircheff, Esq.
18575 Jamboree Road, 9th Floor
Irvine, CA 92612


Boyd & Associates
2191 E Thompson Blvd
Ventura, CA 93001

CA Fair Plan
PO Box 840244
Los Angeles, CA 90084-0244


California Bank & Trust
1900 North Main Street Ste. 100
Irvine, CA 92614


Cantor Group IV LLC
520 Newport Center Drive, Suite 480
Newport Beach, CA 92660


Century Surety


Charter Comm
PO Box 7173
Pasadena, CA 91109-7173


City of Huntington Beach
P.O. Box 711
Huntington Beach, CA 92648


City of Newport Beach
PO Box 4923
Whittier, CA 90607


Comerica Bank
PO Box 660093
Dallas, TX 75266-0093

County of Orange
P.O. Box 1438
Santa Ana, CA 92702-1438

Cox Comm.
102280 oaks PA 19456

CR&R Inc
PO Box 206
Stanton, CA 90680

Crystal Cove Community Assoc
30354 Tampa FL 33630-3354

Dan Genis
2661 Tallant Rd. #MN708
Santa Barbara, CA 93105

Daniel Mayhew

David Schiff
100 Ocean Ave. Unit C300
Santa Monica, CA 90402

Denise Blake
7731 N. 158th Street
Bennington, NE 68007

Denise Simon
2222 Avenue of the Stars Unit #1902
Los Angeles, CA 90067


DIRECTV
PO Box 915
El Segundo, CA 90245


Enterprise Bank
150 N Meramec Ave
Clayton, MO 63105


Evanston Insurance


Exclusive Auto Detail
146 1/2 E 21st St
Costa Mesa, CA 92627


FCI Lender Services, Inc.
PO Box 27370
Anaheim, CA 92809


First Bank
PO Box 790037
St Louis, MO 63179


Fletcher Jones Motor Cars, Inc.
3300 Jamboree Rd
Newport Beach, CA 92660

Franchise Tax Board
Special Procedures - Insolvency
P.O. Box 2952
Sacramento, CA 95812-2952


Frontier
PO Box 740407
Cincinnati, OH 45274-0407


Gerald Marcil
c/o Steve Gubner, Esq.
21650 Oxnard St., Suite 500
Woodland Hills, CA 91367-4911


Gibson Family Trust
12 Whalers Bluff
Newport Coast, CA 92657


Global Medical Systems
10391 E. Rosemary Lane
Scottsdale, AZ 08255


Groussman Family Trust
12 San Timoteo
Rancho Santa Margarita, CA 92688


Huntington Landmark Association
25189 Santa Ana CA
Santa Ana, CA 92799-5189


Internal Revenue Service
Insolvency I Stop 5022
300 N. Los Angeles St., #4062
Los Angeles, CA 90012-9903

Irvine Ranch Water District
P.O. Box 57000
Irvine, CA 92619-7000


Jane Torpipat & Don Torpipiat
11310 Carob Cir.
Fountain Valley, CA 92708


Jeff & Janel Grousman
12 San Timoteo
Rancho Santa Margarita, CA 92688


Jim & Cheryl Markham
c/o Sonja Rapparport 23 Vista Del Valle
Aliso Viejo, CA 92656


Julie Kaplan
47 Paloma #B
Venice, CA 90291


Karen Kaplan  Revocable Trust
1509 Elton Lane
Austin, TX 78703


Land Rover Financial Group
PO BOX 650546
Dallas, TX 75265-0546


Larry Barker
105 Golden Glen Way
Fayetteville, GA 30214

Mel Remba
2446 Apollo Drive
Los Angeles, CA 90046

Mercury Insurance
PO Box 5700
Rancho Cucamonga, CA 91729-5700

Michael Kaplan
PO Box 277
Surfside, CA 90743

Nano Banc
7755 Irvine Center Dr
Suite 300
Irvine, CA 92618

Neptune Flood Insurance
PO Box 735653
Chicago, IL 60673-5653

One Ford Road Assoc
25189  Santa Ana CA 92799-5189

Orange County Register
P.O. Box 11626
Santa Ana, CA 92711-1626

Patrick's Landscaping
20481 Sun Valley Rd.
Laguna Beach, CA 92651

Personal Umbrella.com
5835 Doyle St.
Ste. 115
Emeryville, CA 94608


PLM Lender Services, Inc.
5446 Thornwood Drive, 2nd Floor
San Jose, CA 95123


PMF CA REITT LLC
16801 Van Buren Boulevard
Building B
Riverside, CA 92504


Preferred Bank
c/o John A. Moe, II, Dentons US LLP
601 S. Figueroa St., Ste 2500
Los Angeles, CA 90017-5704


Progressive
PO Box 6807
Cleveland, OH 44101


Republic Services
17121 Nichols Lane
Huntington Beach, CA 92647-5719


Roadrunner Exterminating
310 E Alton Ave
Santa Ana, CA 92707


Robert & Mai Linh Purdy
1718 Port Charles Place
Huntington Beach, CA 96248

Rocket Mortgage
PO Box 6577
Carol Stream, IL 60197-6577


Samuel Gonzalez
2183 Pomona Ave., Apt. A
Costa Mesa, CA 92627


SCE
P.O. Box 6400
Rancho Cucamonga, CA 91729-6400


SCE REIMBURSEMENT to 309 D
P.O. Box 6400
Rancho Cucamonga, CA 91729-6400


Select Portfolio Servicing
PO Box 65250
Salt Lake City, UT 84165


So Cal Gas
P.O. Box 1626
Monterey Park, CA 91754-8626


Stanley Pest
2555 Loma Avenue
South El Monte, CA 91733


The Gas Co.
P.O. Box 1626
Monterey Park, CA 91754-8626

The Process Server
960 N Tustin Street #304
Orange, CA 92687


Travelers
PO Box 660317
Dallas, TX 75266


Vickie Larson
5000 Antelope Junction
Farmington, NM 87402


Vision Pools
25422 Trabuco suite 105 #100-368
Lake Forest, CA 92630


Western Alliance Bank
c/o Craig Ganz, BALLARD SPAHR LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915


Zions Bank
c/o Sasha Frid, MILLER   BARONDESS
2121 Avenue of the Stars, 26th Floo
Los Angeles, CA 90067