JOHN A. MOE, II (SBN 066893)
john.moe@dentons.com
ANDREA C. CHANG (SBN 235011)
andrea.chang@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone:    (213) 623-9300
Facsimile:    (213) 623-9924

Attorneys for Secured Creditor,
PREFERRED BANK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| In re: | Case No. 8:26-bk-11202-SC |
|---|---|
| ANDREW STUPIN, | Chapter 11 Case |
| | Honorable Scott C. Clarkson |
| Debtor. | **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

**PLEASE TAKE NOTICE** that Secured Creditor, Preferred Bank ("Preferred Bank"), hereby files its notice of appearance pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and hereby requests, pursuant to section 1109(b) of the Bankruptcy Code, 11 U.S.C. § 101, *et seq.* (the "Bankruptcy Code") and Bankruptcy Rules 2002, 3017 and 9007, that all notices given or required to be given, and all papers served or required to be served in this case and in any related matter, or in any adversary proceeding related thereto, be delivered to and served upon the undersigned representatives of Preferred Bank at the following address, telephone number and email:

John A. Moe, II
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone:    213 623 9300
Facsimile:    213 623 9924
Email: john.moe@dentons.com

1

132665022

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
213 623 9300

Andrea C. Chang
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone:     213 623 9300
Facsimile:     213 623 9924
Email: andrea.chang@dentons.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers pursuant to Rules 2002 and 9007 of the Bankruptcy Rules and section 1109(b) of the Bankruptcy Code, but also includes all notices given or required to be given, and all papers served or required to be served in the above-captioned case including, but not limited to, all notices, orders and notices of applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, or transmitted or conveyed by mail delivery, telephone, telegraph, telex, facsimile or otherwise, which affect the above-captioned debtor.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance, nor any former or later appearance, pleading, claim, or suit shall waive Preferred Bank's (1) right to have final orders in non-core matters entered only after de novo review by a district court judge; (2) right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (3) right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (4) right to have any claims constitutionally required to be determined by the District Court be determined therein; (5) right to have any matter heard by an arbitrator, or (6) any other rights, claims, actions, defenses, including defenses to jurisdiction, setoffs, or recoupments to which Preferred Bank may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments that Preferred Bank may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments that Preferred Bank expressly reserves.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any former or later appearance, pleading, claim or suit shall constitute an authorization for the undersigned to accept service of process on behalf of Preferred Bank, and that such service must be done in strict compliance with the Federal Rules of Civil Procedure and the Bankruptcy Rules, unless agreed otherwise.

132665022

Dated: April 23, 2026

DENTONS US LLP
JOHN A. MOE, II
ANDREA C. CHANG


By: */s/ John A. Moe, II*_____
JOHN A. MOE, II
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone: 213 623 9300
Email: john.moe@dentons.com
andrea.chang@dentons.com

Attorneys for Secured Creditor
PREFERRED BANK

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
213 623 9300

3

132665022

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
4675 MacArthur Court, Suite 1250, Newport Beach, CA 92660

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)  **April 24, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

    - **Raymond H. Aver**  ray@averlaw.com, averlawfirm@gmail.com
    - **Jessica L Bagdanov**  jbagdanov@bg.law, ecf@bg.law
    - **Michael E Bubman**  mbubman@mbn.law, aacosta@mbnlawyers.com
    - **Craig S Ganz**  ganzc@ballardspahr.com, BKTDocket_West@ballardspahr.com; phxlsateam@ballardspahr.com
    - **David B Golubchik**  dbg@lnbyg.com, dbg@lnbyg.com
    - **Kenneth Misken**  Kenneth.M.Misken@usdoj.gov
    - **Michael S Myers**  myersm@ballardspahr.com, BKTDocket_West@ballardspahr.com; phxlsateam@ballardspahr.com
    - **Alan I Nahmias**  anahmias@mbn.law, jdale@rnbn.law
    - **Carmela Pagay**  ctp@lnbyg.com
    - **David M Poitras**  dpoitras@bg.law
    - **Joseph M Rothberg**  jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com
    - **United States Trustee (LA)**  ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) **April 24, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtors
Andrew Stupin and Julie Stupin
215 5th Street, Suite A
Huntington Beach, CA 92648

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 24, 2026 | Kathleen Cwik | /s/ Kathleen Cwik |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.