DAVID B. GOLUBCHIK (State Bar No. 185520)
CARMELA T. PAGAY (State Bar No. 195603)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone:  (310) 229-1234
Facsimile:  (310) 229-1244
Email: DBG@LNBYG.COM; CTP@LNBYG.COM

Attorneys for Chapter 11 Debtor and Debtor in Possession

**FILED & ENTERED**

**APR 30 2026**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bolte      DEPUTY CLERK**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

In re:

ANDREW STUPIN and JULIE STUPIN,

Debtors and Debtors in Possession.

Case No.: 8:26-bk-11202-SC
Chapter 11 Case

**ORDER GRANTING DEBTORS'
MOTION TO EXTEND TIME TO FILE
CASE OPENING DOCUMENTS**

[No Hearing Required]

Upon consideration of the *Motion to Extend Time to File Case Opening Documents* (the "Motion") [Dkt. 36] filed by Andrew Stupin and Julie Stupin, the chapter 11 debtors and debtors in possession herein (the "Debtors"), and good cause appearing,

**IT IS HEREBY ORDERED THAT** (1) the Motion is granted and (2) the deadline for the Debtors to file their Schedules of Assets and Liabilities, Statement of Financial Affairs and other case opening documents referenced in the Motion is extended to and including May 15, 2026.

\#

Date: April 30, 2026

Scott C. Clarkson
United States Bankruptcy Judge

1