DAVID B. GOLUBCHIK (State Bar No. 185520)
CARMELA T. PAGAY (State Bar No. 195603)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone:  (310) 229-1234
Facsimile:  (310) 229-1244
Email: DBG@LNBYG.COM; CTP@LNBYG.COM

Proposed Attorneys for Debtors and Debtors in Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>ANDREW STUPIN and JULIE STUPIN,<br><br>Debtors and Debtors in Possession. | Case No.: 8:26-bk-11202-SC<br><br>Chapter 11 Case<br><br>**APPLICATION OF CHAPTER 11 DEBTORS TO EMPLOY LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P., AS GENERAL BANKRUPTCY COUNSEL PURSUANT TO 11 U.S.C. § 327(a) WITH COMPENSATION PURSUANT TO 11 U.S.C. §§ 330, 331; DECLARATION OF DAVID GOLUBCHIK IN SUPPORT THEREOF**<br><br>[No hearing required unless requested] |

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE:**

Andrew and Julie Stupin, debtors and debtors in possession in the above-referenced chapter 11 bankruptcy case (the "Debtors"), respectfully submit this Application ("Application") for authority to employ Levene, Neale, Bender, Yoo & Golubchik L.L.P. ("LNBYG") as his

1

general bankruptcy counsel, pursuant to 11 U.S.C. § 327(a) with compensation pursuant to 11 U.S.C. § 330.  The Debtors seek to employ LNBYG effective as of April 17, 2026, the date of the Debtors' bankruptcy filing.

## I.

## CASE BACKGROUND

1.    Andrew Stupin ("Andrew") is a real estate investor.  Codebtor Julie Stupin ("Julie") is Andrew's wife.   Andrew and Julie commenced their bankruptcy case by filing a voluntary petition under chapter 11 of title 11, sections 101 *et seq.* of the United States Code (the "Bankruptcy Code") on April 17, 2026 (the "Petition Date").  The Debtors continue to manage their financial affairs, operate their business, and administer their bankruptcy estate as debtors in possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

2.    Andrew was born in 1947 in San Gabriel, California, and shortly thereafter moved to Monterey Park, where he excelled in school and sports.  Wanting to be a professional baseball player, Andrew excelled at his endeavors through high school and college where an injury forced him to change his future plans and aspirations.

3.    Although Andrew's initial aspirations after sports were become an attorney, his interests turned to teaching, so he pursued and obtained a secondary teaching credential after his B.A. Degree, including teaching Sunday School at his family church where he grew up.

4.    Andrew obtained a teaching position in the highly acclaimed Huntington Beach High School District at Edison High School right after receiving his teaching credential. Although challenging, Andrew enjoyed his new career, including being voted "Teacher of the Year" several times.  In fact, Andrew helped start the Advanced Placement (AP) for Government in Orange County, where a student can take an AP class and take the national AP test to gain college credits while in high school. This program was very successful and has gained popularity over the years throughout the country.

5.    In the 1970's, Andrew started his journey in real estate. After saving money from his teaching career, Andrew bought his first investment for $28,000 – two (2) separate houses on

two (2) lots. That was in 1972 and prices were starting to increase rapidly in the "Great Orange County" boom. Andrew lived in one house and rented out the other. The rent from the rental was more than the mortgage. It was then that Andrew caught the real estate bug and thought this to be something to move forward on.

6.      Over the decades, Andrew invested in many properties not only throughout Orange County, but California and other states.  Andrew always focused on value added and income generating properties.  Over time, many friends and others asked to invest alongside Andrew in such investments.  His success continued to grow.

7.      Approximately 10 years ago, Andrew (and his friend and co-investor Gerald Marcil) were approached by a third party (Mahender Makhijani) who represented that he had connections with many lenders to acquire distressed loans and real estate.  He proposed to work together to acquire loans and properties.

8.      Through the parties' relationship, Mr. Makhijani maintained all relationships with lenders and financing sources and managed the investments.  Mr. Makhijani's staff at Continuum provided all accounting and documentation and financing with respect to such investments.

9.      In the last several years, Mr. Makhijani obtained numerous warehouse loans from lenders including, without limitation, approximately $98 million from Western Alliance Bank, and approximately $60 million from Zions Bank.  Mr. Makhijani represented to the lenders that the purpose of the loans was to refinance existing properties and acquire new properties.  The lenders assert that Andrew and Mr. Marcil signed guaranties for such debts.

10.     In the fall of 2025, Andrew learned that the foregoing banks have sued him on account of the alleged guaranties based on the follows:

   a.  Mr. Makhijani drew down on the entirety of the warehouse loans;

   b.  Mr. Makhijani did not use the proceeds of the warehouse loans to refinance the existing debt or to acquire new assets for the borrowers;

   c.  There is no information where the loan proceeds went or how they were utilized;

d.  The lenders did not conduct title searches on any of the alleged properties to be refinances;

e.  The lenders did not request or receive reconveyances of alleged liens that were to be refinanced;

f.  The lenders did not open escrows for any of the financing; and

g.  The lenders did not conduct any due diligence while Mr. Makhijani withdrew almost $200 million without oversight, supervision or control.

11.  In addition to the foregoing, Andrew learned that Mr. Makhijani recorded fraudulent liens on Debtors' personal properties (held through wholly-owned LLC's) and pledged the fraudulent loans to Western Alliance Bank.

12.  The foregoing conduct resulted in protracted litigation.  It is important to point out that none of the collection lawsuits from the lenders have asserted that Andrew engaged in any wrongful conduct.  They simply assert that Andrew is obligated for their self-inflicted losses through the alleged guaranty.

13.  Approximately 90 days prior to the Petition Date, Zions Bank obtained a writ of attachment as to Debtors' assets.  The timing of this case was intended to terminate the writ of attachment and preserve all assets for the benefit of all creditors.

14.  Through this case, the Debtors intend to preserve and operate their assets while prosecuting claims against lenders and third parties for the damage caused to the Debtors and their assets.  Pending the resolution of such actions, the Debtors intend to comply with their obligations as debtors in possession.

**II.**

**EMPLOYMENT OF BANKRUPTCY COUNSEL**

15.  As chapter 11 debtors in possession, the Debtors require the services of experienced bankruptcy counsel.  The Debtors decided that LNBYG is the best bankruptcy counsel to represent the Debtors taking into account firm size, experience, skill level, and cost, as well as the fact that LNBYG has intimate knowledge of the Debtors' financial and legal issues in

4

light of LNBYG's representation of the Debtors in the various litigation matters since the fall of 2025. In that regard, the Debtors seek to employ LNBYG as their bankruptcy counsel, at the expense of the Debtors' bankruptcy estate, and to have the Debtors' employment of LNBYG be deemed effective as of the Petition Date.

16. The Debtors seek to employ LNBYG as their bankruptcy counsel to render, among others, the following types of professional services:

a. advising the Debtors with regard to the requirements of the Bankruptcy Court, Bankruptcy Code, Bankruptcy Rules and the Office of the United States Trustee as they pertain to the Debtors;

b. advising the Debtors with regard to certain rights and remedies of their bankruptcy estate and the rights, claims, and interests of creditors;

c. representing the Debtors in any proceeding or hearing in the Bankruptcy Court involving their estate unless the Debtors are represented in such proceeding or hearing by other special counsel;

d. conducting examinations of witnesses, claimants or adverse parties and representing the Debtors in any adversary proceeding except to the extent that any such adversary proceeding is in an area outside of LNBYG's expertise or which is beyond LNBYG's staffing capabilities;

e. preparing and assisting the Debtors in the preparation of reports, applications, pleadings and orders including, but not limited to, applications to employ professionals, interim statements and operating reports, initial filing requirements, schedules and statement of financial affairs, lease pleadings, cash collateral pleadings, financing pleadings, and pleadings with respect to the Debtors' use, sale or lease of property outside the ordinary course of business;

f. representing the Debtors with regard to obtaining use of debtor in possession financing and/or cash collateral including but not limited to, negotiating and seeking Bankruptcy Court approval of any debtor in possession financing and/or cash collateral pleading

5

or stipulation and preparing any pleadings relating to obtaining use of debtor in possession financing and/or cash collateral;

g.     assisting the Debtors in any asset sale process;

h.     assisting the Debtors in negotiation, formulation, preparation and confirmation of a plan of reorganization and the preparation and approval of a disclosure statement in respect of the plan;

i.     Representing the Debtors' interests in connection with various litigation matters with creditors, including financial institutions pursuing claims against the Debtors;

j.     Representing the Debtors' interests in connection with currently pending bankruptcy cases with respect to entities in which the Debtors invested or had financial dealings, or such cases that may be commenced in the future with respect to the foregoing[1]; and

k.     performing any other services which may be appropriate in LNBYG's representation of the Debtors during their bankruptcy case.

17.     LNBYG is comprised of attorneys who specialize in and limit their practice to matters of bankruptcy, insolvency, reorganization and commercial litigation and is well qualified to represent the Debtors.  All attorneys comprising or associated with LNBYG are admitted to practice law in California courts and in the United States District for the Central District of California.  A copy of LNBYG's firm resume is attached as **Exhibit "1"** to the annexed Declaration of David Golubchik (the "Golubchik Declaration").

18.     LNBYG will bill its times for its representation of the Debtors on an hourly basis in accordance with LNBYG's standard hourly billing rates.  A listing of LNBYG's currently billing rates is attached as **Exhibit "2"** to the annexed the Golubchik Declaration.  LNBYG will seek reimbursement of all of its expenses in accordance with the rates as set forth in the guidelines promulgated by the Office of the United States Trustee.

19.     Because LNBYG's practice is limited exclusively to matters of bankruptcy,

---

[1] LNBYG intends to utilize a separate billing code with respect to representation of the Debtors' interests in other bankruptcy cases related to the Debtors' investments.

insolvency, reorganization and commercial litigation, the services provided by LNBYG do not include the rendition of substantive legal advice outside of these areas such as corporate, tax, securities, tort, environmental, labor, criminal, real estate law, or real estate litigation.  LNBYG will not be required to represent or advise the Debtors in matters which LNBYG believes are beyond LNBYG's expertise such as the areas of the law just described.  In addition, LNBYG will not be required to represent the Debtors in matters where LNBYG determines that it lacks the ability to staff the matters adequately, such as in certain, major complex litigation.

