DAVID B. GOLUBCHIK (State Bar No. 185520)
CARMELA T. PAGAY (State Bar No. 195603)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: DBG@LNBYG.COM; CTP@LNBYG.COM

Proposed Attorneys for Debtors and Debtors in Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| In re | Case No.: 8:26-bk-11202-SC |
|---|---|
| ANDREW STUPIN and JULIE STUPIN, | Chapter 11 Case |
| Debtors and Debtors in Possession. | **NOTICE OF APPLICATION OF CHAPTER 11 DEBTORS TO EMPLOY LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P., AS GENERAL BANKRUPTCY COUNSEL PURSUANT TO 11 U.S.C. § 327(a) WITH COMPENSATION PURSUANT TO 11 U.S.C. §§ 330, 331** |
| | [No hearing required unless requested] |

**TO ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that Andrew and Julie Stupin, debtors and debtors in possession in the above-referenced chapter 11 bankruptcy case (the "Debtors"), has filed an application ("Application") for authority to employ Levene, Neale, Bender, Yoo & Golubchik L.L.P. ("LNBYG") as general bankruptcy counsel, pursuant to 11 U.S.C. § 327(a) with

///

1

compensation pursuant to 11 U.S.C. § 330.  The Debtors seek to employ LNBYG effective as of April 17, 2026, the date of the Debtors' bankruptcy filing.

**PLEASE TAKE FURTHER NOTICE** that, as debtors in a chapter 11 bankruptcy case, the Debtors require the services of experienced bankruptcy counsel.  The Debtors decided that LNBYG is the ideal bankruptcy counsel to represent the Debtors taking into account firm size, experience, skill level and cost.  In that regard, the Debtors seek to employ LNBYG as its bankruptcy counsel, at the expense of the Debtors' bankruptcy estate, and to have the Debtors' employment of LNBYG be deemed effective as of the Petition Date.

The Debtors seek to employ LNBYG as its bankruptcy counsel to render, among others, the following types of professional services:

a.      advising the Debtors with regard to the requirements of the Bankruptcy Court, Bankruptcy Code, Bankruptcy Rules and the Office of the United States Trustee as they pertain to the Debtors;

b.      advising the Debtors with regard to certain rights and remedies of its bankruptcy estate and the rights, claims, and interests of creditors;

c.      representing the Debtors in any proceeding or hearing in the Bankruptcy Court involving its estate unless the Debtors is represented in such proceeding or hearing by other special counsel;

d.      conducting examinations of witnesses, claimants or adverse parties and representing the Debtors in any adversary proceeding except to the extent that any such adversary proceeding is in an area outside of LNBYG's expertise or which is beyond LNBYG's staffing capabilities;

e.      preparing and assisting the Debtors in the preparation of reports, applications, pleadings and orders including, but not limited to, applications to employ professionals, interim statements and operating reports, initial filing requirements, schedules and statement of financial affairs, lease pleadings, cash collateral pleadings, financing pleadings, and

///

2

pleadings with respect to the Debtors' use, sale or lease of property outside the ordinary course of business;

      f.      representing the Debtors with regard to obtaining use of debtor in possession financing and/or cash collateral including but not limited to, negotiating and seeking Bankruptcy Court approval of any debtor in possession financing and/or cash collateral pleading or stipulation and preparing any pleadings relating to obtaining use of debtor in possession financing and/or cash collateral;

      g.      assisting the Debtors in any asset sale process;

      h.      assisting the Debtors in negotiation, formulation, preparation and confirmation of a plan of reorganization and the preparation and approval of a disclosure statement in respect of the plan; and

      i.      performing any other services which may be appropriate in LNBYG's representation of the Debtors during their bankruptcy case.

**PLEASE TAKE FURTHER NOTICE** that during the one (1) year period prior to the Petition Date, which included months of litigation with banks as well as preparation for this filing, LNBYG received payments from the Debtors totaling $933,431.50.  The Debtors and LNBYG agreed that LNBYG shall receive a retainer for this case of $366,568.50, inclusive of the filing fee of $1,738.  LNBYG received the foregoing payment prior to the commencement of this case.

