**BRYAN CAVE LEIGHTON PAISNER LLP**
Sharon Z. Weiss (State Bar No.: 169446)
*sharon.weiss@bclplaw.com*
120 Broadway, Suite 300
Santa Monica, CA 90401-2386
Telephone:     (310) 576-2100
Facsimile:     (310) 576-2200

Martin W. Taylor (State Bar No.: 149744)
*marty.taylor@bclplaw.com*
David J. Root (State Bar No.: 307251)
*david.root@bclplaw.com*
Dora Duru (State Bar No.: 365550)
1920 Main Street, Suite 1000
Irvine, California 92614-7276
Telephone:     (949) 223-7000
Facsimile:     (949) 223-7100

Attorneys for Creditor Nano Banc

BRYAN CAVE LEIGHTON PAISNER LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CA  90401-2386

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| In re: | Case No.: 8:26-bk-11202-SC |
|---|---|
| Andrew Stupin and Julie Stupin, | Hon. Scott Clarkson |
| Debtor. | Chapter 11 case |
| | **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

1

NOTICE OF APPEARANCE

BRYAN CAVE LEIGHTON PAISNER LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CA 90401-2386

Creditor Nano Banc, through their undersigned counsel, request that all notices given or required to be given and all papers served or required to be served by U.S. Mail and by email in the above-captioned case be given to and served upon:

Sharon Weiss
Bryan Cave Leighton Paisner LLP
120 Broadway, Suite 300
Santa Monica, CA 90401
sharon.weiss@bclplaw.com

Martin W. Taylor
David J. Root
Dora Duru
Bryan Cave Leighton Paisner LLP
1920 Main Street, Suite 1000
Irvine, CA 92614
marty.taylor@bclplaw.com
david.root@bclplaw.com
dora.duru@bclplaw.com

This request encompasses all notices, copies and pleadings referred to in section 1109(b) of Title 11, United States Code or in rules 2002, 3017, or 9007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), including, without limitation, any and all notices of any orders, motions, demands, complaints, petitions, pleadings, plans of reorganization, disclosure statements, requests, or applications, and any other documents brought before this Court in these cases, whether formal or informal, written or oral, or transmitted or conveyed by mail, hand delivery, delivery service, email, telephone, fax, telex, or otherwise which affect or seek to affect these cases.

This Notice of Appearance and Request for Notices is not, and shall not be deemed or construed to be, a waiver of any of Creditor Nano Banc's substantive or procedural rights, including without limitation, Nano Banc's rights: (i) to have final orders in noncore matters entered only after de novo review by a United States district judge; (ii) to trial by jury in any proceedings so triable in these cases or in any case, controversy, or proceeding related to these cases; (iii) to have a District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) to contest jurisdiction or venue in these cases or in any case, controversy, or proceeding related to these cases; (v) to have documents served in accordance with Bankruptcy rule 7004 and rule 4 of the Federal Rules of Civil Procedure; or (vi) to any rights, claims, actions, defenses, setoffs, or recoupments to which Nano Banc is or may be entitled, under any agreements, in law, in equity, or

1

NOTICE OF APPEARANCE

otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated:  May 12, 2026                              BRYAN CAVE LEIGHTON PAISNER LLP


                                                  By: */s/ Martin W. Taylor*
                                                       Martin W. Taylor
                                                  Attorneys for Creditor Nano Banc

2

NOTICE OF APPEARANCE

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 120 Broadway, Suite 300, Santa Monica, California 90401-2386.

A true and correct copy of the foregoing document(s) entitled: **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) May 12, 2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- PLEASE SEE ATTACHED PAGE.

☒    Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*), I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐    Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*), I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| May 12, 2026 | Raul Morales | |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

1.   **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Raymond H. Aver
  ray@averlaw.com, averlawfirm@gmail.com; ani@averlaw.com; katya@averlaw.com; jesus@averlaw.com

- Jessica L Bagdanov
  jbagdanov@bg.law, ecf@bg.law

- Michael E Bubman
  mbubman@mbn.law, aacosta@mbnlawyers.com

- Greg P Campbell
  ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com; gcampbell@aldridgepite.com

- Steven Casselberry
  Steve.Casselberry@procopio.com, jessica.perez@procopio.com; emily.marsh@procopio.com;
  calendaringbankruptcy@procopio.com; evangelina.myers@procopio.com; lauren.hill@procopio.com

- David Coats
  dacoats@raslg.com

- Michael G D'Alba
  mgd@lnbyg.com

- Amir Gamliel
  agamliel@perkinscoie.com, cmallahi@perkinscoie.com; DocketLA@perkinscoie.com

- Craig S Ganz
  ganzc@ballardspahr.com, BKTDocket_West@ballardspahr.com; phxlsateam@ballardspahr.com

- David B Golubchik
  dbg@lnbyg.com, dbg@lnbyg.com

- Adam M Greely
  agreely@fbfk.law, dstolar@vrslaw.net

- Steven T Gubner
  sgubner@bg.law, ecf@bg.law

- Golsa Honarfar
  ghonarfar@rutan.com, avaccaro@rutan.com;apineda@rutan.com

- Matthew J Marino
  mmarino@allenmatkins.com, csandoval@allenmatkins.com

- Kenneth Misken
  Kenneth.M.Misken@usdoj.gov

- John A Moe
  john.moe@dentons.com, kathryn.howard@dentons.com; derry.kalve@dentons.com;
  DOCKET.GENERAL.LIT.LOS@dentons.com

- Michael S Myers
  myersm@ballardspahr.com, BKTDocket_West@ballardspahr.com; phxlsateam@ballardspahr.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                 **F 9013-3.1.PROOF.SERVICE**

- Alan I Nahmias
  anahmias@mbn.law, jdale@mbn.law

- Aram Ordubegian
  ordubegian.aram@arentfox.com

- Carmela Pagay
  ctp@lnbyg.com

- David M Poitras
  dpoitras@bg.law

- Joseph M Rothberg
  jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com

- Joshua L Scheer
  jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com

- Zev Shechtman
  Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com; hannah.richmond@saul.com;
  LitigationDocketing@saul.com; Shelly.Guise@saul.com; Isaiah.Bribiesca@saul.com

- Robyn B Sokol
  robyn.sokol@stinson.com, lydia.moya@stinson.com; dennette.mulvaney@stinson.com;
  dbender@leechtishman.com; jnaiya.herd@stinson.com

- Jennifer R Tullius
  jtullius@tulliuslaw.com

- United States Trustee (SA)
  ustpregion16.sa.ecf@usdoj.gov

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**