**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Andrew Stupin** |
| | First Name     Middle Name     Last Name |
| Debtor 2 | **Julie Stupin** |
| (Spouse if, filing) | First Name     Middle Name     Last Name |

United States Bankruptcy Court for the:     CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA

Case number     **8:26-bk-11202-SC**
(if known)

☐ Check if this is an amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:  Summarize Your Assets

| | **Your assets**<br>Value of what you own |
|---|---|
| 1.  **Schedule A/B: Property** (Official Form 106A/B)<br>1a. Copy line 55, Total real estate, from Schedule A/B............................................ | $ **87,950,000.00** |
| 1b. Copy line 62, Total personal property, from Schedule A/B.................................... | $ **4,292,478.68** |
| 1c. Copy line 63, Total of all property on Schedule A/B............................................ | $ **92,242,478.68** |

### Part 2:  Summarize Your Liabilities

| | **Your liabilities**<br>Amount you owe |
|---|---|
| 2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)<br>2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $ **38,630,467.00** |
| 3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)<br>3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................ | $ **0.00** |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... | $ **39,175,885.17** |
| **Your total liabilities** | $ **77,806,352.17** |

### Part 3:  Summarize Your Income and Expenses

| | |
|---|---|
| 4.  *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I*................................................ | $ **223,849.00** |
| 5.  *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J*............................................................. | $ **67,042.56** |

### Part 4:  Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☒ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☒ **Your debts are not primarily consumer debts**. You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Debtor 1    **Andrew Stupin**

Debtor 2    **Julie Stupin**                                            Case number *(if known)*   **8:26-bk-11202-SC**

8.  **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form
    122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.                          $ _____

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ |
| 9d. Student loans. (Copy line 6f.) | $ _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ |

**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Andrew** Stupin | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Julie** Stupin | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA

Case number   **8:26-bk-11202-SC**

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property
**12/15**

In each category, separately list and describe items. List an asset only once.  If an asset fits in more than one category, list the asset in the category where you think it fits best.  Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1.   **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes.  Where is the property?

1.1

**11 Offshore**

Street address, if available, or other description

| | | |
|---|---|---|
| **Newport Coast** | **CA** | **92657-0000** |
| City | State | ZIP Code |

**Orange**

County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Fee simple (Held in Trust)**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$27,000,000.00** | **$27,000,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Held through Trust**

■ Check if this is community property
(see instructions)

Debtor 1    **Andrew Stupin**

Debtor 2    **Julie Stupin**                                      Case number *(if known)*    **8:26-bk-11202-SC**

**If you own or have more than one, list here:**

1.2

**211 5th St**

Street address, if available, or other description

**Huntington Beach  CA    92648-0000**

City                State        ZIP Code

**Orange**

County

**What is the property?** Check all that apply

☐ Single-family home

☐ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

☐ Land

☐ Investment property

☐ Timeshare

■ Other    **Triplex**

**Who has an interest in the property?** Check one

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?**    **Current value of the portion you own?**

**$2,000,000.00**         **$2,000,000.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Joint tenant**

■ **Check if this is community property**
(see instructions)

---

**If you own or have more than one, list here:**

1.3

**213 5th St**

Street address, if available, or other description

**Huntington Beach  CA    92648-0000**

City                State        ZIP Code

**Orange**

County

**What is the property?** Check all that apply

☐ Single-family home

☐ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

☐ Land

☐ Investment property

☐ Timeshare

■ Other    **Retail + Units**

**Who has an interest in the property?** Check one

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

**Fee simple (Held in Trust)**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?**    **Current value of the portion you own?**

**$2,000,000.00**         **$2,000,000.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Held through Trust**

■ **Check if this is community property**
(see instructions)

---

Debtor 1   **Andrew Stupin**
Debtor 2   **Julie Stupin**                                   Case number *(if known)*   **8:26-bk-11202-SC**

**If you own or have more than one, list here:**

1.4

**215 5th St**
_____
Street address, if available, or other description

**Huntington Beach**   **CA**   **92648-0000**
City                   State      ZIP Code

**Orange**
_____
County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☑ Other   **5Plex**

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

**Fee simple (Held in Trust)**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?**   **Current value of the portion you own?**
**$4,000,000.00**                          **$4,000,000.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Held through Trust**

☑ **Check if this is community property** (see instructions)

---

**If you own or have more than one, list here:**

1.5

**309 5th St**
_____
Street address, if available, or other description

**Huntington Beach**   **CA**   **92648-0000**
City                   State      ZIP Code

**Orange**
_____
County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☑ Other   **4Plex**

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

**Fee simple (Held in Trust)**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?**   **Current value of the portion you own?**
**$4,000,000.00**                          **$4,000,000.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Held through Trust**

☑ **Check if this is community property** (see instructions)

| Debtor 1 | **Andrew Stupin** | | |
|---|---|---|---|
| Debtor 2 | **Julie Stupin** | Case number *(if known)* | **8:26-bk-11202-SC** |

**If you own or have more than one, list here:**

1.6

**311 5th St**
Street address, if available, or other description

**Huntington Beach   CA   92648-0000**
City   State   ZIP Code

**Orange**
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
■ Other   **Retail**

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

**Fee simple (Held in Trust)**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?**   **Current value of the portion you own?**
**$2,000,000.00**   **$2,000,000.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Held through Trust**

■ **Check if this is community property** (see instructions)

---

**If you own or have more than one, list here:**

1.7

**818 Palm Ave**
Street address, if available, or other description

**Huntington Beach   CA   92648-0000**
City   State   ZIP Code

**Orange**
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
■ Other   **Multifamily Property**

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

**Fee simple (Held in Trust)**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?**   **Current value of the portion you own?**
**$6,000,000.00**   **$6,000,000.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Held through Trust**

■ **Check if this is community property** (see instructions)

Debtor 1    **Andrew Stupin**

Debtor 2    **Julie Stupin**                                                    Case number *(if known)*    **8:26-bk-11202-SC**

**If you own or have more than one, list here:**

1.8

**8566 Colusa Cir**
_____
Street address, if available, or other description

**What is the property?** Check all that apply

■ Single-family home

☐ Duplex or multi-unit building

■ Condominium or cooperative

☐ Manufactured or mobile home

☐ Land

☐ Investment property

☐ Timeshare

☐ Other _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?**    **Current value of the portion you own?**
**$950,000.00**    **$950,000.00**

**Huntington Beach   CA     92646-0000**
City                State       ZIP Code

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Held through Trust**

**Who has an interest in the property?** Check one

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**Orange**
_____
County

■ **Check if this is community property** (see instructions)

**Other information you wish to add about this item, such as local property identification number:**

**Fee simple (Held in Trust)**

---

**If you own or have more than one, list here:**

1.9

**209 5th St**
_____
Street address, if available, or other description

**What is the property?** Check all that apply

☐ Single-family home

☐ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

■ Land

☐ Investment property

☐ Timeshare

☐ Other _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?**    **Current value of the portion you own?**
**$1,500,000.00**    **$1,500,000.00**

**Huntington Beach   CA     92648-0000**
City                State       ZIP Code

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Held through Trust**

**Who has an interest in the property?** Check one

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**Orange**
_____
County

■ **Check if this is community property** (see instructions)

**Other information you wish to add about this item, such as local property identification number:**

**Fee simple (Held in Trust)**

---

Official Form 106A/B                    Schedule A/B: Property                                    page 5

Debtor 1    **Andrew Stupin**

Debtor 2    **Julie Stupin**                                              Case number *(if known)*    **8:26-bk-11202-SC**

**If you own or have more than one, list here:**

1.1
0

**319 5th St**

Street address, if available, or other description

**Huntington Beach  CA    92648-0000**

City                State        ZIP Code

**Orange**

County

**What is the property?** Check all that apply

- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative

- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

**Fee simple (Held in Trust)**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?**        **Current value of the portion you own?**

**$1,500,000.00**                **$1,500,000.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Held through Trust**

- ■ **Check if this is community property** (see instructions)

---

**If you own or have more than one, list here:**

1.1
1

**323 5th St**

Street address, if available, or other description

**Huntington Beach  CA    92648-0000**

City                State        ZIP Code

**Orange**

County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative

- ☐ Manufactured or mobile home
- ■ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

**Fee simple (Held in Trust)**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?**        **Current value of the portion you own?**

**$1,500,000.00**                **$1,500,000.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Held through Trust**

- ■ **Check if this is community property** (see instructions)

---

Debtor 1    **Andrew Stupin**

Debtor 2    **Julie Stupin**                                                    Case number *(if known)*    **8:26-bk-11202-SC**

**If you own or have more than one, list here:**

1.12

**325 5th St**

Street address, if available, or other description

**Huntington Beach   CA    92648-0000**

City                           State        ZIP Code

**Orange**

County

**What is the property?** Check all that apply

- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

**Fee simple (Held in Trust)**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| **Current value of the entire property?** | **Current value of the portion you own?** |
|---|---|
| **$4,000,000.00** | **$4,000,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Held through Trust**

- ■ **Check if this is community property** (see instructions)

---

**If you own or have more than one, list here:**

1.13

**315 & 317 5th St**

Street address, if available, or other description

**Huntington Beach   CA    92648-0000**

City                           State        ZIP Code

**Orange**

County

**What is the property?** Check all that apply

- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

**Fee simple (Held in Trust)**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| **Current value of the entire property?** | **Current value of the portion you own?** |
|---|---|
| **$4,000,000.00** | **$4,000,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Held through Trust**

- ■ **Check if this is community property** (see instructions)

---

Debtor 1   **Andrew Stupin**
Debtor 2   **Julie Stupin**                                   Case number *(if known)*   **8:26-bk-11202-SC**

**If you own or have more than one, list here:**

1.14

**305 5th St**
Street address, if available, or other description

**Huntington Beach   CA   92648-0000**
City                    State        ZIP Code

**Orange**
County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☑ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

**Fee simple (Held in Trust)**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?**        **Current value of the portion you own?**
$2,000,000.00                                    $2,000,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Held through Trust**

☑ **Check if this is community property**
(see instructions)

---

**If you own or have more than one, list here:**

1.15

**301-303 5th St**
Street address, if available, or other description

**Huntington Beach   CA   92648-0000**
City                    State        ZIP Code

**Orange**
County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☑ Other   **Retail**

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

**Fee simple (Held in Trust)**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?**        **Current value of the portion you own?**
$4,000,000.00                                    $4,000,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Held through Trust**

☑ **Check if this is community property**
(see instructions)

---

Official Form 106A/B                   Schedule A/B: Property                          page 8

Debtor 1  **Andrew Stupin**
Debtor 2  **Julie Stupin**                                                   Case number *(if known)*  **8:26-bk-11202-SC**

**If you own or have more than one, list here:**

1.16

**3322 & 3324 Via Lido**
Street address, if available, or other description

**Newport Beach**      **CA**      **92663-0000**
City                                State          ZIP Code

**Orange**
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative

☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare

■ Other    **2 Single Family Residences/Condos**

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

**Fee simple (Held in Trust)**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?**      **Current value of the portion you own?**
**$16,000,000.00**                                  **$16,000,000.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
**Held through Trust**

■ **Check if this is community property**
(see instructions)

---

**If you own or have more than one, list here:**

1.17

**17 Colonial Dr**
Street address, if available, or other description

**Newport Beach**      **CA**      **92660-0000**
City                                State          ZIP Code

**Orange**
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative

☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

**Fee simple (Held in Trust)**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?**      **Current value of the portion you own?**
**$5,500,000.00**                                   **$5,500,000.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
**Held through Trust**

■ **Check if this is community property**
(see instructions)

---

2.  **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here**..........................................................................=>      **$87,950,000.00**

---

**Part 2:    Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

---

| Debtor 1 | **Andrew Stupin** | | |
|---|---|---|---|
| Debtor 2 | **Julie Stupin** | Case number *(if known)* | **8:26-bk-11202-SC** |

**3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No

■ Yes

---

**3.1** Make: **Mercedes-Benz**
Model: **G550W4**
Year: **2025**
Approximate mileage: **21,009**
Other information:

Location: 11 Offshore, Newport Coast, CA
Lease Agreement
VIN: W1NWH1AB2SX015563

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** **Unknown**
**Current value of the portion you own?** **Unknown**

---

**3.2** Make: **Mercedes-Benz**
Model: **G550W4**
Year: **2024**
Approximate mileage: **48,952**
Other information:

Location: 215 5th Street, Suite A, Huntington Beach CA 92648
Lease Agreement
VIN: W1NYC6BJ9RX508094

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** **Unknown**
**Current value of the portion you own?** **Unknown**

---

**3.3** Make: **Mercedes-Benz**
Model: **EQE350V**
Year: **2024**
Approximate mileage: **7,000**
Other information:

Location: 11 Offshore, Newport Coast, CA
Lease Agreement
VIN: W1KEG2BB4RF054851

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** **Unknown**
**Current value of the portion you own?** **Unknown**

---

**3.4** Make: **Mercedes-Benz**
Model: **G550W4**
Year: **2022**
Approximate mileage: **68,753**
Other information:

Location: 11 Offshore, Newport Coast, CA
Lease Agreement
VIN: W1NYC6BJ8NX449730

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** **Unknown**
**Current value of the portion you own?** **Unknown**

---

**3.5** Make: **Land Rover**
Model: **Range Rover**
Year: **2024**
Approximate mileage: **47,323**
Other information:

Location: 11 Offshore, Newport Coast, CA
Lease Agreement
VIN: SALK1BE99RA093285

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** **Unknown**
**Current value of the portion you own?** **Unknown**

---

| Debtor 1 | **Andrew Stupin** | | |
|---|---|---|---|
| Debtor 2 | **Julie Stupin** | Case number *(if known)* | **8:26-bk-11202-SC** |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☐ No

■ Yes

| 4.1 | Make: | **Duffield** | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*. | |
|---|---|---|---|---|---|

Model: **22**

Year: **2016**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information:

| Location: 215 5th Street, Suite A, Huntington Beach CA 92648 ID No.: DFF50017L516 |
|---|

■ **Check if this is community property**
(see instructions)

| **Current value of the entire property?** | **Current value of the portion you own?** |
|---|---|
| $29,240.00 | $29,240.00 |

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here............................................................................=>**

| $29,240.00 |
|---|

**Part 3:**   Describe Your Personal and  Household Items

| Do you own or have any legal or equitable interest in any of the following items? | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

6. **Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
■ Yes.  Describe.....

| Sofa, tables, chairs, rugs, lamps, and accessories. | $200,000.00 |
|---|---|

7. **Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
☐ No
■ Yes.  Describe.....

