Amir Gamliel, Bar No. 268121
AGamliel@perkinscoie.com
Dylan Houle, Bar No. 355684
DHoule@perkinscoie.com
PERKINS COIE LLP
1888 Century Park E., Suite 1700
Los Angeles, CA  90067-1721
Telephone:  310.788.9900
Facsimile:  310.788.3399

Attorneys for Court-Appointed Receiver, Chris
Neilson of Trigild IVL, LLC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>ANDREW STUPIN and<br>JULIE STUPIN,<br><br>                Debtors. | Case No.  8:26-BK-11202-SC<br><br>Chapter: 11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** |

PLEASE TAKE NOTICE that Chris Neilson of Trigild IVL, LLC ("*Trigild*"), solely in his capacity as Court-appointed Receiver for Cantor Group V, LLC, pursuant to the case captioned *Western Alliance Bank v. Cantor Group V, LLC, et al.*, Superior Court of California, County of Los Angeles, Case No. 25STCV24263, hereby appears  and under, *inter alia,* Bankruptcy Rules 2002, 9007, 9010 and Section 1109(b) of the Bankruptcy Code, 11 U.S.C. § 1109(b), requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon counsel for Trigild in the above-referenced case:

          Amir Gamliel, Bar No. 268121
          AGamliel@perkinscoie.com
          Dylan Houle, Bar No. 355684
          DHoule@perkinscoie.com
          PERKINS COIE LLP

187381718.1

1888 Century Park East, Suite 1700
Los Angeles, CA 90067
Telephone:  310.788.9900

PLEASE TAKE FURTHER NOTICE that under Section 1109(b) of the Bankruptcy Code, this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed, by mail, courier service, hand-delivery, telephone, facsimile transmission, telegraph, telex, or otherwise (1) that affects or seeks to affect in any way any rights or interests of any creditor or party in interest in this case, including Trigild, with respect to: (a) the debtor; (b) property of the estate, or proceeds thereof, in which the debtor may claim an interest; or (c) property or proceeds thereof in the possession, custody, or control of others that the debtor may seek to use; or (2) that requires or seeks to require any act, delivery of any property, payment, or other conduct by Trigild.

PLEASE TAKE FURTHER NOTICE that Trigild intends that neither this Entry of Appearance nor any later appearance, pleading, claim, or suit shall waive (1) Trigild's right to have final orders in non-core matters entered only after *de novo* review by a District Judge, (2) Trigild's right to trial by jury in any proceeding so triable in this case or any case, (3) Trigild's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which Trigild is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Trigild expressly reserves, and (5) Trigild's rights to dismiss or convert the within case.

DATED:  May 19, 2026                          **PERKINS COIE LLP**


By: /s/ Amir Gamliel
     Amir Gamliel, Bar No. 268121

*Attorneys for Court-Appointed Receiver,
Chris Neilson of Trigild IVL, LLC*

Notice of Appearance and Request for Special
Notice

187381718.1

## PROOF OF SERVICE OF DOCUMENT(S)

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 1888 Century Park East, Suite 1700, Los Angeles, California 90067.

A true and correct copy of the foregoing document(s) entitled (*specify*):

## NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On May 19, 2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

⊠        Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:  On May 19, 2026, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

⊠        Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 19, 2026 | Caroline Mallahi | /s/ Caroline Mallahi |
| Date | Printed Name | Signature |

-3-                    Notice of Appearance and Request for Special Notice

187381718.1

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Raymond H. Aver**   ray@averlaw.com, averlawfirm@gmail.com;ani@averlaw.com;katya@averlaw.com;jesus@averlaw.com
- **Jessica L Bagdanov**   jbagdanov@bg.law, ecf@bg.law
- **Michael E Bubman**   mbubman@mbn.law, aacosta@mbnlawyers.com
- **Greg P Campbell**   ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
- **Steven Casselberry**   Steve.Casselberry@procopio.com, jessica.perez@procopio.com;emily.marsh@procopio.com;calendaringbankruptcy@procopio.com;evangelina.myers@procopio.com;lauren.hill@procopio.com
- **David Coats**   dacoats@raslg.com
- **Michael G D'Alba**   mgd@lnbyg.com
- **Dora Duru**   dora.duru@bclplaw.com
- **Amir Gamliel**   agamliel@perkinscoie.com, cmallahi@perkinscoie.com;DocketLA@perkinscoie.com
- **Craig S Ganz**   ganzc@ballardspahr.com, BKTDocket_West@ballardspahr.com;phxlsateam@ballardspahr.com
- **David B Golubchik**   dbg@lnbyg.com, dbg@lnbyg.com
- **Adam M Greely**   agreely@fbfk.law, dstolar@vrslaw.net
- **Steven T Gubner**   sgubner@bg.law, ecf@bg.law
- **Sarah Rose Hasselberger**   shasselberger@marshackhays.com, shasselberger@ecf.courtdrive.com;cbastida@marshackhays.com;alinares@ecf.courtdrive.com
- **Golsa Honarfar**   ghonarfar@rutan.com, avaccaro@rutan.com;apineda@rutan.com
- **Aaron J Malo**   amalo@sheppardmullin.com, hudenka@sheppard.com;mlinker@sheppard.com
- **Sam Maralan**   sm@maralanlaw.com
- **Matthew J Marino**   mmarino@allenmatkins.com, csandoval@allenmatkins.com
- **Kenneth Misken**   Kenneth.M.Misken@usdoj.gov
- **John A Moe**   john.moe@dentons.com, kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com
- **Michael S Myers**   myersm@ballardspahr.com, BKTDocket_West@ballardspahr.com;phxlsateam@ballardspahr.com
- **Alan I Nahmias**   anahmias@mbn.law, jdale@mbn.law
- **Aram Ordubegian**   ordubegian.aram@arentfox.com
- **Carmela Pagay**   ctp@lnbyg.com
- **David M Poitras**   dpoitras@bg.law
- **Joseph M Rothberg**   jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com
- **Joshua L Scheer**   jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com
- **Zev Shechtman**   Zev.Shechtman@saul.com, Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.Bribiesca@saul.com

-4-   Notice of Appearance and Request for Special Notice

187381718.1

- **Robyn B Sokol**    robyn.sokol@stinson.com,
  lydia.moya@stinson.com;dennette.mulvaney@stinson.com;dbender@leechtishman.com;jnaiya.herd@stinson.com
- **Martin W Taylor**    martin.taylor@bclplaw.com
- **Jennifer R Tullius**    jtullius@tulliuslaw.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
- **Christopher A Ward**    cward@lowenstein.com, lsuprum@lowenstein.com
- **Sharon Z. Weiss**    sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com
- **David Wood**    dwood@marshackhays.com,
  dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com

**Via U.S. Mail**

Debtor:
Andrew and Julie Stupin
215 5th Street, Suite A
Huntington Beach, CA  92648

Andrea C. Chang
Dentons US LLP
601 S. Figueroa St Ste 2500
Los Angeles, CA 90017-5704

David J. Root
Bryan Cave Leighton Paisner LLP
1920 Main St Ste 1000
Irvine, CA 92614-7276

-5-                        Notice of Appearance and Request for Special
Notice

187381718.1