**PETER C. ANDERSON**
**United States Trustee**
Kenneth M. Misken (SBN 349167)
Assistant United States Trustee
Office of the United States Trustee
Ronald Reagan Federal Building
411 West Fourth Street, Suite 7160
Santa Ana, CA  92701-8000
Tel: (714) 338-3400
Kenneth.M.Misken@usdoj.gov

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>**ANDREW STUPIN** and **JULIE STUPIN,**<br><br><br>Debtor(s). | Case Number 8:26-bk-11202-SC<br><br>Chapter 11<br><br><br>**APPOINTMENT AND NOTICE OF APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS** |

Pursuant to 11 U.S.C. §1102(a), the undersigned hereby appoints the following nine (9) creditors to service on the Official Committee of Unsecured Creditors:[1]

1. Zion Bancorporation, N.A. dba California Bank & Trust
   Attn: Jeffrey Hill
   707 Wilshire Blvd., Suite 5700
   Los Angeles, CA 90017
   (310) 488-1487
   Jeffrey.hill@zionsbancorp.com

---

[1] The U.S. Trustee reserves the right to file an amended notice of appointment to add additional committee members, and if the U.S. Trustee determines to be appropriate, to form additional committees to ensure adequate representation of all unsecured creditors.

1

2. Preferred Bank
   Attn: Carol Lee
   601 S. Figueroa St., 48th Floor
   Los Angeles, CA 90017
   (213) 891-6867
   Carol.lee@preferredbank.com

3. Banc of California
   Attn: Brian Farrell – Legal Department
   3 MacArthur Place
   Santa Ana, CA 92707
   (949) 385-9505
   Brian.Farrell@bancofcal.com

4. Western Alliance Bank
   c/o Al Thuma
   One East Washington Street, Suite 1400
   Phoenix, AZ 85004
   athuma@westernalliancebank.com

5. Gerald J. Marcil (*individual*)

6. LBC3 Trust, a Delaware Statutory Trust
   Attn: Henry Bensen
   106 Chestnut Street E
   Stillwater, MN  55082
   (612) 584-7516
   Henry.bensen@stillwaterasset.com

7. Conejo Loan Investors, LLC
   Attn: Jack
   2625 Alcatraz Ave., 214
   Berkeley, CA 94705
   (914) 282-7233
   jack@sereneim.com

8. Kimm Paglia (*individual*)

9. Mark Genis (*individual*)

Dated: May 21, 2026

Respectfully submitted,
PETER C. ANDERSON
UNITED STATES TRUSTEE

By: /s/ *Kenneth M. Misken*
    Kenneth M. Misken
    Assistant U.S. Trustee

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
OFFICE OF THE UNITED STATES TRUSTEE, 411 West Fourth St., Suite 7160, Santa Ana, CA 92701

A true and correct copy of the foregoing **APPOINTMENT AND NOTICE OF APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **May 21 2026,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Raymond H. Aver**    ray@averlaw.com, averlawfirm@gmail.com;ani@averlaw.com;katya@averlaw.com;jesus@averlaw.com
- **Jessica L Bagdanov**    jbagdanov@bg.law, ecf@bg.law
- **Michael E Bubman**    mbubman@mbn.law, aacosta@mbnlawyers.com
- **Greg P Campbell**    ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
- **Steven Casselberry**    Steve.Casselberry@procopio.com, jessica.perez@procopio.com;emily.marsh@procopio.com;calendaringbankruptcy@procopio.com;evangelina.myers@procopio.com;lauren.hill@procopio.com
- **David Coats**    dacoats@raslg.com
- **Michael G D'Alba**    mgd@lnbyg.com
- **Dora Duru**    dora.duru@bclplaw.com
- **Amir Gamliel**    agamliel@perkinscoie.com, cmallahi@perkinscoie.com;DocketLA@perkinscoie.com
- **Craig S Ganz**    ganzc@ballardspahr.com, BKTDocket_West@ballardspahr.com;phxlsateam@ballardspahr.com
- **David B Golubchik**    dbg@lnbyg.com, dbg@lnbyg.com
- **Adam M Greely**    agreely@fbfk.law, dstolar@vrslaw.net
- **Steven T Gubner**    sgubner@bg.law, ecf@bg.law
- **Sarah Rose Hasselberger**    shasselberger@marshackhays.com, shasselberger@ecf.courtdrive.com;cbastida@marshackhays.com;alinares@ecf.courtdrive.com
- **Golsa Honarfar**    ghonarfar@rutan.com, avaccaro@rutan.com;apineda@rutan.com
- **Aaron J Malo**    amalo@sheppardmullin.com, hudenka@sheppard.com;mlinker@sheppard.com
- **Sam Maralan**    sm@maralanlaw.com
- **Matthew J Marino**    mmarino@allenmatkins.com, csandoval@allenmatkins.com
- **Kenneth Misken**    Kenneth.M.Misken@usdoj.gov
- **John A Moe**    john.moe@dentons.com, kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com
- **Michael S Myers**    myersm@ballardspahr.com, BKTDocket_West@ballardspahr.com;phxlsateam@ballardspahr.com
- **Alan I Nahmias**    anahmias@mbn.law, jdale@mbn.law
- **Aram Ordubegian**    ordubegian.aram@arentfox.com

**1**

- **Carmela Pagay**    ctp@lnbyg.com
- **David M Poitras**    dpoitras@bg.law
- **Joseph M Rothberg**    jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com
- **Joshua L Scheer**    jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com
- **Zev Shechtman**    Zev.Shechtman@saul.com,
  Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.Bribiesca@saul.com
- **Robyn B Sokol**    robyn.sokol@stinson.com,
  lydia.moya@stinson.com;dennette.mulvaney@stinson.com;dbender@leechtishman.com;jnaiya.herd@stinson.com
- **Martin W Taylor**    martin.taylor@bclplaw.com
- **Jennifer R Tullius**    jtullius@tulliuslaw.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
- **Christopher A Ward**    cward@lowenstein.com, lsuprum@lowenstein.com
- **Sharon Z. Weiss**    sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com
- **David Wood**    dwood@marshackhays.com,
  dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com

2.  **SERVED BY UNITED STATES MAIL**: On **May 21 2026,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Andrew Stupin and Julie Stupin
215 5th Street, Suite A
Huntington Beach, CA 92648

**COMMITTEE MEMBERS:**

Preferred Bank, Attn: Carol Lee, 601 S. Figueroa St., 48th Floor, Los Angeles, CA 90017

Banc of California, Attn: Brian Farrell – Legal Department, 3 MacArthur Place. Santa Ana, CA 92707

Western Alliance Bank, c/o Al Thuma, One East Washington Street, Suite 1400, Phoenix, AZ 85004

LBC3 Trust, a Delaware Statutory Trust, Attn: Henry Bensen, 106 Chestnut Street E, Stillwater, MN 55082

Conejo Loan Investors, LLC, Attn: Jack, 2625 Alcatraz Ave., 214, Berkeley, CA 94705

Zion Bancorporation, N.A. dba California Bank & Trust, Attn: Jeffrey Hill, 707 Wilshire Blvd., Suite 5700, Los Angeles, CA  90017

**2**

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **May 21 2026,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

HONORABLE SCOTT CLARKSON- BIN ON THE 5TH FL.

**COMMITTEE MEMBERS VIA EMAIL:**

Gerald J. Marci

Kimm Paglia

Mark Genis

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: 5/21/2026                              Tari King                    *s/s Tari King*

**3**