DAVID B. GOLUBCHIK (State Bar No. 185520)
CARMELA T. PAGAY (State Bar No. 195603)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone:  (310) 229-1234
Facsimile:   (310) 229-1244
Email: DBG@LNBYG.COM; CTP@LNBYG.COM

Proposed Attorneys for Chapter 11 Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>ANDREW STUPIN and JULIE STUPIN,<br><br>Debtors and Debtors in Possession. | Case No.: 8:26-bk-11202-SC<br><br>Chapter 11<br><br>**SUPPLEMENT TO DEBTORS' STATUS REPORT; DECLARATIONS OF ANDREW STUPIN AND JULIE STUPIN IN SUPPORT THEREOF**<br><br>Date:  June 3, 2026<br>Time:  1:30 p.m.<br>Place:  Courtroom 5C-Virtual<br>　　　　U.S. Bankruptcy Court<br>　　　　411 West Fourth Street<br>　　　　Santa Ana, CA 92701 |

1

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, ALL SECURED CREDITORS, CREDITORS REQUESTING SPECIAL NOTICE AND OTHER PARTIES IN INTEREST:**

Andrew Stupin and Julie Stupin, the debtor and debtor in possession in the above-referenced chapter 11 bankruptcy case, respectfully submits this supplement to their previously filed *Chapter 11 Status Report* [Doc 61] to provide the Court and all interested parties with a line item budget for the first 90 days of their bankruptcy case.  See Exhibit 1 hereto.

Dated: June 2, 2026                           LEVENE, NEALE, BENDER, YOO
                                                        & GOLUBCHIK L.L.P.

                                              By:    */s/ David B. Golubchik*
                                                        DAVID B. GOLUBCHIK
                                              Proposed Attorneys for Chapter 11 Debtors and
                                              Debtors in Possession

**DECLARATION OF ANDREW STUPIN**

I, Andrew Stupin, hereby declare as follows:

1. I have personal knowledge of the facts set forth below and, if called to testify, would and could competently testify thereto.

2. I am one of the chapter 11 debtors and debtors-in-possession in the above-captioned chapter 11 bankruptcy case.

3. I make this declaration in support of the supplement to status report (the "Status Report") to which it is attached.

4. I have read and reviewed all of the information provided in the Status Report, and the information provided in the Status Report is true, correct, and accurate.

I declare and verify under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed on June 2, 2026, at Newport Beach, California.

ANDREW STUPIN

3

## DECLARATION OF JULIE STUPIN

I, Julie Stupin, hereby declare as follows:

1.      I have personal knowledge of the facts set forth below and, if called to testify, would and could competently testify thereto.

2.      I am one of the chapter 11 debtors and debtors-in-possession in the above-captioned chapter 11 bankruptcy case.

3.      I make this declaration in support of the supplement to status report (the "Status Report") to which it is attached.

4.      I have read and reviewed all of the information provided in the Status Report, and the information provided in the Status Report is true, correct, and accurate.

I declare and verify under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed on June 2, 2026, at Newport Beach, California.


