| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| David B. Golubchik CA 185520<br>2818 La Cienega Ave.<br>Los Angeles, CA 90034<br>DBG@LNBYG.COM<br>(310) 229-1234 | |

☐ Individual appearing without attorney
☑ *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA

| In re:<br><br>Andrew Stupin<br>Julie Stupin | CASE NO.:**8:26-bk-11202-SC**<br><br>CHAPTER: **11** |
|---|---|
| | **SUMMARY OF AMENDED SCHEDULES,<br>MASTER MAILING LIST,<br>AND/OR STATEMENTS**<br>[LBR 1007-1(c)] |
| Debtor(s). | |

A filing fee is required to amend Schedules D, or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is also required as an attachment if creditors are being added to the Schedule D or E/F.
Are one or more creditors being added? ☑ Yes ☐ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☑ Schedule A/B      ☑ Schedule C      ☑ Schedule D      ☑ Schedule E/F      ☑ Schedule G
☐ Schedule H        ☐ Schedule I      ☐ Schedule J       ☐ Schedule J-2        ☑ Statement of Financial Affairs
☐ Statement About Your Social Security Number(s)          ☐ Statement of intentions   ☐ Master Mailing List
☐ Other *(specify)* _____

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date:  **June  2, 2026** _____

_____
**Andrew Stupin**
Debtor 1 Signature

_____
**Julie Stupin**
Debtor 2 (Joint Debtor) Signature (if applicable)

***NOTE*:**    It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California

*December  2015*                         Page 1                         F 1007-1.1.AMENDED.SUMMARY

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Andrew Stupin** |
| | First Name / Middle Name / Last Name |
| Debtor 2 | **Julie Stupin** |
| (Spouse, if filing) | First Name / Middle Name / Last Name |

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA

Case number    **8:26-bk-11202-SC**

■ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property

**12/15**

In each category, separately list and describe items. List an asset only once.  If an asset fits in more than one category, list the asset in the category where you think it fits best.  Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes.  Where is the property?

1.1

**11 Offshore**
Street address, if available, or other description

**Newport Coast**   **CA**   **92657-0000**
City      State      ZIP Code

**Orange**
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?**    **$27,000,000.00**

**Current value of the portion you own?**    **$27,000,000.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Held through Trust**

■ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number:

**Fee simple (Held in Trust)**

| Debtor 1 | **Andrew Stupin** | | |
|---|---|---|---|
| Debtor 2 | **Julie Stupin** | Case number *(if known)* | **8:26-bk-11202-SC** |

**If you own or have more than one, list here:**

1.2

**211 5th St**

Street address, if available, or other description

**Huntington Beach  CA    92648-0000**

City                    State        ZIP Code

**Orange**

County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☒ Other   **Triplex**

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☒ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| **Current value of the entire property?** | **Current value of the portion you own?** |
|---|---|
| **$1,500,000.00** | **$1,500,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Joint tenant**

- ☒ **Check if this is community property** (see instructions)

---

**If you own or have more than one, list here:**

1.3

**213 5th St**

Street address, if available, or other description

**Huntington Beach  CA    92648-0000**

City                    State        ZIP Code

**Orange**

County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☒ Other   **Retail + Units**

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☒ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

**Fee simple (Held in Trust)**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| **Current value of the entire property?** | **Current value of the portion you own?** |
|---|---|
| **$2,000,000.00** | **$2,000,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Held through Trust**

- ☒ **Check if this is community property** (see instructions)

---

| Debtor 1 | **Andrew Stupin** | | |
|---|---|---|---|
| Debtor 2 | **Julie Stupin** | Case number *(if known)* | **8:26-bk-11202-SC** |

**If you own or have more than one, list here:**

**1.4**

**215 5th St**

Street address, if available, or other description

**Huntington Beach**  **CA**  **92648-0000**

City   State   ZIP Code

**Orange**

County

**What is the property?** Check all that apply

☐ Single-family home

☐ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

☐ Land

☐ Investment property

☐ Timeshare

■ Other   **5Plex**

**Who has an interest in the property?** Check one

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

**Fee simple (Held in Trust)**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?**   **Current value of the portion you own?**

**$4,000,000.00**   **$4,000,000.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Held through Trust**

■ **Check if this is community property**
(see instructions)

---

**If you own or have more than one, list here:**

**1.5**

**309 5th St**

Street address, if available, or other description

**Huntington Beach**  **CA**  **92648-0000**

City   State   ZIP Code

**Orange**

County

**What is the property?** Check all that apply

☐ Single-family home

☐ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

☐ Land

☐ Investment property

☐ Timeshare

■ Other   **4Plex**

**Who has an interest in the property?** Check one

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

**Fee simple (Held in Trust)**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?**   **Current value of the portion you own?**

**$4,000,000.00**   **$4,000,000.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Held through Trust**

■ **Check if this is community property**
(see instructions)

---

Debtor 1    **Andrew Stupin**

Debtor 2    **Julie Stupin**                                                           Case number *(if known)*    **8:26-bk-11202-SC**

---

**If you own or have more than one, list here:**

1.6

**311 5th St**

Street address, if available, or other description

**Huntington Beach**  **CA**   **92648-0000**

City                State        ZIP Code

**Orange**

County

**What is the property?** Check all that apply

☐ Single-family home

☐ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

☐ Land

☐ Investment property

☐ Timeshare

■ Other    **Retail**

**Who has an interest in the property?** Check one

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

**Fee simple (Held in Trust)**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$1,500,000.00** | **$1,500,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Held through Trust**

■ **Check if this is community property** (see instructions)

---

**If you own or have more than one, list here:**

1.7

**818 Palm Ave**

Street address, if available, or other description

**Huntington Beach**  **CA**   **92648-0000**

City                State        ZIP Code

**Orange**

County

**What is the property?** Check all that apply

☐ Single-family home

☐ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

☐ Land

☐ Investment property

☐ Timeshare

■ Other    **Multifamily Property**

**Who has an interest in the property?** Check one

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

**Fee simple (Held in Trust)**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$6,000,000.00** | **$6,000,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Held through Trust**

■ **Check if this is community property** (see instructions)

---

Official Form 106A/B                    Schedule A/B: Property                    page 4

| Debtor 1 | **Andrew Stupin** | | |
|---|---|---|---|
| Debtor 2 | **Julie Stupin** | Case number *(if known)* | **8:26-bk-11202-SC** |

**If you own or have more than one, list here:**

1.8

**8566 Colusa Cir**
Street address, if available, or other description

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
■ Condominium or cooperative

☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Huntington Beach   CA   92646-0000**
City            State        ZIP Code

**Current value of the entire property?** $950,000.00

**Current value of the portion you own?** $950,000.00

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Held through Trust**

**Orange**
County

■ **Check if this is community property**
(see instructions)

**Other information you wish to add about this item, such as local property identification number:**

**Fee simple (Held in Trust)**

---

**If you own or have more than one, list here:**

1.9

**209 5th St**
Street address, if available, or other description

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative

☐ Manufactured or mobile home
■ Land
☐ Investment property
☐ Timeshare
☐ Other _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Huntington Beach   CA   92648-0000**
City            State        ZIP Code

**Current value of the entire property?** $1,500,000.00

**Current value of the portion you own?** $1,500,000.00

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Held through Trust**

**Orange**
County

■ **Check if this is community property**
(see instructions)

**Other information you wish to add about this item, such as local property identification number:**

**Fee simple (Held in Trust)**

---

Official Form 106A/B    Schedule A/B: Property    page 5

| Debtor 1 | **Andrew Stupin** | | |
|---|---|---|---|
| Debtor 2 | **Julie Stupin** | Case number *(if known)* | **8:26-bk-11202-SC** |

**If you own or have more than one, list here:**

1.10

**319 5th St**
Street address, if available, or other description

**Huntington Beach**  **CA**    **92648-0000**
City          State    ZIP Code

**Orange**
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative

☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

**Fee simple (Held in Trust)**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| **Current value of the entire property?** | **Current value of the portion you own?** |
|---|---|
| **$1,500,000.00** | **$1,500,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
**Held through Trust**

■ **Check if this is community property**
(see instructions)

---

**If you own or have more than one, list here:**

1.11

**323 5th St**
Street address, if available, or other description

**Huntington Beach**  **CA**    **92648-0000**
City          State    ZIP Code

**Orange**
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative

☐ Manufactured or mobile home
■ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

**Fee simple (Held in Trust)**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| **Current value of the entire property?** | **Current value of the portion you own?** |
|---|---|
| **$1,500,000.00** | **$1,500,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
**Held through Trust**

■ **Check if this is community property**
(see instructions)

| Debtor 1 | **Andrew Stupin** | | |
|---|---|---|---|
| Debtor 2 | **Julie Stupin** | Case number *(if known)* | **8:26-bk-11202-SC** |

**If you own or have more than one, list here:**

**1.12**

**325 5th St**
Street address, if available, or other description

**Huntington Beach**  **CA**  **92648-0000**
City  State  ZIP Code

**Orange**
County

**What is the property?** Check all that apply

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

**Fee simple (Held in Trust)**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?**
**$2,000,000.00**

**Current value of the portion you own?**
**$2,000,000.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
**Held through Trust**

☑ **Check if this is community property**
(see instructions)

---

**If you own or have more than one, list here:**

**1.13**

**315 & 317 5th St**
Street address, if available, or other description

**Huntington Beach**  **CA**  **92648-0000**
City  State  ZIP Code

**Orange**
County

**What is the property?** Check all that apply

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

**Fee simple (Held in Trust)**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?**
**$4,000,000.00**

**Current value of the portion you own?**
**$4,000,000.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
**Held through Trust**

☑ **Check if this is community property**
(see instructions)

| Debtor 1 | **Andrew Stupin** | | |
|---|---|---|---|
| Debtor 2 | **Julie Stupin** | Case number *(if known)* | **8:26-bk-11202-SC** |

**If you own or have more than one, list here:**

1.14

**305 5th St**

Street address, if available, or other description

**Huntington Beach  CA    92648-0000**

City              State      ZIP Code

**Orange**

County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☒ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☒ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

**Fee simple (Held in Trust)**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?**
$2,000,000.00

**Current value of the portion you own?**
$2,000,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Held through Trust**

☒ **Check if this is community property**
(see instructions)

---

**If you own or have more than one, list here:**

1.15

**301-303 5th St**

Street address, if available, or other description

**Huntington Beach  CA    92648-0000**

City              State      ZIP Code

**Orange**

County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☒ Other      **Retail**

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☒ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

**Fee simple (Held in Trust)**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?**
$3,500,000.00

**Current value of the portion you own?**
$3,500,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Held through Trust**

☒ **Check if this is community property**
(see instructions)

| Debtor 1 | **Andrew Stupin** | | |
|---|---|---|---|
| Debtor 2 | **Julie Stupin** | Case number *(if known)* | **8:26-bk-11202-SC** |

**If you own or have more than one, list here:**

**1.16**

**3322 & 3324 Via Lido**
Street address, if available, or other description

| **Newport Beach** | **CA** | **92663-0000** |
|---|---|---|
| City | State | ZIP Code |

**Orange**
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
■ Other   **2 Single Family Residences/Condos**

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

**Fee simple (Held in Trust)**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| **Current value of the entire property?** | **Current value of the portion you own?** |
|---|---|
| **$16,000,000.00** | **$16,000,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Held through Trust**

■ **Check if this is community property**
(see instructions)

---

**If you own or have more than one, list here:**

**1.17**

**17 Colonial Dr**
Street address, if available, or other description

| **Newport Beach** | **CA** | **92660-0000** |
|---|---|---|
| City | State | ZIP Code |

**Orange**
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

**Fee simple (Held in Trust)**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| **Current value of the entire property?** | **Current value of the portion you own?** |
|---|---|
| **$5,500,000.00** | **$5,500,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Held through Trust**

■ **Check if this is community property**
(see instructions)

---

| Debtor 1 | **Andrew Stupin** | | |
|---|---|---|---|
| Debtor 2 | **Julie Stupin** | Case number *(if known)* | **8:26-bk-11202-SC** |

**If you own or have more than one, list here:**

1.18

**217 - 227 5th St**
Street address, if available, or other description

**Huntington Beach   CA   92648-0000**
City           State       ZIP Code

**Orange**
County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☑ Other     **Retail**

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

**Fee simple (Held in Trust)**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$9,000,000.00** | **$9,000,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Held through Trust**

☑ **Check if this is community property**
(see instructions)

---

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here...........................................................................=>**     **$93,450,000.00**

---

## Part 2: Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

3.1  Make:     **Mercedes-Benz**
Model:    **G550W4**
Year:     **2025**
Approximate mileage:     **21,009**
Other information:

**Location: 11 Offshore, Newport Coast, CA
Lease Agreement
VIN: W1NWH1AB2SX015563**

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **Unknown** | **Unknown** |

3.2  Make:     **Mercedes-Benz**
Model:    **G550W4**
Year:     **2024**
Approximate mileage:     **48,952**
Other information:

**Location: 215 5th Street, Suite A, Huntington Beach CA 92648
Lease Agreement
VIN: W1NYC6BJ9RX508094**

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **Unknown** | **Unknown** |

---

Debtor 1   **Andrew Stupin**

Debtor 2   **Julie Stupin**                                                    Case number *(if known)*   **8:26-bk-11202-SC**

---

3.3   Make:   **Mercedes-Benz**

Model:   **EQE350V**

Year:   **2024**

Approximate mileage:   **7,000**

Other information:

| **Location: 11 Offshore, Newport Coast, CA** |
|---|
| **Lease Agreement** |
| **VIN: W1KEG2BB4RF054851** |

**Who has an interest in the property?** Check one

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| **Current value of the entire property?** | **Current value of the portion you own?** |
|---|---|
| **Unknown** | **Unknown** |

---

3.4   Make:   **Land Rover**

Model:   **Range Rover**

Year:   **2024**

Approximate mileage:   **47,323**

Other information:

| **Location: 11 Offshore, Newport Coast, CA** |
|---|
| **Lease Agreement** |
| **VIN: SALK1BE99RA093285** |

**Who has an interest in the property?** Check one

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| **Current value of the entire property?** | **Current value of the portion you own?** |
|---|---|
| **Unknown** | **Unknown** |

---

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☐ No

■ Yes

---

4.1   Make:   **Duffield**

Model:   **22**

Year:   **2016**

Other information:

| **Location: 215 5th Street, Suite A, Huntington Beach CA 92648** |
|---|
| **ID No.: DFF50017L516** |

**Who has an interest in the property?** Check one

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| **Current value of the entire property?** | **Current value of the portion you own?** |
|---|---|
| **$29,240.00** | **$29,240.00** |

---

5   **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here...........................................................................=>**

| **$29,240.00** |
|---|

---

| **Part 3:** | **Describe Your Personal and Household Items** |
|---|---|

**Do you own or have any legal or equitable interest in any of the following items?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No

■ Yes. Describe.....

| **Sofa, tables, chairs, rugs, lamps, and accessories.** | **$200,000.00** |
|---|---|

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No

■ Yes. Describe.....

| Debtor 1 | **Andrew Stupin** | | |
|---|---|---|---|
| Debtor 2 | **Julie Stupin** | Case number *(if known)* | **8:26-bk-11202-SC** |

| | |
|---|---|
| **TV and audio equipment.** | **$50,000.00** |

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☐ No
   ■ Yes. Describe.....

| | |
|---|---|
| **sports memorabilia, collectibles and pottery** | **$30,000.00** |

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☐ No
   ■ Yes. Describe.....

| | |
|---|---|
| **Kayaks, guitar, and piano.** | **$10,000.00** |

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes. Describe.....

| | |
|---|---|
| **Clothes, furs, leather, shoes, and accessories.** | **$100,000.00** |

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ■ Yes. Describe.....

| | |
|---|---|
| **Wedding ring, watches, and custom jewelry.** | **$200,000.00** |

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☐ No
    ■ Yes. Describe.....

| | |
|---|---|
| **Dog - golden retriever** | **$3,000.00** |

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ☐ No
    ■ Yes. Give specific information.....

| | |
|---|---|
| **Christmas decor** | **$5,000.00** |

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ........................................................................... | **$598,000.00** |

| Debtor 1 | **Andrew Stupin** | | |
|---|---|---|---|
| Debtor 2 | **Julie Stupin** | Case number *(if known)* | **8:26-bk-11202-SC** |

| Part 4: | Describe Your Financial Assets |
|---|---|

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**16. Cash**

   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No

■ Yes.................................................................................................................

|  |  |
|---|---|
| **Cash** | **$2,500.00** |

**17. Deposits of money**

   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

■ Yes.......................

