DAVID B. GOLUBCHIK (State Bar No. 185520)
CARMELA T. PAGAY (State Bar No. 195603)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone:  (310) 229-1234
Facsimile:  (310) 229-1244
Email: DBG@LNBYG.COM; CTP@LNBYG.COM

**FILED & ENTERED**

**JUN 04 2026**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte        DEPUTY CLERK

Proposed Attorneys for Chapter 11 Debtors and Debtors in Possession

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>ANDREW STUPIN and JULIE STUPIN,<br><br>Debtors and Debtors in Possession. | Case No.: 8:26-bk-11202-SC<br><br>Chapter 11<br><br>**SCEHDULING ORDER FOLLOWING INITIAL CHAPTER 11 STATUS CONFERENCE**<br><br>Date:  June 3, 2026<br>Time:  1:30 p.m.<br>Place:  Courtroom 5C-Virtual<br>        U.S. Bankruptcy Court<br>        411 West Fourth Street<br>        Santa Ana, CA 92701 |

A Chapter 11 Status Conference was held on June 3, 2026, at 1:30 p.m. before the Honorable Scott C. Clarkson, United States Bankruptcy Judge, in the Chapter 11 bankruptcy case of Andrew Stupin and Julie Stupin, the debtor and debtor in possession herein (the "Debtor").  Appearances were as set forth in the Court's record.

This Court, having considered the Chapter 11 Status Report filed by the Debtors, the Supplement to the Status Report, the entire record in this case, the statements and representations of counsel at the Status Conference hearing, and other good cause appearing,

1

**IT IS HEREBY ORDERED AS FOLLOWS:**

1.      August 17, 2026, is set as the deadline for the Debtors to file a plan and disclosure statement and to set the disclosure statement for hearing utilizing the Court's self-set calendar, without prejudice to seeking an extension of such deadline upon proper motion and basis for such extension;

2.      August 30, 2026, is set as the deadline to file proofs of claims in this case, with notice to be served by June 20, 2026;

3.      Any objections or motions to disallow filed proofs of claim shall be filed by November 30, 2026, and set for hearing utilizing the Court's self-set calendar, without prejudice to seeking an extension of such deadline upon proper motion and basis for such extension;

4.      A continued status conference shall be held on July 15, 2026, at 1:30 p.m.; and

5.      The Debtors shall file a status report not later than 14 days before the continued status conference, which status report shall include a concrete plan process proposal.  Any other parties in interest may also file their status reports in connection with the continued status conference.

### ###

Date: June 4, 2026

Scott C. Clarkson
United States Bankruptcy Judge