Ira D. Kharasch (State Bar No. 109084)
Cia H. Mackle (*Pro Hac Vice Pending*)
Brooke E. Wilson (State Bar No. 354614)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile:  310/201-0760
E-mail:   ikharasch@pszjlaw.com
          cmackle@pszjlaw.com
          bwilson@pszjlaw.com

[Proposed] Counsel to the Official Committee of
Unsecured Creditors

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>ANDREW STUPIN and JULIE STUPIN,<br><br>Debtors and Debtors in Possession. | Case No. 8:26-bk-11202-SC<br><br>Chapter 11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE PURSUANT TO FED. R. BANKR. P. 2002** |

**PLEASE TAKE NOTICE** that Pachulski Stang Ziehl & Jones LLP, proposed counsel ("Counsel") to the Official Committee of Unsecured Creditors of Andrew Stupin and Julie Stupin (the "Committee"), hereby enters its appearance pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and requests that it be added to the official mailing matrix and service lists in the above-captioned case.  Counsel requests, pursuant to Bankruptcy Rules 2002, 3017, and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in this chapter 11 case and copies of all papers served or required to be served in this chapter 11 case, including but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, chapter 11 plans,

LA:4907-7811-5762.1 81994.00002

disclosure statements, and all other matters arising herein or in any related adversary proceeding, be given and served upon the Committee through service upon Counsel, at the address, telephone, facsimile number, and email addresses set forth below:

> Ira D. Kharasch, Esq.
> Cia H. Mackle, Esq.
> Brooke E. Wilson, Esq.
> **PACHULSKI STANG ZIEHL & JONES LLP**
> 10100 Santa Monica Blvd., 13th Floor
> Los Angeles, CA  90067-4100
> Telephone:  (310) 277-6910
> Facsimile:  (310) 201-0760
> Email:ikharasch@pszjlaw.com
>       cmackle@pszjlaw.com
>       bwilson@pszjlaw.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, complaint or demand, motion, petition, pleading or request, and answering or reply papers filed in this chapter 11 case, whether formal or informal, written or oral, and whether served, transmitted, or conveyed by mail, hand delivery, telephone, email, facsimile, or otherwise filed or made with regard to the above-captioned case and proceedings therein.

Dated:  June 8, 2026                    PACHULSKI STANG ZIEHL & JONES LLP

                                        */s/ Ira D. Kharasch*
                                        Ira D. Kharasch

                                        [Proposed] Counsel to the Official Committee of Unsecured Creditors

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

LA:4907-7811-5762.1 81994.00002

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
10100 Santa Monica Boulevard, Suite 1300, Los Angeles, California 90067

A true and correct copy of the foregoing document entitled (*specify*):  ***NOTICE OF APPEARANCE AND REQUEST FOR SERVICE PURSUANT TO FED. R. BANKR. P. 2002*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) June 8, 2026          , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) June 8, 2026          , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 8, 2026 | Myra Kulick | */s/ Myra Kulick* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
4899-8381-3299.1 81994.00002

