DAVID B. GOLUBCHIK (State Bar No. 185520)
CARMELA T. PAGAY (State Bar No. 195603)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone:  (310) 229-1234
Facsimile:   (310) 229-1244
Email: DBG@LNBYG.COM; CTP@LNBYG.COM

Proposed Attorneys for Chapter 11 Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>ANDREW STUPIN and JULIE STUPIN,<br><br>   Debtors and Debtors in Possession. | Case No.: 8:26-bk-11202-SC<br><br>Chapter 11<br><br>**NOTICE OF ORDER REQUIRING SUPPLEMENTAL DISCLOSURES AND SETTING HEARING ON APPLICATION TO EMPLOY LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P. AS GENERAL BANKRUPTCY COUNSEL**<br><br>Hearing<br>Date:  July 15, 2026<br>Time:  1:30 p.m.<br>Place:  Courtroom 5C-Virtual<br>     U.S. Bankruptcy Court<br>     411 West Fourth Street<br>     Santa Ana, CA 92701 |

**TO THE UNITED STATES TRUSTEE AND OTHER PARTIES IN INTEREST:**

Attached hereto as **Exhibit "1"** is the Court's Order Requiring Supplemental Disclosures and Setting Hearing on Application to Employ Levene, Neale, Bender, Yoo & Golubchik L.L.P. as General Bankruptcy Counsel.

Dated: June 8, 2026                    LEVENE, NEALE, BENDER, YOO
                                  & GOLUBCHIK L.L.P.
                         By:    */s/ Carmela T. Pagay*
                             CARMELA T. PAGAY
              Proposed Attorneys for Ch 11 Debtors and Debtors in Possession

1

# EXHIBIT "1"

FILED & ENTERED

JUN 05 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte      DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>Andrew Stupin and Julie Stupin,<br><br><br><br><br><br><br><br><br>Debtors. | Case No.: 8:26-bk-11202-SC<br><br>CHAPTER 11<br><br>**ORDER REQUIRING SUPPLEMENTAL DISCLOSURES AND SETTING HEARING ON APPLICATION TO EMPLOY LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P. AS GENERAL BANKRUPTCY COUNSEL**<br><br>Date:       July 15, 2026<br>Time:       1:30 p.m.<br>Courtroom: 5C |

The Court has considered the Application of Andrew Stupin and Julie Stupin ("Debtors") to Employ Levene, Neale, Bender, Yoo & Golubchik L.L.P., as General Bankruptcy Counsel Pursuant to 11 U.S.C. § 327(a) with Compensation Pursuant to 11 U.S.C. §§ 330, 331 [Dk. 50] ("Application"), the Notice of Application [Dk. 51], the supporting declaration of David Golubchik, and the declaration re: non-opposition [Dk. 66], together with all related filings, including the bankruptcy petition [Dk. 1], the case commencement documents, the schedules and statements [Dk. 57], the amended

schedules and statements [Dk. 68], and the docket as a whole. As set forth below, the Court will conduct a hearing on the Application on **July 15, 2026, at 1:30 p.m.**

The Application seeks approval of Levene, Neale, Bender, Yoo & Golubchik L.L.P. ("LNBYG") as general bankruptcy counsel under 11 U.S.C. § 327(a), effective as of April 17, 2026 ("Petition Date"), with compensation under 11 U.S.C. §§ 330 and 331.

The Application states that LNBYG has represented Debtors in various litigation matters since the fall of 2025 and has "intimate knowledge" of Debtors' financial and legal issues. The Application also states that LNBYG will represent Debtors in litigation matters with creditors, including financial institutions pursuing claims against Debtors, and in currently pending bankruptcy cases with respect to entities in which Debtors invested or had financial dealings, or such cases that may be commenced in the future with respect to the foregoing. The Application states that LNBYG intends to use a separate billing code for representation of Debtors' interests in other bankruptcy cases related to Debtors' investments.

The Application states that, during the one-year period prior to the Petition Date, which included months of litigation with banks and preparation for this filing, LNBYG received payments from Debtors totaling $933,431.50. The Application further states that Debtors and LNBYG agreed that LNBYG would receive a retainer for this case of $366,568.50, inclusive of the $1,738 filing fee, and that LNBYG received that payment before the commencement of this case. The Application states that LNBYG placed the retainer into a segregated account as of the Petition Date.

