DAVID GOLUBCHIK (State Bar No. 185520)
dbg@lnbyg.com
CARMELA T. PAGAY (State Bar No. 195603)
cto@lnbyg.com
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244

(Proposed) Attorneys for Debtor and Debtor in Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| In re: | Case No.: 8:26-bk-11202-SC |
|---|---|
| ANDREW STUPIN and JULIE STUPIN, | Chapter 11 Case |
| Debtor and Debtor in Possession. | **NOTICE OF APPLICATION OF CHAPTER 11 DEBTORS TO EMPLOY KENDALL BRILL & KELLY LLP AS SPECIAL WHITE-COLLAR AND INVESTIGATIONS COUNSEL PURSUANT TO 11 U.S.C. § 327(e)** |
| | [No hearing required unless requested] |

1

**TO ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that Andrew Stupin ("Andrew") and Julie Stupin ("Julie"), debtors and debtors in possession in the above-referenced chapter 11 bankruptcy case (the "Debtors"), have filed an application ("Application") for authority to employ Kendall Brill & Kelly LLP ("KBK") as their special white-collar and investigations counsel, pursuant to 11 U.S.C. § 327(e). The Debtors seek to employ KBK effective as of May 16, 2026.

Andrew is a real estate investor. Julie is Andrew's wife. Over the decades, Andrew invested in many properties not only throughout Orange County, but California and other states. Andrew always focused on value added and income generating properties. Over time, many friends and others asked to invest alongside Andrew in such investments. His success continued to grow. Approximately 10 years ago, Andrew (and his friend and co-investor Gerald Marcil) were approached by a third party (Mahender Makhijani) who represented that he had connections with many lenders to acquire distressed loans and real estate. He proposed to work together to acquire loans and properties.

In the last several years, Mr. Makhijani obtained numerous warehouse loans from lenders including, without limitation, approximately $98 million from Western Alliance Bank, and approximately $60 million from Zions Bank. Mr. Makhijani represented to the lenders that the purpose of the loans was to refinance existing properties and acquire new properties. The lenders assert that Andrew and Mr. Marcil signed guaranties for such debts. In the fall of 2025, Andrew learned that the foregoing banks have sued him on account of the alleged guaranties based on the follows:

a.   Mr. Makhijani drew down on the entirety of the warehouse loans;

b.   Mr. Makhijani did not use the proceeds of the warehouse loans to refinance the existing debt or to acquire new assets for the borrowers;

c.   There is no information where the loan proceeds went or how they were utilized;

///

2

      d.      The lenders did not conduct title searches on any of the alleged properties to be refinanced;

      e.      The lenders did not request or receive reconveyances of alleged liens that were to be refinanced;

      f.      The lenders did not open escrows for any of the financing; and

      g.      The lenders did not conduct any due diligence while Mr. Makhijani withdrew almost $200 million without oversight, supervision or control.

In addition to the foregoing, Andrew learned that Mr. Makhijani recorded fraudulent liens on Debtors' personal properties (held through wholly owned LLC's) and pledged the fraudulent loans to Western Alliance Bank.

The foregoing conduct resulted in protracted litigation. It is important to point out that none of the collection lawsuits from the lenders have asserted that Andrew engaged in any wrongful conduct. They simply assert that Andrew is obligated for their self-inflicted losses through the alleged guaranty.

In one of the litigations, plaintiff Zions Bancorporation N.A. ("Zions") obtained a writ of attachment as to Debtors' assets from a judicial referee, which was first issued on January 19, 2026. Co-Defendants in that action have appealed the writ of attachment. The Debtors filed bankruptcy within 90 days of the issuance of that writ of attachment. The timing of this case was intended to statutorily terminate the writ of attachment and preserve all assets for the benefit of all creditors.

In connection with the foregoing, the Debtors understand that several governmental agencies are investigating the conduct of Mr. Makhijani and his associates. At least some of those investigations involve the Debtors as investors in certain entities.

Pre-petition, KBK represented Andrew in connection with such investigations and, as a result, are intimately familiar with the Debtors and the facts and circumstances surrounding such investigations. To date, no wrongful findings have been made against the Debtors, but these investigations continue.

