DAVID GOLUBCHIK (State Bar No. 185520)
dbg@lnbyg.com
CARMELA T. PAGAY (State Bar No. 195603)
ctp@lnbyg.com
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244

(Proposed) Attorneys for Debtor and Debtor in Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| In re: | Case No.: 8:26-bk-11202-SC |
|---|---|
| ANDREW STUPIN and JULIE STUPIN, | Chapter 11 Case |
| Debtor and Debtor in Possession. | **NOTICE OF APPLICATION OF CHAPTER 11 DEBTORS TO EMPLOY HOCHMAN SALKIN TOSCHER PEREZ P.C. AS SPECIAL TAX COUNSEL PURSUANT TO 11 U.S.C. § 327(a) WITH COMPENSATION PURSUANT TO 11 U.S.C. §§ 330, 331** |
| | [No hearing required unless requested] |

**TO ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that Andrew Stupin and Julie Stupin, debtors and debtors in possession in the above-referenced chapter 11 bankruptcy case (the "Debtors"), have filed an application ("Application") for authority to employ Hochman Salkin Toscher Perez P.C.

///

1

("HSTP") as their special tax counsel, pursuant to 11 U.S.C. § 327(a) with compensation pursuant to 11 U.S.C. § 330.  The Debtors seek to employ HSTP effective as of June 6, 2026.

**PLEASE TAKE FURTHER NOTICE** that in light of their substantial assets and potential complex tax issues that could arise during the bankruptcy case, the Debtors will require the legal services of special tax counsel.  The Debtors will also require the representation of special tax counsel for their entities, such as LLC's owned and/or controlled by them.  Initially, the Debtors will require HSTP to represent Via Lido II LLC ("Via Lido") in connection with an Internal Revenue Service audit for tax year 2024.  The Debtors will also require HSTP to represent them as individuals regarding any issues that arise during the Via Lido audit or your personal income tax returns.

**PLEASE TAKE FURTHER NOTICE** that HSTP is well-qualified to act as the Debtors' special tax counsel, having provided over 60 years of exceptional tax expertise to clients throughout the United States.   HSTP is located at 9100 Wilshire Boulevard, Suite 900W, Beverly Hills, California 90212.

**PLEASE TAKE FURTHER NOTICE** that HSTP will bill its time for its representation of the Debtors and their LLCs on an hourly basis in accordance with HSTP's standard hourly billing rates.  The Debtors expect that Jonathan Kalinski will be the primary attorney at HSTP responsible for the representation of the Debtors and their LLC's during this chapter 11 case.  Mr. Kalinski's hourly rate is $950 per hour.  Other attorneys at HSTP who may provide services in this case and their hourly rates are as follows: Sandra Brown at $1,200 per hour, Robert Horwitz at $1,050 per hour, Melissa Briggs at $900 per hour, and Marc Montano at $650 per hour.

**PLEASE TAKE FURTHER NOTICE** that the Debtors and HSTP agreed that HSTP shall receive a retainer for this case of $25,000 upon approval of this Application.  HSTP has not been paid any other money by the Debtors at any other time.  HSTP has no pre-petition claim against the Debtors.

///

**PLEASE TAKE FURTHER NOTICE** that HSTP will seek Court authority to be paid from the Debtors' estate for any and all post-petition fees incurred and expenses advanced by HSTP.  HSTP recognizes that the payments of any such additional fees and expenses will be subject to further Court order after notice and a hearing.

HSTP will provide monthly billing statements to the Debtors that will set forth the amount of fees incurred and expenses advanced by HSTP during the previous month.

**PLEASE TAKE FURTHER NOTICE** that HSTP understands the provisions of 11 U.S.C. §§ 327, 330 and 331 which require among other things, Court approval of the Debtors' employment of HSTP as special tax counsel and of all legal fees and reimbursements of expenses that HSTP will receive from the Debtors and their estate. HSTP seeks to be employed pursuant to 11 U.S.C. § 327(a) and compensated pursuant to 11 U.S.C. §§ 330 and 331.

**PLEASE TAKE FURTHER NOTICE** that to the best of HSTP's knowledge, it does not have any connections that would prevent it from disinterestedly representing the Debtors as special tax counsel in the ongoing investigations for the benefit of the Debtors and the estate.

