DAVID B. GOLUBCHIK (State Bar No. 185520)
CARMELA T. PAGAY (State Bar No. 195603)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone:  (310) 229-1234
Facsimile:  (310) 229-1244
Email: DBG@LNBYG.COM; CTP@LNBYG.COM

Proposed Attorneys for Debtors and Debtors in Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| In re | Case No.: 8:26-bk-11202-SC |
|---|---|
| ANDREW STUPIN and JULIE STUPIN, | Chapter 11 Case |
| Debtors and Debtors in Possession. | **NOTICE OF SUBMISSION BY FORCE TEN ADVISORS, LLC OF AMENDED SUPPLEMENTAL DISCLOSURES CONCERNING APPLICATION TO EMPLOY FORCE TEN ADVISORS, LLC AS FINANCIAL ADVISOR** |
| | Hearing<br>Date:  July 15, 2026<br>Time:   1:30 p.m.<br>Place:  Courtroom 5C-Virtual<br>U.S. Bankruptcy Court<br>411 West Fourth Street<br>Santa Ana, CA 92701 |

1

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, UNITED STATES TRUSTEE AND OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that Force Ten Advisors, LLC ("Force Ten") respectfully submits the Amended Supplemental Declaration of Nicholas Rubin in Response to Order Requiring Supplemental Disclosures and Setting Hearing on Application to Employ Force Ten Advisors, LLC as Financial Advisor, attached hereto as **Exhibit "1,"** to address the Court's concerns in the Order [Doc 76].

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Order, a hearing on the Application to Employ Force Ten Advisors, LLC as Financial Advisor will be held before the Court on **July 15, 2026, at 1:30 p.m.**

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Order, any response to Force Ten's supplemental disclosures shall be filed and served no later than July 2, 2026. Failure by any party to timely file and serve a response may, in the Court's discretion, be deemed a waiver of any response to the supplemental disclosures and the issues identified in the Order.

Dated: June 22, 2026

LEVENE, NEALE, BENDER, YOO
& GOLUBCHIK L.L.P.

By: _/s/ David B. Golubchik_
DAVID B. GOLUBCHIK
Proposed Attorneys for Ch 11 Debtors and
Debtors in Possession

2

# EXHIBIT "1"

DAVID B. GOLUBCHIK (State Bar No. 185520)
CARMELA T. PAGAY (State Bar No. 195603)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: DBG@LNBYG.COM; CTP@LNBYG.COM

Proposed Attorneys for Debtors and Debtors in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| In re | Case No.: 8:26-bk-11202-SC |
|---|---|
| ANDREW STUPIN and JULIE STUPIN, | Chapter 11 Case |
| Debtors and Debtors in Possession. | **AMENDED SUPPLEMENTAL DECLARATION OF NICHOLAS RUBIN IN RESPONSE TO ORDER REQUIRING SUPPLEMENTAL DISCLOSURES AND SETTING HEARING ON APPLICATION TO EMPLOY FORCE TEN ADVISORS, LLC AS FINANCIAL ADVISOR** |
| | Hearing<br>Date: July 15, 2026<br>Time: 1:30 p.m.<br>Place: Courtroom 5C-Virtual<br>U.S. Bankruptcy Court<br>411 West Fourth Street<br>Santa Ana, CA 92701 |

1

I, Nicholas Rubin, hereby declare as follows:

1.      I am a co-founder and partner of Force Ten Advisors, LLC ("Force 10"), the proposed financial advisor to Andrew and Julie Stupin, individually and as trustees for The Stupin Family Trust, their revocable family trust, debtors and debtors in possession in the above-referenced chapter 11 bankruptcy case (the "Debtors"),  I know each of the following facts to be true of my own personal knowledge, except as otherwise stated and, if called as a witness, I could and would competently testify with respect thereto.

2.      I make this amended declaration in Response to this Court's "Order Requiring Supplemental Disclosures and Setting Hearing on Application To Employ Force Ten Advisors, LLC ("Force 10") As Financial Advisor" (the "Order").

