Craig Solomon Ganz, Cal. Bar No. 217254
ganzc@ballardspahr.com
Michael S. Myers, Cal. Bar No. 305011
myersm@ballardspahr.com
**BALLARD SPAHR LLP**
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Tel:  424.204.4400 | Fax:  424.204.4350

*Attorneys for Western Alliance Bank*

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>ANDREW STUPIN and JULIE STUPIN,<br><br>    Debtors and Debtors in Possession. | Case No. 8:26-bk-11202-SC<br><br>Chapter 11 Case<br><br>**STIPULATION BETWEEN DEBTORS AND WESTERN ALLIANCE BANK TO EXTEND DEADLINE TO FILE COMPLAINT UNDER 11 U.S.C. §523(a)**<br><br>[No Hearing Date Related to Stipulation] |

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915

#4906-3595-5126 v3

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915

TO THE HONORABLE JUDGE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY COURT JUDGE

This stipulation ("Stipulation") is entered into by and between Western Alliance Bank ("WAB") and Andrew Stupin and Julie Stupin (together, "Debtors") (collectively, the "Parties"), by and through their respective counsel, based on the following:

**RECITALS**

WHEREAS, on April 17, 2026, Debtors filed a voluntary petition under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code") before the United States Bankruptcy Court for the Central District of California – Santa Ana Division (the "Bankruptcy Court");

WHEREAS, on May 12, 2026, WAB filed Proof of Claim No. 5 (the "Claim"), asserting a total claim of $173,021,165.87. The Claim consists of the following: (i) a guaranty by Debtor Andrew Stupin of a warehouse revolving credit facility to Cantor Group V, LLC ("Cantor V") with a current balance of $108,229,157.10 ("Warehouse Facility"); (ii) guaranties of loans to Galois Group LLC with a current balance of $50,023,627.00 for a first-position lien ("Galois 1st Lien Loan") and a current balance of $1,561,926.14 for a second-position lien ("Galois 2nd Lien Loan", collectively, the "Galois Loans"); and (iii) a guaranty of a loan to Chino Central Group LLC with a current balance of $13,206,455.60 ("Chino Loan");

WHEREAS, on May 15, 2026, Debtors filed their Schedules and Statement of Financial Affairs (Dkt. 57);

WHEREAS, on May 18, 2026, the initial 341 Meeting of Creditors ("341 Meeting") was held, at which Debtors' and their counsel advised that amended Schedules would be filed, and the 341 Meeting was continued to June 29, 2026 (Dkt. 59);

WHEREAS, on May 21, 2026, the Unsecured Creditors Committee was appointed by the United States Trustee (Dkt. 62);

WHEREAS, on June 2, 2026, Debtors filed their Amended Schedules and Statement of Financial Affairs (Dkt. 68);

1

WHEREAS, WAB plans to elicit testimony at the continued 341 Meeting, and it may seek additional documentation and testimony through a 2004 Examination;

WHEREAS, on June 15, 2026, WAB requested the Debtors, through counsel, stipulate to an extension of time for WAB to file a Section 523 non-dischargeability complaint;

WHEREAS, the Parties have agreed to enter into an agreement tolling the deadline under 11 U.S.C. §523 and Federal Bankruptcy Rule of Procedure 4007(c).

**STIPULATION**

NOW, THEREFORE, the Parties do hereby stipulate to an extension of time from July 17, 2026 through and including September 15, 2026 for WAB to timely file a Complaint in this case under 11 U.S.C. §523(a).

Dated: June 26, 2026

By: /s/ Michael S. Myers
Michael S. Myers
**BALLARD SPAHR LLP**

Attorneys for Western Alliance Bank

Dated: June 25, 2026

By: _____
David B. Golubchik
Levene, Neale, Bender, Yoo & Golubchik L.L.P.

Attorneys for Debtors

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 2029 Century Park East, Suite 1400, Los Angeles, CA 90067.

