Ira D. Kharasch (State Bar No. 109084)
Brooke E. Wilson (State Bar No. 354614)
Cia H. Mackle (*Admitted Pro Hac Vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail: ikharasch@pszjlaw.com
bwilson@pszjlaw.com
cmackle@pszjlaw.com

[Proposed] Counsel to the Official Committee of
Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| In re:<br><br>ANDREW STUPIN and JULIE STUPIN,<br><br><br>Debtors and Debtors in Possession. | Case No. 8:26-bk-11202-SC<br><br>Chapter 11<br><br>**APPLICATION FOR AN ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT OF PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, EFFECTIVE AS OF MAY 28, 2026**<br><br>**[Declaration of Ira D. Kharasch in Support Thereof Filed Concurrently Herewith]**<br><br>[No Hearing Required] |

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, AND THE OFFICE OF THE UNITED STATES TRUSTEE:**

Pachulski Stang Ziehl & Jones LLP ("PSZJ" or the "Firm"), proposed counsel to the Official Unsecured Creditors' Committee (the "Committee") appointed in the case of Andrew Stupin and Julie Stupin, the above-captioned debtors and debtors in possession (the "Debtors"), hereby submits this application to be employed as bankruptcy counsel to the Committee, effective as of May 28, 2026 (the "Application"). This Application is brought pursuant to section 1103(a) of title 11 of the United States

LA:4908-2141-5858.3 81994.00002

Code (the "Bankruptcy Code"),[1] Rule 2014 of the Federal Rules of Bankruptcy Procedure,[2] and Local Bankruptcy Rule 2014-1 for an order authorizing the employment of PSZJ.   In support of this Application, the Committee respectfully represents as follows:

### Jurisdiction and Venue

1.     This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334.  Venue lies properly in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.  This matter is a core proceeding pursuant to 28 U.S.C. § 157.

2.     The relief sought with this Application is based upon Sections 328, 330, and 1103 of Title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code") and Rule 2014 of the Federal Rules of Bankruptcy Procedure.

### Statement of Facts

3.     On April 17, 2026 (the "Petition Date"), the Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

4.     On May 21, 2026 , the United States Trustee appointed the Committee to represent the interests of all unsecured creditors in this case pursuant to section 1102 of the Bankruptcy Code.  The members appointed to the Committee are: (i) Zion Bancorporation, N.A. dba California Bank & Trust (ii) Preferred Bank; (iii) Banc of California; (iv) Western Alliance Bank; (v) Gerald J. Marcil (individual); (vi) LBC3 Trust, a Delaware Statutory Trust; (vii) Conejo Loan Investors, LLC; (viii) Kimm Paglia (individual); and (ix) Mark Genis (individual).   *See Appointment and Notice of Appointment of Official Committee of Unsecured Creditors* [Docket No. 62].  On May 28, 2026, the Committee met and, among other things, voted to retain PSZJ as its bankruptcy counsel.

5.     The Debtors continue in possession of their property pursuant to the provisions of 11 U.S.C. §§ 1107(a) and 1108.  No trustee or examiner has been appointed in the Debtors' Chapter 11 Case.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

---

[1] All references to "sections" herein are to sections of the Bankruptcy Code, 11 U.S.C. §§101, *et seq*, as amended, unless otherwise noted.

[2] All references to "Bankruptcy Rules" herein are to the provisions of the Federal Rules of Bankruptcy Procedure.

LA:4908-2141-5858.3 81994.00002

**Relief Requested**

6.      By this Application, the Committee respectfully requests that the Court enter an order, pursuant to sections 328(a) and 1103(a) of the Bankruptcy Code, Bankruptcy Rule 2014, and Local Rule 2014-1, authorizing the Committee to employ and retain PSZJ as its bankruptcy counsel in this case effective as of May 28, 2026.

**Qualifications of PSZJ**

7.      The Firm has approximately 80 attorneys with a practice concentrated on reorganization, bankruptcy, litigation and commercial matters.  The Firm's attorneys have extensive experience representing creditors' committees, debtors, creditors, trustees and others in a wide variety of bankruptcy cases.  Attorneys of the Firm have extensive experience representing creditors' committees in complex chapter 11 cases in this District and throughout the country, including Simba IL Holdings, LLC, Jinzheng Group (USA) LLC, HVI Cat Canyon, Inc., B&B Liquidating, Zetta Jet, B&B Bachrach, LLC, Liberty Asset Management, Crystal Waterfalls LLC, Freedom Communications, and Anna's Linens, among others.  More information about PSZJ generally and its expertise as counsel to committees specifically is available on its website at www.pszjlaw.com.  Based on these facts, the Committee believes that the Firm is well-qualified to render the services as described below.

