Ira D. Kharasch (State Bar No. 109084)
Brooke E. Wilson (State Bar No. 354614)
Cia H. Mackle (*Admitted Pro Hac Vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail: ikharasch@pszjlaw.com
bwilson@pszjlaw.com
cmackle@pszjlaw.com

[Proposed] Counsel to the Official Committee of
Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>ANDREW STUPIN and JULIE STUPIN,<br><br>Debtors and Debtors in Possession. | Case No.: 8:26-bk-11202-SC<br><br>Chapter 11<br><br>**DECLARATION OF IRA D. KHARASCH IN SUPPORT OF APPLICATION FOR AN ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT OF PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, EFFECTIVE AS OF MAY 28, 2026**<br><br>[Relates to Docket No. 117]<br><br>[No Hearing Required] |

I, Ira D. Kharasch, declare and state as follows:

1.     I am a partner in the firm of Pachulski Stang Ziehl & Jones LLP ("PSZJ" or the "Firm"), located at 10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067, and have been duly admitted to practice law in the state of California and the United States District Court for the District of California, among other jurisdictions.  I am authorized to submit this Declaration (the "Declaration") in support of the *Application for an Order Authorizing and Approving the Employment of Pachulski*

LA:4934-1598-8402.2 81994.00002

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

*Stang Ziehl & Jones LLP as Counsel to the Official Committee of Unsecured Creditors, Effective as of May 28, 2026* (the "Application") [Docket No. 117], filed concurrently herewith.[1]

2.     The Firm has approximately 80 attorneys with a practice concentrated on reorganization, bankruptcy, litigation and commercial matters.  The Firm's attorneys have extensive experience representing creditors' committees, debtors, creditors, trustees and others in a wide variety of bankruptcy cases.  Attorneys of the Firm have extensive experience representing creditors' committees in complex chapter 11 cases in this District and throughout the country, including Simba IL Holdings, LLC, Jinzheng Group (USA) LLC, HVI Cat Canyon, Inc., B&B Liquidating, Zetta Jet, B&B Bachrach, LLC, Liberty Asset Management, Crystal Waterfalls LLC, Freedom Communications, and Anna's Linens, among others.  More information about PSZJ generally and its expertise as counsel to committees specifically is available on its website at www.pszjlaw.com.  Copies of the resumes of the Firm's attorneys who are expected to be principally responsible for the representation of the Committee in this Case, are attached hereto as **Exhibit A**.

3.     Subject to further order of this Court, PSZJ is expected and is willing and able to render, among other services, the following services to the Committee:

- Assisting, advising and representing the Committee in its consultations with the Debtors regarding the administration of this Case;

- Assisting, advising and representing the Committee with respect to the retention of professionals and advisors with respect to this Case;

- Assisting, advising and representing the Committee in analyzing the Debtors' assets and liabilities, investigating the extent and validity of liens and participating in and reviewing any proposed asset sales, any asset dispositions, financing arrangements and cash collateral stipulations or proceedings;

- Assisting, advising and representing the Committee in any manner relevant to reviewing and determining the Debtors' rights and obligations under leases and other executory contracts;

- Assisting, advising and representing the Committee in investigating the acts, conduct, assets, liabilities and financial condition of the Debtors, the Debtors' operations and the desirability of the continuance of any portion of those operations, and any other matters relevant to this Case or to the formulation of a plan;

- Assisting, advising and representing the Committee in connection with any sale of the Debtors' assets;

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

LA:4934-1598-8402.2 81994.00002                                2

- Assisting, advising and representing the Committee in its analysis of and any objection to any disclosure statement;

- Assisting, advising and representing the Committee in its participation in the negotiation, formulation, or objection to any plan of liquidation or reorganization;

- Assisting, advising and representing the Committee in understanding its powers and its duties under the Bankruptcy Code and the Bankruptcy Rules and in performing other services as are in the interests of those represented by the Committee;

- Assisting, advising and representing the Committee in the evaluation of claims and on any litigation matters, including avoidance actions; and

- Providing such other services to the Committee as may be necessary in this Case.

4.     Section 1103(b) of the Bankruptcy Code does not incorporate the general "disinterestedness" standard of section 327(a) of the Bankruptcy Code.  However, Bankruptcy Rule 2014 requires that an application for employment under section 1103 disclose all connections with the debtors, the estates, the professionals and the Office of the Trustee.  The Firm, therefore, discloses its known connections herein.

5.     The Firm has made the following investigation of disinterestedness prior to submitting this Declaration.  The Firm has undertaken a full and thorough review of its computer database, which contains the names of clients and other parties interested in particular matters.  The Firm requires all of its professionals, before accepting the representation of a new client, or the representation of an existing client in a new matter, to perform a conflicts check through the Firm's database and to enter conflict information regarding new clients or new matters into that database.  Thus, a review of said computerized database should reveal any and all actual or potential conflicts of interest with respect to any given representation.  In particular, an employee of the Firm, under my supervision, entered the names of parties appearing on the Petition [Docket No. 1], including the list of creditors appearing thereon, as well as all the entities that Debtors have an interest in listed in item #19 of  the Debtors' Summary of Amended Schedules [Docket No. 68] (collectively, the "Potential Parties in Interest").  Except as disclosed below, I am not aware of any current representations in unrelated cases of parties who are creditors of the Debtors or other parties on the list of Potential Parties In Interest attached hereto as **Exhibit B**.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

LA:4934-1598-8402.2 81994.00002                3

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

6. Neither I, the Firm, nor any attorney thereof, insofar as I have been able to ascertain based upon the conflicts investigation described above, represent or hold any interest adverse to that of the Committee, the Debtors, their creditors, the Debtors' estate, or any party-in-interest herein in the matters on which the Firm is to be retained.

7. Neither I, the Firm, nor any attorney thereof, insofar as I have been able to ascertain based upon the conflicts investigation described above, have any connection to the United States Trustee or any of the Trial Attorneys in the office of the United States Trustee, or any of the judges for the United States Bankruptcy Court for the Central District of California.

8. Except as set forth below, neither I, the Firm, nor any attorney thereof, insofar as I have been able to ascertain based upon the conflicts investigation described above, has a prior or current connection with the Committee, the Debtors, their creditors or any party-in-interest herein in the matters on which the Firm is to be retained.

