Ira D. Kharasch (State Bar No. 109084)
Brooke E. Wilson (State Bar No. 354614)
Cia H. Mackle (*Admitted Pro Hac Vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile:  310/201-0760
E-mail:   ikharasch@pszjlaw.com
          bwilson@pszjlaw.com
          cmackle@pszjlaw.com

[Proposed] Counsel to the Official Committee of
Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>ANDREW STUPIN and JULIE STUPIN,<br><br>Debtors and Debtors in Possession. | Case No.  8:26-bk-11202-SC<br><br>Chapter 11<br><br>**NOTICE OF FILING OF APPLICATION FOR AN ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT OF PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, EFFECTIVE AS OF MAY 28, 2026**<br><br>[Relates to Dkt. Nos. 117 and 118]<br><br>[No Hearing Required] |

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, THE DEBTORS AND DEBTORS IN POSSESSION, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL PARTIES REQUESTING SPECIAL NOTICE:**

**PLEASE TAKE NOTICE** the Official Committee of Unsecured Creditors (the "Committee") appointed in the bankruptcy case of Andrew Stupin and Julie Stupin (the "Debtors"), has filed its application (the "Application") to employ Pachulski Stang Ziehl & Jones LLP  as its counsel ("PSZJ" or the "Firm") [Dkt. No. 117], effective as of May 28, 2026, to perform the

LA:4924-3360-5042.3 81994.00002

following services:

- Assist, advise and represent the Committee in its consultations with the Debtors regarding the administration of this Case;

- Assist, advise and represent the Committee with respect to the retention of professionals and advisors with respect to this Case;

- Assist, advise and represent the Committee in analyzing the Debtors' assets and liabilities, investigating the extent and validity of liens and participating in and reviewing any proposed asset sales, any asset dispositions, financing arrangements and cash collateral stipulations or proceedings;

- Assist, advise and represent the Committee in any manner relevant to reviewing and determining the Debtors' rights and obligations under leases and other executory contracts;

- Assist, advise and represent the Committee in investigating the acts, conduct, assets, liabilities and financial condition of the Debtors, the Debtors' operations and the desirability of the continuance of any portion of those operations, and any other matters relevant to this Case or to the formulation of a plan;

- Assist, advise and represent the Committee in connection with any sale of the Debtors' assets;

- Assist, advise and represent the Committee in its analysis of and any objection to any disclosure statement;

- Assist, advise and represent the Committee in its participation in the negotiation, formulation, or objection to any plan of liquidation or reorganization;

- Assist, advise and represent the Committee in understanding its powers and its duties under the Bankruptcy Code and the Bankruptcy Rules and in performing other services as are in the interests of those represented by the Committee;

- Assist, advise and represent the Committee in the evaluation of claims and on any litigation matters, including avoidance actions; and

- Provide such other services to the Committee as may be necessary in this Case.

**PLEASE TAKE FURTHER NOTICE** that subject to the provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, the United States Trustee Guidelines, and this Court's rules, PSZJ requests that its customary hourly rates in effect from time to time be utilized to reimburse PSZJ according to its customary reimbursement policies.  The professionals and paralegals presently designated to represent the Committee and their current standard hourly rates are:

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

LA:4924-3360-5042.3 81994.00002                    2

| | |
|---|---|
| Ira D. Kharasch | $2,095.00 per hour |
| Cia H. Mackle | $1,350.00 per hour |
| Brooke E. Wilson | $825.00 per hour |
| Beth D. Dassa | $650.00 per hour |

The hourly rates of all of the Firm's attorneys and paraprofessionals are attached as **Exhibit C** to the Declaration of Ira D. Kharasch filed in support of the Application.

**PLEASE TAKE FURTHER NOTICE** that PSZJ has not received any retainer in connection with this case and it is contemplated that PSZJ may seek interim compensation during the case as permitted by sections 330 and 331 of the Bankruptcy Code and Bankruptcy Rule 2016. PSZJ understands that its compensation in the case is subject to the prior approval of the Court.  No compensation will be paid except upon application to and approval by the Court after notice and a hearing in accordance with sections 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016, and Local Bankruptcy Rule 2016-1.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rule 2014-1(b), a hearing is not required in connection with the Application unless requested by the United States Trustee, a party in interest, or otherwise ordered by the Court.  Pursuant to Local Bankruptcy Rule 2014-1(b)(3)(E), any response to the Application and request for hearing must be in the form prescribed by Local Bankruptcy Rule 9013-1(f)(1) and must be filed with the Court and served upon the Committee, its proposed counsel, and the United States Trustee no later than fourteen (14) days from the date of service of this notice.  A copy of the Application may be obtained by contacting Beth Dassa, Paralegal, Pachulski Stang Ziehl & Jones  LLP, 10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA 90067, Telephone: (310) 277-6910, Facsimile (310) 201-0760, email: bdassa@pszjlaw.com.

