Adam Greely–Bar No. 156024
Barnet Resnick-Bar No. 059906
**FBFK LAW LLP**
5 Park Plaza, Suite 1400
Irvine, CA 92614
Telephone: (949) 468-3200
Facsimile: (949) 468-3201
agreely@fbfk.law
bresnick@fbfk.law

Michael G. Spector - Bar No. 145035
**LAW OFFICES OF MICHAEL G. SPECTOR**
2122 N. Broadway
Santa Ana, California 92706
Telephone:    714-835-3130
Facsimile:    714-558-7435
E-Mail:  mgspector@aol.com

Attorneys for creditor
MICHAEL KAPLAN



FILED & ENTERED

JUN 30 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte      DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re | ) Case No. 8:26-bk-11202 SC |
| | ) |
| | ) Chapter 7 |
| | ) |
| | ) |
| | ) |
| ANDREW STUPIN and | ) **ORDER EXTENDING DEADLINE TO** |
| JULIE STUPIN, | ) **FILE COMPLAINT UNDER 11 U.S.C. § 523** |
| | ) |
| | ) |
| Debtor(s). | ) |
| | ) [NO HEARING REQUIRED] |
| | ) |
| | ) |
| | ) |
| ———————————— | ) |

Upon consideration of the Stipulation to Extend time for Michael Kaplan to Filed Complaint Under 11 U.S.C. § 523 between creditor Michael Kaplan and the debtors Andrew Stupin and Julie Stupin [Dk. 124], and upon good cause shown,

1

**IT IS ORDERED** that the deadline for Michael Kaplan to file an action under § 523 is extended from July 17, 2026 to September 15, 2026.

####

Date: June 30, 2026

Scott C. Clarkson
United States Bankruptcy Judge

2