DAVID A. WOOD, #272406
dwood@marshackhays.com
KRISTINE A. THAGARD, #094401
kthagard@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt, Irvine, CA 92620
Telephone: 949-333-7777
Facsimile: 949-333-7778

Attorneys for Creditor,
KIMM PAGLIA

FILED & ENTERED

JUL 06 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte        DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:26-bk-11202-SC |
| ANDREW STUPIN and JULIE STUPIN, | Chapter 11 |
| Debtors and Debtors-in-Possession. | ORDER APPROVING STIPULATION EXTENDING DEADLINE TO FILE COMPLAINT UNDER 11 U.S.C. § 523 |
| | [STIPULATION – DOCKET NO. 155] |
| | [NO HEARING REQUIRED] |

The Court has reviewed the Stipulation Extending Deadline to File Complaint Under 11 U.S.C. § 523, entered into by and between Kimm Paglia ("Paglia"), and Debtors and Debtors-in-Possession, Andrew Stupin and Julie Stupin ("Debtors," and collectively with Paglia, the "Parties"), by and through their counsel, on July 2, 2026, as Dk. No. 155 ("Stipulation"). Having reviewed and considered the Stipulation, and for good cause shown, the Court enters its order as follows:

IT IS ORDERED that:

1.      The Stipulation is approved.

/ / /

/ / /

/ / /

/ / /

1

2.      The Stipulation is without prejudice to further extensions of time to file an adversary complaint under 11 U.S.C. § 523, whether by motion or stipulation.

3.      The Deadline is extended to, and including, September 15, 2026, such that any adversary complaint filed by Paglia, and is not extended to any other party, alleging that a debt owed by Debtors are excepted from discharge under 11 U.S.C. § 523 only and no other provisions of the Bankruptcy Code, shall be deemed timely.

###

Date: July 6, 2026

Scott C. Clarkson
United States Bankruptcy Judge

2