| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| DAVID B. GOLUBCHIK (State Bar No. 185520)<br>CARMELA T. PAGAY (State Bar No. 195603)<br>LEVENE, NEALE, BENDER, YOO<br>    & GOLUBCHIK L.L.P.<br>2818 La Cienega Avenue<br>Los Angeles, California 90034<br>Telephone: (310) 229-1234<br>Facsimile: (310) 229-1244<br>Email: DBG@LNBYG.com; CTP@LNBYG.com<br><br>☐ *Movant(s) appearing without an attorney*<br>☒ Attorney for Movant(s) | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br>ANDREW STUPIN and JULIE STUPIN,<br><br><br><br><br>                                        Debtor(s). | CASE NO.: 8:26-bk-11202-SC<br><br>CHAPTER: 11<br><br>**DECLARATION THAT NO PARTY REQUESTED A HEARING ON MOTION**<br><br>**LBR 9013-1(o)(3)**<br><br>[No Hearing Required] |
|---|---|

1.  I am the ☐ Movant(s) or ☒ attorney for Movant(s) or ☐ employed by attorney for Movant(s).

2.  On (*date*): 06/17/2026    Movant(s) filed a motion or application (Motion) entitled: Application of Chapter 11 Debtors to Employ Hochman Salkin Toscher Perez P.C. as Special Tax Counsel [Doc 98]

3.  A copy of the Motion and notice of motion is attached to this declaration.

4.  On (*date*): 06/17/2026    Movant(s), served a copy of ☒ the notice of motion or ☐ the Motion and notice of motion on required parties using the method(s) identified on the Proof of Service of the notice of motion.

5.  Pursuant to LBR 9013-1(o), the notice of motion provides that the deadline to file and serve a written response and request for a hearing is 14 days after the date of service of the notice of motion, plus 3 additional days if served by mail, or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F).

6.  More than 17   days have passed after Movant(s) served the notice of motion.

7.  I checked the docket for this bankruptcy case and/or adversary proceeding, and no response and request for hearing was timely filed.

8.  No response and request for hearing was timely served on Movant(s) via Notice of Electronic Filing, or at the street address, email address, or facsimile number specified in the notice of motion.

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

9.  Based on the foregoing, and pursuant to LBR 9013-1(o), a hearing is not required.

Movant(s) requests that the court grant the motion and enter an order without a hearing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


Date: 07/07/2026           /s/ Carmela T. Pagay_____
                           Signature


                           CARMELA T. PAGAY_____
                           Printed name

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

DAVID GOLUBCHIK (State Bar No. 185520)
dbg@lnbyg.com
CARMELA T. PAGAY (State Bar No. 195603)
ctp@lnbyg.com
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244

(Proposed) Attorneys for Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>ANDREW STUPIN and JULIE STUPIN,<br><br>   Debtor and Debtor in Possession. | Case No.: 8:26-bk-11202-SC<br><br>Chapter 11 Case<br><br>**APPLICATION OF CHAPTER 11 DEBTORS TO EMPLOY HOCHMAN SALKIN TOSCHER PEREZ P.C. AS SPECIAL TAX COUNSEL PURSUANT TO 11 U.S.C. § 327(a) WITH COMPENSATION PURSUANT TO 11 U.S.C. §§ 330, 331; DECLARATION OF JONATHAN KALINSKI IN SUPPORT THEREOF**<br><br>[No hearing required unless requested] |

**TO   THE   HONORABLE   SCOTT   C.   CLARKSON,   UNITED   STATES BANKRUPTCY JUDGE:**

Andrew Stupin and Julie Stupin, debtors and debtors in possession in the above-referenced chapter 11 bankruptcy case (the "Debtors"), respectfully submit this Application ("Application") for authority to employ Hochman Salkin Toscher Perez P.C. ("HSTP") as their

1

special tax counsel, pursuant to 11 U.S.C. § 327(a) with compensation pursuant to 11 U.S.C. § 330.  The Debtors seek to employ HSTP effective as of June 6, 2026.

**I.**

**CASE BACKGROUND**

1.  Andrew Stupin ("Andrew") and Julie Stupin ("Julie," together with Andrew, the "Debtors") commenced their bankruptcy case by filing a voluntary petition under chapter 11 of title 11, sections 101 *et seq.* of the United States Code (the "Bankruptcy Code") on April 17, 2026 (the "Petition Date").  Since the Petition Date, the Debtors have managed their affairs, operated their business, and administered their estate as debtors in possession.

2.  Andrew is a real estate investor.  Julie is Andrew's wife.  Andrew was born in 1947 in San Gabriel, California, and shortly thereafter moved to Monterey Park, where he excelled in school and sports.  Wanting to be a professional baseball player, Andrew excelled at his endeavors through high school and college where an injury forced him to change his future plans and aspirations.

3.  Although Andrew's initial aspirations after sports were to become an attorney, his interests turned to teaching, so he pursued and obtained a secondary teaching credential after his B.A. Degree, including teaching Sunday School at his family church where he grew up.

4.  Andrew obtained a teaching position in the highly acclaimed Huntington Beach High School District at Edison High School right after receiving his teaching credential. Although challenging, Andrew enjoyed his new career, including being voted "Teacher of the Year" several times.  In fact, Andrew helped start the Advanced Placement (AP) for Government in Orange County, where a student can take an AP class and take the national AP test to gain college credits while in high school. This program was very successful and has gained popularity over the years throughout the country.

5.  In the 1970's, Andrew started his journey in real estate. After saving money from his teaching career, Andrew bought his first investment for $28,000 – two (2) separate houses on two (2) lots. That was in 1972 and prices were starting to increase rapidly in the "Great Orange

County" boom. Andrew lived in one house and rented out the other. The rent from the rental was more than the mortgage. It was then that Andrew caught the real estate bug and thought this to be something to move forward on.

6.     Over the decades, Andrew invested in many properties not only throughout Orange County, but California and other states.  Andrew always focused on value added and income generating properties.  Over time, many friends and others asked to invest alongside Andrew in such investments.  His success continued to grow.

7.     Approximately 10 years ago, Andrew (and his friend and co-investor Gerald Marcil) were approached by a third party (Mahender Makhijani) who represented that he had connections with many lenders to acquire distressed loans and real estate.  He proposed to work together to acquire loans and properties.

8.     Through the parties' relationship, Mr. Makhijani maintained all relationships with lenders and financing sources and managed the investments.  Mr. Makhijani's staff at Continuum provided all accounting and documentation and financing with respect to such investments.

9.     In the last several years, Mr. Makhijani obtained numerous warehouse loans from lenders including, without limitation, approximately $98 million from Western Alliance Bank, and approximately $60 million from Zions Bank.  Mr. Makhijani represented to the lenders that the purpose of the loans was to refinance existing properties and acquire new properties.  The lenders assert that Andrew and Mr. Marcil signed guaranties for such debts.

10.     In the fall of 2025, Andrew learned that the foregoing banks have sued him on account of the alleged guaranties based on the follows:

  a.     Mr. Makhijani drew down on the entirety of the warehouse loans;

  b.     Mr. Makhijani did not use the proceeds of the warehouse loans to refinance the existing debt or to acquire new assets for the borrowers;

  c.     There is no information where the loan proceeds went or how they were utilized;

///

d.    The lenders did not conduct title searches on any of the alleged properties to be refinanced;

e.    The lenders did not request or receive reconveyances of alleged liens that were to be refinanced;

f.    The lenders did not open escrows for any of the financing; and

g.    The lenders did not conduct any due diligence while Mr. Makhijani withdrew almost $200 million without oversight, supervision or control.

11.    In addition to the foregoing, Andrew learned that Mr. Makhijani recorded fraudulent liens on Debtors' personal properties (held through wholly owned LLC's) and pledged the fraudulent loans to Western Alliance Bank.

12.    The foregoing conduct resulted in protracted litigation.  It is important to point out that none of the collection lawsuits from the lenders have asserted that Andrew engaged in any wrongful conduct.  They simply assert that Andrew is obligated for their self-inflicted losses through the alleged guaranty.

13.    In one of the litigations, plaintiff Zions Bancorporation N.A. ("Zions") obtained a writ of attachment as to Debtors' assets from a judicial referee, which was first issued on January 19, 2026.  Co-Defendants in that action have appealed the writ of attachment. The Debtors filed bankruptcy within 90 days of the issuance of that writ of attachment.  The timing of this case was intended to statutorily terminate the writ of attachment and preserve all assets for the benefit of all creditors.

14.    The Debtors have substantial assets, consisting of directly owned real property and various LLC interests that hold real properties.  Other than two breach of guaranty actions related to the foregoing fraudulent conduct which the Debtors believe was orchestrated by Deba Shyam and Mr. Makhijani, the Debtors have relatively manageable debts which can be easily addressed through continued operations of the Debtors' holdings.  The Debtors believe that, once the breach of guaranty litigation is resolved in favor of the Debtors, this estate is solvent with all creditors to be paid in full.

## II.

## EMPLOYMENT OF SPECIAL TAX COUNSEL

15.   In light of their substantial assets and potential complex tax issues that could arise during the bankruptcy case, the Debtors will require the legal services of special tax counsel. The Debtors will also require the representation of special tax counsel for their entities, such as LLC's owned and/or controlled by them.  Initially, the Debtors will require HSTP to represent Via Lido II LLC ("Via Lido") in connection with an Internal Revenue Service audit for tax year 2024.  The Debtors will also require HSTP to represent them as individuals regarding any issues that arise during the Via Lido audit or your personal income tax returns.

16.   The Debtors have decided that HSTP is the best firm to represent them as special tax counsel in this bankruptcy case, taking into account firm size, experience, skill level,  and cost.

17.   The Debtors seek to employ HSTP as their special tax counsel, at the expense of the Debtors' bankruptcy estate, and to have the Debtors' employment of HSTP be deemed effective as of June 6, 2026.  HSTP is well-qualified to act as the Debtors' special tax counsel, having provided over 60 years of exceptional tax expertise to clients throughout the United States. As set forth in more detail in the resume attached as **Exhibit "1"** to the Declaration of Jonathan Kalinski (the "Kalinski Declaration") annexed hereto, Mr. Kalinski has considerable experience handling complex civil tax examinations and tax collection matters.  Prior to joining HSTP, Mr. Kalinski was a trial attorney with the IRS Office of Chief Counsel litigating Tax Court cases and advising IRS agents and officers on complex tax matters.

18.   HSTP is located at 9100 Wilshire Boulevard, Suite 900W, Beverly Hills, California 90212.

19.   HSTP will bill its time for its representation of the Debtors and their LLCs on an hourly basis in accordance with HSTP's standard hourly billing rates.  The Debtors expect that Jonathan Kalinski will be the primary attorney at HSTP responsible for the representation of the Debtors and their LLC's during this chapter 11 case.  Mr. Kalinski's hourly rate is $950

per hour.  Other attorneys at HSTP who may provide services in this case and their hourly rates are as follows: Sandra Brown at $1,200 per hour, Robert Horwitz at $1,050 per hour, Melissa Briggs at $900 per hour, and Marc Montano at $650 per hour.  Their resumes are attached as **Exhibit "2"** to the Kalinski Declaration annexed hereto

20.    The Debtors and HSTP agreed that HSTP shall receive a retainer for this case of $25,000 upon approval of this Application.

21.    HSTP has not been paid any other money by the Debtors at any other time.

22.    HSTP negotiated the amount of the Retainer with the Debtors based upon a number of factors including, but not limited to, the size and complexity of the Debtors' case, the time that HSTP expects to put forth in the Debtors' case, the limited amount of pre-petition funds the Debtors had available, and the expected availability of funds to pay HSTP's post-petition fees and expenses.

23.    HSTP has not received any lien or other interest in property of the Debtors or of a third-party to secure payment of HSTP's fees or expenses.

24.    HSTP has no pre-petition claim against the Debtors.

25.    HSTP will seek Court authority to be paid from the Debtors' estate for any and all post-petition fees incurred and expenses advanced by HSTP.  HSTP recognizes that the payments of any such additional fees and expenses will be subject to further Court order after notice and a hearing.

26.    HSTP has not shared or agreed to share its compensation for representing the Debtors with any other person or entity, except among its members.

27.    HSTP will provide monthly billing statements to the Debtors that will set forth the amount of fees incurred and expenses advanced by HSTP during the previous month.

28.    HSTP understands the provisions of 11 U.S.C. §§ 327, 330 and 331 which require among other things, Court approval of the Debtors' employment of HSTP as special tax counsel and of all legal fees and reimbursements of expenses that HSTP will receive from the Debtors

///

and their estate. HSTP seeks to be employed pursuant to 11 U.S.C. § 327(a) and compensated pursuant to 11 U.S.C. §§ 330 and 331.

**III.**

**ADDITIONAL DISCLOSURES REQUIRED BY BANKRUPTCY RULE 2014 AND AS**

**FURTHER REQUESTED BY THE COURT IN THIS CASE**

29.    As set forth in the Kalinski Declaration, HSTP has no connections with the Debtors, insiders of the Debtors, the Debtors' creditors, any other party or parties in interest, and their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee.

