Ira D. Kharasch (State Bar No. 109084)
Cia H. Mackle (*Admitted Pro Hac Vice*)
Brooke E. Wilson (State Bar No. 354614)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile:  310/201-0760
E-mail:   ikharasch@pszjlaw.com
             cmackle@pszjlaw.com
             bwilson@pszjlaw.com

[Proposed] Counsel to the Official Committee of
Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>ANDREW STUPIN and JULIE STUPIN,<br><br>    Debtors and Debtors in Possession. | Case No.  8:26-bk-11202-SC<br><br>Chapter 11<br><br>Adversary Case No. 8:26-ap-01060-SC |
| ZIONS BANCORPORATION, N.A., dba CALIFORNIA BANK & TRUST,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDREW STUPIN, an individual; ANDREW STUPIN AND JULIE K. STUPIN, as trustees of The Stupin Family Trust dated April 3, 2009; GERALD J. MARCIL, an individual; GERALD J. MARCIL AND CAROL L. MARCIL, as trustees of The Marcil Family Trust dated May 9, 1997; DEBA SHYAM, an individual; and DOES 1-10, inclusive,<br><br>    Defendants. | **STATEMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS IN RESPONSE TO ZIONS BANCORPORATION, N.A.'S MOTION FOR ORDER REMANDING REMOVED CLAIMS TO STATE COURT FILED AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. §362**<br><br>[Relates to Adv. Dkt. Nos. 16, 17, 18, 22, 24, 26, 27 and Dkt. Nos. 86, 87, 88, 89, 90, 147, 151]<br><br>Date:       July 15, 2026<br>Time:      1:30 p.m.<br>Place:     Courtroom 5C<br>             U.S. Bankruptcy Court<br>             411 West Fourth Street<br>             Santa Ana, CA 92701 |

4909-2597-6763.1 81994.00002

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

The Official Committee of Unsecured Creditors (the "Committee") appointed in the bankruptcy case of Andrew Stupin and Julie Stupin (the "Debtors"), respectfully submits this statement in response to the *Notice of Motion and Motion for Order Remanding Removed Claims to State Court* [Docket No. 16] (the "Remand Motion"), which motion was filed by Zions Bancorporation, N.A., dba California Bank & Trust ("Zions") to determine the appropriate forum for resolution of the claims raised in the State Court Action (as defined in the Remand Motion).

**Introduction**

The Committee notes that unlike a typical chapter 11 case of an operating business attempting to reorganize its business obligations, one of the overriding issues presented in this case is whether certain of the Debtors' contingent, disputed and unliquidated claims (the "Disputed Claims") are valid.  The most consequential of these Disputed Claims include guarantee claims of Western Alliance Bank ("WAB") and Zions related to approximately $98 million and $60 million, respectively, in loans made to certain entities controlled by Mahender Makhijani that were guaranteed by the Debtors (the "Guarantee Claims").

Resolution of the validity of the Guarantee Claims might either result in the solvency of the estate permitting a full recovery for general unsecured creditors, or, alternatively, may require liquidation of all of the Debtors' non-exempt assets to pay creditors a mere fraction of their claims. Accordingly, the Committee believes it is in the best interest of general unsecured creditors to have the Guarantee Claims that have been raised in the State Court Action (the "Zions Claims") resolved in the most expeditious forum in order to facilitate the distributions to creditors in the most timely manner possible.

**Committee's Position Statement**

As set forth in the Debtors' schedules, the Debtors own substantial real estate assets with significant equity and cash flow, and it appears that there is the potential for a substantial or even full distribution to general unsecured creditors.  The Debtors, with the encouragement of the Committee, are developing a strategy to sell certain of the Debtors' assets in order to satisfy claims against the Debtors.  The Debtors have expressed to the Committee their desire to wait until the claims universe

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

is better known to sell other of the Debtors' assets.  The Committee's perspective is that the primary goal of the Bankruptcy Case is for the claims allowance process to proceed as quickly as possible.

