STEVEN T. GUBNER – Bar No. 156593
DAVID M. POITRAS – Bar No. 141309
JESSICA L. BAGDANOV – Bar No. 281020
BG LAW LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone:  (818) 827-9000
Facsimile:   (818) 827-9099
Email:      sgubner@bg.law
            dpoitras@bg.law
            jbagdanov@bg.law

Attorneys for Gerald J. Marcil, individually
And together with Carol L. Marcil, Trustees of
The Marcil Family Trust Dated May 9, 1997

**FILED & ENTERED**

**JUL 09 2026**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bolte     DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| In re: | Case No. 8:26-bk-11202-SC |
|---|---|
| ANDREW STUPIN & JULIE STUPIN, | Chapter 11 |
| Debtors. | **ORDER APPROVING STIPULATION TO EXTEND DEADLINE TO FILE NONDISCHARGEABILITY COMPLAINT PURSUANT TO 11 U.S.C. § 523** |

The Court, having reviewed and considered the *Stipulation to Extend Deadline to File Nondischargeability Complaint Pursuant to 11 U.S.C. § 523* [Doc. 160] (the "Stipulation"), entered into by and between Andrew Stupin and Julie Stupin, chapter 11 debtors in possession herein (the "Debtors"), on the one hand, and Creditor Gerald J. Marcil, individually and together with Carol L.

1

ORDER#1506386#7FA8BBF7-ADA3-44A1-9BD5-4A650593AF02

Marcil, Trustees of the Marcil Family Trust Dated May 9, 1997 (collectively, "Marcil"), on the other hand, and good cause appearing therefor,

IT IS HEREBY ORDERED that the Stipulation is approved.

IT IS FURTHER ORDERED that the deadline to file a nondischargeability complaint against the Debtors pursuant to 11 U.S.C. § 523 is extended as to Marcil only through and including October 30, 2026, without prejudice to Marcil seeking further extensions of the deadline to file a nondischargeability complaint by either a further stipulation or a noticed motion, and without prejudice to the Debtors objecting to such request(s).

IT IS SO ORDERED.

###

Date: July 9, 2026

Scott C. Clarkson
United States Bankruptcy Judge

2

ORDER#1506386#7FA8BBF7-ADA3-44A1-9BD5-4A650593AF02