(SPACE BELOW FOR FILING STAMP ONLY)

ALAN I. NAHMIAS (#125140)
MIRMAN, BUBMAN & NAHMIAS, LLP
16133 Ventura Boulevard, Suite 1175
Encino, CA   91436
Phone:  818-995-2555
FAX:     818-451-4620
Email:   anahmias@mbn.law

Counsel for ENTERPRISE BANK & TRUST



**FILED & ENTERED**

**JUL 09 2026**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bolte        DEPUTY CLERK**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION**

| | |
|---|---|
| In Re: | Case No. 8:26-bk-11202-SC |
| | Chapter |
| ANDREW STUPIN and JULIE STUPIN, | ORDER APPROVING STIPULATION BETWEEN DEBTORS AND ENTERPRISE BANK & TRUST TO EXTEND DEADLINE TO FILE COMPLAINT UNDER 11 U.S.C. 523(a) |
| | [No Hearing Date Scheduled] |
| Debtors and Debtors-In-Possession. | |

This Court, having considered the Stipulation Between Debtors And Enterprise Bank And Trust To Extend Deadline To File Complaint Under 11 U.S.C. 523(a) filed on July 6, 2026 as Docket No. 153, and finding good cause therefor,

IT IS HEREBY ORDERED THAT:

1.      The Stipulation is approved in its entirety.

2.      The deadline for Enterprise Bank & Trust ("EB&T") to file Complaint(s) against the Debtors is hereby extended from July 17, 2026 to September 18, 2026.

///

1

907521.1

3.      This Order is without prejudice to EB&T to seek a further extension of the deadline to file Complaint(s) against the Debtors, or for the Debtors to oppose such a request.

**IT IS SO ORDERED.**

###

Date: July 9, 2026

Scott C. Clarkson
United States Bankruptcy Judge

907521.1