DAVID B. GOLUBCHIK (State Bar No. 185520)
CARMELA T. PAGAY (State Bar No. 195603)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone:  (310) 229-1234
Facsimile:  (310) 229-1244
Email: DBG@LNBYG.com; CTP@LNBYG.com

Proposed Attorneys for Debtors and Debtors in Possession

**FILED & ENTERED**

**JUL 15 2026**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte       DEPUTY CLERK

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No.: 8:26-bk-11202-SC |
| ANDREW STUPIN and JULIE STUPIN, | Chapter 11 Case |
| Debtors and Debtors in Possession. | **ORDER APPROVING APPLICATION OF CHAPTER 11 DEBTORS TO EMPLOY HOCHMAN SALKIN TOSCHER PEREZ P.C. AS SPECIAL TAX COUNSEL PURSUANT TO 11 U.S.C. § 327(a) WITH COMPENSATION PURSUANT TO 11 U.S.C. §§ 330, 331** |
| | [No hearing required] |

///

///

///

///

///

1

The Court, having read and considered the application ("Application") filed by Andrew and Julie Stupin, debtors and debtors in possession in the above-referenced chapter 11 bankruptcy case (the "Debtors"), for authority to employ Hochman Salkin Toscher Perez P.C. ("HSTP") as special tax counsel pursuant to 11 U.S.C. § 327(a), no opposition to the Application having been filed, and having found that (1) notice of the Application was proper and adequate, (2) HSTP does not hold or represent any interest adverse to the Debtors' estate, (3) HSTP is "disinterested," as that term is defined in 11 U.S.C. § 101(14), and (4) HSTP's employment is in the best interest of the Debtors' estate; and for other good cause appearing,

**IT IS HEREBY ORDERED** that the Application is approved in its entirety; and

**IT IS FURTHER ORDERED** that the Debtors' employment of HSTP as their special tax counsel pursuant to 11 U.S.C. § 327(a), with compensation pursuant to 11 U.S.C. §§ 330, 331 is approved upon the terms set forth in the Application, with such employment to be effective as of June 6, 2026.

# # #

Date: July 15, 2026

Scott C. Clarkson
United States Bankruptcy Judge

2