DAVID B. GOLUBCHIK (State Bar No. 185520)
CARMELA T. PAGAY (State Bar No. 195603)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone:  (310) 229-1234
Facsimile:  (310) 229-1244
Email: DBG@LNBYG.com; CTP@LNBYG.com

Proposed Attorneys for Debtors and Debtors in Possession

**FILED & ENTERED**

**JUL 15 2026**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bolte      DEPUTY CLERK**

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No.: 8:26-bk-11202-SC |
| ANDREW STUPIN and JULIE STUPIN, | Chapter 11 Case |
| Debtors and Debtors in Possession. | **ORDER APPROVING APPLICATION OF CHAPTER 11 DEBTORS TO EMPLOY KENDALL BRILL & KELLY LLP AS SPECIAL WHITE-COLLAR AND INVESTIGATIONS COUNSEL PURSUANT TO 11 U.S.C. § 327(e)** |
| | [No hearing required] |

///

///

///

///

///

1

The Court, having read and considered the application ("Application") filed by Andrew and Julie Stupin, debtors and debtors in possession in the above-referenced chapter 11 bankruptcy case (the "Debtors"), for authority to employ Kendall Brill & Kelly LLP "KBK") as special white-collar and investigations counsel pursuant to 11 U.S.C. § 327(e), no opposition to the Application having been filed, and having found that (1) notice of the Application was proper and adequate, (2) KBK does not hold or represent any interest adverse to the Debtors' estate, and (3) KBK's employment is in the best interest of the Debtors' estate; and for other good cause appearing, the Court orders as follows:

1. The Application is APPROVED, as set forth below.

2. Debtors are authorized to employ KBK as their special white-collar and investigations counsel pursuant to 11 U.S.C. § 327(e), effective as of May 16, 2026.

3. Compensation and reimbursement of expenses remain subject to further application under 11 U.S.C. §§ 330 and 331.

4. KBK may not apply the retainer or overpayment absent further Court order. In its first fee application, or any earlier request to use those funds, KBK shall reconcile the amount, source, ownership, and treatment of the prepetition payments, retainer, and overpayment. This Order does not determine those issues.

**IT IS SO ORDERED.**

### #

Date: July 15, 2026

Scott C. Clarkson
United States Bankruptcy Judge

2