Ira D. Kharasch (State Bar No. 109084)
Brooke E. Wilson (State Bar No. 354614)
Cia H. Mackle (*Admitted Pro Hac Vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile:  310/201-0760
E-mail:  ikharasch@pszjlaw.com
           bwilson@pszjlaw.com
           cmackle@pszjlaw.com

Counsel to the Official Committee of
Unsecured Creditors

**FILED & ENTERED**

**JUL 17 2026**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bolte        DEPUTY CLERK**

**CHANGES MADE BY COURT**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>ANDREW STUPIN and JULIE STUPIN,<br><br><br>Debtors and Debtors in Possession. | Case No. 8:26-bk-11202-SC<br><br>Chapter 11<br><br>**ORDER AUTHORIZING AND APPROVING THE APPLICATION TO EMPLOY PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, EFFECTIVE AS OF MAY 28, 2026**<br><br>[No Hearing Required] |

The Court has considered the *Application for an Order Authorizing and Approving the Employment of Employ Pachulski Stang Ziehl & Jones LLP as Counsel to the Official Committee of Unsecured Creditors, Effective as of May 28, 2026* [Docket No. 117] (the "<u>Application</u>")[1] and the *Declaration of Ira D. Kharasch* [Docket No. 118] (the "<u>Kharasch Declaration</u>") in support of the Application, and based upon the record before the Court, it appears that PSZJ does not hold or represent an interest adverse to the bankruptcy estate (the "<u>Estate</u>"), that PSZJ is a disinterested person, and that its employment is in the best interest of the Estate.  Accordingly, it is hereby

---

[1] Capitalized terms not defined herein shall have the same meaning ascribed to them in the Application.

LA:4930-3093-5741.1 81994.00002

**ORDERED** that the Official Committee of Unsecured Creditors in the above-captioned bankruptcy case is authorized to employ the law firm of Pachulski Stang Ziehl & Jones LLP as its counsel, effective as May 28, 2026, on the terms and conditions set forth more fully in the Application and the Kharasch Declaration, except that compensation is not approved under 11 U.S.C. § 328(a). All fees and expenses are subject to allowance by the Court under 11 U.S.C. §§ 330 and 331 through interim and final fee applications. No fees or expenses may be paid except as authorized by an order of the Court.

######

Date: July 17, 2026

Scott C. Clarkson
United States Bankruptcy Judge

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

2

LA:4930-3093-5741.1 81994.00002