Ira D. Kharasch (State Bar No. 109084)
Brooke E. Wilson (State Bar No. 354614)
Cia H. Mackle (*Admitted Pro Hac Vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile:  310/201-0760
E-mail:   ikharasch@pszjlaw.com
          bwilson@pszjlaw.com
          cmackle@pszjlaw.com

Counsel to the Official Committee of
Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re: | Case No. 8:26-bk-11202-SC |
| ANDREW STUPIN and JULIE STUPIN, | Chapter 11 |
| Debtors and Debtors in Possession. | **DECLARATION OF MARK SHINDERMAN IN SUPPORT OF THE APPLICATION FOR AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF FTI CONSULTING, INC. AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS** |
| | [No Hearing Required] |

4927-9539-4493.1 81994.00002

1

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

Pursuant to 28 U.S.C. section 1746, Mark Shinderman declares as follows:

1.    I am a Senior Managing Director with FTI Consulting, Inc. ("FTI"), an international consulting firm. I submit this declaration (the "Declaration") on behalf of FTI in support of the application (the "Application") of the Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), for entry of an order authorizing the employment and retention of FTI as financial advisor to the Committee under the terms and conditions set forth in the Application. I am generally familiar with the Bankruptcy Code and the Bankruptcy Rules. Except as otherwise noted, I have personal knowledge of the matters set forth herein, and, if called as a witness, I would testify thereto.[1]

### Disinterestedness and Eligibility

2.    In connection with the preparation of this Declaration, FTI conducted a review of its contacts with the Debtors, their affiliates, and certain entities holding large claims against, or equity interests in, the Debtors that were made reasonably known to FTI. A listing of the parties reviewed is reflected on **Exhibit A** to this Declaration. FTI's review consisted of a query of the Exhibit A parties within an internal computer database[2] containing names of individuals and entities that are present or recent former clients of FTI. A listing of such relationships that FTI identified during this process is set forth on **Exhibit B** to this Declaration.

3.    Based on the results of its review, FTI does not have a relationship with any of the parties on **Exhibit A** in matters related to the Debtors or these proceedings. FTI has provided, and could reasonably expect to continue to provide, services unrelated to the Debtors' cases for the various entities shown on Exhibit B. FTI's assistance to these parties has been related to providing various financial restructuring, litigation support, technology, strategic communications, and economic consulting services. To the best of my knowledge and except as otherwise disclosed herein, no services have been provided to these parties in interest that involve their rights in the

---

[1]  Certain of the disclosures herein relate to matters within the personal knowledge of other professionals at FTI and are based on information provided by them.

[2]  For the avoidance of doubt, FTI's computer database covers FTI Consulting, Inc. and its wholly owned subsidiaries globally.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

Debtors' cases, nor does FTI's involvement in these cases compromise its ability to continue such consulting services.

4.      In addition to the disclosures set forth on Exhibit B, FTI discloses the following:

- From March of 2025 until August 2, 2025, I served as the debtors' CRO and FTI served as financial advisor in the chapter 11 cases of MOM CA Investco LLC and its affiliated debtors (Case No: 25-10321 (BLS) (Bankr. D. Del.,)). I understand that the Debtors here guaranteed several of the loans secured by the principals of MOM Investco LLC. Based on that work, several of FTI's advisors are familiar with the Debtors in the bankruptcy of Andrew Stupin and Julie Stupin. To be clear, FTI professionals have only ever engaged with the Debtors – Andrew Stupin and Julie Stupin – in the context of the MOM Investco LLC bankruptcy and as exclusive advisors to the MOM Investco LLC entity. FTI's work on this matter is complete. FTI believes that its work on this matter does not (x) compromise its ability to provide services to the Debtors in these Chapter 11 Cases or (y) represent an adverse interest with respect to the Debtors' estates.

