Daren M. Schlecter, Esq. (SBN 259537)
Law Office of Daren M. Schlecter, A Prof. Corp.
10866 Wilshire Blvd., Suite 1270
Los Angeles, CA 90024
Telephone (310) 553-5747
Telecopier (310) 553-5487

Attorney for Creditors
Melvin J. Remba Family Trust,
William Wachsman and Matilda Remba,
the Remba-Wachsman Family Trust,
and the Bella R. Attix 2000 Trust

**FILED & ENTERED**

**JUL 21 2026**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bolte       DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

In re:

ANDREW STUPIN AND JULIE STUPIN,

Debtors and Debtors in Possession

) Case No. 8:26-BK-11202-SC
)
) Chapter 11
)
) **ORDER APPROVING STIPULATION TO**
) **EXTEND DEADLINE TO FILE**
) **COMPLAINT UNDER 11 U.S.C. §523(a)**
)
) [No Hearing Date Related to Stipulation]
)
)
)
)
)
)
)
)
)
)
)
)

The Court has reviewed the Stipulation to Extend Deadline to File Complaint under 11 U.S.C. §523(a) (the "Stipulation"), entered into by and between Creditors  Melvin J. Remba  Family Trust, William Wachsman and Matilda Remba, the Remba-Wachsman Family Trust, and the Bella R. Attix 2000 Trust ("Creditors")  and Debtors and Debtors-in-Possession Andrew Stupin and Julie Stupin ("Debtors"), by and through their counsel, on July 14, 2026 as Docket No. 191.

1

Having reviewed and considered the Stipulation, and for good cause shown, the Court enters its Order as follows:

IT IS ORDERED:

1. The Stipulation is approved.

2. Creditors are hereby granted an extension of time through and including September 15, 2026 to: a) timely file a Complaint in this case under 11 U.S.C. §523(a)(2), (a)(4) and/or (a)(6); b) without prejudice to seeking further extensions of the Non-Discharge Deadline (the "Tolling Period").

**IT IS SO ORDERED.**

###

Date: July 21, 2026

Scott C. Clarkson
United States Bankruptcy Judge

2