SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
AARON J. MALO, Cal. Bar No. 179985
SEAN P. O'CONNOR, Cal. Bar No. 155940
CHRIS D. LAWRENCE, Cal Bar No. 340690
650 Town Center Drive, 10th Floor
Costa Mesa, California 92626-1993
Telephone:      714.513.5100
Facsimile:      714.513.5130
Email:          amalo@sheppard.com
                soconnor@sheppard.com
                clawrence@sheppard.com

Attorneys for Creditor
BANC OF CALIFORNIA

FILED & ENTERED

JUL 21 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte       DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| ANDREW STUPIN and JULIE STUPIN<br><br>Debtors and Debtors-in-Possession. | Case No. 8:26-bk-11202-SC<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATION EXTENDING DEADLINE TO FILE COMPLAINT UNDER 11 U.S.C. § 523**<br><br>[NO HEARING REQUIRED] |

The Court, having reviewed the *Stipulation To Extend The Deadline To File Complaint Under 11 U.S.C. § 523* (the "Stipulation") entered into by and between creditor Banc of California ("BOC") on the one hand, and the debtors and debtors-in-possession Andrew Stupin and Julie Stupin (the "Debtors" and collectively with BOC, the "Parties"), on the other hand, and finding good cause appearing therefore,

Hereby ORDERS as follows:

1.      The Stipulation is APPROVED.

SMRH:4935-2718-2269.1                                    ORDER APPROVING STIPULATION

2.      The deadline for BOC to file a complaint under 11 U.S.C. § 523 regarding the debt owed to it is extended to, and includes, September 15, 2026.

**IT IS SO ORDERED.**

# # #

Date: July 21, 2026

Scott C. Clarkson
United States Bankruptcy Judge

ORDER APPROVING STIPULATION