Richard K. Howell (State Bar No. 144241)
rhowell@rutan.com
Damon Mircheff (State Bar No. 216257)
dmircheff@rutan.com
Golsa Honarfar (State Bar No. 311337)
ghonarfar@rutan.com
RUTAN & TUCKER, LLP
18575 Jamboree Road, 9th Floor
Irvine, CA  92612
Telephone:   714-641-5100
Facsimile:    714-546-9035

Attorneys for Creditors
Enrico Arvielo and Patricia Arvielo

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| In re:<br><br>ANDREW STUPIN and JULIE STUPIN,<br><br>Debtors and Debtors-in-Possession, | Case No. 8:26-bk-11202-SC<br><br>Chapter 11<br><br>**NOTICE OF ARVIELOS' COMBINED REPLY TO DEBTORS' AND OFFICIAL COMMITTEE OF UNSECURED CREDITORS' OPPOSITIONS TO ARVIELOS' MOTION FOR RELIEF FROM STAY ETC.** |
| --- | --- |

Rutan & Tucker, LLP
attorneys at law

2728/036180-0003
24079982.1 a07/23/26

Case No.  8:26-bk-11202-SC
NOTICE OF COMBINED REPLY

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, DEBTORS, THEIR COUNSEL, THE UNITED STATES TRUSTEE, OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AND OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that Arvielos' Reply Memorandum of Points and Authorities in Support of Motion For Relief From the Automatic Stay [Dkt. No. 243] is in reply to both *Debtor Andrew Stupin's and Julie Stupin's Opposition to Enrico Arvielo's and Patricia Arvielo's Motion For Relief From Stay* filed on July 15, 2026 [Dkt. No. 194] and *Opposition of Official Committee of Unsecured Creditors to Motion For Relief From Stay Under 11 U.S.C. § 362 Filed By Enrico and Patricia Arvielo* filed on July 17, 2026 [Dkt. No. 213].

Dated:  July 23, 2026

RUTAN & TUCKER, LLP
RICHARD K. HOWELL
DAMON MIRCHEFF
GOLSA HONARFAR


By:  */s/ Golsa Honarfar*
    Golsa Honarfar
    Attorneys for Creditors
    Enrico Arvielo and Patricia Arvielo

Rutan & Tucker, LLP
*attorneys at law*

2728/036180-0003
24079982.1 a07/23/26

-1-

Case No.  8:26-bk-11202-SC
NOTICE OF COMBINED REPLY

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 18575 Jamboree Road, 9th Floor, Irvine, CA  92612.

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF ARVIELOS' COMBINED REPLY TO DEBTORS' AND OFFICIAL COMMITTEE OF UNSECURED CREDITORS' OPPOSITIONS TO ARVIELOS' MOTION FOR RELIEF FROM STAY ETC.** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) July 23, 2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Scott R Albrecht     salbrecht@gsaattorneys.com, jackie.nguyen@sgsattorneys.com
- Raymond H. Aver     ray@averlaw.com, averlawfirm@gmail.com;ani@averlaw.com;katya@averlaw.com;jesus@averlaw.com
- Jessica L Bagdanov     jbagdanov@bg.law, ecf@bg.law

☒  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) July 23, 2026, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 23, 2026 | Cecilia Solórzano | /s/ Cecilia Solórzano |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                    **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: (Cont'd.)

