DAVID GOLUBCHIK (State Bar No. 185520)
dbg@lnbyg.com
CARMELA T. PAGAY (State Bar No. 195603)
cto@lnbyg.com
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile:  (310) 229-1244

Attorneys for Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| In re: | Case No.: 8:26-bk-11202-SC |
|---|---|
| ANDREW STUPIN and JULIE STUPIN, | Chapter 11 Case |
| Debtors and Debtors in Possession. | **APPLICATION OF CHAPTER 11 DEBTORS TO EMPLOY RRBB ADVISORS, LLC AS ACCOUNTANT PURSUANT TO 11 U.S.C. §§ 327(a), 330 AND 331; DECLARATION OF SUHA UDDIN IN SUPPORT THEREOF** |
| | [No hearing required unless requested] |

1

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE:**

Andrew Stupin and Julie Stupin, debtors and debtors in possession in the above-referenced chapter 11 bankruptcy case (the "Debtors"), respectfully submit this Application ("Application") for authority to employ RRBB Advisors, LLC ("RRBB") as their accountant, pursuant to 11 U.S.C. § 327(a).  The Debtors seek to employ RRBB effective as of July 1, 2026.

**I.**

**CASE BACKGROUND**

1.      Andrew Stupin ("Andrew") and Julie Stupin ("Julie," together with Andrew, the "Debtors") commenced their bankruptcy case by filing a voluntary petition under chapter 11 of title 11, sections 101 *et seq.* of the United States Code (the "Bankruptcy Code") on April 17, 2026 (the "Petition Date").  Since the Petition Date, the Debtors have managed their affairs, operated their business, and administered their estate as debtors in possession.

2.      Andrew is a real estate investor.  Julie is Andrew's wife.  Andrew was born in 1947 in San Gabriel, California, and shortly thereafter moved to Monterey Park, where he excelled in school and sports.  Wanting to be a professional baseball player, Andrew excelled at his endeavors through high school and college where an injury forced him to change his future plans and aspirations.

3.      Although Andrew's initial aspirations after sports were become an attorney, his interests turned to teaching, so he pursued and obtained a secondary teaching credential after his B.A. Degree, including teaching Sunday School at his family church where he grew up.

4.      Andrew obtained a teaching position in the highly acclaimed Huntington Beach High School District at Edison High School right after receiving his teaching credential.  Although challenging, Andrew enjoyed his new career, including being voted "Teacher of the Year" several times.  In fact, Andrew helped start the Advanced Placement (AP) for Government in Orange County, where a student can take an AP class and take the national AP test to gain

2

college credits while in high school. This program was very successful and has gained popularity over the years throughout the country.

5.    In the 1970's, Andrew started his journey in real estate. After saving money from his teaching career, Andrew bought his first investment for $28,000 – two (2) separate houses on two (2) lots. That was in 1972 and prices were starting to increase rapidly in the "Great Orange County" boom. Andrew lived in one house and rented out the other. The rent from the rental was more than the mortgage. It was then that Andrew caught the real estate bug and thought this to be something to move forward on.

6.    Over the decades, Andrew invested in many properties not only throughout Orange County, but California and other states.  Andrew always focused on value added and income generating properties.  Over time, many friends and others asked to invest alongside Andrew in such investments.  His success continued to grow.

7.    Approximately 10 years ago, Andrew (and his friend and co-investor Gerald Marcil) were approached by a third party (Mahender Makhijani) who represented that he had connections with many lenders to acquire distressed loans and real estate.  He proposed to work together to acquire loans and properties.

8.    Through the parties' relationship, Mr. Makhijani maintained all relationships with lenders and financing sources and managed the investments.  Mr. Makhijani's staff at Continuum provided all accounting and documentation and financing with respect to such investments.

9.    In the last several years, Mr. Makhijani obtained numerous warehouse loans from lenders including, without limitation, approximately $98 million from Western Alliance Bank, and approximately $60 million from Zions Bank.  Mr. Makhijani represented to the lenders that the purpose of the loans was to refinance existing properties and acquire new properties.  The lenders assert that Andrew and Mr. Marcil signed guaranties for such debts.