20.    During the one (1) year period prior to the Petition Date, which included months of litigation with banks as well as preparation for this filing, LNBYG received payments from the Debtors totaling $933,431.50.

21.    The Debtors and LNBYG agreed that LNBYG shall receive a retainer for this case of $366,568.50, inclusive of the filing fee of $1,738.  LNBYG received the foregoing payment prior to the commencement of this case.

22.    Except as described above, LNBYG has not been paid any other money by the Debtors at any other time.  LNBYG has placed the Retainer as of the Petition Date into a segregated account and will draw down from those funds on a monthly basis in accordance with the common procedures of this District to assist LNBYG with its cash flow needs, recognizing that all post-petition fees and expenses paid to LNBYG must be ultimately approved by the Court after notice and a hearing.

23.    LNBYG negotiated the amount of the Retainer with the Debtors based upon a number of factors including, but not limited to, the size and complexity of the Debtors' case, the time that LNBYG expects to put forth in the Debtors' case, the limited amount of pre-petition funds the Debtors had available, and the expected availability of funds to pay LNBYG's post-petition fees and expenses.

24.    LNBYG has not received any lien or other interest in property of the Debtors or of a third-party to secure payment of LNBYG's fees or expenses.

25.    LNBYG has no pre-petition claim against the Debtors.

7

26.     LNBYG will seek Court authority to be paid from the Debtors' estate for any and all post-petition fees incurred and expenses advanced by LNBYG.  LNBYG recognizes that the payments of any such additional fees and expenses will be subject to further Court order after notice and a hearing.

27.     LNBYG has not shared or agreed to share its compensation for representing the Debtors with any other person or entity, except among its members.

28.     LNBYG will provide monthly billing statements to the Debtors that will set forth the amount of fees incurred and expenses advanced by LNBYG during the previous month.

29.     LNBYG understands the provisions of 11 U.S.C. §§ 327, 330 and 331 which require among other things, Court approval of the Debtors' employment of LNBYG as bankruptcy counsel and of all legal fees and reimbursements of expenses that LNBYG will receive from the Debtors and their estate. LNBYG seeks to be employed pursuant to 11 U.S.C. § 327(a) and compensated pursuant to 11 U.S.C. §§ 330 and 331.

**III.**

**ADDITIONAL DISCLOSURES PURSUANT TO RULE 2014 OF THE FEDERAL**

**RULES OF BANKRUPTCY PROCEDURE**

30.     As set forth in the Golubchik Declaration, LNBYG is not a creditor, an equity security holder[2] or an insider of the Debtors.

31.     As further set forth in the Golubchik Declaration, LNBYG is not and was not an investment banker for any outstanding security of the Debtors.  LNBYG has not been within three years before the Petition Date an investment banker for a security of the Debtor, or an attorney for such an investment banker for any security of the Debtors.

32.     As further set forth in the Golubchik Declaration, to the best of LNBYG's knowledge, LNBYG does not hold or represent any interest materially adverse to the interest of the Debtors' estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors or an investment bank of

---

[2] Since the Debtors are individuals, the Debtors have no equity security holders.

any security of the Debtors, or for any other reason.

33.     As further set forth in the Golubchik Declaration, to the best of LNBYG's knowledge, LNBYG does not hold or represent any interest materially adverse to the Debtors or the Debtors' estate, and LNBYG is a "disinterested person" as that term is defined in Section 101(14) of the Bankruptcy Code.  Also, to the best of LNBYG's knowledge, other than prior counsel to the Debtors, as discussed above, LNBYG has no prior connection with the Debtors, any creditors of the Debtors or their estate, or any other party in interest in this case, or their respective attorneys or accountants, the United States Trustee or any person employed by the United States Trustee.

34.     As a matter of disclosure only, Timothy J. Yoo and Brad Krasnoff, partners of LNBYG, are panel trustees for the Central District of California (Los Angeles Division), and Todd A. Frealy, a partner of LNBYG, is a panel trustee for the Central District of California (Riverside Division).  Additionally, John-Patrick M. Fritz is a case-by-case Subchapter V Trustee in the Central District of California.  The Debtors do not anticipate that any of these attorneys will provide any services to the Debtors.

35.     The Debtors believe that their employment of LNBYG upon the terms and conditions set forth above is in the best interest of the Debtors' estate.

**WHEREFORE**, the Debtors respectfully request that the Court approve the Debtors' employment of LNBYG as their bankruptcy counsel, effective April 17, 2026, upon the terms and conditions set forth above.

Dated: May 7, 2026

_____
By: Andrew Stupin
Debtor and Debtor in Possession

_____
By: Julie Stupin
Debtor and Debtor in Possession

Dated: May 11, 2026            LEVENE, NEALE, BENDER, YOO
                           & GOLUBCHIK L.L.P.

                    By:   */s/David Golubchik*
                          DAVID B. GOLUBCHIK
                          CARMELA T. PAGAY
                          LEVENE, NEALE, BENDER,
                          YOO & GOLUBCHIK L.L.P.
                          (Proposed) Counsel for Chapter 11 Debtors
                          and Debtors in Possession

10

### DECLARATION OF DAVID GOLUBCHIK

I, David Golubchik, hereby declare as follows:

1.      I have personal knowledge of the facts set forth below and, if called to testify, would and could competently testify thereto. Capitalized terms not otherwise defined herein shall have the same meaning ascribed to such terms in the "*Application of Chapter 11 Debtors to Employ Levene, Neale, Bender, Yoo & Golubchik L.L.P., as General Bankruptcy Counsel*" (the "Application") to which this Declaration is attached.

2.      I am a partner with the law firm Levene, Neale, Bender, Yoo & Golubchik L.L.P. ("LNBYG").  I am an attorney licensed to practice law in the State of California and in the United States District Court for the Central District of California.

3.      Andrew Stupin and Julie Stupin (collectively, the "Debtors") commenced their bankruptcy case by filing a voluntary petition under chapter 11 of title 11, sections 101 *et seq.* of the United States Code (the "Bankruptcy Code") on April 17, 2026 (the "Petition Date").

4.      As chapter 11 debtors in possession, the Debtors require the services of experienced bankruptcy counsel.  The Debtors decided that LNBYG is the best bankruptcy counsel to represent the Debtors taking into account firm size, experience, skill level, and cost, as well as the fact that LNBYG has intimate knowledge of the Debtors' financial and legal issues in light of LNBYG's representation of the Debtors in the various litigation matters since the fall of 2025.

5.      LNBYG is comprised of attorneys who specialize in and limit their practice to matters of bankruptcy, insolvency, reorganization and commercial litigation and is well qualified to represent the Debtors.  All attorneys comprising or associated with LNBYG are admitted to practice law in California courts and in the United States District for the Central District of California.  A true and correct copy of LNBYG's firm resume is attached hereto as **Exhibit "1"**.

6.      LNBYG will bill its times for its representation of the Debtors on an hourly basis in accordance with LNBYG's standard hourly billing rates.  A listing of LNBYG's currently billing rates is attached hereto as **Exhibit "2"**.  LNBYG will seek reimbursement of all of its

expenses in accordance with the rates as set forth in the guidelines promulgated by the Office of the United States Trustee.

7.    Because LNBYG's practice is limited exclusively to matters of bankruptcy, insolvency, reorganization and commercial litigation, the services provided by LNBYG do not include the rendition of substantive legal advice outside of these areas such as corporate, tax, securities, tort, environmental, labor, criminal, real estate law, or real estate litigation.  LNBYG will not be required to represent or advise the Debtors in matters which LNBYG believes are beyond LNBYG's expertise such as the areas of the law just described.  In addition, LNBYG will not be required to represent the Debtors in matters where LNBYG determines that it lacks the ability to staff the matters adequately, such as in certain, major complex litigation.

8.    During the one (1) year period prior to the Petition Date, which included months of litigation with banks as well as preparation for this filing, LNBYG received payments from the Debtors totaling $933,431.50.

9.    The Debtors and LNBYG agreed that LNBYG shall receive a retainer for this case of $366,568.50, inclusive of the filing fee of $1,738.  LNBYG received the foregoing payment prior to the commencement of this case.

10.    Except as described above, LNBYG has not been paid any other money by the Debtors at any other time.  LNBYG has placed the Retainer as of the Petition Date into a segregated account and will draw down from those funds on a monthly basis in accordance with the common procedures of this District to assist LNBYG with its cash flow needs, recognizing that all post-petition fees and expenses paid to LNBYG must be ultimately approved by the Court after notice and a hearing.

11.    LNBYG has not received any lien or other interest in property of the Debtors or of a third-party to secure payment of LNBYG's fees or expenses.

12.    LNBYG has no pre-petition claim against the Debtors.

13.    LNBYG will seek Court authority to be paid from the Debtors' estate for any and all post-petition fees incurred and expenses advanced by LNBYG.

12

14.    LNBYG has not shared or agreed to share its compensation for representing the Debtors with any other person or entity, except among its members.

15.    LNBYG will provide monthly billing statements to the Debtors that will set forth the amount of fees incurred and expenses advanced by LNBYG during the previous month.

16.    LNBYG is not and was not an investment banker for any outstanding security of the Debtors.  LNBYG has not been within three years before the Petition Date an investment banker for a security of the Debtor, or an attorney for such an investment banker for any security of the Debtors.

17.    To the best of my knowledge, LNBYG does not hold or represent any interest materially adverse to the interest of the Debtors' estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors or an investment bank of any security of the Debtors, or for any other reason.

18.    To the best of my knowledge, LNBYG does not hold or represent any interest materially adverse to the Debtors or the Debtors' estate, and LNBYG is a "disinterested person" as that term is defined in Section 101(14) of the Bankruptcy Code.  Also, to the best of my knowledge, other than prior counsel to the Debtors, as discussed above, LNBYG has no prior connection with the Debtors, any creditors of the Debtors or their estate, or any other party in interest in this case, or their respective attorneys or accountants, the United States Trustee or any person employed by the United States Trustee.