**PLEASE TAKE FURTHER NOTICE** that except as described above, LNBYG has not been paid any other money by the Debtors at any other time.  LNBYG has placed the unused portion of the Retainer as of the Petition Date into a segregated account and will draw down from those funds on a monthly basis in accordance with the common procedures of this District to assist LNBYG with its cash flow needs, recognizing that all post-petition fees and expenses paid to LNBYG must be ultimately approved by the Court after notice and a hearing.

**PLEASE TAKE FURTHER NOTICE** that LNBYG will bill its time for its representation of the Debtors on an hourly basis in accordance with LNBYG's standard hourly

billing rates.  A listing of LNBYG's current hourly billing rates is attached as **Exhibit "2"** to the Declaration of David B. Golubchik annexed to the Application.   LNBYG will seek reimbursement of all of its expenses in accordance with the rates set forth in the guidelines promulgated by the Office of the United States Trustee.

**PLEASE TAKE FURTHER NOTICE** that LNBYG understands the provisions of 11 U.S.C. §§ 327, 330 and 331 which require, among other things, Court approval of the Debtors' employment of LNBYG as bankruptcy counsel and of all legal fees and reimbursement of expenses that LNBYG will receive from the Debtors and the Debtors' estate.  LNBYG seeks to be employed pursuant to 11 U.S.C. § 327(a) with its compensation to be pursuant to 11 U.S.C. §§ 330 and 331.

**PLEASE TAKE FURTHER NOTICE** that a complete copy of the Application may be requested in writing to Levene, Neale, Bender, Yoo & Golubchik L.L.P., 2818 La Cienega Avenue, Los Angeles, California 90034, Attention: Carmela Pagay, Tel: (310) 229-1234, Fax: (310) 229-1244, Email: CTP@LNBYG.COM.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Bankruptcy Rule 2014-1(b)(3)(E), any objection to and request for a hearing on the Application, in the form required by Local Bankruptcy Rule 9013-1(f)(1), must be filed and served on the Debtors, LNBYG and the Office of the United States Trustee within fourteen (14) days after the date of service of this Notice plus three (3) additional days if served by mail, electronically, or pursuant to Rule 5(b)(2)(D) or (F) of the Federal Rules of Civil Procedure and Rule 9006 of the Federal Rules of Bankruptcy Procedure.

///

///

///

///

///

///

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Bankruptcy Rule 2014-1(b)(4), if no objection and request for a hearing on the Application is timely filed and served, LNBYG will promptly lodge a proposed order approving the Application.

Dated: May 11, 2026

LEVENE, NEALE, BENDER, YOO
& GOLUBCHIK L.L.P.

By:    */s/ David B. Golubchik*
DAVID B. GOLUBCHIK
Proposed Attorneys for Debtors and
Debtors in Possession

**LNBY&G**

**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**

LAW OFFICES

LAW OFFICES
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone No. (310) 229-1234
Telecopier No. (310) 229-1244

SCHEDULE OF HOURLY BILLING RATES
(Effective January 1, 2026)

| ATTORNEYS | 2026 Rates |
|---|---|
| DAVID L. NEALE | 795 |
| RON BENDER | 795 |
| TIMOTHY J. YOO | 795 |
| DAVID B. GOLUBCHIK | 795 |
| EVE H. KARASIK | 795 |
| GARY E. KLAUSNER | 795 |
| ERIC P. ISRAEL | 795 |
| BRAD D. KRASNOFF | 795 |
| EDWARD M. WOLKOWITZ | 795 |
| BETH ANN R. YOUNG | 795 |
| MONICA Y. KIM | 775 |
| PHILIP A. GASTEIER | 775 |
| JOHN N. TEDFORD, IV | 775 |
| DANIEL H. REISS | 775 |
| TODD A. FREALY | 775 |
| KRIKOR J. MESHEFEJIAN | 775 |
| JOHN-PATRICK M. FRITZ | 775 |

LNBY&G

| RICHARD P. STEELMAN, JR. | 750 |
| JULIET Y. OH | 750 |
| TODD M. ARNOLD | 750 |
| JOSEPH M. ROTHBERG | 750 |
| JEFFREY KWONG | 750 |
| MICHAEL D'ALBA | 750 |
| CARMELA T. PAGAY | 725 |
| ANTHONY A. FRIEDMAN | 725 |
| ROBERT CARRASCO | 595 |
| PARAPROFESSIONALS | 300 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034.