| TV and audio equipment. | $50,000.00 |
|---|---|

8. **Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
☐ No
■ Yes.  Describe.....

| Signed footballs and baseball cards. | $5,000.00 |
|---|---|

9. **Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
☐ No
■ Yes.  Describe.....

| Kayaks, guitar, and piano. | $10,000.00 |
|---|---|

| Debtor 1 | **Andrew Stupin** | | |
|---|---|---|---|
| Debtor 2 | **Julie Stupin** | Case number *(if known)* | **8:26-bk-11202-SC** |

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes. Describe.....

| | |
|---|---|
| **Clothes, furs, leather, shoes, and accessories.** | **$50,000.00** |

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ■ Yes. Describe.....

| | |
|---|---|
| **Wedding ring, watches, and custom jewelry.** | **$100,000.00** |

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☐ No
    ■ Yes. Describe.....

| | |
|---|---|
| **Dog - golden retriever** | **$3,000.00** |

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ☐ No
    ■ Yes. Give specific information.....

| | |
|---|---|
| **Christmas decor** | **$5,000.00** |

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ............................................................................... | **$423,000.00**

| Part 4: | Describe Your Financial Assets | |
|---|---|---|
| **Do you own or have any legal or equitable interest in any of the following?** | | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ☐ No
    ■ Yes..................................................................................................................

| | |
|---|---|
| **Cash** | **$2,500.00** |

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ■ Yes........................        Institution name:

| Debtor 1 | **Andrew Stupin** | | |
|---|---|---|---|
| Debtor 2 | **Julie Stupin** | Case number *(if known)* | **8:26-bk-11202-SC** |

| | | | |
|---|---|---|---|
| 17.1. | **Commercial Checking ( Acct Ending [7311] )** | **First Bank** | **$128.50** |
| 17.2. | **Commercial Checking ( Acct Ending [1116] )** | **First Bank** | **$31,646.08** |
| 17.3. | **Commercial Checking ( Acct Ending [8689] )** | **First Bank** | **$69.17** |
| 17.4. | **First Premier Checking ( Acct Ending [5908] )** | **First Bank** | **$1,024.81** |
| 17.5. | **First Premier Checking ( Acct Ending [9045] )** | **First Bank** | **$0.00** |
| 17.6. | **First Premier Checking ( Acct Ending 3434] )** | **First Bank** | **$1,682.99** |
| 17.7. | **Performance MMDA ( Acct Ending [2408] )** | **First Bank** | **$0.00** |
| 17.8. | **Checking ( Acct Ending [3338] )** | **First Bank** | **$0.00** |
| 17.9. | **Value Interest Checking ( Acct Ending [7397] )** | **Banc of California**<br><br>**-$3.72** | **$0.00** |
| 17.10. | **Personal Checking ( Acct Ending [5927] )** | **Nano Banc** | **$105.00** |
| 17.11. | **Premium Money Market ( Acct Ending [1217] )** | **Nano Banc** | **$14,215.87** |
| 17.12. | **Comercia  Access Checking ( Acct Ending [1396] )** | **Comercia** | **$610.00** |
| 17.13. | **Personal Checking ( Acct Ending [0726] )** | **Commercial Bank of California** | **$1,798.40** |
| 17.14. | **Standard Business Checking ( Acct Ending [8910] )** | **US Metro Bank** | **$851.90** |
| 17.15. | **Pinnacle Checking ( Acct Ending [9917] )** | **Columbia Bank** | **$0.02** |

Official Form 106A/B                     Schedule A/B: Property                     page 13

| Debtor 1 | **Andrew Stupin** | | |
|---|---|---|---|
| Debtor 2 | **Julie Stupin** | Case number *(if known)* | **8:26-bk-11202-SC** |

| | | | |
|---|---|---|---|
| 17.16. | **Private Bank Money Market ( Acct Ending [5967] )** | **Columbia Bank** | **$0.06** |
| 17.17. | **Savings / Money Market ( Acct Ending [7462] )** | **Wells Fargo** | **$343.25** |
| 17.18. | **Interest Checking ( Acct Ending [6850] )** | **Mechanics Bank** | **$3,846.20** |
| 17.19. | **Promotional Plus Money Market ( Acct Ending [2932] )** | **Mechanics Bank** | **$1,878.89** |
| 17.20. | **Trust / Investment Account ( Accent Ending [6073.1] )** | **Comercia Bank** | **$88,526.54** |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ☐ No
    ■ Yes..................

| Institution or issuer name: | |
|---|---|
| **Loop Industries, Inc.** <br> **Type of Investment: 150,118 Shares** | **$211,500.00** |
| **Optiharvest, Inc.** <br> **Type of Investment: 1,017,906 shares** | **$1,781,335.00** |

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ☐ No
    ■ Yes.  Give specific information about them....................

| Name of entity: | % of ownership: | | |
|---|---|---|---|
| **504 Main Street Group LLC** <br> **Description: Business / Real Estate** <br> **Ending Capital Account** <br> **2024 K-1 (Combined A/J)** | **100%** | **%** | **Unknown** |
| **Cedar Group LLC** <br> **Business / Real Estate** <br> **Ending Capital Account** <br> **2024 K-1** | **99.31%** | **%** | **Unknown** |
| **Stanton Group LLC** <br> **Business / Real Estate** <br> **Ending Capital Account** <br> **2024 K-1** | **97%** | **%** | **Unknown** |

| Debtor 1 | **Andrew Stupin** | | | |
|---|---|---|---|---|
| Debtor 2 | **Julie Stupin** | | Case number *(if known)* | **8:26-bk-11202-SC** |

| | | | |
|---|---|---|---|
| **Stanton Group Three LLC**<br>**Business / Real Estate**<br>**Ending Capital Account**<br>**2024 K-1** | **97%** | % | **Unknown** |
| **Twin Towers Group LLC**<br>**Business / Real Estate**<br>**Ending Capital Account**<br>**2024 K-1** | **99.25** | % | **Unknown** |
| **Pioneer Group LLC**<br>**Business / Real Estate**<br>**Ending Capital Account**<br>**2024 K-1** | **100** | % | **Unknown** |
| **Rosecrans Group LLC**<br>**Business / Real Estate**<br>**Ending Capital Account**<br>**2024 K-1** | **99.55%** | % | **Unknown** |
| **Via Lido Group II LLC**<br>**Business / Real Estate**<br>**Adjusted Basis**<br>**2024 Return (Basis Wkst)** | **100%** | % | **Unknown** |
| **Broadway Group LLC**<br>**Business / Real Estate**<br>**Ending Capital Account**<br>**2024 K-1** | **50%** | % | **Unknown** |
| **Lawndale Group LLC**<br>**Business / Real Estate**<br>**Ending Capital Account**<br>**2024 K-1s (Combined A/J)** | **100%** | % | **Unknown** |
| **Century Group LLC**<br>**Business / Real Estate**<br>**Ending Capital Account**<br>**2024 K-1** | **17.70%** | % | **Unknown** |
| **Oak Center Group LLC**<br>**Business / Real Estate**<br>**Ending Capital Account**<br>**2024 K-1** | **36.90%** | % | **Unknown** |
| **Sky Mobile LLC**<br>**Business / Real Estate**<br>**Ending Capital Account**<br>**2024 K-1** | **0.00%** | % | **Unknown** |

| Debtor 1 | **Andrew Stupin** | | |
|---|---|---|---|
| Debtor 2 | **Julie Stupin** | Case number *(if known)* | **8:26-bk-11202-SC** |

**Whitaur Group LLC**
**Business / Real Estate**
**Ending Capital Account**
**2024 Return Summary**                    **14.14%**    %                    Unknown

**Raymond Group LLC**
**Business / Real Estate**
**Ending Capital Account**
**2024 K-1**                    **28.61%**    %                    Unknown

**Moreno Bowling Group LLC**
**Business / Real Estate**
**Ending Capital Account**
**2024 K-1**                    **12.68%**    %                    Unknown

**Alessandro Group LLC**
**Business / Real Estate**
**Ending Capital Account**
**2024 K-1**                    **3.45%**    %                    Unknown

**Plaza Continental Group LLC**
**Business / Real Estate**
**Ending Capital Account**
**2024 K-1**                    **9.38%**    %                    Unknown

**Mission San Diego Group LLC**
**Business / Real Estate**
**Ending Capital Account**
**Trust Sch A / 2024 Return**                    **75%**    %                    Unknown

**Evariste Group LLC**
**Business / Real Estate**
**Ending Capital Account**
**2024 K-1**                    **24.98%**    %                    Unknown

**Cantor Group I LLC**
**Business / Real Estate**
**Ending Capital Account**
**2024 K-1**                    **5.77%**    %                    Unknown

**Cantor Group II LLC**
**Business / Real Estate**
**Ending Capital Account**
**2024 K-1**                    **15.36%**    %                    Unknown

**Hilbert Group LLC**
**Business / Real Estate**
**Ending Capital Account**
**2024 K-1**                    **37.50%**    %                    Unknown

Official Form 106A/B                    Schedule A/B: Property                    page 16

| Debtor 1 | **Andrew Stupin** |
|----------|-------------------|
| Debtor 2 | **Julie Stupin** |

Case number *(if known)*   **8:26-bk-11202-SC**

| | | | |
|---|---|---|---|
| **Chino Central Group LLC**<br>**Business / Real Estate**<br>**Trust Schedule A (%)** | **32.29%** | % | **Unknown** |
| **Galois Group LLC**<br>**Business / Real Estate**<br>**Ending Capital Account**<br>**2024 K-1** | **4.35%** | % | **Unknown** |
| **Conejo Riverside Group LLC**<br>**Business / Real Estate**<br>**Ending Capital Account**<br>**2024 K-1** | **10%** | % | **Unknown** |
| **Rancho Colton Group LLC**<br>**Business / Real Estate**<br>**Ending Capital Account**<br>**2024 K-1** | **8.75%** | % | **Unknown** |
| **Tarski Group LLC**<br>**Business / Real Estate**<br>**Ending Capital Account**<br>**2024 K-1** | **9.88%** | % | **Unknown** |
| **Riverside Macon Group LLC**<br>**Business / Real Estate**<br>**Ending Capital Account**<br>**2024 K-1** | **12.16%** | % | **Unknown** |
| **184 E 64th LLC**<br>**Business / Real Estate**<br>**Trust Schedule A (%)** | **10%** | % | **Unknown** |
| **227 E 67th LLC**<br>**Business / Real Estate**<br>**Trust Schedule A (%)** | **10%** | % | **Unknown** |
| **Skolem Group LLC**<br>**Business / Real Estate**<br>**Ending Capital Account**<br>**2024 K-1** | **22%** | % | **Unknown** |
| **Grothendieck Group LLC**<br>**Business / Real Estate**<br>**Ending Capital Account**<br>**2024 K-1** | **11%** | % | **Unknown** |
| **Poincare Group LLC**<br>**Business / Real Estate**<br>**Ending Capital Account**<br>**2024 K-1** | **10%** | % | **Unknown** |

| Debtor 1 | **Andrew Stupin** | | |
|---|---|---|---|
| Debtor 2 | **Julie Stupin** | Case number *(if known)* | **8:26-bk-11202-SC** |

| | | | |
|---|---|---|---|
| **Ramanujan Investor Group LLC**<br>**Business / Real Estate**<br>**Ending Capital Account**<br>**2024 K-1** | **18%** | % | **Unknown** |
| **Henkin Investor Group LLC**<br>**Business / Real Estate**<br>**Ending Capital Account**<br>**Trust Sch A (%) / 2024 Ret** | **12%** | % | **Unknown** |
| **Kolmogorov Group LLC**<br>**Business / Real Estate**<br>**Ending Capital Account**<br>**2024 K-1** | **19%** | % | **Unknown** |
| **Sky Lounge Group LLC**<br>**Business / Real Estate**<br>**Ending Capital Account**<br>**2024 K-1** | **35%** | % | **Unknown** |
| **Monte Carlo La Jolla Group LLC**<br>**Business / Real Estate**<br>**Ending Capital Account**<br>**2024 K-1** | **35%** | % | **Unknown** |
| **Shell Beach LLC**<br>**Business / Real Estate**<br>**Ending Capital Account**<br>**2024 K-1s (Combined A/J)** | **100%** | % | **Unknown** |
| **Shell Beach II LLC**<br>**Business / Real Estate**<br>**Ending Capital Account.**<br>**2024 Return Basis** | **100%** | % | **Unknown** |
| **River Jetty CDM LLC**<br>**Restaurant**<br>**Ending Capital Account**<br>**Trust Sch A / 2024 Return** | **10%** | % | **Unknown** |
| **Los Arcos Newport LLC**<br>**Restaurant**<br>**Ending Capital Account**<br>**Trust Sch A / 2024 Return** | **4%** | % | **Unknown** |
| **River Jetty Crystal Cove LLC**<br>**Restaurant**<br>**Trust Schedule A (%)** | **30%** | % | **Unknown** |

| Debtor 1 | **Andrew Stupin** | | |
|---|---|---|---|
| Debtor 2 | **Julie Stupin** | Case number *(if known)* | **8:26-bk-11202-SC** |

| | | | |
|---|---|---|---|
| **River Jetty Second & PCH LLC**<br>**Restaurant**<br>**Trust Schedule A (%)** | **50%** | % | **Unknown** |
| **River Jetty Sunset LLC**<br>**Restaurant**<br>**Trust Schedule A (%)** | **35%** | % | **Unknown** |
| **Nano Financial Holdings, Inc**<br>**Stock**<br>**Units (650k)**<br>**Trust Schedule A (Units)** | **Unknown** | % | **Unknown** |
| **Loop Industries, Inc**<br>**Stock**<br>**Shares (150k)**<br>**Trust Schedule A (Shares)** | **Unknown** | % | **Unknown** |
| **Nekter Juice Bar, Inc.**<br>**Stock**<br>**Shares (291k)**<br>**Trust Schedule A (Shares)** | **Unknown** | % | **Unknown** |
| **Optiharvest, Inc.**<br>**Stock**<br>**Shares (525k)**<br>**Trust Schedule A (Shares)** | **Unknown** | % | **Unknown** |
| **Cantor Group IV LLC**<br>**Business / Real Estate**<br>**Ending Capital Account**<br>**2024 K-1** | **36%** | % | **Unknown** |
| **Coastline Designs LLC**<br>**Business / Real Estate**<br>**Adjusted Basis**<br>**2024 Return (Stmt 22)** | **100%** | % | **Unknown** |
| **Cantor Group V, LLC**<br>**Business / Real Estate**<br>**Ending Capital Account**<br>**2024 K-1** | **19%** | % | **Unknown** |
| **Casa Via Lido LLC**<br>**Business / Real Estate**<br>**Ending Capital Account**<br>**2021 K-1 (%) / 2024 Ret** | **100%** | % | **Unknown** |

| Debtor 1 | **Andrew Stupin** | | |
|---|---|---|---|
| Debtor 2 | **Julie Stupin** | Case number *(if known)* | **8:26-bk-11202-SC** |