_____
JULIE STUPIN

4

# EXHIBIT "1"

**Andrew & Julie Stupin Cash Collateral Budget**

| Week #<br>Week Ending | 1<br>05/01/26<br>Budget | 2<br>05/08/26<br>Budget | 3<br>05/15/26<br>Budget | 4<br>05/22/26<br>Budget | 5<br>05/29/26<br>Budget | 6<br>06/05/26<br>Budget | 7<br>06/12/26<br>Budget | 8<br>06/19/26<br>Budget | 9<br>06/26/26<br>Budget | 10<br>07/03/26<br>Budget | 11<br>07/10/26<br>Budget | 12<br>07/17/26<br>Budget | 13<br>07/24/26<br>Budget | Cumulative<br>Budget |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cash Receipts** | | | | | | | | | | | | | | |
| Rental Property Income | $ - | $ 125,492 | $ - | $ - | $ - | $ 154,992 | $ - | $ - | $ - | $ - | $ 154,992 | $ - | $ - | $ 435,476 |
| Rental Property Income (Unencumbered) | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| LLC Distributions | - | 65,150 | - | - | - | 65,150 | - | - | - | - | 65,150 | - | - | 195,450 |
| Management Fees | - | 58,800 | - | - | - | 58,800 | - | - | - | - | 58,800 | - | - | 176,400 |
| Promissory Notes - Restaurants | - | 8,000 | - | - | - | 8,000 | - | - | - | - | 8,000 | - | - | 24,000 |
| Social Security | - | 3,369 | - | - | - | 3,369 | - | - | - | - | 3,369 | - | - | 10,107 |
| | - | 260,811 | - | - | - | 290,311 | - | - | - | - | 290,311 | - | - | 841,433 |
| **Disbursements** | | | | | | | | | | | | | | |
| Residential Mortgage - Principal | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Residential Mortgage - Interest | - | (19,688) | - | - | - | (19,688) | - | - | - | - | (19,688) | - | - | (59,063) |
| Residential Utilities and Expenses | - | (5,383) | - | - | - | (5,383) | - | - | - | - | (5,383) | - | - | (16,149) |
| Health Insurance & Related | - | (7,437) | - | - | - | (7,437) | - | - | - | - | (7,437) | - | - | (22,312) |
| Dependent Support | - | (12,160) | - | - | - | (12,160) | - | - | - | - | (12,160) | - | - | (36,480) |
| Groceries & Dining | - | (6,000) | - | - | - | (6,000) | - | - | - | - | (6,000) | - | - | (18,000) |
| Personal Care | - | (10,000) | - | - | - | (10,000) | - | - | - | - | (10,000) | - | - | (30,000) |
| Rental Mortgages - Principal | - | (26,126) | - | - | - | (26,126) | - | - | - | - | (26,126) | - | - | (78,379) |
| Rental Mortgages - Interest | - | (287,045) | - | - | - | (287,045) | - | - | - | - | (287,045) | - | - | (861,135) |
| Rental Property Operating Expenses | - | (24,201) | - | - | - | (24,201) | - | - | - | - | (24,201) | - | - | (72,603) |
| Rental Property Operating Expenses (Unencumbered) | - | (210) | - | - | - | (210) | - | - | - | - | (210) | - | - | (630) |
| Property Taxes | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Income taxes | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Insurance | - | (1,609) | - | - | - | (1,609) | - | - | - | - | (1,609) | - | - | (4,828) |
| Utilities | - | (1,789) | - | - | - | (1,789) | - | - | - | - | (1,789) | - | - | (5,367) |
| Utility Deposits | - | - | (3,578) | - | - | - | - | - | - | - | - | - | - | (3,578) |
| Other | - | (5,000) | - | - | - | (5,000) | - | - | - | - | (5,000) | - | - | (15,000) |
| | - | (406,649) | (3,578) | - | - | (406,649) | - | - | - | - | (406,649) | - | - | (1,223,525) |
| **Operating Cash Flow** | - | (145,838) | (3,578) | - | - | (116,338) | - | - | - | - | (116,338) | - | - | (382,092) |
| **Restructuring Costs** | | | | | | | | | | | | | | |
| LNBYG | - | - | - | - | - | - | (350,000) | - | - | - | (350,000) | - | - | (700,000) |
| Force 10 Advisors | - | - | - | - | - | - | (300,000) | - | - | - | (300,000) | - | - | (600,000) |
| UCC Counsel | - | - | - | - | - | - | - | - | - | - | (70,000) | - | - | (70,000) |
| UCC Financial Advisor | - | - | - | - | - | - | - | - | - | - | (66,000) | - | - | (66,000) |
| UST Fees | - | - | - | - | - | - | - | - | - | - | - | - | (13,202) | (13,202) |
| **Total Restructuring Costs** | - | - | - | - | - | - | (650,000) | - | - | - | (786,000) | - | (13,202) | (1,449,202) |
| **Net Cash Flow** | - | (145,838) | (3,578) | - | - | (116,338) | (650,000) | - | - | - | (902,338) | - | (13,202) | (1,831,293) |
| **Beginning Cash** | 4,045,284 | 4,045,284 | 3,899,446 | 3,895,868 | 3,895,868 | 3,895,868 | 3,779,530 | 3,129,530 | 3,129,530 | 3,129,530 | 3,129,530 | 2,227,192 | 2,227,192 | 4,045,284 |
| **Ending Cash** | 4,045,284 | 3,899,446 | 3,895,868 | 3,895,868 | 3,895,868 | 3,779,530 | 3,129,530 | 3,129,530 | 3,129,530 | 3,129,530 | 2,227,192 | 2,227,192 | 2,213,990 | 2,213,990 |