Institution name:

| | | Institution name: | Value |
|---|---|---|---|
| 17.1. | **Commercial Checking ( Acct Ending [7311] )** | **First Bank** -$371.50 | **$0.00** |
| 17.2. | **Commercial Checking ( Acct Ending [1116] )** | **First Bank** | **$20,276.34** |
| 17.3. | **Commercial Checking ( Acct Ending [8689] )** | **First Bank** -$1,477.33 | **$0.00** |
| 17.4. | **First Premier Checking ( Acct Ending [5908] )** | **First Bank** | **$1,049.75** |
| 17.5. | **First Premier Checking ( Acct Ending [9045] )** | **First Bank** | **$0.00** |
| 17.6. | **First Premier Checking ( Acct Ending 3434] )** | **First Bank** | **$2,159.00** |
| 17.7. | **Performance MMDA ( Acct Ending [2408] )** | **First Bank** | **$0.00** |
| 17.8. | **Checking ( Acct Ending [3338] )** | **First Bank** | **$0.00** |
| 17.9. | **Value Interest Checking ( Acct Ending [7397] )** | **Banc of California** | **$11.27** |
| 17.10. | **Personal Checking ( Acct Ending [5927] )** | **Nano Banc** | **$105.00** |
| 17.11. | **Premium Money Market ( Acct Ending [1217] )** | **Nano Banc** | **$14,192.52** |

| Debtor 1 | Andrew Stupin | | | |
|---|---|---|---|---|
| Debtor 2 | Julie Stupin | | Case number *(if known)* | 8:26-bk-11202-SC |

| | | | |
|---|---|---|---|
| 17.12. | Comercia Access Checking ( Acct Ending [1396] ) | Comercia | $610.00 |
| 17.13. | Personal Checking ( Acct Ending [0726] ) | Commercial Bank of California | $1,798.40 |
| 17.14. | Standard Business Checking ( Acct Ending [8910] ) | US Metro Bank | $861.90 |
| 17.15. | Pinnacle Checking ( Acct Ending [9917] ) | Columbia Bank | $0.02 |
| 17.16. | Private Bank Money Market ( Acct Ending [5967] ) | Columbia Bank | $0.06 |
| 17.17. | Savings / Money Market ( Acct Ending [7462] ) | Wells Fargo | $343.25 |
| 17.18. | Interest Checking ( Acct Ending [6850] ) | Mechanics Bank | $3,846.20 |
| 17.19. | Promotional Plus Money Market ( Acct Ending [2932] ) | Mechanics Bank | $1,878.89 |

18. **Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
   ☐ No
   ■ Yes.................

| Institution or issuer name: | |
|---|---|
| Comerica Bank Loop Industries, Inc., Strategy Inc, and ETF Opportunities Trust Long Type of Investment: 150,118 Shares | $326,466.14 |
| Optiharvest, Inc. Type of Investment: 1,017,906 shares | $1,781,335.00 |

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
   ☐ No
   ■ Yes. Give specific information about them...................

| Name of entity: | % of ownership: | | |
|---|---|---|---|
| 504 Main Street Group LLC | 100% | % | Unknown |
| Cedar Group LLC | 97.98 | % | Unknown |
| Stanton Group LLC | 97% | % | Unknown |

| Debtor 1 | **Andrew Stupin** | | | |
|---|---|---|---|---|
| Debtor 2 | **Julie Stupin** | | Case number *(if known)* | **8:26-bk-11202-SC** |

| | | | |
|---|---|---|---|
| **Stanton Group Three LLC** | **97%** | % | **Unknown** |
| **Twin Towers Group LLC** | **99** | % | **Unknown** |
| **Pioneer Group LLC** | **100** | % | **Unknown** |
| **Rosecrans Group LLC** | **100** | % | **Unknown** |
| **Via Lido Group II LLC** | **100%** | % | **Unknown** |
| **Broadway Group LLC** | **32.73** | % | **Unknown** |
| **Lawndale Group LLC** | **100%** | % | **Unknown** |
| **Century Group LLC** | **17.26** | % | **Unknown** |
| **Oak Center Group LLC** | **16** | % | **Unknown** |
| **Sky Mobile LLC** | **75** | % | **Unknown** |
| **Whitaur Group LLC** | **28** | % | **Unknown** |
| **Raymond Group LLC** | **29** | % | **Unknown** |
| **Moreno Bowling Group LLC** | **13** | % | **Unknown** |
| **Alessandro Group LLC** | **3.00** | % | **Unknown** |
| **Plaza Continental Group LLC** | **9** | % | **Unknown** |
| **Mission San Diego Group LLC** | **100** | % | **Unknown** |
| **Evariste Group LLC** | **25.69** | % | **Unknown** |
| **Cantor Group LLC** | **6.** | % | **Unknown** |
| **Cantor Group II LLC** | **15** | % | **Unknown** |
| **Hilbert Group LLC** | **38** | % | **Unknown** |
| **Chino Central Group LLC** | **13.48** | % | **Unknown** |

Official Form 106A/B                    Schedule A/B: Property                    page 15

| Debtor 1 | **Andrew Stupin** | | | |
|---|---|---|---|---|
| Debtor 2 | **Julie Stupin** | | Case number *(if known)* | **8:26-bk-11202-SC** |

| | | | |
|---|---|---|---|
| **Galois Group LLC** | 4 | % | Unknown |
| **Conejo Riverside Group LLC** | 10% | % | Unknown |
| **Rancho Colton Group LLC** | 18 | % | Unknown |
| **Tarski Group LLC** | 13 | % | Unknown |
| **Riverside Macon Group LLC** | 12 | % | Unknown |
| **184 E 64th LLC** | 10% | % | Unknown |
| **227 E 67th LLC** | 10% | % | Unknown |
| **Skolem Group LLC** | 22% | % | Unknown |
| **Grothendieck Group LLC** | 14.29 | % | Unknown |
| **Poincare Group LLC** | 10% | % | Unknown |
| **Ramanujan Investor Group LLC** | 18% | % | Unknown |
| **Henkin Investor Group LLC** | 7.81 | % | Unknown |
| **Kolmogorov Group LLC** | 25 | % | Unknown |
| **Sky Lounge Group LLC** | 35% | % | Unknown |
| **Monte Carlo La Jolla Group LLC** | 35% | % | Unknown |
| **Shell Beach LLC** | 100% | % | Unknown |
| **Shell Beach II LLC** | 100% | % | Unknown |
| **River Jetty CDM LLC** | 14 | % | Unknown |
| **Los Arcos Newport LLC** | 6 | % | Unknown |
| **River Jetty Crystal Cove LLC** | 32 | % | Unknown |
| **River Jetty Second & PCH LLC** | 50% | % | Unknown |

| Debtor 1 | Andrew Stupin | | | |
|---|---|---|---|---|
| Debtor 2 | Julie Stupin | | Case number *(if known)* | **8:26-bk-11202-SC** |

| | | | |
|---|---|---|---|
| **River Jetty Sunset LLC** | 43 | % | Unknown |
| **Nano Financial Holdings, Inc** | Unknown | % | Unknown |
| **Loop Industries, Inc** | Unknown | % | Unknown |
| **Nekter Juice Bar, Inc.** | Unknown | % | Unknown |
| **Optiharvest, Inc.** | Unknown | % | Unknown |
| **Cantor Group IV LLC** | 26.18 | % | Unknown |
| **Coastline Designs LLC** | 100% | % | Unknown |
| **Cantor Group V, LLC** | 26 | % | Unknown |
| **Casa Via Lido LLC** | 100% | % | Unknown |
| **Club Trilly LLC** | 100% | % | Unknown |
| **Coastline Loans LLC** | 100% | % | Unknown |
| **Coastline Real Estate Investments** | 100% | % | Unknown |
| **Coastline Santa Monica Inv. LLC** | Unknown | % | Unknown |
| **Continuum Opportunities LP** | 10% | % | Unknown |
| **Continuum Real Estate Opportunities** | 10% | % | Unknown |
| **Continuum Analytics LLC** | Unknown | % | Unknown |
| **Evariste Group Manager LLC** | 25.69 | % | Unknown |
| **Forcing Rosser Manager LLC** | Unknown | % | Unknown |
| **Harbor Island Group LLC** | 3.33 | % | Unknown |
| **JKO Group LLC** | 10 | % | Unknown |
| **Macon Group LLC** | 49 | % | Unknown |

Official Form 106A/B                    Schedule A/B: Property                    page 17

| Debtor 1 | **Andrew Stupin** | | | | |
|---|---|---|---|---|---|
| Debtor 2 | **Julie Stupin** | | Case number *(if known)* | **8:26-bk-11202-SC** | |

| | | | | |
|---|---|---|---|---|
| **MOM AS Investor Group LLC** | Unknown | % | | Unknown |
| **Monterey Sands Group LLC** | | % | | Unknown |
| **Monterey Sands Investor Group** | 100 | % | | Unknown |
| **NWPT CO LLC** | 100% | % | | Unknown |
| **Sifat LLC** | Unknown | % | | Unknown |
| **Tenet SAC LLC** | 5 | % | | Unknown |
| **Trillion Boys LLC** | 100% | % | | Unknown |
| **Vineyard Village Group LLC** | 33 | % | | Unknown |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

    ■ No
    ☐ Yes. Give specific information about them
    
    Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

    ■ No
    ☐ Yes. List each account separately.
    
    Type of account:          Institution name:

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

    ■ No
    ☐ Yes. ....................     Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

    ■ No
    ☐ Yes............     Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

    ■ No
    ☐ Yes............     Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ☐ No
    ■ Yes.  Give specific information about them...

| Debtor 1 | **Andrew Stupin** | | |
|---|---|---|---|
| Debtor 2 | **Julie Stupin** | Case number *(if known)* | **8:26-bk-11202-SC** |

| | |
|---|---|
| **The Stupin Family Trust dated April 3, 2009 (and amendments)**<br>**Trustors, Co-Trustees, and Beneficiaries (Equitable Interest)**<br>**Trustors, Co-Trustees, and Beneficiaries (Equitable Interest)**<br>**Revocable Living Trust**<br>**Trust holds real estate, LLCs, bank accounts, and investments**<br>**itemized separately on Schedule A/B.** | **$0.00** |

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    - ☑ No
    - ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    - ☑ No
    - ☐ Yes.  Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?**<br>Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
    - ☑ No
    - ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    - ☑ No
    - ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else
    - ☐ No
    - ☑ Yes.  Give specific information..

| | |
|---|---|
| **Social Security Administration**<br>**Social Security Benefits**<br>**($3,389 per month)** | **$3,389.00** |

| | |
|---|---|
| **River Jetty PCH, River Jetty Crystal Cove, River Jetty Sunset, and River Jetty Restaurant Group (collectively "River Jetty") - March 2026 acknowledgment/repayment agreement for River Jetty promissory notes; approx. $1.4MM remaining PCH note balance; additional $500K principal payment due around Sept. 2026, with ongoing monthly interest payments; related Crystal Cove and Sunset balances reflected as paid/reduced to $0.** | **$1,400,000.00** |

| | |
|---|---|
| **Optiharvest, Inc. - Promissory note dated Oct. 4, 2023; 15% interest; maturity tied to IPO/event trigger or 12 months from funding.** | **$150,000.00** |

| | | |
|---|---|---|
| Official Form 106A/B | Schedule A/B: Property | page 19 |

| Debtor 1 | **Andrew Stupin** | | |
|---|---|---|---|
| Debtor 2 | **Julie Stupin** | Case number *(if known)* | **8:26-bk-11202-SC** |

| | |
|---|---|
| **Optiharvest, Inc. - Convertible promissory note dated Jan. 5, 2023; 10% interest; initial maturity 12 months from note date, with possible 6-month extension.** | **$100,000.00** |

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

    ■ No

    ☐ Yes. Name the insurance company of each policy and list its value.

    | Company name: | Beneficiary: | Surrender or refund value: |
    |---|---|---|

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

    ■ No

    ☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

    ■ No

    ☐ Yes.  Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

    ☐ No

    ■ Yes.  Describe each claim.........

    | | |
    |---|---|
    | **Professional negligence claims against former counsel, including, without limitation, Allen Matkin and Dhillon Law Group.** | **Unknown** |

    | | |
    |---|---|
    | **Claims against third parties, including, without limitation, Cantor Group I, Cantor Group II, Cantor Group III, Cantor Group IV, Cantor Group V, Continuum, Deba Shaym, Mahender Makhijani, Nano Bank, Zions Bank, CB&T, Western Alliance Bank, Gerald Marcil** | **Unknown** |

35. **Any financial assets you did not already list**

    ■ No

    ☐ Yes.  Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here...............................................................................................................................**  **$3,810,822.74**

| **Part 5:** | **Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.** |
|---|---|

37. **Do you own or have any legal or equitable interest in any business-related property?**

    ■ No. Go to Part 6.

    ☐ Yes.  Go to line 38.

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

    ■ No. Go to Part 7.

    ☐ Yes.  Go to line 47.

Debtor 1    **Andrew Stupin**

Debtor 2    **Julie Stupin**                                          Case number *(if known)*    **8:26-bk-11202-SC**

---

**Part 7:**        **Describe All Property You Own or Have an Interest in That You Did Not List Above**

53.  **Do you have other property of any kind you did not already list?**
     *Examples:* Season tickets, country club membership

     ■ No
     ☐ Yes. Give specific information.........