**F 9013-3.1.PROOF.SERVICE**

## SERVICE LIST

**Mailing Information for Case 8:26-bk-11202-SC**
**To Be Served By The Court Via Notice Of Electronic Filing (Nef)**:

- *Scott R Albrecht*    salbrecht@gsaattorneys.com, jackie.nguyen@sgsattorneys.com
- *Raymond H. Aver*    ray@averlaw.com, averlawfirm@gmail.com;ani@averlaw.com;katya@averlaw.com;jesus@averlaw.com
- *Jessica L Bagdanov*    jbagdanov@bg.law, ecf@bg.law
- *Michael E Bubman*    mbubman@mbn.law, aacosta@mbnlawyers.com
- *Greg P Campbell*    ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
- *Steven Casselberry*    Steve.Casselberry@procopio.com, jessica.perez@procopio.com;emily.marsh@procopio.com;calendaringbankruptcy@procopio.com;evangelina.myers@procopio.com;lauren.hill@procopio.com
- *David Coats*    dacoats@raslg.com
- *Michael G D'Alba*    mgd@lnbyg.com
- *Dora Duru*    dora.duru@bclplaw.com, verlisa.lewis@bclplaw.com
- *Amir Gamliel*    agamliel@perkinscoie.com, cmallahi@perkinscoie.com;DocketLA@perkinscoie.com
- *Craig S Ganz*    ganzc@ballardspahr.com, BKTDocket_West@ballardspahr.com;phxlsateam@ballardspahr.com
- *David B Golubchik*    dbg@lnbyg.com, dbg@lnbyg.com
- *Arnold L Graff*    agraff@wrightlegal.net, nvbkfiling@wrightlegal.net;jpowell@wrightlegal.net
- *Adam M Greely*    agreely@fbfk.law, dstolar@vrslaw.net
- *Steven T Gubner*    sgubner@bg.law, ecf@bg.law
- *Sarah Rose Hasselberger*    shasselberger@marshackhays.com, shasselberger@ecf.courtdrive.com;cbastida@marshackhays.com;alinares@ecf.courtdrive.com
- *Golsa Honarfar*    ghonarfar@rutan.com, avaccaro@rutan.com;apineda@rutan.com
- *Aaron J Malo*    amalo@sheppardmullin.com, hudenka@sheppard.com;mlinker@sheppard.com
- *Sam Maralan*    sm@maralanlaw.com
- *Matthew J Marino*    mmarino@allenmatkins.com, csandoval@allenmatkins.com
- *Kenneth Misken*    Kenneth.M.Misken@usdoj.gov
- *John A Moe*    john.moe@dentons.com, kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com
- *Michael S Myers*    myersm@ballardspahr.com, BKTDocket_West@ballardspahr.com;phxlsateam@ballardspahr.com
- *Alan I Nahmias*    anahmias@mbn.law, jdale@mbn.law
- *Aram Ordubegian*    ordubegian.aram@arentfox.com
- *Carmela Pagay*    ctp@lnbyg.com
- *David M Poitras*    dpoitras@bg.law
- *Joseph M Rothberg*    jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com
- *Joshua L Scheer*    jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com
- *Daren M Schlecter*    daren@schlecterlaw.com, assistant@schlecterlaw.com

- ***Zev Shechtman***    *Zev.Shechtman@saul.com,
  Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@
  saul.com;Shelly.Guise@saul.com;Isaiah.Bribiesca@saul.com*
- ***Robyn B Sokol***    *robyn.sokol@stinson.com,
  lydia.moya@stinson.com;dennette.mulvaney@stinson.com;dbender@leechtishman.com
  ;jnaiya.herd@stinson.com*
- ***Martin W Taylor***    *martin.taylor@bclplaw.com, shawn.williams@bclplaw.com*
- ***Jennifer R Tullius***    *jtullius@tulliuslaw.com*
- ***United States Trustee (SA)***    *ustpregion16.sa.ecf@usdoj.gov*
- ***Christopher A Ward***    *cward@lowenstein.com, lsuprum@lowenstein.com*
- ***Sharon Z. Weiss***    *sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,sharon-
  weiss-7104@ecf.pacerpro.com*
- ***David Wood***    *dwood@marshackhays.com,
  dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.c
  om;alinares@ecf.courtdrive.com*

4931-7004-3059.1 81994.00002

**<u>SERVED BY UNITED STATES MAIL</u>**:

Debtor:
Andrew and Julie Stupin
215 5th Street, Suite A
Huntington Beach, CA 92648

Andrea C. Chang
Dentons US LLP
601 S. Figueroa St Ste 2500
Los Angeles, CA 90017-5704

Dylan Houle
Perkins Coie LLP
1888 Century Park East, Suite 1700
Los Angeles, CA 90067

David J. Root
Bryan Cave Leighton Paisner LLP
1920 Main St Ste 1000
Irvine, CA 92614-7276