Debtors' amended Statement of Financial Affairs identifies the $366,568.50 payment to LNBYG as having been made on April 15, 2026 by Coastline Real Estate Investments on behalf of Andrew and Julie Stupin. Debtors' amended schedules identify Coastline Real Estate Investments as an entity in which Debtors hold a 100% interest, with an unknown value. Debtors' amended Statement of Financial Affairs also identifies other professional payments made by nondebtor entities on Debtors' behalf.

-2-

The Application states that LNBYG is not a creditor, equity security holder, or insider of Debtors, does not hold or represent any interest materially adverse to Debtors or the estate, and is a disinterested person under 11 U.S.C. § 101(14). The Application further states that, "other than prior counsel to the Debtors," LNBYG has no prior connection with Debtors, any creditors of Debtors or their estate, any other party in interest in this case, their respective attorneys or accountants, the United States Trustee, or any person employed by the United States Trustee.

Employment of counsel under § 327(a) requires court approval and is limited to professionals that do not hold or represent an interest adverse to the estate and that are disinterested persons. 11 U.S.C. § 327(a). Federal Rule of Bankruptcy Procedure ("Rule") 2014 requires the employment application and to disclose the proposed compensation arrangement and requires a verified statement of the person to be employed setting forth that person's connections with the debtor, creditors, parties in interest, their respective attorneys and accountants, the United States Trustee, and persons employed by the United States Trustee. Fed. R. Bankr. P. 2014(a). Separate from Rule 2014, 11 U.S.C. § 329(a) and Rule 2016(b) require debtor's counsel to disclose compensation paid or agreed to be paid in contemplation of or in connection with the case, including the source of that compensation. 11 U.S.C. § 329(a); Fed. R. Bankr. P. 2016(b).

These disclosure obligations are independent and are applied strictly. *In re Park-Helena Corp.*, 63 F.3d 877, 881-82 (9th Cir. 1995). Counsel must disclose the precise nature of the fee arrangement and all facts that may be pertinent to the court's determination of disinterestedness or adverse interest; counsel may not withhold information because counsel believes a connection is immaterial, non-adverse, or not disqualifying. *Id.*; *In re Hathaway Ranch P'ship*, 116 B.R. 208, 219-20 (Bankr. C.D. Cal. 1990). Where a retainer is paid by or through a third party or nondebtor entity, the application must disclose enough information for the court to evaluate the source and circumstances of payment, the professional's connections, and whether the

requirements of § 327(a), § 329(a), Rule 2014, and Rule 2016(b) are satisfied. *See Park-Helena*, 63 F.3d at 881-82; *Hathaway Ranch*, 116 B.R. at 219.

The Court has determined that supplemental information and further disclosure are required. The Application materials do not permit the Court to determine whether LNBYG has made the disclosures required by Rule 2014, § 329(a), and Rule 2016(b), or whether LNBYG satisfies § 327(a)'s disinterestedness and adverse-interest requirements. In particular, the Application materials raise issues concerning the absence of a Rule 2014(a)(3) verified statement, the source and circumstances of the retainer payment, the completeness of LNBYG's compensation disclosures, the scope of LNBYG's connections disclosures, and the scope of LNBYG's prior representation of Debtors. Accordingly, the Court requires supplemental disclosure addressing:

1. Rule 2014(a)(3) Verified Statement. LNBYG shall file the verified statement required by Rule 2014(a)(3), setting forth LNBYG's connections with Debtors, creditors, parties in interest, their attorneys and accountants, the United States Trustee, and persons employed by the United States Trustee. LNBYG shall also describe the investigation or conflict search conducted before LNBYG represented that it is disinterested and does not hold or represent an interest adverse to the estate.

2. Prior Representation. LNBYG shall disclose the scope of its prior representation of Debtors, including the matters handled, the parties involved, whether any nondebtor entity, trust, investment vehicle, co-defendant, guarantor, insider, affiliate, or related party was represented, and whether the prior representation involved the same lenders, creditors, litigation parties, related entities, or claims implicated in this Chapter 11 case.

3. Retainer Source. The Application states that LNBYG received the retainer from Debtors, but Debtors' amended Statement of Financial Affairs identifies Coastline Real Estate Investments as the entity that paid the $366,568.50 retainer on Debtors' behalf. LNBYG shall reconcile that discrepancy and disclose the complete source and

payment path of the retainer, including any person or entity that directly or indirectly funded, transmitted, directed, authorized, or arranged payment of the retainer.