The Debtors have decided that KBK is the best counsel to represent Andrew in the aforementioned investigations, taking into account firm size, experience, skill level, cost and KBK's prior experience in representing the Debtors.  Representation in these investigations is important to the estate not only to ensure that Andrew is not charged with or wrongly convicted of a financial crime, which among other things could trigger restitution and forfeiture obligations detrimental to the overall estate, but also because the Debtors require assistance navigating complex investigations in which they may be found victims entitled to criminal recoveries that could materially benefit the estate.

To the latter point, on June 10, 2026, the U.S. Attorney's Office for the Central District of California unsealed a Criminal Complaint charging Mr. Makhijani with a $100 million fraud committed against Western Alliance Bank in connection with the abovementioned warehouse loan.  United States v. Mahender Makhijani; 8:26-MJ-387 (C.D. Cal.).  While the Criminal Complaint identifies Western Alliance Bank as the principal victim of this fraud, it also recognizes that, "[i]f the guarantors on the [Western Alliance Bank] loan were to be held liable, they could themselves be victims of the fraud."  Because Andrew is the principal guarantor on the Western Alliance loan, the Debtors may be entitled to a substantial recovery in the form of criminal restitution should the guarantee be enforced, but require the existence of experienced white-collar counsel to ensure that their interests are protected.

To navigate these investigations, the Debtors seek to employ KBK as their special counsel, at the expense of the Debtors' bankruptcy estate, and to have the Debtors' employment of KBK be deemed effective as of May 16, 2026.  KBK is well-qualified to act as the Debtors' special counsel, having received numerous honors, including being ranked among the state's top white-collar defense and investigations firms.

KBK is located at 10100 Santa Monica Boulevard, Suite 2500, Los Angeles, California 90067.

KBK will bill its time for its representation of Andrew on an hourly basis in accordance with KBK's standard hourly billing rates.  The Debtors expect that Charles J.

Snyder will be the primary attorney at KBK responsible for the representation of Andrew during this chapter 11 case. Although Mr. Snyder's typical hourly rate is $1,000 per hour, he has agreed to bill a discounted hourly rate of $800 for this case. Attorney Robert E. Dugdale may also represent Andrew from time to time. Although Mr. Dugdale's typical hourly rate is $1,260 per hour, he has agreed to bill a discounted rate of $1,000 per hour for this case. If needed, associates will bill at $650 per hour, and paralegals will bill at $425 per hour.

Within one year of the Petition Date, KBK received payments from Coastline Real Estate Investments ("Coastline") for the benefit of Debtors totaling $34,185.33 for pre-petition services rendered. Specifically, on December 4, 2025, KBK received $8,800 for services rendered, and on April 17, 2025, KBK received $25,000 for services rendered. On the Petition Date, KBK had no outstanding claim against Coastline or the Debtors. Coastline is 100% owned by Andrew Stupin.

As part of its pre-petition engagement, KBK separately received a $25,000 evergreen retainer from Coastline for the benefit of Debtors. In addition, on Debtors' last pre-petition payment, KBK received an overpayment of $4,894.65. KBK will keep, return, or dispose of this $29,895.65 as directed by the Court or counsel for the estate.

**PLEASE TAKE FURTHER NOTICE** that KBK understands the provisions of 11 U.S.C. §§ 327, 330 and 331 which require, among other things, Court approval of the Debtors' employment of KBK as special white-collar and investigations counsel and of all legal fees and reimbursement of expenses that KBK will receive from the Debtors and the Debtors' estate. KBK seeks to be employed pursuant to 11 U.S.C. § 327(e) with its compensation to be pursuant to 11 U.S.C. §§ 330 and 331.

**PLEASE TAKE FURTHER NOTICE** that to the best of KBK's knowledge, it does not have any connections that would prevent it from disinterestedly representing Andrew as special white-collar counsel in the ongoing investigations for the benefit of the Debtors and the estate.