**PLEASE TAKE FURTHER NOTICE** that a complete copy of the Application may be requested in writing to Levene, Neale, Bender, Yoo & Golubchik L.L.P., 2818 La Cienega Avenue, Los Angeles, California 90034, Attention: Carmela Pagay, Tel: (310) 229-1234, Fax: (310) 229-1244, Email: CTP@LNBYG.COM.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Bankruptcy Rule 2014-1(b)(3)(E), any objection to and request for a hearing on the Application, in the form required by Local Bankruptcy Rule 9013-1(f)(1), must be filed and served on the Debtors, LNBYG and the Office of the United States Trustee within fourteen (14) days after the date of service of this Notice plus three (3) additional days if served by mail, electronically, or pursuant to Rule 5(b)(2)(D) or (F) of the Federal Rules of Civil Procedure and Rule 9006 of the Federal Rules of Bankruptcy Procedure.

///

///

3

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Bankruptcy Rule 2014-1(b)(4), if no objection and request for a hearing on the Application is timely filed and served, LNBYG will promptly lodge a proposed order approving the Application.

Dated: June 16, 2026

LEVENE, NEALE, BENDER, YOO
    & GOLUBCHIK L.L.P.

By:    */s/ David B. Golubchik*
        DAVID B. GOLUBCHIK
        CARMELA T. PAGAY
        (Proposed) Attorneys for Chapter 11
        Debtors and Debtors in Possession

4

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034.

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF APPLICATION OF CHAPTER 11 DEBTORS TO EMPLOY HOCHMAN SALKIN TOSCHER PEREZ P.C. AS SPECIAL TAX COUNSEL PURSUANT TO 11 U.S.C. § 327(a) WITH COMPENSATION PURSUANT TO 11 U.S.C. §§ 330, 331** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **June 17, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Scott R Albrecht     salbrecht@gsaattorneys.com, jackie.nguyen@sgsattorneys.com
- Raymond H. Aver     ray@averlaw.com, averlawfirm@gmail.com;ani@averlaw.com;katya@averlaw.com;jesus@averlaw.com
- Jessica L Bagdanov     jbagdanov@bg.law, ecf@bg.law
- Michael E Bubman     mbubman@mbn.law, aacosta@mbnlawyers.com
- Greg P Campbell     ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
- Steven Casselberry     Steve.Casselberry@procopio.com, jessica.perez@procopio.com;emily.marsh@procopio.com;calendaringbankruptcy@procopio.com;evangelina.myers@procopio.com;lauren.hill@procopio.com
- David Coats     dacoats@raslg.com
- Michael G D'Alba     mgd@lnbyg.com
- Dora Duru     dora.duru@bclplaw.com, verlisa.lewis@bclplaw.com
- Amir Gamliel     agamliel@perkinscoie.com, cmallahi@perkinscoie.com;DocketLA@perkinscoie.com
- Craig S Ganz     ganzc@ballardspahr.com, BKTDocket_West@ballardspahr.com;phxlsateam@ballardspahr.com
- David B Golubchik     dbg@lnbyg.com, dbg@lnbyg.com
- Arnold L Graff     agraff@wrightlegal.net, nvbkfiling@wrightlegal.net;jpowell@wrightlegal.net
- Adam M Greely     agreely@fbfk.law, dstolar@vrslaw.net
- Steven T Gubner     sgubner@bg.law, ecf@bg.law
- Sarah Rose Hasselberger     shasselberger@marshackhays.com, shasselberger@ecf.courtdrive.com;cbastida@marshackhays.com;alinares@ecf.courtdrive.com
- Golsa Honarfar     ghonarfar@rutan.com, avaccaro@rutan.com;apineda@rutan.com
- Mark S Horoupian     mark.horoupian@gmlaw.com, mhoroupian@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com;karen.files@gmlaw.com;courtmail@gmlaw.com
- Ira David Kharasch     ikharasch@pszjlaw.com
- Aaron J Malo     amalo@sheppardmullin.com, hudenka@sheppard.com;mlinker@sheppard.com
- Sam Maralan     sm@maralanlaw.com
- Matthew J Marino     mmarino@allenmatkins.com, csandoval@allenmatkins.com
- Elissa Miller     elissa.miller@gmlaw.com, emillersk@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com;courtmail@gmlaw.com
- Kenneth Misken     Kenneth.M.Misken@usdoj.gov
- John A Moe     john.moe@dentons.com, kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com
- Michael S Myers     myersm@ballardspahr.com, BKTDocket_West@ballardspahr.com;phxlsateam@ballardspahr.com
- Alan I Nahmias     anahmias@mbn.law, jdale@mbn.law
- Aram Ordubegian     ordubegian.aram@arentfox.com
- Carmela Pagay     ctp@lnbyg.com
- David M Poitras     dpoitras@bg.law
- Joseph M Rothberg     jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com
- Joshua L Scheer     jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com
- Daren M Schlecter     daren@schlecterlaw.com, assistant@schlecterlaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