3.      Statement of Disinterestedness and Conflicts Investigation.  Force 10 utilizes a software program called Intapp for conflicts of interest detection. All clients are incorporated into Intapp, whether through our data warehouse or retention of "past searches" in the case of a new partner firm or firms that aren't onboarded to Intapp. Our centralized team sets a search strategy, leverages Dun & Bradstreet data where available and runs conflict searches.

4.      Our search parameters including first listing our proposed clients: Andrew Stupin, Julie Stupin and Stupin family Trust.  Next, we obtained a list of known creditors, affiliates, and litigation parties, including, but not limited to:

    a.  Western Alliance Bank;

    b.  Zions Bank (CB&T);

    c.  Preferred Bank;

    d.  Mohammad Honarkar;

    e.  4g Wireless, Inc.;

    f.  Mom As Investco LLC;

    g.  Mom Bs Investco LLC;

    h.  Mom Ca Investco LLC;

    i.  Mahender Makhijani;

2

j.   Continuum Analytics, Inc.;

k.   Deba Shyam;

l.   Cantor Group, LLC;

m.   Cantor Group II, LLC;

n.   Cantor Group III, LLC;

o.   Cantor Group IV, LLC;

p.   Cantor Group V, LLC;

q.   Gerald Marcil;

r.   Security National Guaranty, Inc.;

s.   Evariste Group, LLC; and

t.   Evariste Group Manager, LLC.

A full list of the parties is included in Exhibit A.

5.   No conflicts were identified.

6.   <u>Retainer Source and Amount</u>.   Force 10 commenced providing services for the Debtors on February 27, 2026.   On March 5, 2026, Force 10 received a wire payment of $150,000 from Coastline Real Estate Investments LLC ("<u>CREI</u>").   Based on my discussions with the Debtors and review of their books and records, I understand that CREI is Mr. Stupin's management company of which he is the sole 100% member and manager.   I was advised that the foregoing payment was characterized as a distribution to Mr. Stupin and not a loan and, therefore, not subject to repayment.   Pre-petition, Force 10 incurred fees and costs in the amount of $128,144.11, leaving a remaining retainer of $21,855.89 from this source.

7.   In addition, prior to the petition date of April 17, 2026 ("<u>Petition Date</u>"), on April 15, 2026, Force 10 received a wire in the amount of $350,000 from Twin Towers Group LLC ("<u>Twin Towers</u>") as a retainer for post-petition services to the Debtors, resulting in an aggregate retainer on the Petition Date of $371,855.89.   Based on my discussions with Mr. Stupin and review of the Debtors' books and records, I understand that Mr. Stupin holds 99.25% of Twin Towers with his children holding the remaining 0.75%.   I was advised and understand that Twin

3

Towers sold certain real property shortly prior to the Petition Date, resulting in available funds. The payment to Force 10 was characterized as a member distribution to Mr. Stupin. Additional sale proceeds were transferred into the Debtors' DIP bank account post-petition and are being maintained therein. Mr. Stupin was the person in charge who authorized the transfers.

8. I understand that the distributions from CREI and Twin Towers did not violate any credit agreements at those entities.

9. Ownership, Control, and Role of Retainer Payors. As discussed above, Mr. Stupin holds 100% interest in CREI and a 99.25% interest in Twin Towers. I am advised and understand that the foregoing entities, and Mr. Stupin on behalf of these entities, do not expect repayment, reimbursement, indemnity, consideration, influence, control, plan treatment, claim treatment, lien rights, administrative expense treatment, or any other benefit from Debtors, the estate, any affiliate, any equity holder, any creditor, or any third party.

10. Retainer Character and Balance. In connection with the Application, my declaration inadvertently stated that Force 10 received a retainer of $150,000 from CREI . While such payment is accurate, this was a payment received on March 5, 2026, as discussed above. On April 16, 2026, Force 10 applied $121,761.61 of the retainer against its invoice for the period from March 1, 2026, through April 16, 2026. Immediately prior to the filing of the bankruptcy petition, Force 10 applied $6,382.50 of the retainer for services from February 27, 2026, to February 28, 2026. As a result, on the Petition Date, $21,855.89 of that $150,000 remained available. In addition, as set forth above, Force 10 received a retainer payment of $350,000 on April 15, 2026, resulting in an aggregate amount of $371,855.89. These payments were not deposited into Force 10's general account.