A true and correct copy of the foregoing document entitled (*specify*):  STIPULATION BETWEEN DEBTORS AND WESTERN ALLIANCE BANK TO EXTEND DEADLINE TO FILE COMPLAINT UNDER 11 U.S.C. §523(a) will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On June 26, 2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Scott R Albrecht - salbrecht@gsaattorneys.com,  jackie.nguyen@sgsattorneys.com
- Raymond H. Aver - ray@averlaw.com, averlawfirm@gmail.com; ani@averlaw.com; katya@averlaw.com; jesus@averlaw.com
- Jessica L Bagdanov - jbagdanov@bg.law,  ecf@bg.law
- Michael E Bubman - mbubman@mbn.law, aacosta@mbnlawyers.com
- Greg P Campbell - ch11ecf@aldridgepite.com,  gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
- Steven Casselberry - Steve.Casselberry@procopio.com, jessica.perez@procopio.com; emily.marsh@procopio.com; calendaringbankruptcy@procopio.com; evangelina.myers@procopio.com; lauren.hill@procopio.com
- David Coats - dacoats@raslg.com
- Michael G D'Alba - mgd@lnbyg.com
- Dora Duru - dora.duru@bclplaw.com,  verlisa.lewis@bclplaw.com
- Amir Gamliel - agamliel@perkinscoie.com,  cmallahi@perkinscoie.com; DocketLA@perkinscoie.com
- Craig S Ganz - ganzc@ballardspahr.com,  BKTDocket_West@ballardspahr.com;phxlsateam@ballardspahr.com
- David B Golubchik - dbg@lnbyg.com, dbg@lnbyg.com
- Arnold L Graff - agraff@wrightlegal.net,  nvbkfiling@wrightlegal.net;jpowell@wrightlegal.net
- Adam M Greely - agreely@fbfk.law, dstolar@vrslaw.net
- Steven T Gubner - sgubner@bg.law, ecf@bg.law
- Sarah Rose Hasselberger - shasselberger@marshackhays.com, shasselberger@ecf.courtdrive.com; cbastida@marshackhays.com; alinares@ecf.courtdrive.com
- Golsa Honarfar - ghonarfar@rutan.com, avaccaro@rutan.com;apineda@rutan.com
- Mark S Horoupian - mark.horoupian@gmlaw.com, mhoroupian@ecf.courtdrive.com; cheryl.caldwell@gmlaw.com; karen.files@gmlaw.com; courtmail@gmlaw.com
- Ira David Kharasch - ikharasch@pszjlaw.com
- Aaron J Malo - amalo@sheppardmullin.com,  hudenka@sheppard.com; mlinker@sheppard.com
- Sam Maralan - sm@maralanlaw.com
- Matthew J Marino - mmarino@allenmatkins.com, csandoval@allenmatkins.com
- Elissa Miller - elissa.miller@gmlaw.com, emillersk@ecf.courtdrive.com; cheryl.caldwell@gmlaw.com; courtmail@gmlaw.com
- Kenneth Misken - Kenneth.M.Misken@usdoj.gov
- John A Moe - john.moe@dentons.com, kathryn.howard@dentons.com; derry.kalve@dentons.com; DOCKET.GENERAL.LIT.LOS@dentons.com
- Michael S Myers - myersm@ballardspahr.com, BKTDocket_West@ballardspahr.com; phxlsateam@ballardspahr.com
- Alan I Nahmias - anahmias@mbn.law, jdale@mbn.law
- Aram Ordubegian - ordubegian.aram@arentfox.com
- Carmela Pagay - ctp@lnbyg.com
- David M Poitras - dpoitras@bg.law
- Joseph M Rothberg - jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