**Services to be Rendered**

8.      Subject to further order of this Court, PSZJ is expected to render, among other services, the following services to the Committee:

- Assisting, advising and representing the Committee in its consultations with the Debtors regarding the administration of this Case;

- Assisting, advising and representing the Committee with respect to the retention of professionals and advisors with respect to this Case;

- Assisting, advising and representing the Committee in analyzing the Debtors' assets and liabilities, investigating the extent and validity of liens and participating in and reviewing any proposed asset sales, any asset dispositions, financing arrangements and cash collateral stipulations or proceedings;

- Assisting, advising and representing the Committee in any manner relevant to reviewing and determining the Debtors' rights and obligations under leases and other executory contracts;

3

LA:4908-2141-5858.3 81994.00002

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

- Assisting, advising and representing the Committee in investigating the acts, conduct, assets, liabilities and financial condition of the Debtors, the Debtors' operations and the desirability of the continuance of any portion of those operations, and any other matters relevant to this Case or to the formulation of a plan;

- Assisting, advising and representing the Committee in connection with any sale of the Debtors' assets;

- Assisting, advising and representing the Committee in its analysis of and any objection to any disclosure statement;

- Assisting, advising and representing the Committee in its participation in the negotiation, formulation, or objection to any plan of liquidation or reorganization;

- Assisting, advising and representing the Committee in understanding its powers and its duties under the Bankruptcy Code and the Bankruptcy Rules and in performing other services as are in the interests of those represented by the Committee;

- Assisting, advising and representing the Committee in the evaluation of claims and on any litigation matters, including avoidance actions; and

- Providing such other services to the Committee as may be necessary in this Case.

### No Adverse Interest and Disclosure of Connections

9. To the best of the Committee's knowledge and based upon the Kharasch Declaration attached hereto, neither PSZJ nor any of its partners, counsel, or associates has any connection with the Debtors, their principals or former employees, any creditor of the estate, any party in interest, their respective attorneys or accountants, the United States Trustee, or any person employed in the Office of the United States Trustee, except to the extent set forth in the Kharasch Declaration.  To the extent the Committee's continuing investigation of the business affairs of the Debtors and administration of the Case reveals additional connections,  PSZJ will supplement the Kharasch Declaration accordingly.

10. To the best of the Committee's knowledge and based upon the Kharasch Declaration: (a) neither PSZJ nor any of its partners, counsel, or associates is a creditor, equity security holder, or an "insider" of the Debtors as that term is defined in section 101(31) of the Bankruptcy Code; (b) neither PSZJ nor any of its partners, counsel, or associates is or was, within two years before the date of the filing of the petition, a relative of the Debtors or of a general partner of the Debtors, a partnership in which the Debtors are general partners, a general partner of the Debtors, a corporation of which the Debtors are a director, officer, or person in control; and (c) neither PSZJ nor any of its partners, counsel, or associates has any interest materially adverse to the interest of the estate or of any class of

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

4

creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in the Debtors for any other reason. Accordingly, PSZJ and its partners, counsel, and associates are "disinterested persons" as that term is defined and used in sections 101(14) and 327 of the Bankruptcy Code.

11.    As set forth in the Kharasch Declaration, PSZJ regularly appears in cases, proceedings, and transactions involving many attorneys, accountants, financial advisors and investment bankers, some of which now or may in the future represent the Debtors, their creditors, the Committee, and other parties in interest in this Case.  Further, PSZJ may have represented, may currently represent, and in the future may represent professionals and advisors to members of the Committee in matters unrelated to the Debtors and this Case.  PSZJ does not and will not represent any such entity in this Case.  PSZJ does not have a relationship with any such entities, attorneys, accountants, financial advisors or investment bankers that would be adverse to the Committee or the Debtors' estate.