9. PSZJ regularly appears in cases, proceedings, and transactions involving many attorneys, accountants, financial advisors, investment bankers, and other professionals, some of which now or may in the future represent the Debtors, their creditors, the Committee, and other parties in interest in this Case. Further, PSZJ may have represented, may currently represent, and in the future may represent professionals and advisors to members of the Committee in matters unrelated to the Debtors and this Case. The Firm does not and will not represent any such entity in this Case. The Firm does not have a relationship with any such entities that would be adverse to the Committee or the Debtors' estate.

10. PSZJ has represented, represents, and in the future will likely represent many committees in matters unrelated to the Debtors and this Case, whose members may be creditors and/or committee members in this Case. The Firm is not representing any of those entities in this Case and will not represent any members of those committees in any claims that they may have collectively or individually against the Debtors.

11. Further, PSZJ has represented, represents, and in the future will likely represent debtors, creditors' committees, trustees or other parties against creditors of the Debtors, including members of the Committee, in cases or proceedings that are unrelated to this Case.

LA:4934-1598-8402.2 81994.00002

12.    PSZJ and certain of its partners, of counsel and associates represented, represent, and in the future will likely represent certain of the creditors of the Debtors in connection with matters unrelated to the Debtors and this Case.  Based upon the conflicts review performed, at this time, the Firm is not aware of any such current representations.

13.    To the best of my knowledge, neither PSZJ nor any of its partners, counsel, or associates has any connection with the Debtors, their principals or former employees, any creditor of the estate, any party in interest, their respective attorneys or accountants, the United States Trustee, or any person employed in the Office of the United States Trustee, except to the extent set forth as follows:

14.    Pursuant to California Rules of Professional Conduct 1.7(c)(2) and (d), the Firm hereby discloses that Malhar Pagay, a partner in the Firm, is married to Carmela Pagay, a partner in Levene, Neale, Bender, Yoo & Golubchik L.L.P., counsel to the debtor in possession.   Mr. Pagay is not assigned to, has not worked on, and will not work on this matter.  The Firm has implemented an ethical screen isolating Mr. Pagay from this engagement and its communications and files regarding this matter.  The safeguards implemented to shield Mr. Pagay from any information regarding this engagement prevent the spousal relationship from affecting the Firm's work for the Committee.

15.    The Firm reasonably believes it can and will provide competent and diligent representation to the Committee.   The Firm is not aware of any law prohibiting this representation.  The representation of the Committee does not involve one Firm client asserting a claim against another Firm client in the same or other proceeding.  Ms. Pagay is counsel to the debtor in possession and is not a client of the Firm.  The Firm does not represent the debtor in possession or any party adverse to the Committee in this proceeding.

16.    The Firm has made this disclosure to the Committee, which has consented to the representation.

17.    The Banc of California ("BOC") is a member of the Committee, and an unsecured creditor of the Debtors by way of an unsecured guaranty of BOC's secured claim in the ground lease on the Hotel Laguna in Laguna Beach, which hotel is owned by the Hotel Laguna, LLC, a non-Debtor entity that remains part of a group called the MOM entities that had filed chapter 11 in Delaware in

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

2025, which cases were later dismissed that same year. During their time in chapter 11 in Delaware, the MOM bankruptcy cases were controlled by Mahendar Makhijani ("Makhijani"), and some of his related entities, including Continuum Analytics, Inc. The DIP lender in the MOM cases was an entity controlled by Makhijani, which gave Makhijani enormous power in those cases. The Debtors have minority interests in MOM AS Investor Group LLC, one of the controlling entities of the MOM enterprise, as well as in Continuum Analytics, Inc.

18. BOC retained Shepard Mullin to represent BOC with respect to its unsecured guaranty against the Debtors, and Shepard Mullin still represents BOC in this capacity. When the MOM entities filed chapter 11 in Delaware in 2025, BOC retained Richard Pachulski and Ira Kharasch of PSZJ to represent BOC on its secured claim in the ground lease of the Hotel Laguna during the MOM chapter 11 cases. After about 5 months of litigating against the MOM entities, including Makhijani as the controlling DIP lender, PSZJ was, along with other lenders, able to convince the Delaware bankruptcy court to dismiss all of the MOM cases given Makhijani's antics in those cases. After the dismissal of the MOM chapter 11 cases, a receiver was appointed over the Hotel Laguna, LLC, and PSZJ still represents BOC with respect to its efforts to sell its interest in the ground lease, which is underwater, but BOC's goal is to maximize the value of its interest in the ground lease.

19. To the extent the Committee's continuing investigation of the business affairs of the Debtors and administration of the Case reveals additional connections, I will supplement this Declaration accordingly.

20. Subject to Court approval in accordance with section 330(a) of the Bankruptcy Code and any applicable orders of this Court, compensation will be payable to PSZJ on an hourly basis, plus reimbursement of actual, necessary expenses and other charges incurred by PSZJ. The professionals and paralegals presently designated to represent the Committee and their current standard hourly rates are:

| | |
|---|---|
| Ira D. Kharasch | $2,095.00 per hour |
| Cia H. Mackle | $1,350.00 per hour |
| Brooke E. Wilson | $825.00 per hour |
| Beth D. Dassa | $650.00 per hour |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

LA:4934-1598-8402.2 81994.00002                 6

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

21.     Attached hereto as **Exhibit C** are the hourly rates of all of the Firm's attorneys and paraprofessionals.

22.     The hourly rates set forth above are the Firm's standard hourly rates for work of this nature, which are subject to adjustment from time to time.  These rates are set at a level designed to fairly compensate the Firm for the work of its attorneys and paralegals and to cover fixed and routine overhead expenses.  The Firm reviews and revises its billing rates on January 1 of each year.  Changes in applicable hourly rates will be noted on the invoices for the first time period in which the revised rates became effective.

23.     PSZJ will not accept any compensation except as ordered by the Bankruptcy Court pursuant to any interim compensation procedures or upon application to, and approval by, the Bankruptcy Court after notice and a hearing.  The Firm has not received a retainer in this Case.