Dated:    June 26, 2026

PACHULSKI STANG ZIEHL & JONES  LLP

By    /s/ *Ira D. Kharasch*
Ira D. Kharasch

[Proposed] Counsel to the Official Committee of Unsecured Creditors

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
10100 Santa Monica Blvd., 13th Fl., Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*):  **NOTICE OF FILING OF APPLICATION FOR AN ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT OF PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, EFFECTIVE AS OF MAY 28, 2026** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **June 26, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) **June 26, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **June ____, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 26, 2026 | Nancy H. Brown | /s/ Nancy H. Brown |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** **Case 8:26-bk-11202-SC**

- **Scott R Albrecht**   salbrecht@gsattorneys.com, jackie.nguyen@sgsattorneys.com
- **Raymond H. Aver**   ray@averlaw.com, averlawfirm@gmail.com;ani@averlaw.com;katya@averlaw.com;jesus@averlaw.com
- **Jessica L Bagdanov**   jbagdanov@bg.law, ecf@bg.law
- **Michael E Bubman**   mbubman@mbn.law, aacosta@mbnlawyers.com
- **Greg P Campbell**   ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
- **Steven Casselberry**   Steve.Casselberry@procopio.com, jessica.perez@procopio.com;emily.marsh@procopio.com;calendaringbankruptcy@procopio.com;evangelina.myers@procopio.com;lauren.hill@procopio.com
- **David Coats**   dacoats@raslg.com
- **Michael G D'Alba**   mgd@lnbyg.com
- **Dora Duru**   dora.duru@bclplaw.com, verlisa.lewis@bclplaw.com
- **Amir Gamliel**   agamliel@perkinscoie.com, cmallahi@perkinscoie.com;DocketLA@perkinscoie.com
- **Craig S Ganz**   ganzc@ballardspahr.com, BKTDocket_West@ballardspahr.com;phxlsateam@ballardspahr.com
- **Nichole Glowin**   bankruptcy@zbslaw.com, nglowin@ecf.courtdrive.com
- **David B Golubchik**   dbg@lnbyg.com, dbg@lnbyg.com
- **Arnold L Graff**   agraff@wrightlegal.net, nvbkfiling@wrightlegal.net;jpowell@wrightlegal.net
- **Adam M Greely**   agreely@fbfk.law, dstolar@vrslaw.net
- **Steven T Gubner**   sgubner@bg.law, ecf@bg.law
- **Sarah Rose Hasselberger**   shasselberger@marshackhays.com, shasselberger@ecf.courtdrive.com;cbastida@marshackhays.com;alinares@ecf.courtdrive.com
- **Golsa Honarfar**   ghonarfar@rutan.com, avaccaro@rutan.com;apineda@rutan.com
- **Mark S Horoupian**   mark.horoupian@gmlaw.com, mhoroupian@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com;karen.files@gmlaw.com;courtmail@gmlaw.com
- **Robert B. Kaplan**   rkaplan@jeffer.com, rbk@ecf.courtdrive.com
- **Ira David Kharasch**   ikharasch@pszjlaw.com
- **Daniel A Lev**   daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com;courtmail@gmlaw.com