30.    As set forth in the Kalinski Declaration, HSTP is not a creditor, an equity security holder or an insider of the Debtors.

31.    As set forth in the Kalinski Declaration, HSTP is not and was not, within 2 years before the date of the filing of the petition, a director, officer or employee of the Debtors.

32.    As set forth in the Kalinski Declaration, HSTP is not and was not an investment banker for any outstanding security of the Debtors; and has not been within three years before the Petition Date an investment banker (or any attorney for an investment banker) for a security of the Debtors.

33.    As further set forth in the Kalinski Declaration, to the best of HSTP's knowledge, HSTP does not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, or for any other reason.

34.    The Debtors believe that their employment of HSTP upon the terms and conditions set forth above is in the best interest of the Debtors' estate.

///

///

///

///

7

**WHEREFORE**, the Debtors respectfully request that the Court approve the Debtor's employment of HSTP as their special tax counsel, effective June 6, 2026, upon the terms and conditions set forth above.

Dated: June 16, 2026

_____
Andrew Stupin
Debtor and Debtor in Possession

_____
Julie Stupin
Debtor and Debtor in Possession

Dated: June 16, 2026            LEVENE, NEALE, BENDER, YOO
                               & GOLUBCHIK L.L.P.

                               By:   /s/ David B. Golubchik
                                     DAVID B. GOLUBCHIK
                                     CARMELA T. PAGAY
                                     (Proposed) Attorneys for Chapter 11
                                     Debtors and Debtors in Possession

**DECLARATION OF JONATHAN KALINSKI**

I, Jonathan Kalinski, hereby declare as follows:

1.      I have personal knowledge of the facts set forth below and, if called to testify, would and could competently testify thereto. Capitalized terms not otherwise defined herein shall have the same meaning ascribed to such terms in the "*Application of Chapter 11 Debtors to Employ Hochman Salkin Toscher Perez P.C. as Special Tax Counsel Pursuant to 11 U.S.C. § 327(a) With Compensation Pursuant to 11 U.S.C. §§ 330, 331* (the "Application") to which this Declaration is attached.

2.      I am an attorney with the law firm Hochman Salkin Toscher Perez P.C. ("HSTP").  I am an attorney licensed to practice law in the State of California and in the United States District Court for the Central District of California..

3.      Andrew Stupin ("Andrew") and Julie Stupin ("Julie," together with Andrew, the "Debtors") commenced their bankruptcy case by filing a voluntary petition under chapter 11 of title 11, sections 101 *et seq.* of the United States Code (the "Bankruptcy Code") on April 17, 2026 (the "Petition Date").  I am informed that since the Petition Date, the Debtors have managed their affairs, operated their business, and administered their estate as debtors in possession.

4.      HSTP is well-qualified to act as the Debtor's special tax counsel, having provided over 60 years of exceptional tax expertise to clients throughout the United States.   As set forth in more detail in the resume attached hereto as **Exhibit "1,"** I have considerable experience handling complex civil tax examinations and tax collection matters.  Prior to joining HSTP, I was a trial attorney with the IRS Office of Chief Counsel litigating Tax Court cases and advising IRS agents and officers on complex tax matters.

5.      HSTP is located at 9100 Wilshire Blvd., Suite 900W, Beverly Hills, California 90212.

6.      HSTP will bill its time for its representation of the Debtors and their LLC's on an hourly basis in accordance with HSTP's standard hourly billing rates.  I will be the primary

attorney at HSTP responsible for the representation of the Debtors and their LLC's during this chapter 11 case. My hourly rate is $950 per hour. Other attorneys at HSTP who may provide services in this case and their hourly rates are as follows: Sandra Brown at $1,200 per hour, Robert Horwitz at $1,050 per hour, Melissa Briggs at $900 per hour, and Marc Montano at $650 per hour. Their resumes are attached hereto as **Exhibit "2."**

7.     The Debtors and HSTP agreed that HSTP shall receive a retainer for this case of $25,000 upon approval of this Application.

8.     HSTP has not been paid any other money by the Debtors at any other time.

9.     HSTP negotiated the amount of the Retainer with the Debtors based upon a number of factors including, but not limited to, the size and complexity of the Debtors' case, the time that HSTP expects to put forth in the Debtors' case, the limited amount of pre-petition funds the Debtors had available, and the expected availability of funds to pay HSTP's post-petition fees and expenses.

10.     HSTP has not received any lien or other interest in property of the Debtors or of a third-party to secure payment of HSTP's fees or expenses.

11.     HSTP has no pre-petition claim against the Debtors.

12.     HSTP will seek Court authority to be paid from the Debtors' estate for any and all post-petition fees incurred and expenses advanced by HSTP. HSTP recognizes that the payments of any such additional fees and expenses will be subject to further Court order after notice and a hearing.

13.     HSTP has not shared or agreed to share its compensation for representing the Debtors with any other person or entity, except among its members.

14.     HSTP will provide monthly billing statements to the Debtors that will set forth the amount of fees incurred and expenses advanced by HSTP during the previous month.

15.     HSTP understands the provisions of 11 U.S.C. §§ 327, 330 and 331 which require among other things, Court approval of the Debtors' employment of HSTP as special tax counsel and of all legal fees and reimbursements of expenses that HSTP will receive from the Debtors

and their estate. HSTP seeks to be employed pursuant to 11 U.S.C. § 327(a) and compensated pursuant to 11 U.S.C. §§ 330 and 331.

16.   HSTP has no connections with the Debtors, insiders of the Debtors, the Debtors' creditors, any other party or parties in interest, and their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee.

17.   HSTP is not a creditor, an equity security holder or an insider of the Debtors.

18.   HSTP is not and was not, within 2 years before the date of the filing of the petition, a director, officer or employee of the Debtors.

19.   HSTP is not and was not an investment banker for any outstanding security of the Debtors; and has not been within three years before the Petition Date an investment banker (or any attorney for an investment banker) for a security of the Debtors.

20.   To the best of HSTP's knowledge, HSTP does not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, or for any other reason.

I declare and verify under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief. Executed on this 16th day of June, 2026, at ____Torrey_____, ___Utah_____.

_____
JONATHAN KALINSKI

11

# EXHIBIT "1"

Jonathan Kalinski - Taxlitigator                    https://www.taxlitigator.com/our-firm/our-attorneys/jonathan-kalinski/

Home (https://www.taxlitigator.com)  >  Our Firm (https://www.taxlitigator.com/our-firm/)

>  Our Attorneys (https://www.taxlitigator.com/our-firm/our-attorneys/)  >  Jonathan Kalinski

## Our Firm
## Jonathan Kalinski



kalinski@taxlitigator.com (mailto:kalinski@taxlitigator.com)

Phone: (310) 281-3204

Fax: (310) 859-5110

Download Vcard (https://www.taxlitigator.com/wp-content/uploads/2021/08/Jonathan-Kalinski.vcf)

**Jonathan Kalinski** specializes in both civil and criminal tax controversies as well as sensitive tax matters

Jonathan Kalinski - Taxlitigator                                    https://www.taxlitigator.com/our-firm/our-attorneys/jonathan-kalinski/

including disclosures of previously undeclared interests in foreign financial accounts and assets and provides tax advice to taxpayers and their advisors throughout the world. He handles both Federal and state tax matters involving individuals, corporations, partnerships, limited liability companies, and trusts and estates.

Mr. Kalinski has considerable experience handling complex civil tax examinations, administrative appeals, and tax collection matters. Prior to joining the firm, he served as a trial attorney with the IRS Office of Chief Counsel litigating Tax Court cases and advising Revenue Agents and Revenue Officers on a variety of complex tax matters. Jonathan Kalinski also previously served as an Attorney-Adviser to the Honorable Juan F. Vasquez of the United States Tax Court.

Presentations:

- Effectively Managing State Income Tax Examinations, Protests and Appeals Before the FTB, April, 2026
- Cannabis Tax Compliance – April, 2026
- Entertainment Tax Today: Catalogs, Compensation & Compliance – December, 2025
- Current Employment Development Department Enforcement – What You Should Expect – November, 2025
- Navigating Tax Issues for Expats – October, 2025
- Partnership Audit Adjustments Under the Centralized Audit Regime – October, 2025
- Who Pays? Third-Party Responsibility in Tax Collection – June, 2025
- Strafford – Taxation of Digital Asset Transactions Under Current Tax Law – April, 2025
- 2025 USC Tax Institute – Defending Tax Controversies Du Jour – January, 2025
- 2024 Annual Meeting of the California Tax Bar and Tax Policy Conference – Taxation of Gambling and Forfeiture – November, 2024
- UCLA 40th Tax Controversy Institute – IRS Collection Procedures and Best Practices – What the IRS and Practitioners are Doing in 2024 – October, 2024
- CalCPA – What Do You Do When the Criminal Investigation Division Shows Up – October, 2024
- Beverly Hills Bar Association – 2024 California Cannabis Tax Update – October, 2024
- ABA Virtual 2024 Fall Tax Meeting – The Latest "Need to Know" Legislative Administrative & Litigation Update, From Employee Retention Credits to Syndicated Conservation Easement – September, 2024
- Strafford – Tax Implications of Reclassifying Cannabis From a Schedule I to a Schedule III Drug – July, 2024
- Strafford – IRS' Current Audit Campaign: Preparing for Large Partnership, Complex PTEs and HNW Taxpayer Examinations – February, 2024
- USC Tax Institute – Employee Tax Controversies, Including AB5 – January, 2024
- ABA Midyear Tax Meeting – Equitable Tolling and Tax Collections – January, 2024
- Strafford – Taxation of Digital Asset Transactions: Cash Transactions, Reporting, Tax Planning – November, 2023
- California Tax Bar and Tax Policy Conference – Administrative Record Rule in Tax Court – November, 2023

Jonathan Kalinski - Taxlitigator                    https://www.taxlitigator.com/our-firm/our-attorneys/jonathan-kalinski/

Case 8:26-bk-11202-SC   Doc 98   Filed 06/17/26   Entered 06/17/26 16:20:04   Desc
Main Document      Page 15 of 43

- Strafford – Appealing IRS Penalty Abatement Denials: Foreign Disclosure Penalties and Navigating the Appeals Process – October, 2023
- Strafford – Handling Cannabis Tax Examination – September, 2023
- Strafford – Appealing IRS Penalty Abatement Denials: Foreign Disclosure Penalties and Navigating the Appeals Process – September, 2023
- CPA Academy – Resolving Employment Tax Disputes – June, 2023
- CalCPA – Handling Partnership Examinations – WYNTK About New Partnership Procedural Rules – May, 2023
- Beverly Hills Bar Association – IRS International Penalties After Farhy – May, 2023
- Strafford – Taxation of Cannabis – January, 2023
- Los Angeles Estate Planning Council – Lawyers, Guns & Cryptocurrency – November, 2022
- CalCPA – Compliance and Enforcement Management from a Practitioner's Perspective – November, 2022
- Strafford – Tax Treatment of Non-Fungible Tokens: Applicable Tax Rules, Characterization Issues, Crypto Transaction
- CLA Annual Taxation Meeting – Responsible Persons Liability – November, 2022
- Strafford – Partnership Audits Under the Centralized Audit Regime – October, 2022
- Strafford – Handling Cannabis Tax Examinations: Sec. 280E, Audits, IRS Guidance – October, 2022
- Strafford – Partnership Loss in Excess of Basis: Preparing for the IRS' New Audit – June, 2022
- UCLA/CEB – Estate Planning for Difficult Assets (Firearms, Cannabis, Cryptocurrency) – April, 2022
- Strafford, Taxation of Digital Asset Transactions: Impact of New Infrastructure Bill, Cash – March, 2022

## Memberships:

- American Bar Young Lawyers Division Association, Section of Taxation
- Civil and Criminal Tax Penalties Committee
- California State Bar Association, Taxation Section
- Los Angeles Young Tax Lawyers (Board Member)
- Los Angeles County Bar Association, Taxation Section
- Beverly Hills Bar Association, Taxation Section

## Bar Admittance:

- Supreme Court of California
- U.S. Tax Court
- U.S. District Court, Central, Eastern, Northern and Southern Districts of California
- Ninth Circuit

## Education:

- New York University (LL.M. in Taxation)
- Loyola Law School (J.D.)
- University of California, Santa Barbara (B.A., Political Science, Minor in History)

Jonathan Kalinski - Taxlitigator                    https://www.taxlitigator.com/our-firm/our-attorneys/jonathan-kalinski/

Our Attorneys (https://www.taxlitigator.com/our-firm/our-attorneys/)

Avram Salkin (https://www.taxlitigator.com/our-firm/our-attorneys/avram-salkin/)

Steven Toscher (https://www.taxlitigator.com/our-firm/our-attorneys/steven-toscher/)

Dennis L. Perez (https://www.taxlitigator.com/our-firm/our-attorneys/dennis-l-perez/)

Edward M. Robbins, Jr. (https://www.taxlitigator.com/our-firm/our-attorneys/edward-m-robbins-jr/)