The Committee's position on the Remand Motion reflects its overall goal in the Bankruptcy Case: the Committee seeks whatever resolution is likely to result in the fastest resolution of the Zions Claims.  On the one hand, a private referee as desired by Zions appears likely to proceed more quickly than the Superior Court, although the pleadings filed by the parties (including the Debtors) do not provide an estimate of how long it would take a referee to resolve the Zions Claims.  Zions and the Debtors should provide to the Court and parties-in-interest more clarity with respect to how long it is likely to take the referee to resolve the Zions Claims.  On the other hand, this Court clearly has the ability to resolve the Zions Claims at a pace that would be faster than the referee, but only the Court can determine whether there is sufficient availability on the Court's docket to do so in an expedited fashion.

As to the issue of cost raised by the Debtors, the Committee is cognizant that the Debtors' share of the referee (which the Committee understands to be $3,375 per day (18.75% of $18,000)) could add additional burden to the administration of the estate.  While the Debtors have the wherewithal to contribute such cost, the Committee questions whether the additional cost should be borne by the party or parties who seeks resolution by the referee if this Court is inclined to grant the Remand Motion.

Finally, Zions has requested relief from the automatic stay in the Bankruptcy Case in the event the Remand Motion is granted [Bankruptcy Case, Dkt. No. 86].  In the event the Remand Motion is granted, the Committee does not oppose Zions' request for relief from the automatic stay based on its view that the Zions Claims should be resolved expediently.

Dated:    July 9, 2026

PACHULSKI STANG ZIEHL & JONES  LLP

By    /s/ *Ira D. Kharasch*
　　　Ira D. Kharasch

[Proposed] Counsel to the Official Committee of Unsecured Creditors

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
10100 Santa Monica Blvd., 13th Fl., Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **STATEMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS IN RESPONSE TO ZIONS BANCORPORATION, N.A.'S MOTION FOR ORDER REMANDING REMOVED CLAIMS TO STATE COURT FILED AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. §362** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **July 9, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **July 9, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **_____, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 9, 2026 | Nancy H. Brown | /s/ Nancy H. Brown |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