- From February 2022 through July 2025, FTI was engaged by The Picerne Group, Inc. to serve as an expert witness and provide a valuation on a property known as Newport Crossings, located at 4200 Scott Drive, Newport Beach, California 92660, in connection with litigation captioned *Mohammad Honarkar, Aryabhata Group, LLC, Continuum Analytics, Inc., Coastline Loans, LLC, Mahender Makhijani, and Deba Shyam v. The Picerne Grp., Inc.*, No. 30-2021-01208258-CU-CO-WJC (Superior Ct. Cal.) (the "Newport Crossings Matter"). Upon information and belief, Debtor Andrew Stupin was identified as an adverse party in the Newport Crossings Matter. FTI's work on the Newport Crossings Matter is complete. FTI believes that its work on the Newport Crossings Matter matter does not (x) compromise its ability to provide services to the Debtors in these Chapter 11 Cases or (y) represent an adverse interest with respect to the Debtors' estates.

5.      As part of its diverse practice, FTI appears in numerous cases, proceedings, and transactions that involve many different professionals, including attorneys, accountants, and financial consultants, who may represent claimants and parties-in-interest in the Debtors' chapter 11 cases. Also, FTI has performed in the past, and may perform in the future, advisory consulting services for various attorneys and law firms, and has been represented by several attorneys and law firms, some of whom may be involved in these proceedings. In addition, FTI has in the past, may currently, and will likely in the future be working with or against other professionals involved in these chapter 11 cases in matters unrelated to the Debtors and these cases. Based on our current knowledge of the professionals involved, and to the best of my knowledge, none of these relationships create interests adverse to the Debtors' estates and none are in connection with the Debtors' chapter 11 cases.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

6.      FTI is not a "creditor" of any of the Debtors within the meaning of Bankruptcy Code section 101(10). Further, neither I, nor any other member of the FTI engagement team serving the Committee, to the best of my knowledge, (a) is a creditor, equity security holder, or insider of the Debtors; (b) is or has been within two years before the Petition Date, a director, officer, or employee of the Debtors; or (c) has any interest materially adverse to the interests of the Debtors' estates or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, or for any other reason. As such, to the best of my knowledge, and based upon the results of the relationship search described above and disclosed herein, FTI (i) is a "disinterested person" as defined in Bankruptcy Code section 101(14) and (ii) does not hold or represent any interest adverse to the Debtors' estates. Therefore, FTI believes it is eligible to represent the Committee under Bankruptcy Code section 1103(b).

7.      It is FTI's policy and intent to update and expand its ongoing relationship search for additional parties in interest in an expedient manner. If any new material relevant facts or relationships are discovered or arise, FTI will file a supplemental declaration pursuant to Bankruptcy Rule 2014(a).

### Professional Compensation

8.      Subject to Court approval and in accordance with the applicable provisions of the Bankruptcy Code, Bankruptcy Rules, the Local Rules, orders of this Court, and applicable U.S. Trustee guidelines, FTI will seek payment for compensation on an hourly basis, plus reimbursement of actual and necessary expenses incurred by FTI, including legal fees related to the preparation of the Application (if any), as approved by the Court. FTI's customary hourly rates as charged in bankruptcy and non-bankruptcy matters of this type by the professionals assigned to this engagement are outlined in the Application. These hourly rates are adjusted periodically, typically on an annual basis. I believe that the fee structure as set forth in the Application is reasonable and comparable to those generally charged by financial advisors and consultants of similar stature to FTI for comparable engagements, both in and out of chapter 11.

9.      To the extent FTI utilizes independent or third party contractors or subcontractors (the "Contractors") in the provision of services to the Committee, FTI will (i) pass through the fees of such Contractors at the same rate that FTI pays the Contractors and (ii) seek reimbursement for actual costs of the Contractors only. In addition, FTI will ensure that each Contractor will file a separate declaration evidencing its disinterestedness in these chapter 11 cases as required by the Bankruptcy Code and Bankruptcy Rules.

10.      According to FTI's books and records, during the ninety days before the Petition Date, FTI did not receive any payments from the Debtors.

11.      To the best of my knowledge, (a) no commitments have been made or received by FTI with respect to compensation or payment in connection with these cases other than in accordance with the provisions of the Bankruptcy Code and (b) FTI has no agreement with any other entity to share with such entity any compensation received by FTI in connection with these chapter 11 cases.