- Michael E Bubman     mbubman@mbn.law, aacosta@mbnlawyers.com
- Greg P Campbell     ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
- Steven Casselberry     Steve.Casselberry@procopio.com, jessica.perez@procopio.com; emily.marsh@procopio.com; calendaringbankruptcy@procopio.com; evangelina.myers@procopio.com; lauren.hill@procopio.comDavid Coats     dacoats@raslg.com
- Michael G D'Alba     mgd@lnbyg.com
- Dora Duru     dora.duru@bclplaw.com, verlisa.lewis@bclplaw.com
- Amir Gamliel     agamliel@perkinscoie.com, cmallahi@perkinscoie.com;DocketLA@perkinscoie.com
- Craig S Ganz     ganzc@ballardspahr.com, BKTDocket_West@ballardspahr.com;phxlsateam@ballardspahr.com
- Nichole Glowin     bankruptcy@zbslaw.com, nglowin@ecf.courtdrive.com
- David B Golubchik     dbg@lnbyg.com, dbg@lnbyg.com
- Arnold L Graff     agraff@wrightlegal.net, nvbkfiling@wrightlegal.net;jpowell@wrightlegal.net
- Adam M Greely     agreely@fbfk.law, dstolar@vrslaw.net
- Steven T Gubner     sgubner@bg.law, ecf@bg.law
- Sarah Rose Hasselberger     shasselberger@marshackhays.com, shasselberger@ecf.courtdrive.com; cbastida@marshackhays.com; alinares@ecf.courtdrive.com
- Golsa Honarfar     ghonarfar@rutan.com, dmircheff@rutan.com
- Mark S Horoupian     mark.horoupian@gmlaw.com, mhoroupian@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com;karen.files@gmlaw.com;courtmail@gmlaw.com
- Robert B. Kaplan     rkaplan@jeffer.com, rbk@ecf.courtdrive.com
- Ira David Kharasch     ikharasch@pszjlaw.com
- Daniel A Lev     daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com; dlev@ecf.courtdrive.com; courtmail@gmlaw.com
- Aaron J Malo     amalo@sheppardmullin.com, hudenka@sheppard.com;mlinker@sheppard.com
- Sam Maralan     sm@maralanlaw.com
- Matthew J Marino     mmarino@allenmatkins.com, csandoval@allenmatkins.com
- Elissa Miller     elissa.miller@gmlaw.com, emillersk@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com;courtmail@gmlaw.com
- Kenneth Misken     Kenneth.M.Misken@usdoj.gov
- John A Moe     john.moe@dentons.com, kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com
- Michael S Myers     myersm@ballardspahr.com, BKTDocket_West@ballardspahr.com;phxlsateam@ballardspahr.com
- Alan I Nahmias     anahmias@mbn.law, jdale@mbn.law
- Aram Ordubegian     ordubegian.aram@arentfox.com
- Carmela Pagay     ctp@lnbyg.com
- David M Poitras     dpoitras@bg.law
- Joseph M Rothberg     jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com
- Joshua L Scheer     jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com
- Daren M Schlecter     daren@schlecterlaw.com, assistant@schlecterlaw.com
- Zev Shechtman     Zev.Shechtman@saul.com, Zev.Shechtman@ecf.courtdrive.com; hannah.richmond@saul.com; LitigationDocketing@saul.com; Shelly.Guise@saul.com;Isaiah.Bribiesca@saul.com
- Robyn B Sokol     robyn.sokol@stinson.com, lydia.moya@stinson.com; dennette.mulvaney@stinson.com;dbender@leechtishman.com;jnaiya.herd@stinson.com
- Michael G Spector     mgspector@aol.com, mgslawoffice@aol.com
- Martin W Taylor     martin.taylor@bclplaw.com, shawn.williams@bclplaw.com
- Jennifer R Tullius     jtullius@tulliuslaw.com
- United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov
- Christopher A Ward     cward@lowenstein.com, lsuprum@lowenstein.com
- Sharon Z. Weiss     sharon.weiss@bclplaw.com, raul.morales@bclplaw.com, sharon-weiss-7104@ecf.pacerpro.com
- David Wood     dwood@marshackhays.com, dwood@ecf.courtdrive.com; lbuchananmh@ecf.courtdrive.com; spineda@ecf.courtdrive.com; alinares@ecf.courtdrive.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u>**

<u>**VIA EMAIL**</u>

| | |
|---|---|
| Andrea C. Chang<br>Dentons US LLP<br>601 S. Figueroa St., Ste. 2500<br>Los Angeles, CA  90017<br>Email:  andrea.chang@dentons.com | Dylan Houle<br>Ashurst Perkins Coie LLP<br>1888 Century Park E., Ste. 1700<br>Los Angeles, CA  90067<br>Email:  dylan.houle@ashurstperkins.com |
| David J. Root<br>Bryan Cave Leighton Paisner LLP<br>1920 Main St., Ste. 1000<br>Irvine, CA  92612<br>Email:  david.root@bclplaw.com | Cia Mackle<br>Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Blvd 13th Fl<br>Los Angeles, CA 90067-4100<br>Email:  cmackle@pszjlaw.com |
| Brooke E Wilson<br>Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Blvd 13th Fl<br>Los Angeles, CA 90067-4100<br>Email:  bwilson@pszjlaw.com | |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**