10.    In the fall of 2025, Andrew learned that the foregoing banks have sued him on account of the alleged guaranties based on the follows:

    a.    Mr. Makhijani drew down on the entirety of the warehouse loans;

b.    Mr. Makhijani did not use the proceeds of the warehouse loans to refinance the existing debt or to acquire new assets for the borrowers;

c.    There is no information where the loan proceeds went or how they were utilized;

d.    The lenders did not conduct title searches on any of the alleged properties to be refinanced;

e.    The lenders did not request or receive reconveyances of alleged liens that were to be refinanced;

f.    The lenders did not open escrows for any of the financing; and

g.    The lenders did not conduct any due diligence while Mr. Makhijani withdrew almost $200 million without oversight, supervision or control.

11.    In addition to the foregoing, Andrew learned that Mr. Makhijani recorded fraudulent liens on Debtors' personal properties (held through wholly owned LLC's) and pledged the fraudulent loans to Western Alliance Bank.

12.    The foregoing conduct resulted in protracted litigation.  It is important to point out that none of the collection lawsuits from the lenders have asserted that Andrew engaged in any wrongful conduct.  They simply assert that Andrew is obligated for their self-inflicted losses through the alleged guaranty.

13.    In one of the litigations, plaintiff Zions Bancorporation N.A. ("Zions") obtained a writ of attachment as to Debtors' assets from a judicial referee, which was first issued on January 19, 2026.  Co-Defendants in that action have appealed the writ of attachment. The Debtors filed bankruptcy within 90 days of the issuance of that writ of attachment.  The timing of this case was intended to statutorily terminate the writ of attachment and preserve all assets for the benefit of all creditors.

14.    The Debtors have substantial assets, consisting of directly owned real property and LLC interests that hold real properties.  Other than two breach of guaranty actions related to the foregoing fraudulent conduct which the Debtors believe was orchestrated by Deba Shyam

4

and Mr. Makhijani, the Debtors have relatively manageable debts which can be easily addressed through continued operations of the Debtors' holdings.  The Debtors believe that, once the breach of guaranty litigation is resolved in favor of the Debtors, this estate is solvent with all creditors to be paid in full.

**II.**

**<u>EMPLOYMENT OF ACCOUNTANT</u>**

15.    The Debtors seek to employ RRBB as their accountant pursuant to 11 U.S.C. § 327(a) and to have the Debtors' employment of RRBB be deemed effective as of July 1, 2026. The Debtors seek to employ RRBB for the following purposes:

    a.    2025 Tax Compliance: Preparation of federal and state income tax returns for the Debtors, the Stupin Family Trust, and the following LLCs in which the Debtors have an interest:

        i.    Casa Via Lido LLC

        ii.    Club Trilly LLC

        iii.    Coastline Loans LLC

        iv.    Coastline Real Estate Investments LLC

        v.    Trillion Boys LLC

        vi.    Via Lido Group II LLC

    b.    Analysis of whether the Debtors should make an election pursuant to IRC section 1398(d)(2) to terminate the tax year as of the day before the Petition Date, including the preparation of short period tax returns;

    c.    Assistance with obtaining an estate federal tax ID number;

    d.    2026 Tax Compliance: preparation of federal and state income tax returns for the Debtors, the Debtors' bankruptcy estate, the Stupin Family Trust, and the following LLCs in which the Debtors have an interest:

        i.  504 Main Street Group LLC

        ii.  Broadway Group LLC

5

iii.   Casa Via Lido LLC

iv.   Cedar Group LLC

v.   Century Group LLC

vi.   Club Trilly LLC

vii.   Coastline Designs LLC

viii.   Coastline Loans LLC

ix.   Coastline Real Estate Investments LLC

x.   Lawndale Group LLC

xi.   Oak Center Group LLC

xii.   Pioneer Group LLC

xiii.   Rosecrans Group, LLC

xiv.   Shell Beach II LLC

xv.   Shell Beach LLC

xvi.   Stanton Group LLC

xvii.   Stanton Group Three LLC

xviii.   Trillion Boys LLC

xix.   Twin Towers Group LLC

xx.   Via Lido Group II LLC

e.   Preparation of 2026 estimated tax liability and assistance with making payments as needed;

f.   Review of and analysis of tax attributes that will pass to the bankruptcy estate, including but not limited to NOLs, capital loss carryovers, credit carryovers, asset tax basis, passive activity carryovers, and at-risk carryovers;

g.   Computing an allocation of income, deductions, credits and withholding between the Debtors and estate returns as deemed appropriate;