19.    As a matter of disclosure only, Timothy J. Yoo and Brad Krasnoff, partners of LNBYG, are panel trustees for the Central District of California (Los Angeles Division), and Todd A. Frealy, a partner of LNBYG, is a panel trustee for the Central District of California (Riverside Division).  Additionally, John-Patrick M. Fritz is a case-by-case Subchapter V Trustee in the Central District of California.  I do not anticipate that any of these attorneys will provide any services to the Debtors.

13

I declare and verify under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on this 11th day of April 2026, at Las Vegas, Nevada.

                              /s/ *David Golubchik*
                              DAVID GOLUBCHIK

**Exhibit 1**



## LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.

2818 La Cienega Avenue, Los Angeles, CA 90034
Los Angeles, California 90067
Telephone No. (310) 229-1234
Telecopier No. (310) 229-1244

**2026**
PARTNERS

DAVID L. NEALE ("DLN") began his legal career in New York, with the law firm of Kramer, Levin, Nessen, Kamin & Frankel, where he represented creditors and creditors' committees in large, complex cases such as Texaco Inc., LTV Steel and Charter Co. When Mr. Neale relocated to California in 1989, to join the law firm of Levene & Eisenberg, he brought with him an understanding of creditors' rights and remedies that he was able to apply to the representation of debtors and other constituencies in bankruptcy and workout situations.

His broad experience includes handling cases in a variety of areas including: **Manufacturing** (successful Chapter 11 reorganization for companies such as Future Media Productions, a manufacturer of blank CDs and DVDs; California Aircraft & Engines, Inc., a manufacturer of aircraft engine parts with claimants from around the world; DCC Compact Classics, Inc., a manufacturer of specialty CDs and recordings; Fernandes Guitars, a manufacturer of electric and acoustic guitars for distribution around the world); **Food and beverage industry** (Chinois Restaurant, successful Chapter 11 reorganization for a Las Vegas restaurant; Café-Melisse Valencia, successful out-of court workout and orderly liquidation; Galletti Brothers Foods, successful Chapter 11 reorganization for one of the nation's largest fresh seafood wholesalers; Crunchies Food Company, successful Chapter 11 sale of assets of retailer of dried fruit snacks); **Construction** (successful Chapter 11 reorganization for Rock & Waterscape, Inc., builder of water-themed features in Las Vegas and around the world); **Real Estate** (successful Chapter 11 cases for Roosevelt Lofts, LLC, involving a condominium conversion in downtown Los Angeles; North Silver Lake Lodge, LLC, involving one of the last undeveloped parcels of real property in the Deer Valley, Utah ski resort area; IDM Corporation and its affiliates requiring the restructuring of over $1 billion in debt; and Galletti Brothers Investments, a real estate partnership with multiple properties. He has also represented Ritter Ranch Development, the owner of an 11,000-acre development property in Palmdale; and National Enterprises, Inc. and San Diego Investments, real estate management and development companies with properties across the United States); **Energy** (representing the California Independent System Operator Corporation in connection with the bankruptcy cases of California Power Exchange, Pacific Gas & Electric Co., Enron Inc. and Mirant and its affiliates; Evergreen Oil, an oil re-refining company operating throughout California); **Banking and finance** (Imperial Credit Industries, Inc.); **Trucking** (Green Fleet Systems and TKS Leasing, successfully confirming a plan of reorganization for a short-haul trucking company operating out of the ports of Los Angeles and Long Beach; Coast Bridge Logistics, Inc. representing another short-haul trucking company in connection with the sale of its assets; Consolidated Freightways

and its affiliates, in which Mr. Neale represented multi-employer pension funds that were the largest creditors and went on to represent the post-confirmation Plan Oversight Committee and serve as special counsel to the Liquidating Trust in certain litigation and appellate matters, and The Penn Traffic Co. and its affiliates, in which Mr. Neale represented certain multi-employer retirement, health and welfare funds); **Health Care** (Solid Landings Behavioral Health and its affiliates, operators of rehab facilities in California, Texas and Nevada); North American Health Care and affiliates (operators of skilled nursing facilities); **Technology and Communication** (WCI Cable, Inc., a fiber optic cable network located in Oregon and Alaska); and **Retail** (successful Chapter 11 cases for Ortho Mattress, Inc., a manufacturer and retailer of bedding products; Britches of Georgetowne, Inc., a clothing retailer with outlets in several states). Mr. Neale has a particular expertise in the **Entertainment Industry**. He has represented clients involved in **publishing** (New Millennium Entertainment, Buzz Magazine); **film exhibition** (Resort Theaters of America); **film production** (Franchise Pictures, LLC and its affiliates); The Samuel Goldwyn Company in connection with its acquisition of Heritage Entertainment); **music** (Even St. Productions, LLC, the owner of rights relating to the catalogue of Sly & the Family Stone) and **artists** (Gladys Knight, Mick Fleetwood, Lynn Redgrave, among others). He has also successfully represented numerous individual Chapter 11 debtors with respect to personal real estate holdings and liabilities and other financial difficulties. Mr. Neale has also represented numerous purchasers, equity interest holders, creditors and official committees in many Chapter 11 cases around the country.  This is a small sample of the cases he has handled over his almost 30-year legal career.

Mr. Neale is both an experienced and aggressive litigator whose cases have resulted in over a dozen notable published opinions by the Bankruptcy Court, District Court and Ninth Circuit Court of Appeals. He also brings his negotiating skills to bear as a member of the Mediation Panel for the Bankruptcy Court for the Central District of California. He is a member of the American Bar Association, Association of the Bar of the City of New York, New York County Bar Association, Century City Bar Association, Beverly Hills Bar Association, Financial Lawyers Conference, Turnaround Management Association, and the Commercial Law League of America. He has served on the Board of Directors of the AIDS Project Los Angeles and the Los Angeles division of the American Friends of Hebrew University.

Mr. Neale received his B.A., *summa cum laude* from Princeton University in 1984 and his J.D. from Columbia University School of Law in 1987. He was admitted to the New York Bar in 1988 and the California Bar in 1989. He was admitted to the Ninth Circuit Court of Appeals in 1989, and was admitted to the United States District Court for the Southern and Eastern Districts of New York in 1988. In 1989, he was admitted to the Central, Eastern, Northern and Southern Districts of California. He has also practiced extensively in courts around the country, in venues as diverse as Oregon, Arizona, Nevada, Texas, Arkansas, Utah, Florida, New York, Delaware and Tennessee. Mr. Neale is the author of "Bankruptcy and Contractual Relations in the Entertainment Industry – An Overview," *1990 Entertainment, Publishing and the Arts Handbook;* "A Survey of Recent Bankruptcy Decisions Impacting upon the Entertainment Industry," *1992–1993 Entertainment, Publishing and the Arts Handbook;* "SEC Actions and Stays," *National Law Journal,* 2002; "The Scope and Application of 11 U.S.C. § 1145," American Bankruptcy Institute Bankruptcy Battleground West, 2003, and "Whose Life is it Anyway?  Treatment of Unique Assets in Bankruptcy," American Bankruptcy Institute Winter Leadership Conference, 2016.  He was featured as a "Mover & Shaker" by *The Deal* magazine in 2006, and has been interviewed several times by, among others, KNX news radio in Los Angeles, *Variety* magazine, *The Hollywood Reporter,* and the *California Real Estate Journal* on bankruptcy topics. He has appeared as a speaker on the following topics before the following

organizations: "Making the Best Better: Lessons From the Battlefield," Turnaround Management Association 6th Annual Spring Meeting, 1998; "Litigation Issues in Bankruptcy," Business Torts – An Introduction and Primer, Consumer Attorneys Association of Los Angeles, 1998; "There Must Be Fifty Ways to Leave Your Troubles," Turnaround Management Association, 1998; "The Impact of State Court Decisions in Bankruptcy Court," Beverly Hills Bar Association, 2001. He has appeared as a panelist, addressing issues relating to "Bankruptcy in the Dot-Com Economy" and "Licensing Agreements: How to Draft and Enforce Them" for Law.Com Seminars; "Public Company Debtors and the SEC," American Bankruptcy Institute Bankruptcy Battleground West, 2003; "The 2005 Amendments to Bankruptcy Code Sections 546(c) and 547 – The Early Returns," Financial Lawyers Conference, 2008; "Transfers of Intellectual Property," Southwestern Law School, Bankruptcy in the New Millennium, 2010; "Practicing in the Limelight: Celebrity Bankruptcies," American Bankruptcy Institute Winter Leadership Conference, 2016, and "Shark Tank," American Bankruptcy Institute Bankruptcy Battleground West, 2018.

Mr. Neale has consistently been named by *Los Angeles* magazine as one of its 100 "Super Lawyers" in the bankruptcy field, and has been recognized by Chambers & Partners as one of the top practitioners within the bankruptcy/ restructuring field in California.