A true and correct copy of the foregoing document entitled: **Notice Of Application Of Chapter 11 Debtors To Employ Levene, Neale, Bender, Yoo & Golubchik L.L.P., As General Bankruptcy Counsel Pursuant To 11 U.S.C. § 327(a) With Compensation Pursuant To 11 U.S.C. §§ 330, 331** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **May 12, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Raymond H. Aver     ray@averlaw.com, averlawfirm@gmail.com;ani@averlaw.com;katya@averlaw.com;jesus@averlaw.com
- Jessica L Bagdanov     jbagdanov@bg.law, ecf@bg.law
- Michael E Bubman     mbubman@mbn.law, aacosta@mbnlawyers.com
- Greg P Campbell     ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
- Steven Casselberry     Steve.Casselberry@procopio.com, jessica.perez@procopio.com;emily.marsh@procopio.com;calendaringbankruptcy@procopio.com;evangelina.myers@procopio.com;lauren.hill@procopio.com
- David Coats     dacoats@raslg.com
- Michael G D'Alba     mgd@lnbyg.com
- Dora Duru     dora.duru@bclplaw.com
- Amir Gamliel     agamliel@perkinscoie.com, cmallahi@perkinscoie.com;DocketLA@perkinscoie.com
- Craig S Ganz     ganzc@ballardspahr.com, BKTDocket_West@ballardspahr.com;phxlsateam@ballardspahr.com
- David B Golubchik     dbg@lnbyg.com, dbg@lnbyg.com
- Adam M Greely     agreely@fbfk.law, dstolar@vrslaw.net
- Steven T Gubner     sgubner@bg.law, ecf@bg.law
- Sarah Rose Hasselberger     shasselberger@marshackhays.com, shasselberger@ecf.courtdrive.com;cbastida@marshackhays.com;alinares@ecf.courtdrive.com
- Golsa Honarfar     ghonarfar@rutan.com, avaccaro@rutan.com;apineda@rutan.com
- Matthew J Marino     mmarino@allenmatkins.com, csandoval@allenmatkins.com
- Kenneth Misken     Kenneth.M.Misken@usdoj.gov
- John A Moe     john.moe@dentons.com, kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com
- Michael S Myers     myersm@ballardspahr.com, BKTDocket_West@ballardspahr.com;phxlsateam@ballardspahr.com
- Alan I Nahmias     anahmias@mbn.law, jdale@mbn.law
- Aram Ordubegian     ordubegian.aram@arentfox.com
- Carmela Pagay     ctp@lnbyg.com
- David M Poitras     dpoitras@bg.law
- Joseph M Rothberg     jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com
- Joshua L Scheer     jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com
- Zev Shechtman     Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.Bribiesca@saul.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                         **F 9013-3.1.PROOF.SERVICE**

- Robyn B Sokol    robyn.sokol@stinson.com, lydia.moya@stinson.com;dennette.mulvaney@stinson.com;dbender@leechtishman.com;jnaiya.herd@stinson.com
- Jennifer R Tullius    jtullius@tulliuslaw.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Sharon Z. Weiss    sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com
- David Wood    dwood@marshackhays.com, dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com

**2. SERVED BY UNITED STATES MAIL**: On **May 12, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ *Service list attached*

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **May 12, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 12, 2026 | Rebecka Merritt | /s/ Rebecka Merritt |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                      **F 9013-3.1.PROOF.SERVICE**

Label Matrix for local noticing
0973-8
Case 8:26-bk-11202-SC
Central District of California
Santa Ana
Tue May 12 14:23:34 PDT 2026

Scheer Law Group, LLP, interested party
Scheer Law Group LLP
85 Argonaut
Suite 202
Aliso Viejo, CA 92656-4128

The Evergreen Advantage, LLC
1424 4th Street, Suite 777
Santa Monica, CA 90401-2360