**Club Trilly LLC**
**Business / Real Estate**
**Ending Capital Account**
**2024 Return (%) & Value**

**100%** %     Unknown

**Coastline Loans LLC**
**Business / Real Estate**
**Adjusted Basis**
**2024 Return (Stmt 22)**

**100%** %     Unknown

**Coastline Real Estate Investments**
**Business / Real Estate**
**Adjusted Basis**
**2022 Return Basis Wkst**

**100%** %     Unknown

**Coastline Santa Monica Inv. LLC**
**Business / Real Estate**
**Adjusted Basis**
**2024 Return (Stmt 22)**

**100%** %     Unknown

**Continuum Opportunities LP**
**Business / Real Estate**
**Ending Capital Account**
**2022 K-1 (%) / 2024 Ret**

**10%** %     Unknown

**Continuum Real Estate Opportuniti**
**Business / Real Estate**
**Ending Capital Account**
**2021 K-1 (%) / 2024 Ret**

**10%** %     Unknown

**Continuum Analytics LLC**
**Business / Real Estate**
**Indirect via Cont. Opp (%)**

**10%** %     Unknown

**Evariste Group Manager LLC**
**Business / Real Estate**
**Adjusted Basis**
**2024 Return Basis Wkst**

**100%** %     Unknown

**Forcing Rosser Manager LLC**
**Business / Real Estate**
**Adjusted Basis**
**2024 Return (Stmt 22)**

**100%** %     Unknown

**Harbor Island Group LLC**
**Business / Real Estate**
**Ending Capital Account**
**2024 K-1**

**3%** %     Unknown

Official Form 106A/B                     Schedule A/B: Property                     page 20

| Debtor 1 | **Andrew Stupin** | | |
|---|---|---|---|
| Debtor 2 | **Julie Stupin** | Case number *(if known)* | **8:26-bk-11202-SC** |

| | | |
|---|---|---|
| **JKO Group LLC**<br>**Business / Real Estate**<br>**Adjusted Basis**<br>**2024 Return (Stmt 1)** | **100%** % | **Unknown** |
| **Macon Group LLC**<br>**Business / Real Estate**<br>**Ending Capital Account**<br>**2018 Return (%) / 2024 Ret** | **100%** % | **Unknown** |
| **MOM AS Investor Group LLC**<br>**Business / Real Estate**<br>**Ending Capital Account**<br>**2024 Return (Stmt 22)** | **100%** % | **Unknown** |
| **Monterey Sands Group LLC**<br>**Business / Real Estate**<br>**Ending Capital Account**<br>**2024 Return (Stmt 22)** | **100%** % | **Unknown** |
| **Monterey Sands Investor Group**<br>**Business / Real Estate**<br>**Ending Capital Account**<br>**2024 Return (Stmt 22)** | **Unknown** % | **Unknown** |
| **NWPT CO LLC**<br>**Business / Real Estate**<br>**Ending Capital Account.**<br>**2022 Return Basis Wkst** | **100%** % | **Unknown** |
| **Sifat LLC**<br>**Business / Real Estate**<br>**2023 Cantor Group V K-1** | **Unknown** % | **Unknown** |
| **Tenet SAC LLC**<br>**Business / Real Estate**<br>**Ending Capital Account**<br>**2023 K-1 (%) / 2024 Ret** | **11%** % | **Unknown** |
| **Trillion Boys LLC**<br>**Business / Real Estate**<br>**Ending Capital Account**<br>**2024 Return (Stmt 22)** | **100%** % | **Unknown** |
| **Vineyard Village Group LLC**<br>**Business / Real Estate**<br>**Ending Capital Account**<br>**2024 K-1** | **25%** % | **Unknown** |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

| | | |
|---|---|---|
| Official Form 106A/B | Schedule A/B: Property | page 21 |

| Debtor 1 | **Andrew Stupin** | | |
|---|---|---|---|
| Debtor 2 | **Julie Stupin** | Case number *(if known)* | **8:26-bk-11202-SC** |

■ No

☐ Yes. Give specific information about them

               Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

    ■ No

    ☐ Yes. List each account separately.

                Type of account:          Institution name:

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

    ■ No

    ☐ Yes. .....................                   Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

    ■ No

    ☐ Yes.............      Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

    ■ No

    ☐ Yes.............      Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

    ☐ No

    ■ Yes.  Give specific information about them...

    | | |
    |---|---|
    | The Stupin Family Trust dated April 3, 2009 (and amendments)<br>Trustors, Co-Trustees, and Beneficiaries (Equitable Interest)<br>Trustors, Co-Trustees, and Beneficiaries (Equitable Interest)<br>Revocable Living Trust<br>Trust holds real estate, LLCs, bank accounts, and investments<br>itemized separately on Schedule A/B. | **$0.00** |

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

    ■ No

    ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

    ■ No

    ☐ Yes.  Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**

    ■ No

    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

    ■ No

    ☐ Yes. Give specific information......

| Debtor 1 | **Andrew Stupin** | | |
|---|---|---|---|
| Debtor 2 | **Julie Stupin** | Case number *(if known)* | **8:26-bk-11202-SC** |

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☐ No

■ Yes.  Give specific information..

| | |
|---|---|
| **Social Security Administration**<br>**Social Security Benefits**<br>**($40,676 Annual or $3,389 per month)** | **$40,676.00** |
| **River Jetty PCH, River Jetty Crystal Cove, River Jetty Sunset, and River Jetty Restaurant Group (collectively "River Jetty").**<br>**Promissory Note** | **$1,400,000.00** |
| **Optiharvest, Inc.**<br>**Promissory Note** | **$150,000.00** |
| **Optiharvest, Inc.**<br>**Convertible Promissory Note** | **$100,000.00** |

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

■ No

☐ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

■ No

☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

■ No

☐ Yes.  Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☐ No

■ Yes.  Describe each claim.........

| | |
|---|---|
| **Professional negligence claims against former counsel, including, without limitation, Allen Matkin and Dhillon Law Group.** | **Unknown** |

35. **Any financial assets you did not already list**

■ No

☐ Yes.  Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.................................................................................................................**  | **$3,832,738.68** |

**Part 5:**  Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ☐ No. Go to Part 6.

Official Form 106A/B                     Schedule A/B: Property                                    page 23

| Debtor 1 | **Andrew Stupin** | | |
|---|---|---|---|
| Debtor 2 | **Julie Stupin** | Case number *(if known)* | **8:26-bk-11202-SC** |

■ Yes.  Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**
   ■ No
   ☐ Yes.  Describe.....

39. **Office equipment, furnishings, and supplies**
   *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
   ☐ No
   ■ Yes.  Describe.....

| Office equipment, desks, furniture, and chairs. | $7,500.00 |
|---|---|

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
   ■ No
   ☐ Yes.  Describe.....

41. **Inventory**
   ■ No
   ☐ Yes.  Describe.....

42. **Interests in partnerships or joint ventures**
   ■ No
   ☐ Yes.  Give specific information about them...................
   Name of entity:                    % of ownership:

43. **Customer lists, mailing lists, or other compilations**
   ■ No.
   ☐ **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

      ■ No
      ☐ Yes.  Describe.....

44. **Any business-related property you did not already list**
   ■ No
   ☐ Yes. Give specific information.........

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here.........................................................................................................**

| | $7,500.00 |
|---|---|

**Part 6**: **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
   ■ No. Go to Part 7.
   ☐ Yes.  Go to line 47.

| Debtor 1 | **Andrew Stupin** | | |
|---|---|---|---|
| Debtor 2 | **Julie Stupin** | Case number *(if known)* | **8:26-bk-11202-SC** |

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership

■ No
☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ...................................  $0.00

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

55. **Part 1: Total real estate, line 2** .........................................................................................  $87,950,000.00

56. **Part 2: Total vehicles, line 5**   $29,240.00

57. **Part 3: Total personal and household items, line 15**   $423,000.00

58. **Part 4: Total financial assets, line 36**   $3,832,738.68

59. **Part 5: Total business-related property, line 45**   $7,500.00

60. **Part 6: Total farm- and fishing-related property, line 52**   $0.00

61. **Part 7: Total other property not listed, line 54**   +   $0.00

62. **Total personal property.** Add lines 56 through 61...   $4,292,478.68    Copy personal property total   $4,292,478.68

63. **Total of all property on Schedule A/B.** Add line 55 + line 62   $92,242,478.68

Official Form 106A/B                Schedule A/B: Property                page 25

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Andrew Stupin** |
| | First Name                Middle Name                Last Name |
| Debtor 2 | **Julie Stupin** |
| (Spouse if, filing) | First Name                Middle Name                Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA |
| Case number | **8:26-bk-11202-SC** |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt          **4/25**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

**Part 1:      Identify the Property You Claim as Exempt**

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption.* | |
| Brief description:<br>Line from *Schedule A/B*: | _____ | ☐ _____<br><br>☐ 100% of fair market value, up to any applicable statutory limit | |

3. **Are you claiming a homestead exemption of more than $214,000?**
   (Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

      ☐ No
      ☐ Yes

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Andrew** | | **Stupin** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Julie** | | **Stupin** |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA

Case number    **8:26-bk-11202-SC**
(if known)

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

| Part 1: | List All Secured Claims |
|---|---|

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| **2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.  If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name. | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion** If any |

**2.1** **Clearedge Lending**
Creditor's Name

**20 Enterprise
Suite 300
Aliso Viejo, CA 92656**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this claim relates to a community debt

Date debt was incurred    **05/05/2022**

Describe the property that secures the claim:

**Real Property - 17 Colonial Dr**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Mortgage Lender**

Last 4 digits of account number _____

| Column A | Column B | Column C |
|---|---|---|
| $2,500,000.00 | $5,500,000.00 | $0.00 |

Debtor 1   **Andrew Stupin**
    First Name        Middle Name        Last Name

Debtor 2   **Julie Stupin**
    First Name        Middle Name        Last Name

Case number (if known)   **8:26-bk-11202-SC**

---

**2.2** | **Comerica Bank**
Creditor's Name

**Describe the property that secures the claim:**   **$7,000,000.00**   **$27,000,000.00**   **$0.00**

**Real Property - 11 Offshore**

**1717 Main Street**
**Dallas, TX 75201**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Mortgage Lender**

Date debt was incurred   **09/20/2019**   Last 4 digits of account number _____

---

**2.3** | **County of Orange**
Creditor's Name

**Describe the property that secures the claim:**   **$215,786.00**   **$8,000,000.00**   **$0.00**

**Real Property**

**P.O. Box 1438**
**Santa Ana, CA**
**92702-1438**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Property Taxes**

Date debt was incurred   **04/10/2026**   Last 4 digits of account number _____

---

**2.4** | **First Bank**
Creditor's Name

**Describe the property that secures the claim:**   **$236,757.00**   **$4,000,000.00**   **$0.00**

**Real Property - 309 5th St**

**PO Box 790037**
**St Louis, MO 63179**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Mortgage Lender**

Date debt was incurred _____   Last 4 digits of account number _____

---

Debtor 1    **Andrew Stupin**
    First Name       Middle Name       Last Name

Debtor 2    **Julie Stupin**
    First Name       Middle Name       Last Name

Case number (if known)    **8:26-bk-11202-SC**

---

**2.5**  **First Bank**
Creditor's Name

**Attn: Payment Processing
PO Box 790269
Saint Louis, MO 63179**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim relates to a community debt**

Date debt was incurred   **03/28/2025**

Describe the property that secures the claim:   **$200,598.00**   **$2,000,000.00**   **$0.00**

**Real Property - 311 5th St**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Mortgage Lender**

Last 4 digits of account number   _____

---

**2.6**  **First Bank**
Creditor's Name

**Attn: Payment Processing
PO Box 790269
Saint Louis, MO 63179**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim relates to a community debt**

Date debt was incurred   **12/18/2023**

Describe the property that secures the claim:   **$465,220.00**   **$1,500,000.00**   **$0.00**

**Real Property - 209 5th St**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Mortgage Lender**

Last 4 digits of account number   _____

---

**2.7**  **First Choice Bank**
Creditor's Name

**17785 Center Court Drive
Suite 750
Cerritos, CA 90703**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim relates to a community debt**

Date debt was incurred   **05/16/2019**

Describe the property that secures the claim:   **$2,887,000.00**   **$16,000,000.00**   **$0.00**

**1st Lien on Real Property - 3322 & 3324 Via Lido**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Moirtgage Lender**

Last 4 digits of account number   _____

---

Official Form 106D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 3 of 5

| Debtor 1 | **Andrew Stupin** | | | Case number (if known) | **8:26-bk-11202-SC** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Julie Stupin** | | | | |
| | First Name | Middle Name | Last Name | | |

---

| 2.8 | **Rocket Mortgage** | | **$225,106.00** | **$950,000.00** | **$0.00** |
|---|---|---|---|---|---|

Creditor's Name

**PO Box 6577
Carol Stream, IL
60197-6577**

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

> **Real Property - 8566 Colusa Cir**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Mortgage Lender**

Date debt was incurred    **01/05/2007**          Last 4 digits of account number _____

---

| 2.9 | **Secured Income Fund-II c/o** | | **$12,000,000.00** | **$14,000,000.00** | **$0.00** |
|---|---|---|---|---|---|

Creditor's Name

**PLM Lender Services, Inc
5446 Thornwood Drive
2nd Floor
San Jose, CA 95123**

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

> **Real Property - 211 5th St; 213 5th St; 215 5th St; 305 5th St; 301-303 5th St**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Mortgage Lender**

Date debt was incurred    **05/28/2025**          Last 4 digits of account number _____

---

Official Form 106D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 4 of 5

| Debtor 1 | **Andrew Stupin** | | | Case number (if known) | **8:26-bk-11202-SC** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Julie Stupin** | | | | |
| | First Name | Middle Name | Last Name | | |

| 2.1 0 | **The Evergeen Advantage** | | | **$7,500,000.00** | **$14,000,000.00** | **$0.00** |

Creditor's Name

**1424 4th Street
Suite 777
Santa Monica, CA 90401**

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

**Real Property - 818 Palm Ave; 325 5th St; 315 & 317 5th St**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)  **Mortgage Lender**

Date debt was incurred  **03/22/2024**    Last 4 digits of account number  _____

| 2.1 1 | **VL Ventures LLC** | | | **$5,400,000.00** | **$16,000,000.00** | **$0.00** |

Creditor's Name

**1303 Avocado Avenue
Suite 200
Newport Beach, CA 92660**

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

**2nd Lien on Real Property - 3322 & 3324 Via Lido**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)  **Mortgage Lender**

Date debt was incurred  **03/12/2025**    Last 4 digits of account number  _____

| Add the dollar value of your entries in Column A on this page. Write that number here: | **$38,630,467.00** |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$38,630,467.00** |

**Part 2:    List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Andrew Stupin** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Julie Stupin** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA

Case number    **8:26-bk-11202-SC**
(if known)

☐ Check if this is an amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List All of Your PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims against you?**

   ☐ No. Go to Part 2.