**Collateral Package Summary**

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | Cumulative |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Ending Cash** | 4,045,284 | 3,899,446 | 3,895,868 | 3,895,868 | 3,895,868 | 3,779,530 | 3,129,530 | 3,129,530 | 3,129,530 | 3,129,530 | 2,227,192 | 2,227,192 | 2,213,990 | 2,213,990 |
| **Estimated Real Estate Value** | 97,250,000 | 97,250,000 | 97,250,000 | 97,250,000 | 97,250,000 | 97,250,000 | 97,250,000 | 97,250,000 | 97,250,000 | 97,250,000 | 97,250,000 | 97,250,000 | 97,250,000 | 97,250,000 |
| **Total Estimated Collateral Value** | 101,295,284 | 101,149,446 | 101,145,868 | 101,145,868 | 101,145,868 | 101,029,530 | 100,379,530 | 100,379,530 | 100,379,530 | 100,379,530 | 99,477,192 | 99,477,192 | 99,463,990 | 99,463,990 |
| **Total Debt Balance** | 41,396,609 | 41,370,483 | 41,370,483 | 41,370,483 | 41,370,483 | 41,344,357 | 41,344,357 | 41,344,357 | 41,344,357 | 41,344,357 | 41,318,230 | 41,318,230 | 41,318,230 | 41,318,230 |
| **Estimated Collateral in Excess of Debt** | 59,898,674 | 59,778,963 | 59,775,385 | 59,775,385 | 59,775,385 | 59,685,173 | 59,035,173 | 59,035,173 | 59,035,173 | 59,035,173 | 58,158,962 | 58,158,962 | 58,145,760 | 58,145,760 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034.

A true and correct copy of the foregoing document entitled (*specify*): **SUPPLEMENT TO DEBTORS' STATUS REPORT; DECLARATIONS OF ANDREW STUPIN AND JULIE STUPIN IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **June 2, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Scott R Albrecht    salbrecht@gsaattorneys.com, jackie.nguyen@sgsattorneys.com
- Raymond H. Aver    ray@averlaw.com, averlawfirm@gmail.com;ani@averlaw.com;katya@averlaw.com;jesus@averlaw.com
- Jessica L Bagdanov    jbagdanov@bg.law, ecf@bg.law
- Michael E Bubman    mbubman@mbn.law, aacosta@mbnlawyers.com
- Greg P Campbell    ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
- Steven Casselberry    Steve.Casselberry@procopio.com, jessica.perez@procopio.com;emily.marsh@procopio.com;calendaringbankruptcy@procopio.com;evangelina.myers @procopio.com;lauren.hill@procopio.com
- David Coats    dacoats@raslg.com
- Michael G D'Alba    mgd@lnbyg.com
- Dora Duru    dora.duru@bclplaw.com, verlisa.lewis@bclplaw.com
- Amir Gamliel    agamliel@perkinscoie.com, cmallahi@perkinscoie.com;DocketLA@perkinscoie.com
- Craig S Ganz    ganzc@ballardspahr.com, BKTDocket_West@ballardspahr.com;phxlsateam@ballardspahr.com
- David B Golubchik    dbg@lnbyg.com, dbg@lnbyg.com
- Adam M Greely    agreely@fbfk.law, dstolar@vrslaw.net
- Steven T Gubner    sgubner@bg.law, ecf@bg.law
- Sarah Rose Hasselberger    shasselberger@marshackhays.com, shasselberger@ecf.courtdrive.com;cbastida@marshackhays.com;alinares@ecf.courtdrive.com
- Golsa Honarfar    ghonarfar@rutan.com, avaccaro@rutan.com;apineda@rutan.com
- Aaron J Malo    amalo@sheppardmullin.com, hudenka@sheppard.com;mlinker@sheppard.com
- Sam Maralan    sm@maralanlaw.com
- Matthew J Marino    mmarino@allenmatkins.com, csandoval@allenmatkins.com
- Kenneth Misken    Kenneth.M.Misken@usdoj.gov
- John A Moe    john.moe@dentons.com, kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com
- Michael S Myers    myersm@ballardspahr.com, BKTDocket_West@ballardspahr.com;phxlsateam@ballardspahr.com
- Alan I Nahmias    anahmias@mbn.law, jdale@mbn.law
- Aram Ordubegian    ordubegian.aram@arentfox.com
- Carmela Pagay    ctp@lnbyg.com
- David M Poitras    dpoitras@bg.law
- Joseph M Rothberg    jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com
- Joshua L Scheer    jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com
- Daren M Schlecter    daren@schlecterlaw.com, assistant@schlecterlaw.com
- Zev Shechtman    Zev.Shechtman@saul.com, Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.Bribiesca@saul.com
- Robyn B Sokol    robyn.sokol@stinson.com, lydia.moya@stinson.com;dennette.mulvaney@stinson.com;dbender@leechtishman.com;jnaiya.herd@stinson.com
- Martin W Taylor    martin.taylor@bclplaw.com, shawn.williams@bclplaw.com
- Jennifer R Tullius    jtullius@tulliuslaw.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                              **F 9013-3.1.PROOF.SERVICE**

- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Christopher A Ward    cward@lowenstein.com, lsuprum@lowenstein.com
- Sharon Z. Weiss    sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com
- David Wood    dwood@marshackhays.com, dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com

**2. SERVED BY UNITED STATES MAIL**: On (*date*) **June 2, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **June 2, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**VIA PERSONAL DELIVERY**
Honorable Scott C. Clarkson
United States Bankruptcy Court
411 West Fourth Street, Suite 5130 / Courtroom 5C
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 2, 2026 | D. Woo | /s/ D. Woo |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                 **F 9013-3.1.PROOF.SERVICE**

Andrew & Julie Stupin - #11155 – Top20 & Secured

Clearedge Lending
20 Enterprise, Suite 300
Aliso Viejo, CA 92656

Comerica Bank
1717 Main Street
Dallas, TX 75201

County of Orange
P.O. Box 1438
Santa Ana, CA 92702-1438

First Bank
Attn: Payment Processing
PO Box 790269
Saint Louis, MO 63179

First Bank
Attn: Payment Processing
PO Box 790269
Saint Louis, MO 63179

First Bank
Attn: Payment Processing
PO Box 790269
Saint Louis, MO 63179

First Choice Bank
17785 Center Court Drive, Suite 750
Cerritos, CA 90703

Rocket Mortgage
PO Box 6577
Carol Stream, IL 60197-6577

Secured Income Fund-II c/o
PLM Lender Services, Inc
5446 Thornwood Drive,2nd Floor
San Jose, CA 95123

The Evergeen Advantage
1424 4th Street, Suite 777
Santa Monica, CA 90401

VL Ventures LLC
1303 Avocado Av, Suite 200
Newport Beach, CA 92660

Abraham & Linda Rayhaun
6455 Marigayle Cir.
Huntington Beach, CA 92684

Dan Genis
2661 Tallant Rd. #MN708
Santa Barbara, CA 93105

Daniel Mayhew
8941 Atlanta Ave. #351
Huntington Beach, CA 92646

David Schiff
100 Ocean Ave. Unit C300
Santa Monica, CA 90402

Denise Simon
2222 Avenue of the Stars, #1902
Los Angeles, CA 90067

Fletcher Jones Motor Cars, Inc.
3300 Jamboree Rd
Newport Beach, CA 92660

Gibson Family Trust
12 Whalers Bluff
Newport Coast, CA 92657

Global Medical Systems
10391 E. Rosemary Lane
Scottsdale, AZ 08255

Jane Torpipat & Don Torpipiat
11310 Carob Cir.
Fountain Valley, CA 92708

Jim & Cheryl Markham c/o
Sonja Rapparport
23 Vista Del Valle
Aliso Viejo, CA 92656

Julie Kaplan
47 Paloma #B
Venice, CA 90291

Karen Kaplan  Revocable Trust
1509 Elton Lane
Austin, TX 78703

Larry Barker
105 Golden Glen Way
Fayetteville, GA 30214

Mel Remba
2446 Apollo Drive
Los Angeles, CA 90046

Michael Kaplan
PO Box 277
Surfside, CA 90743

Andrew & Julie Stupin - #11155 – Top20 & Secured

PLM Lender Services, Inc.
5446 Thornwood Drive, 2nd Floor
San Jose, CA 95123

Robert & Mai Linh Purdy
1718 Port Charles Place
Huntington Beach, CA 96248

Rocket Mortgage
PO Box 6577
Carol Stream, IL 60197-6577

Select Portfolio Servicing
PO Box 65250
Salt Lake City, UT 84165

The Process Server
960 N Tustin Street #304
Orange, CA 92687