54.  **Add the dollar value of all of your entries from Part 7. Write that number here** ...................................                          **$0.00**

---

**Part 8:**        **List the Totals of Each Part of this Form**

| | | |
|---|---|---|
| 55.  **Part 1: Total real estate, line 2** ................................................................................................ | | **$93,450,000.00** |
| 56.  **Part 2: Total vehicles, line 5** | $29,240.00 | |
| 57.  **Part 3: Total personal and household items, line 15** | $598,000.00 | |
| 58.  **Part 4: Total financial assets, line 36** | $3,810,822.74 | |
| 59.  **Part 5: Total business-related property, line 45** | $0.00 | |
| 60.  **Part 6: Total farm- and fishing-related property, line 52** | $0.00 | |
| 61.  **Part 7: Total other property not listed, line 54** | +    $0.00 | |
| 62.  **Total personal property.** Add lines 56 through 61... | $4,438,062.74    Copy personal property total | $4,438,062.74 |
| 63.  **Total of all property on Schedule A/B**. Add line 55 + line 62 | | $97,888,062.74 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Andrew Stupin** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Julie Stupin** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA

Case number   **8:26-bk-11202-SC**
(if known)

■ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

**4/25**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **11 Offshore Newport Coast, CA 92657  Orange County**<br>**Fee simple (Held in Trust)**<br>Line from *Schedule A/B*: **1.1** | **$27,000,000.00** | ■ $746,375.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.730** |
| **2016 Duffield 22**<br>**Location: 215 5th Street, Suite A, Huntington Beach CA 92648**<br>**ID No.: DFF50017L516**<br>Line from *Schedule A/B*: **4.1** | **$29,240.00** | ■ $8,625.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.010** |
| **Sofa, tables, chairs, rugs, lamps, and accessories.**<br>Line from *Schedule A/B*: **6.1** | **$200,000.00** | ☐ _____<br>■ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.020 ordinarily and reasonably necessary to, and personally used or procured for use by, the judgment debtor and members of the judgment debtor's family at the judgment debtor's principal place of residence** |

| Debtor 1 | **Andrew Stupin** | | |
|---|---|---|---|
| Debtor 2 | **Julie Stupin** | Case number (if known) | **8:26-bk-11202-SC** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **TV and audio equipment.**<br>Line from *Schedule A/B*: **7.1** | $50,000.00 | ☐ _____<br>■ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.020 ordinarily and reasonably necessary to, and personally used or procured for use by, the judgment debtor and members of the judgment debtor's family at the judgment debtor's principal place of residence** |
| **Clothes, furs, leather, shoes, and accessories.**<br>Line from *Schedule A/B*: **11.1** | $100,000.00 | ■ $100,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.020 ordinarily and reasonably necessary to, and personally used or procured for use by, the judgment debtor and members of the judgment debtor's family at the judgment debtor's principal place of residence** |
| **Wedding ring, watches, and custom jewelry.**<br>Line from *Schedule A/B*: **12.1** | $200,000.00 | ■ $10,950.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.040** |
| **Social Security Administration Social Security Benefits ($3,389 per month)**<br>Line from *Schedule A/B*: **30.1** | $3,389.00 | ☐ _____<br>■ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.080** |

3.  **Are you claiming a homestead exemption of more than $214,000?**
    (Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

    ☐   No

    ■   Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

        ■   No

        ☐   Yes

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Andrew Stupin** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Julie Stupin** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA

Case number    **8:26-bk-11202-SC**
(if known)

■ Check if this is an amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.  If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion** If any |
| **2.1  Clearedge Lending** | Describe the property that secures the claim: | $2,500,000.00 | $5,500,000.00 | $0.00 |
| Creditor's Name | **Real Property - 17 Colonial Dr** | | | |

**20 Enterprise
Suite 300
Aliso Viejo, CA 92656**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Mortgage Lender**

Date debt was incurred   **05/25/2022**          Last 4 digits of account number  _____

Debtor 1   **Andrew Stupin**
 _____
 First Name          Middle Name          Last Name

Debtor 2   **Julie Stupin**
 _____
 First Name          Middle Name          Last Name

Case number (if known)   **8:26-bk-11202-SC**

---

| 2.2 | **County of Orange** | Describe the property that secures the claim: | $215,786.00 | $0.00 | $215,786.00 |

Creditor's Name

**Real Property**

**P.O. Box 1438
Santa Ana, CA
92702-1438**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Property Taxes**

Date debt was incurred   **04/10/2026**       Last 4 digits of account number   _____

---

| 2.3 | **Fifth Third Bank** | Describe the property that secures the claim: | $7,000,000.00 | $27,000,000.00 | $0.00 |

Creditor's Name

**Real Property - 11 Offshore**

**5001 Kingsley Drive
Cincinnati, OH 45227**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Mortgage Lender**

Date debt was incurred   **9/20/2019**       Last 4 digits of account number   _____

---

| 2.4 | **First Bank** | Describe the property that secures the claim: | $235,758.34 | $4,000,000.00 | $0.00 |

Creditor's Name

**1st Lien on Real Property - 309 5th St**

**Attn: Payment Processing
P.O. Box 790269
St Louis, MO 63179**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Mortgage Lender**

Date debt was incurred   **4/30/2015**       Last 4 digits of account number   _____

---

| Debtor 1 | **Andrew Stupin** | | | Case number (if known) | **8:26-bk-11202-SC** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Julie Stupin** | | | | |
| | First Name | Middle Name | Last Name | | |

| 2.5 | **First Bank** | **Describe the property that secures the claim:** | **$196,335.18** | **$1,500,000.00** | **$0.00** |
|---|---|---|---|---|---|

Creditor's Name

**Attn: Payment Processing
PO Box 790269
Saint Louis, MO 63179**

Number, Street, City, State & Zip Code

**1st Lien on Real Property - 311 5th St**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Mortgage Lender**

Date debt was incurred   **8/3/2007**       Last 4 digits of account number _____

| 2.6 | **First Bank** | **Describe the property that secures the claim:** | **$453,790.99** | **$5,500,000.00** | **$0.00** |
|---|---|---|---|---|---|

Creditor's Name

**Attn: Payment Processing
PO Box 790269
Saint Louis, MO 63179**

Number, Street, City, State & Zip Code

**1st Lien on Real Property - 209 5th St
2nd Lien on Real Property - 309 5th St**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Mortgage Lender**

Date debt was incurred   **9/18/2008**       Last 4 digits of account number _____

| Debtor 1 | **Andrew Stupin** | | | Case number (if known) | **8:26-bk-11202-SC** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Julie Stupin** | | | | |
| | First Name | Middle Name | Last Name | | |

---

| 2.7 | **First Bank** | | **$1,998,627.00** | **$5,500,000.00** | **$0.00** |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

> **2nd Lien on Real Property - 209 5th St**
> **3rd Lien on Real Property - 309 5th St**

**Attn: Payment Processing, P.O. Box Saint Louis, MO 63179**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)   **Mortgage Lender**

Date debt was incurred   **3/30/2023**        Last 4 digits of account number  _____

---

| 2.8 | **First Bank** | | **$999,992.00** | **$1,500,000.00** | **$0.00** |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

> **2nd Lien on Real Property - 311 5th St**

**Attn: Payment Processing PO Box 790269 Saint Louis, MO 63179**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)   **Mortgage Lender**

Date debt was incurred   **3/28/2025**        Last 4 digits of account number  _____

---

| Debtor 1 | **Andrew Stupin** | | | Case number (if known) | **8:26-bk-11202-SC** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| Debtor 2 | **Julie Stupin** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

---

**2.9** **First Choice Bank (Enterprise Bank)**
Creditor's Name

**17785 Center Court Drive Suite 750 Cerritos, CA 90703**

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

**1st Lien on Real Property - 3322 & 3324 Via Lido**

**$2,887,000.00**   **$16,000,000.00**   **$0.00**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)    **Mortgage Lender**

Date debt was incurred   **05/16/2019**        Last 4 digits of account number _____

---

**2.10** **Rocket Mortgage**
Creditor's Name

**PO Box 6577 Carol Stream, IL 60197-6577**

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

**Real Property - 8566 Colusa Cir**

**$225,106.00**   **$950,000.00**   **$0.00**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)    **Mortgage Lender**

Date debt was incurred   **01/05/2007**        Last 4 digits of account number _____

---

| Debtor 1 | **Andrew Stupin** | | | Case number (if known) | **8:26-bk-11202-SC** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Julie Stupin** | | | | |
| | First Name | Middle Name | Last Name | | |

| 2.1.1 | **Secured Income Fund-II c/o** | **Describe the property that secures the claim:** | **$12,000,000.00** | **$22,000,000.00** | **$0.00** |
|---|---|---|---|---|---|

Creditor's Name

**PLM Lender Services, Inc
5446 Thornwood Drive
2nd Floor
San Jose, CA 95123**

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

> **Real Property - 211 5th St; 213 5th St; 215 5th St; 305 5th St; 301-303 5th St; 217-227 5th St**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Mortgage Lender**

Date debt was incurred    **05/28/2025**        Last 4 digits of account number _____

| 2.1.2 | **The Evergeen Advantage** | **Describe the property that secures the claim:** | **$7,500,000.00** | **$18,800,000.00** | **$0.00** |
|---|---|---|---|---|---|

Creditor's Name

**1424 4th Street
Suite 777
Santa Monica, CA 90401**

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

> **Real Property - 818 Palm Ave; 325 5th St; 315 & 317 5th St. 504 Main Street Group, LLC**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Mortgage Lender**

Date debt was incurred    **03/22/2024**        Last 4 digits of account number _____

| | |
|---|---|
| Debtor 1 **Andrew Stupin** | Case number (if known) **8:26-bk-11202-SC** |

Debtor 1  **Andrew Stupin**
First Name          Middle Name          Last Name

Debtor 2  **Julie Stupin**
First Name          Middle Name          Last Name

Case number (if known)  **8:26-bk-11202-SC**

| 2.13 | **VL Ventures LLC** | Describe the property that secures the claim: | $5,400,000.00 | $16,000,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**1303 Avocado Avenue Suite 200 Newport Beach, CA 92660**

Number, Street, City, State & Zip Code

Describe the property that secures the claim:

**2nd Lien on Real Property - 3322 & 3324 Via Lido**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Mortgage Lender**

Date debt was incurred  **03/12/2025**          Last 4 digits of account number _____

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | **$41,612,395.51** |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$41,612,395.51** |

**Part 2:   List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Andrew Stupin** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Julie Stupin** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA

Case number   **8:26-bk-11202-SC**
(if known)

■ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List All of Your PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims against you?**

   ☐ No. Go to Part 2.

   ■ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|
| **2.1** | **Franchise Tax Board** | Last 4 digits of account number ___ ___ ___ ___ | $0.00 | $0.00 | $0.00 |

Priority Creditor's Name

**Special Procedures - Insolvency
P.O. Box 2952
Sacramento, CA 95812-2952**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

**Notice**

Debtor 1    **Andrew Stupin**

Debtor 2    **Julie Stupin**

Case number (if known)    **8:26-bk-11202-SC**

| 2.2 | **Internal Revenue Service** | Last 4 digits of account number | | $0.00 | $0.00 | $0.00 |

Priority Creditor's Name

**Insolvency I Stop 5022**
**300 N. Los Angeles St., #4062**
**Los Angeles, CA 90012-9903**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

**Notice**

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |

3.  **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

Total claim

| 4.1 | **A&S Accounting Solutions** | Last 4 digits of account number | | **$100,000.00** |

Nonpriority Creditor's Name

**8941 Atlanta Ave. #351**
**Huntington Beach, CA 92646**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Investor - CREI Promissory Note**

**Debtor 1** Andrew Stupin

**Debtor 2** Julie Stupin

Case number (if known) **8:26-bk-11202-SC**

---

**4.2** | **Abraham & Linda Rayhaun**
Nonpriority Creditor's Name
**6455 Marigayle Cir.**
**Huntington Beach, CA 92684**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____    $300,000.00

**When was the debt incurred?** 5/1/2014 (Amended: 1/15/2026)

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Investor - CREI Promissory Note**

---

**4.3** | **Aegis Security**
Nonpriority Creditor's Name
**PO Box 261567**
**Hartford, CT 06126**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____    $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Insurance - Property**

---

**4.4** | **Arvielo**
Nonpriority Creditor's Name
**18575 Jamboree Road**
**9th Floor**
**Irvine, CA 92612**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____    Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Litigation**

---

Official Form 106 E/F    Schedule E/F: Creditors Who Have Unsecured Claims    Page 3 of 52

| Debtor 1 | **Andrew Stupin** | | | |
|---|---|---|---|---|
| Debtor 2 | **Julie Stupin** | | Case number (if known) | **8:26-bk-11202-SC** |

---

**4.5** | **Banc of California**
Nonpriority Creditor's Name

**Attn: Brian Farrell**
**3 MacArthur Place**
**Santa Ana, CA 92707**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____ **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

**4.6** | **Boyd & Associates**
Nonpriority Creditor's Name

**2191 E Thompson Blvd**
**Ventura, CA 93001**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____ **$623.50**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Trade Payables**

---

**4.7** | **BRG**
Nonpriority Creditor's Name

**1800 M Street NW**
**Second Floor**
**Washington, DC 20036**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____ **$11,520.54**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Trade Payables**

---

Debtor 1   **Andrew Stupin**

Debtor 2   **Julie Stupin**                                    Case number (if known)   **8:26-bk-11202-SC**

---

| 4.8 | **CA Fair Plan** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name

**PO Box 840244**
**Los Angeles, CA 90084-0244**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Insurance - Property**

---

| 4.9 | **Cantor Group IV LLC** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**520 Newport Center Drive, Suite 480**
**Newport Beach, CA 92660**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- ☐ No
- ■ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Fraudulent Promissory Note**

---

| 4.10 | **Century Surety** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name

**550 Polaris Parkway Suite 300**
**Westerville, OH 43082**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Insurance - General Liability**

---

Debtor 1  **Andrew Stupin**
Debtor 2  **Julie Stupin**

Case number (if known)  **8:26-bk-11202-SC**

---

**4.11**

| | |
|---|---|
| **Charter Comm** | Last 4 digits of account number _____ $0.00 |
| Nonpriority Creditor's Name | |

**PO Box 7173**
**Pasadena, CA 91109-7173**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Trade Payables**

---

**4.12**

| | |
|---|---|
| **Christopher & Margarita Gomez** | Last 4 digits of account number _____ $1,000,000.00 |
| Nonpriority Creditor's Name | |

**1718 Port Charles Place**
**Newport Beach, CA 92660**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Investor - CREI Promissory Note**

---

**4.13**

| | |
|---|---|
| **City of HB** | Last 4 digits of account number _____ $443.12 |
| Nonpriority Creditor's Name | |

**P.O. Box 711**
**Huntington Beach, CA 92648**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Utility**

---

Debtor 1 **Andrew Stupin**
Debtor 2 **Julie Stupin**                                             Case number (if known) **8:26-bk-11202-SC**

---

**4.14**

**City of Newport Beach**
Nonpriority Creditor's Name
**PO Box 4923**
**Whittier, CA 90607**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____          **$91.93**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Utility**

---

**4.15**

**Conejo Loan Investors, LLC**
Nonpriority Creditor's Name
**Attn: Jack**
**2625 Alcatraz Ave., # 214**
**Berkeley, CA 94705**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____          **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   _____

---

**4.16**

**Cox Comm.**
Nonpriority Creditor's Name
**102280**
**Oask, PA 19456**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____          **$625.31**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Trade Payables**

---

| Debtor 1 | **Andrew Stupin** | | |
|---|---|---|---|
| Debtor 2 | **Julie Stupin** | Case number (if known) | **8:26-bk-11202-SC** |

---

**4.17**

**CR&R Inc**
Nonpriority Creditor's Name
**PO Box 206**
**Stanton, CA 90680**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____   **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Trade Payables**

---

**4.18**

**Craig & Andrea Irby**
Nonpriority Creditor's Name
**2643 West Lullably Ln.**
**Anaheim, CA 92804**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____   **$375,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Investor - CREI Promissory Note**