4.  Ownership, Control, and Role of Retainer Payors. LNBYG shall disclose the ownership, control, management, and relevant affiliations of any person or entity identified in response to paragraph 3, including Coastline Real Estate Investments. LNBYG shall also state whether any such person or entity expects repayment, reimbursement, indemnity, consideration, influence, control, plan treatment, claim treatment, lien rights, administrative expense treatment, or any other benefit from Debtors, the estate, any affiliate, any equity holder, any creditor, or any third party.

5.  Disclosure of Compensation. LNBYG shall provide payment-level detail for all prepetition payments included in the $933,431.50 disclosed in the Application, other than the $366,568.50 retainer addressed above, including the date, amount, payor, source account, invoice period, services covered, and whether any payment was made by a trust, LLC, affiliate, insider, nondebtor entity, or other third party. LNBYG shall also file any corrected or amended disclosure of compensation under § 329 and Rule 2016(b), if appropriate.

6.  Retainer Character. LNBYG shall disclose the precise nature of the retainer, including whether it is a security retainer, advance payment retainer, evergreen retainer, or other arrangement, and whether the unapplied balance remains property of the estate until fees are allowed and applied.

7.  Connections Disclosure. LNBYG shall disclose all connections among LNBYG, Debtors, Debtors' creditors, litigation parties, related entities, professionals, and parties in interest relevant to the retainer source, compensation arrangement, prior representation, proposed scope of employment, or LNBYG's ability to satisfy § 327(a). This disclosure shall include, without limitation, any connections with Zions Bank, California Bank & Trust, Western Alliance Bank, Nano Bank/Nano Banc/Nano Financial Holdings, Continuum-related entities, Cantor-related entities, Coastline-

related entities, Mahender Makhijani, Deba Shaym/Shyam, Gerald Marcil, former counsel identified in the schedules, and counsel for those parties or entities.

8. <u>Related Bankruptcy Cases and Independent Estate Representation</u>. LNBYG shall identify the bankruptcy cases referenced in the Application concerning entities in which Debtors invested or had financial dealings, to the extent known, and shall state whether LNBYG seeks to represent only Debtors' interests or any nondebtor entity in those cases. LNBYG shall also state whether any connection with any retainer payor, creditor, lender, litigation party, related entity, affiliate, insider, professional, or counsel would limit LNBYG's ability to represent Debtors and the estate independently, or whether any portion of the proposed work should be handled by special counsel.

Accordingly, the Court orders as follows:

1. A hearing on the Application will be held on July 15, 2026, at 1:30 p.m. in Courtroom 5C, United States Bankruptcy Court, Central District of California, Santa Ana Division, 411 West Fourth Street, Santa Ana, California 92701.

2. LNBYG shall file and serve supplemental disclosures and any supporting declaration(s) addressing the issues identified in this Order no later than June 18, 2026. The supplemental disclosures shall be supported by admissible evidence and shall attach any missing or corrected disclosure documents, including any Rule 2014(a)(3) verified statement and any corrected Disclosure of Compensation of Attorney for Debtors, if appropriate.

3. LNBYG shall serve the supplemental disclosures and this Order on the United States Trustee, all parties entitled to notice of the Application, all parties who have requested notice in this case, the twenty largest unsecured creditors, Coastline Real Estate Investments, and any other person or entity known to LNBYG as having paid, funded, transmitted, directed, authorized, or arranged payment of the retainer or any other prepetition compensation to LNBYG. LNBYG shall file appropriate proof(s) of service. Service of this Order shall be completed no later than 72 hours after entry of this Order.

4.  Because the supplemental disclosure issues concern the source and circumstances of the retainer payment and other prepetition compensation, including the role of nondebtor parties, service on Coastline Real Estate Investments, and any other person or entity identified in paragraph 3 as involved in payment of the retainer or any other prepetition compensation to LNBYG shall be made in a manner consistent with Rule 7004. LNBYG shall also serve this Order, by the same 72-hour deadline, on any counsel appearing for or known to represent those parties in connection with this case or the matters implicated by the Application.

5.  Any response to the supplemental disclosures shall be filed and served no later than July 2, 2026. Any response shall be supported by admissible evidence and legal authority and shall address the issues identified in this Order.

6.  Failure by LNBYG to timely file and serve supplemental disclosures, or failure to address the issues identified in this Order, may result in denial of the Application without prejudice, approval of employment only on modified terms, or such other ruling as is appropriate.

7.  Failure by any party to timely file and serve a response may, in the Court's discretion, be deemed a waiver of any response to the supplemental disclosures and the issues identified in this Order.

8.  After reviewing any supplemental disclosures and any response, the Court may vacate the hearing and rule on the Application based on the filings, issue a further order, or take such other action as appropriate.