**PLEASE TAKE FURTHER NOTICE** that a complete copy of the Application may be requested in writing to Levene, Neale, Bender, Yoo & Golubchik L.L.P., 2818 La Cienega Avenue, Los Angeles, California 90034, Attention: Carmela Pagay, Tel: (310) 229-1234, Fax: (310) 229-1244, Email: CTP@LNBYG.COM.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Bankruptcy Rule 2014-1(b)(3)(E), any objection to and request for a hearing on the Application, in the form required by Local Bankruptcy Rule 9013-1(f)(1), must be filed and served on the Debtors, LNBYG and the Office of the United States Trustee within fourteen (14) days after the date of service of this Notice plus three (3) additional days if served by mail, electronically, or pursuant to Rule 5(b)(2)(D) or (F) of the Federal Rules of Civil Procedure and Rule 9006 of the Federal Rules of Bankruptcy Procedure.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Bankruptcy Rule 2014-1(b)(4), if no objection and request for a hearing on the Application is timely filed and served, LNBYG will promptly lodge a proposed order approving the Application.

Dated: June 16, 2026

LEVENE, NEALE, BENDER, YOO
 & GOLUBCHIK L.L.P.

By:___*/s/ David B. Golubchik*_____
    DAVID B. GOLUBCHIK
Proposed Attorneys for Debtors and
Debtors in Possession

6

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034.

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF APPLICATION OF CHAPTER 11 DEBTORS TO EMPLOY KENDALL BRILL & KELLY LLP AS SPECIAL WHITE-COLLAR AND INVESTIGATIONS COUNSEL PURSUANT TO 11 U.S.C. § 327(e)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **June 17, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Scott R Albrecht    salbrecht@gsaattorneys.com, jackie.nguyen@sgsattorneys.com
- Raymond H. Aver    ray@averlaw.com, averlawfirm@gmail.com;ani@averlaw.com;katya@averlaw.com;jesus@averlaw.com
- Jessica L Bagdanov    jbagdanov@bg.law, ecf@bg.law
- Michael E Bubman    mbubman@mbn.law, aacosta@mbnlawyers.com
- Greg P Campbell    ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
- Steven Casselberry    Steve.Casselberry@procopio.com, jessica.perez@procopio.com;emily.marsh@procopio.com;calendaringbankruptcy@procopio.com;evangelina.myers@procopio.com;lauren.hill@procopio.com
- David Coats    dacoats@raslg.com
- Michael G D'Alba    mgd@lnbyg.com
- Dora Duru    dora.duru@bclplaw.com, verlisa.lewis@bclplaw.com
- Amir Gamliel    agamliel@perkinscoie.com, cmallahi@perkinscoie.com;DocketLA@perkinscoie.com
- Craig S Ganz    ganzc@ballardspahr.com, BKTDocket_West@ballardspahr.com;phxlsateam@ballardspahr.com
- David B Golubchik    dbg@lnbyg.com, dbg@lnbyg.com
- Arnold L Graff    agraff@wrightlegal.net, nvbkfiling@wrightlegal.net;jpowell@wrightlegal.net
- Adam M Greely    agreely@fbfk.law, dstolar@vrslaw.net
- Steven T Gubner    sgubner@bg.law, ecf@bg.law
- Sarah Rose Hasselberger    shasselberger@marshackhays.com, shasselberger@ecf.courtdrive.com;cbastida@marshackhays.com;alinares@ecf.courtdrive.com
- Golsa Honarfar    ghonarfar@rutan.com, avaccaro@rutan.com;apineda@rutan.com
- Mark S Horoupian    mark.horoupian@gmlaw.com, mhoroupian@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com;karen.files@gmlaw.com;courtmail@gmlaw.com
- Ira David Kharasch    ikharasch@pszjlaw.com
- Aaron J Malo    amalo@sheppardmullin.com, hudenka@sheppard.com;mlinker@sheppard.com
- Sam Maralan    sm@maralanlaw.com
- Matthew J Marino    mmarino@allenmatkins.com, csandoval@allenmatkins.com
- Elissa Miller    elissa.miller@gmlaw.com, emillersk@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com;courtmail@gmlaw.com
- Kenneth Misken    Kenneth.M.Misken@usdoj.gov
- John A Moe    john.moe@dentons.com, kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com
- Michael S Myers    myersm@ballardspahr.com, BKTDocket_West@ballardspahr.com;phxlsateam@ballardspahr.com
- Alan I Nahmias    anahmias@mbn.law, jdale@mbn.law
- Aram Ordubegian    ordubegian.aram@arentfox.com
- Carmela Pagay    ctp@lnbyg.com
- David M Poitras    dpoitras@bg.law
- Joseph M Rothberg    jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com
- Joshua L Scheer    jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com
- Daren M Schlecter    daren@schlecterlaw.com, assistant@schlecterlaw.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