- Zev Shechtman     Zev.Shechtman@saul.com,
  Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.Bribiesca@saul.com
- Robyn B Sokol     robyn.sokol@stinson.com,
  lydia.moya@stinson.com;dennette.mulvaney@stinson.com;dbender@leechtishman.com;jnaiya.herd@stinson.com
- Martin W Taylor     martin.taylor@bclplaw.com, shawn.williams@bclplaw.com
- Jennifer R Tullius     jtullius@tulliuslaw.com
- United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov
- Christopher A Ward     cward@lowenstein.com, lsuprum@lowenstein.com
- Sharon Z. Weiss     sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com
- David Wood     dwood@marshackhays.com,
  dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com

**2. <u>SERVED BY UNITED STATES MAIL</u>**: On (*date*) **June 17, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Jonathan Kalinski
Hochman Salkin Toscher Perez P.C.
9100 Wilshire Boulevard, Suite 900W
Beverly Hills, California 90212

☒ Service information continued on attached page

**3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u>** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **June 17, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

None.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 17, 2026 | D. Woo | /s/ D. Woo |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                **F 9013-3.1.PROOF.SERVICE**

Andrew & Julie Stupin - #11155 –
Official Committee Of Unsecured Creditors

Zion Bancorporation, N.A.
dba California Bank & Trust
Attn: Jeffrey Hill
707 Wilshire Blvd., Suite 5700
Los Angeles, CA 90017

Preferred Bank
Attn: Carol Lee
601 S. Figueroa St., 48th Floor
Los Angeles, CA 90017

Banc of California
Attn: Brian Farrell – Legal Dept
3 MacArthur Place
Santa Ana, CA 92707

Western Alliance Bank
c/o Al Thuma
One East Washington Street #1400
Phoenix, AZ 85004

Gerald J. Marcil
43 Malaga Cove Plaza, #D
Palos Verdes, CA 90274

LBC3 Trust, a Delaware Statutory Trust
Attn: Henry Bensen
106 Chestnut Street E
Stillwater, MN 55082

Conejo Loan Investors, LLC
Attn: Jack
2625 Alcatraz Ave., 214
Berkeley, CA 94705

Kimm Paglia
c/o Marshack Hay Wood LLP
870 Roosevelt
Irvine, CA 92620

Mark Genis
697 Corte Estrella
Camarillo, CA 93010

Andrew & Julie Stupin - #11155 – Secured

Clearedge Lending
20 Enterprise, Suite 300
Aliso Viejo, CA 92656

Comerica Bank
1717 Main Street
Dallas, TX 75201

County of Orange
P.O. Box 1438
Santa Ana, CA 92702-1438

First Bank
Attn: Payment Processing
PO Box 790269
Saint Louis, MO 63179

First Bank
Attn: Payment Processing
PO Box 790269
Saint Louis, MO 63179

First Bank
Attn: Payment Processing
PO Box 790269
Saint Louis, MO 63179

First Choice Bank
17785 Center Court Drive, Suite 750
Cerritos, CA 90703

Rocket Mortgage
PO Box 6577
Carol Stream, IL 60197-6577

Secured Income Fund-II c/o
PLM Lender Services, Inc
5446 Thornwood Drive,2nd Floor
San Jose, CA 95123

The Evergeen Advantage
1424 4th Street, Suite 777
Santa Monica, CA 90401

VL Ventures LLC
1303 Avocado Av, Suite 200
Newport Beach, CA 92660