11. In the ordinary course of business, Force 10 maintains a segregated bank account for client retainer payments that have been unearned. The foregoing amounts were deposited in such account and will remain therein pending further order of this Court.

12. Nondebtor Clients. The Force 10 engagement agreement, which was attached to the Application, referenced the clients to include the Debtors and any affiliated or related

4

entities.  The purpose of the foregoing was to ensure that Force 10 can represent and advise the Debtors as to all their financial dealings with respect to their personal matters and their business matters.  To date, Force 10 has not provided any services for, and has not consulted any, non-debtor affiliate or related entities.  Force 10 only provided guidance and advice to the Debtors with respect to their interests in such affiliated and related entities.  During the pendency of this case, Force 10 intends to provide advice and services only to the Debtors as its client and not to any other non-debtor persons or entities.

13.     Scope of Services. The proposed employment of Force 10 includes not only financial advisor services, but also additional services which may be necessary and proper for the Debtors and their estate, including without limitation, forensic accounting, litigation consulting, expert reports, deposition testimony, trial testimony, and other expert services within Force 10's knowledge and expertise. Force 10 anticipates that such additional work will be authorized, if necessary, by the Debtors and does not believe a separate employment application or motion is necessary.  Force 10 will utilize separate task codes for work within such categories.

14.     Connections Disclosure.  As discussed above, Force 10 ran a conflict search of interested parties, which did not indicate any conflicts. Other than the representations of the Debtors, Force 10 has no relationships with any other parties or entities in this case.  With respect to CREI and Twin Towers, the only connection is that Mr. Stupin caused these entities to fund retainer payments to Force 10.  Force 10 had and has no other dealings with such entities.

15.     Independent Estate Representation. As discussed above, other than representation of the Debtors, Force 10 has no known connections with any other parties or entities in this case. As a result, I am not aware of any facts or situation that would limit Force 10's ability to render services to the Debtors and the estate independently as their financial advisor. Currently, Force 10 is not aware of any instances that would impair Force 10's ability to independently represent the Debtors.

16. Engagement Letter Terms. The Force 10 engagement agreement contains our standard indemnity provisions. For purposes of this engagement, Force 10 agreed to remove the indemnity provisions of the agreement, if required by the Court.

17. The engagement agreement contains a joint and several liability provision. Because there are multiple debtors, the agreement provides that each of the Debtors is responsible for the fees and costs of Force 10. I believe this provision is acceptable and should remain.

I declare and verify under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on this 18th day of June 2026, at Irvine, California.

_____
NICHOLAS RUBIN

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034.