- Joshua L Scheer - jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com
- Daren M Schlecter - daren@schlecterlaw.com, assistant@schlecterlaw.com
- Zev Shechtman - Zev.Shechtman@saul.com, Zev.Shechtman@ecf.courtdrive.com; hannah.richmond@saul.com; LitigationDocketing@saul.com; Shelly.Guise@saul.com; Isaiah.Bribiesca@saul.com
- Robyn B Sokol - robyn.sokol@stinson.com, lydia.moya@stinson.com;dennette.mulvaney@stinson.com;dbender@leechtishman.com;jnaiya.herd@stinson.com
- Martin W Taylor - martin.taylor@bclplaw.com, shawn.williams@bclplaw.com
- Jennifer R Tullius - jtullius@tulliuslaw.com
- United States Trustee (SA) - ustpregion16.sa.ecf@usdoj.gov
- Christopher A Ward - cward@lowenstein.com, lsuprum@lowenstein.com
- Sharon Z. Weiss - sharon.weiss@bclplaw.com,   raul.morales@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com
- David Wood - dwood@marshackhays.com, dwood@ecf.courtdrive.com; lbuchananmh@ecf.courtdrive.com; spineda@ecf.courtdrive.com; alinares@ecf.courtdrive.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) June 26, 2026, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 6/26/2026 | Michael S. Myers | /s/ Michael S. Myers |
|-----------|------------------|----------------------|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                          **F 9013-3.1.PROOF.SERVICE**

Label Matrix for local noticing
0973-8
Case 8:26-bk-11202-SC
Central District of California
Santa Ana
Thu Jun 25 13:42:30 PDT 2026

Abraham Rayhaun and Linda Rayhaun
ZBS Law, LLP
30 Corporate Park, Suite 450
Irvine, CA 92606-3401

Court-Appointed Receiver, Chris Neilson of T
Perkins Coie LLP
Amir Gamliel
1888 Century Park East, Suite 1700
Los Angeles, CA 90067-1721

Scheer Law Group, LLP, interested party
Scheer Law Group LLP
85 Argonaut
Suite 202
Aliso Viejo, CA 92656-4128

Secured Income Fund II, LLC, its successors
c/o Scheer Law Group LLP
85 Argonaut
Suite 202
Aliso Viejo, CA 92656-4128

Sunflower Bank, N.A. dba First Foundation Ba
18101 Von Karman Suite 750
Irvine, CA 92612-0005

The Evergreen Advantage, LLC
1424 4th Street, Suite 777
Santa Monica, CA 90401-2360

UMB Bank, National Association
Robertson, Anschutz, Schneid, Crane & Pa
13010 Morris Rd., Suite 450
Alpharetta, GA 30004-2001

VL Ventures, LLC, a California limited liabi
Wright, Finlay & Zak, LLP
4665 MacArthur Court, Suite 200
Newport Beach, CA 92660-1811

Santa Ana Division
411 West Fourth Street, Suite 2030,
Santa Ana, CA 92701-4500

A&S Accounting Solutions
8941 Atlanta Ave. #351
Huntington Beach, CA 92646-7121

Abraham & Linda Rayhaun
6455 Marigayle Cir.
Huntington Beach, CA 92648-6729

Aegis Security
PO Box 261567
Hartford, CT 06126-1567

Arvielo
c/o Damon Mircheff, Esq.
18575 Jamboree Road, 9th Floor
Irvine, CA 92612-2534

Banc of California
3 MacArthur Place
Santa Ana, CA 92707-6068

Boyd & Associates
2191 E Thompson Blvd
Ventura, CA 93001-3538

CA Fair Plan
PO Box 840244
Los Angeles, CA 90084-0244

CR&R Inc
PO Box 206
Stanton, CA 90680-0206

California Bank & Trust
1900 North Main Street Ste. 100
Irvine, CA 92614-7325

Cantor Group IV LLC
520 Newport Center Drive, Suite 480
Newport Beach, CA 92660-7034

Charter Comm
PO Box 7173
Pasadena, CA 91109-7173

Citibank, N.A.
c/o Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City, UT 84165-0250

City of Huntington Beach
P.O. Box 711
Huntington Beach, CA 92648-0711

City of Newport Beach
PO Box 4923
Whittier, CA 90607-4923

Clearedge Lending
20 Enterprise
Suite 300
Aliso Viejo, CA 92656-7107

Comerica Bank
PO Box 660093
Dallas, TX 75266-0093

Conejo Loan Investors, LLC
C/o Lance N. Jurich
Loeb & Loeb LLP
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067-4120