12.    As set forth in the Kharasch Declaration, PSZJ has represented, represents, and in the future will likely represent many committees in matters unrelated to the Debtors and this Case, whose members may be creditors and/or committee members in this Case.

13.    As set forth in the Kharasch Declaration, the Firm is not representing any of those entities in this case and will not represent any members of those committees in any claims that they may have collectively or individually against the Debtors.

14.    Further, PSZJ has represented, represents, and in the future will likely represent debtors, creditors' committees, trustees or other parties against creditors of the Debtors, including members of the Committee, in cases or proceedings that are unrelated to this Case.

15.    As set forth in the Kharasch Declaration, PSZJ and certain of its partners, of counsel and associates represented, represent, and in the future will likely represent certain of the creditors of the Debtors in connection with matters unrelated to the Debtors and this Case.  Based upon the conflicts review performed, at this time, the Firm is not aware of any such current representations except as set forth in the Kharasch Declaration.  If the Firm identifies any further representations, the Firm shall make disclosures as may be appropriate at that time.  The Firm, however, is not representing and will not represent any of those entities in this Case.

5

LA:4908-2141-5858.3 81994.00002

**Professional Compensation**

16.     Subject to Court approval in accordance with section 330(a) of the Bankruptcy Code and any applicable orders of this Court, compensation will be payable to PSZJ on an hourly basis, plus reimbursement of actual, necessary expenses and other charges incurred by PSZJ.  The professionals and paralegals presently designated to represent the Committee and their current standard hourly rates are:

| | |
|---|---|
| Ira D. Kharasch | $2,095.00 per hour |
| Cia H. Mackle | $1,350.00 per hour |
| Brooke E. Wilson | $825.00 per hour |
| Beth D. Dassa | $650.00 per hour |

17.     The hourly rates set forth above are subject to periodic adjustments to reflect economic and other conditions.  PSZJ reviews and revises its billing rates on January 1 of each year. Changes in applicable hourly rates will be noted on the invoices for the first time period in which the revised rates became effective.

18.     The hourly rates set forth above are PSZJ's standard hourly rates for work of this nature.  These rates are set at a level designed to fairly compensate PSZJ for the work of its attorneys and paralegals and to cover fixed and routine overhead expenses.  The Committee desires to employ PSZJ with reasonable fees to be determined by the Bankruptcy Court.  No compensation will be paid to the Firm except as ordered by the Bankruptcy Court pursuant to any interim compensation procedures or upon application to, and approval by, the Bankruptcy Court after notice and a hearing. The Firm has not received a retainer in this case.

19.     It is PSZJ's policy to charge its clients in all areas of practice for all other expenses incurred in connection with the client's case.  The expenses charged to clients include, among other things, telephone and telecopier toll and other charges, mail and express mail charges, special or hand delivery charges, document retrieval, photocopying charges, charges for mailing supplies (including, without limitation, envelopes and labels) provided by PSZJ to outside copying services for use in mass mailings, travel expenses, expenses for working meals, computerized research,

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

6

transcription costs, as well as non-ordinary overhead expenses such as secretarial and other overtime.  PSZJ will charge the Committee for these expenses in a manner and at rates consistent with charges made generally to PSZJ's other clients, and all amendments and supplemental standing orders of the Court.  PSZJ believes that it is more appropriate to charge these expenses to the clients incurring them than to increase the hourly rates and spread the expenses among all clients.

WHEREFORE, the Committee respectfully requests entry of an Order authorizing the Committee to employ and retain PSZJ as its counsel, as of May 28, 2026, and granting such other and further relief as is just and proper.

Dated:  June 26, 2026

THE OFFICIAL UNSECURED CREDITORS' COMMITTEE OF ANDREW STUPIN AND JULIE STUPIN

/s/ Al Thuma
Western Alliance Bank
By: Al Thuma, Divisional Chief Credit Officer

Solely in his capacity as Chair of the Official Unsecured Creditors' Committee of Andrew Stupin and Julie Stupin, and not in any other capacity

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

7

LA:4908-2141-5858.3 81994.00002

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
10100 Santa Monica Blvd., 13th Fl., Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **APPLICATION FOR AN ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT OF PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, EFFECTIVE AS OF MAY 28, 2026** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **June 26, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒    Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **June 26, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒    Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method <u>for each person or entity served</u>): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **June ____, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 26, 2026 | Nancy H. Brown | /s/ Nancy H. Brown |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
4923-0195-9608.1 81994.00002