24.     It is PSZJ's policy to charge its clients in all areas of practice for all other expenses incurred in connection with the client's case.  The expenses charged to clients include, among other things, telephone and telecopier toll and other charges, mail and express mail charges, special or hand delivery charges, document retrieval, photocopying charges, charges for mailing supplies (including, without limitation, envelopes and labels) provided by PSZJ to outside copying services for use in mass mailings, travel expenses, expenses for working meals, computerized research, transcription costs, as well as non-ordinary overhead expenses such as secretarial and other overtime.  PSZJ will charge the Committee for these expenses in a manner and at rates consistent with charges made generally to PSZJ's other clients, and all amendments and supplemental standing orders of the Court.  PSZJ believes that it is more appropriate to charge these expenses to the clients incurring them than to increase the hourly rates and spread the expenses among all clients.

25.     The Firm has received no retainer from the Debtors or the Committee, nor has the Firm received any payment or promise of payment, during the one-year period prior to the Petition Date.  No compensation has been paid or promised to be paid from a source other than the Debtor's estate in this Case.  No promises have been received by the Firm nor by any partners, of counsel or associates thereof as to compensation in connection with this case other than in accordance with the provisions of the Bankruptcy Code.  The Firm has no agreement with any other entity to share with such entity

LA:4934-1598-8402.2 81994.00002                    7

any compensation received by the Firm in connection with this Case, except among the partners, of counsel, and associates of the Firm.  Neither the Committee nor its members (or any of their representatives) are or will be liable for fees or costs incurred by the Firm in its representation of the Committee.

26.      Subject to Court approval, the Committee may seek to retain various professionals during the pendency of this case.  PSZJ intends to work closely with all professionals retained by the Committee to ensure that there is no unnecessary duplication of services performed or charged to the Debtor's estate.

27.      PSZJ is willing to serve as counsel to the Committee on the basis set forth above.

28.      To the best of my knowledge, after conducting or supervising the investigation described above, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 25th day of June, 2026, at Los Angeles, California.

/s/ Ira D. Kharasch
Ira D. Kharasch

# EXHIBIT A





# Ira D. Kharasch

ikharasch@pszjlaw.com

**LOS ANGELES**

310.277.6910

Ira Kharasch, resident in the firm's Los Angeles office, has significant experience as lead counsel representing debtors, creditors' committees, and other constituencies in chapter 11 corporate reorganizations and out-of-court workouts, and has a proven track record of confirming both creditor and debtor chapter 11 plans of reorganization. He has also been a longstanding member of the firm's management committee.

Ira holds an AV Preeminent Peer Rating, *Martindale-Hubbell*'s highest recognition for ethical standards and legal ability, and has been named a "Super Lawyer" in the field of Bankruptcy and Creditor/Debtor Rights in a peer survey conducted by Law & Politics and the publisher of *Los Angeles Magazine*. He is also perennially recognized by *Best Lawyers in America* for Bankruptcy and Creditor Debtor Rights / Insolvency and Reorganization Law. Ira is a graduate of the University of Illinois and received his J.D. from UCLA.

# Credentials

### Education

- University of Illinois (B.A., *cum laude*, 1977)

### Bar and Court Admissions

- 1983, California
- 1983, Alaska
- 2011, New York

### Clerkships

- Judicial law clerk, Chief Justice Edmond Burke (Alaska)

- University of California
  School of Law, Los
  Angeles (J.D. 1982)
- Phi Beta Kappa

# Representations

- <u>Forbes Energy Services</u>: Represented Forbes Energy Services, an independent oilfield services contractor located in Texas with over $330 million of debt. Prior to the chapter 11 filing in Houston, the firm negotiated a restructuring with the bondholders where all their debt was converted to new equity, as well as providing new employment and management incentive contracts for management. A prepackaged plan was confirmed.

- <u>Pacific Energy Resources:</u> Representing Pacific Energy Resources, an independent energy company that develops and produces oil and gas at its Alaska and California offshore drilling facilities. Pacific Energy had over $500 million in debt and generated over $200 million in revenue at the time of its chapter 11 filing. Pacific Energy's common stock traded on the Toronto Stock Exchange causing it to file a CCAA reorganization proceeding in Vancouver to enforce certain US bankruptcy court orders. The company successfully sold its operations and confirmed a plan, and Mr. Kharasch continues to represent the company as a going concern.

- <u>Plainwell:</u> Successfully managed the sale, resolved and restructured billions in claims (including $3.2 billion of Superfund claims), and confirmed the reorganization plan as principal bankruptcy counsel for this leading U.S. paper producer.

- <u>Telogy:</u> Successfully reorganized Telogy, Inc., a Silicon Valley-based, high-tech distribution company that had approximately $100 million in revenue.

- <u>OwnIt Mortgage Solutions:</u> Represented OwnIt Mortgage Solutions, a Southern California-based subprime mortgage company, in its chapter 11 case. OwnIt originated approximately $8.3 billion in subprime mortgage loans in 2005, filed for bankruptcy in late 2006 and successfully confirmed its plan of reorganization.

- <u>Specialty Trust:</u> Represented Specialty Trust, a Reno-based Real Estate Investment Trust (REIT), in its chapter 11 case. Specialty Trust managed $203 million in mostly short-term mortgage loans to residential developers and confirmed its plan within 16 months.





# Cia H. Mackle

cmackle@pszjlaw.com

**LOS ANGELES**

310.277.6910

Cia Mackle's practice has focused on a broad range of domestic and international business reorganization and restructuring matters, including the representation of debtors in possession, chapter 11 trustees, creditors' committees, and other constituencies in the largest chapter 11 cases nationwide, including, most recently, Party City, Cineworld, Chinos Holdings (J. Crew), Neiman Marcus, and Ascena (Ann Taylor). She has over fifteen years' experience representing committees, chapter 11 trustees, and liquidating trusts in financial fraud and Ponzi cases, including Professional Financial Investors, Inc. and Woodbridge Financial. Cia has prosecuted and defended numerous multimillion-dollar fraudulent transfer and breach-of-fiduciary-duty actions. With detailed knowledge of e-discovery issues as well as skill in the substantive and technological presentation of electronic evidence, she counsels clients on e-discovery issues and has managed dozens of large reviews or productions. Cia is perennially selected for inclusion by *Best Lawyers in America* for her work in Bankruptcy and Creditor Debtor Rights/Insolvency and Reorganization Law and Litigation – Bankruptcy. She is a graduate of Duke University and received her J.D. from University of Southern California where she was a member of the Southern California Law Review.