- **Aaron J Malo**   amalo@sheppardmullin.com, hudenka@sheppard.com;mlinker@sheppard.com
- **Sam Maralan**   sm@maralanlaw.com
- **Matthew J Marino**   mmarino@allenmatkins.com, csandoval@allenmatkins.com
- **Elissa Miller**   elissa.miller@gmlaw.com, emillersk@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com;courtmail@gmlaw.com
- **Kenneth Misken**   Kenneth.M.Misken@usdoj.gov
- **John A Moe**   john.moe@dentons.com, kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com
- **Michael S Myers**   myersm@ballardspahr.com, BKTDocket_West@ballardspahr.com;phxlsateam@ballardspahr.com
- **Alan I Nahmias**   anahmias@mbn.law, jdale@mbn.law
- **Aram Ordubegian**   ordubegian.aram@arentfox.com
- **Carmela Pagay**   ctp@lnbyg.com
- **David M Poitras**   dpoitras@bg.law
- **Joseph M Rothberg**   jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com
- **Joshua L Scheer**   jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com
- **Daren M Schlecter**   daren@schlecterlaw.com, assistant@schlecterlaw.com
- **Zev Shechtman**   Zev.Shechtman@saul.com, Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.Bribiesca@saul.com
- **Robyn B Sokol**   robyn.sokol@stinson.com, lydia.moya@stinson.com;dennette.mulvaney@stinson.com;dbender@leechtishman.com;jnaiya.herd@stinson.com
- **Michael G Spector**   mgspector@aol.com, mgslawoffice@aol.com
- **Martin W Taylor**   martin.taylor@bclplaw.com, shawn.williams@bclplaw.com
- **Jennifer R Tullius**   jtullius@tulliuslaw.com
- **United States Trustee (SA)**   ustpregion16.sa.ecf@usdoj.gov
- **Christopher A Ward**   cward@lowenstein.com, lsuprum@lowenstein.com
- **Sharon Z. Weiss**   sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com
- **David Wood**   dwood@marshackhays.com, dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
4919-0073-6184.1 81994.00002

**F 9013-3.1.PROOF.SERVICE**

## 2. SERVED BY UNITED STATES MAIL:

| | | |
|---|---|---|
| United States Trustee (SA)<br>411 W Fourth St., Suite 7160<br>Santa Ana, CA 92701-4593 | | |
| DENTONS US LLP<br>Attn: John A. Moe, II<br>601 South Figueroa Street, Suite 2500<br>Los Angeles, CA 90017-5704 | DENTONS US LLP<br>Attn: Andrea C. Chang<br>601 South Figueroa St., Suite 2500<br>Los Angeles, CA 90017-5704 | Bryan Cave Leighton Paisner LLP<br>Attn: Sharon Weiss<br>120 Broadway, Suite 300<br>Santa Monica, CA 90401 |
| Bryan Cave Leighton Paisner LLP<br>Attn: Martin W. Taylor; David J. Root<br>　　　Dora Duru<br>1920 Main Street, Suite 1000<br>Irvine, CA 92614 | PERKINS COIE LLP<br>Attn: Amir Gamliel; Dylan Houle<br>1888 Century Park East, Suite 1700<br>Los Angeles, CA 90067-1721 | Wright, Finlay & Zak, LLP<br>Attn: Arnold L. Graff, Esq.<br>4665 MacArthur Court, Suite 200<br>Newport Beach, CA 92660 |

## 20 LARGEST UNSECURED CREDITORS

| | | |
|---|---|---|
| Abraham & Linda Rayhaun<br>6455 Marigayle Cir.<br>Huntington Beach, CA 92684 | Dan Genis<br>2661 Tallant Rd. #MN708<br>Santa Barbara, CA 93105 | Daniel Mayhew<br>8941 Atlanta Ave. #351<br>Huntington Beach, CA 92646 |
| David Schiff<br>100 Ocean Ave. Unit C300<br>Santa Monica, CA 90402 | Denise Simon<br>2222 Avenue of the Stars Unit #1902<br>Los Angeles, CA 90067 | Fletcher Jones Motor Cars, Inc.<br>3300 Jamboree Rd<br>Newport Beach, CA 92660 |
| Gibson Family Trust<br>12 Whalers Bluff<br>Newport Coast, CA 92657 | Global Medical Systems<br>10391 E. Rosemary Lane<br>Scottsdale, AZ 08255 | Jane Torpipat & Don Torpipiat<br>11310 Carob Cir.<br>Fountain Valley, CA 92708 |
| Jim & Cheryl Markham<br>c/o Sonja Rapparport<br>23 Vista Del Valle<br>Aliso Viejo, CA 92656 | Julia Kaplan<br>47 Paloma, #B<br>Venice, CA 90291 | Karen Kaplan Revocable Trust<br>1509 Elton Lane<br>Austin, TX 78703 |
| Larry Barker<br>105 Golden Glen Way<br>Fayetteville, GA 30214 | Mel Remba<br>2446 Apollo Drive<br>Los Angeles, CA 90046 | Michael Kaplan<br>PO Box 277<br>Surfside, CA 90743 |
| PLM Lender Services, Inc.<br>5446 Thornwood Drive, 2nd Floor<br>San Jose, CA 95123 | Robert & Mai Linh Purdy<br>1718 Port Charles Place<br>Huntington Beach, CA 96248 | Rocket Mortgage<br>PO Box 6577<br>Carol Stream, IL 60197-6577 |
| Select Portfolio Servicing<br>PO Box 65250<br>Salt Lake City, UT 84165 | The Process Server<br>960 N Tustin Street #304<br>Orange, CA 92687 | |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