Sandra R. Brown (https://www.taxlitigator.com/our-firm/our-attorneys/sandra-brown/)

Robert Horwitz (https://www.taxlitigator.com/our-firm/our-attorneys/robert-horwitz/)

Michel R. Stein (https://www.taxlitigator.com/our-firm/our-attorneys/michel-r-stein/)

Evan J. Davis (https://www.taxlitigator.com/our-firm/our-attorneys/evan-j-davis/)

Cory Stigile (https://www.taxlitigator.com/our-firm/our-attorneys/cory-stigile/)

Lacey Strachan (https://www.taxlitigator.com/our-firm/our-attorneys/lacey-strachan/)

Jonathan Kalinski (https://www.taxlitigator.com/our-firm/our-attorneys/jonathan-kalinski/)

Philipp Behrendt (https://www.taxlitigator.com/our-firm/our-attorneys/philipp-behrendt/)

Sebastian Voth (https://www.taxlitigator.com/our-firm/our-attorneys/sebastian-voth/)

Melissa Briggs (https://www.taxlitigator.com/our-firm/our-attorneys/melissa-briggs/)

Words of Wisdom (https://www.taxlitigator.com/our-firm/current-thoughts/)

Home (https://www.taxlitigator.com/)

Our Firm (https://www.taxlitigator.com/our-firm/)

Practices (https://www.taxlitigator.com/practices/)

Tax Audits and Administrative Appeals (https://www.taxlitigator.com/practices/tax-audits-appeals/)
Undeclared Offshore Bank Accounts and International Tax Compliance (https://www.taxlitigator.com/practices/undeclared-offshore/)
Civil Tax Litigation and Tax Appeals (https://www.taxlitigator.com/practices/civil-tax/)
Criminal Tax Investigations and Prosecutions (Federal and State) (https://www.taxlitigator.com/practices/

Jonathan Kalinski - Taxlitigator                    https://www.taxlitigator.com/our-firm/our-attorneys/jonathan-kalinski/

criminal-tax/)

Co-Counsel Arrangements (https://www.taxlitigator.com/practices/co-counsel/)

Resources (https://www.taxlitigator.com/resources/)

Publications (https://www.taxlitigator.com/publications/)

Events (https://www.taxlitigator.com/events/)

Blog (https://www.taxlitigator.com/blog/)

Contact (https://www.taxlitigator.com/contact/)

---

### Sign up to our latest Tax Alerts.

*Your privacy is assured.*

> Enter your email

☐ I agree to terms and conditions (https://www.taxlitigator.com/terms-and-conditions/)

**SIGN UP**

---

Copyright 2026 HOCHMAN SALKIN TOSCHER PEREZ P.C.  |  Sitemap (https://www.taxlitigator.com/sitemap)  |  Privacy Policy (https://www.taxlitigator.com/privacy)  |  Legal Disclaimer (https://www.taxlitigator.com/legal-disclaimer)  |  Site design by LA Dezign

# EXHIBIT "2"

Home (https://www.taxlitigator.com)  >  Our Firm (https://www.taxlitigator.com/our-firm/)

> Our Attorneys (https://www.taxlitigator.com/our-firm/our-attorneys/)  >  Sandra R. Brown

## Our Firm
# Sandra R. Brown



brown@taxlitigator.com (mailto:brown@taxlitigator.com)

Phone: (310) 281-3200

Fax: (310) 859-5104

Download Vcard (https://www.taxlitigator.com/wp-content/uploads/2021/08/Sandra-R.-Brown.vcf)

**Sandra R. Brown** joined the firm as a Principal after serving most recently as the First Assistant United

Sandra R. Brown - Taxlitigator                                                    https://www.taxlitigator.com/our-firm/our-attorneys/sandra-brown/

Case 8:26-bk-11202-SC    Doc 98    Filed 06/17/26    Entered 06/17/26 16:20:04    Desc
Main Document      Page 20 of 43

States Attorney for the Central District of California. Ms. Brown's practice focuses on individuals and organizations who are involved in criminal tax investigations, including related grand jury matters, court litigation and appeals, as well as representing and advising taxpayers involved in complex and sophisticated civil tax controversies, including representing and advising taxpayers in sensitive-issue audits and administrative appeals, as well as civil litigation in federal, state and tax court.

From March 2017 to January 2018, Ms. Brown served as the Acting United States Attorney. In addition to leading the Central District of California's United States Attorney's Office, where she supervised approximately 270 attorneys in the largest Justice Department Office outside of Washington D.C., Ms. Brown also served as the Chief of the Tax Division for more than ten years where she supervised lawyers within the United States Attorney's Office, the Department of Justice Tax Division and the Department of Treasury who were responsible for complex Federal civil and criminal tax matters, including related grand jury proceedings, trials and appeals.

In her more than 26 years as a federal trial lawyer, Ms. Brown obtained a vast expanse and depth of experience in complex civil and criminal tax matters, having personally handled over 2,000 cases on behalf of the United States before the United States District Court, the Ninth Circuit Court of Appeals, the United States Bankruptcy Court, the United States Bankruptcy Appellate Panel and the California Superior Court. Those cases included nationally significant civil tax cases such as two Supreme Court decisions and a multitude of published 9th Circuit decisions, as well as a broad range of equally noteworthy criminal tax cases including the first of the recent FBAR prosecutions in California, one of the largest individual tax restitution judgments fully recovered in a criminal tax case prosecuted in this nation, and the unprecedented deferred prosecution agreement, resolving a criminal probe into an international bank's worldwide U.S. cross-border business, requiring the bank to pay $270 million in restitution and fines and to provide details about employees and more than 1,500 U.S. customers.

In addition to other honors, commendations and awards, Ms. Brown has received the Internal Revenue Service Criminal Investigation Chief's Award and the IRS's Mitchell Rogovin National Outstanding Support of the Office of Chief Counsel Award, respectively, the most prestigious criminal and civil awards available for presentation by the IRS to Department of Justice employees. Ms. Brown has been recognized as one of California's top 100 leading women lawyers and the recipient of 2024 USD School of Law's Richard Carpenter Excellence in Tax Award.

Ms. Brown has written, lectured and taught federal prosecutors, agents and private practitioners throughout the country on topics involving trial strategies, taxation, bankruptcy and money laundering. Based upon the breadth of her expertise and experience in litigation and management, Ms. Brown is a highly sought-after speaker before national and regional professional organizations.

**Government Experience**

- Acting United States Attorney, Central District of California, Office of the United States Attorney, March 2017 – January 2018
- First Assistant United States Attorney, Central District of California, Office of the United States Attorney, January 2018- March 2018; April 2016-March 2017
- Assistant United States Attorney, Central District of California, Tax Division, Office of the United

States Attorney, June 1991-April 2016

- Chief of Tax Division, 2004-2016
- Deputy Chief, Criminal Tax Matters, 2003-2004

**Presentations**

- Speaker, *On the Front Lines: Criminal Tax Enforcement Priorities, Investigations, and Prosecutions,* ABA May Meeting, 2026
- Moderator, *The New Era of Tax Enforcement – What You Really Need to Know*, ABA 41st Annual White Collar Crime Institute, 2026
- Speaker, *A Conversation with the IRS Criminal Investigation Special Agent-In-Charge for the Los Angeles Field Office*, USC Tax Institute, 2026
- Moderator, *Criminal Tax Enforcement Priorities*, ABA Tax Section Criminal Tax Fraud and Tax Controversy Conference, 2025
- Speaker, *Balancing Tax Planning, Advocacy, and Professional Ethics: The Rules That Every Corporate Tax Advisor Should Know*, PLI Tax Strategies for Corporate Acquisitions, Dispositions, Spin-Offs, Joint Ventures, Financings, Reorganizations & Restructurings, 2025
- Moderator, *Immigration and Tax: Expatriation, Denaturalization and Enforcement Issues*, CLA California All-Tax Conference, 2025
- Moderator, *Clemency [Pardons and Commutations] –Navigating the Rules, Managing Client Expectations and Ethical Consideration*, 62nd Hawaii Tax Institute, 2025
- Panelist, *Dealing with Internal Revenue Service Criminal Investigations,* Los Angeles County Bar Association, 2025
- Panelist, *The Long and winding Road From Civil Fraud Referral to Criminal Tax Indictment*, ABA White Collar Institute, 2025
- Panelist, *IRS Criminal Investigation – Administrative Summonses and Grand Jury Subpoenas*, ABA Midyear Tax Meeting, 2025
- Moderator, *Employee Retention Credits: How a Good Idea to Address COVID Became an Extraordinary Challenge to the IRS, Practitioners and Business*, USC Tax Institute, 2025
- Moderator, *Criminal Enforcement Priorities*, ABA Tax Section Criminal Tax Fraud and Tax Controversy Conference, 2024
- Moderator, *Panning for Gold: The IRS's New Initiative Targeting High-Income Non-Filers and Ethical Considerations*, 61st Hawaii Tax Institute, 2024
- Moderator, *A Town Hall Discussion with the United States Tax Court,* 61st Hawaii Tax Institute, 2024
- Panelist, *Resolving a Criminal Tax Matter, Criminal Investigations, Plea Deals & Sentencing,* 9th Annual USD School of Law – RJS Law Tax Institute, 2024
- Speaker, *Handling Employee Retention Credit Audits and Investigations – Coloring in the Lines*, NYU 16th Tax Controversy Forum, 2024
- Speaker, *IRS's New Initiative Targeting High-Income Individuals Who Did Not File a Tax Return*, Agostino Seminar, 2024
- Speaker, *Internal Revenue Service Scrutiny of the ERC,* CalCPA, 2024
- Moderator, *The Importance of Interview Notes in Criminal Matters, From Investigation Through Sentencing*, ABA May Tax Meeting, 2024

- Moderator, *Criminal Tax Enforcement – The Powers and Perils of Parallel Criminal and Civil Investigations*, ABA White Collar Crime Institute, 2024
- Moderator, *May You Live in Interesting Times – The Latest in Criminal Tax Investigations and Sentencings*, Federal Bar Association 2024 Tax Law Conference, 2024
- Speaker, *Defending Employee Retention Credit Examinations and Criminal Investigations,* USC Tax Institute, 2024
- Moderator, *Employee Retention Credit: Civil and Criminal Enforcement*, ABA 40th Annual National Institute on Criminal Tax Fraud, 2023
- Moderator, *From the Experts: Tax Controversy and Tax Litigation – Civil & Criminal Tax Update,* NYU 82nd Institute on Federal Taxation, 2023
- Moderator, *Employee Retention Credit Audits and Investigations – The Tsunami is Coming*, Hawaii Tax Institute, 2023
- Moderator, *Understanding the Sandbox that All Wealth Transfer Advisors Play In*, Hawaii Tax Institute, 2023
- Speaker, *Employee Retention Credits,* Virtual Coffee Talk, 2023
- Moderator, *From the Experts: Tax Controversy and Tax Litigation Civil and Criminal Update,* NYU 82nd Institute on Federal Taxation
- Speaker, *Conservation Easement Issues,* Strafford, 2023
- Speaker, *Handling Cannabis Examination*, CalCPA, 2023
- Speaker, *FACTA Information Loophole – Where "Enablers" facilitate International Tax Fraud Through the U.S. Financial System*, 40th Cambridge International Symposium on Economic Crime, 2023
- Moderator, *Criminal Tax Workshop – A Guide to IRS Criminal Tax Investigations and Prosecutions,* 8th Annual USD School of Law – RJS Law Tax Controversy Institute
- Speaker, *Tax Controversy Hot Topics,* CPA Academy, 2023
- Speaker, *Form 8300 Reporting/Cash Intensive Business Audits,* CalCPA, 2023
- Speaker, *Employee Retention Credit Audits and Investigations,* NYU 15th Annual Tax Controversy Forum, 2023
- Speaker, *Ethics of Taxpayer Data Privacy, 6013*, ABA Tax Section Mid-Year Conference, 2023
- Moderator, *Criminal Investigation Case Sources – It's Not Just About Title 26 Tax Return Information,* ABA Tax Section Mid-Year Conference, 2023
- Moderator, *The Future of IRS Enforcement in Light of the Inflation Reduction Act of 2022*, USC Tax Institute, 2023
- Speaker, *Taxation of Cannabis,* Strafford, 2023
- Moderator, *Criminal Enforcement Priorities,* ABA 39th Annual National Institute on Criminal Tax Fraud, 2022
- Speaker, *IRS Enforcement Priorities (Under the Inflation Reduction Act)*, National Business Institute, 2022
- Panelist, *Criminal Tax Bootcamp – How to Represent Clients in Criminal Tax Matters*, CLA Annual Taxation Meeting
- Panelist, *Tax Controversies,* NYU 81st Institute on Federal Taxation, 2022
- Speaker, *Form 8300 Reporting/Cash Intensive Business Audits*, Spidell
- Panelist, *Criminal Tax Enforcement Under the IRS,* Freeman International Tax Program, 2022