4925-9203-6283.1 81994.00002

## 1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Case 8:26-bk-11202-SC

- **Scott R Albrecht**   salbrecht@gsaattorneys.com, jackie.nguyen@sgsattorneys.com
- **Kyra E Andrassy**   kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- **Raymond H. Aver**   ray@averlaw.com, averlawfirm@gmail.com;ani@averlaw.com;katya@averlaw.com;jesus@averlaw.com
- **Jessica L Bagdanov**   jbagdanov@bg.law, ecf@bg.law
- **Michael E Bubman**   mbubman@mbn.law, aacosta@mbnlawyers.com
- **Greg P Campbell**   ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
- **Steven Casselberry**   Steve.Casselberry@procopio.com, jessica.perez@procopio.com;emily.marsh@procopio.com;calendaringbankruptcy@procopio.com;evangelina.myers@procopio.com;lauren.hill@procopio.com
- **David Coats**   dacoats@raslg.com
- **Marcus Colabianchi**   mcolabianchi@duanemorris.com, marcus-colabianchi-2595@ecf.pacerpro.com
- **Michael G D'Alba**   mgd@lnbyg.com
- **Dora Duru**   dora.duru@bclplaw.com, verlisa.lewis@bclplaw.com,dora-duru-0321@ecf.pacerpro.com
- **Amir Gamliel**   agamliel@perkinscoie.com, cmallahi@perkinscoie.com;DocketLA@perkinscoie.com
- **Craig S Ganz**   ganzc@ballardspahr.com, BKTDocket_West@ballardspahr.com;phxlsateam@ballardspahr.com
- **Nichole Glowin**   bankruptcy@zbslaw.com, nglowin@ecf.courtdrive.com
- **David B Golubchik**   dbg@lnbyg.com, dbg@lnbyg.com
- **Arnold L Graff**   agraff@wrightlegal.net, nvbkfiling@wrightlegal.net;jpowell@wrightlegal.net
- **Adam M Greely**   agreely@fbfk.law, dstolar@vrslaw.net
- **Steven T Gubner**
- **Steven T Gubner**   sgubner@bg.law, ecf@bg.law
- **Sarah Rose Hasselberger**   shasselberger@marshackhays.com, shasselberger@ecf.courtdrive.com;cbastida@marshackhays.com;alinares@ecf.courtdrive.com
- **Golsa Honarfar**   ghonarfar@rutan.com, dmircheff@rutan.com
- **Mark S Horoupian**   mark.horoupian@gmlaw.com, mhoroupian@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com;karen.files@gmlaw.com;courtmail@gmlaw.com
- **Robert B. Kaplan**   rkaplan@jeffer.com, rbk@ecf.courtdrive.com
- **Ira David Kharasch**   ikharasch@pszjlaw.com
- **Daniel A Lev**   daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com;courtmail@gmlaw.com
- **Aaron J Malo**   amalo@sheppardmullin.com, hudenka@sheppard.com;mlinker@sheppard.com
- **Sam Maralan**   sm@maralanlaw.com
- **Matthew J Marino**   mmarino@allenmatkins.com, csandoval@allenmatkins.com
- **Elissa Miller**   elissa.miller@gmlaw.com, emillersk@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com;courtmail@gmlaw.com
- **Kenneth Misken**   Kenneth.M.Misken@usdoj.gov
- **John A Moe**   john.moe@dentons.com, kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com
- **Michael S Myers**   myersm@ballardspahr.com, BKTDocket_West@ballardspahr.com;phxlsateam@ballardspahr.com
- **Alan I Nahmias**   anahmias@mbn.law, jdale@mbn.law
- **Aram Ordubegian**   ordubegian.aram@arentfox.com
- **Carmela Pagay**   ctp@lnbyg.com
- **David M Poitras**   dpoitras@bg.law
- **Joseph M Rothberg**   jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com
- **Joshua L Scheer**   jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com
- **Daren M Schlecter**   daren@schlecterlaw.com, assistant@schlecterlaw.com
- **Zev Shechtman**   Zev.Shechtman@saul.com, Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.Bribiesca@saul.com
- **Robyn B Sokol**   robyn.sokol@stinson.com, lydia.moya@stinson.com;dennette.mulvaney@stinson.com;dbender@leechtishman.com;jnaiya.herd@stinson.com
- **Michael G Spector**   mgspector@aol.com, mgslawoffice@aol.com
- **Martin W Taylor**   marty.taylor@bclplaw.com, shawn.williams@bclplaw.com,marty-taylor-5681@ecf.pacerpro.com
- **Jennifer R Tullius**   jtullius@tulliuslaw.com
- **United States Trustee (SA)**   ustpregion16.sa.ecf@usdoj.gov
- **Christopher A Ward**   cward@lowenstein.com, lsuprum@lowenstein.com
- **Sharon Z. Weiss**   sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com
- **David Wood**   dwood@marshackhays.com, dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com
- 

## 2. SERVED BY UNITED STATES MAIL:

| | | |
|---|---|---|
| United States Trustee (SA)<br>411 W Fourth St., Suite 7160<br>Santa Ana, CA 92701-4593 | | |
| DENTONS US LLP<br>Attn: Andrea C. Chang<br>601 South Figueroa St., Suite 2500<br>Los Angeles, CA 90017-5704 | Bryan Cave Leighton Paisner LLP<br>Attn: Martin W. Taylor; David J. Root; Dora Duru<br>1920 Main Street, Suite 1000<br>Irvine, CA 92614 | PERKINS COIE LLP<br>Attn: Amir Gamliel; Dylan Houle<br>1888 Century Park East, Suite 1700<br>Los Angeles, CA 90067-1721 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
4925-9203-6283.1 81994.00002

**F 9013-3.1.PROOF.SERVICE**