## No Duplication of Services

12.      The Committee and FTI intend that FTI's services will be appropriately directed by the Committee so as to avoid duplication of efforts among the other professionals retained by the Committee in these chapter 11 cases and performed in accordance with applicable standards of the profession. FTI will work collaboratively with the Committee's other professionals to avoid duplication of services among professionals. I believe that the services to be provided by FTI will complement and will not be duplicative of any services of the Committee's other professionals.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 20th day of July at ___Los Angeles, CA___ .

_____
Mark Shinderman

# EXHIBIT A

# EXHIBIT A

## PARTIES-IN-INTEREST REVIEWED FOR CURRENT AND RECENT FORMER RELATIONSHIPS

**Debtors**
Andrew Stupin
Julie Stupin

**Unsecured Creditors Committee Members**
Banc Of California
Conejo Loan Investors, Llc
Gerald J. Marcil *(individual)*
Kimm Paglia *(individual)*
LBC3 Trust, A Delaware Statutory Trust
Mark Genis *(individual)*
Preferred Bank
Western Alliance Bank
Zion Bancorporation, N.A.

**Bankruptcy Professionals**
Levene Neale Bender Yoo & Golubchik, LLP
FTI Consulting
Force 10 Partners
Pachulski Stang Ziehl & Jones LLP

**Unsecured Creditors**
Abraham & Linda Rayhaun
Dan Genis
Daniel Mayhew
David Schiff
Denise Simon
Fletcher Jones Motor Cars, Inc.
Gibson Family Trust
Global Medical Systems
Jane Torpipat & Don Torpipiat
Jim & Cheryl Markham C/O
Julie Kaplan
Karen Kaplan  Revocable Trust
Larry Barker
Mel Remba
Michael Kaplan

PLM Lender Services, Inc.
Robert & Mai Linh Purdy
Rocket Mortgage
Select Portfolio Servicing
The Process Server

**Secured Creditors**
Clearedge Lending
Comerica Bank
County of Orange
First Bank
First Choice Bank
Rocket Mortgage
Secured Income Fund-II c/o
The Evergeen Advantage
VL Ventures LLC

**Parties Formerly Represented by FTI as Financial Advisors**
MOM AS Investco LLC
MOM BS Investco LLC
MOM CA Investco LLC
314 S. Harvard DE, LLC
4110 West 3rd Street DE, LC
694 NCH Apartments, LLC
777 at Laguna, LLC
891 Laguna Canyon Road, LLC
Aryabhata Group LLC
Cliff Drive Properties DE, LLC
Duplex at Sleepy Hollow, LLC
Heisler Laguna, LLC
Hotel Laguna, LLC
Laguna Art District Complex, LLC
Laguna Festival Center, LLC
Laguna HI, LLC
Laguna HW, LLC
Retreat at Laguna Villas, LLC
Sunset Cove Villas, LLC
Tesora Redlands DE, LLC
The Masters Building, LLC

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

4927-9539-4493.1 81994.00002

1

**Continuum Parties Related to Parties Formerly Represented by FTI as Financial Advisors to the Debtors**
Mahender Makhijani
Deba Shyam
Jason Miller
Andrew Stupin
Bhajneet Singh Malik
Continuum Analytics, Inc.
MOM CA Investor Group LLC
MOM AS Investor Group LLC