6

h.  Tracking and reporting of bankruptcy administrative expenses deductible by the estate;

i.  Analysis of tax consequences resulting from the sale of assets by the estate, including basis, gain recognition, capital loss and passive activity loss utilization and tax liability;

j.  Assistance with tax compliance in the event of cancellation of debt, including form 982 reporting and calculation of tax attribute reduction as needed;

k.  Annual tax attribute tracking through the estate's bankruptcy years; and

l.  General tax advisory as requested

16.  Founded in 1961, RRBB consistently and effectively provides a full suite of attest services that meet the industry's highest technical and ethical standards. RRBB is a registered firm with the Public Company Accounting Oversight Board and a member of the American Institute of Certified Public Accountants, both of which enhance the quality and reliability of RRBB's services.  The primary person from RRBB who will be working on the Debtors' matters is Suha Uddin.  Ms. Uddin's professional biography is attached to the Declaration of Suha Uddin annexed hereto ("Uddin Declaration") as **Exhibit "1"** and is incorporated herein by reference.

17.  The hourly rate for RRBB's professionals are as follows:

a.  Senior partner - $500

b.  Partner - $450

c.  Director - $350

d.  Manager - $300

e.  Supervisor - $250

f.  Staff - $200

7

18.   The Debtors believe and assert that the employment of RRBB is in the best interest of the estate. Furthermore, the Debtors and RRBB believe and assert that RRBB does not represent or hold any interest adverse to the Debtors or to the estate with respect to the proposed representation or otherwise.

19.   RRBB has not received any lien or other interest in property of the Debtors or of a third party to secure payment of RRBB's fees or expenses.

20.   RRBB has not shared or agreed to share its compensation for representing the Debtors with any other person or entity, except among RRBB.

21.   RRBB will provide monthly billing statements to the Debtors that will set forth the amount of fees incurred and expenses advanced by RRBB during the previous month.

22.   RRBB will be seeking payment from the Debtors' bankruptcy estate. RRBB is aware of the provisions of 11 U.S.C. §§ 327, 328, 330 and 331 which require, among other things, Court approval of the Debtors' employment of RRBB as accountant and of all fees and reimbursement of expenses that RRBB will receive from the Debtors and the Debtors' estate.

23.   RRBB seeks to be employed pursuant to 11 U.S.C. § 327(a), with its compensation to be pursuant to 11 U.S.C. §§ 330 and 331.

**III.**

**ADDITIONAL DISCLOSURES REQUIRED BY BANKRUPTCY RULE 2014 AND AS**

**FURTHER REQUESTED BY THE COURT IN THIS CASE**

24.   RRBB is not a creditor, an equity security holder or an insider of the Debtors.

25.   RRBB is not and was not an investment banker for any outstanding security of the Debtors. RRBB has not been within three years before the Petition Date an investment banker for a security of the Debtors, or an attorney for such an investment banker in connection with the offer, sale or issuance of any security of the Debtors.

26.   Neither RRBB nor any member of RRBB is, nor was, within two years before the Petition Date, a director, officer or employee of the Debtors or of any investment banker for any security of the Debtors.

27. As further set forth in Uddin Declaration annexed hereto, to the best of RRBB's knowledge, RRBB does not hold or represent any interest materially adverse to the interest of the Debtors' estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors or an investment banker for any security of the Debtors or for any other reason.

28. As further set forth in Uddin Declaration annexed hereto, to the best of RRBB's knowledge, RRBB does not hold or represent any interest materially adverse to the Debtors or the Debtors' estate with respect to the matters for which RRBB is to be employed or otherwise.

29. As further set forth in Uddin Declaration annexed hereto, to the best of RRBB's knowledge, other than as set forth herein, RRBB has no prior connection with the Debtors, any creditors of the Debtors or their estate, or any other party in interest in this case, or their respective attorneys or accountants, the United States Trustee or any person employed by the United States Trustee.

30. The Debtors believe that their employment of RRBB as accountant upon the terms and conditions set forth herein is in the best interest of the Debtors' estate.

**WHEREFORE**, the Debtors respectfully request that the Court approve the Debtors' employment of RRBB as their accountant, effective July 1, 2026, upon the terms and conditions set forth above.