RON BENDER is a founding and co-managing partner of the firm. With a large and diverse practice, Mr. Bender has successfully reorganized and sold numerous companies and restructured the financial affairs of many individuals. Mr. Bender is widely regarded as a highly creative, results oriented bankruptcy attorney who is able to tackle complex problems and develop and implement creative solutions. Mr. Bender has repeatedly been listed by "Super Lawyers" as one of the top 100 lawyers in Southern California in regional surveys of his peers. Mr. Bender received his undergraduate degree in Finance from the prestigious Wharton School of Business at the University of Pennsylvania in 1986 where he graduated first in his class (B.S., *summa cum laude*), and then obtained his law degree from Stanford University Law School in 1989. During law school, Mr. Bender served as a judicial extern for the Honorable Lloyd King, U.S. Bankruptcy Court, Northern District of California Bankruptcy Court. Since graduating from law school, Mr. Bender has worked solely in the areas of bankruptcy, insolvency and business reorganization, and has developed one of the largest bankruptcy, insolvency and restructuring practices in Southern California, including the representation of debtors, creditors' committees, creditors, purchasers of businesses, and assignees in the context of assignments for the benefit of creditors. Mr. Bender's incredibly broad Chapter 11 and insolvency debtor experience includes the the representation of Ironclad Performance Wear (a leading, technology-focused developer and manufacturer of high-performance task-specific gloves and apparel for the "industrial athlete" which was sold for $25.25 million); representation of Rdio (a digital music service provider which was sold to Pandora for $75 million); Country Villa (one of the largest owners and operators of skilled nursing facilities with annual revenue of more than $200 million which was sold for $62 million); Pebble ABC in a sale to Fitbit for $20 million; Jawbone ABC in a sale of its Audio/Jambox line; Gamma Medica (a manufacturer of imaging systems in the biotechnology field which was sold); Matterhorn Group (a large manufacturer of novelty ice cream products which was sold); Fat Burger (a well known chain of hamburger restaurants which were sold); Westcliff Medical Laboratories (an owner and operator of 170 patient service center laboratories and labs throughout California with $95 million of annual revenue and 1,000 employees which was sold for $57.5 million); LifeMasters Supported Selfcare (a national disease

3

management company with annual revenue of $80 million which was sold); Bodies in Motion (a chain of fitness facilities which was sold for approximately $10 million); Max Equipment Rental (an equipment rental company which successfully reorganized); Nelson & Associates (a manufacturers' representative in the electrical industry which successfully restructured its debt); Douglas Furniture (a large furniture manufacturer); Padilla Construction (a plastering company which successfully reorganized); Lamas Beauty (a manufacturer of beauty supply products which was sold); Paramount Scaffolding (a large scaffolding rental company which was sold); Alin Party Supply (a retail chain of party supplies which successfully reorganized); Lake San Marcos Resort & Country Club; Krystal Air (an aircraft leasing company which was sold); Pacific High Reach (a large construction equipment rental company which was sold for $17 million); Krystal Koach (a large manufacturer of limousines and shuttle buses which was sold); Small World Toys (a toy company which was sold for approximately $16 million); Intervisual (a children's book company which was sold for approximately $10 million); LightPointe Communications (a manufacturer of wireless networking equipment which successfully reorganized); Nicola (a large olive importer and distributor which successfully reorganized); Krispy Kreme (an owner and operator of Krispy Kreme Doughnut Stores which successfully reorganized); Pleasant Care (an owner and operator of skilled nursing facilities with annual revenue of approximately $200 million which was sold for approximately $17 million); Aura Systems (a publicly traded manufacturer of a mobile power generator which successfully reorganized); Sega GameWorks (a retail entertainment based company operating under the name of "GameWorks," with $60 million of annual revenue, which was sold for approximately $8 million); Alliant Protection Services (a commercial and residential alarm services company with 16,000 customers, which was sold for $14.5 million); The Walking Company (a national chain of 101 retail stores selling specialty shoes and footwear, which successfully reorganized involving $22 million of cash, debt and stock); Shoe Pavilion (a chain of 117 retail stores selling off-price footwear with locations in the Western and Southwestern United States which was sold); Gadzoox Networks (a publicly traded company engaged in the business of providing networking infrastructure for storage and data management, where one division was sold for $8.5 million and the balance of the company successfully reorganized); State Line Hotel, State Line Casino, Jim's Enterprises (two hotels and casinos located in West Wendover, Nevada known as the State Line Hotel and Casino and the Silver Smith Hotel and Casino, which were sold for $55 million); Management Action Programs (a management consulting firm that successfully reorganized); Easyrider and Paisano Publications (publicly traded publishers of thirteen national magazines, which were sold for $12.3 million); Clifford Electronics (a manufacturer of automotive aftermarket and original equipment manufacturer security systems and components, primarily for automobiles, with annual sales of $40 million, which was sold for $20 million); Chorus Line Corporation and California Fashions Industries (one of the largest apparel companies in the country with annual sales of $500 million which engaged in a Chapter 11 liquidation); Avus (a distributor of computer systems with sales of in excess of $100 million, which was sold); A.J. Markets (chain of supermarkets sold for $5 million); Trancas Town (owner of 35 acres of raw developable land in Malibu, California that successfully reorganized); Association of Volleyball Professionals (professional beach volleyball league sold in Chapter 11); Louise's Trattoria (chain of 16 Italian food restaurants with $30 million in annual revenue sold in Chapter 11 for $7 million); Westward Ho Markets (a supermarket chain with $50 million of annual revenue and $20 million of debt which was restructured through a confirmed Chapter 11 reorganization plan); Special Effects Unlimited (one of the largest providers of special effects in the movie industry which was restructured through a confirmed Chapter 11 reorganization plan); Santa Barbara Aerospace (a heavy aircraft maintenance facility located at the former

4

Norton Air Force base in San Bernardino, California, which was restructured and sold); Manchester Center (a 1.5 million square foot shopping center in Fresno, California which was sold for $25 million); Marbella Golf and County Club (a golf and country club located in San Juan Capistrano which successfully reorganized); Southwest Hospital (an acute care hospital located in Riverside which successfully reorganized); Servall Packaging Industries (a contract packaging company which was sold); Polaris Networks (a telecommunications networks and software company which successfully reorganized); and Prestige Products (a distributor of aftermarket automobile accessories which was sold). A sampling of Mr. Bender's representation of creditors' committees includes the representation of the creditors' committee in the Chapter 11 bankruptcy case of Trigem America (a wholly-owned subsidiary of one of the largest computer manufacturers in the world located in Korea whose case is currently pending) and Robinson Golf Holdings (the owner of a large golf resort development project). Mr. Bender has also represented numerous real estate related debtors in chapter 11. Mr. Bender is also one of California's leading lawyers in the arena of assignments for the benefit of creditors.

EDWARD M. WOLKOWITZ. Mr. Wolkowitz has focused on the areas of insolvency and commercial law during more than 30 years of practice. He has represented debtors, creditors, trustees, receivers and creditors committees in a wide variety of cases. He also serves as a chapter 11 and chapter 7 panel trustee in the Central District of California and as a receiver for the Los Angeles Superior Court. He has extensive experience in representing various interests in complex reorganization cases in a number of different and diverse industries and has also operated a number of businesses as a trustee and receiver. He has been involved in a number of cases that have made new law or clarified existing law in the Ninth Circuit, including: Wolkowitz v. FDIC, 527 F. 3d 959 (9th Cir. 2008); Wolkowitz v. Beverly, 551 F. 3d 1092 (9th Cir. 2008); In re Sylmar Plaza, LP, 314 F.3d 1070 (9th Cir. 2002); Wolkowitz v. American Research Corporation, 131 F.3d 788 (9th Cir. 1999); In re Moses, 167 F.3d 470 (9th Cir. 1999); Wolkowitz v. Shearson Lehman Bros., 136 F.3d 655, cert. denied, 525 U.S. 826 (1998); In re Cheng, 943 F.2d 1114 (9th Cir. 1991); In re Qintex Entertainment, 950 F.2d 1492 (9th Cir. 1991); In re WLB_RSK Venture, 296 B.R. 509 (Bankr. C.D. Cal. 2003). Mr. Wolkowitz was on the faculty of Southwestern University Law School from 1978 to 1994, rejoining the faculty in 2001, teaching courses in bankruptcy, commercial transactions and business reorganization. He has also lectured extensively for the California Continuing Education of the Bar, and as a panelist in programs sponsored by the American Bankruptcy Institute, the Los Angeles Bankruptcy Forum, and the Beverly Hills Bar Association. Between 1994 and 2002, he served as a member of the City Council of Culver City, California, including two one-year terms as Mayor of Culver City. Mr. Wolkowitz was admitted to the California Bar in 1976. His educational background is as follows: California State University, Northridge, (B.A., 1971); Southwestern University Law School (J.D., cum laude, 1975); The University of Michigan Law School (LL.M., 1976). His publications include: "Debtors Have New Weapons Against Involuntary Bankruptcy," Journal of Corporate Renewal 12 (December 2007); "Bankruptcy and Family Law: A Marriage of Irreconcilable Differences", 24 B.H. Bar J. 83 (1990); "Insolvency and Bankruptcy," (Chapter 7) California Family Law Service, Bancroft-Whitney (1986); "Legislative Analysis--Land Use Proposals", 8 Southwestern University Law Review 216 (1976); "Land Use Controls: Is there a Place For Everything", 6 Sw.U.L.Rev. 607 (1974). He is a member of the State Bar of California, the American Bar Association, Los Angeles County Bar Association, the Los Angeles Bankruptcy Forum, the Financial Lawyers Conference and the National Association of Bankruptcy Trustees. He has served as President and Vice President of the Los Angeles Bankruptcy Forum, is on the Editorial Board of the California Bankruptcy

Journal and the Executive Committee of the Board of Governors of the Financial Lawyers Conference.

TIMOTHY YOO.  Mr. Yoo specializes in commercial litigation and bankruptcy.  Known throughout the region as a bankruptcy attorney who resolves difficult issues with creativity and efficiency, he consistently earns the highest rating in peer surveys, including being repeatedly listed as a "Super Lawyer."  Mr. Yoo received his undergraduate degree in business from University of Southern California with honors in 1987.  He then obtained his law degree from Loyola Law School with full merit scholarship in 1991.  Mr. Yoo completed a one-year clerkship with the Honorable Lisa Hill Fenning, United States Bankruptcy Judge for the Central District of California.  In March, 1998, he was appointed to the Panel of Chapter 7 Bankruptcy Trustees for the Central District of California.  Besides for serving as a Chapter 7 Trustee, Mr. Yoo also serves in numerous cases as a Chapter 11 Trustee, Bankruptcy Ombudsman, Liquidating Trustee and Chief Restructuring Officer.  Mr. Yoo's wide range of experience includes Taeil Media (represented a  multinational Korean corporation in one of the largest Orange County fraud cases); Destination Films (acted as Chapter 7 trustee to liquidate a large  film library); Winston Tires (represented the Chapter 7 Trustee);  Millennium-Pacific Icon Group (acted as Chapter 11 Trustee of one of the  largest Korean American real estate developer); Daewoo Motors (defended  creditors in preference actions); Bodies in Motion (acted as the first  Consumer Privacy Ombudsman in the Central District of California to advise  the court on a sale of a chain of fitness facilities); Small World Toys  (represented the creditors' committee); Chorus Line Corporation and  California Fashions Industries (acted as a liquidating trustee for one of  the largest apparel companies in the country); IT Wheels (successfully  defended a Chapter 7 Trustee in a Chapter 15 proceeding); Aoki Pacific  Corporation (as Chapter 7 Trustee, completed public works projects); Dick  Cepek, Inc. (acted as Chapter 7 Trustee to liquidate a chain of off-road vehicle  parts stores); and Phoenix MC, Inc. (acted as the Chief  Restructuring Officer for a hybrid automobile manufacturer).  Mr. Yoo has  lectured as a panelist in programs sponsored by Lorman Education Services,  Office of the United Trustee and the National Asian Pacific American Bar  Association.  He also frequently writes for the Korea Times and California Continuing Education of the Bar.