UMB Bank, National Association
Robertson, Anschutz, Schneid, Crane & Pa
13010 Morris Rd., Suite 450
Alpharetta, GA 30004-2001

Santa Ana Division
411 West Fourth Street, Suite 2030,
Santa Ana, CA 92701-4500

Abraham & Linda Rayhaun
6455 Marigayle Cir.
Huntington Beach, CA 92648-6729

Aegis Security
PO Box 261567
Hartford, CT 06126-1567

Arvielo
c/o Damon Mircheff, Esq.
18575 Jamboree Road, 9th Floor
Irvine, CA 92612-2534

Boyd & Associates
2191 E Thompson Blvd
Ventura, CA 93001-3538

CA Fair Plan
PO Box 840244
Los Angeles, CA 90084-0244

CR&R Inc
PO Box 206
Stanton, CA 90680-0206

California Bank & Trust
1900 North Main Street Ste. 100
Irvine, CA 92614-7325

Cantor Group IV LLC
520 Newport Center Drive, Suite 480
Newport Beach, CA 92660-7034

Charter Comm
PO Box 7173
Pasadena, CA 91109-7173

City of Huntington Beach
P.O. Box 711
Huntington Beach, CA 92648-0711

City of Newport Beach
PO Box 4923
Whittier, CA 90607-4923

Comerica Bank
PO Box 660093
Dallas, TX 75266-0093

County of Orange
P.O. Box 1438
Santa Ana, CA 92702-1438

Cox Comm.
102280 oaks PA 19456

Crystal Cove Community Assoc
30354 Tampa FL 33630-3354

DIRECTV
PO Box 915
El Segundo, CA 90245-0915

Dan Genis
2661 Tallant Rd. #MN708
Santa Barbara, CA 93105-4849

David Schiff
100 Ocean Ave. Unit C300
Santa Monica, CA 90402

Denise Blake
7731 N. 158th Street
Bennington, NE 68007-1833

Denise Simon
2222 Avenue of the Stars Unit #1902
Los Angeles, CA 90067-5634

Enterprise Bank
150 N Meramec Ave
Clayton, MO 63105-3874

Exclusive Auto Detail
146 1/2 E 21st St
Costa Mesa, CA 92627-2124

FCI Lender Services, Inc.
PO Box 27370
Anaheim, CA 92809-0112

First Bank
PO Box 790037
St Louis, MO 63179-0037

Fletcher Jones Motor Cars, Inc.
3300 Jamboree Rd
Newport Beach, CA 92660-8528

Franchise Tax Board
Special Procedures - Insolvency
P.O. Box 2952
Sacramento, CA 95812-2952

Frontier
PO Box 740407
Cincinnati, OH 45274-0407

Gerald Marcil
c/o Steve Gubner, Esq.
21650 Oxnard St., Suite 500
Woodland Hills, CA 91367-4911

Gibson Family Trust
12 Whalers Bluff
Newport Coast, CA 92657-2136

Global Medical Systems
10391 E. Rosemary Lane
Scottsdale, AZ 85255-8679

Groussman Family Trust
12 San Timoteo
Rancho Santa Margarita, CA 92688-2510

Huntington Landmark Association
25189 Santa Ana CA
Santa Ana, CA 92799-5189

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Irvine Ranch Water District
P.O. Box 57000
Irvine, CA 92619-7000

Jane Torpipat & Don Torpipiat
11310 Carob Cir.
Fountain Valley, CA 92708-1709

Jeff & Janel Grousman
12 San Timoteo
Rancho Santa Margarita, CA 92688-2510

Jim & Cheryl Markham
c/o Sonja Rapparport 23 Vista Del Valle
Aliso Viejo, CA 92656-6040