   ■ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** | **Franchise Tax Board** | Last 4 digits of account number _____ | $0.00 | $0.00 | $0.00 |

Priority Creditor's Name

**Special Procedures - Insolvency
P.O. Box 2952
Sacramento, CA 95812-2952**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

**Notice**

Debtor 1 **Andrew Stupin**
Debtor 2 **Julie Stupin**

Case number (if known) **8:26-bk-11202-SC**

| 2.2 | **Internal Revenue Service** | Last 4 digits of account number ____ | $0.00 | $0.00 | $0.00 |

Priority Creditor's Name

**Insolvency I Stop 5022**
**300 N. Los Angeles St., #4062**
**Los Angeles, CA 90012-9903**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Notice**

---

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  | Total claim |
|---|---|---|

| 4.1 | **Abraham & Linda Rayhaun** | Last 4 digits of account number ____ | **$700,000.00** |

Nonpriority Creditor's Name

**6455 Marigayle Cir.**
**Huntington Beach, CA 92684**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Investor - CREI Promissory Note**

Debtor 1   **Andrew Stupin**
Debtor 2   **Julie Stupin**

Case number (if known)   **8:26-bk-11202-SC**

---

| 4.2 | **Aegis Security** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 261567**
**Hartford, CT 06126**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Insurance - Property**

---

| 4.3 | **Aegis Security** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 261567**
**Hartford, CT 06126**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Insurance - Property**

---

| 4.4 | **Aegis Security** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 261567**
**Hartford, CT 06126**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Insurance - Property**

---

Debtor 1    **Andrew Stupin**
Debtor 2    **Julie Stupin**                                    Case number (if known)    **8:26-bk-11202-SC**

---

| 4.5 | **Arvielo** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**18575 Jamboree Road**
**9th Floor**
**Irvine, CA 92612**

When was the debt incurred? _____

Number Street City State Zip Code
**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

■ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Litigation**

---

| 4.6 | **Boyd & Associates** | Last 4 digits of account number _____ | **$623.50** |

Nonpriority Creditor's Name
**2191 E Thompson Blvd**
**Ventura, CA 93001**

When was the debt incurred? _____

Number Street City State Zip Code
**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Trade Payables**

---

| 4.7 | **BRG** | Last 4 digits of account number _____ | **$11,520.54** |

Nonpriority Creditor's Name
**1800 M Street NW**
**Second Floor**
**Washington, DC 20036**

When was the debt incurred? _____

Number Street City State Zip Code
**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Trade Payables**

---

Debtor 1  **Andrew Stupin**
Debtor 2  **Julie Stupin**                                        Case number (if known)      **8:26-bk-11202-SC**

---

| 4.8 | **CA Fair Plan** | | Last 4 digits of account number | | $0.00 |

**CA Fair Plan**
Nonpriority Creditor's Name
**PO Box 840244**
**Los Angeles, CA 90084-0244**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Insurance - Property**

$0.00

---

| 4.9 |

**CA Fair Plan**
Nonpriority Creditor's Name
**PO Box 840244**
**Los Angeles, CA 90084-0244**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Insurance - Property**

$0.00

---

| 4.10 |

**CA Fair Plan**
Nonpriority Creditor's Name
**PO Box 840244**
**Los Angeles, CA 90084-0244**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Insurance - Property**

$0.00

---

Debtor 1   **Andrew Stupin**

Debtor 2   **Julie Stupin**

Case number (if known)   **8:26-bk-11202-SC**

---

**4.1 1**

**California Bank & Trust**
Nonpriority Creditor's Name

**1900 North Main Street Ste. 100
Irvine, CA 92614**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____     **$5,400,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Mortgage Lender**

---

**4.1 2**

**Cantor Group IV LLC**
Nonpriority Creditor's Name

**520 Newport Center Drive, Suite 480
Newport Beach, CA 92660**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____     **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Promissory Note**

---

**4.1 3**

**Century Surety**
Nonpriority Creditor's Name

**550 Polaris Parkway Suite 300
Westerville, OH 43082**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____     **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Insurance - General Liability**

---

Debtor 1    **Andrew Stupin**
Debtor 2    **Julie Stupin**                                        Case number (if known)    **8:26-bk-11202-SC**

---

| 4.14 | **Charter Comm** | **Last 4 digits of account number** _____ | **$0.00** |

Nonpriority Creditor's Name
**PO Box 7173**
**Pasadena, CA 91109-7173**

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Trade Payables**

---

| 4.15 | **City of HB** | **Last 4 digits of account number** _____ | **$443.12** |

Nonpriority Creditor's Name
**P.O. Box 711**
**Huntington Beach, CA 92648**

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Utility**

---

| 4.16 | **City of Newport Beach** | **Last 4 digits of account number** _____ | **$91.93** |

Nonpriority Creditor's Name
**PO Box 4923**
**Whittier, CA 90607**

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Utility**

---

Official Form 106 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor 1 | **Andrew Stupin** | | |
|---|---|---|---|
| Debtor 2 | **Julie Stupin** | Case number (if known) | **8:26-bk-11202-SC** |

## 4.17

**Comerica Bank**

Nonpriority Creditor's Name

**PO Box 660093**
**Dallas, TX 75266-0093**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____    **$7,000,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Mortgage Lender**

---

## 4.18

**Cox Comm.**

Nonpriority Creditor's Name

**102280**
**Oask, PA 19456**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____    **$625.31**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Trade Payables**

---

## 4.19

**CR&R Inc**

Nonpriority Creditor's Name

**PO Box 206**
**Stanton, CA 90680**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Trade Payables**

---

Debtor 1   **Andrew Stupin**
Debtor 2   **Julie Stupin**

Case number (if known)   **8:26-bk-11202-SC**

---

**4.20**

**Crystal Cove Community Assoc**
Nonpriority Creditor's Name
**30354**
**Tampa, FL 33630-3354**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____              **$945.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Trade Payables**

---

**4.21**

**Dan Genis**
Nonpriority Creditor's Name
**2661 Tallant Rd. #MN708**
**Santa Barbara, CA 93105**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____              **$400,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Investor - CREI Promissory Note**

---

**4.22**

**Daniel Mayhew**
Nonpriority Creditor's Name
**8941 Atlanta Ave. #351**
**Huntington Beach, CA 92646**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____              **$150,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Investor - CREI Promissory Note**

---

Debtor 1   **Andrew Stupin**

Debtor 2   **Julie Stupin**

Case number (if known)   **8:26-bk-11202-SC**

---

**4.23**

**David Schiff**

Nonpriority Creditor's Name

**100 Ocean Ave. Unit C300**
**Santa Monica, CA 90402**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Investor - CREI Promissory Note**

**$75,000.00**

---

**4.24**

**Denise Blake**

Nonpriority Creditor's Name

**7731 N. 158th Street**
**Bennington, NE 68007**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Investor - CREI Promissory Note**

**$45,000.00**

---

**4.25**

**Denise Simon**

Nonpriority Creditor's Name

**2222 Avenue of the Stars Unit #1902**
**Los Angeles, CA 90067**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Investor - CREI Promissory Note**

**$75,000.00**

---

Debtor 1 **Andrew Stupin**
Debtor 2 **Julie Stupin**

Case number (if known) **8:26-bk-11202-SC**

---

**4.2 6**

**DIRECTV**
Nonpriority Creditor's Name
**PO Box 915**
**El Segundo, CA 90245**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Trade Payables**

**$354.97**

---

**4.2 7**

**Enterprise Bank**
Nonpriority Creditor's Name
**150 N Meramec Ave**
**Clayton, MO 63105**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Litigation**

**Unknown**

---

**4.2 8**

**Evanston Insurance**
Nonpriority Creditor's Name
**10275 W. Higgins Road, Suite 750**
**Roesmont, IL 60018**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Insurance - Property**

**$0.00**

---

Debtor 1    **Andrew Stupin**
Debtor 2    **Julie Stupin**

Case number (if known)    **8:26-bk-11202-SC**

---

**4.29**

**Exclusive Auto Detail**
Nonpriority Creditor's Name
**146 1/2 E 21st St**
**Costa Mesa, CA 92627**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Trade Payables**

**$2,400.00**

---

**4.30**

**FCI Lender Services, Inc.**
Nonpriority Creditor's Name
**PO Box 27370**
**Anaheim, CA 92809**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Mortgage Lender**

**$7,500,000.00**

---

**4.31**

**First Bank**
Nonpriority Creditor's Name
**PO Box 790037**
**St Louis, MO 63179**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Mortgage Lender**

**$3,901,184.95**

---

Debtor 1   **Andrew Stupin**
Debtor 2   **Julie Stupin**                                   Case number (if known)   **8:26-bk-11202-SC**

| 4.3 2 | **Fletcher Jones Motor Cars, Inc.** | Last 4 digits of account number | $105,932.23 |
|---|---|---|---|

Nonpriority Creditor's Name

**3300 Jamboree Rd**
**Newport Beach, CA 92660**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Car Lease**

---

| 4.3 3 | **Frontier** | Last 4 digits of account number | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 740407**
**Cincinnati, OH 45274-0407**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Trade Payables**

---

| 4.3 4 | **Gerald Marcil** | Last 4 digits of account number | Unknown |
|---|---|---|---|

Nonpriority Creditor's Name

**43 Malaga Cove Plaza**
**Suite D**
**Palos Verdes, CA 90274**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Litigation**

---

Debtor 1   **Andrew Stupin**

Debtor 2   **Julie Stupin**                                    Case number (if known)   **8:26-bk-11202-SC**

---

| 4.35 | **Gibson Family Trust** | Last 4 digits of account number | $500,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**12 Whalers Bluff**
**Newport Coast, CA 92657**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Investor - CREI Promissory Note**

---

| 4.36 | **Global Medical Systems** | Last 4 digits of account number | $700,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**10391 E. Rosemary Lane**
**Scottsdale, AZ 08255**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Investor - CREI Promissory Note**

---

| 4.37 | **Groussman Family Trust** | Last 4 digits of account number | $65,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**12 San Timoteo**
**Rancho Santa Margarita, CA 92688**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Investor - CREI Promissory Note**

---

Debtor 1   **Andrew Stupin**

Debtor 2   **Julie Stupin**

Case number (if known)   **8:26-bk-11202-SC**

---

| 4.3 8 | | |
|---|---|---|

**Huntington Landmark Association**
Nonpriority Creditor's Name

**25189 Santa Ana CA**
**Santa Ana, CA 92799-5189**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Trade Payables**

**$625.00**

---

| 4.3 9 | | |
|---|---|---|

**Irvine Ranch Water District**
Nonpriority Creditor's Name

**P.O. Box 57000**
**Irvine, CA 92619-7000**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Utility**

**$136.89**

---

| 4.4 0 | | |
|---|---|---|

**Jane Torpipat & Don Torpipiat**
Nonpriority Creditor's Name

**11310 Carob Cir.**
**Fountain Valley, CA 92708**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Investor - CREI Promissory Note**

**$1,200,000.00**

---

Debtor 1   **Andrew Stupin**
Debtor 2   **Julie Stupin**

Case number (if known)    **8:26-bk-11202-SC**

---

| 4.4 1 | **Jeff & Janel Grousman** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**12 San Timoteo
Rancho Santa Margarita, CA 92688**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____    **$40,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Investor - CREI Promissory Note**

---

| 4.4 2 | **Jim & Cheryl Markham c/o** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**Sonja Rapparport
23 Vista Del Valle
Aliso Viejo, CA 92656**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____    **$400,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Investor - CREI Promissory Note**

---

| 4.4 3 | **Julie Kaplan** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**47 Paloma #B
Venice, CA 90291**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____    **$200,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Investor - CREI Promissory Note**

---

Debtor 1   **Andrew Stupin**
Debtor 2   **Julie Stupin**                                  Case number (if known)   **8:26-bk-11202-SC**

---

| 4.4 4 | **Karen Kaplan (Revocable Trust)** | Last 4 digits of account number _____ | **$100,000.00** |

Nonpriority Creditor's Name

**1509 Elton Lane**
**Austin, TX 78703**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Contingent

☐ Unliquidated

☐ Disputed

■ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

■ No

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Investor - CREI Promissory Note**

---

| 4.4 5 | **Kimm Paglia** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**c/o Marshack Hay Wood LLP**
**870 Roosevelt**
**Irvine, CA 92620**
Number Street City State Zip Code

**When was the debt incurred?**   **02/10/2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ Contingent

■ Unliquidated

■ Disputed

■ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

■ No

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Complaint**

---

| 4.4 6 | **Land Rover Financial Group** | Last 4 digits of account number _____ | **$38,564.55** |

Nonpriority Creditor's Name

**PO BOX 650546**
**Dallas, TX 75265-0546**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Contingent

☐ Unliquidated

☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

■ No

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Car Lease**

---

Debtor 1   **Andrew Stupin**
Debtor 2   **Julie Stupin**                                   Case number (if known)   **8:26-bk-11202-SC**

---

**4.47**

**Larry Barker**
Nonpriority Creditor's Name
**105 Golden Glen Way**
**Fayetteville, GA 30214**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____          **$100,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Investor - CREI Promissory Note**

---

**4.48**

**Mel Remba**
Nonpriority Creditor's Name
**2446 Apollo Drive**
**Los Angeles, CA 90046**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____          **$100,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Investor - CREI Promissory Note**

---

**4.49**

**Mercury Insurance**
Nonpriority Creditor's Name
**PO Box 5700**
**Rancho Cucamonga, CA**
**91729-5700**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____          **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Insurance - Property**