---

**4.19**

**Crystal Cove Community Assoc**
Nonpriority Creditor's Name
**30354**
**Tampa, FL 33630-3354**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____   **$945.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Trade Payables**

---

| Debtor 1 | **Andrew Stupin** | | |
|---|---|---|---|
| Debtor 2 | **Julie Stupin** | Case number (if known) | **8:26-bk-11202-SC** |

---

**4.2 0**

**Dan Genis**
Nonpriority Creditor's Name
**2661 Tallant Rd. #MN708**
**Santa Barbara, CA 93105**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?**   **4/1/2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Investor - CREI Promissory Note**

**$200,000.00**

---

**4.2 1**

**Dan Genis**
Nonpriority Creditor's Name
**2661 Tallant Rd. #MN708**
**Santa Barbara, CA 93105**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?**   **4/1/2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Investor - CREI Promissory Note**

**$200,000.00**

---

**4.2 2**

**Dan Genis**
Nonpriority Creditor's Name
**2661 Tallant Rd. #MN708**
**Santa Barbara, CA 93105**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?**   **4/1/2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Investor - CREI Promissory Note**

**$200,000.00**

---

| Debtor 1 | **Andrew Stupin** | | |
|---|---|---|---|
| Debtor 2 | **Julie Stupin** | Case number (if known) | **8:26-bk-11202-SC** |

**4.2 3**

**Dan Genis**
Nonpriority Creditor's Name
**2661 Tallant Rd. #MN708**
**Santa Barbara, CA 93105**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____        **$300,000.00**

**When was the debt incurred?**    **4/1/2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Investor - CREI Promissory Note**

---

**4.2 4**

**Dan Genis**
Nonpriority Creditor's Name
**2661 Tallant Rd. #MN708**
**Santa Barbara, CA 93105**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____        **$200,000.00**

**When was the debt incurred?**    **4/1/2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Investor - CREI Promissory Note**

---

**4.2 5**

**Dan Genis**
Nonpriority Creditor's Name
**2661 Tallant Rd. #MN708**
**Santa Barbara, CA 93105**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____        **$400,000.00**

**When was the debt incurred?**    **4/1/2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Investor - CREI Promissory Note**

---

| Debtor 1 | **Andrew Stupin** | | |
|---|---|---|---|
| Debtor 2 | **Julie Stupin** | Case number (if known) | **8:26-bk-11202-SC** |

### 4.26

**Dan Genis**
Nonpriority Creditor's Name
**2661 Tallant Rd. #MN708**
**Santa Barbara, CA 93105**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**$200,000.00**

**When was the debt incurred?**    4/1/2022

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Investor - CREI Promissory Note**

---

### 4.27

**Dan Genis**
Nonpriority Creditor's Name
**2661 Tallant Rd. #MN708**
**Santa Barbara, CA 93105**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**$200,000.00**

**When was the debt incurred?**    4/1/2022

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Investor - CREI Promissory Note**

---

### 4.28

**Dan Genis**
Nonpriority Creditor's Name
**2661 Tallant Rd. #MN708**
**Santa Barbara, CA 93105**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**$100,000.00**

**When was the debt incurred?**    2/1/2024

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Investor - CREI Promissory Note**

---

Debtor 1  **Andrew Stupin**
Debtor 2  **Julie Stupin**                                              Case number (if known)   **8:26-bk-11202-SC**

---

**4.2 9**

**Dan Genis**
Nonpriority Creditor's Name
**2661 Tallant Rd. #MN708**
**Santa Barbara, CA 93105**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____                $100,000.00

**When was the debt incurred?**     **11/22/2021**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Investor - CREI Promissory Note**

---

**4.3 0**

**Daniel Mayhew**
Nonpriority Creditor's Name
**8941 Atlanta Ave. #351**
**Huntington Beach, CA 92646**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____                $150,000.00

**When was the debt incurred?**     **10/29/2020**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Investor - CREI Promissory Note**

---

**4.3 1**

**Daniel Mayhew**
Nonpriority Creditor's Name
**8941 Atlanta Ave. #351**
**Huntington Beach, CA 92646**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____                $400,000.00

**When was the debt incurred?**     **4/24/2023**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Investor - CREI Promissory Note**

---

Debtor 1   **Andrew Stupin**
Debtor 2   **Julie Stupin**                                          Case number (if known)   **8:26-bk-11202-SC**

---

**4.3 2**

**David Schiff**                                    Last 4 digits of account number _____                    **$25,000.00**
Nonpriority Creditor's Name

**100 Ocean Ave. Unit C300**                        When was the debt incurred? _____
**Santa Monica, CA 90402**
Number Street City State Zip Code

**Who incurred the debt?** Check one.             As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only                                   ☐ Contingent

☐ Debtor 2 only                                   ☐ Unliquidated

■ Debtor 1 and Debtor 2 only                      ☐ Disputed

☐ At least one of the debtors and another         **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community        ☐ Student loans
debt**
                                                  ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                report as priority claims

■ No                                              ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                             ■ Other. Specify   **Investor - CREI Promissory Note**

---

**4.3 3**

**Debra Hilton**                                   Last 4 digits of account number _____                    **$200,000.00**
Nonpriority Creditor's Name

**8162 E Kennedy Rd.**                              When was the debt incurred? _____
**Anaheim, CA 92808**
Number Street City State Zip Code

**Who incurred the debt?** Check one.             As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only                                   ☐ Contingent

☐ Debtor 2 only                                   ☐ Unliquidated

■ Debtor 1 and Debtor 2 only                      ☐ Disputed

☐ At least one of the debtors and another         **Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a  community        ☐ Student loans
debt**
                                                  ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                report as priority claims

■ No                                              ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                             ■ Other. Specify   **Investor - CREI Promissory Note**

---

**4.3 4**

**Debra Hilton**                                   Last 4 digits of account number _____                    **$500,000.00**
Nonpriority Creditor's Name

**8162 E Kennedy Rd.**                              When was the debt incurred? _____
**Anaheim, CA 92808**
Number Street City State Zip Code

**Who incurred the debt?** Check one.             As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only                                   ☐ Contingent

☐ Debtor 2 only                                   ☐ Unliquidated

■ Debtor 1 and Debtor 2 only                      ☐ Disputed

☐ At least one of the debtors and another         **Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a  community        ☐ Student loans
debt**
                                                  ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                report as priority claims

■ No                                              ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                             ■ Other. Specify   **Investor - CREI Promissory Note**

---

Debtor 1    **Andrew Stupin**
Debtor 2    **Julie Stupin**                                    Case number (if known)    **8:26-bk-11202-SC**

---

**4.35**

**Denise Blake**
Nonpriority Creditor's Name
**7731 N. 158th Street**
**Bennington, NE 68007**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____            **$5,000.00**

**When was the debt incurred?**        **1/5/2009**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Investor - CREI Promissory Note**

---

**4.36**

**Denise Blake**
Nonpriority Creditor's Name
**7731 N. 158th Street**
**Bennington, NE 68007**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____            **$100,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Investor - CREI Promissory Note**

---

**4.37**

**Denise Blake**
Nonpriority Creditor's Name
**7731 N. 158th Street**
**Bennington, NE 68007**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____            **$100,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Investor - CREI Promissory Note**

---

| Debtor 1 | **Andrew Stupin** | | |
|---|---|---|---|
| Debtor 2 | **Julie Stupin** | Case number (if known) | **8:26-bk-11202-SC** |

---

**4.38**

**Denise Simon**
Nonpriority Creditor's Name
**2222 Avenue of the Stars Unit #1902**
**Los Angeles, CA 90067**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?**    6/1/2011

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Investor - CREI Promissory Note**

**$75,000.00**

---

**4.39**

**DIRECTV**
Nonpriority Creditor's Name
**PO Box 915**
**El Segundo, CA 90245**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Trade Payables**

**$354.97**

---

**4.40**

**Don Torpipat**
Nonpriority Creditor's Name
**11310 Carob Cir.**
**Fountain Valley, CA 92708**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?**    4/29/2022

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Investor - CREI Promissory Note**

**$300,000.00**

---

| Debtor 1 | **Andrew Stupin** | | |
|---|---|---|---|
| Debtor 2 | **Julie Stupin** | Case number (if known) | **8:26-bk-11202-SC** |

---

**4.4
1**

**Don Torpipat**
Nonpriority Creditor's Name
**11310 Carob Cir.**
**Fountain Valley, CA 92708**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____ **$300,000.00**

**When was the debt incurred?** **4/29/2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Investor - CREI Promissory Note**

---

**4.4
2**

**Enterprise Bank**
Nonpriority Creditor's Name
**150 N Meramec Ave**
**Clayton, MO 63105**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____ **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Litigation**

---

**4.4
3**

**Evanston Insurance**
Nonpriority Creditor's Name
**10275 W. Higgins Road, Suite 750**
**Roesmont, IL 60018**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____ **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Insurance - Property**

---

| Debtor 1 | **Andrew Stupin** | | |
|---|---|---|---|
| Debtor 2 | **Julie Stupin** | Case number (if known) | **8:26-bk-11202-SC** |

---

**4.44**

**Exclusive Auto Detail**
Nonpriority Creditor's Name
**146 1/2 E 21st St**
**Costa Mesa, CA 92627**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Trade Payables**

**$2,400.00**

---

**4.45**

**First Bank**
Nonpriority Creditor's Name
**Attn: Payment Processing**
**P.O. Box 790269**
**Saint Louis, MO 63179**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Unsecured Loan**

**$4,830.94**

---

**4.46**

**Fletcher Jones Motor Cars, Inc.**
Nonpriority Creditor's Name
**3300 Jamboree Rd**
**Newport Beach, CA 92660**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Car Lease - 2024 Mercedes-Benz x54851**

**$0.00**

---

| Debtor 1 | **Andrew Stupin** | | |
|---|---|---|---|
| Debtor 2 | **Julie Stupin** | Case number (if known) | **8:26-bk-11202-SC** |

---

**4.47**

**Fletcher Jones Motor Cars, Inc.**
Nonpriority Creditor's Name
**3300 Jamboree Rd**
**Newport Beach, CA 92660**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____          $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Car Lease - 2024 Mercedes-Benz x08094**

---

**4.48**

**Frontier**
Nonpriority Creditor's Name
**PO Box 740407**
**Cincinnati, OH 45274-0407**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____          $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Trade Payables**

---

**4.49**

**Gerald Marcil**
Nonpriority Creditor's Name
**43 Malaga Cove Plaza**
**Suite D**
**Palos Verdes, CA 90274**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____          **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Litigation**

---

| Debtor 1 | **Andrew Stupin** | | |
|---|---|---|---|
| Debtor 2 | **Julie Stupin** | Case number (if known) | **8:26-bk-11202-SC** |

---

**4.50**

**Gibson Family Trust**
Nonpriority Creditor's Name

**12 Whalers Bluff**
**Newport Coast, CA 92657**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____      **$500,000.00**

**When was the debt incurred?**  **5/16/2011 (Addendum: 6/7/2016)**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Investor - CREI Promissory Note**

---

**4.51**

**Global Medical Systems**
Nonpriority Creditor's Name

**10391 E. Rosemary Lane**
**Scottsdale, AZ 08255**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____      **$700,000.00**

**When was the debt incurred?**  **10/1/2021**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Investor - CREI Promissory Note**

---

**4.52**

**Global Medical Systems**
Nonpriority Creditor's Name

**10391 E. Rosemary Lane**
**Scottsdale, AZ 08255**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____      **$300,000.00**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Investor - CREI Promissory Note**

---

Debtor 1 **Andrew Stupin**
Debtor 2 **Julie Stupin**

Case number (if known) **8:26-bk-11202-SC**

---

| 4.53 | **Global Medical Systems** | Last 4 digits of account number | $250,000.00 |

Nonpriority Creditor's Name

**10391 E. Rosemary Lane**
**Scottsdale, AZ 08255**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Investor - CREI Promissory Note**

---

| 4.54 | **Global Medical Systems** | Last 4 digits of account number | $600,000.00 |

Nonpriority Creditor's Name

**10391 E. Rosemary Lane**
**Scottsdale, AZ 08255**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Investor - CREI Promissory Note**

---

| 4.55 | **Global Medical Systems** | Last 4 digits of account number | $250,000.00 |

Nonpriority Creditor's Name

**10391 E. Rosemary Lane**
**Scottsdale, AZ 08255**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Investor - CREI Promissory Note**

---

Debtor 1   **Andrew Stupin**

Debtor 2   **Julie Stupin**                                   Case number (if known)   **8:26-bk-11202-SC**

---

**4.56**

**Global Medical Systems**                          Last 4 digits of account number _____          **$850,000.00**

Nonpriority Creditor's Name

**10391 E. Rosemary Lane**
**Scottsdale, AZ 08255**                            **When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.               **As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                                     ☐ Contingent

■ Debtor 1 and Debtor 2 only                        ☐ Unliquidated

☐ At least one of the debtors and another           ☐ Disputed

☐ **Check if this claim is for a community**        **Type of NONPRIORITY unsecured claim:**
**debt**
                                                    ☐ Student loans
**Is the claim subject to offset?**
                                                    ☐ Obligations arising out of a separation agreement or divorce that you did not
■ No                                                report as priority claims

☐ Yes                                               ☐ Debts to pension or profit-sharing plans, and other similar debts

                                                    ■ Other. Specify   **Investor - CREI Promissory Note**

---

**4.57**

**Global Medical Systems**                          Last 4 digits of account number _____          **$325,000.00**

Nonpriority Creditor's Name

**10391 E. Rosemary Lane**
**Scottsdale, AZ 08255**                            **When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.               **As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                                     ☐ Contingent

■ Debtor 1 and Debtor 2 only                        ☐ Unliquidated

☐ At least one of the debtors and another           ☐ Disputed

☐ **Check if this claim is for a community**        **Type of NONPRIORITY unsecured claim:**
**debt**
                                                    ☐ Student loans
**Is the claim subject to offset?**
                                                    ☐ Obligations arising out of a separation agreement or divorce that you did not
■ No                                                report as priority claims

☐ Yes                                               ☐ Debts to pension or profit-sharing plans, and other similar debts

                                                    ■ Other. Specify   **Investor - CREI Promissory Note**

---

**4.58**

**Groussman Family Trust**                          Last 4 digits of account number _____          **$15,000.00**

Nonpriority Creditor's Name

**421 Rolling Hills Place**
**Anaheim, CA 92807**                               **When was the debt incurred?**   **1/5/2009**

Number Street City State Zip Code

**Who incurred the debt?** Check one.               **As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                                     ☐ Contingent

■ Debtor 1 and Debtor 2 only                        ☐ Unliquidated

☐ At least one of the debtors and another           ☐ Disputed

☐ **Check if this claim is for a community**        **Type of NONPRIORITY unsecured claim:**
**debt**
                                                    ☐ Student loans
**Is the claim subject to offset?**
                                                    ☐ Obligations arising out of a separation agreement or divorce that you did not
■ No                                                report as priority claims

☐ Yes                                               ☐ Debts to pension or profit-sharing plans, and other similar debts

                                                    ■ Other. Specify   **Investor - CREI Promissory Note**

---

Debtor 1   **Andrew Stupin**
Debtor 2   **Julie Stupin**                                             Case number (if known)   **8:26-bk-11202-SC**