///

///

-7-

9. Nothing in this Order constitutes approval of LNBYG's employment, approval of the requested effective date, a finding that LNBYG is disinterested or does not hold or represent an interest adverse to the estate, or a determination regarding the ownership or character of the retainer. All such issues are reserved pending further order of the Court.

**IT IS SO ORDERED.**

**###**

Date: June 5, 2026

Scott C. Clarkson
United States Bankruptcy Judge

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034.

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF ORDER REQUIRING SUPPLEMENTAL DISCLOSURES AND SETTING HEARING ON APPLICATION TO EMPLOY LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P. AS GENERAL BANKRUPTCY COUNSEL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **June 8, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Scott R Albrecht    salbrecht@gsaattorneys.com, jackie.nguyen@sgsattorneys.com
- Raymond H. Aver    ray@averlaw.com, averlawfirm@gmail.com;ani@averlaw.com;katya@averlaw.com;jesus@averlaw.com
- Jessica L Bagdanov    jbagdanov@bg.law, ecf@bg.law
- Michael E Bubman    mbubman@mbn.law, aacosta@mbnlawyers.com
- Greg P Campbell    ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
- Steven Casselberry    Steve.Casselberry@procopio.com, jessica.perez@procopio.com;emily.marsh@procopio.com;calendaringbankruptcy@procopio.com;evangelina.myers@procopio.com;lauren.hill@procopio.com
- David Coats    dacoats@raslg.com
- Michael G D'Alba    mgd@lnbyg.com
- Dora Duru    dora.duru@bclplaw.com, verlisa.lewis@bclplaw.com
- Amir Gamliel    agamliel@perkinscoie.com, cmallahi@perkinscoie.com;DocketLA@perkinscoie.com
- Craig S Ganz    ganzc@ballardspahr.com, BKTDocket_West@ballardspahr.com;phxlsateam@ballardspahr.com
- David B Golubchik    dbg@lnbyg.com, dbg@lnbyg.com
- Arnold L Graff    agraff@wrightlegal.net, nvbkfiling@wrightlegal.net;jpowell@wrightlegal.net
- Adam M Greely    agreely@fbfk.law, dstolar@vrslaw.net
- Steven T Gubner    sgubner@bg.law, ecf@bg.law
- Sarah Rose Hasselberger    shasselberger@marshackhays.com, shasselberger@ecf.courtdrive.com;cbastida@marshackhays.com;alinares@ecf.courtdrive.com
- Golsa Honarfar    ghonarfar@rutan.com, avaccaro@rutan.com;apineda@rutan.com
- Ira David Kharasch    ikharasch@pszjlaw.com
- Aaron J Malo    amalo@sheppardmullin.com, hudenka@sheppard.com;mlinker@sheppard.com
- Sam Maralan    sm@maralanlaw.com
- Matthew J Marino    mmarino@allenmatkins.com, csandoval@allenmatkins.com
- Kenneth Misken    Kenneth.M.Misken@usdoj.gov
- John A Moe    john.moe@dentons.com, kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com
- Michael S Myers    myersm@ballardspahr.com, BKTDocket_West@ballardspahr.com;phxlsateam@ballardspahr.com
- Alan I Nahmias    anahmias@mbn.law, jdale@mbn.law
- Aram Ordubegian    ordubegian.aram@arentfox.com
- Carmela Pagay    ctp@lnbyg.com
- David M Poitras    dpoitras@bg.law
- Joseph M Rothberg    jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com
- Joshua L Scheer    jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com
- Daren M Schlecter    daren@schlecterlaw.com, assistant@schlecterlaw.com
- Zev Shechtman    Zev.Shechtman@saul.com, Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.Bribiesca@saul.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

- Robyn B Sokol    robyn.sokol@stinson.com,
  lydia.moya@stinson.com;dennette.mulvaney@stinson.com;dbender@leechtishman.com;jnaiya.herd@stinson.com
- Martin W Taylor    martin.taylor@bclplaw.com, shawn.williams@bclplaw.com
- Jennifer R Tullius    jtullius@tulliuslaw.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Christopher A Ward    cward@lowenstein.com, lsuprum@lowenstein.com
- Sharon Z. Weiss    sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com
- David Wood    dwood@marshackhays.com,
  dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com

**2. SERVED BY UNITED STATES MAIL**: On (*date*) **June 8, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Coastline Real Estate Investments, LLC
215 5th Street
Huntington Beach, CA 92648

Steven L. Stern, Attorney at Law
260 Newport Center Drive, Suite 304
Newport Beach, CA 92660