- Zev Shechtman    Zev.Shechtman@saul.com,
  Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.Bribiesca@saul.com
- Robyn B Sokol    robyn.sokol@stinson.com,
  lydia.moya@stinson.com;dennette.mulvaney@stinson.com;dbender@leechtishman.com;jnaiya.herd@stinson.com
- Martin W Taylor    martin.taylor@bclplaw.com, shawn.williams@bclplaw.com
- Jennifer R Tullius    jtullius@tulliuslaw.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Christopher A Ward    cward@lowenstein.com, lsuprum@lowenstein.com
- Sharon Z. Weiss    sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com
- David Wood    dwood@marshackhays.com,
  dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com

**2. SERVED BY UNITED STATES MAIL**: On (*date*) **June 17, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Charles J. Snyder
Kendall Brill & Kelly LLP
10100 Santa Monica Boulevard, Suite 2500
Los Angeles, California 90067

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **June 17, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

None.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 17, 2026 | D. Woo | /s/ D. Woo |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                          **F 9013-3.1.PROOF.SERVICE**

Andrew & Julie Stupin - #11155 –
Official Committee Of Unsecured Creditors

Zion Bancorporation, N.A.
dba California Bank & Trust
Attn: Jeffrey Hill
707 Wilshire Blvd., Suite 5700
Los Angeles, CA 90017

Preferred Bank
Attn: Carol Lee
601 S. Figueroa St., 48th Floor
Los Angeles, CA 90017

Banc of California
Attn: Brian Farrell – Legal Dept
3 MacArthur Place
Santa Ana, CA 92707

Western Alliance Bank
c/o Al Thuma
One East Washington Street #1400
Phoenix, AZ 85004

Gerald J. Marcil
43 Malaga Cove Plaza, #D
Palos Verdes, CA 90274

LBC3 Trust, a Delaware Statutory Trust
Attn: Henry Bensen
106 Chestnut Street E
Stillwater, MN 55082

Conejo Loan Investors, LLC
Attn: Jack
2625 Alcatraz Ave., 214
Berkeley, CA 94705

Kimm Paglia
c/o Marshack Hay Wood LLP
870 Roosevelt
Irvine, CA 92620

Mark Genis
697 Corte Estrella
Camarillo, CA 93010

Andrew & Julie Stupin - #11155 – Secured

Clearedge Lending
20 Enterprise, Suite 300
Aliso Viejo, CA 92656

Comerica Bank
1717 Main Street
Dallas, TX 75201

County of Orange
P.O. Box 1438
Santa Ana, CA 92702-1438

First Bank
Attn: Payment Processing
PO Box 790269
Saint Louis, MO 63179

First Bank
Attn: Payment Processing
PO Box 790269
Saint Louis, MO 63179

First Bank
Attn: Payment Processing
PO Box 790269
Saint Louis, MO 63179

First Choice Bank
17785 Center Court Drive, Suite 750
Cerritos, CA 90703

Rocket Mortgage
PO Box 6577
Carol Stream, IL 60197-6577

Secured Income Fund-II c/o
PLM Lender Services, Inc
5446 Thornwood Drive,2nd Floor
San Jose, CA 95123

The Evergeen Advantage
1424 4th Street, Suite 777
Santa Monica, CA 90401

VL Ventures LLC
1303 Avocado Av, Suite 200
Newport Beach, CA 92660