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF SUBMISSION BY FORCE TEN ADVISORS, LLC OF AMENDED SUPPLEMENTAL DISCLOSURES CONCERNING APPLICATION TO EMPLOY FORCE TEN ADVISORS, LLC AS FINANCIAL ADVISOR** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **June 22, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Scott R Albrecht     salbrecht@gsaattorneys.com, jackie.nguyen@sgsattorneys.com
- Raymond H. Aver     ray@averlaw.com, averlawfirm@gmail.com;ani@averlaw.com;katya@averlaw.com;jesus@averlaw.com
- Jessica L Bagdanov     jbagdanov@bg.law, ecf@bg.law
- Michael E Bubman     mbubman@mbn.law, aacosta@mbnlawyers.com
- Greg P Campbell     ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
- Steven Casselberry     Steve.Casselberry@procopio.com, jessica.perez@procopio.com;emily.marsh@procopio.com;calendaringbankruptcy@procopio.com;evangelina.myers@procopio.com;lauren.hill@procopio.com
- David Coats     dacoats@raslg.com
- Michael G D'Alba     mgd@lnbyg.com
- Dora Duru     dora.duru@bclplaw.com, verlisa.lewis@bclplaw.com
- Amir Gamliel     agamliel@perkinscoie.com, cmallahi@perkinscoie.com;DocketLA@perkinscoie.com
- Craig S Ganz     ganzc@ballardspahr.com, BKTDocket_West@ballardspahr.com;phxlsateam@ballardspahr.com
- David B Golubchik     dbg@lnbyg.com, dbg@lnbyg.com
- Arnold L Graff     agraff@wrightlegal.net, nvbkfiling@wrightlegal.net;jpowell@wrightlegal.net
- Adam M Greely     agreely@fbfk.law, dstolar@vrslaw.net
- Steven T Gubner     sgubner@bg.law, ecf@bg.law
- Sarah Rose Hasselberger     shasselberger@marshackhays.com, shasselberger@ecf.courtdrive.com;cbastida@marshackhays.com;alinares@ecf.courtdrive.com
- Golsa Honarfar     ghonarfar@rutan.com, avaccaro@rutan.com;apineda@rutan.com
- Mark S Horoupian     mark.horoupian@gmlaw.com, mhoroupian@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com;karen.files@gmlaw.com;courtmail@gmlaw.com
- Ira David Kharasch     ikharasch@pszjlaw.com
- Aaron J Malo     amalo@sheppardmullin.com, hudenka@sheppard.com;mlinker@sheppard.com
- Sam Maralan     sm@maralanlaw.com
- Matthew J Marino     mmarino@allenmatkins.com, csandoval@allenmatkins.com
- Elissa Miller     elissa.miller@gmlaw.com, emillersk@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com;courtmail@gmlaw.com
- Kenneth Misken     Kenneth.M.Misken@usdoj.gov
- John A Moe     john.moe@dentons.com, kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com
- Michael S Myers     myersm@ballardspahr.com, BKTDocket_West@ballardspahr.com;phxlsateam@ballardspahr.com
- Alan I Nahmias     anahmias@mbn.law, jdale@mbn.law
- Aram Ordubegian     ordubegian.aram@arentfox.com
- Carmela Pagay     ctp@lnbyg.com
- David M Poitras     dpoitras@bg.law
- Joseph M Rothberg     jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com
- Joshua L Scheer     jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com
- Daren M Schlecter     daren@schlecterlaw.com, assistant@schlecterlaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

- Zev Shechtman    Zev.Shechtman@saul.com,
  Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.Bribiesca@saul.com
- Robyn B Sokol    robyn.sokol@stinson.com,
  lydia.moya@stinson.com;dennette.mulvaney@stinson.com;dbender@leechtishman.com;jnaiya.herd@stinson.com
- Martin W Taylor    martin.taylor@bclplaw.com, shawn.williams@bclplaw.com
- Jennifer R Tullius    jtullius@tulliuslaw.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Christopher A Ward    cward@lowenstein.com, lsuprum@lowenstein.com
- Sharon Z. Weiss    sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com
- David Wood    dwood@marshackhays.com,
  dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com

**2. SERVED BY UNITED STATES MAIL**: On (*date*) **June 22, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Scott C. Clarkson
United States Bankruptcy Court
411 West Fourth Street, Suite 5130 / Courtroom 5C
Santa Ana, CA 92701-4593

| | | |
|---|---|---|
| Twin Towers<br>215 5th Street, Suite A<br>Huntington Beach, CA 92648 | Stupin Family Trust<br>215 5th Street, Suite A<br>Huntington Beach, CA 92648 | Agent for Twin Towers<br>Andrew Stupin<br>215 5th Street, Suite A<br>Huntington Beach, CA 92648 |

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **June 22, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

None.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 22, 2026 | D. Woo | /s/ D. Woo |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Andrew & Julie Stupin - #11155 – Top 20 & Secured