County of Orange Treasurer-Tax Collector
PO Box 4515
Santa Ana CA 92702-4515

Cox Comm.
102280 oaks PA 19456

Crystal Cove Community Assoc
30354 Tampa FL 33630-3354

DIRECTV
PO Box 915
El Segundo, CA 90245-0915

Dan Genis
2661 Tallant Rd. #MN708
Santa Barbara, CA 93105-4849

David Schiff
100 Ocean Ave. Unit C300
Santa Monica, CA 90402


Denise Blake
7731 N. 158th Street
Bennington, NE 68007-1833

Denise Simon
2222 Avenue of the Stars Unit #1902
Los Angeles, CA 90067-5634

Enterprise Bank
150 N Meramec Ave
Clayton, MO 63105-3874


Exclusive Auto Detail
146 1/2 E 21st St
Costa Mesa, CA 92627-2124

FCI Lender Services, Inc.
PO Box 27370
Anaheim, CA 92809-0112

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952


Fifth Third Bank
5001 Kingsley Drive
Cincinnati, OH 45227-1114

First Bank
Attn: Payment
Processing
P.O. Box 790269
St Louis, MO 63179-0269

First Bank
PO Box 790037
St Louis, MO 63179-0037


First Choice Bank
(Enterprise Bank)
17785 Center Court Drive
Suite 750
Cerritos, CA 90703-9310

Fletcher Jones Motor Cars, Inc.
3300 Jamboree Rd
Newport Beach, CA 92660-8528

Franchise Tax Board
Special Procedures - Insolvency
P.O. Box 2952
Sacramento, CA 95812-2952


Frontier
PO Box 740407
Cincinnati, OH 45274-0407

Gerald Marcil
c/o Steve Gubner, Esq.
21650 Oxnard St., Suite 500
Woodland Hills, CA 91367-4911

Gibson Family Trust
12 Whalers Bluff
Newport Coast, CA 92657-2136


Global Medical Systems
10391 E. Rosemary Lane
Scottsdale, AZ 85255-8679

Groussman Family Trust
12 San Timoteo
Rancho Santa Margarita, CA 92688-2510

Huntington Landmark Association
25189 Santa Ana CA
Santa Ana, CA 92799-5189


(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Irvine Ranch Water District
P.O. Box 57000
Irvine, CA 92619-7000

Jane Torpipat & Don Torpipiat
11310 Carob Cir.
Fountain Valley, CA 92708-1709


Jeff & Janel Grousman
12 San Timoteo
Rancho Santa Margarita, CA 92688-2510

Jim & Cheryl Markham
c/o Sonja Rapparport 23 Vista Del Valle
Aliso Viejo, CA 92656-6040

Julie Kaplan
47 Paloma #B
Venice, CA 90291-2404


Karen Kaplan  Revocable Trust
1509 Elton Lane
Austin, TX 78703-3219

Kimm Paglia
c/o Marshack Hays Wood LLP
870 Roosevelt
Irvine, CA 92620-3663

LBC3 Trust, a Delaware Statutory Trust
c/o Ballard Spahr LLP, Attn: Michael Mye
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915

Land Rover Financial Group
PO BOX 650546
Dallas, TX 75265-0546

Larry Barter
105 Golden Glen Way
Fayetteville, GA 30214-4765

Mark Genis c/o Stinson LLP, Robyn Sokol
1901 Avenue of the Stars, Suite 450
Los Angeles, CA 90067-6006

Mel Remba
2446 Apollo Drive
Los Angeles, CA 90046-1628

Mercury Insurance
PO Box 5700
Rancho Cucamonga, CA 91729-5700

Michael Kaplan
PO Box 277
Surfside, CA 90743-0277

Nano Banc
7755 Irvine Center Dr
Suite 300
Irvine, CA 92618-2904

Neptune Flood Insurance
PO Box 735653
Chicago, IL 60673-5653

One Ford Road Assoc
25189  Santa Ana CA 92799-5189

Orange County Register
P.O. Box 11626
Santa Ana, CA 92711-1626

PLM Lender Services, Inc.
5446 Thornwood Drive, 2nd Floor
San Jose, CA 95123-1224