**F 9013-3.1.PROOF.SERVICE**

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Case 8:26-bk-11202-SC**

- **Scott R Albrecht**   salbrecht@gsaattorneys.com, jackie.nguyen@sgsattorneys.com
- **Raymond H. Aver**   ray@averlaw.com, averlawfirm@gmail.com;ani@averlaw.com;katya@averlaw.com;j e sus@averlaw.com
- **Jessica L Bagdanov**   jbagdanov@bg.law, ecf@bg.law
- **Michael E Bubman**   mbubman@mbn.law, aacosta@mbnlawyers.com
- **Greg P Campbell**   ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
- **Steven Casselberry**   Steve.Casselberry@procopio.com, jessica.perez@procopio.com;emily.marsh@procopio.com;calendar ingbankruptcy@procopio.com;evangelina.myers@procopio.com;la uren.hill@procopio.com
- **David Coats**   dacoats@raslg.com
- **Michael G D'Alba**   mgd@lnbyg.com
- **Dora Duru**   dora.duru@bclplaw.com, verlisa.lewis@bclplaw.com
- **Amir Gamliel**   agamliel@perkinscoie.com, cmallahi@perkinscoie.com;DocketLA@perkinscoie.com
- **Craig S Ganz**   ganzc@ballardspahr.com, BKTDocket_West@ballardspahr.com;phxlsateam@ballardspahr.c o m
- **Nichole Glowin**   bankruptcy@zbslaw.com, nglowin@ecf.courtdrive.com
- **David B Golubchik**   dbg@lnbyg.com, dbg@lnbyg.com
- **Arnold L Graff**   agraff@wrightlegal.net, nvbkfiling@wrightlegal.net;jpowell@wrightlegal.net
- **Adam M Greely**   agreely@fbfk.law, dstolar@vrslaw.net
- **Steven T Gubner**   sgubner@bg.law, ecf@bg.law
- **Sarah Rose Hasselberger**   shasselberger@marshackhays.com, shasselberger@ecf.courtdrive.com;cbastida@marshackhays.com;al inares@ecf.courtdrive.com
- **Golsa Honarfar**   ghonarfar@rutan.com, avaccaro@rutan.com;apineda@rutan.com
- **Mark S Horoupian**   mark.horoupian@gmlaw.com, mhoroupian@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com;kar en.files@gmlaw.com;courtmail@gmlaw.com
- **Robert B. Kaplan**   rkaplan@jeffer.com, rbk@ecf.courtdrive.com
- **Ira David Kharasch**   ikharasch@pszjlaw.com
- **Daniel A Lev**   daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com;courtmail @ gmlaw.com
- **Aaron J Malo**   amalo@sheppardmullin.com, hudenka@sheppard.com;mlinker@sheppard.com

- **Sam Maralan**   sm@maralanlaw.com
- **Matthew J Marino**   mmarino@allenmatkins.com, csandoval@allenmatkins.com
- **Elissa Miller**   elissa.miller@gmlaw.com, emillersk@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com;court mail@gmlaw.com
- **Kenneth Misken**   Kenneth.M.Misken@usdoj.gov
- **John A Moe**   john.moe@dentons.com, kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKE T.GENERAL.LIT.LOS@dentons.com
- **Michael S Myers**   myersm@ballardspahr.com, BKTDocket_West@ballardspahr.com;phxlsateam@ballardspahr.c om
- **Alan I Nahmias**   anahmias@mbn.law, jdale@mbn.law
- **Aram Ordubegian**   ordubegian.aram@arentfox.com
- **Carmela Pagay**   ctp@lnbyg.com
- **David M Poitras**   dpoitras@bg.law
- **Joseph M Rothberg**   jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com
- **Joshua L Scheer**   jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com
- **Daren M Schlecter**   daren@schlecterlaw.com, assistant@schlecterlaw.com
- **Zev Shechtman**   Zev.Shechtman@saul.com, Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com; LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.Bri biesca@saul.com
- **Robyn B Sokol**   robyn.sokol@stinson.com, lydia.moya@stinson.com;dennette.mulvaney@stinson.com;dbende r@leechtishman.com;jnaiya.herd@stinson.com
- **Michael G Spector**   mgspector@aol.com, mgslawoffice@aol.com
- **Martin W Taylor**   martin.taylor@bclplaw.com, shawn.williams@bclplaw.com
- **Jennifer R Tullius**   jtullius@tulliuslaw.com
- **United States Trustee (SA)**   ustpregion16.sa.ecf@usdoj.gov
- **Christopher A Ward**   cward@lowenstein.com, lsuprum@lowenstein.com
- **Sharon Z. Weiss**   sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com
- **David Wood**   dwood@marshackhays.com, dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spi neda@ecf.courtdrive.com;alinares@ecf.courtdrive.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