# Credentials

### Education

- Duke University (A.B. 2003).

### Bar and Court Admissions

- 2006, Florida.

- University of Southern
  California (J.D. 2006).

---

# Representations

- Creditors' committees: Party City, Cineworld, Chinos Holdings (J. Crew), Neiman Marcus, Ascena (Ann Taylor), Professional Financial Investors,  Woodbridge Group, Village Roadshow Entertainment Group USA Inc., AFH Air Pros, LLC, Biora Therapeutics, True Value Company, LLC, FedNat Holding Company, Wellmade Floor Coverings International, Inc.

- Chapter 11 trustee in Estate Financial

---

# Publications

- Sections 327 Through 330 Recent Developments in the Law of Employment and Compensation of Bankruptcy Professionals2021 Norton Annual Survey of Bankruptcy Law 439, October 2021





# Brooke E. Wilson

bwilson@pszjlaw.com

### SAN FRANCISCO

415.263.7000

Brooke Wilson, resident in the San Francisco office, practices in the areas of corporate restructuring and insolvency litigation. Brooke has played an important role in several complex chapter 11 proceedings representing debtors, subchapter V debtors, creditors' committees, and postconfirmation fiduciaries. Her representations have involved a wide range of industries including nonprofit, cryptocurrency, green technology, and retail.

Before joining the firm, Brooke clerked for the Honorable Charles Novack in the United States Bankruptcy Court for the Northern District of California. She holds a bachelor's degree from Cornell University and a J.D., *cum laude*, from Washington & Lee University School of Law.

# Credentials

### Education

- Cornell University (BA 2016)
- Washington and Lee University School of Law (JD 2021)

### Bar and Court Admissions

- 2022, New York
- 2024, California

### Clerkships

- Law clerk, Charles Novack (Bankr. N.D. Cal. 2021-23)

# Representations

- Chapter 11 debtors: International Longshore and Warehouse Union (ILWU)
- Creditors' committees: Ambri
- Chapter 15 foreign representative: Nexii Building Solutions

# Professional Affiliations

- Member, American Bar Association
- Member, American Bankruptcy Institute
- Member, International Women's Insolvency & Restructuring Confederation (IWIRC)

# Publications

- "COMI Chameleon: Is 'COMI Manipulation' in Chapter 15 a Ballooning Problem?," American Bankruptcy Institute Journal Special International Issue (August 2025)

# EXHIBIT B

**EXHIBIT B - Potential Parties in Interest**

Andrew & Julie Stupin - #11155 – Top20

Abraham & Linda Rayhaun
6455 Marigayle Cir.
Huntington Beach, CA 92684

Dan Genis
2661 Tallant Rd. #MN708
Santa Barbara, CA 93105

Daniel Mayhew
8941 Atlanta Ave. #351
Huntington Beach, CA 92646

David Schiff
100 Ocean Ave. Unit C300
Santa Monica, CA 90402

Denise Simon
2222 Avenue of the Stars Unit #1902
Los Angeles, CA 90067

Fletcher Jones Motor Cars, Inc.
3300 Jamboree Rd
Newport Beach, CA 92660

Gibson Family Trust
12 Whalers Bluff
Newport Coast, CA 92657

Global Medical Systems
10391 E. Rosemary Lane
Scottsdale, AZ 08255

Jane Torpipat & Don Torpipiat
11310 Carob Cir.
Fountain Valley, CA 92708

Jim & Cheryl Markham c/o
Sonja Rapparport
23 Vista Del Valle
Aliso Viejo, CA 92656

Julie Kaplan
47 Paloma #B
Venice, CA 90291

Karen Kaplan  Revocable Trust
1509 Elton Lane
Austin, TX 78703

Larry Barker
105 Golden Glen Way
Fayetteville, GA 30214

Mel Remba
2446 Apollo Drive
Los Angeles, CA 90046

Michael Kaplan
PO Box 277
Surfside, CA 90743

PLM Lender Services, Inc.
5446 Thornwood Drive, 2nd Floor
San Jose, CA 95123

Robert & Mai Linh Purdy
1718 Port Charles Place
Huntington Beach, CA 96248

Rocket Mortgage
PO Box 6577
Carol Stream, IL 60197-6577

Select Portfolio Servicing
PO Box 65250
Salt Lake City, UT 84165

The Process Server
960 N Tustin Street #304
Orange, CA 92687

EXHIBIT B - Potential Parties in Interest

Andrew & Julie Stupin - #11155 – Secured & LLC's

Clearedge Lending
20 Enterprise, Suite 300
Aliso Viejo, CA 92656

Comerica Bank
1717 Main Street
Dallas, TX 75201

County of Orange
P.O. Box 1438
Santa Ana, CA 92702-1438

First Bank
Attn: Payment Processing
PO Box 790269
Saint Louis, MO 63179

First Bank
Attn: Payment Processing
PO Box 790269
Saint Louis, MO 63179

First Bank
Attn: Payment Processing
PO Box 790269
Saint Louis, MO 63179

First Choice Bank
17785 Center Court Drive, Suite 750
Cerritos, CA 90703

Rocket Mortgage
PO Box 6577
Carol Stream, IL 60197-6577

Secured Income Fund-II c/o
PLM Lender Services, Inc
5446 Thornwood Drive,2nd Floor
San Jose, CA 95123