A&S Accounting Solutions
8941 Atlanta Ave. #351
Huntington Beach, CA 92646-7121

Abraham & Linda Rayhaun
6455 Marigayle Cir.
Huntington Beach, CA 92648-6729

Abraham Rayhaun and Linda Rayhaun
ZBS Law, LLP
30 Corporate Park, Suite 450
Irvine, CA 92606-3401

Aegis Security
PO Box 261567
Hartford, CT 06126-1567

Andrew Stupin
215 5th Street, Suite A
Huntington Beach, CA 92648-8101

Arvielo
c/o Damon Mircheff, Esq.
18575 Jamboree Road, 9th Floor
Irvine, CA 92612-2534

Banc of California
Attn:  Brian Farrell, Legal Dept.
3 MacArthur Place
Santa Ana, CA 92707-6068

Boyd & Associates
2191 E Thompson Blvd.
Ventura, CA 93001-3538

CA Fair Plan
PO Box 840244
Los Angeles, CA 90084-0244

CR&R Inc
PO Box 206
Stanton, CA 90680-0206

California Bank & Trust
1900 North Main Street Ste. 100
Irvine, CA 92614-7325

Cantor Group IV LLC
520 Newport Center Drive, Suite 480
Newport Beach, CA 92660-7034

Carmela Pagay
Levene, Neale, Bender, Yoo &
Golubchik 2818 La Cienega Avenue
Los Angeles, CA 90034-2618

Century Surety
undeliverable

Charter Comm
PO Box 7173
Pasadena, CA 91109-7173

Citibank, N.A.
c/o Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City, UT 84165-0250

City of Huntington Beach
P.O. Box 711
Huntington Beach, CA 92648-0711

City of Newport Beach
PO Box 4923
Whittier, CA 90607-4923

Clearedge Lending
20 Enterprise, Suite 300
Aliso Viejo, CA 92656-7107

Comerica Bank
1717 Main Street
Dallas, TX 75201

Comerica Bank
PO Box 660093
Dallas, TX 75266-0093

Conejo Loan Investors, LLC
Attn: Jack
2625 Alcatraz Ave., #214
Berkeley, CA 94705

Conejo Loan Investors, LLC
c/o Lance N. Jurich
Loeb & Loeb LLP
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067-4120

County of Orange
P.O. Box 1438
Santa Ana, CA 92702-1438

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

County of Orange
Treasurer-Tax Collector
PO Box 4515
Santa Ana CA 92702-4515

Court-Appointed Receiver, Chris
Neilson Perkins Coie LLP
Attn:  Amir Gamliel
1888 Century Park East, Suite 1700
Los Angeles, CA 90067-1721

Courtesy NEF
undeliverable

Cox Comm.
102280 oaks PA 19456

Crystal Cove Community Assoc
30354 Tampa FL 33630-3354

DIRECTV
PO Box 915
El Segundo, CA 90245-0915

Dan Genis
2661 Tallant Rd. #MN708
Santa Barbara, CA 93105-4849

Dan Genis and Dan Genis Trust
undeliverable

Daniel Mayhew
undeliverable

David B Golubchik
Levene, Neale, Bender, Yoo &
Golubchik
2818 La Cienega Avenue
Los Angeles, CA 90034-2618

David Schiff
100 Ocean Ave. Unit C300
Santa Monica, CA 90402

Denise Blake
7731 N. 158th Street
Bennington, NE 68007-1833

Denise Simon
2222 Avenue of the Stars
Unit #1902
Los Angeles, CA 90067-5634

Enterprise Bank
150 N Meramec Ave
Clayton, MO 63105-3874

Evanston Insurance
undeliverable

Exclusive Auto Detail
146 1/2 E. 21st Street
Costa Mesa, CA 92627-2124

FCI Lender Services, Inc.
PO Box 27370
Anaheim, CA 92809-0112

Franchise Tax Board
Bankruptcy Section MS A340
PO Box 2952
Sacramento, CA 95812-2952