- Speaker, *Handling Cannabis Tax Examinations: Sec. 289E, Audits, IRS Guidance*, Spidell, 2022
- Speaker, *New Corporate Transparency Act: The World is Changing*, Spidell, 2022
- Speaker, *Research and Development Tax Credits: IRS Scrutiny of Qualified Research Activity and Related Expenses,* Spidell, 2022
- Panelist, *Getting Your House in Order – Conducting Internal Investigation Into Alleged Tax Offenses,* Cambridge Economic Crime Symposium, 2022
- Panelist, *Insider Crime The Enemy Within,* Cambridge Economic Crime Symposium, 2022
- Moderator, *Criminal Panel: Criminal Tax Workshop,* USD/RJS Tax Controversy Institute, 2022
- Panelist, *Only Two Things Are Certain and This Isn't About Death: Defending Criminal Tax Cases,* National Association of Criminal Defense Lawyer's Annual West Coast White Collar Seminar, 2022
- Speaker, *Currency Transaction Report: How to File and Common Errors,* Lorman Educational Services, 2022
- Speaker, *Research and Development Tax Credits: IRS Scrutiny of Qualified Research Activity and Related Expenses*, CalCPA and Strafford, 2022
- Moderator, *State of IRS: Criminal Investigation*, Federal Bar Association, 2022
- Moderator, *In the Eye of the Beholder: What Moves a Tax Case from Civil to Criminal,* ABA 37th National Institute on White Collar Crime, 2022
- Speaker, *Form 8300 Reporting Requirement,* Lorman Education Services, 2022
- Moderator, *Promoter Investigations; Both Sides of the Table,* USC Tax Institute, 2022
- Speaker, *Tax Reporting of Cryptocurrency,* Strafford, 2022
- Moderator, *Criminal Enforcement Priorities*, ABA 37th Annual National Institute on Criminal Tax Fraud, 2021
- Speaker, *Balancing Tax Planning, Advocacy and Professional Ethics: The Rules That Every Tax Advisor Should Know*, PLI Tax Strategies, 2021
- Moderator, *International Criminal Tax Enforcement*, Freeman International Tax Symposium, 2021
- Speaker, *Tax Controversy,* NYU Institute on Federal Taxation, 2021
- Moderator, *What's New in Criminal Tax and Fraud Enforcement?* 2021 Annual Meeting of the California Tax Bar and California Tax Policy Conference in San Diego, 2021
- Moderator, *What Every Practitioner Needs to Know to Protect Their Clients and Themselves From Civil Fraud Penalties and Criminal Investigations,* UCLA 36th Annual Tax Controversy  Institute, 2021
- Speaker, *Cannabis Tax Examination Issues,* CalCPA, 2021
- Speaker, *IRS Promoter Investigations, Enforcement Actions, and Penalties: Syndicated Conservation Easements, Micro-Captives,* Strafford, 2021
- Speaker, *The IRS New Office of Fraud Enforcement What Practitioners Can Expect, The Consequences and Best Practices,* RJS/USD Tax Institute, 2021
- Moderator, *Focus on Tax Practitioners: Ethical and Penalty Issues,* 13th Annual NYU Tax Controversy Forum, 2021
- Speaker, *Cryptocurrency Tax Compliance in the Post $50,000 Bitcoin World*, CalCPA, 2021
- Speaker, *Why Your Client's Chances of Criminal Prosecution and Civil Fraud Penalties has Dramatically Increased – The IRS New Office of Fraud Enforcement,* 2021
- Speaker, *The Consequences of Conviction: The U.S. Sentencing Guidelines, Restitution, Forfeiture,*

Sandra R. Brown - Taxlitigator                                    https://www.taxlitigator.com/our-firm/our-attorneys/sandra-brown/

and Collateral Consequences, 2020

- Speaker, *Yes, You Actually Can Go to Jail for Not Paying Taxes,* OCBA, 2020
- Speaker, *Tax Controversies*, NYU Institute on Federal Taxation, 2020
- Moderator, *What Every Practitioner Needs to Know to Protect Their Clients and Themselves from Civil Fraud Penalties and Criminal Investigations,* UCLA 36th Annual Tax Controversy Institute, 2020
- Panelist, *When You Need to Disclose More Than Just a Tax Crime,* ABA May Meeting, 2020
- Speaker, *Developments in Crypto Currency – Reporting and Enforcement,* CPA Academy, 2020
- Lecturer, *Current Developments in IRS Criminal Tax Enforcement,* Cal State LA Accounting and Tax Seminars, 2019
- Speaker, *New Developments in Criminal Tax Enforcement*, ABA 33rd Annual National Institute on White Collar Crime, 2019
- Speaker, *Criminal Trial Practice,* 35th National Institute on Criminal Tax Fraud and Eighth Annual National Institute on Tax Controversy, 2018
- Co-Moderator, *Criminal Tax Workshop,* 35th National Institute on Criminal Tax Fraud and Eighth Annual National Institute on Tax Controversy, 2018
- Panelist, Webcast Series Covering *Defense of Criminal Tax Cases,* Association of Federal Defense Attorneys, 2018
- Moderator and Co-Chair, *Criminal Tax Workshop*, 35th Annual National Institute on Criminal Tax Fraud and 7th Annual National Institute on Tax Controversy, 2017
- Panelist, *DOJ Roundtable*, 34th Annual National Institute on Criminal Tax Fraud and 7th Annual National Institute on Tax Controversy, 2017
- Panelist, *Representing the World Citizen: Criminal Tax Defense in a World Where Persons, Money and Data are Mobile*, 34th Annual National Institute on Criminal Tax Fraud and 7th Annual National Institute on Tax Controversy, 2017
- Speaker, *Keynote Address*, United States Attorney's Office, 1st Annual Conference on Prosecuting Federal Human Trafficking Crimes, 2017
- Speaker, *Keynote Address*, United States Attorney's Office, 1st Annual Conference on Prosecuting Federal Hate Crimes, 2017
- Speaker, *Keynote Address*, California Gang Investigators Association, 26th Annual National Gang Conference, 2017
- Lecturer, *Federal Tax Information, Section 6103*, U.S. Department of Justice's National Advocacy Center: Criminal Tax Seminar, 2016
- Lecturer, *Introduction to Criminal Tax Prosecutions*, U.S. Department of Justice's National Advocacy Center: Criminal Tax Seminar, 2016
- Lecturer, *Section 363 Sales*, U.S. Department of Justice's National Advocacy Center: Advanced Bankruptcy Seminar, 2016
- Lecturer, *Sentencing & Restitution in Criminal Tax Cases*, U.S. Department of Justice's National Advocacy Center: Criminal Tax Seminar, 2016
- Moderator and Chair, *Criminal Tax Workshop,* 33rd Annual National Institute on Criminal Tax Fraud and 6th Annual National Institute on Tax Controversy, 2016
- Moderator and Panelist, *DOJ Roundtable*, 33rd Annual National Institute on Criminal Tax Fraud and 6th Annual National Institute on Tax Controversy, 2016

Sandra R. Brown - Taxlitigator                    https://www.taxlitigator.com/our-firm/our-attorneys/sandra-brown/

- Panelist, *Ask the Experts: Top Tips for Criminal Tax Cases*, 33rd Annual National Institute on Criminal Tax Fraud and 6th Annual National Institute on Tax Controversy, 2016

- Panelist, *Post-Return Conduct Impacting the Civil and Criminal Case*, 2015 Annual Tax Controversy Institute, UCLA Extension

- Panelist, *Criminal Tax Workshop*, 2015 Annual Meeting of the California Tax Bar & California Tax Policy Conference

- Panelist, *Federal Procedural Roundtable*, 2015 Annual Meeting of the California Tax Bar & California Tax Policy Conference

- Panelist, *Criminal Tax Workshop*, 32nd Annual National Institute on Criminal Tax Fraud and 5th Annual National Institute on Tax Controversy, 2015

- Panelist, *DOJ Roundtable*, 32nd Annual National Institute on Criminal Tax Fraud and 5th Annual National Institute on Tax Controversy, 2015

- Panelist, *Sentencing: Best Practices in a Changing Landscape*, 32nd Annual National Institute on Criminal Tax Fraud and 5th Annual National Institute on Tax Controversy, 2015

- Panelist, *Ask the Experts: Top Criminal Tax Practice Tips and Representation Strategies*, 31st Annual National Institute on Criminal Tax Fraud and 4th Annual National Institute on Tax Controversy, 2014

- Panelist, *Criminal Tax Workshop*, 31st Annual National Institute on Criminal Tax Fraud and 4th Annual National Institute on Tax Controversy, 2014

- Panelist, *Where did the money go, and How will the Government find it?* 31st Annual National Institute on Criminal Tax Fraud and 4th Annual National Institute on Tax Controversy, 2014

- Panelist, *Stolen Identity Refund ("SIRF")*, 2014 USC Gould School of Law Tax Institute

- Speaker, *Keynote Address*, 50th Annual Hawaii Tax Institute, 2013

- Panelist, *Restitution in Sentencing and Civil Tax Issues*, ABA Section of Taxation, Section Litigation, and the ABA Center for Professional Development, 2013

- Panelist, *Criminal Tax Workshop*, 30st Annual National Institute on Criminal Tax Fraud and 4th Annual National Institute on Tax Controversy, 2013

- Panelist, *DOJ Roundtable*, 30st Annual National Institute on Criminal Tax Fraud and 4th Annual National Institute on Tax Controversy, 2013

- Panelist, *Ask the Experts: Top Criminal Tax Practice Tips and Representation Strategies*, 30st Annual National Institute on Criminal Tax Fraud and 4th Annual National Institute on Tax Controversy, 2013

- Panelist, *S. Tax Enforcement and the Voluntary Disclosure Process*, 2012 Annual Tax Controversy Institute, UCLA Extension

- Panelist, *Criminal Tax Workshop*, 29th Annual National Institute on Criminal Tax Fraud and 3rd Annual National Institute on Tax Controversy, 2012

- Panelist, *Foreign Financial Accounts*, 29th Annual National Institute on Criminal Tax Fraud and 3rd Annual National Institute on Tax Controversy, 2012

- Panelist, *Civil Tax Issues and Restitution in Sentencing*, ABA Section of Taxation, Civil & Criminal Tax Penalties Committee, 2012

- Speaker, *Interview & Testimony Tips for Special Agents*, IRS, Criminal Investigation, 2012

- Speaker, *Successful Investigations, Successful Prosecutions*, IRS, Criminal Investigation, 2012

- Panelist, *Motion Practice*, ABA White Collar Conference 2011

- Panelist, *Criminal Tax Workshop*, 28th Annual National Institute on Criminal Tax Fraud and 2nd

Annual National Institute on Tax Controversy, 2011

- Panelist, *Restitution*, 28th Annual National Institute on Criminal Tax Fraud and 2nd Annual National Institute on Tax Controversy, 2011

- Panelist, *Foreign Bank and Financial Accounts Report ("FBAR")*, 2011 USC Gould School of Law Tax Institute

- Guest Lecturer, *Tax Crimes*, Southwestern Law School, 2010

- Speaker, *Discovery in a Criminal Case*, IRS – Criminal Investigation, 2010

- Panelist, *Criminal Tax Workshop*, 27th Annual National Institute on Criminal Tax Fraud and 1st Annual National Institute on Tax Controversy, 2010

- Speaker, *Employment Tax Crimes*, IRS – Criminal Investigation, 2009

- Panelist, *Federal Sentencing Guidelines*, 26th Annual National Institute on Criminal Tax Fraud, 2009

- Lecturer, *Parallel Proceedings: Concurrent Civil & Criminal Investigations*, U.S. Department of Justice's National Advocacy Center: Criminal Tax Seminar, 2009

- Lecturer, *Post-Booker Sentencing in Tax Cases*, U.S. Department of Justice's National Advocacy Center: Criminal Tax Seminar, 2009

- Speaker, *Keynote Address*, California CPA, 2008 Fraud in Audit, Accounting and Tax Conference

- Speaker, *Keynote Address*, 2007 USC Gould School of Law Tax Institute

- Panelist, *Conflicts and Ethical Issues Facing Tax Practitioners*, 2007 USC Gould School of Law Tax Institute

**Publications**

—*Criminal, Civil, or Both: Navigating Parallel Investigations with the IRS,* Journal of Tax Practice and Procedure, 2024

—*Closing the Gap*, Los Angeles Lawyer, 2023

— *First Circuit Reliance in a Cryptocurrency Summons Enforcement Case Widens the Crack Created in the Anti-Injunction Act by CIC Services, LLC v. IRS*, Journal of Tax Practice and Procedure, October, 2022

—*IRS Promoter Investigations: Both Sides of the Table- Aggressive Tax Planning or Abusive Tax Practices?*, 2022 USC Tax Institute

— *What Makes a Failure to File Your Tax Return a Felony?*, Journal of Tax Practice and Procedure, 2020

—*IRS Cracks Down on Tax Fraud by Creating a New Enforcement Office*, Los Angeles Lawyer, June 2020