MOM BS Investor Group LLC
MOM CA Manager LLC
MOM AS Manager LLC

**Bankruptcy Judges and Staff**
Judge Scott C. Clarkson

**United States Trustee and Staff**
Peter C Anderson
Kenneth M. Misken

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

4927-9539-4493.1 81994.00002

2

# EXHIBIT B

**EXHIBIT B**

**SCHEDULE OF INTERESTED PARTIES THAT CURRENTLY
EMPLOY OR HAVE FORMERLY EMPLOYED FTI**

| INTERESTED PARTY OR AFFILIATE | RELATIONSHIP TO DEBTOR | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Michael Kaplam | Unsecured Creditor | Michael Kaplan is a former client.[1] |
| Comerica Bank | Secured Creditor | Comerica Bank is a current client. |
| Rocket Mortgage | Unsecured and Secured Creditor | Rocket Mortgage is a current client. |
| Zion Bancorporation, N.A. | Unsecured Creditor | Zion Bancorporation is a current client. |
| MOM AS Investco LLC | Parties Formerly Represented by FTI as Financial Advisors | MOM AS Investco LLC is a former client. |
| MOM BS Investco LLC | Parties Formerly Represented by FTI as Financial Advisors | MOM BS Investco LLC is a former client. |
| MOM CA Investco LLC | Parties Formerly Represented by FTI as Financial Advisors | MOM CA Investco LLC is a former client. |
| 314 S. Harvard DE, LLC | Parties Formerly Represented by FTI as Financial Advisors | 314 S. Harvard DE, LLC is a former client. |
| 4110 West 3rd Street DE, LC | Parties Formerly Represented by FTI as Financial Advisors | 4110 West 3rd Street DE, LC is a former client. |
| 694 NCH Apartments, LLC | Parties Formerly Represented by FTI as Financial Advisors | 694 NCH Apartments, LLC is a former client. |
| 777 at Laguna, LLC | Parties Formerly Represented by FTI as Financial Advisors | 777 at Laguna, LLC is a former client. |
| 891 Laguna Canyon Road, LLC | Parties Formerly Represented by FTI as Financial Advisors | 891 Laguna Canyon Road, LLC is a former client. |
| Aryabhata Group LLC | Parties Formerly Represented by FTI as Financial Advisors | Aryabhata Group LLC is a former client. |

[1] FTI has a former client also by the name of Michael Kaplan. We've listed him as a former client out of an abundance of caution, as we are unable to determine with 100% certainty whether the individual in the system is the same individual identified as a potential party in interest.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

4927-9539-4493.1 81994.00002                    1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
10100 Santa Monica Blvd., 13th Fl., Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*):  **DECLARATION OF MARK SHINDERMAN IN SUPPORT OF THE APPLICATION FOR AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF FTI CONSULTING, INC. AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **July 20, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) **July 20, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **_____, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 20, 2026 | Nancy H. Brown | /s/ Nancy H. Brown |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Case 8:26-bk-11202-SC**

- **Scott R Albrecht    salbrecht@gsaattorneys.com, jackie.nguyen@sgsattorneys.com**
- **Kyra E Andrassy    kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com**
- **Raymond H. Aver    ray@averlaw.com, averlawfirm@gmail.com;ani@averlaw.com;katya@averlaw.com;jesus@averlaw.com**
- **Jessica L Bagdanov    jbagdanov@bg.law, ecf@bg.law**
- **John Bistritz    jack.bistritz@afslaw.com**
- **Michael E Bubman    mbubman@mbn.law, aacosta@mbnlawyers.com**
- **Greg P Campbell    ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com**
- **Steven Casselberry    Steve.Casselberry@procopio.com, jessica.perez@procopio.com;emily.marsh@procopio.com;calendaringbankruptcy@procopio.com;evangelina.myers@procopio.com;lauren.hill@procopio.com**
- **David Coats    dacoats@raslg.com**
- **Marcus Colabianchi    mcolabianchi@duanemorris.com, marcus-colabianchi-2595@ecf.pacerpro.com**
- **Michael G D'Alba    mgd@lnbyg.com**
- **Dora Duru    dora.duru@bclplaw.com, verlisa.lewis@bclplaw.com,dora-duru-0321@ecf.pacerpro.com**
- **Amir Gamliel    amir.gamliel@ashurstperkins.com, cmallahi@perkinscoie.com;DocketLA@perkinscoie.com**
- **Craig S Ganz    ganzc@ballardspahr.com, BKTDocket_West@ballardspahr.com;phxlsateam@ballardspahr.com**
- **Nichole Glowin    bankruptcy@zbslaw.com, nglowin@ecf.courtdrive.com**
- **David B Golubchik    dbg@lnbyg.com, dbg@lnbyg.com**
- **Arnold L Graff    agraff@wrightlegal.net, nvbkfiling@wrightlegal.net;jpowell@wrightlegal.net**
- **Adam M Greely    agreely@fbfk.law, dstolar@vrslaw.net**
- **Steven T Gubner**
- **Steven T Gubner    sgubner@bg.law, ecf@bg.law**
- **Sarah Rose Hasselberger    shasselberger@marshackhays.com, shasselberger@ecf.courtdrive.com;cbastida@marshackhays.com;alinares@ecf.courtdrive.com**
- **Golsa Honarfar    ghonarfar@rutan.com, dmircheff@rutan.com**
- **Mark S Horoupian    mark.horoupian@gmlaw.com, mhoroupian@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com;karen.files@gmlaw.com;courtmail@gmlaw.com**
- **Robert B. Kaplan    rkaplan@jeffer.com, rbk@ecf.courtdrive.com**
- **Ira David Kharasch    ikharasch@pszjlaw.com**
- **Daniel A Lev    daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com;courtmail@gmlaw.com**
- **Marc A Lieberman    marc.lieberman@flpllp.com, addy@flpllp.com,ethan@flpllp.com**