Dated: July 20, 2026

_____
Andrew Stupin
Debtor and Debtor in Possession

_____
Julie Stupin
Debtor and Debtor in Possession

Dated: July 20, 2026        LEVENE, NEALE, BENDER, YOO
                            & GOLUBCHIK L.L.P.

                            By:___/s/ David B. Golubchik_____
                               DAVID B. GOLUBCHIK
                               CARMELA T. PAGAY
                               Attorneys for Chapter 11 Debtors and
                               Debtors in Possession

9

### DECLARATION OF SUHA UDDIN

I, Suha Uddin, hereby declare as follows:

1.    I have personal knowledge of the facts set forth below and, if called to testify, would and could competently testify thereto. Capitalized terms not otherwise defined herein shall have the same meaning ascribed to such terms in the "*Application of Chapter 11 Debtors to Employ RRBB Advisors, LLC as Accountant Pursuant to 11 U.S.C. § 327(e) With Compensation Pursuant to 11 U.S.C. §§ 330, 331* (the "Application") to which this Declaration is attached.

2.    I am a partner with RRBB Advisors, LLC ("RRBB").  I am a Certified Public Accountant with over 25 years experience providing accounting and tax advisory services to high-net-worth individuals, and midsize and closely held businesses and their owners. My qualifications are detailed in the resume attached as **Exhibit "1"** hereto.

3.    I am informed that Andrew Stupin ("Andrew") and Julie Stupin ("Julie," together with Andrew, the "Debtors") commenced their bankruptcy case by filing a voluntary petition under chapter 11 of title 11, sections 101 *et seq.* of the United States Code (the "Bankruptcy Code") on April 17, 2026 (the "Petition Date").  I am further informed that since the Petition Date, the Debtors have managed their affairs, operated their business, and administered their estate as debtors in possession.

4.    I believe that RRBB is well-qualified to act as the Debtors' accountant. Founded in 1961, RRBB consistently and effectively provides a full suite of attest services that meet the industry's highest technical and ethical standards.  RRBB is a registered firm with the Public Company Accounting Oversight Board and a member of the American Institute of Certified Public Accountants, both of which enhance the quality and reliability of RRBB's services.

5.    RRBB is located at 265 Davidson Avenue, Suite 210, Somerset, NJ 08873.

6.    RRBB will bill its time for its representation of the Debtors on an hourly basis in accordance with RRBB's standard hourly billing rates.  I will be the primary accountant at RRBB responsible for the representation of the Debtors during this chapter 11 case.  The hourly rate for RRBB's professionals are as follows:

a.    Senior partner - $500

b.    Partner - $450

c.    Director - $350

d.    Manager - $300

e.    Supervisor - $250

f.    Staff - $200

6.    RRBB has not shared or agreed to share its compensation for representing the Debtors with any other person or entity, except among its members.

7.    RRBB will provide monthly billing statements to the Debtors that will set forth the amount of fees incurred and expenses advanced by RRBB during the previous month.

8.    I understand that the bankruptcy laws require among other things, Court approval of the employment of RRBB as accountant and of all fees and reimbursements of expenses that RRBB will receive from the Debtors and their estate.

9.    RRBB is not a creditor, an equity security holder or an insider of the Debtors.

10.    RRBB is not and was not an investment banker for any outstanding security of the Debtors. RRBB has not been within three years before the Petition Date an investment banker for a security of the Debtors, or an attorney for such an investment banker in connection with the offer, sale or issuance of any security of the Debtors.

11.    Neither RRBB nor any member of RRBB is, nor was, within two years before the Petition Date, a director, officer or employee of the Debtors or of any investment banker for any security of the Debtors.

12.    To the best of RRBB's knowledge, RRBB does not hold or represent any interest materially adverse to the interest of the Debtors' estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors or an investment banker for any security of the Debtors or for any other reason.

11

13.	To the best of RRBB's knowledge, RRBB does not hold or represent any interest materially adverse to the Debtors or the Debtors' estate with respect to the matters for which RRBB is to be employed or otherwise.

14.	To the best of RRBB's knowledge, other than as set forth herein, RRBB has no prior connection with the Debtors, any creditors of the Debtors or their estate, or any other party in interest in this case, or their respective attorneys or accountants, the United States Trustee or any person employed by the United States Trustee.