DAVID B. GOLUBCHIK, born Kiev, Ukraine, January 10, 1971; admitted to bar 1996, California.   Education: University of California, Los Angeles (B.A. 1992), Pepperdine University School of Law (J.D., 1996).  Vice Chairman, Moot Court Board; Vice Magistrate, Phi Delta Phi International Legal Fraternity; American Jurisprudence Award in Business Reorganization in Bankruptcy.  In addition to the State Bar of California, admitted to the U.S. District Court, Central, Southern, Eastern and Northern Districts of California.  Law Clerk to the Honorable Thomas B. Donovan, United States Bankruptcy Court, Central District of California (1996-1997).  Member, American Bar Association, Los Angeles County Bar Association, Los Angeles Bankruptcy Forum.   Practice emphasizes bankruptcy, corporate insolvency and creditors' rights. Language: Russian.

GARY KLAUSNER joined LNBYG as a senior partner in May 2014, from a senior shareholder position at Stutman, Treaster & Glatt. Mr. Klausner has exclusively practiced in the field of corporate restructuring and bankruptcy since 1976. He represents Chapter 11 debtors, secured and unsecured creditors, creditors' committees, trustees and receivers, licensors and franchisors, purchasers of assets out of bankruptcy cases and parties involved in litigation and appeals in connection with bankruptcy cases. He has handled cases involving a broad range of

businesses and industries including real estate development, hospitality and restaurants, aerospace, entertainment, retail, health care and transportation. He also has expertise in Chapter 9 of the Bankruptcy Code, which is designed for the reorganization of municipalities. He currently chairs the American Bar Association's Chapter 9 Committee. Mr. Klausner was recognized in 2012 as "Bankruptcy Lawyer of the Year" by the Century City Bar Association, and was elected a Fellow of the American College of Bankruptcy in 2010. He is also a past president and member of the Board of Governors of the Financial Lawyers Conference and a past president and board member of the Los Angeles Bankruptcy Forum.

ERIC P. ISRAEL, has been a lawyer and advisor for more than 37 years for bankruptcy, workouts, debtor-creditor litigation, exemption planning, and business reorganizations. He represents debtors, trustees, creditors, creditor committees, and shareholders in complex bankruptcy and workout scenarios. Clients seek counsel from Eric for proactive advice when confronted with complicated problems before litigation, during litigation, and postjudgment. Eric has extensive experience representing individual and business debtors, landlords, court-appointed receivers, and bankruptcy trustees, with regard to insolvencies and business bankruptcy, and state and federal receiverships, including bankruptcy litigation and appeals. He has handled reorganizations for numerous construction companies, an oil company and retail establishments, among others. His litigation practice includes:investigating and tracing assets and transfers and Ponzi schemes; prosecuting and defending fraudulent transfers, preferential transfers, and other avoidance actions; prosecuting and defending nondischargeability proceedings and objections to discharge; and representing sellers and buyers in asset sales. Eric also specializes in handling appeals and virtually any other issue that may arise within or outside of bankruptcy. He has handled or been actively involved in numerous high-profile and significant local cases involving HVI Cat Canyon, Inc., G. David Schine, Prime Time Shuttle, Ezri Namvar, Toni Braxton, Tom Sizemore, CBC Framing Company, Death Row Records, and Marion "Suge" Knight. Eric is also a certified mediator through the Straus Institute for Dispute Resolution. He has served on the panel of mediators for the bankruptcy courts in the Central District of California since the panel's inception in 1998. Over the years, Eric has held leadership positions with various California bar groups, including serving as Chairman of the Commercial Law and Bankruptcy Section of the Los Angeles County Bar Association (2014–2015) and Co-Managing Editor of the California Bankruptcy Journal (2008–present). He has spoken on many diverse bankruptcy topics, including individual Chapter 11 cases, the intersection between bankruptcy and family law, avoiding power litigation, advanced issues in bankruptcy sales, Subchapter V small business reorganizations, and diversity in the field.

BRAD D. KRASNOFF has served as insolvency counsel for more than 35 years. He has extensive experience representing fiduciaries in a myriad of matters in the bankruptcy court. He has served as a court-appointed fiduciary for more than 25 years. As counsel, he has prosecuted and defended avoiding power claims (preferential/fraudulent transfers), asset sale litigation, discharge litigation, and numerous other bankruptcy litigation matters. As a fiduciary, he has administered numerous types and varieties of assets and businesses.

DANIEL H. REISS, partner of the firm, born April 19, 1962, Los Angeles, California. Business and Professional Experience: 1990 to present, primary practice areas of bankruptcy, insolvency, business reorganization and commercial litigation. Tax Accountant with KMPG Peat Marwick, 1983-1987; Certified Public Accountant. Education and Honors: California State University, Northridge, summa cum laude, B.S., Business Administration, 1984; University of

7

Southern California, courses in Masters in Business Taxation program, 1986; Loyola of Los Angeles Law School, J.D., 1990; St. Thomas Moore Honor Society, 1988-90; Staff and Note Editor, Loyola of Los Angeles Law Review, 1988-1990; President of Phi Delta Phi legal honor fraternity. Bar Admissions: 1990 State of California, U.S. Federal District Court for the Southern, Central, Eastern and Northern Districts of California. Professional Memberships: California State Bar, Bankruptcy and Commercial Law Sections, Los Angeles Bankruptcy Forum, The Association for Corporate Growth. Lecturer: California Credit Managers Association, "Hostile Takeovers in Bankruptcy;" Credit and Financial Services Division of the National Association of Credit Managers, "Creditors' Revenge: Involuntary Bankruptcy Petitions;" Haight, Brown & Bonesteel, L.L.P., "So, You Want to Be a Millionaire?" Voted 2006 Southern California Super Lawyer.

MONICA YOUNG KIM, born Daejon, S. Korea, June 4, 1970; admitted to bar 1995, California. Education: University of California at Berkeley (B.A., 1991); Hastings College of the Law (J.D., 1995). Law Clerk to the Honorable Jane Dickson McKeag, U.S. Bankruptcy Judge, Eastern District of California, 1995-96.

BETH ANN R. YOUNG, born Santa Monica, California, June 30, 1964; admitted to bar December, 1989, California. Admitted to the United States District Court, Central, Eastern, Northern and Southern Districts of California and the United States Court of Appeals for the Ninth Circuit. Education: University of California at Los Angeles (B.A., 1986); Loyola Law School (J.D., 1989). Member: American Bar Association, Century City Bar Association, Beverly Hills Bar Association, Financial Lawyers' Conference, and Los Angeles Bankruptcy Forum. Reported Decisions: <u>San Paolo U.S. Holding Company v. 816 South Figueroa Company</u> (1998) 62 Cal. App. 4th 1010, 1026; and <u>Ziello v. First Federal Bank</u> (1995) 36 Cal. App. 4th 321, 42 Cal. Rptr. 2d 251. Presenter: "Domestic Partnerships in California: Important New Rules Affecting Creditors," October, 2004.

PHILIP A. GASTEIER. Mr. Gasteier's more than 30 years of practice has included a broad range of bankruptcy and insolvency representation, including Chapter 11 debtors, trustees in Chapter 7 and Chapter 11 cases, creditors, committees, buyers, landlords and parties to executory contracts, with particular emphasis on complex reorganizations and structuring transactions. In his first decade of practice in Philadelphia, Mr. Gasteier successfully represented landlords and purchasers of leasehold interests in large cases such as Food Fair and Lionel, and participated in preparation of materials for presentation to Congress in connection with hearings leading to the Shopping Center Amendments to the Bankruptcy Code in 1984. He counseled extensively in connection with insolvency and bankruptcy aspects of commercial leases for shopping centers and retail chains, and authored "Shopping Centers As Utilities Under the Bankruptcy Code," Shopping Center Legal Update, Summer, 1983. Mr. Gasteier also provided insolvency counseling in connection with bond and other securities transactions. Mr. Gasteier was involved in representation of creditor or equity committees in matters including Franklin Computer, Manson-Billard Industries and Monroe Well Service, Inc. Debtor representation included Motor Freight Express, a multi-state motor carrier, and Dublin Properties. Mr. Gasteier's practice in Los Angeles has included entertainment and other intellectual property matters, such as Fries Entertainment, Inc., Qintex Entertainment, Inc., and Hal Roach Studios, Inc. where he was primarily responsible for structuring and confirming chapter 11 plans, as well as representation of Carolco Pictures, Inc. and Paramount Studios. He has provided specialized insolvency counseling and litigation support in connection with numerous transactions, licenses

and other entertainment contracts. Mr. Gasteier argued In re: Qintex Entertainment, Inc., 950 F.2d 1492 (9th Cir. 1991) to the Ninth Circuit U.S. Court of Appeals, a principal case establishing the executory contract analysis applicable to copyright licenses, and determining that participation rights constitute unsecured claims. Other debtor representation has included Currie Technologies Inc.; Wavien, Inc; Ocean Trails L.P.; Superior Fast Freight, Inc.; and B.U.M. International, Inc. Mr. Gasteier has been involved in creditor committee representation in cases such as House of Fabrics, California Pacific Funding, Ltd., Condor Systems, Inc. and Chase Technologies, Inc. Mr. Gasteier is a graduate of the Law School of the University of Pennsylvania (J.D. 1977) and the Ohio State University (B.A. 1974). He was admitted to the Pennsylvania Bar in 1977 and to the California Bar in 1987. He is also a member of the bar of the United States District Court, Central, Eastern and Northern Districts of California; the U.S. District Court, Eastern District Court of Pennsylvania, and the Ninth and Third Circuit Courts of Appeals. He is a member of the American Bankruptcy Institute, the American Bar Association, the State Bar of California, the Century City Bar Association, the Financial Lawyers Conference and the Los Angeles County Bar Association, where he served as a member of the Bankruptcy Sub-Committee of the Section on Commercial Law and Bankruptcy from (1990-1992). He has been active in civic affairs, and is a past President (2008-2009), Vice President (2006-2008) and Board Member (2004-2009) of the Greater Griffith Park Neighborhood Council, an official body of the City of Los Angeles.