Julie Kaplan
47 Paloma #B
Venice, CA 90291-2404

Karen Kaplan  Revocable Trust
1509 Elton Lane
Austin, TX 78703-3219

Land Rover Financial Group
PO BOX 650546
Dallas, TX 75265-0546

Larry Barker
105 Golden Glen Way
Fayetteville, GA 30214-4765

Mel Remba
2446 Apollo Drive
Los Angeles, CA 90046-1628

Mercury Insurance
PO Box 5700
Rancho Cucamonga, CA 91729-5700

Michael Kaplan
PO Box 277
Surfside, CA 90743-0277

Nano Banc
7755 Irvine Center Dr
Suite 300
Irvine, CA 92618-2904

Neptune Flood Insurance
PO Box 735653
Chicago, IL 60673-5653

One Ford Road Assoc
25189  Santa Ana CA 92799-5189

Orange County Register
P.O. Box 11626
Santa Ana, CA 92711-1626

PLM Lender Services, Inc.
5446 Thornwood Drive, 2nd Floor
San Jose, CA 95123-1224

PMF CA REITT LLC
16801 Van Buren Boulevard
Building B
Riverside, CA 92504-5893

Patrick's Landscaping
20481 Sun Valley Rd.
Laguna Beach, CA 92651-1166

Personal Umbrella.com
5835 Doyle St.
Ste. 115
Emeryville, CA 94608-2507

Preferred Bank
c/o John A. Moe, II, Dentons US LLP
601 S. Figueroa St., Ste 2500
Los Angeles, CA 90017-5709

Progressive
PO Box 6807
Cleveland, OH 44101-1807

Republic Services
17121 Nichols Lane
Huntington Beach, CA 92647-5719

Roadrunner Exterminating
310 E Alton Ave
Santa Ana, CA 92707-4419

Robert & Mai Linh Purdy
1718 Port Charles Place
Huntington Beach, CA 96248

Rocket Mortgage
PO Box 6577
Carol Stream, IL 60197-6577

(p)SOUTHERN CALIFORNIA EDISON COMPANY
1551 W SAN BERNARDINO ROAD
COVINA CA 91722-3407

SCE REIMBURSEMENT to 309 D
P.O. Box 6400
Rancho Cucamonga, CA 91729-6400

Samuel Gonzalez
2183 Pomona Ave., Apt. A
Costa Mesa, CA 92627-9540

Select Portfolio Servicing
PO Box 65250
Salt Lake City, UT 84165-0250

So Cal Gas
P.O. Box 1626
Monterey Park, CA 91754-8626

Stanley Pest
2555 Loma Avenue
South El Monte, CA 91733-1417

The Gas Co.
P.O. Box 1626
Monterey Park, CA 91754-8626

The Process Server
960 N Tustin Street #304
Orange, CA 92867-5956

Travelers
PO Box 660317
Dallas, TX 75266-0317

U.S. Trustee - Santa Ana
411 West Fourth Street
Suite 9041
Santa Ana, CA 92701-8000

United States Trustee (SA)
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4500

Vickie Larson
5000 Antelope Junction
Farmington, NM 87402-1005

Vision Pools
25422 Trabuco suite 105 #100-368
Lake Forest, CA 92630-2796

Western Alliance Bank
c/o Craig Ganz, BALLARD SPAHR LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915

Zions Bank
c/o Sasha Frid, MILLER  BARONDESS
2121 Avenue of the Stars, 26th Floo
Los Angeles, CA 90067

Andrew Stupin
215 5th Street, Suite A
Huntington Beach, CA 92648-8101

Carmela Pagay
Levene, Neale, Bender, Yoo & Golubchik L
2818 La Cienega Avenue
Los Angeles, CA 90034-2618

David B Golubchik
Levene, Neale, Bender, Yoo & Golubchik L
2818 La Cienega Avenue
Los Angeles, CA 90034-2618

Julie Stupin
215 5th Street, Suite A
Huntington Beach, CA 92648-8101

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
Insolvency I Stop 5022
300 N. Los Angeles St., #4062
Los Angeles, CA 90012-9903

SCE
P.O. Box 6400
Rancho Cucamonga, CA 91729-6400

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Courtesy NEF                    (u)Nano Banc                      (u)PMF CA REIT, LLC


(u)Preferred Bank                  (u)Century Surety                 (u)Daniel Mayhew


(u)Evanston Insurance              End of Label Matrix
                                   Mailable recipients    81
                                   Bypassed recipients     7
                                   Total                  88