---

| Debtor 1 | **Andrew Stupin** |
| Debtor 2 | **Julie Stupin** |

Case number (if known)    **8:26-bk-11202-SC**

---

**4.50**

**Mercury Insurance**
Nonpriority Creditor's Name
**PO Box 5700**
**Rancho Cucamonga, CA**
**91729-5700**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Insurance - Property**

**$0.00**

---

**4.51**

**Mercury Insurance**
Nonpriority Creditor's Name
**PO Box 5700**
**Rancho Cucamonga, CA**
**91729-5700**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Insurance - Property**

**$0.00**

---

**4.52**

**Mercury Insurance**
Nonpriority Creditor's Name
**PO Box 5700**
**Rancho Cucamonga, CA**
**91729-5700**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Insurance - Property**

**$0.00**

---

Debtor 1 **Andrew Stupin**
Debtor 2 **Julie Stupin**

Case number (if known) **8:26-bk-11202-SC**

---

**4.53**

**Mercury Insurance**
Nonpriority Creditor's Name
**PO Box 5700**
**Rancho Cucamonga, CA**
**91729-5700**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**$1,501.85**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Insurance - Property**

---

**4.54**

**Michael Kaplan**
Nonpriority Creditor's Name
**PO Box 277**
**Surfside, CA 90743**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**$2,745,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Investor - CREI Promissory Note**

---

**4.55**

**Nano Banc**
Nonpriority Creditor's Name
**7755 Irvine Center Dr**
**Suite 300**
**Irvine, CA 92618**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Litigation**

---

Debtor 1    **Andrew Stupin**
Debtor 2    **Julie Stupin**

Case number (if known)    **8:26-bk-11202-SC**

---

**4.56**

**Neptune Flood Insurance**
Nonpriority Creditor's Name
**PO Box 735653**
**Chicago, IL 60673-5653**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Insurance - Flood**

---

**4.57**

**One Ford Road Assoc**
Nonpriority Creditor's Name
**25189**
**Santa Ana, CA 92799-5189**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____    **$835.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Trade Payables**

---

**4.58**

**Orange County Register**
Nonpriority Creditor's Name
**P.O. Box 11626**
**Santa Ana, CA 92711-1626**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____    **$206.15**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Trade Payables**

---

Debtor 1   **Andrew Stupin**
Debtor 2   **Julie Stupin**                                  Case number (if known)   **8:26-bk-11202-SC**

| 4.59 | | | |

**Patrick's Landscaping**                          Last 4 digits of account number _____                 **$2,200.00**
Nonpriority Creditor's Name
**20481 Sun Valley Rd.**                            **When was the debt incurred?**   _____
**Laguna Beach, CA 92651**
Number Street City State Zip Code                  **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

☐ Debtor 1 only                                     ☐ Contingent
☐ Debtor 2 only                                     ☐ Unliquidated
■ Debtor 1 and Debtor 2 only                        ☐ Disputed
☐ At least one of the debtors and another           **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**        ☐ Student loans
**debt**                                            ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                 report as priority claims
■ No                                                ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                               ■ Other. Specify   **Trade Payables**

---

| 4.60 | | | |

**Personal Umbrella.com**                          Last 4 digits of account number _____                 **$0.00**
Nonpriority Creditor's Name
**5835 Doyle St.**                                  **When was the debt incurred?**   _____
**Ste. 115**
**Emeryville, CA 94608**
Number Street City State Zip Code                  **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

☐ Debtor 1 only                                     ☐ Contingent
☐ Debtor 2 only                                     ☐ Unliquidated
■ Debtor 1 and Debtor 2 only                        ☐ Disputed
☐ At least one of the debtors and another           **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**        ☐ Student loans
**debt**                                            ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                 report as priority claims
■ No                                                ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                               ■ Other. Specify   **Insurance - Umbrella - Personal**

---

| 4.61 | | | |

**PLM Lender Services, Inc.**                       Last 4 digits of account number _____                 **$3,081,634.00**
Nonpriority Creditor's Name
**5446 Thornwood Drive, 2nd Floor**                 **When was the debt incurred?**   _____
**San Jose, CA 95123**
Number Street City State Zip Code                  **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

☐ Debtor 1 only                                     ☐ Contingent
☐ Debtor 2 only                                     ☐ Unliquidated
■ Debtor 1 and Debtor 2 only                        ☐ Disputed
☐ At least one of the debtors and another           **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**        ☐ Student loans
**debt**                                            ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                 report as priority claims
■ No                                                ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                               ■ Other. Specify   **Mortgage Lender**

---

Debtor 1   **Andrew Stupin**
Debtor 2   **Julie Stupin**                                         Case number (if known)   **8:26-bk-11202-SC**

---

| 4.6 2 | | | |
|---|---|---|---|

**PMF CA REIT LLC**
Nonpriority Creditor's Name

**16801 Van Buren Boulevard
Building B
Riverside, CA 92504**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____                    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Litigation**

---

| 4.6 3 | | | |
|---|---|---|---|

**Preferred Bank**
Nonpriority Creditor's Name

**601 S Figueroa St
47th Floor
Los Angeles, CA 90017**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____                    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Litigation**

---

| 4.6 4 | | | |
|---|---|---|---|

**Progressive**
Nonpriority Creditor's Name

**PO Box 6807
Cleveland, OH 44101**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____                    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Insurance - Boat Policy**

---

Official Form 106 E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor 1   **Andrew Stupin**
Debtor 2   **Julie Stupin**                                    Case number (if known)   **8:26-bk-11202-SC**

| | | |
|---|---|---|
| **4.6 5** | **Republic Services** | $589.00 |

**Republic Services**
Nonpriority Creditor's Name
**17121 Nichols Lane**
**Huntington Beach, CA 92647-5719**
Number Street City State Zip Code

**Last 4 digits of account number** _____     **$589.00**

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Trade Payables**

---

| | | |
|---|---|---|
| **4.6 6** | **Roadrunner Exterminating** | $160.00 |

**Roadrunner Exterminating**
Nonpriority Creditor's Name
**310 E Alton Ave**
**Santa Ana, CA 92707**
Number Street City State Zip Code

**Last 4 digits of account number** _____     **$160.00**

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Trade Payables**

---

| | | |
|---|---|---|
| **4.6 7** | **Robert & Mai Linh Purdy** | $1,300,000.00 |

**Robert & Mai Linh Purdy**
Nonpriority Creditor's Name
**1718 Port Charles Place**
**Huntington Beach, CA 96248**
Number Street City State Zip Code

**Last 4 digits of account number** _____     **$1,300,000.00**

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Investor - CREI Promissory Note**

---

Debtor 1    **Andrew Stupin**
Debtor 2    **Julie Stupin**                                    Case number (if known)    **8:26-bk-11202-SC**

---

**4.68**

| **Rocket Mortgage** | Last 4 digits of account number _____ | **$225,105.84** |
|---|---|---|

Nonpriority Creditor's Name
**PO Box 6577**
**Carol Stream, IL 60197-6577**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Mortgage Lender**

---

**4.69**

| **Samuel Gonzalez** | Last 4 digits of account number _____ | **$200.00** |
|---|---|---|

Nonpriority Creditor's Name
**2183 Pomona Ave., Apt. A**
**Costa Mesa, CA 92627**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Trade Payables**

---

**4.70**

| **SCE** | Last 4 digits of account number _____ | **$2,252.15** |
|---|---|---|

Nonpriority Creditor's Name
**P.O. Box 6400**
**Rancho Cucamonga, CA 91729-6400**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Utility**

---

Debtor 1   **Andrew Stupin**
Debtor 2   **Julie Stupin**                                    Case number (if known)   **8:26-bk-11202-SC**

| 4.7 1 | **Select Portfolio Servicing** | | **$2,500,000.00** |

**Select Portfolio Servicing**
Nonpriority Creditor's Name
**PO Box 65250**
**Salt Lake City, UT 84165**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Mortgage Lender**

---

| 4.7 2 | **So Cal Gas** | | **$604.00** |

**So Cal Gas**
Nonpriority Creditor's Name
**P.O. Box 1626**
**Monterey Park, CA 91754-8626**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Utility**

---

| 4.7 3 | **Stanley Pest** | | **$480.97** |

**Stanley Pest**
Nonpriority Creditor's Name
**2555 Loma Avenue**
**South El Monte, CA 91733**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Trade Payables**

---

| Debtor 1 | **Andrew Stupin** | | |
|---|---|---|---|
| Debtor 2 | **Julie Stupin** | Case number (if known) | **8:26-bk-11202-SC** |

**4.74**

**The Gas Co.**
Nonpriority Creditor's Name
**P.O. Box 1626**
**Monterey Park, CA 91754-8626**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** _____   **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Utility**

---

**4.75**

**The Process Server**
Nonpriority Creditor's Name
**960 N Tustin Street #304**
**Orange, CA 92687**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** _____   **$450,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Investor - CREI Promissory Note**

---

**4.76**

**Travelers**
Nonpriority Creditor's Name
**PO Box 660317**
**Dallas, TX 75266**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** _____   **$423.50**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Insurance - Property**

---

Debtor 1   **Andrew Stupin**
Debtor 2   **Julie Stupin**                                      Case number (if known)   **8:26-bk-11202-SC**

---

**4.77**

**Travelers**                                    Last 4 digits of account number _____          **$451.60**
Nonpriority Creditor's Name
**PO Box 660317**
**Dallas, TX 75266**                             **When was the debt incurred?** _____
Number Street City State Zip Code
**Who incurred the debt?** Check one.            **As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only                                  ☐ Contingent
■ Debtor 1 and Debtor 2 only                     ☐ Unliquidated
☐ At least one of the debtors and another        ☐ Disputed
☐ **Check if this claim is for a  community**    **Type of NONPRIORITY unsecured claim:**
**debt**                                         ☐ Student loans
**Is the claim subject to offset?**              ☐ Obligations arising out of a separation agreement or divorce that you did not
                                                 report as priority claims
■ No                                             ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                            ■ Other. Specify   **Insurance - Property**

---

**4.78**

**Travelers**                                    Last 4 digits of account number _____          **$376.20**
Nonpriority Creditor's Name
**PO Box 660317**
**Dallas, TX 75266**                             **When was the debt incurred?** _____
Number Street City State Zip Code
**Who incurred the debt?** Check one.            **As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only                                  ☐ Contingent
■ Debtor 1 and Debtor 2 only                     ☐ Unliquidated
☐ At least one of the debtors and another        ☐ Disputed
☐ **Check if this claim is for a  community**    **Type of NONPRIORITY unsecured claim:**
**debt**                                         ☐ Student loans
**Is the claim subject to offset?**              ☐ Obligations arising out of a separation agreement or divorce that you did not
                                                 report as priority claims
■ No                                             ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                            ■ Other. Specify   **Insurance - Property**

---

**4.79**

**Travelers**                                    Last 4 digits of account number _____          **$81.92**
Nonpriority Creditor's Name
**PO Box 660317**
**Dallas, TX 75266**                             **When was the debt incurred?** _____
Number Street City State Zip Code
**Who incurred the debt?** Check one.            **As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only                                  ☐ Contingent
■ Debtor 1 and Debtor 2 only                     ☐ Unliquidated
☐ At least one of the debtors and another        ☐ Disputed
☐ **Check if this claim is for a  community**    **Type of NONPRIORITY unsecured claim:**
**debt**                                         ☐ Student loans
**Is the claim subject to offset?**              ☐ Obligations arising out of a separation agreement or divorce that you did not
                                                 report as priority claims
■ No                                             ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                            ■ Other. Specify   **Insurance - Property**

---

Debtor 1    **Andrew Stupin**
Debtor 2    **Julie Stupin**                                          Case number (if known)    **8:26-bk-11202-SC**

| 4.80 | **Vickie Larson** | **Last 4 digits of account number** | **$50,000.00** |

**Vickie Larson**
Nonpriority Creditor's Name
**5000 Antelope Junction**
**Farmington, NM 87402**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Investor - CREI Promissory Note**

---

| 4.81 | **Vision Pools** | **Last 4 digits of account number** | **$335.00** |

**Vision Pools**
Nonpriority Creditor's Name
**25422 Trabuco suite 105 #100-368**
**Lake Forest, CA 92630**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Trade Payables**

---

| 4.82 | **Western Alliance Bank** | **Last 4 digits of account number** | **Unknown** |

**Western Alliance Bank**
Nonpriority Creditor's Name
**1 E Washington St**
**Suite 1400**
**Phoenix, AZ 85004**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Litigation**

---

Debtor 1    **Andrew Stupin**

Debtor 2    **Julie Stupin**

Case number (if known)    **8:26-bk-11202-SC**

---

**4.8 3**

**Western Alliance Bank c/o**

Nonpriority Creditor's Name

**Ballard Spahr LLP, Attn Craig Ganz**
**2029 Century Park East, Suite 1400**
**Los Angeles, CA 90067**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?**    **10/28/2024**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranties of real estate loans**

---

**4.8 4**

**Zions (CB&T) Lawsuit**

Nonpriority Creditor's Name

**1 South Main Street**
**Salt Lake City, UT 84133**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Litigation**

---

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |
|---|---|

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |
|---|---|

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

|  |  |  | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 0.00 |
| | | | | Total Claim |
| **Total claims** | 6f. | **Student loans** | 6f. | $ 0.00 |

Debtor 1  **Andrew Stupin**
Debtor 2  **Julie Stupin**　　　　　　　　　　　　　　　　Case number (if known)　　**8:26-bk-11202-SC**

| from Part 2 | | | |
|---|---|---|---|
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. $ 39,175,885.17 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. $ 39,175,885.17 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Andrew Stupin** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Julie Stupin** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA |
| Case number (if known) | **8:26-bk-11202-SC** |

☐ Check if this is an amended filing

# Official Form 106G
# Schedule G: Executory Contracts and Unexpired Leases          12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1.  **Do you have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | **Person or company with whom you have the contract or lease** <br> Name, Number, Street, City, State and ZIP Code | **State what the contract or lease is for** |
|---|---|---|
| 2.1 | **Aegis Security Insurance Company** <br> **PO Box 261567** <br> **Hartford, CT 06126** | **Property Insurance - 305 5th St** |
| 2.2 | **Aegis Security Insurance Company** <br> **PO Box 261567** <br> **Hartford, CT 06126** | **Property Insurance - 317 5th St** |
| 2.3 | **Aegis Security Insurance Company** <br> **PO Box 261567** <br> **Hartford, CT 06126** | **Property Insurance - 323-325 5th St** |
| 2.4 | **Alex Mallari & Dana Benko (Guarantor)** <br> **818 Palm Ave** <br> **A** <br> **Huntington Beach, CA 92648** | **Residential Lease** |
| 2.5 | **Brec Barrett & Rachel Patterson** <br> **818 Palm Ave** <br> **D** <br> **Huntington Beach, CA 92648** | **Residential Lease** |
| 2.6 | **Bruce & Karen Milliken** <br> **309 5th St** <br> **A** <br> **Huntington Beach, CA 92648** | **Residential Lease** |
| 2.7 | **California Fair Plan** <br> **PO Box 840244** <br> **Los Angeles, CA 90084** | **Property Insurance - 211 5th St** |

| Debtor 1 | Andrew Stupin | | |
|---|---|---|---|
| Debtor 2 | Julie Stupin | Case number (*if known*) | **8:26-bk-11202-SC** |