---

**4.5 9**

**Groussman Family Trust**

Nonpriority Creditor's Name

**12 San Timoteo
Rancho Santa Margarita, CA 92688**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          **$100,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Investor - CREI Promissory Note**

---

**4.6 0**

**Guy Genis**

Nonpriority Creditor's Name

**13909 Huston St
Sherman Oaks, CA 91423**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          **$80,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Investor - CREI Promissory Note**

---

**4.6 1**

**Guy Genis**

Nonpriority Creditor's Name

**13909 Huston St
Sherman Oaks, CA 91423**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          **$20,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Investor - CREI Promissory Note**

---

Debtor 1   **Andrew Stupin**

Debtor 2   **Julie Stupin**

Case number (if known)   **8:26-bk-11202-SC**

---

| 4.6 2 | **Huntington Landmark Association** | Last 4 digits of account number | | $625.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**25189 Santa Ana CA**
**Santa Ana, CA 92799-5189**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

■ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a  community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Trade Payables**

---

| 4.6 3 | **Irvine Ranch Water District** | Last 4 digits of account number | | $136.89 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**P.O. Box 57000**
**Irvine, CA 92619-7000**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

■ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a  community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Utility**

---

| 4.6 4 | **Jane Torpipat** | Last 4 digits of account number | | $200,000.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**11310 Carob Cir.**
**Fountain Valley, CA 92708**

Number Street City State Zip Code

**When was the debt incurred?**   **10/29/2020**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

■ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a  community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Investor - CREI Promissory Note**

---

Debtor 1  **Andrew Stupin**

Debtor 2  **Julie Stupin**

Case number (if known)  **8:26-bk-11202-SC**

---

**4.65**

**Jane Torpipat**
Nonpriority Creditor's Name

**11310 Carob Cir.**
**Fountain Valley, CA 92708**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?**  **6/23/2021**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Investor - CREI Promissory Note**

**$100,000.00**

---

**4.66**

**Jay Markham**
Nonpriority Creditor's Name

**c/o Sonja Rapparport**
**23 Vista Del Valle**
**Aliso Viejo, CA 92656**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Investor - CREI Promissory Note**

**$25,000.00**

---

**4.67**

**Jay Markham**
Nonpriority Creditor's Name

**c/o Sonja Rapparport**
**23 Vista Del Valle**
**Aliso Viejo, CA 92656**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Investor - CREI Promissory Note**

**$25,000.00**

---

Official Form 106 E/F  Schedule E/F: Creditors Who Have Unsecured Claims  Page 24 of 52

Debtor 1   **Andrew Stupin**
Debtor 2   **Julie Stupin**

Case number (if known)   **8:26-bk-11202-SC**

---

**4.68**

**Jeff & Janel Grousman**
Nonpriority Creditor's Name
**12 San Timoteo**
**Rancho Santa Margarita, CA 92688**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____   **$0.00**

When was the debt incurred?   **1/5/2009**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Investor - CREI Promissory Note**

---

**4.69**

**Jim & Cheryl Markham**
Nonpriority Creditor's Name
**(Ruby Chest Trust)**
**9 Offshore Dr**
**Costa Mesa, CA 92627**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____   **$300,000.00**

When was the debt incurred?   **6/1/2011**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Investor - CREI Promissory Note**

---

**4.70**

**Jim & Cheryl Markham**
Nonpriority Creditor's Name
**c/o Sonja Rapparport**
**23 Vista Del Valle**
**Aliso Viejo, CA 92656**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____   **$500,000.00**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Investor - CREI Promissory Note**

---

Debtor 1   **Andrew Stupin**

Debtor 2   **Julie Stupin**

Case number (if known)   **8:26-bk-11202-SC**

---

**4.7 1**

**Jim & Cheryl Markham**
Nonpriority Creditor's Name

**c/o Sonja Rapparport**
**23 Vista Del Valle**
**Aliso Viejo, CA 92656**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____   **$250,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Investor - CREI Promissory Note**

---

**4.7 2**

**Jim & Cheryl Markham**
Nonpriority Creditor's Name

**c/o Sonja Rapparport**
**23 Vista Del Valle**
**Aliso Viejo, CA 92656**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____   **$250,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Investor - CREI Promissory Note**

---

**4.7 3**

**Julie Kaplan**
Nonpriority Creditor's Name

**47 Paloma #B**
**Venice, CA 90291**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____   **$50,000.00**

**When was the debt incurred?**   **12/26/2008**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Investor - CREI Promissory Note**

---

| Debtor 1 | **Andrew Stupin** | | |
|---|---|---|---|
| Debtor 2 | **Julie Stupin** | Case number (if known) | **8:26-bk-11202-SC** |

**4.74**

**Julie Kaplan**
Nonpriority Creditor's Name
**47 Paloma #B**
**Venice, CA 90291**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?**   **5/8/2007**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Investor - CREI Promissory Note**

**$50,000.00**

---

**4.75**

**Julie Kaplan**
Nonpriority Creditor's Name
**47 Paloma #B**
**Venice, CA 90291**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Investor - CREI Promissory Note**

**$100,000.00**

---

**4.76**

**Julie Kaplan**
Nonpriority Creditor's Name
**47 Paloma #B**
**Venice, CA 90291**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Investor - CREI Promissory Note**

**$100,000.00**

---

| Debtor 1 | Andrew Stupin | | |
|---|---|---|---|
| Debtor 2 | Julie Stupin | Case number (if known) | 8:26-bk-11202-SC |

**4.77**

**K. Whitson Family Partnership**
Nonpriority Creditor's Name
**PO Box 382**
**Surfside, CA 90743**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____     **$100,000.00**

**When was the debt incurred?**     **5/8/2007**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Investor - CREI Promissory Note**

---

**4.78**

**Karen Kaplan (Revocable Trust)**
Nonpriority Creditor's Name
**1509 Elton Lane**
**Austin, TX 78703**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____     **$130,000.00**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Investor - CREI Promissory Note**

---

**4.79**

**Karen Kaplan (Revocable Trust)**
Nonpriority Creditor's Name
**1509 Elton Lane**
**Austin, TX 78703**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____     **$100,000.00**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Investor - CREI Promissory Note**

---

Debtor 1    **Andrew Stupin**
Debtor 2    **Julie Stupin**                                        Case number (if known)    **8:26-bk-11202-SC**

---

**4.80**

**Kim Sankey**
Nonpriority Creditor's Name
**1918 Parade Dr.**
**Brentwood, TN 37027**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____                **$250,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Investor - CREI Promissory Note**

---

**4.81**

**Kimm Paglia**
Nonpriority Creditor's Name
**c/o Marshack Hay Wood LLP**
**870 Roosevelt**
**Irvine, CA 92620**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____                **Unknown**

**When was the debt incurred?**    **02/10/2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Complaint**

---

**4.82**

**Larry Barker**
Nonpriority Creditor's Name
**105 Golden Glen Way**
**Fayetteville, GA 30214**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____                **$100,000.00**

**When was the debt incurred?**    **5/1/2001**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Investor - CREI Promissory Note**

---

Official Form 106 E/F                 Schedule E/F: Creditors Who Have Unsecured Claims                 Page 29 of 52

Debtor 1   **Andrew Stupin**

Debtor 2   **Julie Stupin**

Case number (if known)   **8:26-bk-11202-SC**

---

| 4.8 3 | **LBC3 Trust** | | | | **Unknown** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**c/o Ballard Spahr LLP**
**2029 Century Park East, #1400**
**Los Angeles, CA 90067**

Number Street City State Zip Code

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty**

---

| 4.8 4 | **Mark Genis** | | | | **$150,000.00** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**697 Corte Estrella**
**Camarillo, CA 93010**

Number Street City State Zip Code

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Investor - CREI Promissory Note**

---

| 4.8 5 | **Mark Genis** | | | | **$300,000.00** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**697 Corte Estrella**
**Camarillo, CA 93010**

Number Street City State Zip Code

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Investor - CREI Promissory Note**

---

| Debtor 1 | **Andrew Stupin** | | |
|---|---|---|---|
| Debtor 2 | **Julie Stupin** | Case number (if known) | **8:26-bk-11202-SC** |

### 4.86

**Mark Genis**
Nonpriority Creditor's Name

**697 Corte Estrella**
**Camarillo, CA 93010**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____     **$200,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Investor - CREI Promissory Note**

---

### 4.87

**Mark Genis**
Nonpriority Creditor's Name

**697 Corte Estrella**
**Camarillo, CA 93010**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____     **$350,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Investor - CREI Promissory Note**

---

### 4.88

**Mark Genis**
Nonpriority Creditor's Name

**697 Corte Estrella**
**Camarillo, CA 93010**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____     **$155,000.00**

**When was the debt incurred?**     **12/4/2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Investor - CREI Promissory Note**

---

Debtor 1   **Andrew Stupin**
Debtor 2   **Julie Stupin**                                       Case number (if known)   **8:26-bk-11202-SC**

---

| 4.89 | | |
|---|---|---|

**Mark Genis**

Nonpriority Creditor's Name

**697 Corte Estrella**
**Camarillo, CA 93010**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____                     **$100,000.00**

**When was the debt incurred?**    **2/1/2024**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Investor - CREI Promissory Note**

---

| 4.90 | | |
|---|---|---|

**Mark Genis**

Nonpriority Creditor's Name

**697 Corte Estrella**
**Camarillo, CA 93010**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____                     **$200,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Investor - CREI Promissory Note**

---

| 4.91 | | |
|---|---|---|

**Mark Genis**

Nonpriority Creditor's Name

**697 Corte Estrella**
**Camarillo, CA 93010**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____                     **$130,000.00**

**When was the debt incurred?**    **12/4/2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Investor - CREI Promissory Note**

---

Debtor 1  **Andrew Stupin**
Debtor 2  **Julie Stupin**

Case number (if known)   **8:26-bk-11202-SC**

---

**4.9.2**

**Mark Genis**
Nonpriority Creditor's Name
**697 Corte Estrella**
**Camarillo, CA 93010**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____          **$125,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Investor - CREI Promissory Note**

---

**4.9.3**

**Mark Genis**
Nonpriority Creditor's Name
**697 Corte Estrella**
**Camarillo, CA 93010**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____          **$150,000.00**

**When was the debt incurred?**     **4/1/2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Investor - CREI Promissory Note**

---

**4.9.4**

**Mark Genis**
Nonpriority Creditor's Name
**697 Corte Estrella**
**Camarillo, CA 93010**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____          **$100,000.00**

**When was the debt incurred?**     **12/4/2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Investor - CREI Promissory Note**

---

Debtor 1    **Andrew Stupin**
Debtor 2    **Julie Stupin**                                         Case number (if known)    **8:26-bk-11202-SC**

---

**4.95**

**Mark Genis**                          Last 4 digits of account number                          **$100,000.00**
Nonpriority Creditor's Name
**697 Corte Estrella**                  **When was the debt incurred?**    **12/4/2017**
**Camarillo, CA 93010**
Number Street City State Zip Code
**Who incurred the debt?** Check one.    **As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only                          ☐ Contingent
■ Debtor 1 and Debtor 2 only             ☐ Unliquidated
☐ At least one of the debtors and another    ☐ Disputed
■ **Check if this claim is for a community**    **Type of NONPRIORITY unsecured claim:**
**debt**                                 ☐ Student loans
**Is the claim subject to offset?**      ☐ Obligations arising out of a separation agreement or divorce that you did not
                                         report as priority claims
■ No                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                    ■ Other. Specify   **Investor - CREI Promissory Note**

---

**4.96**

**Mel Remba**                           Last 4 digits of account number                          **$200,000.00**
Nonpriority Creditor's Name
**2446 Apollo Drive**                   **When was the debt incurred?**
**Los Angeles, CA 90046**
Number Street City State Zip Code
**Who incurred the debt?** Check one.    **As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only                          ☐ Contingent
■ Debtor 1 and Debtor 2 only             ☐ Unliquidated
☐ At least one of the debtors and another    ☐ Disputed
☐ **Check if this claim is for a community**    **Type of NONPRIORITY unsecured claim:**
**debt**                                 ☐ Student loans
**Is the claim subject to offset?**      ☐ Obligations arising out of a separation agreement or divorce that you did not
                                         report as priority claims
■ No                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                    ■ Other. Specify   **Investor - CREI Promissory Note**

---

**4.97**

**Mel Remba**                           Last 4 digits of account number                          **$300,000.00**
Nonpriority Creditor's Name
**2446 Apollo Drive**                   **When was the debt incurred?**
**Los Angeles, CA 90046**
Number Street City State Zip Code
**Who incurred the debt?** Check one.    **As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only                          ☐ Contingent
■ Debtor 1 and Debtor 2 only             ☐ Unliquidated
☐ At least one of the debtors and another    ☐ Disputed
☐ **Check if this claim is for a community**    **Type of NONPRIORITY unsecured claim:**
**debt**                                 ☐ Student loans
**Is the claim subject to offset?**      ☐ Obligations arising out of a separation agreement or divorce that you did not
                                         report as priority claims
■ No                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                    ■ Other. Specify   **Investor - CREI Promissory Note**

---

| Debtor 1 | **Andrew Stupin** | |
|---|---|---|
| Debtor 2 | **Julie Stupin** | |

Case number (if known)   **8:26-bk-11202-SC**

---

| 4.9 8 | | |
|---|---|---|

**Mercury Insurance**
Nonpriority Creditor's Name
**PO Box 5700**
**Rancho Cucamonga, CA**
**91729-5700**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____     $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Insurance - Property**

---

| 4.9 9 | | |
|---|---|---|

**Michael Kaplan**
Nonpriority Creditor's Name
**PO Box 277**
**Surfside, CA 90743**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____     $1,000,000.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Investor - CREI Promissory Note**

---

| 4.1 00 | | |
|---|---|---|

**Michael Kaplan**
Nonpriority Creditor's Name
**PO Box 277**
**Surfside, CA 90743**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____     $1,775,000.00

**When was the debt incurred?**   **11/1/2024**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Investor - CREI Promissory Note**

---

Debtor 1  **Andrew Stupin**
Debtor 2  **Julie Stupin**                                   Case number (if known)  **8:26-bk-11202-SC**

---

| 4.1 01 | | |
|---|---|---|
| **Michael Kaplan** | **Last 4 digits of account number** | **$500,000.00** |
| Nonpriority Creditor's Name | | |
| **PO Box 277** | **When was the debt incurred?** | |
| **Surfside, CA 90743** | | |
| Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply | |

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Investor - CREI Promissory Note**

---

| 4.1 02 | | |
|---|---|---|
| **Michael Kaplan** | **Last 4 digits of account number** | **$145,000.00** |
| Nonpriority Creditor's Name | | |
| **PO Box 277** | **When was the debt incurred?** | |
| **Surfside, CA 90743** | | |
| Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply | |

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Investor - CREI Promissory Note**

---

| 4.1 03 | | |
|---|---|---|
| **Michael Kaplan** | **Last 4 digits of account number** | **$330,000.00** |
| Nonpriority Creditor's Name | | |
| **PO Box 277** | **When was the debt incurred?** | |
| **Surfside, CA 90743** | | |
| Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply | |

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Investor - CREI Promissory Note**

---

Debtor 1 **Andrew Stupin**
Debtor 2 **Julie Stupin**

Case number (if known) **8:26-bk-11202-SC**

---

**4.1**
**04**

**Michael Kaplan**
Nonpriority Creditor's Name
**PO Box 277**
**Surfside, CA 90743**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Investor - CREI Promissory Note**