Honorable Scott C. Clarkson
United States Bankruptcy Court
411 West Fourth Street, Suite 5130 / Courtroom 5C
Santa Ana, CA 92701-4593

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **June 8, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

None.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 8, 2026 | D. Woo | /s/ D. Woo |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Andrew & Julie Stupin - #11155 – Top 20 & Secured

Clearedge Lending
20 Enterprise, Suite 300
Aliso Viejo, CA 92656

Comerica Bank
1717 Main Street
Dallas, TX 75201

County of Orange
P.O. Box 1438
Santa Ana, CA 92702-1438

First Bank
Attn: Payment Processing
PO Box 790269
Saint Louis, MO 63179

First Bank
Attn: Payment Processing
PO Box 790269
Saint Louis, MO 63179

First Bank
Attn: Payment Processing
PO Box 790269
Saint Louis, MO 63179

First Choice Bank
17785 Center Court Drive, Suite 750
Cerritos, CA 90703

Rocket Mortgage
PO Box 6577
Carol Stream, IL 60197-6577

Secured Income Fund-II c/o
PLM Lender Services, Inc
5446 Thornwood Drive,2nd Floor
San Jose, CA 95123

The Evergeen Advantage
1424 4th Street, Suite 777
Santa Monica, CA 90401

VL Ventures LLC
1303 Avocado Av, Suite 200
Newport Beach, CA 92660

Abraham & Linda Rayhaun
6455 Marigayle Cir.
Huntington Beach, CA 92684

Dan Genis
2661 Tallant Rd. #MN708
Santa Barbara, CA 93105

Daniel Mayhew
8941 Atlanta Ave. #351
Huntington Beach, CA 92646

David Schiff
100 Ocean Ave. Unit C300
Santa Monica, CA 90402

Denise Simon
2222 Avenue of the Stars, #1902
Los Angeles, CA 90067

Fletcher Jones Motor Cars, Inc.
3300 Jamboree Rd
Newport Beach, CA 92660

Gibson Family Trust
12 Whalers Bluff
Newport Coast, CA 92657

Global Medical Systems
10391 E. Rosemary Lane
Scottsdale, AZ 08255

Jane Torpipat & Don Torpipiat
11310 Carob Cir.
Fountain Valley, CA 92708

Jim & Cheryl Markham c/o
Sonja Rapparport
23 Vista Del Valle
Aliso Viejo, CA 92656

Julie Kaplan
47 Paloma #B
Venice, CA 90291

Karen Kaplan  Revocable Trust
1509 Elton Lane
Austin, TX 78703

Larry Barker
105 Golden Glen Way
Fayetteville, GA 30214

Mel Remba
2446 Apollo Drive
Los Angeles, CA 90046

Michael Kaplan
PO Box 277
Surfside, CA 90743

PLM Lender Services, Inc.
5446 Thornwood Drive, 2nd Floor
San Jose, CA 95123

Robert & Mai Linh Purdy
1718 Port Charles Place
Huntington Beach, CA 96248

Rocket Mortgage
PO Box 6577
Carol Stream, IL 60197-6577

Andrew & Julie Stupin - #11155 – Top 20 & Secured

Select Portfolio Servicing
PO Box 65250
Salt Lake City, UT 84165

The Process Server
960 N Tustin Street #304
Orange, CA 92687

Andrew & Julie Stupin - #11155 –
Official Committee Of Unsecured Creditors

Zion Bancorporation, N.A.
dba California Bank & Trust
Attn: Jeffrey Hill
707 Wilshire Blvd., Suite 5700
Los Angeles, CA 90017

Preferred Bank
Attn: Carol Lee
601 S. Figueroa St., 48th Floor
Los Angeles, CA 90017

Banc of California
Attn: Brian Farrell – Legal Dept
3 MacArthur Place
Santa Ana, CA 92707

Western Alliance Bank
c/o Al Thuma
One East Washington Street #1400
Phoenix, AZ 85004

Gerald J. Marcil
43 Malaga Cove Plaza, #D
Palos Verdes, CA 90274

LBC3 Trust, a Delaware Statutory Trust
Attn: Henry Bensen
106 Chestnut Street E
Stillwater, MN 55082

Conejo Loan Investors, LLC
Attn: Jack
2625 Alcatraz Ave., 214
Berkeley, CA 94705

Kimm Paglia
c/o Marshack Hay Wood LLP
870 Roosevelt
Irvine, CA 92620

Mark Genis
697 Corte Estrella
Camarillo, CA 93010