Clearedge Lending
20 Enterprise, Suite 300
Aliso Viejo, CA 92656

Comerica Bank
1717 Main Street
Dallas, TX 75201

County of Orange
P.O. Box 1438
Santa Ana, CA 92702-1438

First Bank
Attn: Payment Processing
PO Box 790269
Saint Louis, MO 63179

First Bank
Attn: Payment Processing
PO Box 790269
Saint Louis, MO 63179

First Bank
Attn: Payment Processing
PO Box 790269
Saint Louis, MO 63179

First Choice Bank
17785 Center Court Drive, Suite 750
Cerritos, CA 90703

Rocket Mortgage
PO Box 6577
Carol Stream, IL 60197-6577

Secured Income Fund-II c/o
PLM Lender Services, Inc
5446 Thornwood Drive,2nd Floor
San Jose, CA 95123

The Evergeen Advantage
1424 4th Street, Suite 777
Santa Monica, CA 90401

VL Ventures LLC
1303 Avocado Av, Suite 200
Newport Beach, CA 92660

Abraham & Linda Rayhaun
6455 Marigayle Cir.
Huntington Beach, CA 92684

Dan Genis
2661 Tallant Rd. #MN708
Santa Barbara, CA 93105

Daniel Mayhew
8941 Atlanta Ave. #351
Huntington Beach, CA 92646

David Schiff
100 Ocean Ave. Unit C300
Santa Monica, CA 90402

Denise Simon
2222 Avenue of the Stars, #1902
Los Angeles, CA 90067

Fletcher Jones Motor Cars, Inc.
3300 Jamboree Rd
Newport Beach, CA 92660

Gibson Family Trust
12 Whalers Bluff
Newport Coast, CA 92657

Global Medical Systems
10391 E. Rosemary Lane
Scottsdale, AZ 08255

Jane Torpipat & Don Torpipiat
11310 Carob Cir.
Fountain Valley, CA 92708

Jim & Cheryl Markham c/o
Sonja Rapparport
23 Vista Del Valle
Aliso Viejo, CA 92656

Julie Kaplan
47 Paloma #B
Venice, CA 90291

Karen Kaplan  Revocable Trust
1509 Elton Lane
Austin, TX 78703

Larry Barker
105 Golden Glen Way
Fayetteville, GA 30214

Mel Remba
2446 Apollo Drive
Los Angeles, CA 90046

Michael Kaplan
PO Box 277
Surfside, CA 90743

PLM Lender Services, Inc.
5446 Thornwood Drive, 2nd Floor
San Jose, CA 95123

Robert & Mai Linh Purdy
1718 Port Charles Place
Huntington Beach, CA 96248

Rocket Mortgage
PO Box 6577
Carol Stream, IL 60197-6577

Andrew & Julie Stupin - #11155 – Top 20 & Secured

Select Portfolio Servicing
PO Box 65250
Salt Lake City, UT 84165

The Process Server
960 N Tustin Street #304
Orange, CA 92687

Andrew & Julie Stupin - #11155 –
Official Committee Of Unsecured Creditors

Zion Bancorporation, N.A.
dba California Bank & Trust
Attn: Jeffrey Hill
707 Wilshire Blvd., Suite 5700
Los Angeles, CA 90017

Preferred Bank
Attn: Carol Lee
601 S. Figueroa St., 48th Floor
Los Angeles, CA 90017

Banc of California
Attn: Brian Farrell – Legal Dept
3 MacArthur Place
Santa Ana, CA 92707

Western Alliance Bank
c/o Al Thuma
One East Washington Street #1400
Phoenix, AZ 85004

Gerald J. Marcil
43 Malaga Cove Plaza, #D
Palos Verdes, CA 90274

LBC3 Trust, a Delaware Statutory Trust
Attn: Henry Bensen
106 Chestnut Street E
Stillwater, MN 55082

Conejo Loan Investors, LLC
Attn: Jack
2625 Alcatraz Ave., 214
Berkeley, CA 94705

Kimm Paglia
c/o Marshack Hay Wood LLP
870 Roosevelt
Irvine, CA 92620

Mark Genis
697 Corte Estrella
Camarillo, CA 93010