PMF CA REITT LLC
16801 Van Buren Boulevard
Building B
Riverside, CA 92504-5893

Patrick's Landscaping
20481 Sun Valley Rd.
Laguna Beach, CA 92651-1166

Personal Umbrella.com
5835 Doyle St.
Ste. 115
Emeryville, CA 94608-2507

Preferred Bank
c/o John A. Moe, II, Dentons US LLP
601 S. Figueroa St., Ste 2500
Los Angeles, CA 90017-5709

Progressive
PO Box 6807
Cleveland, OH 44101-1807

Republic Services
17121 Nichols Lane
Huntington Beach, CA 92647-5719

Roadrunner Exterminating
310 E Alton Ave
Santa Ana, CA 92707-4419

Robert & Mai Linh Purdy
1718 Port Charles Place
Huntington Beach, CA 96248

Rocket Mortgage
PO Box 6577
Carol Stream, IL 60197-6577

(p)SOUTHERN CALIFORNIA EDISON COMPANY
1551 W SAN BERNARDINO ROAD
COVINA CA 91722-3407

SCE REIMBURSEMENT to 309 D
P.O. Box 6400
Rancho Cucamonga, CA 91729-6400

Samuel Gonzalez
2183 Pomona Ave., Apt. A
Costa Mesa, CA 92627-9540

Secured Income Fund-II
PLM Lender Services, Inc
5446 Thornwood Drive 2nd Floor
San Jose, CA 95123-1224

Select Portfolio Servicing
PO Box 65250
Salt Lake City, UT 84165-0250

So Cal Gas
P.O. Box 1626
Monterey Park, CA 91754-8626

Stanley Pest
2555 Loma Avenue
South El Monte, CA 91733-1417

The Evergeen Advantage
1424 4th Street Suite 777
Santa Monica, CA 90401-2335

The Gas Co.
P.O. Box 1626
Monterey Park, CA 91754-8626

The Process Server
960 N Tustin Street #304
Orange, CA 92867-5956

Travelers
PO Box 660317
Dallas, TX 75266-0317

U.S. Trustee - Santa Ana
411 West Fourth Street
Suite 9041
Santa Ana, CA 92701-8000

United States Trustee (SA)
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4500


VL Ventures LLC
1303 Avocado Avenue 3324
Suite 200
Newport Beach, CA 92660-7849

Vickie Larson
5000 Antelope Junction
Farmington, NM 87402-1005

Vision Pools
25422 Trabuco suite 105 #100-368
Lake Forest, CA 92630-2796


Western Alliance Bank
c/o Craig Ganz, BALLARD SPAHR LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915

Zions Bancorporation, N.A., dba California B
c/o A. Sasha Frid, MILLER BARONDESS, LLP
2121 Avenue of the Stars, Suite 2600
Los Angeles, California 90067-5050

Zions Bank
c/o Sasha Frid, MILLER   BARONDESS
2121 Avenue of the Stars, 26th Floo
Los Angeles, CA 90067


Andrew Stupin
215 5th Street, Suite A
Huntington Beach, CA 92648-8101

Carmela Pagay
Levene, Neale, Bender, Yoo & Golubchik L
2818 La Cienega Avenue
Los Angeles, CA 90034-2618

David B Golubchik
Levene, Neale, Bender, Yoo & Golubchik L
2818 La Cienega Avenue
Los Angeles, CA 90034-2618


Julie Stupin
215 5th Street, Suite A
Huntington Beach, CA 92648-8101


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Internal Revenue Service
Insolvency I Stop 5022
300 N. Los Angeles St., #4062
Los Angeles, CA 90012-9903

SCE
P.O. Box 6400
Rancho Cucamonga, CA 91729-6400


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Courtesy NEF

(u)Nano Banc

(u)Official Committee of Unsecured Creditors


(u)PMF CA REIT, LLC

(u)Preferred Bank

(u)Zions Bancorporation, N.A., Dba California