4923-0195-9608.1 81994.00002

**F 9013-3.1.PROOF.SERVICE**

## 2. SERVED BY UNITED STATES MAIL:

| | | |
|---|---|---|
| United States Trustee (SA)<br>411 W Fourth St., Suite 7160<br>Santa Ana, CA 92701-4593 | | |
| DENTONS US LLP<br>Attn:  John A. Moe, II<br>601 South Figueroa Street, Suite 2500<br>Los Angeles, CA 90017-5704 | DENTONS US LLP<br>Attn:  Andrea C. Chang<br>601 South Figueroa St., Suite 2500<br>Los Angeles, CA 90017-5704 | Bryan Cave Leighton Paisner LLP<br>Attn:  Sharon Weiss<br>120 Broadway, Suite 300<br>Santa Monica, CA 90401 |
| Bryan Cave Leighton Paisner LLP<br>Attn:  Martin W. Taylor; David J. Root<br>     Dora Duru<br>1920 Main Street, Suite 1000<br>Irvine, CA 92614 | PERKINS COIE LLP<br>Attn:  Amir Gamliel; Dylan Houle<br>1888 Century Park East, Suite 1700<br>Los Angeles, CA 90067-1721 | Wright, Finlay & Zak, LLP<br>Attn:  Arnold L. Graff, Esq.<br>4665 MacArthur Court, Suite 200<br>Newport Beach, CA 92660 |

## 20 LARGEST UNSECURED CREDITORS

| | | |
|---|---|---|
| Abraham & Linda Rayhaun<br>6455 Marigayle Cir.<br>Huntington Beach, CA 92684 | Dan Genis<br>2661 Tallant Rd. #MN708<br>Santa Barbara, CA 93105 | Daniel Mayhew<br>8941 Atlanta Ave. #351<br>Huntington Beach, CA 92646 |
| David Schiff<br>100 Ocean Ave. Unit C300<br>Santa Monica, CA 90402 | Denise Simon<br>2222 Avenue of the Stars Unit #1902<br>Los Angeles, CA 90067 | Fletcher Jones Motor Cars, Inc.<br>3300 Jamboree Rd<br>Newport Beach, CA 92660 |
| Gibson Family Trust<br>12 Whalers Bluff<br>Newport Coast, CA 92657 | Global Medical Systems<br>10391 E. Rosemary Lane<br>Scottsdale, AZ 08255 | Jane Torpipat & Don Torpipiat<br>11310 Carob Cir.<br>Fountain Valley, CA 92708 |
| Jim & Cheryl Markham<br>c/o Sonja Rapparport<br>23 Vista Del Valle<br>Aliso Viejo, CA 92656 | Julia Kaplan<br>47 Paloma, #B<br>Venice, CA  90291 | Karen Kaplan  Revocable Trust<br>1509 Elton Lane<br>Austin, TX 78703 |
| Larry Barker<br>105 Golden Glen Way<br>Fayetteville, GA 30214 | Mel Remba<br>2446 Apollo Drive<br>Los Angeles, CA 90046 | Michael Kaplan<br>PO Box 277<br>Surfside, CA 90743 |
| PLM Lender Services, Inc.<br>5446 Thornwood Drive, 2nd Floor<br>San Jose, CA 95123 | Robert & Mai Linh Purdy<br>1718 Port Charles Place<br>Huntington Beach, CA 96248 | Rocket Mortgage<br>PO Box 6577<br>Carol Stream, IL 60197-6577 |
| Select Portfolio Servicing<br>PO Box 65250<br>Salt Lake City, UT 84165 | The Process Server<br>960 N Tustin Street #304<br>Orange, CA 92687 | |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.