The Evergeen Advantage
1424 4th Street, Suite 777
Santa Monica, CA 90401

VL Ventures LLC
1303 Avocado Av, Suite 200
Newport Beach, CA 92660

504 Main Street Group LLC

Cedar Group LLC

Stanton Group LLC

Stanton Group Three LLC

Twin Towers Group LLC

Pioneer Group LLC

Rosescran Group LLC

Via Lido II Group LLC

Broadway Group LLC

Lawndale Group LLC

Century Group LLC

Oak Center Group LLC

Sky Mobile LLC

Whitaur Group LLC

Raymond Group LLC

Moreno Bowling Group LLC

Allessandro Group LLC

Plaza Continental Group LLC

Andrew & Julie Stupin - #11155 – Secured & LLC's

| | | |
|---|---|---|
| Mission San Diego Group LLC | Evariste Group LLC | Cantor Group LLC |
| Hilbert Group LLC | Chino Central Group LLC | Galois Group LLC |
| Conejo Riverside Group LLC | Rancho Colton Group LLC | Tarski Group LLC |
| Riverside Macon Group LLC | 184 E 64th LLC | 227 E 67th LLC |
| Skolem Group LLC | Grothendieck Group LLC | Pointcare Group LLC |
| Ramanujan Investor Group LLC | Henkin Investor Group LLC | Kolmogorov Group LLC |
| Sky Lounge Group LLC | Shell Beach II LLC | Shell Beach LLC |
| River Jetty CDM LLC | Los Arcos Newport LLC | River Jetty Crystal Cove LLC |
| River Jetty Second & PCH LLC | River Jetty Sunset LLC | Nano Financial Holdings Inc. |
| Loop Industries Inc. | Nekter Juice Bar Inc. | Optiharvest Inc. |

Andrew & Julie Stupin - #11155 – Secured & LLC's

| | | |
|---|---|---|
| Cantor Group IV LLC | Coastline Designs LLC | Cantor Group V LLC |
| Casa Via Lido LLC | Club Trilly LLC | Coastline Loans LLC |
| Coastline Real Estate Investments | Coastline Santa Monica Inv. LLC | Continuum Real Estate Opportunities |
| Continuum Analytics LLC | Evariste Group Manager LLC | Forcing Rosser Manager LLC |
| Harbor Island Group LLC | JKO Group LLC | Macon Group LLC |
| MOM AS Investor Group LLC | Monterey Sands Group LLC | Monterey Sands Investor Group |
| NWPT CO LLC | Sifat LLC | Tenet SAC LLC |
| Trillion Boys LLC | Vineyard Village Group LLC | |

Zion Bancorporation, N.A.
dba California Bank & Trust
Attn: Jeffrey Hill
707 Wilshire Blvd., Suite 5700
Los Angeles, CA 90017

Preferred Bank
Attn: Carol Lee
601 S. Figueroa St., 48th Floor
Los Angeles, CA 90017

Banc of California
Attn: Brian Farrell – Legal Dept
3 MacArthur Place
Santa Ana, CA 92707

Western Alliance Bank
c/o Al Thuma
One East Washington Street #1400
Phoenix, AZ 85004

Gerald J. Marcil
43 Malaga Cove Plaza, #D
Palos Verdes, CA 90274

LBC3 Trust, a Delaware Statutory Trust
Attn: Henry Bensen
106 Chestnut Street E
Stillwater, MN 55082

Conejo Loan Investors, LLC
Attn: Jack
2625 Alcatraz Ave., 214
Berkeley, CA 94705

Kimm Paglia
c/o Marshack Hay Wood LLP
870 Roosevelt
Irvine, CA 92620

Mark Genis
697 Corte Estrella
Camarillo, CA 93010

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| David B. Golubchik 185520<br>2818 La Cienega Ave.<br>Los Angeles, CA 90034<br>(310) 229-1234<br>California State Bar Number: **185520 CA**<br><br><br><br>☐  *Debtor(s) appearing without an attorney*<br>■  *Attorney for Debtor* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA**

| In re:<br><br>    **Andrew Stupin**<br>    **Julie Stupin**<br><br><br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 11<br><br>---<br><br>**VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
|---|---|

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __10__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: **April 17, 2026**

_____
Signature of Debtor 1

Date: **April 17, 2026**

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: **April 17, 2026**

_____
Signature of Attorney for Debtor (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                   **F 1007-1.MAILING.LIST.VERIFICATION**

Andrew Stupin
215 5th Street, Suite A
Huntington Beach, CA 92648


Julie Stupin
215 5th Street, Suite A
Huntington Beach, CA 92648


David B. Golubchik
Levene, Neale, Bender, Yoo & Golubchik L
2818 La Cienega Ave.
Los Angeles, CA 90034


U.S. Trustee - Santa Ana
411 West Fourth Street
Suite 9041
Santa Ana, CA 92701-8000


Abraham & Linda Rayhaun
6455 Marigayle Cir.
Huntington Beach, CA 92684


Aegis Security
PO Box 261567
Hartford, CT 06126


Arvielo
c/o Damon Mircheff, Esq.
18575 Jamboree Road, 9th Floor
Irvine, CA 92612


Boyd & Associates
2191 E Thompson Blvd
Ventura, CA 93001

CA Fair Plan
PO Box 840244
Los Angeles, CA 90084-0244


California Bank & Trust
1900 North Main Street Ste. 100
Irvine, CA 92614


Cantor Group IV LLC
520 Newport Center Drive, Suite 480
Newport Beach, CA 92660


Century Surety


Charter Comm
PO Box 7173
Pasadena, CA 91109-7173


City of Huntington Beach
P.O. Box 711
Huntington Beach, CA 92648


City of Newport Beach
PO Box 4923
Whittier, CA 90607


Comerica Bank
PO Box 660093
Dallas, TX 75266-0093

County of Orange
P.O. Box 1438
Santa Ana, CA 92702-1438


Cox Comm.
102280 oaks PA 19456


CR&R Inc
PO Box 206
Stanton, CA 90680


Crystal Cove Community Assoc
30354 Tampa FL 33630-3354


Dan Genis
2661 Tallant Rd. #MN708
Santa Barbara, CA 93105


Daniel Mayhew


David Schiff
100 Ocean Ave. Unit C300
Santa Monica, CA 90402


Denise Blake
7731 N. 158th Street
Bennington, NE 68007

Denise Simon
2222 Avenue of the Stars Unit #1902
Los Angeles, CA 90067


DIRECTV
PO Box 915
El Segundo, CA 90245


Enterprise Bank
150 N Meramec Ave
Clayton, MO 63105


Evanston Insurance


Exclusive Auto Detail
146 1/2 E 21st St
Costa Mesa, CA 92627


FCI Lender Services, Inc.
PO Box 27370
Anaheim, CA 92809


First Bank
PO Box 790037
St Louis, MO 63179


Fletcher Jones Motor Cars, Inc.
3300 Jamboree Rd
Newport Beach, CA 92660

Franchise Tax Board
Special Procedures - Insolvency
P.O. Box 2952
Sacramento, CA 95812-2952