Fifth Third Bank
5001 Kingsley Drive
Cincinnati, OH 45227-1114

First Bank
Attn: Payment Processing
P.O. Box 790269
St Louis, MO 63179-0269

First Bank
PO Box 790037
St Louis, MO 63179-0037

First Choice Bank
(Enterprise Bank)
17785 Center Court Drive
Suite 750
Cerritos, CA 90703-9310

Fletcher Jones Motor Cars, Inc.
3300 Jamboree Rd
Newport Beach, CA 92660-8528

Franchise Tax Board
Special Procedures - Insolvency
P.O. Box 2952
Sacramento, CA 95812-2952

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Frontier
PO Box 740407
Cincinnati, OH 45274-0407

Gerald Marcil
c/o Steve Gubner, Esq.
21650 Oxnard St., Suite 500
Woodland Hills, CA 91367-4911

Gerald J. Marcil
43 Malaga Cove, Plaza, #D
Palos Verdes, CA 90274

Gibson Family Trust
12 Whalers Bluff
Newport Coast, CA 92657-2136

Global Medical Systems
10391 E. Rosemary Lane
Scottsdale, AZ 85255-8679

Groussman Family Trust
12 San Timoteo
Rancho Santa Margarita, CA 92688-2510

Huntington Landmark Association
25189 Santa Ana CA
Santa Ana, CA 92799-5189

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia.,PA 19101-7346

Internal Revenue Service
Insolvency I Stop 5022
300 N. Los Angeles Street, #4062
Los Angeles, CA  90012-9903

Irvine Ranch Water District
P.O. Box 57000
Irvine, CA 92619-7000

Jane Torpipat & Don Torpipiat
11310 Carob Cir.
Fountain Valley, CA 92708-1709

Jeff & Janel Grousman
12 San Timoteo
Rancho Santa Margarita, CA 92688-2510

Jim & Cheryl Markham
c/o Sonja Rapparport
23 Vista Del Valle
Aliso Viejo, CA 92656-6040

Julie Kaplan
47 Paloma, #B
Venice, CA 90291-2404

Julie Stupin
215 5th Street, Suite A
Huntington Beach, CA 92648-8101

Karen Kaplan Revocable Trust
1509 Elton Lane
Austin, TX 78703-3219

Kimm Paglia
c/o Marshack Hays Wood LLP
870 Roosevelt
Irvine, CA 92620-3663

LBC3 Trust, a Delaware Statutory Trust
c/o Ballard Spahr LLP, Attn: Michael
Mye
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915

LBC3 Trust, a Delaware Statutory Trust
Attn: Henry Bensen
106 Chestnut Street E.
Stillwater, MN 55082

Land Rover Financial Group
PO Box 650546
Dallas, TX 75265-0546

Larry Barker
105 Golden Glen Way
Fayetteville, GA 30214-4765

Mark Genis
c/o Stinson LLP, Robyn Sokol
1901 Avenue of the Stars, Suite 450
Los Angeles, CA 90067-6006

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

Mark Genis
697 Corte Estrella
Camarillo, CA  93010

Mel Remba
2446 Apollo Drive
Los Angeles, CA 90046-1628

Mercury Insurance
PO Box 5700
Rancho Cucamonga, CA 91729-5700

Michael Kaplan
PO Box 277
Surfside, CA 90743-0277

Mohammad Honarkar
undeliverable

Nano Banc
7755 Irvine Center Drive, Suite 300
Irvine, CA 92618-2904

Neptune Flood Insurance
PO Box 735653
Chicago, IL 60673-5653

Official Committee of Unsecured
Creditors
undeliverable

One Ford Road Assoc
25189  Santa Ana CA 92799-5189

Orange County Register
P.O. Box 11626
Santa Ana, CA 92711-1626

Patrick's Landscaping
20481 Sun Valley Road
Laguna, CA  92651-1166

PLM Lender Services, Inc.
5446 Thornwood Drive, 2nd Floor
San Jose, CA 95123-1224