—*Is 'Corporate America' Looking at Increased Tax Enforcement?,* Corporate Financier Worldwide, November, 2019

—*A Taxing Impediment,* Los Angeles Lawyer January 2019

—*The Future of Virtual Currency Tax Prosecutions – A Matter of When, Not If,* Journal of Tax Practice and Procedure, December 2018-January 2019

Sandra R. Brown - Taxlitigator                                    https://www.taxlitigator.com/our-firm/our-attorneys/sandra-brown/

—*When Noncompliance With FATCA Is More Than a Civil Tax Matter,* Tax Notes, November 2018

—*FBAR Violations: The IRS's New Tool for Improved Tax Compliance,* Journal of Tax Practice & Procedure, December 2008-January 2009

**Blogs**

7/11/2024 *The Supreme Court Expands the Ability to Challenge Tax Regulations* by Sandra R. Brown and Robert S. Horwitz

5/15/24 *The IRS Criminal Investigation Division Braces for a Surge of Criminal Charges in Crypto Tax Cases – This Year and Going Forward* by Sandra R. Brown, Evan Davis and Philipp Behrendt

3/28/24 *IRS Announces New Initiative Targeting High-Income Individuals Who Did Not File a Tax Return – A Risk of Criminal Liability* by Steve Toscher, Sandra Brown, Evan Davis and Luke Ryan

3/6/24 *Tracking the ERC: Voluntary Disclosure Program Deadline Approaching and Other ERC Updates,* by Sandra R. Brown and Hunter Keaster

3/4/24 *Thawing the Ice: Landmark Indictment Signals New Era in Crypto Tax Enforcement* By Sandra R. Brown and Philipp Behrendt

12/26/23 *IRS Launches Voluntary Disclosure Program to Address Questionable Employee Retention Credits* by Sandra R. Brown, Robert Horwitz and Luke Ryan

10/23/23 *Increasing Fraudulent ERC Claims and the IRS's New Withdrawal Process* by Steven Toscher, Sandra Brown, Evan Davis and Gary Markarian

8/12/23 *New Audit Targets: IRS Focuses on Employee Stock Ownership Plans (ESOPs)* by Sandra Brown and Philipp Behrendt

4/10/23 *The IRS Agents Who Brought Down Al Capone Were Agents Armed with Calculators* by Sandra R. Brown and Philipp Behrendt

08/9/22      *Tax Evasion Has Its Consequences-The Removal Order* by Sandra R. Brown, Steven Toscher, and Philipp Behrendt

02/18/22      *It Ain't Over Until It's Over- The 9th Circuit Clears Up Some Questions Regarding the Statute of Limitations for Criminal Tax Evasion* by Steven Toscher, Sandra R. Brown and Philipp Behrendt

02/08/21      *The Corporate Transparency Act takes on Serious Tax Fraud: Say Goodbye to Not Disclosing Beneficial Owners of Entities* by Sandra R. Brown and Michael Greenwade

12/15/20      *The Due Process Protections Act of 2020 – Judicial Oversight for Federal Prosecutors* by Sandra Brown

Sandra R. Brown - Taxlitigator                                         https://www.taxlitigator.com/our-firm/our-attorneys/sandra-brown/

11/09/20        Sandra Brown to speak on "The Consequences of Conviction: The U.S. Sentencing Guidelines, Restitution Forfeiture, and Collateral Consequences" at The IRS Representation Conference webcast

10/26/20        Sandra Brown to speak on  "From the Experts: Tax Controversy and Tax Litigation – Civil and Criminal Tax Update" at the NYU 79th Virtual Institute webinar on November 16, 2020

10/06/20        *What Makes a Failure to File Your Tax Returns a Felony?* By Sandra Brown

09/23/20        Sandra Brown quoted in Wonderful LAW360 Article on Justice Ginsburg's Legacy in Tax Cases

09/14/20        Steven Toscher, Robert Horwitz and Sandra Brown to speak on "Yes, You Actually Can Go to Jail for Not Paying Taxes" at the CPA Academy webinar on September 22, 2020

08/28/20        Sandra Brown quoted in LAW360 on IRS New Fraud Office

07/21/20        *DOJ's Tax Division Updates Criminal Tax Manual to Address Marinello's Impact on Charging Decisions* by Sandra R. Brown and Gary Markarian

07/10/20        *Fifth Circuit Rules Virtual Currency Transactions and Records Held By Exchanges Do Not Have Fourth Amendment Protections from Search and Seizure by the Government* by Sandra R. Brown and Tenzing Tunden

06/30/20        Sandra Brown to speak at the upcoming ABA Virtual 2020 May Tax Meeting on July 14, 2020

06/10/20        *IRS Cracks Down on Tax Fraud by Creating a New Enforcement Office* by Steve Toscher, Sandra Brown and Lacey Strachan

05/14/20        Dennis Perez, Michel Stein, Robert Horwitz and Sandra Brown to speak on "What Professionals Need to Know About PPP Loans and Employee Retention  Credit at the CalCPA webinar on May19 2020

05/08/20        Steven Toscher, Michel Stein and Sandra Brown to speak on "Developments in Cryptocurrency – Reporting and Enforcement" at the CPAacademy webinar on June 3, 2020

05/03/20        *This May Be a Very Good Time to Consider a Voluntary Disclosure* by Sandra R. Brown

05/03/20        *Beware Running of Pending Statute of Limitations When Seeking Taxpayer Advocate Service Assistance – IRS Gives Notice of Nonacquiescence with Court of Appeals' Decision that Found Seeking Help from Taxpayer Advocate Service Tolls Time to File Claim to Challenge Wrongful Levy* by Sandra R. Brown

04/09/20        *Taxpayer First Act and Third Party Notices – New Rules and New Interpretations to the*

*Notice Requirements* by Sandra R. Brown and Tenzing Tunden

03/28/20    *Utilising the IRS Streamlined Compliance Programs to Manage US Tax Risk* by Steven Toscher, Michel Stein and Sandra Brown

03/27/20    *What Makes a Failure to File Your Tax Returns a Felony?* by Sandra Brown

03/08/20    *IRS Takes Next Step in Enhancing its Criminal Fraud Referral Program* by Steven Toscher and Sandra R. Brown

01/30/20    Sandra Brown to speak at ABA Midyear Tax Meeting in Florida

01/20/20    *Estate Notches Rare Win over IRS in Penalty Refund Suit* by Sandra Brown and Tenzing Tunden

01/8/20    Sandra Brown quoted in *Tax Analysts* article on "Ride Across the Marinello Bridge Cases Could be Bumpy"

12/20/19    *Revenue Procedure 2019-42: I.R.S. Provides Updated Guidance on Adequate Disclosure* by Sandra Brown and Gary Markarian

12/11/20    Steven Toscher, Dennis Perez, Michel Stein, Sandra Brown and Jonathan Kalinski to speak at USC Gould School of Law 2020 Tax Institute on January 27-29, 2020

11/28/19    Edward Robbins, Jr., Sandra Brown, Michel Stein and Evan Davis to speak at the 36th Annual National Institute on Criminal Tax Fraud in Las Vegas on December 11-13, 2019

10/27/19    Sandra Brown to speak at the California Tax Bar and California Tax Policy Conference in Mission Bay on November 8, 2019

10/20/19    *AOD 2019-03: :Non-Acquiescence to Tax Court Ruling Regarding the Tax Treatment of a Franchise Transfer* by Sandra Brown and Gary Markarian

10/17/19    Sandra Brown to speak at the NYU 78th Institute on Federal Taxation

10/16/19    *Is 'Corporate America' Looking at Increased Tax Enforcement?* by Steven Toscher, Sandra Brown and Gary Markarian

09/23/19    *California Doubles Down on Taxing the Underground Economy: What AB 1296 Could Mean for Tax Enforcement* by Sandra Brown and Tenzing Tunden

08/13/19    Sandra Brown to speak at the Cambridge 37th Annual International Symposium on Economic Crime

08/02/19    Sandra Brown to speak on "The Rise of Injunction and Disgorgement Actions Under Section

Sandra R. Brown - Taxlitigator                                    https://www.taxlitigator.com/our-firm/our-attorneys/sandra-brown/

7402 of the Internal Revenue Code

07/23/19        Sandra Brown quoted in "CI Expecting More Fraud referrals From IRS Operating Divisions,"
*Tax Notes*

07/21/19        Sandra Brown on IRS-Criminal Investigation Unit 100 Year Celebration

07/19/19        Sandra Brown quoted in Law360 on Tax Opinions by Justice Stevens

07/02/19        Steven Toscher and Sandra Brown to speak at upcoming Fourth Annual USD RJS

Law Tax Controversy Institute on July 19, 2019

06/26/19        Sandra Brown quoted in Tax Analysts Article on IRS Data Analytics

04/17/19        Sandra Brown and Evan Davis to speak on Current Developments in IRS

Criminal Tax Enforcement

03/22/19        *The Future of Virtual Currency Tax Prosecutions – A Matter of When, Not If* by Sandra
Brown

03/08/19        *Form 830 ~ The IRS Encourages Businesses to Take Advantage of the "Speed And
convenience" of E-Filing Cash Transaction Reports* by Sandra Brown

02/11/19        Sandra Brown to speak at the upcoming ABA 33rd Annual National Institute in White Collar
Crime, Panel entitled "New Developments in Criminal Tax Enforcement" on March 6, 2019

02/10/19        *Sentencing Enhancement Upheld for Accountant Convicted of Fraudulent Scheme Executed
While on Probation for an Administrative Order Prohibiting Similar Conduct* by Sandra R. Brown

01/20/19        Los Angeles Lawyer – A Taxing Impediment – Marinello v. United States by

Sandra Brown

11/26/18        Tax Notes – When Noncompliance With FACTA Is More Than a Civil Tax Matter by Sandra
Brown

11/14/18        Sandra Brown, Speaker on Criminal Trial Practice at the Upcoming 35th National Institute
on Criminal Tax Fraud and Eighth Annual National Institute on Tax Controversy

08/30/18        Please join Steven Toscher, Sandra Brown and Evan Davis for Part One of Their Three Part
Webcast Series Covering the Defense of Criminal Tax Cases Presented for the Association of Federal
Defense Attorneys

Sandra R. Brown - Taxlitigator                                    https://www.taxlitigator.com/our-firm/our-attorneys/sandra-brown/

08/18/18        Sandra Brown quoted in Article on rotating Fraud Technical Advisors

08/02/18        Sandra Brown quoted in Article on Implications of Ninth Circuit Withdrawing Transfer Pricing Decision

05/09/18        *The New Section 162(q) of the 2017Tax Cuts & Jobs Act: The Price of Confidentiality in Sexual Harassment Cases, #NoDeduction* by Sandra R. Brown

04/08/18        Tax Court Limits IRS's Time to Assess Unreported Income from Undisclosed Foreign Accounts by Sandra R. Brown

03/04/18        Sandra R. Brown First Assistant United States Attorney and the Former Acting United States Attorney for the Central District of California's United States Attorney's Office has Joined Our Firm as a Principal

**Member**

- ABA Criminal Tax Fraud and Tax Controversy Conference, Co-Chair
- UCLA Tax Controversy Institute, Co-Chair
- Mentor, ABA Loretta Collins Argrett Fellowship
- Fellow, American College of Tax Counsel
- American Bar Association (ABA), Tax Section, Sentencing Subcommittee Co-Chair, Civil & Criminal Tax Penalties (CCTP) Committee
- NYU Institute on Federal Taxation, Co-Chair Tax Controversy
- NYU Tax Controversy Institute, Advisory Committee
- Beverly Hills Bar Association, Taxation Section
- Federal Bar Association
- State Bar of California
- California Lawyers Association, Tax Section
- Women White Collar Defense Association

**Court Admissions**

- U.S. Court of Appeals for the Ninth Circuit
- U.S. Tax Court
- U.S. District Court for Central, Eastern, Northern and Southern Districts of California
- U.S. Court of Federal Claims

Our Attorneys (https://www.taxlitigator.com/our-firm/our-attorneys/)

Sandra R. Brown - Taxlitigator                                                                        https://www.taxlitigator.com/our-firm/our-attorneys/sandra-brown/

Avram Salkin (https://www.taxlitigator.com/our-firm/our-attorneys/avram-salkin/)

Steven Toscher (https://www.taxlitigator.com/our-firm/our-attorneys/steven-toscher/)

Dennis L. Perez (https://www.taxlitigator.com/our-firm/our-attorneys/dennis-l-perez/)

Edward M. Robbins, Jr. (https://www.taxlitigator.com/our-firm/our-attorneys/edward-m-robbins-jr/)

Sandra R. Brown (https://www.taxlitigator.com/our-firm/our-attorneys/sandra-brown/)

Robert Horwitz (https://www.taxlitigator.com/our-firm/our-attorneys/robert-horwitz/)

Michel R. Stein (https://www.taxlitigator.com/our-firm/our-attorneys/michel-r-stein/)

Evan J. Davis (https://www.taxlitigator.com/our-firm/our-attorneys/evan-j-davis/)