- **Aaron J Malo    amalo@sheppardmullin.com, hudenka@sheppard.com;mlinker@sheppard.com**
- **Sam Maralan    sm@maralanlaw.com**
- **Matthew J Marino    mmarino@allenmatkins.com, csandoval@allenmatkins.com**
- **Elissa Miller    elissa.miller@gmlaw.com, emillersk@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com;courtmail@gmlaw.com**
- **Kenneth Misken    Kenneth.M.Misken@usdoj.gov**
- **John A Moe    john.moe@dentons.com, kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com**
- **Michael S Myers    myersm@ballardspahr.com, BKTDocket_West@ballardspahr.com;phxlsateam@ballardspahr.com**
- **Alan I Nahmias    anahmias@mbn.law, jdale@mbn.law**
- **Aram Ordubegian    ordubegian.aram@arentfox.com**
- **Carmela Pagay    ctp@lnbyg.com**
- **David M Poitras    dpoitras@bg.law**
- **Thomas J Polis    tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com**
- **Joseph M Rothberg    jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com**
- **Joshua L Scheer    jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com**
- **Daren M Schlecter    daren@schlecterlaw.com, assistant@schlecterlaw.com**
- **Zev Shechtman    Zev.Shechtman@saul.com, Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.Bribiesca@saul.com**
- **Robyn B Sokol    robyn.sokol@stinson.com, lydia.moya@stinson.com;dennette.mulvaney@stinson.com;dbender@leechtishman.com;jnaiya.herd@stinson.com;michelle.hemer@stinson.com**
- **Michael G Spector    mgspector@aol.com, mgslawoffice@aol.com**
- **Martin W Taylor    marty.taylor@bclplaw.com, shawn.williams@bclplaw.com,marty-taylor-5681@ecf.pacerpro.com**
- **Jennifer R Tullius    jtullius@tulliuslaw.com**
- **United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov**
- **Christopher A Ward    cward@lowenstein.com, lsuprum@lowenstein.com**
- **Sharon Z. Weiss    sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com**
- **David Wood    dwood@marshackhays.com, dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com**
- 

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

4925-9203-6283.1 81994.00002

**F 9013-3.1.PROOF.SERVICE**

**2. SERVED BY UNITED STATES MAIL:**

| | | |
|---|---|---|
| United States Trustee (SA)<br>411 W Fourth St., Suite 7160<br>Santa Ana, CA 92701-4593 | | |
| DENTONS US LLP<br>Attn: Andrea C. Chang<br>601 South Figueroa St., Suite 2500<br>Los Angeles, CA 90017-5704 | Bryan Cave Leighton Paisner LLP<br>Attn: Martin W. Taylor; David J. Root; Dora Duru<br>1920 Main Street, Suite 1000<br>Irvine, CA 92614 | PERKINS COIE LLP<br>Attn: Amir Gamliel; Dylan Houle<br>1888 Century Park East, Suite 1700<br>Los Angeles, CA 90067-1721 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

4925-9203-6283.1 81994.00002