I declare and verify under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.  Executed on this __21__ day of July, 2026, at Somerset, New Jersey.

_____
SUHA UDDIN

12

# EXHIBIT "1"

ANDREW AND JULIE STUPIN AND RELATED ENTITIES

## OUR PARTNERS AND EXPERIENCE

**_Suha Uddin, CPA_**, a Partner in the firm has over 25 years of experience providing accounting and tax advisory services to high-net-worth individuals, midsize and closely held businesses and their owners. Her areas of expertise include strategic tax planning, tax compliance and risk mitigation, strategic transactions, generational tax planning, US-International reporting, offshore voluntary disclosures, IRS and state tax controversy and other tax matters.

_Chapter 11 Bankruptcy:_ Suha has worked with clients on individual chapter 11 debtor in possession and other bankruptcy cases. She has integrated expertise in Subchapter A, individual tax rules, IRC Codes Sections 108 and 1398, bankruptcy estate reporting and the procedural mechanics of chapter 11 administration. She is well versed in the dual filing regime under IRC Section 1398 and has deep knowledge in the preparation and review of forms 1040 and 1041. She is highly competent in managing the separate-estate regime accurately from petition date through confirmation, conversion, dismissal, or termination of the estate. Furthermore, Suha has working knowledge of tax attribute analysis and tracking, preparation of the required explanatory statements related to the dual tax regime under section 1398, tax treatment of administrative expenses related to chapter 11 bankruptcy and cancellation of debt tax issues and reporting.

Prior to joining RRBB, Suha served as the lead tax partner at a midsize firm for ten years and has spent several years at multi-national firms such as Deloitte and KPMG.

Suha's approach to client service is focused on mitigating risks, ensuring tax compliances, and working with clients to maintain tax efficiency. Suha's expertise and technical knowledge in a wide range of tax areas allows her to navigate through her clients' tax structure to identify tax saving opportunities while mitigating risk.

Above all, Suha's top priority is making sure that her clients are well served and informed of available tax strategies to help them make informed decisions.

Suha earned a Bachelor of Science (B.S) in business administration with a concentration in accounting from Montclair State University and a Master of Taxation (MST) from Seton Hall University. She is a Certified Public Accountant and a member of the NJ State Society of CPAs as well as the American Institute of Certified Public Accountants (AICPA).

Our partners and managers are actively involved with their clients and work with them and their staff to ensure the integrity and accuracy of all accounting activities. Our mission is to uphold the highest standards of honesty, consistency, and ethical conduct in all our endeavors. We are committed to conducting our business with unwavering transparency and truthfulness, ensuring that our actions reflect our core values. By consistently applying these principles, we aim to build trust, foster strong relationships, and deliver dependable results. Our dedication to these values guides us in making principled decisions and maintaining a steadfast commitment to excellence in all aspects of our work. For complete biographical and professional information on all our partners, please visit www.rrbb.com.



# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034.