JOHN N. TEDFORD, IV, is a partner at Levene, Neale, Bender, Yoo & Golubchik L.L.P. John joined Levene Neale in February 2025, after over 22 years at Danning, Gill, Israel & Krasnoff, LLP. For over 20 years, John Tedford has represented debtors, creditors, trustees and receivers in bankruptcy and other insolvency matters. He represents clients in all California state and federal courts, especially bankruptcy courts. He is also a member of the bar of the U.S. Supreme Court. When not representing clients, John often speaks and writes about trending issues in his field. He is a regular contributor of e-Bulletins published by the Insolvency Law Committee of the California Lawyers Association's Business Law Section. His articles have been published in the California Bankruptcy Journal, ABI Journal, and Norton's Annual Survey of Bankruptcy Law. John also is active in a number of legal organizations. He was recently selected to be a Fellow of the American College of Bankruptcy, and will be inducted in the 36th Class of the College in March 2025. He is currently a Lawyer Representative to the Ninth Circuit Judicial Conference, President of the California Bankruptcy Forum, and Treasurer of the Century City Bar Association. He is a board member and former officer of the Los Angeles Bankruptcy Forum (serving as its President in 2017-2018) and Financial Lawyers Conference (serving as its President in 2023-2024). John also is a former co-chair of the Insolvency Law Committee of the Business Law Section of the California Lawyers Association.

EVE H. KARASIK is a business restructuring and bankruptcy attorney who focuses her practice on the representation of business entities in a variety of industries. In addition to representing corporate debtors, Ms. Karasik has represented creditors' committees, equity committees, post-confirmation liquidating trusts and Bankruptcy Code section 524(g) trusts, and significant creditors and litigation parties in cases pending around the country. She began her legal career at Stutman, Treister & Glatt P.C., a nationally recognized bankruptcy boutique where she practiced until May 1, 2014 when the firm had to close its doors. She spent one year thereafter managing the Los Angeles office of Gordon Silver, a multi-practice firm with primary offices in Nevada. Ms. Karasik has a breadth of experience representing entities in wide variety of industries, with significant expertise in gaming, retail, and the food and beverage industry,

9

among others. Some of her Debtor representations of note include: Imperial Capital Bancorp, Inc. (San Diego, CA, *Bank Holding Company*), Utah 7000, LLC, et al (Salt Lake City, UT, *Luxury Real Estate Development*), Resort at Summerlin, et al (Las Vegas Nevada, *Gaming*); Gold River Hotel & Casino, et al (Las Vegas, Nevada, *Gaming*), Falcon Products, Inc., et al (St. Louis, MO, *Furniture Manufacturer*), Clark Retail Group, et al (Chicago, IL, *Gas Station and Convenience Stores*), MJ Research, Inc. (Reno, NV, *Bio Tech*), Cell Pro, (Seattle, Washington, *Bio Tech*); and U.S. Aggregates, Inc., et al (Reno, NV, *Mining*). Her creditor and equity committee representations include Circus and Eldorado Joint Venture, et al. (Reno, NV, *Gaming*), Riviera Holdings Corporation, et al. (Las Vegas, NV. *Gaming*), Eurofresh, Inc., et al (Phoenix, AZ, *Food Producer and Distributer*), USA Capital First Trust Deed Fund (Las Vegas, NV, *Real Estate Investment Fund*), Aladdin Gaming, Inc. (Las Vegas, NV, *Gaming*), New Meatco Provisions, LLC. (Los Angeles, CA, *Protein Distribution*) and Amerco (Reno, NV, *Retail/Trucking*). Ms. Karasik has also served as counsel to the Trustee in the Securities Investor Protection Corporation liquidation proceeding of W.S. Clearing, Inc. (Los Angeles, CA, *Securities Clearinghouse*), counsel to the Examiner in the Fontainebleau Las Vegas Holdings, LLC., et al. (Miami, FL, *Gaming*), and counsel to the J.T. Thorpe Settlement Trust, the Thorpe Insulation Company Settlement Trust, Plant Insulation Settlement Trust, and the Western Asbestos Settlement Trust (Reno, NV, *Section 524(g) Bankruptcy Trusts*).  Ms. Karasik has received several awards in her field, including the Century City Bar Association Bankruptcy Attorney of the Year for 2015, and the Turnaround Managers Association "2007 Large Company Transaction of the Year" award for her work on the U.S.A. Commercial Mortgage Company Chapter 11 Cases. She is also been named as a Southern California States Super Lawyers®, 2012-2015 for Bankruptcy & Creditor/Debtor Rights; Best Lawyers in America®, Bankruptcy and Creditor-Debtor Rights Law – 2007- 2015; and AV/Preeminent Attorney® as rated by Martindale-Hubbell®, 5.0 out of 5.0.

JULIET Y. OH, born Tenerife, Canary Islands (Spain), September 15, 1975; admitted to bar 2000, California. Education: Stanford University (B.A.1997), University of California, Los Angeles (J.D., 2000). Extern with the Office of the United States Trustee for the Central District of California, 1999.  In addition to the State Bar of California, admitted to the U.S. Federal District Court for the Central, Southern, and Eastern Districts of California. Member, American Bar Association, Los Angeles County Bar Association.

TODD M. ARNOLD, born Sacramento, California, December 17, 1973.  Admitted to the State Bar of California 2002.  In addition to the State Bar of California, admitted to the U.S. District Court for all Districts of California.  Education: University of California, Los Angeles (B.A. 1997), Loyola Law School, Los Angeles (J.D. 2002), *Order of the Coif*.  Extern and Law Clerk to the Honorable Thomas B. Donovan, United States Bankruptcy Judge (2002-2003). Member, American Bar Association, Los Angeles County Bar Association, American Bankruptcy Institute and Financial Lawyers Conference.

TODD A. FREALY.  Mr. Frealy represents Chapter 7 trustees throughout the Central District of California in all aspects of case administration and litigation.  Mr. Frealy also represents banks, landlords and other creditors in Chapter 11 cases and adversary proceedings. Mr. Frealy was appointed to the Panel of Chapter 7 Bankruptcy Trustees for the Central District of California in July 2010.  Mr. Frealy is a graduate of Southwestern University School of Law (J.D. 1998) and the University of California, Los Angeles (B.A. 1995).  He was a law clerk to the Honorable David N. Naugle, U.S. Bankruptcy Court, Central District of California, Riverside

10

Division (1998-2000). During law school he was an extern to the Honorable Mitchel R. Goldberg and Honorable Arthur M. Greenwald, U.S. Bankruptcy Courts for the Central District of California. He is a member of the Board of Directors for the Inland Empire Bankruptcy Forum and a member of the Los Angeles County Bar Association and the Los Angeles Bankruptcy Forum. In 2009, Mr. Frealy was recognized as a "Rising Star" in a listing published by Super Lawyers magazine. He was admitted to the California Bar in 1998, and is admitted to the Central, Eastern, Northern and Southern Districts of California.

CARMELA T. PAGAY. Ms. Pagay specializes in representation of debtors in reorganizations and liquidations, creditor committees, and Chapter 7 and Chapter 11 trustees, and bankruptcy litigation. Ms. Pagay received her Bachelor of Arts Degree in Political Science from the University of California, Los Angeles in 1994, and her Juris Doctor from Loyola Law School, Los Angeles in 1997, where she was Senior Production Editor of the Loyola of Los Angeles International and Comparative Law Journal. Ms. Pagay is admitted to practice before the United States District Court, Central, Eastern, Northern, and Southern Districts, the Ninth Circuit Court of Appeals, and the United States Supreme Court. She is currently a member of the Beverly Hills Bar Association, Bankruptcy Section Executive Committee, the Los Angeles County Bar Association, and the Women Lawyers Association of Los Angeles, and is also an editorial board member of the Los Angeles Lawyer magazine.

KRIKOR J. MESHEFEJIAN, born, Los Angeles, California. Admitted to California State Bar, January 2008. Education: University of California, Irvine (B.A., 2003); University of Illinois College of Law (J.D., 2007). Experience: Law Clerk to the Honorable Geraldine Mund, United States Bankruptcy Judge for the Central District of California, October 2007 - January 2008; Law Clerk to the Honorable Victoria S. Kaufman, United States Bankruptcy Judge for the Central District of California, March 2008 - September 2008.

JOHN-PATRICK M. FRITZ, born, New Orleans, Louisiana. Admitted to California State Bar, December 2006. Education: Tufts University, Massachusetts (B.A., 2001); Southwestern University School of Law (J.D., 2006). Experience: Law Clerk to the Honorable Maureen A. Tighe, United States Bankruptcy Judge for the Central District of California, August 2007 – August 2009.

RICKY STEELMAN is a Partner at Levene, Neale, Bender, Yoo & Golubchik L.L.P. Mr. Steelman's practical, client-centered, and resolution-driven practice focuses on complex commercial disputes, including litigation connected to bankruptcy, restructuring, and insolvency. His extensive business litigation experience includes successful representation of individuals, Fortune 500 companies, creditors, debtors, hospitals, and emergency physician groups in state and federal courts, as well as private arbitrations, throughout all phases of the litigation process. This includes pre-litigation investigation and demands, the filing of a complaint, law and motion practice (such as drafting and filing demurrers, motions to dismiss, and motions for summary judgment), conducting and responding to discovery (including depositions and subpoenas), attending mediations and settlement conferences, and representing clients at trial and evidentiary hearings.