## ▮ Additional Page if You Have More Contracts or Leases

| | **Person or company with whom you have the contract or lease**<br>Name, Number, Street, City, State and ZIP Code | **State what the contract or lease is for** |
|---|---|---|
| 2.8 | **California Fair Plan**<br>**PO Box 840244**<br>**Los Angeles, CA 90084** | **Property Insurance - 213 5th St** |
| 2.9 | **California Fair Plan**<br>**PO Box 840244**<br>**Los Angeles, CA 90084** | **Property Insurance - 215 5th St** |
| 2.10 | **Carlos & Jenny Gonzalez**<br>**213 5th St**<br>**A**<br>**Huntington Beach, CA 92648** | **Residential Lease** |
| 2.11 | **Carlos Gonzalez & Daniela Velazquez**<br>**818 Palm Ave**<br>**B**<br>**Huntington Beach, CA 92648** | **Residential Lease** |
| 2.12 | **Celia Jairala & Lilian Pennington**<br>**818 Palm Ave**<br>**F**<br>**Huntington Beach, CA 92648** | **Residential Lease** |
| 2.13 | **Century Surety Co.**<br>**500 Polaris Parkway**<br>**Suite 300**<br>**Westerville, OH 43082** | **General Liability Insurance - 209, 211, 213, & 215 5th St** |
| 2.14 | **Coastline Real Estate Investments, LLC**<br>**215 5th St**<br>**A**<br>**Huntington Beach, CA 92648** | **Residential Lease** |
| 2.15 | **Cody &  Jacqueline Emerson**<br>**213 5th St**<br>**B**<br>**Huntington Beach, CA 92648** | **Residential Lease** |
| 2.16 | **David & Jerry Thomas**<br>**309 5th St**<br>**C**<br>**Huntington Beach, CA 92648** | **Residential Lease** |
| 2.17 | **Donald T Spears**<br>**309 5th St**<br>**B**<br>**Huntington Beach, CA 92648** | **Residential Lease** |
| 2.18 | **Evanston Insurance Company**<br>**10275 W Higgins Rd**<br>**Ste 750**<br>**Rosemont, IL 60018** | **Property Insurance - 209 5th St** |

| Debtor 1 | Andrew Stupin |
|----------|---------------|
| Debtor 2 | Julie Stupin |

Case number (*if known*)  **8:26-bk-11202-SC**

## ▮ Additional Page if You Have More Contracts or Leases

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.19 **Fidelity & Guaranty Insurance Company**<br>**One Tower Square**<br>**Hartford, CT 06183** | **Business Personal Property - 301-303 5th St** |
| 2.20 **Fidelity & Guaranty Insurance Company**<br>**One Tower Square**<br>**Hartford, CT 06183** | **Commercial General Liability Insurance** |
| 2.21 **Fidelity & Guaranty Insurance Company**<br>**One Tower Square**<br>**Hartford, CT 06183** | **Automobile Liability Insurance** |
| 2.22 **Fred Ortiz & A. Stupin**<br>**211 5th St**<br>**A**<br>**Huntington Beach, CA 92648** | **Residential Lease** |
| 2.23 **Jacie Kailani & Daniel Sobel**<br>**818 Palm Ave**<br>**C**<br>**Huntington Beach, CA 92648** | **Residential Lease** |
| 2.24 **John Peterson**<br>**211 5th St**<br>**C**<br>**Huntington Beach, CA 92648** | **Residential Lease** |
| 2.25 **Jordan Lucio**<br>**818 Palm Ave**<br>**E**<br>**Huntington Beach, CA 92648** | **Residential Lease** |
| 2.26 **Katherine Scheibenhoffer & Timothy Champ**<br>**309 5th St**<br>**D**<br>**Huntington Beach, CA 92648** | **Residential Lease** |
| 2.27 **Kayla Renee Baines**<br>**215 5th St**<br>**B**<br>**Huntington Beach, CA 92648** | **Residential Lease** |
| 2.28 **Mercury Insurance**<br>**PO Box 5700**<br>**Rancho Cucamonga, CA 91729** | **Property Insurance - 11 Offshore** |
| 2.29 **Mercury Insurance**<br>**PO Box 5700**<br>**Rancho Cucamonga, CA 91729** | **Property Insurance - 17 Colonial** |

| Debtor 1 | **Andrew Stupin** |
|---|---|
| Debtor 2 | **Julie Stupin** |

Case number (*if known*)    **8:26-bk-11202-SC**

 **Additional Page if You Have More Contracts or Leases**

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.30 **Mercury Insurance**<br>**PO Box 5700**<br>**Rancho Cucamonga, CA 91729** | **Property Insurance - 3322-3324 Via Lido** |
| 2.31 **Mercury Insurance**<br>**PO Box 5700**<br>**Rancho Cucamonga, CA 91729** | **Property Insurance - 8566 Colusa Cir** |
| 2.32 **Mercury Insurance**<br>**PO Box 5700**<br>**Rancho Cucamonga, CA 91279** | **Automobile Liability Insurance** |
| 2.33 **Neptune Flood Insurance**<br>**PO Box 735653**<br>**Chicago, IL 60673** | **Flood Insurance - 3322-3324 Via Lido** |
| 2.34 **Patrick Mitzel**<br>**215 5th St**<br>**D**<br>**Huntington Beach, CA 92648** | **Residential Lease** |
| 2.35 **Personal Umbrella.com**<br>**5835 Doyle St**<br>**Ste 115**<br>**Emeryville, CA 94608** | **Personal Umbrella Insurance** |
| 2.36 **Peter Townsend**<br>**215 5th St**<br>**E**<br>**Huntington Beach, CA 92648** | **Residential Lease** |
| 2.37 **Progressive Insurance**<br>**PO Box 6807**<br>**Cleveland, OH 44101** | **Boat Policy Insurance** |
| 2.38 **Robert & Jacqueline Emerson**<br>**213 5th St**<br>**C**<br>**Huntington Beach, CA 92648** | **Residential Lease** |
| 2.39 **Robert Saltarelli**<br>**211 5th St**<br>**B**<br>**Huntington Beach, CA 92648** | **Residential Lease** |
| 2.40 **Thomas Hess**<br>**818 Palm Ave**<br>**G**<br>**Huntington Beach, CA 92648** | **Residential Lease** |

| Debtor 1 | **Andrew Stupin** | |
|---|---|---|
| Debtor 2 | **Julie Stupin** | Case number *(if known)*  **8:26-bk-11202-SC** |

## Additional Page if You Have More Contracts or Leases

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.41 **Travelers**<br>**PO Box 660317**<br>**Dallas, TX 75266** | **Property Insurance - 301-303 5th St** |
| 2.42 **Travelers**<br>**PO Box 660317**<br>**Dallas, TX 75266** | **Property Insurance - 309 5th St** |
| 2.43 **Travelers**<br>**PO Box 660317**<br>**Dallas, TX 75266** | **Property Insurance - 311 5th St** |
| 2.44 **Travelers**<br>**PO Box 660317**<br>**Dallas, TX 75266** | **Property Insurance - 818 Palm Ave** |
| 2.45 **Zachariah Robinson**<br>**215 5th St**<br>**C**<br>**Huntington Beach, CA 92648** | **Residential Lease** |

**Fill in this information to identify your case:**

| | | | | |
|---|---|---|---|---|
| Debtor 1 | **Andrew Stupin** | | | |
| | First Name | Middle Name | Last Name | |
| Debtor 2 | **Julie Stupin** | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name | |

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA

Case number   **8:26-bk-11202-SC**
(if known)

☐ Check if this is an amended filing

# Official Form 106H
# Schedule H: Your Codebtors                                          12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No. Go to line 3.
■ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

☐ No
■ Yes.

In which community state or territory did you live?   **California**   . Fill in the name and current address of that person.

**Julie Stupin**
**215 5th Street, Suite A**
**Huntington Beach, CA 92648**
Name of your spouse, former spouse, or legal equivalent
Number, Street, City, State & Zip Code

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| *Column 1:* **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.1   **Julie Stupin**<br>**215 5th Street, Suite A**<br>**Huntington Beach, CA 92648** | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____ |

| Fill in this information to identify your case: |
| --- |

Debtor 1 **Andrew Stupin**

Debtor 2 **Julie Stupin**
(Spouse, if filing)

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA

Case number **8:26-bk-11202-SC**
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

# Official Form 106I
## Schedule I: Your Income
**12/15**

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Employment |
| --- | --- |

1. **Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
| --- | --- | --- | --- |
| Employment status | | ■ Employed<br>☐ Not employed | ☐ Employed<br>■ Not employed |
| Occupation | | **Real Estate Professional** | **Homemaker** |
| Employer's name | | **Coastline Real Estate Investment** | |
| Employer's address | | **215 5th St Huntington Beach Huntington Beach, CA 92648** | |
| How long employed there? | | | |

| Part 2: | Give Details About Monthly Income |
| --- | --- |

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
| --- | --- | --- | --- | --- |
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0.00 | $ 0.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ 0.00 | +$ 0.00 |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. | $ 0.00 | $ 0.00 |

Debtor 1 **Andrew Stupin**
Debtor 2 **Julie Stupin**

Case number (*if known*)   **8:26-bk-11202-SC**

|  |  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| **Copy line 4 here** | | 4. | $ 0.00 | $ 0.00 |

5. **List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ 0.00 |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e. | **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| 5f. | **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. | **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h. | **Other deductions.** Specify: | 5h.+ | $ 0.00 + | $ 0.00 |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.   6.   $ 0.00   $ 0.00

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.   7.   $ 0.00   $ 0.00

8. **List all other income regularly received:**

8a. **Net income from rental property and from operating a business, profession, or farm**
Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.   8a.   $ **91,680.00**   $ 0.00

8b. **Interest and dividends**   8b.   $ 0.00   $ 0.00

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.   8c.   $ 0.00   $ 0.00

8d. **Unemployment compensation**   8d.   $ 0.00   $ 0.00

8e. **Social Security**   8e.   $ **3,369.00**   $ 0.00

8f. **Other government assistance that you regularly receive**
Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify:   8f.   $ 0.00   $ 0.00

8g. **Pension or retirement income**   8g.   $ 0.00   $ 0.00

8h. **Other monthly income.** Specify: **LLC Distributions**   8h.+   $ **128,800.00** +   $ 0.00

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.   9.   $ **223,849.00**   $ 0.00

10. **Calculate monthly income.** Add line 7 + line 9.   10.   $ **223,849.00** + $ 0.00 = $ **223,849.00**
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify:   11.   +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies   12.   $ **223,849.00**
**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☐ No.
■ Yes. Explain: **Increase in rental income, filling current vacancies.**

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Andrew Stupin** |
| Debtor 2 (Spouse, if filing) | **Julie Stupin** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA |
| Case number (If known) | **8:26-bk-11202-SC** |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
# Schedule J: Your Expenses
**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.

   ■ Yes. **Does Debtor 2 live in a separate household?**

   ■ No
   ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**   ☐ No

   Do not list Debtor 1 and Debtor 2.   ■ Yes.   Fill out this information for each dependent..............

   Do not state the dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Son** | **21** | ☐ No ■ Yes |
| **Son** | **24** | ☐ No ■ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**   ■ No   ☐ Yes

### Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | **Your expenses** |
|---|---|---|
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $ | **19,687.50** |
| **If not included in line 4:** | | |
| 4a.   Real estate taxes | 4a. $ | **0.00** |
| 4b.   Property, homeowner's, or renter's insurance | 4b. $ | **0.00** |
| 4c.   Home maintenance, repair, and upkeep expenses | 4c. $ | **0.00** |
| 4d.   Homeowner's association or condominium dues | 4d. $ | **945.00** |
| 5. **Additional mortgage payments for your residence,** such as home equity loans | 5. $ | **0.00** |

| | | | |
|---|---|---|---|
| Debtor 1 | **Andrew Stupin** | | |
| Debtor 2 | **Julie Stupin** | Case number (if known) | **8:26-bk-11202-SC** |

6. **Utilities:**

|  |  |  |  |  |
|---|---|---|---|---|
| 6a. | Electricity, heat, natural gas | 6a. | $ | **1,626.63** |
| 6b. | Water, sewer, garbage collection | 6b. | $ | **3,000.00** |
| 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ | **1,186.43** |
| 6d. | Other. Specify: | 6d. | $ | **0.00** |

7. **Food and housekeeping supplies** — 7. $ **6,000.00**

8. **Childcare and children's education costs** — 8. $ **12,160.00**

9. **Clothing, laundry, and dry cleaning** — 9. $ **0.00**

10. **Personal care products and services** — 10. $ **10,000.00**

11. **Medical and dental expenses** — 11. $ **0.00**

12. **Transportation.** Include gas, maintenance, bus or train fare.
Do not include car payments. — 12. $ **0.00**

13. **Entertainment, clubs, recreation, newspapers, magazines, and books** — 13. $ **0.00**

14. **Charitable contributions and religious donations** — 14. $ **0.00**

15. **Insurance.**
Do not include insurance deducted from your pay or included in lines 4 or 20.

|  |  |  |  |  |
|---|---|---|---|---|
| 15a. | Life insurance | 15a. | $ | **0.00** |
| 15b. | Health insurance | 15b. | $ | **7,437.00** |
| 15c. | Vehicle insurance | 15c. | $ | **0.00** |
| 15d. | Other insurance. Specify: | 15d. | $ | **0.00** |

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
Specify: — 16. $ **0.00**

17. **Installment or lease payments:**

|  |  |  |  |  |
|---|---|---|---|---|
| 17a. | Car payments for Vehicle 1 | 17a. | $ | **0.00** |
| 17b. | Car payments for Vehicle 2 | 17b. | $ | **0.00** |
| 17c. | Other. Specify: | 17c. | $ | **0.00** |
| 17d. | Other. Specify: | 17d. | $ | **0.00** |

18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** — 18. $ **0.00**

19. **Other payments you make to support others who do not live with you.** — $ **0.00**
Specify: — 19.