**$750,000.00**

---

**4.1**
**05**

**Michael Kaplan**
Nonpriority Creditor's Name
**PO Box 277**
**Surfside, CA 90743**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Investor - CREI Promissory Note**

**$750,000.00**

---

**4.1**
**06**

**Michael Kaplan**
Nonpriority Creditor's Name
**PO Box 277**
**Surfside, CA 90743**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Investor - CREI Promissory Note**

**$200,000.00**

---

Official Form 106 E/F Schedule E/F: Creditors Who Have Unsecured Claims Page 37 of 52

| Debtor 1 | **Andrew Stupin** | | |
|---|---|---|---|
| Debtor 2 | **Julie Stupin** | Case number (if known) | **8:26-bk-11202-SC** |

**4.1 07**

**Michael Kaplan**
Nonpriority Creditor's Name
**PO Box 277**
**Surfside, CA 90743**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____     **$500,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Investor - CREI Promissory Note**

---

**4.1 08**

**Michael Kaplan**
Nonpriority Creditor's Name
**PO Box 277**
**Surfside, CA 90743**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____     **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Investor - CREI Promissory Note**

---

**4.1 09**

**Michael Kaplan**
Nonpriority Creditor's Name
**PO Box 277**
**Surfside, CA 90743**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____     **$2,070,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Investor - CREI Promissory Note**

---

Debtor 1   **Andrew Stupin**
Debtor 2   **Julie Stupin**                                                                  Case number (if known)   **8:26-bk-11202-SC**

---

**4.1 10**

**Michael Kaplan**
Nonpriority Creditor's Name
**PO Box 277**
**Surfside, CA 90743**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____          **$1,000,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Investor - CREI Promissory Note**

---

**4.1 11**

**Michael Kaplan**
Nonpriority Creditor's Name
**PO Box 277**
**Surfside, CA 90743**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____          **$800,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Investor - CREI Promissory Note**

---

**4.1 12**

**Nano Banc**
Nonpriority Creditor's Name
**7755 Irvine Center Dr**
**Suite 300**
**Irvine, CA 92618**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____          **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Litigation**

---

Official Form 106 E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor 1 **Andrew Stupin**
Debtor 2 **Julie Stupin**

Case number (if known) **8:26-bk-11202-SC**

---

| 4.1 13 | **Neptune Flood Insurance** | | | | $0.00 |
|---|---|---|---|---|---|

**Neptune Flood Insurance**
Nonpriority Creditor's Name
**PO Box 735653**
**Chicago, IL 60673-5653**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Insurance - Flood**

---

| 4.1 14 | **One Ford Road Assoc** | | | | $835.00 |
|---|---|---|---|---|---|

**One Ford Road Assoc**
Nonpriority Creditor's Name
**25189**
**Santa Ana, CA 92799-5189**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Trade Payables**

---

| 4.1 15 | **Orange County Register** | | | | $206.15 |
|---|---|---|---|---|---|

**Orange County Register**
Nonpriority Creditor's Name
**P.O. Box 11626**
**Santa Ana, CA 92711-1626**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Trade Payables**

---

Debtor 1 **Andrew Stupin**

Debtor 2 **Julie Stupin**

Case number (if known) **8:26-bk-11202-SC**

---

| 4.1 16 | **Patrick's Landscaping** | | | **$2,200.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**20481 Sun Valley Rd.**
**Laguna Beach, CA 92651**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Trade Payables**

---

| 4.1 17 | **Personal Umbrella.com** | | | **$0.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**5835 Doyle St.**
**Ste. 115**
**Emeryville, CA 94608**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Insurance - Umbrella - Personal**

---

| 4.1 18 | **PMF CA REIT LLC** | | | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**16801 Van Buren Boulevard**
**Building B**
**Riverside, CA 92504**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Litigation**

---

Official Form 106 E/F      Schedule E/F: Creditors Who Have Unsecured Claims      Page 41 of 52

Debtor 1   **Andrew Stupin**

Debtor 2   **Julie Stupin**                                    Case number (if known)   **8:26-bk-11202-SC**

---

**4.1 19**

**Preecha & Prayune L. Torpipat**                                $300,000.00

Nonpriority Creditor's Name                                Last 4 digits of account number

**11310 Carob Cir.**
**Fountain Valley, CA 92708**                              **When was the debt incurred?**   **3/13/2023**

Number Street City State Zip Code

**Who incurred the debt?** Check one.                       **As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                                            ☐ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only                               ☐ Disputed

☐ At least one of the debtors and another                  **Type of NONPRIORITY unsecured claim:**

☐ Student loans

■ **Check if this claim is for a  community debt**          ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No                                                       ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                      ■ Other. Specify   **Investor - CREI Promissory Note**

---

**4.1 20**

**Preecha & Prayune L. Torpipat**                                $250,000.00

Nonpriority Creditor's Name                                Last 4 digits of account number

**11310 Carob Cir.**
**Fountain Valley, CA 92708**                              **When was the debt incurred?**   **2/15/2018**

Number Street City State Zip Code

**Who incurred the debt?** Check one.                       **As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                                            ☐ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only                               ☐ Disputed

☐ At least one of the debtors and another                  **Type of NONPRIORITY unsecured claim:**

☐ Student loans

■ **Check if this claim is for a  community debt**          ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No                                                       ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                      ■ Other. Specify   **Investor - CREI Promissory Note**

---

**4.1 21**

**Preecha & Prayune L. Torpipat**                                $150,000.00

Nonpriority Creditor's Name                                Last 4 digits of account number

**11310 Carob Cir.**
**Fountain Valley, CA 92708**                              **When was the debt incurred?**   **7/21/2022**

Number Street City State Zip Code

**Who incurred the debt?** Check one.                       **As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                                            ☐ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only                               ☐ Disputed

☐ At least one of the debtors and another                  **Type of NONPRIORITY unsecured claim:**

☐ Student loans

■ **Check if this claim is for a  community debt**          ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No                                                       ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                      ■ Other. Specify   **Investor - CREI Promissory Note**

---

Debtor 1  **Andrew Stupin**
Debtor 2  **Julie Stupin**                                    Case number (if known)   **8:26-bk-11202-SC**

---

**4.1 22**

**Preferred Bank**
Nonpriority Creditor's Name
**601 S Figueroa St**
**47th Floor**
**Los Angeles, CA 90017**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____        **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Litigation**

---

**4.1 23**

**Progressive**
Nonpriority Creditor's Name
**PO Box 6807**
**Cleveland, OH 44101**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____        **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Insurance - Boat Policy**

---

**4.1 24**

**Remba-Wachsman Family Trust**
Nonpriority Creditor's Name
**11114 Corte Mar De Cristal**
**San Diego, CA 92130**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____        **$200,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Investor - CREI Promissory Note**

---

| Debtor 1 | **Andrew Stupin** | | |
|---|---|---|---|
| Debtor 2 | **Julie Stupin** | Case number (if known) | **8:26-bk-11202-SC** |

**4.1 25**

**Remba-Wachsman Family Trust**
Nonpriority Creditor's Name
**11114 Corte Mar De Cristal**
**San Diego, CA 92130**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Investor - CREI Promissory Note**

**$100,000.00**

---

**4.1 26**

**Remba-Wachsman Family Trust**
Nonpriority Creditor's Name
**11114 Corte Mar De Cristal**
**San Diego, CA 92130**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Investor - CREI Promissory Note**

**$100,000.00**

---

**4.1 27**

**Republic Services**
Nonpriority Creditor's Name
**17121 Nichols Lane**
**Huntington Beach, CA 92647-5719**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Trade Payables**

**$589.00**

---

Debtor 1   **Andrew Stupin**

Debtor 2   **Julie Stupin**

Case number (if known)   **8:26-bk-11202-SC**

---

**4.1 28**

**Roadrunner Exterminating**

Nonpriority Creditor's Name

**310 E Alton Ave**
**Santa Ana, CA 92707**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____   **$160.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Trade Payables**

---

**4.1 29**

**Robert & Mai Linh Purdy**

Nonpriority Creditor's Name

**9122 Warfield Drive**
**Huntington Beach, CA 92646**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____   **$200,000.00**

**When was the debt incurred?**   **2/15/2018**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Investor - CREI Promissory Note**

---

**4.1 30**

**Robert & Mai Linh Purdy**

Nonpriority Creditor's Name

**9122 Warfield Drive**
**Huntington Beach, CA 92646**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____   **$400,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Investor - CREI Promissory Note**

---

Debtor 1   **Andrew Stupin**

Debtor 2   **Julie Stupin**

Case number (if known)   **8:26-bk-11202-SC**

---

| 4.1 31 | **Robert & Mai Linh Purdy** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**9122 Warfield Drive**
**Huntington Beach, CA 92646**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?**   **12/28/2022**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Investor - CREI Promissory Note**

**$500,000.00**

---

| 4.1 32 | **Samuel Gonzalez** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**2183 Pomona Ave., Apt. A**
**Costa Mesa, CA 92627**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Trade Payables**

**$200.00**

---

| 4.1 33 | **SCE** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**P.O. Box 6400**
**Rancho Cucamonga, CA**
**91729-6400**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Utility**

**$2,252.15**

---

| Debtor 1 | **Andrew Stupin** | | |
|---|---|---|---|
| Debtor 2 | **Julie Stupin** | Case number (if known) | **8:26-bk-11202-SC** |

---

**4.1 34**

**So Cal Gas**
Nonpriority Creditor's Name

**P.O. Box 1626**
**Monterey Park, CA 91754-8626**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____          **$604.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Utility**

---

**4.1 35**

**Stanley Pest**
Nonpriority Creditor's Name

**2555 Loma Avenue**
**South El Monte, CA 91733**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____          **$480.97**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Trade Payables**

---

**4.1 36**

**The Bella R. Attix 2000 Trust**
Nonpriority Creditor's Name

**11114 Corte Mar De Cristal**
**San Diego, CA 92130**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____          **$200,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Investor - CREI Promissory Note**

---

| Debtor 1 | **Andrew Stupin** | | |
|---|---|---|---|
| Debtor 2 | **Julie Stupin** | Case number (if known) | **8:26-bk-11202-SC** |

---

**4.1 37**

**The Gas Co.**
Nonpriority Creditor's Name

**P.O. Box 1626**
**Monterey Park, CA 91754-8626**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Utility**

---

**4.1 38**

**The Process Server**
Nonpriority Creditor's Name

**960 N Tustin Street #304**
**Orange, CA 92687**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____    **$300,000.00**

**When was the debt incurred?**    **8/16/2011**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Investor - CREI Promissory Note**

---

**4.1 39**

**The Process Server**
Nonpriority Creditor's Name

**960 N Tustin Street #304**
**Orange, CA 92687**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____    **$50,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Investor - CREI Promissory Note**

---

Debtor 1 **Andrew Stupin**

Debtor 2 **Julie Stupin**

Case number (if known) **8:26-bk-11202-SC**

---

4.1
40

**Travelers**

Nonpriority Creditor's Name

**PO Box 660317**
**Dallas, TX 75266**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

$423.50

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Insurance - Property**

---

4.1
41

**Vickie Larson**

Nonpriority Creditor's Name

**5000 Antelope Junction**
**Farmington, NM 87402**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

$50,000.00

**When was the debt incurred?** **6/1/2011**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Investor - CREI Promissory Note**

---

4.1
42

**Vince Paglia**

Nonpriority Creditor's Name

**2790 E. Regal Park Dr.**
**Anaheim, CA 92806**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

$750,000.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Investor - CREI Promissory Note**

---

Debtor 1   **Andrew Stupin**
Debtor 2   **Julie Stupin**                                    Case number (if known)   **8:26-bk-11202-SC**

---

**4.1 43**

**Vince Paglia**
Nonpriority Creditor's Name
**2790 E. Regal Park Dr.**
**Anaheim, CA 92806**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____                                    **$750,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Investor - CREI Promissory Note**

---

**4.1 44**

**Vision Pools**
Nonpriority Creditor's Name
**25422 Trabuco suite 105 #100-368**
**Lake Forest, CA 92630**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____                                    **$335.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Trade Payables**

---

**4.1 45**

**Western Alliance Bank**
Nonpriority Creditor's Name
**1 E Washington St**
**Suite 1400**
**Phoenix, AZ 85004**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____                                    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Litigation**

---

Debtor 1  **Andrew Stupin**

Debtor 2  **Julie Stupin**                                                    Case number (if known)  **8:26-bk-11202-SC**

---

**4.1 46**

**Western Alliance Bank c/o**

Nonpriority Creditor's Name

**Ballard Spahr LLP, Attn Craig Ganz
2029 Century Park East, Suite 1400
Los Angeles, CA 90067**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____                **Unknown**

**When was the debt incurred?**    **10/28/2024**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Guaranties of real estate loans**

---

**4.1 47**

**Zions (CB&T) Lawsuit**

Nonpriority Creditor's Name

**1 South Main Street
Salt Lake City, UT 84133**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____                **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Litigation**

---

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |
| --- | --- |

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |
| --- | --- |

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

|  |  |  | | **Total Claim** |
| --- | --- | --- | --- | --- |
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 0.00 |
|  |  |  | | **Total Claim** |
| **Total claims** | 6f. | **Student loans** | 6f. | $ 0.00 |

Debtor 1   **Andrew Stupin**

Debtor 2   **Julie Stupin**                                                                 Case number (if known)    **8:26-bk-11202-SC**

| from Part 2 | | | | | |
|---|---|---|---|---|---|
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ | **0.00** |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ | **0.00** |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | **29,360,882.97** |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ | **29,360,882.97** |

Official Form 106 E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                                Page 52 of 52

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Andrew Stupin** |
| | First Name     Middle Name     Last Name |
| Debtor 2 | **Julie Stupin** |
| (Spouse if, filing) | First Name     Middle Name     Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA |
| Case number | **8:26-bk-11202-SC** |
| (if known) | |

■ Check if this is an
amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1.  **Do you have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease <br> Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1  **Aegis Security Insurance Company** <br> **PO Box 261567** <br> **Hartford, CT 06126** | **Property Insurance - 305 5th St** |
| 2.2  **Aegis Security Insurance Company** <br> **PO Box 261567** <br> **Hartford, CT 06126** | **Property Insurance - 317 5th St** |
| 2.3  **Aegis Security Insurance Company** <br> **PO Box 261567** <br> **Hartford, CT 06126** | **Property Insurance - 323-325 5th St** |
| 2.4  **Alex Mallari & Dana Benko (Guarantor)** <br> **818 Palm Ave** <br> **A** <br> **Huntington Beach, CA 92648** | **Residential Lease** |
| 2.5  **Brec Barrett & Rachel Patterson** <br> **818 Palm Ave** <br> **D** <br> **Huntington Beach, CA 92648** | **Residential Lease** |
| 2.6  **Bruce & Karen Milliken** <br> **309 5th St** <br> **A** <br> **Huntington Beach, CA 92648** | **Residential Lease** |
| 2.7  **California Fair Plan** <br> **PO Box 840244** <br> **Los Angeles, CA 90084** | **Property Insurance - 211 5th St** |

| Debtor 1 | Andrew Stupin | | |
|---|---|---|---|
| Debtor 2 | Julie Stupin | Case number *(if known)* | **8:26-bk-11202-SC** |