Frontier
PO Box 740407
Cincinnati, OH 45274-0407


Gerald Marcil
c/o Steve Gubner, Esq.
21650 Oxnard St., Suite 500
Woodland Hills, CA 91367-4911


Gibson Family Trust
12 Whalers Bluff
Newport Coast, CA 92657


Global Medical Systems
10391 E. Rosemary Lane
Scottsdale, AZ 08255


Groussman Family Trust
12 San Timoteo
Rancho Santa Margarita, CA 92688


Huntington Landmark Association
25189 Santa Ana CA
Santa Ana, CA 92799-5189


Internal Revenue Service
Insolvency I Stop 5022
300 N. Los Angeles St., #4062
Los Angeles, CA 90012-9903

Irvine Ranch Water District
P.O. Box 57000
Irvine, CA 92619-7000


Jane Torpipat & Don Torpipiat
11310 Carob Cir.
Fountain Valley, CA 92708


Jeff & Janel Grousman
12 San Timoteo
Rancho Santa Margarita, CA 92688


Jim & Cheryl Markham
c/o Sonja Rapparport 23 Vista Del Valle
Aliso Viejo, CA 92656


Julie Kaplan
47 Paloma #B
Venice, CA 90291


Karen Kaplan  Revocable Trust
1509 Elton Lane
Austin, TX 78703


Land Rover Financial Group
PO BOX 650546
Dallas, TX 75265-0546


Larry Barker
105 Golden Glen Way
Fayetteville, GA 30214

Mel Remba
2446 Apollo Drive
Los Angeles, CA 90046


Mercury Insurance
PO Box 5700
Rancho Cucamonga, CA 91729-5700


Michael Kaplan
PO Box 277
Surfside, CA 90743


Nano Banc
7755 Irvine Center Dr
Suite 300
Irvine, CA 92618


Neptune Flood Insurance
PO Box 735653
Chicago, IL 60673-5653


One Ford Road Assoc
25189  Santa Ana CA 92799-5189


Orange County Register
P.O. Box 11626
Santa Ana, CA 92711-1626


Patrick's Landscaping
20481 Sun Valley Rd.
Laguna Beach, CA 92651

Personal Umbrella.com
5835 Doyle St.
Ste. 115
Emeryville, CA 94608


PLM Lender Services, Inc.
5446 Thornwood Drive, 2nd Floor
San Jose, CA 95123


PMF CA REITT LLC
16801 Van Buren Boulevard
Building B
Riverside, CA 92504


Preferred Bank
c/o John A. Moe, II, Dentons US LLP
601 S. Figueroa St., Ste 2500
Los Angeles, CA 90017-5704


Progressive
PO Box 6807
Cleveland, OH 44101


Republic Services
17121 Nichols Lane
Huntington Beach, CA 92647-5719


Roadrunner Exterminating
310 E Alton Ave
Santa Ana, CA 92707


Robert & Mai Linh Purdy
1718 Port Charles Place
Huntington Beach, CA 96248

Rocket Mortgage
PO Box 6577
Carol Stream, IL 60197-6577


Samuel Gonzalez
2183 Pomona Ave., Apt. A
Costa Mesa, CA 92627


SCE
P.O. Box 6400
Rancho Cucamonga, CA 91729-6400


SCE REIMBURSEMENT to 309 D
P.O. Box 6400
Rancho Cucamonga, CA 91729-6400


Select Portfolio Servicing
PO Box 65250
Salt Lake City, UT 84165


So Cal Gas
P.O. Box 1626
Monterey Park, CA 91754-8626


Stanley Pest
2555 Loma Avenue
South El Monte, CA 91733


The Gas Co.
P.O. Box 1626
Monterey Park, CA 91754-8626

The Process Server
960 N Tustin Street #304
Orange, CA 92687


Travelers
PO Box 660317
Dallas, TX 75266


Vickie Larson
5000 Antelope Junction
Farmington, NM 87402


Vision Pools
25422 Trabuco suite 105 #100-368
Lake Forest, CA 92630


Western Alliance Bank
c/o Craig Ganz, BALLARD SPAHR LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915


Zions Bank
c/o Sasha Frid, MILLER   BARONDESS
2121 Avenue of the Stars, 26th Floo
Los Angeles, CA 90067

# EXHIBIT C

**PACHULSKI STANG ZIEHL & JONES LLP**
**HOURLY BILLING RATES FOR PROFESSIONALS AND PARAPROFESSIONALS**
**JANUARY 2026 RATES**

| Partners | Billing Rate |
|---|---|
| Isaac M. Pachulski | $ 2,695.00 |
| Jeffrey H. Davidson | $ 2,650.00 |
| Richard M. Pachulski | $ 2,650.00 |
| Laura Davis Jones | $ 2,250.00 |
| Dean A. Ziehl | $ 2,195.00 |
| Alan J. Kornfeld | $ 2,195.00 |
| Robert J. Feinstein | $ 2,195.00 |
| Robert B. Orgel | $ 2,175.00 |
| Jeffrey N. Pomerantz | $ 2,175.00 |
| Bradford J. Sandler | $ 2,175.00 |
| Debra Grassgreen | $ 2,175.00 |
| James W. Walker | $ 2,150.00 |
| David J. Barton | $ 2,125.00 |
| Ira D. Kharasch | $ 2,095.00 |
| James I. Stang | $ 2,075.00 |
| Henry C. Kevane | $ 2,050.00 |
| John A. Morris | $ 2,050.00 |
| Scott L. Hazan | $ 2,050.00 |
| Michael D. Warner | $ 1,950.00 |
| Zev M. Bomrind | $ 1,950.00 |
| David M. Bertenthal | $ 1,895.00 |
| Maxim B. Litvak | $ 1,895.00 |
| Gabriel I. Glazer | $ 1,850.00 |
| Linda F. Cantor | $ 1,825.00 |
| Iain A.W. Nasatir | $ 1,775.00 |
| Andrew W. Caine | $ 1,695.00 |
| Stanley E. Goldich | $ 1,695.00 |
| Jeffrey W. Dulberg | $ 1,695.00 |
| Malhar S. Pagay | $ 1,695.00 |
| John D. Fiero | $ 1,650.00 |
| Joshua M. Fried | $ 1,650.00 |
| Shirley S. Cho | $ 1,650.00 |
| Gregory V. Demo | $ 1,650.00 |
| James E. O'Neill | $ 1,595.00 |
| John W. Lucas | $ 1,550.00 |
| Ilan D. Scharf | $ 1,550.00 |