PMF CA REIT, LLC
undeliverable

PMF CA REITT LLC
16801 Van Buren Boulevard
Building B
Riverside, CA 92504-5893

Personal Umbrella.com
5835 Doyle St.
Ste. 115
Emeryville, CA 94608-2507

Preferred Bank
c/o John A. Moe, II, Dentons US LLP
601 S. Figueroa St., Ste 2500
Los Angeles, CA 90017-5709

Preferred Bank
Attn:  Carol Lee
601 S. Figueroa St., 48th Floor
Los Angeles, CA  90017

Progressive
PO Box 6807
Cleveland, OH 44101-1807

Republic Services
17121 Nichols Lane
Huntington Beach, CA 92647-5719

Roadrunner Exterminating
310 E Alton Ave
Santa Ana, CA 92707-4419

Robert & Mai Linh Purdy
1718 Port Charles Place
Huntington Beach, CA 96248

Rocket Mortgage
PO Box 6577
Carol Stream, IL 60197-6577

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
4919-0073-6184.1 81994.00002

**F 9013-3.1.PROOF.SERVICE**

SCE Reimbursement to 309 D
P.O. Box 6400
Rancho Cucamonga, CA 91729-6400

Southern California Edison Company
1551 W San Bernardino Road
Covina, CA 91722-3407

Samuel Gonzalez
2183 Pomona Ave., Apt. A
Costa Mesa, CA 92627-9540

Santa Ana Division
411 West Fourth Street, Suite 2030,
Santa Ana, CA 92701-4500

Scheer Law Group, LLP, interested
party
Scheer Law Group LLP
85 Argonaut
Suite 202
Aliso Viejo, CA 92656-4128

Secured Income Fund II, LLC, its
successors
c/o Scheer Law Group LLP
85 Argonaut, Suite 202
Aliso Viejo, CA 92656-4128

Secured Income Fund-II
PLM Lender Services, Inc
5446 Thornwood Drive 2nd Floor
San Jose, CA 95123-1224

Select Portfolio Servicing
PO Box 65250
Salt Lake City, UT 84165-0250

So Cal Gas
P.O. Box 1626
Monterey Park, CA 91754-8626

Stanley Pest
2555 Loma Avenue
South El Monte, CA 91733-1417

Sunflower Bank, N.A. dba First
Foundation Ba
18101 Von Karman Suite 750
Irvine, CA 92612-0005

The Evergeen Advantage
1424 4th Street Suite 777
Santa Monica, CA 90401-2335

The Evergreen Advantage, LLC
1424 4th Street, Suite 777
Santa Monica, CA 90401-2360

The Gas Co.
P.O. Box 1626
Monterey Park, CA 91754-8626

The Process Server
960 N Tustin Street #304
Orange, CA 92867-5956

Travelers
PO Box 660317
Dallas, TX 75266-0317

U.S. Trustee - Santa Ana
411 West Fourth Street
Suite 9041
Santa Ana, CA 92701-8000

UMB Bank, National Association
Robertson, Anschutz, Schneid, Crane & Partners
13010 Morris Rd., Suite 450
Alpharetta, GA 30004-2001

United States Trustee (SA)
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4500

VL Ventures LLC
1303 Avocado Avenue 3324, Suite 200
Newport Beach, CA 92660-7849

VL Ventures, LLC, a California LLC
Wright, Finlay & Zak, LLP
4665 MacArthur Court, Suite 200
Newport Beach, CA 92660-1811

Vickie Larson
5000 Antelope Junction
Farmington, NM 87402-1005

Vision Pools
25422 Trabuco suite 105 #100-368
Lake Forest, CA 92630-2796

Western Alliance Bank
c/o Craig Ganz, Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Western Alliance Bank
c/o Al Thuma
One East Washington Street. #1400
Phoenix, AZ  85004

Zions Bancorporation, N.A.,
dba California Bank & Trust
c/o A. Sasha Frid, Miller Barondess, LLP
2121 Avenue of the Stars, Suite 2600
Los Angeles, California 90067-5050

Zion Bancorporation, N.A.
dba California Bank & Trust
Attn: Jeffrey Hill
707 Wilshire Blvd., Suite 5700
Los Angeles, CA 90017

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
4919-0073-6184.1 81994.00002

**F 9013-3.1.PROOF.SERVICE**