Cory Stigile (https://www.taxlitigator.com/our-firm/our-attorneys/cory-stigile/)

Lacey Strachan (https://www.taxlitigator.com/our-firm/our-attorneys/lacey-strachan/)

Jonathan Kalinski (https://www.taxlitigator.com/our-firm/our-attorneys/jonathan-kalinski/)

Philipp Behrendt (https://www.taxlitigator.com/our-firm/our-attorneys/philipp-behrendt/)

Sebastian Voth (https://www.taxlitigator.com/our-firm/our-attorneys/sebastian-voth/)

Melissa Briggs (https://www.taxlitigator.com/our-firm/our-attorneys/melissa-briggs/)

Words of Wisdom (https://www.taxlitigator.com/our-firm/current-thoughts/)

Home (https://www.taxlitigator.com/)

Our Firm (https://www.taxlitigator.com/our-firm/)

Practices (https://www.taxlitigator.com/practices/)
    Tax Audits and Administrative Appeals (https://www.taxlitigator.com/practices/tax-audits-appeals/)
    Undeclared Offshore Bank Accounts and International Tax Compliance (https://www.taxlitigator.com/practices/undeclared-offshore/)
    Civil Tax Litigation and Tax Appeals (https://www.taxlitigator.com/practices/civil-tax/)
    Criminal Tax Investigations and Prosecutions (Federal and State) (https://www.taxlitigator.com/practices/criminal-tax/)
    Co-Counsel Arrangements (https://www.taxlitigator.com/practices/co-counsel/)

Resources (https://www.taxlitigator.com/resources/)

Publications (https://www.taxlitigator.com/publications/)

Sandra R. Brown - Taxlitigator                                    https://www.taxlitigator.com/our-firm/our-attorneys/sandra-brown/

Events (https://www.taxlitigator.com/events/)

Blog (https://www.taxlitigator.com/blog/)

Contact (https://www.taxlitigator.com/contact/)

---

### Sign up to our latest Tax Alerts.

*Your privacy is assured.*

Enter your email

☐ I agree to terms and conditions (https://www.taxlitigator.com/terms-and-conditions/)

**SIGN UP**

---

Copyright 2026 HOCHMAN SALKIN TOSCHER PEREZ P.C.  |  Sitemap (https://www.taxlitigator.com/sitemap)  |  Privacy Policy (https://www.taxlitigator.com/privacy)  |  Legal Disclaimer (https://www.taxlitigator.com/legal-disclaimer)  |  Site design by LA Dezign

Robert Horwitz - Taxlitigator                                              https://www.taxlitigator.com/our-firm/our-attorneys/robert-horwitz/

Home (https://www.taxlitigator.com)  >  Our Firm (https://www.taxlitigator.com/our-firm/)

  >  Our Attorneys (https://www.taxlitigator.com/our-firm/our-attorneys/)  >  Robert Horwitz

## Our Firm
# Robert Horwitz



horwitz@taxlitigator.com (mailto:horwitz@taxlitigator.com)

Phone: (310) 281-3200

Fax: (310) 859-5105

Download Vcard (https://www.taxlitigator.com/wp-content/uploads/2021/08/Robert-Horwitz.vcf)

**Robert Horwitz** has over 35 years of experience as a tax attorney specializing in the representation of

Robert Horwitz - Taxlitigator                                    https://www.taxlitigator.com/our-firm/our-attorneys/robert-horwitz/

clients in civil and criminal tax cases, including civil audits and appeals, tax collection matters, criminal investigations, administrative hearings and in civil and criminal trials and appeals in federal and state courts. He has served as a member of the Executive Committee of the Taxation Section of the State Bar of California and was Chair of the Taxation Section for 2015-2016 years.  He was previously Chair of the Tax Procedure and Litigation Committee of the State Bar Taxation Section.

Prior to joining Hochman Salkin Toscher Perez P.C., Mr. Horwitz was with a boutique tax controversy firm in Orange County, where he represented clients in civil and criminal tax cases in the U.S. Courts of Appeal, U.S. district courts, California superior courts, and before the Internal Revenue Service, the California Franchise Tax Board, the Board of Equalization, the Employment Development Department and the Unemployment Insurance Appeals Board.

Before entering private practice, Mr. Horwitz was a trial attorney in the U.S. Department of Justice Tax Division and the U.S. Attorney's Office in Los Angeles, where he represented the United States in several hundred tax cases, involving areas as diverse as captive insurance companies, tax shelters, trust fund recovery penalties, manufacturers' excise taxes, employment taxes, criminal investigations, and tax collection. At the Department, Mr. Horwitz received numerous awards, including two Outstanding Trial Attorney awards and a Special Commendation from the Tax Division.

Mr. Horwitz has also represented clients in complex civil and white-collar criminal cases, including civil and criminal bank fraud, wind and thermal energy tax shelters, tax fraud and tax collection matters, trademark, trade secrets, securities, and insurance coverage cases. He was also appointed by the United States District Court in Los Angeles to represent a death row inmate in habeas corpus proceedings.

Mr. Horwitz has been a speaker on tax matters at the UCLA Tax Controversy Institute, the Annual Meeting of the Taxation Section of the California Bar and the California State Bar Annual Meeting. He has authored articles on tax law that have appeared in diverse publications, including Tax Notes, the Federal Lawyer (the publication of the Federal Bar Association), and the California Tax Lawyer.  His monograph in "Responsible Persons and Fiduciary Liability" was published in the Proceedings of the New York University 75th Institute on Federal Taxation.  He was an invited delegate to the 2015 U.S. Tax Court Judicial Conference. He is a member of the Planning Committee of the UCLA Tax Controversy Institute.

Mr. Horwitz is a member of the bar in California and in Illinois. He is admitted to practice in the United States District Courts for the U.S. Supreme Court, the U.S. Courts of Appeal for the Seventh, Ninth and Federal Circuits, the U.S. District Courts for the Central, Southern, Northern and Eastern Districts of California, the U.S. Court of Federal Claims and the U.S. Tax Court. He was named a Southern California Super Lawyer for 2010-2025 years.

Our Attorneys (https://www.taxlitigator.com/our-firm/our-attorneys/)

Robert Horwitz - Taxlitigator                    https://www.taxlitigator.com/our-firm/our-attorneys/robert-horwitz/

Avram Salkin (https://www.taxlitigator.com/our-firm/our-attorneys/avram-salkin/)

Steven Toscher (https://www.taxlitigator.com/our-firm/our-attorneys/steven-toscher/)

Dennis L. Perez (https://www.taxlitigator.com/our-firm/our-attorneys/dennis-l-perez/)

Edward M. Robbins, Jr. (https://www.taxlitigator.com/our-firm/our-attorneys/edward-m-robbins-jr/)

Sandra R. Brown (https://www.taxlitigator.com/our-firm/our-attorneys/sandra-brown/)

Robert Horwitz (https://www.taxlitigator.com/our-firm/our-attorneys/robert-horwitz/)

Michel R. Stein (https://www.taxlitigator.com/our-firm/our-attorneys/michel-r-stein/)

Evan J. Davis (https://www.taxlitigator.com/our-firm/our-attorneys/evan-j-davis/)

Cory Stigile (https://www.taxlitigator.com/our-firm/our-attorneys/cory-stigile/)

Lacey Strachan (https://www.taxlitigator.com/our-firm/our-attorneys/lacey-strachan/)

Jonathan Kalinski (https://www.taxlitigator.com/our-firm/our-attorneys/jonathan-kalinski/)

Philipp Behrendt (https://www.taxlitigator.com/our-firm/our-attorneys/philipp-behrendt/)

Sebastian Voth (https://www.taxlitigator.com/our-firm/our-attorneys/sebastian-voth/)

Melissa Briggs (https://www.taxlitigator.com/our-firm/our-attorneys/melissa-briggs/)

Words of Wisdom (https://www.taxlitigator.com/our-firm/current-thoughts/)

Home (https://www.taxlitigator.com/)

Our Firm (https://www.taxlitigator.com/our-firm/)

Practices (https://www.taxlitigator.com/practices/)
Tax Audits and Administrative Appeals (https://www.taxlitigator.com/practices/tax-audits-appeals/)
Undeclared Offshore Bank Accounts and International Tax Compliance (https://www.taxlitigator.com/practices/undeclared-offshore/)
Civil Tax Litigation and Tax Appeals (https://www.taxlitigator.com/practices/civil-tax/)
Criminal Tax Investigations and Prosecutions (Federal and State) (https://www.taxlitigator.com/practices/criminal-tax/)
Co-Counsel Arrangements (https://www.taxlitigator.com/practices/co-counsel/)

Resources (https://www.taxlitigator.com/resources/)

Publications (https://www.taxlitigator.com/publications/)

Events (https://www.taxlitigator.com/events/)

Blog (https://www.taxlitigator.com/blog/)

Contact (https://www.taxlitigator.com/contact/)

---

### Sign up to our latest Tax Alerts.

*Your privacy is assured.*

| Enter your email |
|---|

☐ I agree to terms and conditions (https://www.taxlitigator.com/terms-and-conditions/)

**SIGN UP**

---

Copyright 2026 HOCHMAN SALKIN TOSCHER PEREZ P.C.  |  Sitemap (https://www.taxlitigator.com/sitemap)  |  Privacy
Policy (https://www.taxlitigator.com/privacy)  |  Legal Disclaimer (https://www.taxlitigator.com/legal-disclaimer)  |  Site
design by LA Dezign

Melissa Briggs - Taxlitigator                                      https://www.taxlitigator.com/our-firm/our-attorneys/melissa-briggs/

Home (https://www.taxlitigator.com)  >  Our Firm (https://www.taxlitigator.com/our-firm/)

  >  Our Attorneys (https://www.taxlitigator.com/our-firm/our-attorneys/)  >  Melissa Briggs

## Our Firm
# Melissa Briggs



briggs@taxlitigator.com (mailto:briggs@taxlitigator.com)

Phone: (310) 281-3262

Fax: (310) 859-5122

Download Vcard (https://www.taxlitigator.com/wp-content/uploads/2025/01/Melissavcard.vcf)

**Melissa Briggs** is a Principal of the law firm Hochman Salkin Perez P.C. where she represents clients in civil

Melissa Briggs - Taxlitigator                                    https://www.taxlitigator.com/our-firm/our-attorneys/melissa-briggs/

and criminal tax litigation as well as tax investigations. Ms. Briggs has over 20 years of litigation experience in private, nonprofit, and government practice.  Ms. Briggs served a combined 16 years as an appellate attorney for the U.S. Department of Justice, Tax Division Appellate Section and, most recently, as an Assistant United States Attorney with the United States Attorney's Office for the Central District of California's Tax Division. During her tenure with the U.S Attorney's Office, Ms. Briggs handled all aspects of litigation of affirmative and defensive civil tax cases in the United States District Court for the Central District of California, United States Bankruptcy Court for the Central District of California, and California state courts.  She served as a Federal Women's Special Emphasis Programs Manager coordinating office-wide events including panel discussions and networking events. Ms. Briggs has briefed and argued both civil and criminal tax appeals.  As a Tax Division appellate attorney, she served as lead appellate counsel in over 100 civil cases appealed from the United States District Courts, Tax Court and Court of Federal Claims in all 13 United States Courts of Appeals.  Ms. Briggs served as a law clerk to the Honorable Phyllis A. Kravitch on the United States Court of Appeals for the 11th Circuit. Ms. Briggs is the recipient of the U.S. Department of Justice, Tax Division, Outstanding Attorney Award and the Alabama State Bar Pro Bono Award. Ms. Briggs received her Juris Doctor degree *Summa Cum Laude* from University of Alabama School of Law, where she was first in her class.  She received a Master of Science degree from Auburn University and her undergraduate degree from Samford University where she graduated *Summa Cum Laude*.