A true and correct copy of the foregoing document entitled (*specify*): **APPLICATION OF CHAPTER 11 DEBTORS TO EMPLOY RRBB ADVISORS, LLC AS ACCOUNTANT PURSUANT TO 11 U.S.C. §§ 327(a), 330 AND 331; DECLARATION OF SUHA UDDIN IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **July 24, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Scott R Albrecht    salbrecht@gsaattorneys.com, jackie.nguyen@sgsattorneys.com
- Kyra E Andrassy    kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- Raymond H. Aver    ray@averlaw.com, averlawfirm@gmail.com;ani@averlaw.com;katya@averlaw.com;jesus@averlaw.com
- Jessica L Bagdanov    jbagdanov@bg.law, ecf@bg.law
- John Bistritz    jack.bistritz@afslaw.com
- Michael E Bubman    mbubman@mbn.law, aacosta@mbnlawyers.com
- Greg P Campbell    ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
- Steven Casselberry    Steve.Casselberry@procopio.com, jessica.perez@procopio.com;emily.marsh@procopio.com;calendaringbankruptcy@procopio.com;evangelina.myers@procopio.com;lauren.hill@procopio.com
- David Coats    dacoats@raslg.com
- Marcus Colabianchi    mcolabianchi@duanemorris.com, marcus-colabianchi-2595@ecf.pacerpro.com
- Michael G D'Alba    mgd@lnbyg.com
- Dora Duru    dora.duru@bclplaw.com, verlisa.lewis@bclplaw.com,dora-duru-0321@ecf.pacerpro.com
- Amir Gamliel    amir.gamliel@ashurstperkins.com, cmallahi@perkinscoie.com;DocketLA@perkinscoie.com
- Craig S Ganz    ganzc@ballardspahr.com, BKTDocket_West@ballardspahr.com;phxlsateam@ballardspahr.com
- Nichole Glowin    bankruptcy@zbslaw.com, nglowin@ecf.courtdrive.com
- David B Golubchik    dbg@lnbyg.com, dbg@lnbyg.com
- Arnold L Graff    agraff@wrightlegal.net, nvbkfiling@wrightlegal.net;jpowell@wrightlegal.net
- Adam M Greely    agreely@fbfk.law, dstolar@vrslaw.net
- Steven T Gubner
- Steven T Gubner    sgubner@bg.law, ecf@bg.law
- Sarah Rose Hasselberger    shasselberger@marshackhays.com, shasselberger@ecf.courtdrive.com;cbastida@marshackhays.com;alinares@ecf.courtdrive.com
- Golsa Honarfar    ghonarfar@rutan.com, dmircheff@rutan.com
- Mark S Horoupian    mark.horoupian@gmlaw.com, mhoroupian@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com;karen.files@gmlaw.com;courtmail@gmlaw.com
- Robert B. Kaplan    rkaplan@jeffer.com, rbk@ecf.courtdrive.com
- Ira David Kharasch    ikharasch@pszjlaw.com
- Daniel A Lev    daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com;courtmail@gmlaw.com
- Marc A Lieberman    marc.lieberman@flpllp.com, addy@flpllp.com,ethan@flpllp.com
- Aaron J Malo    amalo@sheppardmullin.com, hudenka@sheppard.com;mlinker@sheppard.com
- Sam Maralan    sm@maralanlaw.com
- Matthew J Marino    mmarino@allenmatkins.com, csandoval@allenmatkins.com
- Elissa Miller    elissa.miller@gmlaw.com, emillersk@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com;courtmail@gmlaw.com
- Kenneth Misken    Kenneth.M.Misken@usdoj.gov
- John A Moe    john.moe@dentons.com, kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                 **F 9013-3.1.PROOF.SERVICE**

- Michael S Myers    myersm@ballardspahr.com,
  BKTDocket_West@ballardspahr.com;phxlsateam@ballardspahr.com
- Alan I Nahmias    anahmias@mbn.law, jdale@mbn.law
- Aram Ordubegian    ordubegian.aram@arentfox.com
- Carmela Pagay    ctp@lnbyg.com
- David M Poitras    dpoitras@bg.law
- Thomas J Polis    tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com
- Joseph M Rothberg    jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com
- Joshua L Scheer    jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com
- Daren M Schlecter    daren@schlecterlaw.com, assistant@schlecterlaw.com
- Zev Shechtman    Zev.Shechtman@saul.com,
  Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.Bribiesca@saul.com
- Robyn B Sokol    robyn.sokol@stinson.com,
  lydia.moya@stinson.com;dennette.mulvaney@stinson.com;dbender@leechtishman.com;jnaiya.herd@stinson.com;michelle.hemer@stinson.com
- Michael G Spector    mgspector@aol.com, mgslawoffice@aol.com
- Martin W Taylor    marty.taylor@bclplaw.com, shawn.williams@bclplaw.com,marty-taylor-5681@ecf.pacerpro.com
- Alan G Tippie    Alan.Tippie@gmlaw.com,
  atippie@ecf.courtdrive.com;Karen.Files@gmlaw.com,patricia.dillamar@gmlaw.com,denise.walker@gmlaw.com
- Jennifer R Tullius    jtullius@tulliuslaw.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Christopher A Ward    cward@lowenstein.com, lsuprum@lowenstein.com
- Sharon Z. Weiss    sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com
- David Wood    dwood@marshackhays.com,
  dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com

**2. SERVED BY UNITED STATES MAIL**: On (*date*) **July 24, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

RRBB Advisors, LLC
265 Davidson Avenue, Suite 210
Somerset, NJ 08873

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **July 24, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

None.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 24, 2026 | D. Woo | /s/ D. Woo |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                          **F 9013-3.1.PROOF.SERVICE**