Mr. Steelman is also an experienced appellate attorney who has managed more than 85 appeals in the various appellate districts of the California Courts of Appeal, the Bankruptcy Appellate Panel for the Ninth Circuit, and the United States Court of Appeals for the Ninth Circuit. He also has substantial bankruptcy experience in numerous bankruptcy matters,

11

contested proceedings, and adversary proceedings. Specifically, he played a critical role in obtaining summary judgment (resulting in a published decision in favor of a Fortune 100 financial institution) where the bankruptcy court granted his plaintiff client's request for substantive consolidation. That judgment forced seven non-debtor entities and three non-debtor individuals involved in a multi-million dollar mortgage-relief fraud scheme into the primary debtor-entity's Chapter 7 bankruptcy and under the purview of the bankruptcy court. This resulted in better protections for vulnerable consumers and members of the community, as well as financial institutions and corporations.

Mr. Steelman also has significant class action defense work in federal court and substantive experience handling California probate proceedings, including trial. He first chaired a probate trial where he successfully challenged the executor's final accounting of a probate estate and the executor's request for extraordinary fees in connection with that estate. That probate decision after a multiple-day trial resulted in greater financial distributions to Mr. Steelman's client, as well as several other non-profit organizations across the country.

Mr. Steelman is very proud to be a two-time Cooke Scholar after being selected for the 2002 Jack Kent Cooke Foundation Undergraduate Scholarship and the 2006 Jack Kent Cooke Foundation Graduate Scholarship – a rare and coveted accomplishment in today's competitive world. He graduated *magna cum laude* from Pepperdine University with a B.A. in Political Science and a Music Minor in 2003. He graduated *cum laude* from Pepperdine University School of Law in 2009. He is licensed in all California state and federal courts, the U.S. Court of Appeals for the Ninth Circuit, as well as the state of Colorado. He is a member of the Los Angeles County Bar Association and its Appellate Courts and Litigation sections. He is honored to have been named nine times as a Southern California Super Lawyers "Rising Star."  Prior to joining the firm, Mr. Steelman worked more than 8.5 years at Bryan Cave Leighton Paisner LLP as a litigation, appellate, and class action associate. He also worked at Buchalter as special counsel, focusing on complex healthcare litigation relating to provider-payor disputes.

JEFFREY S. KWONG joined LNBYG as an associate in 2014. Prior to joining the firm, Mr. Kwong served for two years as law clerk to the Honorable Deborah J. Saltzman, United States Bankruptcy Judge for the Central District of California.  Mr. Kwong obtained his J.D. in 2012 from the University of California, Berkeley, Boalt Hall School of Law, where he served as an editor for the Berkeley Journal of International Law and a Senior Articles Editor for the Asian American Law Journal.  He received his undergraduate degree, summa cum laude, from the University of California, San Diego.  He is a member of the Beverly Hills Bar Association, the Financial Lawyers Conference, and the Los Angeles Bankruptcy Forum.

JOE ROTHBERG joined LNBYG as a partner in 2021. Mr. Rothberg has broad experience across a variety of commercial litigation matters, including in state courts, federal courts, bankruptcy courts, and in private arbitrations. Mr. Rothberg has conducted litigation across a wide assortment of industries, including the textile and apparel industries, the aerospace industry, tech industry, the lending and banking industries, the vending and laundromat industries, the publishing industry, and in the commercial and residential real estate industries. In addition, Mr. Rothberg serves as outside general counsel for a number of small to medium-sized businesses in California and the New York City area.

Before joining the firm, Mr. Rothberg was an attorney at Brutzkus Gubner LLP for nine years. Prior to that, he served as a judicial extern to the Honorable Maureen A. Tighe, United

States Bankruptcy Judge for the Central District of California. Mr. Rothberg obtained his J.D. in 2012 from the University of California, Los Angeles, where he served as the managing editor for the UCLA Journal of International Law and Foreign Affairs. He received a Bachelor of Arts in 2008 from the University of California, Berkeley with High Honors in history and a minor in music.

Mr. Rothberg has authored several legal analysis articles for Forbes online, regard- ing various commercial and intellectual property issues. Mr. Rothberg is licensed to practice in both California and New York. He is a member of the New York State Bar Association. Mr. Rothberg has been named a "Rising Star" by Southern California Super Lawyers each year since 2016, and has been named to the "Up and Coming 100" each year since 2019.

SENIOR COUNSEL

KURT RAMLO, a Los Angeles native, provides restructuring advice to business organizations facing financial distress. His practice includes guiding organizations throughout-of-court and chapter 11 reorganizations, as well as related transactions and litigation. He routinely provides advice on structuring cutting-edge transactions on behalf of public and private debtors, foreign representatives, receivers, shareholders, plan sponsors, third-party acquirers, secured and unsecured creditors, creditors' committees and post-petition lenders, as well as other restructuring professionals. A former Assistant United States Attorney, Mr. Ramlo also has extensive trial and commercial litigation experience in bankruptcy and federal district courts. His representative chapter 11 matters include advising the debtors in NexPrise, Inc.; Hingham Campus; Minor Family Hotels; Delphi Corporation; Refco; Blue Bird Body Company (prepackaged plan); Friedman's Jewelers; First Virtual Communications; Kmart Corporation; ZiLOG, Inc. (prepackaged plan); Stone & Webster; Wilshire Center Marketplace (Ambassador Hotel); Washington Group; and Furr's Supermarkets; the foreign representatives in Flightlease Holdings and SunCal; the receiver in private equity management group; equity stockholders or plan sponsors in Charter Communications; Crescent Jewelers; Oregon Arena Corporation; Old UGC; and Clift Holdings (The Clift Hotel); asset purchasers and bidders in Medical Capital Holdings; Variety Arts Theatre; Chef Solutions Holdings; People's Choice Financial Corporation; Sun World; The Walking Company; Centis; and iSyndicate; estate professionals in General Growth Properties and Leap Wireless; and creditors in Cocopah Nurseries; One Pelican Hill North, L.P.; McMonigle Residential Group; Contessa Premium Foods; LBREP/L-Lehman SunCal Master I, LLC; Phoenix Coyotes; GTS 900 F (Concerto); Cupertino Square; American Home Mortgage; Trump Casinos; Consolidated Freightways; Loral Space & Communications; Leap Wireless; DirecTV Latin American; Northwestern Corporation; Airwalk; Centis; Regal Cinemas; eToys; Excite/At Home Corporation; Paracelsus Healthcare; and the creditors' committee in Hamakua Sugar Company. Litigation matters include CanAm Capital Holdings (Ponzi scheme fraudulent transfer action); Lyondell Chemical (New York LBO fraudulent transfer action); Linens N Things (preference); patent holder (obtaining stay pending appeal of $112 million judgment); S&W Bach (New York fraudulent transfer action); One Pelican Hill North (California lender liability); Lost Lakes (Washington lender liability); satellite dish provider (piracy and dischargeability); Prium (lender liability); Spansion, Inc. (transfer pricing dispute); Delphi (Michigan state tax litigation; vendor litigation); Refco (Swiss securities litigation); Old UGC ($3.7 billion breach of merger action); Airwalk (debt recharacterization trial); various action representing the United States (Medicare fraud and dischargeability; surety bond enforcement; loan and guaranty enforcement; wrongful foreclosure litigation; enforcement of criminal fines and restitution orders). Published decisions issued in matters litigated by

13

Mr. Ramlo include <u>United States Pac. Ins. Co. v. United States Dep't of Interior</u>, 70 F. Supp. 2d 1089 (C.D. Cal. 1999); <u>Secretary of HUD v. Sky Meadow Assoc.</u>, 117 F. Supp. 2d 970 (C.D. Cal. 2000); <u>Yunis v. United States</u>, 118 F. Supp. 2d 1024 (C.D. Cal. 2000); and <u>United States Dep't of Educ. v. Wallace (In re Wallace),</u> 259 B.R. 170 (C.D. Cal. 2000).  He is a co-author of "American Bankruptcy Reform and Creativity Prompt the In re Blue Bird Body Company One-Day Prepackaged Plan of Reorganization," International Corporate Rescue, Kluwer Law International (London) (December 2006), included in Expedited Debt Restructuring: An International Comparative Analysis, Rodrigo Olivares-Caminal ed., Kluwer Law International (The Netherlands) (2007).  In 1993, Mr. Ramlo obtained his law degree from the University of California, Davis and in 1990 a Bachelor of Music degree, with a concentration on music performance on bassoon, from California State University, Northridge.

ANTHONY A. FRIEDMAN was born in Los Angeles, California. He received his Juris Doctor degree from the University of La Verne School of Law and his Bachelor of Arts degree from the University of California at San Diego. Mr. Friedman primarily practices in the bankruptcy area and focuses on Trustee, Debtor and Creditor representation, as well as commercial litigation.  Prior to joining Levene Neale Bender Yoo & Brill LLP, Mr. Friedman was a judicial extern for the Honorable Kathleen Thompson, United States Bankruptcy Judge, Central District of California, an associate at Weinstein, Eisen & Levine, Greenberg & Bass, Weintraub & Aver, LLP, and most recently, Moldo Davidson Fraioli Seror & Sestanovich LLP. Mr. Friedman is admitted to practice in the state courts of California the United States District Court for the Central District of California and the 9th Circuit Court of Appeals. Mr. Friedman practices in the areas of bankruptcy, commercial litigation and corporate transactions.  Mr. Friedman is a member of the Los Angeles County Bar Association, the Los Angeles Bankruptcy Forum, the Financial Lawyer's Conference, the Commercial Law League of America, and the San Fernando Valley Bar Association. Mr. Friedman is also a volunteer in the Public Counsel Law Center Bankruptcy pro bono project.