20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.**

|  |  |  |  |  |
|---|---|---|---|---|
| 20a. | Mortgages on other property | 20a. | $ | **0.00** |
| 20b. | Real estate taxes | 20b. | $ | **0.00** |
| 20c. | Property, homeowner's, or renter's insurance | 20c. | $ | **0.00** |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. | $ | **0.00** |
| 20e. | Homeowner's association or condominium dues | 20e. | $ | **0.00** |

21. **Other:** Specify: **Regular expenses related to investment property** — 21. +$ **5,000.00**

22. **Calculate your monthly expenses**

| | | | |
|---|---|---|---|
| 22a. Add lines 4 through 21. | | $ | **67,042.56** |
| 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | | $ | |
| 22c. Add line 22a and 22b.  The result is your monthly expenses. | | $ | **67,042.56** |

23. **Calculate your monthly net income.**

|  |  |  |  |  |
|---|---|---|---|---|
| 23a. | Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. | $ | **223,849.00** |
| 23b. | Copy your monthly expenses from line 22c above. | 23b. | -$ | **67,042.56** |
| 23c. | Subtract your monthly expenses from your monthly income. The result is your *monthly net income*. | 23c. | $ | **156,806.44** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes.  Explain here:

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Andrew Stupin** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Julie Stupin** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA

Case number    **8:26-bk-11202-SC**
(if known)

☐ Check if this is an
amended filing

## Official Form 106Dec
# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice,*
*Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _____    X _____
**Andrew Stupin**                                         **Julie Stupin**
Signature of Debtor 1                              Signature of Debtor 2

Date    **May 15, 2026**                          Date    **May 15, 2026**

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Andrew Stupin** |
| | First Name　　　　　Middle Name　　　　　Last Name |
| Debtor 2 | **Julie Stupin** |
| (Spouse if, filing) | First Name　　　　　Middle Name　　　　　Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA |
| Case number (if known) | **8:26-bk-11202-SC** |

☐ Check if this is an amended filing

## Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy    04/25

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

| Part 1: | Give Details About Your Marital Status and Where You Lived Before |
|---|---|

1. **What is your current marital status?**

   ■ Married
   ☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**

   ■ No
   ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

   | Debtor 1: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
   |---|---|---|---|
   | | | | |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

   ☐ No
   ■ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

| Part 2 | Explain the Sources of Your Income |
|---|---|

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ■ No
   ☐ Yes. Fill in the details.

   | Debtor 1 | | Debtor 2 | |
   |---|---|---|---|
   | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |

| Debtor 1 | **Andrew Stupin** | | |
|---|---|---|---|
| Debtor 2 | **Julie Stupin** | Case number (*if known*) | **8:26-bk-11202-SC** |

**5. Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No

■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | **Social Security Benefits** | **$13,476.00** | | |
| | **Rental Income** | **$366,720.00** | | |
| | **LLC Distributions** | **$515,200.00** | | |
| **For last calendar year:**<br>(January 1 to December 31, 2025 ) | **Social Security Benefits** | **$40,428.00** | | |
| | **Rental Income** | **$1,100,160.00** | | |
| | **LLC Distributions** | **$1,545,600.00** | | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2024 ) | **Social Security Benefits** | **$40,428.00** | | |
| | **Rental Income** | **$1,066,374.00** | | |
| | **LLC Distributions** | **$1,545,600.00** | | |

**Part 3:   List Certain Payments You Made Before You Filed for Bankruptcy**

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

■ No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $8,575* or more?

☐ No.   Go to line 7.

■ Yes   List below each creditor to whom you paid a total of $8,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No.   Go to line 7.

☐ Yes   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

| Debtor 1 | **Andrew Stupin** | | |
|---|---|---|---|
| Debtor 2 | **Julie Stupin** | Case number *(if known)* | **8:26-bk-11202-SC** |

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **LIST TO FOLLOW** | | **$0.00** | **$0.00** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☐ No

■ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| **LIST TO FOLLOW** | | **$0.00** | **$0.00** | |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☐ No

■ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| **LIST TO FOLLOW** | | **$0.00** | **$0.00** | |

### Part 4:   Identify Legal Actions, Repossessions, and Foreclosures

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
■ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Zions (CB&T) Lawsuit<br>25STCV30165** | **Civil** | **Los Angeles County Superior Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Western Alliance Bank Lawsuit<br>25STCV24263** | **Civil** | **Los Angeles County Superior Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Enterprise Bank & Trust v. 777 At Laguna LL et al<br>2025-01504281** | **Civil** | **Orange County Superior Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

| Debtor 1 | **Andrew Stupin** | | |
|---|---|---|---|
| Debtor 2 | **Julie Stupin** | Case number *(if known)* | **8:26-bk-11202-SC** |

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Marcil's vs. Stupin** **26STCV08371** | **Civil** | **Los Angeles County Superior Court** | ■ Pending ☐ On appeal ☐ Concluded |
| **Arvielo v. Stupin** **2026-01549625** | **Civil** | **Orange Coutny Superior** | ■ Pending ☐ On appeal ☐ Concluded |
| **PMF CA REIT LLC v. Honaker and Stupin** **2025-01488869** | **Civil** | **Orange Coutny Superior Court** | ■ Pending ☐ On appeal ☐ Concluded |
| **Preferred Bank v. SDRES Partners** **26NNCV01136** | **Civil** | **Los Angeles County Superior Court** | ■ Pending ☐ On appeal ☐ Concluded |
| **Preferred Bank v. SDRES Partners** **26NNCV01021** | **Civil** | **Los Angeles County Superior Court** | ■ Pending ☐ On appeal ☐ Concluded |
| **Preferred Bank v. Shams and Stupin** | **Civil** | **Los Angeles County Superior Court** | ■ Pending ☐ On appeal ☐ Concluded |
| **Preferred Bank v. Shams and Stupin** | **Civil** | **Orange County Superior Court** | ■ Pending ☐ On appeal ☐ Concluded |
| **Nano Banc v. Coastline 901 LLC** **25SMCV06642** | **Civil** | **Los Angeles County Superior Court** | ■ Pending ☐ On appeal ☐ Concluded |
| **Nano Banc v. Ramanujan Group** **2025-01496573** | **Civil** | **Orange County Superior Court** | ■ Pending ☐ On appeal ☐ Concluded |
| **Zions v. Stupin, et al.** **25STCV30165** | **Civil** | **Los Angeles County Superior Court** | ■ Pending ☐ On appeal ☐ Concluded |
| **Western v. Cantor Group, et al.** **25STCV24263** | **Civil** | **Los Angeles County Superior Court** | ■ Pending ☐ On appeal ☐ Concluded |

| Debtor 1 | **Andrew Stupin** | | |
|---|---|---|---|
| Debtor 2 | **Julie Stupin** | Case number *(if known)* | **8:26-bk-11202-SC** |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

■ No. Go to line 11.

☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property | Date | Value of the property |
|---|---|---|---|
| | Explain what happened | | |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

■ No

☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

■ No

☐ Yes

| Part 5: | List Certain Gifts and Contributions |
|---|---|

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☐ No

■ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| **Family members and relatives Various** | **Miscellaneous birthday gifts** | **Various** | **$15,000.00** |
| Person's relationship to you: **Nephews, nieces, and grandchildren.** | | | |

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☐ No

■ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| **Oceans Church<br>9800 Muirlands Blvd<br>Irvine, CA 92618** | **Charitable Donation** | **Various** | **$30,000.00** |

| Part 6: | List Certain Losses |
|---|---|

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

■ No

☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|

| Debtor 1 | **Andrew Stupin** | | |
|---|---|---|---|
| Debtor 2 | **Julie Stupin** | Case number (*if known*) | **8:26-bk-11202-SC** |

| Part 7: | List Certain Payments or Transfers |
|---|---|

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Force Ten Advisors, LLC<br>5271 California Ave<br>Suite 270<br>Irvine, CA 92617 | Payment from Twin Towers Group, LLC on behalf of Andrew and Julie Stupin to Force Ten Advisors, LLC | 4/15/2026 | $350,000.00 |
| Levene, Neale, Bender, Yoo & Golubchik L<br>2818 La Cienega Ave<br>Los Angeles, CA 90034 | Payment from Coastline Real Estate Investments on behalf of Andrew and Julie Stupin to Levene, Neale, Bender, Yoo & Golubchik LLP | 4/15/2026 | $366,568.50 |
| Northstar Financial Advisory<br>9454 Wilshire Blvd<br>Suite 600<br>Beverly Hills, CA 90212 | Payment from Coastline Real Estate Investments on behalf of Andrew and Julie Stupin to Northstar Financial Advisory | 4/28/2026 | $25,000.00 |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

■ No
☐ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

| Debtor 1 | **Andrew Stupin** | | |
|---|---|---|---|
| Debtor 2 | **Julie Stupin** | Case number *(if known)* | **8:26-bk-11202-SC** |

---

**Part 8:**    **List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

   ■ **No**
   ☐ **Yes. Fill in the details.**

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

   ■ **No**
   ☐ **Yes. Fill in the details.**

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | |

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

   ■ **No**
   ☐ **Yes. Fill in the details.**

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | |

---

**Part 9:**    **Identify Property You Hold or Control for Someone Else**

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

   ■ **No**
   ☐ **Yes. Fill in the details.**

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|
| | | | |

---

**Part 10:**    **Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

   ■ **No**
   ☐ **Yes. Fill in the details.**

| Name of site Address (Number, Street, City, State and ZIP Code) | Governmental unit Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

---

| Debtor 1 | **Andrew Stupin** | | |
|---|---|---|---|
| Debtor 2 | **Julie Stupin** | Case number *(if known)* | **8:26-bk-11202-SC** |

**25.   Have you notified any governmental unit of any release of hazardous material?**

■   **No**

☐   **Yes. Fill in the details.**

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

**26.   Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■   **No**

☐   **Yes. Fill in the details.**

| Case Title<br>Case Number | Court or agency<br>**Name**<br>**Address** (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

---

**Part 11:**   **Give Details About Your Business or Connections to Any Business**

---

**27.   Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ **A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time**

☐ **A member of a limited liability company (LLC) or limited liability partnership (LLP)**

☐ **A partner in a partnership**

☐ **An officer, director, or managing executive of a corporation**

☐ **An owner of at least 5% of the voting or equity securities of a corporation**

☐   **No. None of the above applies.  Go to Part 12.**

■   **Yes. Check all that apply above and fill in the details below for each business.**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **504 Main Street Group LLC**<br>**215 5th St #A**<br>**Huntington Beach, CA** | | EIN:   **20-0057715**<br><br>From-To |
| **Cedar Group LLC**<br>**215 5th St #A**<br>**Huntington Beach, CA** | | EIN:   **95-4712503**<br><br>From-To |
| **Stanton Group LLC**<br>**215 5th St #A**<br>**Huntington Beach, CA** | | EIN:   **33-0797381**<br><br>From-To |
| **Stanton Group Three LLC**<br>**215 5th St #A**<br>**Huntington Beach, CA** | | EIN:   **33-0816341**<br><br>From-To |
| **Twin Towers Group LLC**<br>**215 5th St #A**<br>**Huntington Beach, CA** | | EIN:   **95-4873038**<br><br>From-To |
| **Pioneer Group LLC**<br>**215 5th St #A**<br>**Huntington Beach, CA** | | EIN:   **95-4733800**<br><br>From-To |

Debtor 1    **Andrew Stupin**

Debtor 2    **Julie Stupin**                                                                                Case number (*if known*)    **8:26-bk-11202-SC**

| Business Name Address (Number, Street, City, State and ZIP Code) | Describe the nature of the business Name of accountant or bookkeeper | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|
| **Rosecrans Group LLC** 215 5th St #A Huntington Beach, CA | | EIN:    **73-1667451** From-To |
| **Via Lido Group II LLC** 215 5th St #A Huntington Beach, CA | | EIN:    **82-2735111** From-To |
| **Broadway Group LLC** 215 5th St #A Huntington Beach, CA | | EIN:    **61-1654638** From-To |
| **Lawndale Group LLC** 215 5th St #A Huntington Beach, CA | | EIN:    **45-5086090** From-To |
| **Century Group LLC** 215 5th St #A Huntington Beach, CA | | EIN:    **46-1541654** From-To |
| **Oak Center Group LLC** 215 5th St #A Huntington Beach, CA | | EIN:    **46-2637868** From-To |
| **Sky Mobile LLC** 215 5th St #A Huntington Beach, CA | | EIN:    **46-3764659** From-To |
| **Whitaur Group LLC** 215 5th St #A Huntington Beach, CA | | EIN:    **47-1191913** From-To |
| **Raymond Group LLC** 215 5th St #A Huntington Beach, CA | | EIN:    **47-1191909** From-To |
| **Moreno Bowling Group LLC** 215 5th St #A Huntington Beach, CA | | EIN:    **47-1204879** From-To |
| **Alessandro Group LLC** 215 5th St #A Huntington Beach, CA | | EIN:    **46-5107011** From-To |
| **Plaza Continental Group LLC** 215 5th St #A Huntington Beach, CA | | EIN:    **47-4430725** From-To |
| **Mission San Diego Group LLC** 215 5th St #A Huntington Beach, CA | | EIN:    **46-4747500** From-To |
| **Evariste Group LLC** 215 5th St #A Huntington Beach, CA | | EIN:    **47-5125149** From-To |

| Debtor 1 | **Andrew Stupin** | | |
|---|---|---|---|
| Debtor 2 | **Julie Stupin** | Case number (*if known*) | **8:26-bk-11202-SC** |