 **Additional Page if You Have More Contracts or Leases**

| | **Person or company with whom you have the contract or lease**<br>Name, Number, Street, City, State and ZIP Code | **State what the contract or lease is for** |
|---|---|---|
| 2.8 | **California Fair Plan**<br>**PO Box 840244**<br>**Los Angeles, CA 90084** | **Property Insurance - 213 5th St** |
| 2.9 | **California Fair Plan**<br>**PO Box 840244**<br>**Los Angeles, CA 90084** | **Property Insurance - 215 5th St** |
| 2.10 | **Carlos & Jenny Gonzalez**<br>**213 5th St**<br>**A**<br>**Huntington Beach, CA 92648** | **Residential Lease** |
| 2.11 | **Carlos Gonzalez & Daniela Velazquez**<br>**818 Palm Ave**<br>**B**<br>**Huntington Beach, CA 92648** | **Residential Lease** |
| 2.12 | **Celia Jairala & Lilian Pennington**<br>**818 Palm Ave**<br>**F**<br>**Huntington Beach, CA 92648** | **Residential Lease** |
| 2.13 | **Century Surety Co.**<br>**500 Polaris Parkway**<br>**Suite 300**<br>**Westerville, OH 43082** | **General Liability Insurance - 209, 211, 213, & 215 5th St** |
| 2.14 | **Coastline Real Estate Investments, LLC**<br>**215 5th St**<br>**A**<br>**Huntington Beach, CA 92648** | **Residential Lease** |
| 2.15 | **Cody &  Jacqueline Emerson**<br>**213 5th St**<br>**B**<br>**Huntington Beach, CA 92648** | **Residential Lease** |
| 2.16 | **David & Jerry Thomas**<br>**309 5th St**<br>**C**<br>**Huntington Beach, CA 92648** | **Residential Lease** |
| 2.17 | **Donald T Spears**<br>**309 5th St**<br>**B**<br>**Huntington Beach, CA 92648** | **Residential Lease** |
| 2.18 | **Evanston Insurance Company**<br>**10275 W Higgins Rd**<br>**Ste 750**<br>**Rosemont, IL 60018** | **Property Insurance - 209 5th St** |

| Debtor 1 | Andrew Stupin | | |
|---|---|---|---|
| Debtor 2 | Julie Stupin | Case number *(if known)* | **8:26-bk-11202-SC** |

### Additional Page if You Have More Contracts or Leases

| | Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|---|
| 2.19 | **Fidelity & Guaranty Insurance Company**<br>**One Tower Square**<br>**Hartford, CT 06183** | **Business Personal Property - 301-303 5th St** |
| 2.20 | **Fidelity & Guaranty Insurance Company**<br>**One Tower Square**<br>**Hartford, CT 06183** | **Commercial General Liability Insurance** |
| 2.21 | **Fidelity & Guaranty Insurance Company**<br>**One Tower Square**<br>**Hartford, CT 06183** | **Automobile Liability Insurance** |
| 2.22 | **Fletcher Jones Motor Cars, Inc.**<br>**3300 Jamboree Rd**<br>**Newport Beach, CA 92660** | **Motor Vehicle Lease Agreement - 2024 Mercedes-Benz x54851** |
| 2.23 | **Fletcher Jones Motor Cars, Inc.**<br>**3300 Jamboree Rd**<br>**Newport Beach, CA 92660** | **Motor Vehicle Lease Agreement - 2024 Mercedes-Benz x08094** |
| 2.24 | **Fred Ortiz & A. Stupin**<br>**211 5th St**<br>**A**<br>**Huntington Beach, CA 92648** | **Residential Lease** |
| 2.25 | **Jacie Kailani & Daniel Sobel**<br>**818 Palm Ave**<br>**C**<br>**Huntington Beach, CA 92648** | **Residential Lease** |
| 2.26 | **John Peterson**<br>**211 5th St**<br>**C**<br>**Huntington Beach, CA 92648** | **Residential Lease** |
| 2.27 | **Jordan Lucio**<br>**818 Palm Ave**<br>**E**<br>**Huntington Beach, CA 92648** | **Residential Lease** |
| 2.28 | **Katherine Scheibenhoffer & Timothy Champ**<br>**309 5th St**<br>**D**<br>**Huntington Beach, CA 92648** | **Residential Lease** |
| 2.29 | **Kayla Renee Baines**<br>**215 5th St**<br>**B**<br>**Huntington Beach, CA 92648** | **Residential Lease** |

| Debtor 1 | **Andrew Stupin** | |
|---|---|---|
| Debtor 2 | **Julie Stupin** | Case number *(if known)*  **8:26-bk-11202-SC** |

### ■ Additional Page if You Have More Contracts or Leases

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.30  **Mercury Insurance**<br>**PO Box 5700**<br>**Rancho Cucamonga, CA 91729** | **Property Insurance - 11 Offshore** |
| 2.31  **Mercury Insurance**<br>**PO Box 5700**<br>**Rancho Cucamonga, CA 91729** | **Property Insurance - 17 Colonial** |
| 2.32  **Mercury Insurance**<br>**PO Box 5700**<br>**Rancho Cucamonga, CA 91729** | **Property Insurance - 3322-3324 Via Lido** |
| 2.33  **Mercury Insurance**<br>**PO Box 5700**<br>**Rancho Cucamonga, CA 91729** | **Property Insurance - 8566 Colusa Cir** |
| 2.34  **Mercury Insurance**<br>**PO Box 5700**<br>**Rancho Cucamonga, CA 91279** | **Automobile Liability Insurance** |
| 2.35  **Neptune Flood Insurance**<br>**PO Box 735653**<br>**Chicago, IL 60673** | **Flood Insurance - 3322-3324 Via Lido** |
| 2.36  **Patrick Mitzel**<br>**215 5th St**<br>**D**<br>**Huntington Beach, CA 92648** | **Residential Lease** |
| 2.37  **Personal Umbrella.com**<br>**5835 Doyle St**<br>**Ste 115**<br>**Emeryville, CA 94608** | **Personal Umbrella Insurance** |
| 2.38  **Peter Townsend**<br>**215 5th St**<br>**E**<br>**Huntington Beach, CA 92648** | **Residential Lease** |
| 2.39  **Progressive Insurance**<br>**PO Box 6807**<br>**Cleveland, OH 44101** | **Boat Policy Insurance** |
| 2.40  **Robert & Jacqueline Emerson**<br>**213 5th St**<br>**C**<br>**Huntington Beach, CA 92648** | **Residential Lease** |
| 2.41  **Robert Saltarelli**<br>**211 5th St**<br>**B**<br>**Huntington Beach, CA 92648** | **Residential Lease** |

| Debtor 1 | **Andrew Stupin** | | |
|---|---|---|---|
| Debtor 2 | **Julie Stupin** | Case number *(if known)* | **8:26-bk-11202-SC** |

 **Additional Page if You Have More Contracts or Leases**

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.42 **Thomas Hess**<br>**818 Palm Ave**<br>**G**<br>**Huntington Beach, CA 92648** | **Residential Lease** |
| 2.43 **Travelers**<br>**PO Box 660317**<br>**Dallas, TX 75266** | **Property Insurance - 301-303 5th St** |
| 2.44 **Travelers**<br>**PO Box 660317**<br>**Dallas, TX 75266** | **Property Insurance - 309 5th St** |
| 2.45 **Travelers**<br>**PO Box 660317**<br>**Dallas, TX 75266** | **Property Insurance - 311 5th St** |
| 2.46 **Travelers**<br>**PO Box 660317**<br>**Dallas, TX 75266** | **Property Insurance - 818 Palm Ave** |
| 2.47 **Zachariah Robinson**<br>**215 5th St**<br>**C**<br>**Huntington Beach, CA 92648** | **Residential Lease** |

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Andrew Stupin** | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Julie Stupin** | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA

Case number    **8:26-bk-11202-SC**
(if known)

■ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy          04/25

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:    Give Details About Your Marital Status and Where You Lived Before

**1.    What is your current marital status?**

■ Married
☐ Not married

**2.    During the last 3 years, have you lived anywhere other than where you live now?**

■ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|

**3.    Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

☐ No
■ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2    Explain the Sources of Your Income

**4.    Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

■ No
☐ Yes. Fill in the details.

| Debtor 1 | | Debtor 2 | |
|---|---|---|---|
| **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |

| Debtor 1 | **Andrew Stupin** | | |
|---|---|---|---|
| Debtor 2 | **Julie Stupin** | Case number *(if known)* | **8:26-bk-11202-SC** |

**5. Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No

■ Yes. Fill in the details.

| | **Debtor 1** | | **Debtor 2** | |
|---|---|---|---|---|
| | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions) | **Sources of income** Describe below. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | **Social Security Benefits** | $13,476.00 | | |
| | **Rental Income** | $366,720.00 | | |
| | **LLC Distributions** | $24,282.00 | | |
| **For last calendar year:** (January 1 to December 31, 2025 ) | **Social Security Benefits** | $40,428.00 | | |
| | **Rental Income** | $1,100,160.00 | | |
| | **LLC Distributions** | $327,941.48 | | |
| **For the calendar year before that:** (January 1 to December 31, 2024 ) | **Social Security Benefits** | $40,428.00 | | |
| | **Rental Income** | $1,066,374.00 | | |
| | **LLC Distributions** | $539,916.00 | | |

| **Part 3:** | **List Certain Payments You Made Before You Filed for Bankruptcy** |
|---|---|

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

■ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $8,575* or more?

☐ No. Go to line 7.

■ Yes List below each creditor to whom you paid a total of $8,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
   * Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☐ Yes List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

| Debtor 1 | **Andrew Stupin** | | |
|---|---|---|---|
| Debtor 2 | **Julie Stupin** | Case number *(if known)* | **8:26-bk-11202-SC** |

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **LIST TO FOLLOW** | | **$0.00** | **$0.00** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☐ No

■ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| **LIST TO FOLLOW** | | **$0.00** | **$0.00** | |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☐ No

■ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| **LIST TO FOLLOW** | | **$0.00** | **$0.00** | |

| Part 4: | Identify Legal Actions, Repossessions, and Foreclosures |
|---|---|

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No

■ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Zions (CB&T) Lawsuit**<br>**25STCV30165** | **Civil** | **Los Angeles County Superior Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Western Alliance Bank Lawsuit**<br>**25STCV24263** | **Civil** | **Los Angeles County Superior Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Enterprise Bank & Trust v. 777 At Laguna LL et al**<br>**2025-01504281** | **Civil** | **Orange County Superior Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor 1    **Andrew Stupin**

Debtor 2    **Julie Stupin**                                                  Case number (*if known*)    **8:26-bk-11202-SC**

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Marcil's vs. Stupin**<br>**26STCV08371** | **Civil** | **Los Angeles County Superior Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Arvielo v. Stupin**<br>**2026-01549625** | **Civil** | **Orange Coutny Superior** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **PMF CA REIT LLC v. Honaker and Stupin**<br>**2025-01488869** | **Civil** | **Orange Coutny Superior Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Preferred Bank v. SDRES Partners**<br>**26NNCV01136** | **Civil** | **Los Angeles County Superior Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Preferred Bank v. SDRES Partners**<br>**26NNCV01021** | **Civil** | **Los Angeles County Superior Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Preferred Bank v. Shaym and Stupin** | **Civil** | **Los Angeles County Superior Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Preferred Bank v. Shaym and Stupin** | **Civil** | **Orange County Superior Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Nano Banc v. Coastline 901 LLC**<br>**25SMCV06642** | **Civil** | **Los Angeles County Superior Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Nano Banc v. Ramanujan Group**<br>**2025-01496573** | **Civil** | **Orange County Superior Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Zions v. Stupin, et al.**<br>**25STCV30165** | **Civil** | **Los Angeles County Superior Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Western v. Cantor Group, et al.**<br>**25STCV24263** | **Civil** | **Los Angeles County Superior Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

| Debtor 1 | **Andrew Stupin** | | |
|---|---|---|---|
| Debtor 2 | **Julie Stupin** | Case number *(if known)* | **8:26-bk-11202-SC** |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

■ No. Go to line 11.
☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| | | | |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

■ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | |

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

■ No
☐ Yes

## Part 5:    List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**
☐ No
■ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| **Family members and relatives Various**<br><br>Person's relationship to you: **Nephews, nieces, and grandchildren.** | **Miscellaneous birthday gifts** | **Various** | **$15,000.00** |

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**
☐ No
■ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| **Oceans Church**<br>**9800 Muirlands Blvd**<br>**Irvine, CA 92618** | **Charitable Donation** | **Various** | **$30,000.00** |

## Part 6:    List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

■ No
☐ Yes.  Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|
| | | | |

| Debtor 1 | **Andrew Stupin** | |
|---|---|---|
| Debtor 2 | **Julie Stupin** | |

Case number (*if known*)   **8:26-bk-11202-SC**

---

**Part 7:**   **List Certain Payments or Transfers**

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Force Ten Advisors, LLC<br>5271 California Ave<br>Suite 270<br>Irvine, CA 92617 | Payment from Twin Towers Group, LLC on behalf of Andrew and Julie Stupin to Force Ten Advisors, LLC | 4/15/2026 | $350,000.00 |
| Levene, Neale, Bender, Yoo & Golubchik L<br>2818 La Cienega Ave<br>Los Angeles, CA 90034 | Payment from Coastline Real Estate Investments on behalf of Andrew and Julie Stupin to Levene, Neale, Bender, Yoo & Golubchik LLP | 4/15/2026 | $366,568.50 |
| Northstar Financial Advisory<br>9454 Wilshire Blvd<br>Suite 600<br>Beverly Hills, CA 90212 | Payment from Coastline Real Estate Investments on behalf of Andrew and Julie Stupin to Northstar Financial Advisory | 4/28/2026 | $25,000.00 |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

■ No
☐ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

| Debtor 1 | **Andrew Stupin** | | |
|---|---|---|---|
| Debtor 2 | **Julie Stupin** | Case number *(if known)* | **8:26-bk-11202-SC** |

## Part 8:    List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

  ■ **No**
  ☐ **Yes. Fill in the details.**

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

  ■ **No**
  ☐ **Yes. Fill in the details.**

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

  ■ **No**
  ☐ **Yes. Fill in the details.**

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

## Part 9:    Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

  ■ **No**
  ☐ **Yes.  Fill in the details.**

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

## Part 10:    Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

  ■ **No**
  ☐ **Yes. Fill in the details.**

| Name of site Address (Number, Street, City, State and ZIP Code) | Governmental unit Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

| Official Form 107 | Statement of Financial Affairs for Individuals Filing for Bankruptcy | page **7** |
|---|---|---|

| Debtor 1 | **Andrew Stupin** | | |
|---|---|---|---|
| Debtor 2 | **Julie Stupin** | Case number *(if known)* | **8:26-bk-11202-SC** |

**25.  Have you notified any governmental unit of any release of hazardous material?**

■  **No**

☐  **Yes. Fill in the details.**

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

**26.  Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■  **No**

☐  **Yes. Fill in the details.**

| Case Title<br>Case Number | Court or agency<br>**Name**<br>**Address** (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|
| | | | |

| Part 11: | Give Details About Your Business or Connections to Any Business |
|---|---|

**27.  Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ **A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time**

☐ **A member of a limited liability company (LLC) or limited liability partnership (LLP)**

☐ **A partner in a partnership**

☐ **An officer, director, or managing executive of a corporation**

☐ **An owner of at least 5% of the voting or equity securities of a corporation**