| Partners | Billing Rate |
|---|---|
| Timothy P. Cairns | $ 1,475.00 |
| Teddy M. Kapur | $ 1,475.00 |
| Jason H. Rosell | $ 1,395.00 |
| Jason S. Pomerantz | $ 1,350.00 |
| Nina L. Hong | $ 1,350.00 |
| Cia H. Mackle | $ 1,350.00 |
| Steven W. Golden | $ 1,275.00 |
| Ben L. Wallen | $ 1,195.00 |
| Brittany M. Michael | $ 1,150.00 |

| Of Counsel | Billing Rate |
|---|---|
| Richard J. Gruber | $ 2,050.00 |
| Judith Elkin | $ 1,895.00 |
| Karen B. Dine | $ 1,795.00 |
| Jeffrey M. Dine | $ 1,795.00 |
| Harry D. Hochman | $ 1,775.00 |
| Jordan A. Kroop | $ 1,750.00 |
| Mary F. Caloway | $ 1,750.00 |
| James K.T. Hunter | $ 1,725.00 |
| Daryl G. Parker | $ 1,650.00 |
| Jonathan J. Kim | $ 1,575.00 |
| Victoria A. Newmark | $ 1,495.00 |
| Tavi C. Flanagan | $ 1,495.00 |
| Beth E. Levine | $ 1,450.00 |
| Gail S. Greenwood | $ 1,450.00 |
| Michael L. Cohen | $ 1,395.00 |
| Michael R. Seidl | $ 1,375.00 |
| Erin Gray | $ 1,375.00 |
| Robert M. Saunders | $ 1,375.00 |
| Elissa A. Wagner | $ 1,375.00 |
| Peter J. Keane | $ 1,375.00 |
| Jeffrey P. Nolan | $ 1,375.00 |
| Gina F. Brandt | $ 1,375.00 |
| Gillian N. Brown | $ 1,275.00 |
| William L. Ramseyer | $ 1,195.00 |
| Ayala A. Hassell | $ 1,175.00 |

| Associates | Billing Rate |
|---|---|
| Theodore S. Heckel | $ 1,350.00 |
| Hayley R. Winograd | $ 1,250.00 |
| Edward A. Corma | $ 950.00 |
| Brooke E. Wilson | $ 825.00 |
| Caledonia Strelow | $ 725.00 |
| Amanda Kodabash | $ 725.00 |

| Senior Paralegals | Billing Rate |
|---|---|
| Andrea T. Bates | $ 695.00 |
| Patricia J. Jeffries | $ 695.00 |

| Paralegals | Billing Rate |
|---|---|
| Beth D. Dassa | $ 650.00 |
| Karina K. Yee | $ 650.00 |
| Patricia E. Cuniff | $ 650.00 |
| Kerri L. Labrada | $ 650.00 |
| Yves P. Derac | $ 650.00 |
| Lisa H. Petras | $ 650.00 |
| Melissa N. Flores | $ 650.00 |
| Cheryl A. Knotts | $ 625.00 |
| Hope R. Daniels | $ 625.00 |
| Nathan J. Hall | $ 625.00 |
| Natalie K. Denhardt | $ 625.00 |

| Law Library Dir. | Billing Rate |
|---|---|
| Leslie A. Forrester | $ 695.00 |

| Law Clerks/Clerks | Billing Rate |
|---|---|
| Audrey L. Heckel | $ 525.00 |
| Andrea R. Paul | $ 525.00 |
| David Crosby | $ 525.00 |
| Gary Arnold | $ 525.00 |
| Janet Grayson | $ 525.00 |

Document Number: 247995

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
10100 Santa Monica Blvd., 13th Fl., Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF IRA D. KHARASCH IN SUPPORT OF APPLICATION FOR AN ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT OF PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, EFFECTIVE AS OF MAY 28, 2026** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **June 26, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) **June 26, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **June ____, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 26, 2026 | Nancy H. Brown | */s/ Nancy H. Brown* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Case 8:26-bk-11202-SC**