## PRESENTATIONS

- *Best Practices for Securing IRS Refunds,* Annual Meeting & Education Conference*,* June, 2026
- *Due Process at 250: Penalties, Parallel Proceedings, and Constitutional Limits – Part I,* ABA May Tax Meeting, May, 2026
- *Disaster Recovery Under Section 7508A(d) and Kwong v. United States,* Spidell, March, 2026
- *Jury Instructions, Expert Witnesses and Evidentiary Objections,* ABA Tax Section Criminal Tax Fraud and Tax Controversy Conference, December, 2025
- *Hot Topics in Federal Tax Litigation,* California Lawyers Association Women in Tax*,* November, 2025
- *Best Practices in Refund Litigation,* UCLA 41st Tax Controversy Conference, October, 2025
- *International Tax Disputes FBAR Violations, Excessive Fines,* Strafford, June 2025
- *Refund Litigation – Where District Court Differs from Tax Court,* Beverly Hills Bar Association, May, 2025
- *Hot Topics and Common Pitfalls in Refund Litigation,* ABA Midyear Tax Meeting, February, 2025

## BAR ADMITTANCE

- California State Bar
- District of Columbia Bar

## EDUCATION

- University of Alabama School of Law (J.D.), *Summa Cum Laude, Order of Coif*
  - *Alabama Law Review*
- Auburn University, Master of Science in Rural Sociology
- Samford University, Bachelor of Arts, *Summa Cum Laude*

Case 8:26-bk-11202-SC    Doc 98    Filed 06/17/26    Entered 06/17/26 16:20:04    Desc
Main Document      Page 40 of 43

**COURT ADMISSIONS**

- U.S. Supreme Court
- U.S. Courts of Appeals for the First, Second, Fourth, Fifth, Eighth, Ninth, Tenth, Eleventh, and District of Columbia Circuits
- U.S. District Court for the Central District of California
- U.S. District Court for the District of Columbia
- U.S. Tax Court
- U.S. Bankruptcy Court for the Central District of California

| Our Attorneys (https://www.taxlitigator.com/our-firm/our-attorneys/) |
|---|
| Avram Salkin (https://www.taxlitigator.com/our-firm/our-attorneys/avram-salkin/) |
| Steven Toscher (https://www.taxlitigator.com/our-firm/our-attorneys/steven-toscher/) |
| Dennis L. Perez (https://www.taxlitigator.com/our-firm/our-attorneys/dennis-l-perez/) |
| Edward M. Robbins, Jr. (https://www.taxlitigator.com/our-firm/our-attorneys/edward-m-robbins-jr/) |
| Sandra R. Brown (https://www.taxlitigator.com/our-firm/our-attorneys/sandra-brown/) |
| Robert Horwitz (https://www.taxlitigator.com/our-firm/our-attorneys/robert-horwitz/) |
| Michel R. Stein (https://www.taxlitigator.com/our-firm/our-attorneys/michel-r-stein/) |
| Evan J. Davis (https://www.taxlitigator.com/our-firm/our-attorneys/evan-j-davis/) |
| Cory Stigile (https://www.taxlitigator.com/our-firm/our-attorneys/cory-stigile/) |
| Lacey Strachan (https://www.taxlitigator.com/our-firm/our-attorneys/lacey-strachan/) |
| Jonathan Kalinski (https://www.taxlitigator.com/our-firm/our-attorneys/jonathan-kalinski/) |
| Philipp Behrendt (https://www.taxlitigator.com/our-firm/our-attorneys/philipp-behrendt/) |
| Sebastian Voth (https://www.taxlitigator.com/our-firm/our-attorneys/sebastian-voth/) |
| Melissa Briggs (https://www.taxlitigator.com/our-firm/our-attorneys/melissa-briggs/) |

Words of Wisdom (https://www.taxlitigator.com/our-firm/current-thoughts/)

Home (https://www.taxlitigator.com/)

Our Firm (https://www.taxlitigator.com/our-firm/)

Practices (https://www.taxlitigator.com/practices/)

    Tax Audits and Administrative Appeals (https://www.taxlitigator.com/practices/tax-audits-appeals/)
    Undeclared Offshore Bank Accounts and International Tax Compliance (https://www.taxlitigator.com/practices/undeclared-offshore/)
    Civil Tax Litigation and Tax Appeals (https://www.taxlitigator.com/practices/civil-tax/)
    Criminal Tax Investigations and Prosecutions (Federal and State) (https://www.taxlitigator.com/practices/criminal-tax/)
    Co-Counsel Arrangements (https://www.taxlitigator.com/practices/co-counsel/)

Resources (https://www.taxlitigator.com/resources/)

Publications (https://www.taxlitigator.com/publications/)

Events (https://www.taxlitigator.com/events/)

Blog (https://www.taxlitigator.com/blog/)

Contact (https://www.taxlitigator.com/contact/)

## Sign up to our latest Tax Alerts.
*Your privacy is assured.*

Enter your email

☐ I agree to terms and conditions (https://www.taxlitigator.com/terms-and-conditions/)

SIGN UP

Copyright 2026 HOCHMAN SALKIN TOSCHER PEREZ P.C.  |  Sitemap (https://www.taxlitigator.com/sitemap)  |  Privacy Policy (https://www.taxlitigator.com/privacy)  |  Legal Disclaimer (https://www.taxlitigator.com/legal-disclaimer)  |  Site design by LA Dezign

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034.

A true and correct copy of the foregoing document entitled (*specify*): **APPLICATION OF CHAPTER 11 DEBTORS TO EMPLOY HOCHMAN SALKIN TOSCHER PEREZ P.C. AS SPECIAL TAX COUNSEL PURSUANT TO 11 U.S.C. § 327(a) WITH COMPENSATION PURSUANT TO 11 U.S.C. §§ 330, 331; DECLARATION OF JONATHAN KALINSKI IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **June 17, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Scott R Albrecht     salbrecht@gsaattorneys.com, jackie.nguyen@sgsattorneys.com
- Raymond H. Aver     ray@averlaw.com, averlawfirm@gmail.com;ani@averlaw.com;katya@averlaw.com;jesus@averlaw.com
- Jessica L Bagdanov     jbagdanov@bg.law, ecf@bg.law
- Michael E Bubman     mbubman@mbn.law, aacosta@mbnlawyers.com
- Greg P Campbell     ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
- Steven Casselberry     Steve.Casselberry@procopio.com, jessica.perez@procopio.com;emily.marsh@procopio.com;calendaringbankruptcy@procopio.com;evangelina.myers@procopio.com;lauren.hill@procopio.com
- David Coats     dacoats@raslg.com
- Michael G D'Alba     mgd@lnbyg.com
- Dora Duru     dora.duru@bclplaw.com, verlisa.lewis@bclplaw.com
- Amir Gamliel     agamliel@perkinscoie.com, cmallahi@perkinscoie.com;DocketLA@perkinscoie.com
- Craig S Ganz     ganzc@ballardspahr.com, BKTDocket_West@ballardspahr.com;phxlsateam@ballardspahr.com
- David B Golubchik     dbg@lnbyg.com, dbg@lnbyg.com
- Arnold L Graff     agraff@wrightlegal.net, nvbkfiling@wrightlegal.net;jpowell@wrightlegal.net
- Adam M Greely     agreely@fbfk.law, dstolar@vrslaw.net
- Steven T Gubner     sgubner@bg.law, ecf@bg.law
- Sarah Rose Hasselberger     shasselberger@marshackhays.com, shasselberger@ecf.courtdrive.com;cbastida@marshackhays.com;alinares@ecf.courtdrive.com
- Golsa Honarfar     ghonarfar@rutan.com, avaccaro@rutan.com;apineda@rutan.com
- Mark S Horoupian     mark.horoupian@gmlaw.com, mhoroupian@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com;karen.files@gmlaw.com;courtmail@gmlaw.com
- Ira David Kharasch     ikharasch@pszjlaw.com
- Aaron J Malo     amalo@sheppardmullin.com, hudenka@sheppard.com;mlinker@sheppard.com
- Sam Maralan     sm@maralanlaw.com
- Matthew J Marino     mmarino@allenmatkins.com, csandoval@allenmatkins.com
- Elissa Miller     elissa.miller@gmlaw.com, emillersk@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com;courtmail@gmlaw.com
- Kenneth Misken     Kenneth.M.Misken@usdoj.gov
- John A Moe     john.moe@dentons.com, kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com
- Michael S Myers     myersm@ballardspahr.com, BKTDocket_West@ballardspahr.com;phxlsateam@ballardspahr.com
- Alan I Nahmias     anahmias@mbn.law, jdale@mbn.law
- Aram Ordubegian     ordubegian.aram@arentfox.com
- Carmela Pagay     ctp@lnbyg.com
- David M Poitras     dpoitras@bg.law
- Joseph M Rothberg     jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com
- Joshua L Scheer     jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                  **F 9013-3.1.PROOF.SERVICE**

- Daren M Schlecter    daren@schlecterlaw.com, assistant@schlecterlaw.com
- Zev Shechtman    Zev.Shechtman@saul.com,
  Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.Bribiesca@saul.com
- Robyn B Sokol    robyn.sokol@stinson.com,
  lydia.moya@stinson.com;dennette.mulvaney@stinson.com;dbender@leechtishman.com;jnaiya.herd@stinson.com
- Martin W Taylor    martin.taylor@bclplaw.com, shawn.williams@bclplaw.com
- Jennifer R Tullius    jtullius@tulliuslaw.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Christopher A Ward    cward@lowenstein.com, lsuprum@lowenstein.com
- Sharon Z. Weiss    sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com
- David Wood    dwood@marshackhays.com,
  dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com

**2. SERVED BY UNITED STATES MAIL**: On (*date*) **June 17, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Jonathan Kalinski
Hochman Salkin Toscher Perez P.C.
9100 Wilshire Boulevard, Suite 900W
Beverly Hills, California 90212

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **June 17, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

None.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 17, 2026 | D. Woo | /s/ D. Woo |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                    **F 9013-3.1.PROOF.SERVICE**

DAVID GOLUBCHIK (State Bar No. 185520)
dbg@lnbyg.com
CARMELA T. PAGAY (State Bar No. 195603)
ctp@lnbyg.com
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244

(Proposed) Attorneys for Debtor and Debtor in Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re: | Case No.: 8:26-bk-11202-SC |
| ANDREW STUPIN and JULIE STUPIN, | Chapter 11 Case |
| Debtor and Debtor in Possession. | **NOTICE OF APPLICATION OF CHAPTER 11 DEBTORS TO EMPLOY HOCHMAN SALKIN TOSCHER PEREZ P.C. AS SPECIAL TAX COUNSEL PURSUANT TO 11 U.S.C. § 327(a) WITH COMPENSATION PURSUANT TO 11 U.S.C. §§ 330, 331** |
| | [No hearing required unless requested] |

**TO ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that Andrew Stupin and Julie Stupin, debtors and debtors in possession in the above-referenced chapter 11 bankruptcy case (the "Debtors"), have filed an application ("Application") for authority to employ Hochman Salkin Toscher Perez P.C.

///

1

("HSTP") as their special tax counsel, pursuant to 11 U.S.C. § 327(a) with compensation pursuant to 11 U.S.C. § 330.  The Debtors seek to employ HSTP effective as of June 6, 2026.

**PLEASE TAKE FURTHER NOTICE** that in light of their substantial assets and potential complex tax issues that could arise during the bankruptcy case, the Debtors will require the legal services of special tax counsel.  The Debtors will also require the representation of special tax counsel for their entities, such as LLC's owned and/or controlled by them.  Initially, the Debtors will require HSTP to represent Via Lido II LLC ("Via Lido") in connection with an Internal Revenue Service audit for tax year 2024.  The Debtors will also require HSTP to represent them as individuals regarding any issues that arise during the Via Lido audit or your personal income tax returns.

**PLEASE TAKE FURTHER NOTICE** that HSTP is well-qualified to act as the Debtors' special tax counsel, having provided over 60 years of exceptional tax expertise to clients throughout the United States.   HSTP is located at 9100 Wilshire Boulevard, Suite 900W, Beverly Hills, California 90212.

**PLEASE TAKE FURTHER NOTICE** that HSTP will bill its time for its representation of the Debtors and their LLCs on an hourly basis in accordance with HSTP's standard hourly billing rates.  The Debtors expect that Jonathan Kalinski will be the primary attorney at HSTP responsible for the representation of the Debtors and their LLC's during this chapter 11 case. Mr. Kalinski's hourly rate is $950 per hour.  Other attorneys at HSTP who may provide services in this case and their hourly rates are as follows: Sandra Brown at $1,200 per hour, Robert Horwitz at $1,050 per hour, Melissa Briggs at $900 per hour, and Marc Montano at $650 per hour.

**PLEASE TAKE FURTHER NOTICE** that the Debtors and HSTP agreed that HSTP shall receive a retainer for this case of $25,000 upon approval of this Application.  HSTP has not been paid any other money by the Debtors at any other time.  HSTP has no pre-petition claim against the Debtors.

///

2

**PLEASE TAKE FURTHER NOTICE** that HSTP will seek Court authority to be paid from the Debtors' estate for any and all post-petition fees incurred and expenses advanced by HSTP.  HSTP recognizes that the payments of any such additional fees and expenses will be subject to further Court order after notice and a hearing.

HSTP will provide monthly billing statements to the Debtors that will set forth the amount of fees incurred and expenses advanced by HSTP during the previous month.

**PLEASE TAKE FURTHER NOTICE** that HSTP understands the provisions of 11 U.S.C. §§ 327, 330 and 331 which require among other things, Court approval of the Debtors' employment of HSTP as special tax counsel and of all legal fees and reimbursements of expenses that HSTP will receive from the Debtors and their estate. HSTP seeks to be employed pursuant to 11 U.S.C. § 327(a) and compensated pursuant to 11 U.S.C. §§ 330 and 331.

**PLEASE TAKE FURTHER NOTICE** that to the best of HSTP's knowledge, it does not have any connections that would prevent it from disinterestedly representing the Debtors as special tax counsel in the ongoing investigations for the benefit of the Debtors and the estate.