MICHAEL G. D'ALBA joined LNBYG in May 2024 as Senior Counsel. He represents Chapter 7 trustees in investigations and avoidance actions, including on appeal. His practice extends to representing partition referees, receivers, judgment creditors, and debtors in possession in litigation matters. Prior to joining LNBYG, Mr. D'Alba practiced at a bankruptcy law firm in Los Angeles for 14 years. His experience there included representing the receiver of a Ponzi scheme in avoiding and recovering transfers and liquidating other assets; prevailing for the trustee on appeal when a transferee argued that a one-year statute of limitations under state law should apply over a two-year statute of limitations under bankruptcy law; avoiding unequal property settlement agreements that were followed by bankruptcy; enforcing the discharge injunction on behalf of reorganized debtors, obtaining monetary sanctions; collecting judgments, including by judicial foreclosure; and selling by auction the intellectual property assets of a defunct media enterprise. During this time, he authored *Non-filing Spouses, Homestead Exemptions, and Voidable Transactions*, 34 CAL. BANKR. J. 77 (2017), and *Based on What? Trustee Compensation Scenarios Under Section 326 of the Bankruptcy Code*, 35 CAL. BANKR. J. 339 (2021) (Brad D. Krasnoff, co-author). Mr. D'Alba is a member of the Financial Lawyers Conference, the Los Angeles Bankruptcy Forum, and the Century City Bar Association. He has participated in the James T. King Bankruptcy Inn of Court and volunteered for Public Counsel's bankruptcy pro bono program.  Upon graduating from Princeton University and Rutgers University School of Law, Mr. D'Alba practiced in the commercial litigation department of a

14

New Jersey law firm, which included representing Chapter 11 debtors in the residential real estate development industry.

## ASSOCIATES

LINDSEY L. SMITH was born in Bloomfield Hills, Michigan. Education: Boston University, Boston, MA (B.A., 2006); Loyola Law School, Los Angeles, CA (J.D., *Cum Laude*, 2009). Experience: Law Clerk at 1736 Family Crisis Center May 2008 – June 2009.

ROBERT M. CARRASCO joined LNBYG as an associate attorney in May 2023. Before joining LNBYG, Mr. Carrasco was a judicial law clerk for the Hon. Martin R. Barash in the Central District of California- Bankruptcy Court. Prior to that, Mr. Carrasco served as a judicial law clerk for the Hon. Cecelia G. Morris in the Southern District of New York – Bankruptcy Court. Mr. Carrasco also externed and clerked for the Hon. Maureen Tighe in the Central District of California – Bankruptcy Court.   Mr. Carrasco obtained his J.D. from Southwestern Law School. There, Mr. Carrasco served as a lead articles editor for the *Southwestern Law Review*. Mr. Carrasco obtained his B.A from California State University, Long Beach

15

<u>PARAPROFESSIONALS</u>

JASON KLASSI received his Bachelors of Arts degree from the University of California at Los Angeles graduating Magna Cum Laude in 1979.  He has over 20 years of paralegal experience within the State of California currently working at the law firm of Levene, Neale, Bender, Yoo & Golubchik L.L.P. since its inception in 1995.  Mr. Klassi maintains compliance for paralegal qualification under Business & Professions Code 6450(c)(3) and (d).  He also is an active member of the Los Angeles Paralegal Association.

CONNIE RAY is a Trustee Administrator/Paralegal who received her Paralegal Certificate from the UCR Extension Paralegal Training Program. She received her bachelor's degree from the University of California, Santa Barbara in 1997. Prior to joining the Firm, she worked for the U.S. Bankruptcy Court, Central District of California, for 12 years, including working as Judicial Assistant to the Honorable Peter H. Carroll from 2002 to 2010.

DAMON WOO is a bankruptcy paralegal/legal assistant who received his Legal Assistant Training from the Beverly Hills Bar Association.  Mr. Woo has been working for Levene, Neale, Bender, Yoo & Golubchik, L.L.P. since November 1999.  Mr. Woo continues his paralegal education by staying in compliance with MCLE requirements under Business and Professions Code 6450(c)(4) and (d).

REBECKA MERRITT received her Bachelor of Science Degree in Integrative Studies at Kennesaw State University. Ms. Merritt has been working with law firms for the past six years. She was employed by The Zagoria Law Firm, a Personal Injury firm in Atlanta, Georgia, as a legal assistant/paralegal from January 2018 until February 2022. Ms. Merritt was also employed as a legal secretary at Moray & Agnew Law Firm in Newcastle, Australia, in Property Law, from July 2022 until January 2023. In January 2023, she joined the firm of Levene, Neale, Bender, Yoo & Golubchik, L.L.P.  Ms. Merritt continues her paralegal education by maintaining MCLE compliance.

VANINA IVANOVA is a paralegal with a strong academic foundation in political science and legal studies. She holds a Bachelor's degree in Political Science with a concentration in Law and Society from California State University, Northridge, where she focused on the structure and function of the United States government and the development of its laws and regulations. Vanina went on to earn her Master's degree in Studies of Law from the University of Southern California. During her time at USC, she gained broad exposure to foundational areas of the legal field, including business law , and corporate litigation. In May 2025, she joined the firm of Levene, Neale, Bender, Yoo & Golubchik, L.L.P.  Ms. Ivanova continues her paralegal education by maintaining MCLE compliance.

**Exhibit 2**

**LNBY&G**

**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**
LAW OFFICES

LAW OFFICES
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone No. (310) 229-1234
Telecopier No. (310) 229-1244

SCHEDULE OF HOURLY BILLING RATES
(Effective January 1, 2026)

| ATTORNEYS | 2026 Rates |
|---|---|
| DAVID L. NEALE | 795 |
| RON BENDER | 795 |
| TIMOTHY J. YOO | 795 |
| DAVID B. GOLUBCHIK | 795 |
| EVE H. KARASIK | 795 |
| GARY E. KLAUSNER | 795 |
| ERIC P. ISRAEL | 795 |
| BRAD D. KRASNOFF | 795 |
| EDWARD M. WOLKOWITZ | 795 |
| BETH ANN R. YOUNG | 795 |
| MONICA Y. KIM | 775 |
| PHILIP A. GASTEIER | 775 |
| JOHN N. TEDFORD, IV | 775 |
| DANIEL H. REISS | 775 |
| TODD A. FREALY | 775 |
| KRIKOR J. MESHEFEJIAN | 775 |
| JOHN-PATRICK M. FRITZ | 775 |

LNBY&G

| | |
|---|---|
| RICHARD P. STEELMAN, JR. | 750 |
| JULIET Y. OH | 750 |
| TODD M. ARNOLD | 750 |
| JOSEPH M. ROTHBERG | 750 |
| JEFFREY KWONG | 750 |
| MICHAEL D'ALBA | 750 |
| CARMELA T. PAGAY | 725 |
| ANTHONY A. FRIEDMAN | 725 |
| ROBERT CARRASCO | 595 |
| PARAPROFESSIONALS | 300 |

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034.

A true and correct copy of the foregoing document entitled: **Application Of Chapter 11 Debtors To Employ Levene, Neale, Bender, Yoo & Golubchik L.L.P., As General Bankruptcy Counsel Pursuant To 11 U.S.C. § 327(a) With Compensation Pursuant To 11 U.S.C. §§ 330, 331; Declaration Of David Golubchik In Support Thereof** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **May 12, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Raymond H. Aver     ray@averlaw.com, averlawfirm@gmail.com;ani@averlaw.com;katya@averlaw.com;jesus@averlaw.com
- Jessica L Bagdanov     jbagdanov@bg.law, ecf@bg.law
- Michael E Bubman     mbubman@mbn.law, aacosta@mbnlawyers.com
- Greg P Campbell     ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
- Steven Casselberry     Steve.Casselberry@procopio.com, jessica.perez@procopio.com;emily.marsh@procopio.com;calendaringbankruptcy@procopio.com;evangelina.myers@procopio.com;lauren.hill@procopio.com
- David Coats     dacoats@raslg.com
- Michael G D'Alba     mgd@lnbyg.com
- Dora Duru     dora.duru@bclplaw.com
- Amir Gamliel     agamliel@perkinscoie.com, cmallahi@perkinscoie.com;DocketLA@perkinscoie.com
- Craig S Ganz     ganzc@ballardspahr.com, BKTDocket_West@ballardspahr.com;phxlsateam@ballardspahr.com
- David B Golubchik     dbg@lnbyg.com, dbg@lnbyg.com
- Adam M Greely     agreely@fbfk.law, dstolar@vrslaw.net
- Steven T Gubner     sgubner@bg.law, ecf@bg.law
- Sarah Rose Hasselberger     shasselberger@marshackhays.com, shasselberger@ecf.courtdrive.com;cbastida@marshackhays.com;alinares@ecf.courtdrive.com
- Golsa Honarfar     ghonarfar@rutan.com, avaccaro@rutan.com;apineda@rutan.com
- Matthew J Marino     mmarino@allenmatkins.com, csandoval@allenmatkins.com
- Kenneth Misken     Kenneth.M.Misken@usdoj.gov
- John A Moe     john.moe@dentons.com, kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com
- Michael S Myers     myersm@ballardspahr.com, BKTDocket_West@ballardspahr.com;phxlsateam@ballardspahr.com
- Alan I Nahmias     anahmias@mbn.law, jdale@mbn.law
- Aram Ordubegian     ordubegian.aram@arentfox.com
- Carmela Pagay     ctp@lnbyg.com
- David M Poitras     dpoitras@bg.law
- Joseph M Rothberg     jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com
- Joshua L Scheer     jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com
- Zev Shechtman     Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.Bribiesca@saul.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

- Robyn B Sokol    robyn.sokol@stinson.com, lydia.moya@stinson.com;dennette.mulvaney@stinson.com;dbender@leechtishman.com;jnaiya.herd@stinson.com
- Jennifer R Tullius    jtullius@tulliuslaw.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Sharon Z. Weiss    sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com
- David Wood    dwood@marshackhays.com, dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com

**2.  SERVED BY UNITED STATES MAIL**: On **May 12, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Scott C. Clarkson
USBC – Central District of California
411 West Fourth Street,
Suite 5130 / Courtroom 5C
Santa Ana, CA 92701-4593

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **May 12, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 12, 2026 | Rebecka Merritt | /s/ Rebecka Merritt |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**