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **Cantor Group I LLC**<br>**215 5th St #A**<br>**Huntington Beach, CA** | | **EIN:**    **47-1111663**<br><br>**From-To** |
| **Cantor Group II LLC**<br>**215 5th St #A**<br>**Huntington Beach, CA** | | **EIN:**    **30-0890115**<br><br>**From-To** |
| **Hilbert Group LLC**<br>**215 5th St #A**<br>**Huntington Beach, CA** | | **EIN:**    **32-0480193**<br><br>**From-To** |
| **Chino Central Group LLC**<br>**215 5th St #A**<br>**Huntington Beach, CA** | | **EIN:**    **82-2735112**<br><br>**From-To** |
| **Galois Group LLC**<br>**215 5th St #A**<br>**Huntington Beach, CA** | | **EIN:**    **81-4790757**<br><br>**From-To** |
| **Conejo Riverside Group LLC**<br>**215 5th St #A**<br>**Huntington Beach, CA** | | **EIN:**    **46-4691872**<br><br>**From-To** |
| **Rancho Colton Group LLC**<br>**215 5th St #A**<br>**Huntington Beach, CA** | | **EIN:**    **82-3709201**<br><br>**From-To** |
| **Tarski Group LLC**<br>**215 5th St #A**<br>**Huntington Beach, CA** | | **EIN:**    **82-3657485**<br><br>**From-To** |
| **Riverside Macon Group LLC**<br>**215 5th St #A**<br>**Huntington Beach, CA** | | **EIN:**    **46-4724810**<br><br>**From-To** |
| **184 E 64th LLC**<br>**184 E 64th St**<br>**New York, NY** | | **EIN:**    **84-3310411**<br><br>**From-To** |
| **227 E 67th LLC**<br>**227 E 67th St**<br>**New York, NY** | | **EIN:**    **84-3310412**<br><br>**From-To** |
| **Skolem Group LLC**<br>**215 5th St #A**<br>**Huntington Beach, CA** | | **EIN:**    **83-3879335**<br><br>**From-To** |
| **Grothendieck Group LLC**<br>**215 5th St #A**<br>**Huntington Beach, CA** | | **EIN:**    **84-3123538**<br><br>**From-To** |
| **Poincare Group LLC**<br>**215 5th St #A**<br>**Huntington Beach, CA** | | **EIN:**    **84-3304484**<br><br>**From-To** |

Debtor 1   **Andrew Stupin**
Debtor 2   **Julie Stupin**                                          Case number (*if known*)   **8:26-bk-11202-SC**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **Ramanujan Investor Group LLC**<br>**215 5th St #A**<br>**Huntington Beach, CA** | | EIN:      **84-4637826**<br><br>**From-To** |
| **Henkin Investor Group LLC**<br>**215 5th St #A**<br>**Huntington Beach, CA** | | EIN:      **86-1652388**<br><br>**From-To** |
| **Kolmogorov Group LLC**<br>**215 5th St #A**<br>**Huntington Beach, CA** | | EIN:      **87-2744433**<br><br>**From-To** |
| **Sky Lounge Group LLC**<br>**215 5th St #A**<br>**Huntington Beach, CA** | | EIN:      **87-2589854**<br><br>**From-To** |
| **Monte Carlo La Jolla Group LLC**<br>**215 5th St #A**<br>**Huntington Beach, CA** | | EIN:      **46-4287707**<br><br>**From-To** |
| **Shell Beach LLC**<br>**215 5th St #A**<br>**Huntington Beach, CA** | | EIN:      **61-1895068**<br><br>**From-To** |
| **Shell Beach II LLC**<br>**215 5th St #A**<br>**Huntington Beach, CA** | | EIN:      **83-1446245**<br><br>**From-To** |
| **River Jetty CDM LLC**<br>**2325 E Coast Hwy**<br>**Corona Del Mar, CA** | | EIN:      **82-3478818**<br><br>**From-To** |
| **Los Arcos Newport LLC**<br>**3334 West Coast Hwy**<br>**Newport Beach, CA** | | EIN:      **26-0595713**<br><br>**From-To** |
| **River Jetty Crystal Cove LLC**<br>**2325 E Coast Hwy**<br>**Corona Del Mar, CA** | | EIN:      **85-3667002**<br><br>**From-To** |
| **River Jetty Second & PCH LLC**<br>**2325 E Coast Hwy**<br>**Corona Del Mar, CA** | | EIN:      **87-1065616**<br><br>**From-To** |
| **River Jetty Sunset LLC**<br>**2325 E Coast Hwy**<br>**Corona Del Mar, CA** | | EIN:      **87-4778068**<br><br>**From-To** |
| **Nano Financial Holdings, Inc**<br>**215 5th St #A**<br>**Huntington Beach, CA** | | EIN:      **47-2235111**<br><br>**From-To** |
| **Loop Industries, Inc**<br>**215 5th St #A**<br>**Huntington Beach, CA** | | EIN:      **46-2735111**<br><br>**From-To** |

Official Form 107          **Statement of Financial Affairs for Individuals Filing for Bankruptcy**          page **11**

| Debtor 1 | **Andrew Stupin** | | |
|---|---|---|---|
| Debtor 2 | **Julie Stupin** | Case number (*if known*) | **8:26-bk-11202-SC** |

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **Nekter Juice Bar, Inc.**<br>215 5th St #A<br>Huntington Beach, CA | | **EIN:**  46-2735112<br><br>**From-To** |
| **Optiharvest, Inc.**<br>215 5th St #A<br>Huntington Beach, CA | | **EIN:**  46-2735113<br><br>**From-To** |
| **Cantor Group IV LLC**<br>215 5th St #A<br>Huntington Beach, CA | | **EIN:**  82-1725878<br><br>**From-To** |
| **Coastline Designs LLC**<br>215 5th St #A<br>Huntington Beach, CA | | **EIN:**  84-4301889<br><br>**From-To** |
| **Cantor Group V, LLC**<br>215 5th St #A<br>Huntington Beach, CA | | **EIN:**  82-2279350<br><br>**From-To** |
| **Casa Via Lido LLC**<br>3333 Via Lido<br>Huntington Beach, CA | | **EIN:**  87-2944079<br><br>**From-To** |
| **Club Trilly LLC**<br>215 5th St #A<br>Huntington Beach, CA | | **EIN:**  93-3966292<br><br>**From-To** |
| **Coastline Loans LLC**<br>215 5th St #A<br>Huntington Beach, CA | | **EIN:**  86-1939570<br><br>**From-To** |
| **Coastline Real Estate Investments**<br>215 5th St #A<br>Huntington Beach, CA | | **EIN:**  33-0786734<br><br>**From-To** |
| **Coastline Santa Monica Inv. LLC**<br>215 5th St #A<br>Huntington Beach, CA | | **EIN:**  86-1885631<br><br>**From-To** |
| **Continuum Opportunities LP**<br>215 5th St #A<br>Huntington Beach, CA | | **EIN:**  83-2449123<br><br>**From-To** |
| **Continuum Real Estate Opportuniti**<br>215 5th St #A<br>Huntington Beach, CA | | **EIN:**  83-2438546<br><br>**From-To** |
| **Continuum Analytics LLC**<br>215 5th St #A<br>Huntington Beach, CA | | **EIN:**  82-2735011<br><br>**From-To** |
| **Evariste Group Manager LLC**<br>215 5th St #A<br>Huntington Beach, CA | | **EIN:**  47-5129830<br><br>**From-To** |

| Debtor 1 | **Andrew Stupin** | | |
|----------|-------------------|--|--|
| Debtor 2 | **Julie Stupin** | Case number *(if known)* | **8:26-bk-11202-SC** |

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **Forcing Rosser Manager LLC**<br>**215 5th St #A**<br>**Huntington Beach, CA** | | EIN:      **86-3501222**<br><br>**From-To** |
| **Harbor Island Group LLC**<br>**215 5th St #A**<br>**Huntington Beach, CA** | | EIN:      **88-2199584**<br><br>**From-To** |
| **JKO Group LLC**<br>**215 5th St #A**<br>**Huntington Beach, CA** | | EIN:      **88-1498048**<br><br>**From-To** |
| **Macon Group LLC**<br>**215 5th St #A**<br>**Huntington Beach, CA** | | EIN:      **80-0878230**<br><br>**From-To** |
| **MOM AS Investor Group LLC**<br>**215 5th St #A**<br>**Huntington Beach, CA** | | EIN:      **86-4006341**<br><br>**From-To** |
| **Monterey Sands Group LLC**<br>**215 5th St #A**<br>**Huntington Beach, CA** | | EIN:      **82-2735121**<br><br>**From-To** |
| **Monterey Sands Investor Group**<br>**215 5th St #A**<br>**Huntington Beach, CA** | | EIN:      **87-3325232**<br><br>**From-To** |
| **NWPT CO LLC**<br>**215 5th St #A**<br>**Huntington Beach, CA** | | EIN:      **92-1332952**<br><br>**From-To** |
| **Sifat LLC**<br>**215 5th St #A**<br>**Huntington Beach, CA** | | EIN:      **84-4742111**<br><br>**From-To** |
| **Tenet SAC LLC**<br>**215 5th St #A**<br>**Huntington Beach, CA** | | EIN:      **92-2978631**<br><br>**From-To** |
| **Trillion Boys LLC**<br>**215 5th St #A**<br>**Huntington Beach, CA** | | EIN:      **87-1814004**<br><br>**From-To** |
| **Vineyard Village Group LLC**<br>**215 5th St #A**<br>**Huntington Beach, CA** | | EIN:      **81-3610486**<br><br>**From-To** |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☐   No

■   Yes. Fill in the details below.

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|

| Debtor 1 | Andrew Stupin | | |
|---|---|---|---|
| Debtor 2 | Julie Stupin | Case number *(if known)* | 8:26-bk-11202-SC |

| Name | Date Issued |
|---|---|
| **Address** | |
| (Number, Street, City, State and ZIP Code) | |
| **Comerica Bank**<br>**1717 Main Street**<br>**Dallas, TX 75201** | |
| **Secured Income Fund-II c/o**<br>**PLM Lender Services, Inc.**<br>**5446 Thornwood Drive**<br>**2nd Floor**<br>**San Jose, CA 95123** | |
| **First Bank**<br>**Attn: Payment Processing**<br>**P.O. Box 79026**<br>**Saint Louis, MO 63179** | |
| **The Evergreen Advantage**<br>**1424 4th Street**<br>**Suite 777**<br>**Santa Monica, CA 90401** | |
| **Rocket Mortgage**<br>**PO Box 6577**<br>**Carol Stream, IL 60197** | |
| **First Choice Bank**<br>**17785 Center Court Drive**<br>**Suite 750**<br>**Cerritos, CA 90703** | |
| **VL Ventures, LLC**<br>**1303 Avocado Avenue**<br>**Suite 200**<br>**Newport Beach, CA 92660** | |
| **Clearedge Lending**<br>**20 Enterprise**<br>**Suite 330**<br>**Aliso Viejo, CA 92656** | |

## Part 12: Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | |
|---|---|
| Andrew Stupin | Julie Stupin |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Date May 15, 2026 | Date May 15, 2026 |

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?
■ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?
■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
## Central District of California - Santa Ana

In re  **Andrew Stupin**
**Julie Stupin**

_____     Case No.   **8:26-bk-11202-SC**

Debtor(s)     Chapter   **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **366,568.50** |
| Prior to the filing of this statement I have received | $ | **366,568.50** |
| Balance Due | $ | **0.00** |

2. $ **1,738.00**  of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor     ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor     ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [List other services that counsel has agreed to provide]
   **Advising the Debtor with regard to the requirements of the Bankruptcy Court, Bankruptcy Code, Bankruptcy Rules and the Office of the United States Trustee as they pertain to the Debtor; advising the Debtor with regard to certain rights and remedies of its bankruptcy estate and the rights, claims and interests of creditors; representing the Debtor in any proceeding or hearing in the Bankruptcy Court involving its estate unless the Debtor is represented in such proceeding or hearing by other special counsel; conducting examinations of witnesses, claimants or adverse parties and representing the Debtor in any adversary proceeding except to the extent that any such adversary proceeding is in an area outside of LNBYG's expertise or which is beyond LNBYG's staffing capabilities;  preparing and assisting the Debtor in the preparation of reports, applications, pleadings and orders including, but not limited to, applications to employ professionals, interim statements and operating reports, initial filing requirements, schedules and statement of financial affairs, lease pleadings, cash collateral pleadings, financing pleadings, and pleadings with respect to the Debtor's use, sale or lease of property outside the ordinary course of business; representing the Debtor with regard to obtaining use of debtor in possession financing and/or cash collateral including, but not limited to, negotiating and seeking Bankruptcy Court approval of any debtor in possession financing and/or cash collateral pleading or stipulation and preparing any pleadings relating to obtaining use of debtor in possession financing and/or cash collateral; assisting the Debtor in the negotiation, formulation, preparation and confirmation of a plan of reorganization and the preparation and approval of a disclosure statement in respect of the plan; and performing any other services which may be appropriate in LNBYG's representation of the Debtor during its bankruptcy case.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Matters which are outside of LNBYG's specialization**

In re  **Andrew Stupin
Julie Stupin**
_____
Debtor(s)

Case No.   **8:26-bk-11202-SC**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
(Continuation Sheet)

| CERTIFICATION |
|---|
| I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding. |

**May 15, 2026**
_____
_Date_

**David B. Golubchik 185520**
_Signature of Attorney_
**Levene, Neale, Bender, Yoo & Golubchik L.L.P.
2818 La Cienega Ave.
Los Angeles, CA 90034
(310) 229-1234**
_Name of law firm_

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| DAVID B. GOLUBCHIK (State Bar No. 185520)<br>CARMELA T. PAGAY (State Bar No. 195603)<br>LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.<br>2818 La Cienega Avenue<br>Los Angeles, California 90034<br>Telephone:  (310) 229-1234<br>Facsimile:  (310) 229-1244<br>Email: DBG@LNBYG.COM; CTP@LNBYG.COM<br><br>☐  *Debtor(s) appearing without an attorney*<br>☑  *Attorney for Debtor(s)* | |

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA**

</div>

| In re:<br><br>**Andrew Stupin**<br>**Julie Stupin**<br><br><div align="right">Debtor(s).</div> | CASE NO.: **8:26-bk-11202-SC**<br>CHAPTER: **11**<br><br><div align="center">**DECLARATION BY DEBTOR(S)**<br>**AS TO WHETHER INCOME WAS RECEIVED**<br>**FROM AN EMPLOYER WITHIN 60 DAYS OF**<br>**THE PETITION DATE**<br>[11 U.S.C. § 521(a)(1)(B)(iv)]</div><br><div align="center">[No hearing Required]</div> |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date** (Check only ONE box below):

   ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. (If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)

   ☑ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date:  **May 15, 2026**                        **Andrew Stupin**
                                               Printed name of Debtor 1                    Signature of Debtor 1

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                        Page 1                        **F 1002-1.EMP.INCOME.DEC**

<u>Declaration of Debtor 2 (Joint Debtor) (if applicable)</u>

2. ☑ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

**During the 60-day period before the Petition Date** (<u>Check only ONE box below</u>):

☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. (If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)

☑ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date:  **May 15, 2026**

**Julie Stupin**
Printed name of Debtor 2

Signature of Debtor 2

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                    Page 2                    **F 1002-1.EMP.INCOME.DEC**