☐   **No. None of the above applies.  Go to Part 12.**

■   **Yes. Check all that apply above and fill in the details below for each business.**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **504 Main Street Group LLC**<br>**504 Main St**<br>**Huntington Beach, CA 92648** | | EIN:     **20-0057715**<br><br>**From-To** |
| **Cedar Group LLC**<br>**9286 Cedar**<br>**Bellflower, CA** | | EIN:     **95-4712503**<br><br>**From-To** |
| **Stanton Group LLC**<br>**8067 & 8079 Chapman Ave**<br>**Stanton, CA** | | EIN:     **33-0797381**<br><br>**From-To** |
| **Stanton Group Three LLC**<br>**8103 Chapman Ave**<br>**Stanton, CA 90680** | | EIN:     **33-0816341**<br><br>**From-To** |
| **Twin Towers Group LLC**<br>**15909-15911 Vermont Ave**<br>**Paramount, CA** | | EIN:     **95-4873038**<br><br>**From-To** |
| **Pioneer Group LLC**<br>**5663-5703 Cherry Ave**<br>**Long Beach, CA** | | EIN:     **95-4733800**<br><br>**From-To** |

| Debtor 1 | **Andrew Stupin** | | |
|---|---|---|---|
| Debtor 2 | **Julie Stupin** | Case number *(if known)* | **8:26-bk-11202-SC** |

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **Rosecrans Group LLC**<br>**400 & 410 W. Carson**<br>**Carson, CA** | | EIN:      **73-1667451**<br><br>From-To |
| **Via Lido Group II LLC**<br>**215 5th St**<br>**Huntington Beach, CA 92648** | | EIN:      **82-1951923**<br><br>From-To |
| **Broadway Group LLC**<br>**4735 W. Broadway**<br>**Hawthorne, CA** | | EIN:      **61-1654638**<br><br>From-To |
| **Lawndale Group LLC**<br>**4020 W. Rosecrans**<br>**Hawthorne, CA 90250** | | EIN:      **45-5086090**<br><br>From-To |
| **Century Group LLC**<br>**2056-2106 W. Century Blvd.**<br>**Los Angeles, CA 90047** | | EIN:      **46-1541654**<br><br>From-To |
| **Oak Center Group LLC**<br>**311 S. Oak St. & 1136 W Civic**<br>**Center Dr.**<br>**Santa Ana, CA 92703** | | EIN:      **46-2637868**<br><br>From-To |
| **Sky Mobile LLC**<br>**520 Newport Center Dr STE 480**<br>**Newport Beach, CA 92660** | | EIN:      **46-3764659**<br><br>From-To |
| **Whitaur Group LLC**<br>**216 Promenade N., STE. 200**<br>**Long Beach, CA** | | EIN:      **46-1987168**<br><br>From-To |
| **Raymond Group LLC**<br>**104 N Raymond Ave**<br>**Fullerton, CA** | | EIN:      **47-1191909**<br><br>From-To |
| **Moreno Bowling Group LLC**<br>**520 Newport Center Dr STE 480**<br>**Newport Beach, CA 92660** | | EIN:      **47-1204879**<br><br>From-To |
| **Alessandro Group LLC**<br>**23750 Alessandro Blvd**<br>**Moreno Valley, CA 92553** | | EIN:      **46-5107011**<br><br>From-To |
| **Plaza Continental Group LLC**<br>**3550, 3640, & 3660 Porsche Way**<br>**3700-3760 Inland Empire Boulevard**<br>**Ontario, CA 91764** | | EIN:      **47-4430725**<br><br>From-To |
| **Mission San Diego Group LLC**<br>**3070 Myers St., Unit B**<br>**Riverside, CA 92503** | | EIN:      **46-4747500**<br><br>From-To |

Official Form 107                    **Statement of Financial Affairs for Individuals Filing for Bankruptcy**                    page **9**

Debtor 1 **Andrew Stupin**
Debtor 2 **Julie Stupin**                                              Case number (*if known*)  **8:26-bk-11202-SC**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **Evariste Group LLC**<br>**520 Newport Center Dr STE 480**<br>**Newport Beach, CA 92660** | | EIN:  **47-5125149**<br><br>**From-To** |
| **Cantor Group LLC**<br>**520 Newport Center Dr STE 480**<br>**Newport Beach, CA 92660** | | EIN:  **47-3543326**<br><br>**From-To** |
| **Cantor Group II LLC**<br>**9618–9622 Garden Grove Blvd**<br>**Garden Grove, CA** | | EIN:  **30-0890115**<br><br>**From-To** |
| **Hilbert Group LLC**<br>**27405–27537 Jefferson Ave**<br>**Temecula, CA** | | EIN:  **32-0480193**<br><br>**From-To** |
| **Chino Central Group LLC**<br>**12101-12233 Central Ave**<br>**Chino, CA 91710** | | EIN:  **81-3195481**<br><br>**From-To** |
| **Galois Group LLC**<br>**28207–28313 Newhall Ranch Rd**<br>**Valencia, CA** | | EIN:  **81-4790757**<br><br>**From-To** |
| **Conejo Riverside Group LLC**<br>**1151–1161 E Walnut Ave**<br>**Ontario, CA** | | EIN:  **46-4691872**<br><br>**From-To** |
| **Rancho Colton Group LLC**<br>**520 Newport Center Dr STE 480**<br>**Newport Beach, CA 92660** | | EIN:  **82-3709201**<br><br>**From-To** |
| **Tarski Group LLC**<br>**5130–5290 Arlington Ave**<br>**Riverside, CA** | | EIN:  **82-3657485**<br><br>**From-To** |
| **Riverside Macon Group LLC**<br>**520 Newport Center Dr STE 480**<br>**Newport Beach, CA 92660** | | EIN:  **46-4724810**<br><br>**From-To** |
| **184 E 64th LLC**<br>**184 E 64th St**<br>**New York, NY** | | EIN:  **Unknown**<br><br>**From-To** |
| **227 E 67th LLC**<br>**227 E 67th St**<br>**New York, NY** | | EIN:  **Unknown**<br><br>**From-To** |
| **Skolem Group LLC**<br>**9710–9886 Central Ave**<br>**Montclair, CA** | | EIN:  **83-3879335**<br><br>**From-To** |
| **Grothendieck Group LLC**<br>**8190 Limonite Ave**<br>**Jurupa Valley, CA** | | EIN:  **84-3123538**<br><br>**From-To** |

Debtor 1   **Andrew Stupin**
Debtor 2   **Julie Stupin**                                        Case number *(if known)*   **8:26-bk-11202-SC**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **Poincare Group LLC**<br>**41221–41577 Margarita Rd**<br>**Temecula, CA** | | EIN:    **84-3304484**<br><br>**From-To** |
| **Ramanujan Investor Group LLC**<br>**3650 Blackhawk Plaza Cir**<br>**Danville, CA** | | EIN:    **84-4637826**<br><br>**From-To** |
| **Henkin Investor Group LLC**<br>**29640 & 29720 Rancho California Rd**<br>**Temecula, CA** | | EIN:    **86-1652388**<br><br>**From-To** |
| **Kolmogorov Group LLC**<br>**421 S Coast Hwy**<br>**Laguna Beach, CA** | **Hotel Laguna** | EIN:    **87-2744433**<br><br>**From-To** |
| **Sky Lounge Group LLC**<br>**520 Newport Center Dr STE 480**<br>**Newport Beach, CA 92660** | | EIN:    **87-2589854**<br><br>**From-To** |
| **Monte Carlo La Jolla Group LLC**<br>**520 Newport Center Dr STE 480**<br>**Newport Beach, CA 92660** | | EIN:    **46-4287707**<br><br>**From-To** |
| **Shell Beach LLC**<br>**215 5th St**<br>**Huntington Beach, CA 92648** | | EIN:    **61-1895068**<br><br>**From-To** |
| **Shell Beach II LLC**<br>**215 5th St**<br>**Huntington Beach, CA 92648** | | EIN:    **83-1446245**<br><br>**From-To** |
| **River Jetty CDM LLC**<br>**2325 E Coast Hwy**<br>**Corona Del Mar, CA** | **CDM Restaurant** | EIN:    **82-3478818**<br><br>**From-To** |
| **Los Arcos Newport LLC**<br>**3334 W. Coast Highway**<br>**Newport Beach, CA** | **A Restaurant and A Market** | EIN:    **26-0595713**<br><br>**From-To** |
| **River Jetty Crystal Cove LLC**<br>**7684 E. Coast Highway**<br>**Newport Coast, CA** | | EIN:    **85-3667002**<br><br>**From-To** |
| **River Jetty Second & PCH LLC**<br>**6420 E. Coast Highway**<br>**Long Beach, CA** | | EIN:    **87-1065616**<br><br>**From-To** |
| **River Jetty Sunset LLC**<br>**8689 Sunset Blvd**<br>**Los Angeles, CA** | | EIN:    **87-4778068**<br><br>**From-To** |

| Debtor 1 | **Andrew Stupin** |
|---|---|
| Debtor 2 | **Julie Stupin** |

Case number (*if known*)  **8:26-bk-11202-SC**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **Nano Financial Holdings, Inc**<br>**7755 Irvine Center Dr., 3rd Floor**<br>**Irvine, CA** | | EIN: **Unknown**<br><br>From-To |
| **Loop Industries, Inc** | | EIN: **Unknown**<br><br>From-To |
| **Nekter Juice Bar, Inc.** | | EIN: **Unknown**<br><br>From-To |
| **Optiharvest, Inc.** | | EIN: **Unknown**<br><br>From-To |
| **Cantor Group IV LLC**<br>**520 Newport Center Dr STE 480**<br>**Newport Beach, CA 92660** | | EIN: **82-1725878**<br><br>From-To |
| **Coastline Designs LLC**<br>**215 5th St**<br>**Huntington Beach, CA 92648** | | EIN: **84-4301889**<br><br>From-To |
| **Cantor Group V, LLC**<br>**520 Newport Center Dr STE 480**<br>**Newport Beach, CA 92660** | | EIN: **82-2279350**<br><br>From-To |
| **Casa Via Lido LLC**<br>**215 5th Street**<br>**Huntington Beach, CA 92648** | | EIN: **87-2944079**<br><br>From-To |
| **Club Trilly LLC**<br>**215 5th Street**<br>**Huntington Beach, CA 92648** | | EIN: **93-3966292**<br><br>From-To |
| **Coastline Loans LLC**<br>**215 5th St**<br>**Huntington Beach, CA 92648** | | EIN: **86-1939570**<br><br>From-To |
| **Coastline Real Estate Investments**<br>**520 Newport Center Dr STE 480**<br>**Newport Beach, CA 92660** | | EIN: **83-2438546**<br><br>From-To |
| **Coastline Santa Monica Inv. LLC**<br>**215 5th St**<br>**Huntington Beach, CA 92648** | | EIN: **86-1885631**<br><br>From-To |
| **Continuum Opportunities LP**<br>**215 5th St #A**<br>**Newport Beach, CA 92660** | | EIN: **83-2449123**<br><br>From-To |
| **Continuum Real Estate Opportuniti**<br>**215 5th St #A**<br>**Huntington Beach, CA** | | EIN: **83-2438546**<br><br>From-To |

| Debtor 1 | **Andrew Stupin** | | |
|---|---|---|---|
| Debtor 2 | **Julie Stupin** | Case number (*if known*) | **8:26-bk-11202-SC** |

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **Continuum Analytics LLC**<br>**184 E 64th St and 227 E 67th St**<br>**New York, NY** | | EIN:     **83-2438546**<br><br>From-To |
| **Evariste Group Manager LLC**<br>**520 Newport Center Dr STE 480**<br>**Newport Beach, CA 92660** | | EIN:     **47-5129830**<br><br>From-To |
| **Forcing Rosser Manager LLC** | | EIN:     **85-4387465**<br><br>From-To |
| **Harbor Island Group LLC**<br>**696 S Coast Hwy**<br>**Laguna Beach, CA** | | EIN:     **88-2199584**<br><br>From-To |
| **JKO Group LLC**<br>**2549 Eastbluff Dr #720**<br>**Newport Beach, CA 92660** | | EIN:     **88-1498048**<br><br>From-To |
| **Macon Group LLC**<br>**520 Newport Center Dr STE 480**<br>**Newport Beach, CA 92660** | | EIN:     **80-0878230**<br><br>From-To |
| **MOM AS Investor Group LLC**<br>**520 Newport Center Dr STE 480**<br>**Newport Beach, CA 92660** | | EIN:     **86-4006049**<br><br>From-To |
| **Monterey Sands Group LLC**<br>**520 Newport Center Dr STE 480**<br>**Newport Beach, CA 92660** | | EIN:     **87-2030263**<br><br>From-To |
| **Monterey Sands Investor Group**<br>**520 Newport Center Dr STE 480**<br>**Newport Beach, CA 92660** | | EIN:     **87-3325232**<br><br>From-To |
| **NWPT CO LLC**<br>**215 5th St**<br>**Huntington Beach, CA 92648** | | EIN:     **92-1332952**<br><br>From-To |
| **Sifat LLC** | | EIN:     **Unknown**<br><br>From-To |
| **Tenet SAC LLC**<br>**27741 Crown Valley Pkwy**<br>**Mission Viejo, CA** | | EIN:     **92-2978631**<br><br>From-To |
| **Trillion Boys LLC**<br>**215 5th St**<br>**Huntington Beach, CA 92648** | | EIN:     **87-1814004**<br><br>From-To |
| **Vineyard Village Group LLC**<br>**2403-2455 South Vineyard Ave**<br>**Ontario, CA** | | EIN:     **47-3023865**<br><br>From-To |

| Debtor 1 | **Andrew Stupin** |
| Debtor 2 | **Julie Stupin** |

Case number *(if known)*    **8:26-bk-11202-SC**

28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

☐  No

■  Yes. Fill in the details below.

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| **Comerica Bank**<br>**1717 Main Street**<br>**Dallas, TX 75201** | |
| **Secured Income Fund-II c/o**<br>**PLM Lender Services, Inc.**<br>**5446 Thornwood Drive**<br>**2nd Floor**<br>**San Jose, CA 95123** | |
| **First Bank**<br>**Attn: Payment Processing**<br>**P.O. Box 79026**<br>**Saint Louis, MO 63179** | |
| **The Evergreen Advantage**<br>**1424 4th Street**<br>**Suite 777**<br>**Santa Monica, CA 90401** | |
| **Rocket Mortgage**<br>**PO Box 6577**<br>**Carol Stream, IL 60197** | |
| **First Choice Bank**<br>**17785 Center Court Drive**<br>**Suite 750**<br>**Cerritos, CA 90703** | |
| **VL Ventures, LLC**<br>**1303 Avocado Avenue**<br>**Suite 200**<br>**Newport Beach, CA 92660** | |
| **Clearedge Lending**<br>**20 Enterprise**<br>**Suite 330**<br>**Aliso Viejo, CA 92656** | |

**Part 12:    Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

| **Andrew Stupin**<br>**Signature of Debtor 1** | **Julie Stupin**<br>**Signature of Debtor 2** |
|---|---|
| Date    **June  2, 2026** | Date    **June  2, 2026** |

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

| Debtor 1 | **Andrew Stupin** | | |
|---|---|---|---|
| Debtor 2 | **Julie Stupin** | Case number (*if known*) | **8:26-bk-11202-SC** |

■ No

☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).