- **Scott R Albrecht**    salbrecht@gsaattorneys.com, jackie.nguyen@sgsattorneys.com
- **Raymond H. Aver**    ray@averlaw.com, averlawfirm@gmail.com;ani@averlaw.com;katya@averlaw.com;jesus@averlaw.com
- **Jessica L Bagdanov**    jbagdanov@bg.law, ecf@bg.law
- **Michael E Bubman**    mbubman@mbn.law, aacosta@mbnlawyers.com
- **Greg P Campbell**    ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
- **Steven Casselberry**    Steve.Casselberry@procopio.com, jessica.perez@procopio.com;emily.marsh@procopio.com;calendaringbankruptcy@procopio.com;evangelina.myers@procopio.com;lauren.hill@procopio.com
- **David Coats**    dacoats@raslg.com
- **Michael G D'Alba**    mgd@lnbyg.com
- **Dora Duru**    dora.duru@bclplaw.com, verlisa.lewis@bclplaw.com
- **Amir Gamliel**    agamliel@perkinscoie.com, cmallahi@perkinscoie.com;DocketLA@perkinscoie.com
- **Craig S Ganz**    ganzc@ballardspahr.com, BKTDocket_West@ballardspahr.com;phxlsateam@ballardspahr.com
- **Nichole Glowin**    bankruptcy@zbslaw.com, nglowin@ecf.courtdrive.com
- **David B Golubchik**    dbg@lnbyg.com, dbg@lnbyg.com
- **Arnold L Graff**    agraff@wrightlegal.net, nvbkfiling@wrightlegal.net;jpowell@wrightlegal.net
- **Adam M Greely**    agreely@fbfk.law, dstolar@vrslaw.net
- **Steven T Gubner**    sgubner@bg.law, ecf@bg.law
- **Sarah Rose Hasselberger**    shasselberger@marshackhays.com, shasselberger@ecf.courtdrive.com;cbastida@marshackhays.com;alinares@ecf.courtdrive.com
- **Golsa Honarfar**    ghonarfar@rutan.com, avaccaro@rutan.com;apineda@rutan.com
- **Mark S Horoupian**    mark.horoupian@gmlaw.com, mhoroupian@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com;karen.files@gmlaw.com;courtmail@gmlaw.com
- **Robert B. Kaplan**    rkaplan@jeffer.com, rbk@ecf.courtdrive.com
- **Ira David Kharasch**    ikharasch@pszjlaw.com
- **Daniel A Lev**    daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com;courtmail@gmlaw.com
- **Aaron J Malo**    amalo@sheppardmullin.com, hudenka@sheppard.com;mlinker@sheppard.com
- **Sam Maralan**    sm@maralanlaw.com
- **Matthew J Marino**    mmarino@allenmatkins.com, csandoval@allenmatkins.com
- **Elissa Miller**    elissa.miller@gmlaw.com, emillersk@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com;courtmail@gmlaw.com
- **Kenneth Misken**    Kenneth.M.Misken@usdoj.gov
- **John A Moe**    john.moe@dentons.com, kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com
- **Michael S Myers**    myersm@ballardspahr.com, BKTDocket_West@ballardspahr.com;phxlsateam@ballardspahr.com
- **Alan I Nahmias**    anahmias@mbn.law, jdale@mbn.law
- **Aram Ordubegian**    ordubegian.aram@arentfox.com
- **Carmela Pagay**    ctp@lnbyg.com
- **David M Poitras**    dpoitras@bg.law
- **Joseph M Rothberg**    jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com
- **Joshua L Scheer**    jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com
- **Daren M Schlecter**    daren@schlecterlaw.com, assistant@schlecterlaw.com
- **Zev Shechtman**    Zev.Shechtman@saul.com, Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.Bribiesca@saul.com
- **Robyn B Sokol**    robyn.sokol@stinson.com, lydia.moya@stinson.com;dennette.mulvaney@stinson.com;dbender@leechtishman.com;jnaiya.herd@stinson.com
- **Michael G Spector**    mgspector@aol.com, mgslawoffice@aol.com
- **Martin W Taylor**    martin.taylor@bclplaw.com, shawn.williams@bclplaw.com
- **Jennifer R Tullius**    jtullius@tulliuslaw.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
- **Christopher A Ward**    cward@lowenstein.com, lsuprum@lowenstein.com
- **Sharon Z. Weiss**    sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com
- **David Wood**    dwood@marshackhays.com, dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
4923-0195-9608.1 81994.00002

**F 9013-3.1.PROOF.SERVICE**

## 2. SERVED BY UNITED STATES MAIL:

| | | |
|---|---|---|
| United States Trustee (SA)<br>411 W Fourth St., Suite 7160<br>Santa Ana, CA 92701-4593 | | |
| DENTONS US LLP<br>Attn:  John A. Moe, II<br>601 South Figueroa Street, Suite 2500<br>Los Angeles, CA 90017-5704 | DENTONS US LLP<br>Attn:  Andrea C. Chang<br>601 South Figueroa St., Suite 2500<br>Los Angeles, CA 90017-5704 | Bryan Cave Leighton Paisner LLP<br>Attn:  Sharon Weiss<br>120 Broadway, Suite 300<br>Santa Monica, CA 90401 |
| Bryan Cave Leighton Paisner LLP<br>Attn:  Martin W. Taylor; David J. Root<br>        Dora Duru<br>1920 Main Street, Suite 1000<br>Irvine, CA 92614 | PERKINS COIE LLP<br>Attn:  Amir Gamliel; Dylan Houle<br>1888 Century Park East, Suite 1700<br>Los Angeles, CA 90067-1721 | Wright, Finlay & Zak, LLP<br>Attn:  Arnold L. Graff, Esq.<br>4665 MacArthur Court, Suite 200<br>Newport Beach, CA 92660 |

## 20 LARGEST UNSECURED CREDITORS

| | | |
|---|---|---|
| Abraham & Linda Rayhaun<br>6455 Marigayle Cir.<br>Huntington Beach, CA 92684 | Dan Genis<br>2661 Tallant Rd. #MN708<br>Santa Barbara, CA 93105 | Daniel Mayhew<br>8941 Atlanta Ave. #351<br>Huntington Beach, CA 92646 |
| David Schiff<br>100 Ocean Ave. Unit C300<br>Santa Monica, CA 90402 | Denise Simon<br>2222 Avenue of the Stars Unit #1902<br>Los Angeles, CA 90067 | Fletcher Jones Motor Cars, Inc.<br>3300 Jamboree Rd<br>Newport Beach, CA 92660 |
| Gibson Family Trust<br>12 Whalers Bluff<br>Newport Coast, CA 92657 | Global Medical Systems<br>10391 E. Rosemary Lane<br>Scottsdale, AZ 08255 | Jane Torpipat & Don Torpipiat<br>11310 Carob Cir.<br>Fountain Valley, CA 92708 |
| Jim & Cheryl Markham<br>c/o Sonja Rapparport<br>23 Vista Del Valle<br>Aliso Viejo, CA 92656 | Julia Kaplan<br>47 Paloma, #B<br>Venice, CA  90291 | Karen Kaplan  Revocable Trust<br>1509 Elton Lane<br>Austin, TX 78703 |
| Larry Barker<br>105 Golden Glen Way<br>Fayetteville, GA 30214 | Mel Remba<br>2446 Apollo Drive<br>Los Angeles, CA 90046 | Michael Kaplan<br>PO Box 277<br>Surfside, CA 90743 |
| PLM Lender Services, Inc.<br>5446 Thornwood Drive, 2nd Floor<br>San Jose, CA 95123 | Robert & Mai Linh Purdy<br>1718 Port Charles Place<br>Huntington Beach, CA 96248 | Rocket Mortgage<br>PO Box 6577<br>Carol Stream, IL 60197-6577 |
| Select Portfolio Servicing<br>PO Box 65250<br>Salt Lake City, UT 84165 | The Process Server<br>960 N Tustin Street #304<br>Orange, CA 92687 | |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

4923-0195-9608.1 81994.00002

**F 9013-3.1.PROOF.SERVICE**