**PLEASE TAKE FURTHER NOTICE** that a complete copy of the Application may be requested in writing to Levene, Neale, Bender, Yoo & Golubchik L.L.P., 2818 La Cienega Avenue, Los Angeles, California 90034, Attention: Carmela Pagay, Tel: (310) 229-1234, Fax: (310) 229-1244, Email: CTP@LNBYG.COM.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Bankruptcy Rule 2014-1(b)(3)(E), any objection to and request for a hearing on the Application, in the form required by Local Bankruptcy Rule 9013-1(f)(1), must be filed and served on the Debtors, LNBYG and the Office of the United States Trustee within fourteen (14) days after the date of service of this Notice plus three (3) additional days if served by mail, electronically, or pursuant to Rule 5(b)(2)(D) or (F) of the Federal Rules of Civil Procedure and Rule 9006 of the Federal Rules of Bankruptcy Procedure.

///

///

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Bankruptcy Rule 2014-1(b)(4), if no objection and request for a hearing on the Application is timely filed and served, LNBYG will promptly lodge a proposed order approving the Application.

Dated: June 16, 2026

LEVENE, NEALE, BENDER, YOO
& GOLUBCHIK L.L.P.

By:  */s/ David B. Golubchik*
      DAVID B. GOLUBCHIK
      CARMELA T. PAGAY
      (Proposed) Attorneys for Chapter 11
      Debtors and Debtors in Possession

4

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034.

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF APPLICATION OF CHAPTER 11 DEBTORS TO EMPLOY HOCHMAN SALKIN TOSCHER PEREZ P.C. AS SPECIAL TAX COUNSEL PURSUANT TO 11 U.S.C. § 327(a) WITH COMPENSATION PURSUANT TO 11 U.S.C. §§ 330, 331** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **June 17, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Scott R Albrecht    salbrecht@gsaattorneys.com, jackie.nguyen@sgsattorneys.com
- Raymond H. Aver    ray@averlaw.com, averlawfirm@gmail.com;ani@averlaw.com;katya@averlaw.com;jesus@averlaw.com
- Jessica L Bagdanov    jbagdanov@bg.law, ecf@bg.law
- Michael E Bubman    mbubman@mbn.law, aacosta@mbnlawyers.com
- Greg P Campbell    ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
- Steven Casselberry    Steve.Casselberry@procopio.com, jessica.perez@procopio.com;emily.marsh@procopio.com;calendaringbankruptcy@procopio.com;evangelina.myers @procopio.com;lauren.hill@procopio.com
- David Coats    dacoats@raslg.com
- Michael G D'Alba    mgd@lnbyg.com
- Dora Duru    dora.duru@bclplaw.com, verlisa.lewis@bclplaw.com
- Amir Gamliel    agamliel@perkinscoie.com, cmallahi@perkinscoie.com;DocketLA@perkinscoie.com
- Craig S Ganz    ganzc@ballardspahr.com, BKTDocket_West@ballardspahr.com;phxlsateam@ballardspahr.com
- David B Golubchik    dbg@lnbyg.com, dbg@lnbyg.com
- Arnold L Graff    agraff@wrightlegal.net, nvbkfiling@wrightlegal.net;jpowell@wrightlegal.net
- Adam M Greely    agreely@fbfk.law, dstolar@vrslaw.net
- Steven T Gubner    sgubner@bg.law, ecf@bg.law
- Sarah Rose Hasselberger    shasselberger@marshackhays.com, shasselberger@ecf.courtdrive.com;cbastida@marshackhays.com;alinares@ecf.courtdrive.com
- Golsa Honarfar    ghonarfar@rutan.com, avaccaro@rutan.com;apineda@rutan.com
- Mark S Horoupian    mark.horoupian@gmlaw.com, mhoroupian@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com;karen.files@gmlaw.com;courtmail@gmlaw.com
- Ira David Kharasch    ikharasch@pszjlaw.com
- Aaron J Malo    amalo@sheppardmullin.com, hudenka@sheppard.com;mlinker@sheppard.com
- Sam Maralan    sm@maralanlaw.com
- Matthew J Marino    mmarino@allenmatkins.com, csandoval@allenmatkins.com
- Elissa Miller    elissa.miller@gmlaw.com, emillersk@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com;courtmail@gmlaw.com
- Kenneth Misken    Kenneth.M.Misken@usdoj.gov
- John A Moe    john.moe@dentons.com, kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com
- Michael S Myers    myersm@ballardspahr.com, BKTDocket_West@ballardspahr.com;phxlsateam@ballardspahr.com
- Alan I Nahmias    anahmias@mbn.law, jdale@mbn.law
- Aram Ordubegian    ordubegian.aram@arentfox.com
- Carmela Pagay    ctp@lnbyg.com
- David M Poitras    dpoitras@bg.law
- Joseph M Rothberg    jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com
- Joshua L Scheer    jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com
- Daren M Schlecter    daren@schlecterlaw.com, assistant@schlecterlaw.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

- Zev Shechtman     Zev.Shechtman@saul.com,
  Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.Bribiesca@saul.com
- Robyn B Sokol     robyn.sokol@stinson.com,
  lydia.moya@stinson.com;dennette.mulvaney@stinson.com;dbender@leechtishman.com;jnaiya.herd@stinson.com
- Martin W Taylor     martin.taylor@bclplaw.com, shawn.williams@bclplaw.com
- Jennifer R Tullius     jtullius@tulliuslaw.com
- United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov
- Christopher A Ward     cward@lowenstein.com, lsuprum@lowenstein.com
- Sharon Z. Weiss     sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com
- David Wood     dwood@marshackhays.com,
  dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com

**2. <u>SERVED BY UNITED STATES MAIL</u>**: On (*date*) **June 17, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Jonathan Kalinski
Hochman Salkin Toscher Perez P.C.
9100 Wilshire Boulevard, Suite 900W
Beverly Hills, California 90212

☒ Service information continued on attached page

**3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u>** (state method for <u>each person or entity served</u>): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **June 17, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

None.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 17, 2026 | D. Woo | /s/ D. Woo |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                    **F 9013-3.1.PROOF.SERVICE**

Andrew & Julie Stupin - #11155 –
Official Committee Of Unsecured Creditors

Zion Bancorporation, N.A.
dba California Bank & Trust
Attn: Jeffrey Hill
707 Wilshire Blvd., Suite 5700
Los Angeles, CA 90017

Preferred Bank
Attn: Carol Lee
601 S. Figueroa St., 48th Floor
Los Angeles, CA 90017

Banc of California
Attn: Brian Farrell – Legal Dept
3 MacArthur Place
Santa Ana, CA 92707

Western Alliance Bank
c/o Al Thuma
One East Washington Street #1400
Phoenix, AZ 85004

Gerald J. Marcil
43 Malaga Cove Plaza, #D
Palos Verdes, CA 90274

LBC3 Trust, a Delaware Statutory Trust
Attn: Henry Bensen
106 Chestnut Street E
Stillwater, MN 55082

Conejo Loan Investors, LLC
Attn: Jack
2625 Alcatraz Ave., 214
Berkeley, CA 94705

Kimm Paglia
c/o Marshack Hay Wood LLP
870 Roosevelt
Irvine, CA 92620

Mark Genis
697 Corte Estrella
Camarillo, CA 93010

Case 8:26-bk-11202-SC    Doc 99    Filed 06/17/26    Entered 06/17/26 16:22:02    Desc
Main Document    Page 8 of 8

Andrew & Julie Stupin - #11155 – Secured

Clearedge Lending
20 Enterprise, Suite 300
Aliso Viejo, CA 92656

Comerica Bank
1717 Main Street
Dallas, TX 75201

County of Orange
P.O. Box 1438
Santa Ana, CA 92702-1438

First Bank
Attn: Payment Processing
PO Box 790269
Saint Louis, MO 63179

First Bank
Attn: Payment Processing
PO Box 790269
Saint Louis, MO 63179

First Bank
Attn: Payment Processing
PO Box 790269
Saint Louis, MO 63179

First Choice Bank
17785 Center Court Drive, Suite 750
Cerritos, CA 90703

Rocket Mortgage
PO Box 6577
Carol Stream, IL 60197-6577

Secured Income Fund-II c/o
PLM Lender Services, Inc
5446 Thornwood Drive,2nd Floor
San Jose, CA 95123

The Evergeen Advantage
1424 4th Street, Suite 777
Santa Monica, CA 90401

VL Ventures LLC
1303 Avocado Av, Suite 200
Newport Beach, CA 92660

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034.

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION THAT NO PARTY REQUESTED A HEARING ON MOTION LBR 9013-1(o)(3)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **July 7, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Scott R Albrecht     salbrecht@gsaattorneys.com, jackie.nguyen@sgsattorneys.com
- Kyra E Andrassy     kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- Raymond H. Aver     ray@averlaw.com, averlawfirm@gmail.com;ani@averlaw.com;katya@averlaw.com;jesus@averlaw.com
- Jessica L Bagdanov     jbagdanov@bg.law, ecf@bg.law
- Michael E Bubman     mbubman@mbn.law, aacosta@mbnlawyers.com
- Greg P Campbell     ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
- Steven Casselberry     Steve.Casselberry@procopio.com, jessica.perez@procopio.com;emily.marsh@procopio.com;calendaringbankruptcy@procopio.com;evangelina.myers@procopio.com;lauren.hill@procopio.com
- David Coats     dacoats@raslg.com
- Marcus Colabianchi     mcolabianchi@duanemorris.com, marcus-colabianchi-2595@ecf.pacerpro.com
- Michael G D'Alba     mgd@lnbyg.com
- Dora Duru     dora.duru@bclplaw.com, verlisa.lewis@bclplaw.com,dora-duru-0321@ecf.pacerpro.com
- Amir Gamliel     agamliel@perkinscoie.com, cmallahi@perkinscoie.com;DocketLA@perkinscoie.com
- Craig S Ganz     ganzc@ballardspahr.com, BKTDocket_West@ballardspahr.com;phxlsateam@ballardspahr.com
- Nichole Glowin     bankruptcy@zbslaw.com, nglowin@ecf.courtdrive.com
- David B Golubchik     dbg@lnbyg.com, dbg@lnbyg.com
- Arnold L Graff     agraff@wrightlegal.net, nvbkfiling@wrightlegal.net;jpowell@wrightlegal.net
- Adam M Greely     agreely@fbfk.law, dstolar@vrslaw.net
- Steven T Gubner
- Steven T Gubner     sgubner@bg.law, ecf@bg.law
- Sarah Rose Hasselberger     shasselberger@marshackhays.com, shasselberger@ecf.courtdrive.com;cbastida@marshackhays.com;alinares@ecf.courtdrive.com
- Golsa Honarfar     ghonarfar@rutan.com, dmircheff@rutan.com
- Mark S Horoupian     mark.horoupian@gmlaw.com, mhoroupian@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com;karen.files@gmlaw.com;courtmail@gmlaw.com
- Robert B. Kaplan     rkaplan@jeffer.com, rbk@ecf.courtdrive.com
- Ira David Kharasch     ikharasch@pszjlaw.com
- Daniel A Lev     daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com;courtmail@gmlaw.com
- Aaron J Malo     amalo@sheppardmullin.com, hudenka@sheppard.com;mlinker@sheppard.com
- Sam Maralan     sm@maralanlaw.com
- Matthew J Marino     mmarino@allenmatkins.com, csandoval@allenmatkins.com
- Elissa Miller     elissa.miller@gmlaw.com, emillersk@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com;courtmail@gmlaw.com
- Kenneth Misken     Kenneth.M.Misken@usdoj.gov
- John A Moe     john.moe@dentons.com, kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com
- Michael S Myers     myersm@ballardspahr.com, BKTDocket_West@ballardspahr.com;phxlsateam@ballardspahr.com
- Alan I Nahmias     anahmias@mbn.law, jdale@mbn.law

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                    **F 9013-3.1.PROOF.SERVICE**

- Aram Ordubegian    ordubegian.aram@arentfox.com
- Carmela Pagay    ctp@lnbyg.com
- David M Poitras    dpoitras@bg.law
- Joseph M Rothberg    jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com
- Joshua L Scheer    jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com
- Daren M Schlecter    daren@schlecterlaw.com, assistant@schlecterlaw.com
- Zev Shechtman    Zev.Shechtman@saul.com, Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.Bribiesca@saul.com
- Robyn B Sokol    robyn.sokol@stinson.com, lydia.moya@stinson.com;dennette.mulvaney@stinson.com;dbender@leechtishman.com;jnaiya.herd@stinson.com
- Michael G Spector    mgspector@aol.com, mgslawoffice@aol.com
- Martin W Taylor    marty.taylor@bclplaw.com, shawn.williams@bclplaw.com,marty-taylor-5681@ecf.pacerpro.com
- Jennifer R Tullius    jtullius@tulliuslaw.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Christopher A Ward    cward@lowenstein.com, lsuprum@lowenstein.com
- Sharon Z. Weiss    sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com
- David Wood    dwood@marshackhays.com, dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com

**2. SERVED BY UNITED STATES MAIL**: On (*date*) **July 7, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

None.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **July 7, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

None.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 7, 2026 | D. Woo | /s/ D. Woo |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.