DAVID GOLUBCHIK (State Bar No. 185520)
dbg@lnbyg.com
CARMELA T. PAGAY (State Bar No. 195603)
ctp@lnbyg.com
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244

Attorneys for Debtors and Debtors in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| In re: | Case No.: 8:26-bk-11202-SC |
|---|---|
| ANDREW STUPIN and JULIE STUPIN, | Chapter 11 Case |
| Debtor and Debtor in Possession. | **NOTICE OF APPLICATION OF CHAPTER 11 DEBTORS TO EMPLOY RRBB ADVISORS, LLC AS ACCOUNTANT PURSUANT TO 11 U.S.C. §§ 327(a), 330 AND 331** |
| | [No hearing required unless requested] |

**TO ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that Andrew Stupin and Julie Stupin, debtors and debtors in possession in the above-referenced chapter 11 bankruptcy case (the "Debtors"), have filed an application ("Application") for authority to employ RRBB Advisors, LLC ("RRBB") as

///

1

accountant, pursuant to 11 U.S.C. § 327(a) with compensation pursuant to 11 U.S.C. § 330.  The Debtors seek to employ RRBB effective as of July 1, 2026.

**PLEASE TAKE FURTHER NOTICE** that The Debtors seek to employ RRBB for the following purposes:

    a.    2025 Tax Compliance: Preparation of federal and state income tax returns for the Debtors, the Stupin Family Trust, and the following LLCs in which the Debtors have an interest:

        i.    Casa Via Lido LLC

        ii.    Club Trilly LLC

        iii.    Coastline Loans LLC

        iv.    Coastline Real Estate Investments LLC

        v.    Trillion Boys LLC

        vi.    Via Lido Group II LLC

    b.    Analysis of whether the Debtors should make an election pursuant to IRC section 1398(d)(2) to terminate the tax year as of the day before the Petition Date, including the preparation of short period tax returns;

    c.    Assistance with obtaining an estate federal tax ID number;

    d.    2026 Tax Compliance: preparation of federal and state income tax returns for the Debtors, the Debtors' bankruptcy estate, the Stupin Family Trust, and the following LLCs in which the Debtors have an interest:

        i.    504 Main Street Group LLC

        ii.    Broadway Group LLC

        iii.    Casa Via Lido LLC

        iv.    Cedar Group LLC

        v.    Century Group LLC

        vi.    Club Trilly LLC

        vii.    Coastline Designs LLC

2

       viii.   Coastline Loans LLC

        ix.   Coastline Real Estate Investments LLC

        x.   Lawndale Group LLC

       xi.   Oak Center Group LLC

      xii.   Pioneer Group LLC

    xiii.   Rosecrans Group, LLC

    xiv.   Shell Beach II LLC

     xv.   Shell Beach LLC

    xvi.   Stanton Group LLC

   xvii.   Stanton Group Three LLC

  xviii.   Trillion Boys LLC

    xix.   Twin Towers Group LLC

     xx.   Via Lido Group II LLC

e.    Preparation of 2026 estimated tax liability and assistance with making payments as needed;

f.    Review of and analysis of tax attributes that will pass to the bankruptcy estate, including but not limited to NOLs, capital loss carryovers, credit carryovers, asset tax basis, passive activity carryovers, and at-risk carryovers;

g.    Computing an allocation of income, deductions, credits and withholding between the Debtors and estate returns as deemed appropriate;

h.    Tracking and reporting of bankruptcy administrative expenses deductible by the estate;

i.    Analysis of tax consequences resulting from the sale of assets by the estate, including basis, gain recognition, capital loss and passive activity loss utilization and tax liability;

3

j. Assistance with tax compliance in the event of cancellation of debt, including form 982 reporting and calculation of tax attribute reduction as needed;

k. Annual tax attribute tracking through the estate's bankruptcy years; and

l. General tax advisory as requested.

**PLEASE TAKE FURTHER NOTICE** that RRBB is well-qualified to act as the Debtors' accountant.  Founded in 1961, RRBB consistently and effectively provides a full suite of attest services that meet the industry's highest technical and ethical standards.  RRBB is a registered firm with the Public Company Accounting Oversight Board and a member of the American Institute of Certified Public Accountants, both of which enhance the quality and reliability of RRBB's services.  RRBB is located at 265 Davidson Avenue, Suite 210, Somerset, NJ 08873.

**PLEASE TAKE FURTHER NOTICE** that RRBB will bill its time for its representation of the Debtors and their LLCs on an hourly basis in accordance with RRBB's standard hourly billing rates.  The Debtors expect that Suha Uddin will be the primary accountant at RRBB responsible for the representation of the Debtors and their LLC's during this chapter 11 case.  The hourly rate for RRBB's professionals are as follows:

a. Senior partner - $500

b. Partner - $450

c. Director - $350

d. Manager - $300

e. Supervisor - $250

f. Staff - $200

**PLEASE TAKE FURTHER NOTICE** that RRBB will seek Court authority to be paid from the Debtors' estate for any and all post-petition fees incurred and expenses advanced by RRBB.  RRBB recognizes that the payments of any such additional fees and expenses will be subject to further Court order after notice and a hearing.  RRBB will provide monthly billing

///

4

statements to the Debtors that will set forth the amount of fees incurred and expenses advanced by RRBB during the previous month.

**PLEASE TAKE FURTHER NOTICE** that RRBB understands the provisions of 11 U.S.C. §§ 327, 330 and 331 which require among other things, Court approval of the Debtors' employment of RRBB as accountant and of all fees and reimbursements of expenses that RRBB will receive from the Debtors and their estate.  RRBB seeks to be employed pursuant to 11 U.S.C. § 327(a) and compensated pursuant to 11 U.S.C. §§ 330 and 331.

**PLEASE TAKE FURTHER NOTICE** that to the best of RRBB's knowledge, it does not have any connections that would prevent it from disinterestedly representing the Debtors as accountant for the benefit of the Debtors and the estate.

**PLEASE TAKE FURTHER NOTICE** that a complete copy of the Application may be requested in writing to Levene, Neale, Bender, Yoo & Golubchik L.L.P., 2818 La Cienega Avenue, Los Angeles, California 90034, Attention: Carmela Pagay, Tel: (310) 229-1234, Fax: (310) 229-1244, Email: CTP@LNBYG.COM.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Bankruptcy Rule 2014-1(b)(3)(E), any objection to and request for a hearing on the Application, in the form required by Local Bankruptcy Rule 9013-1(f)(1), must be filed and served on the Debtors, LNBYG and the Office of the United States Trustee within fourteen (14) days after the date of service of this Notice plus three (3) additional days if served by mail, electronically, or pursuant to Rule 5(b)(2)(D) or (F) of the Federal Rules of Civil Procedure and Rule 9006 of the Federal Rules of Bankruptcy Procedure.

///

///

///

///

///

///

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Bankruptcy Rule 2014-1(b)(4), if no objection and request for a hearing on the Application is timely filed and served, LNBYG will promptly lodge a proposed order approving the Application.

Dated: July 24, 2026

LEVENE, NEALE, BENDER, YOO
& GOLUBCHIK L.L.P.

By:     /s/ David B. Golubchik
DAVID B. GOLUBCHIK
CARMELA T. PAGAY
Attorneys for Chapter 11 Debtors and
Debtors in Possession

6

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034.

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF APPLICATION OF CHAPTER 11 DEBTORS TO EMPLOY RRBB ADVISORS, LLC AS ACCOUNTANT PURSUANT TO 11 U.S.C. §§ 327(a), 330 AND 331** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **July 24, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Scott R Albrecht     salbrecht@gsaattorneys.com, jackie.nguyen@sgsattorneys.com
- Kyra E Andrassy     kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- Raymond H. Aver     ray@averlaw.com, averlawfirm@gmail.com;ani@averlaw.com;katya@averlaw.com;jesus@averlaw.com
- Jessica L Bagdanov     jbagdanov@bg.law, ecf@bg.law
- John Bistritz    jack.bistritz@afslaw.com
- Michael E Bubman     mbubman@mbn.law, aacosta@mbnlawyers.com
- Greg P Campbell     ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
- Steven Casselberry     Steve.Casselberry@procopio.com, jessica.perez@procopio.com;emily.marsh@procopio.com;calendaringbankruptcy@procopio.com;evangelina.myers@procopio.com;lauren.hill@procopio.com
- David Coats     dacoats@raslg.com
- Marcus Colabianchi     mcolabianchi@duanemorris.com, marcus-colabianchi-2595@ecf.pacerpro.com
- Michael G D'Alba     mgd@lnbyg.com
- Dora Duru     dora.duru@bclplaw.com, verlisa.lewis@bclplaw.com,dora-duru-0321@ecf.pacerpro.com
- Amir Gamliel     amir.gamliel@ashurstperkins.com, cmallahi@perkinscoie.com;DocketLA@perkinscoie.com
- Craig S Ganz     ganzc@ballardspahr.com, BKTDocket_West@ballardspahr.com;phxlsateam@ballardspahr.com
- Nichole Glowin     bankruptcy@zbslaw.com, nglowin@ecf.courtdrive.com
- David B Golubchik     dbg@lnbyg.com, dbg@lnbyg.com
- Arnold L Graff     agraff@wrightlegal.net, nvbkfiling@wrightlegal.net;jpowell@wrightlegal.net
- Adam M Greely     agreely@fbfk.law, dstolar@vrslaw.net
- Steven T Gubner
- Steven T Gubner     sgubner@bg.law, ecf@bg.law
- Sarah Rose Hasselberger     shasselberger@marshackhays.com, shasselberger@ecf.courtdrive.com;cbastida@marshackhays.com;alinares@ecf.courtdrive.com
- Golsa Honarfar     ghonarfar@rutan.com, dmircheff@rutan.com
- Mark S Horoupian     mark.horoupian@gmlaw.com, mhoroupian@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com;karen.files@gmlaw.com;courtmail@gmlaw.com
- Robert B. Kaplan     rkaplan@jeffer.com, rbk@ecf.courtdrive.com
- Ira David Kharasch     ikharasch@pszjlaw.com
- Daniel A Lev     daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com;courtmail@gmlaw.com
- Marc A Lieberman     marc.lieberman@flpllp.com, addy@flpllp.com,ethan@flpllp.com
- Aaron J Malo     amalo@sheppardmullin.com, hudenka@sheppard.com;mlinker@sheppard.com
- Sam Maralan     sm@maralanlaw.com
- Matthew J Marino     mmarino@allenmatkins.com, csandoval@allenmatkins.com
- Elissa Miller     elissa.miller@gmlaw.com, emillersk@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com;courtmail@gmlaw.com
- Kenneth Misken     Kenneth.M.Misken@usdoj.gov
- John A Moe     john.moe@dentons.com, kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                   **F 9013-3.1.PROOF.SERVICE**

- Michael S Myers    myersm@ballardspahr.com,
  BKTDocket_West@ballardspahr.com;phxlsateam@ballardspahr.com
- Alan I Nahmias    anahmias@mbn.law, jdale@mbn.law
- Aram Ordubegian    ordubegian.aram@arentfox.com
- Carmela Pagay    ctp@lnbyg.com
- David M Poitras    dpoitras@bg.law
- Thomas J Polis    tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com
- Joseph M Rothberg    jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com
- Joshua L Scheer    jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com
- Daren M Schlecter    daren@schlecterlaw.com, assistant@schlecterlaw.com
- Zev Shechtman    Zev.Shechtman@saul.com,
  Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.Bribiesca@saul.com
- Robyn B Sokol    robyn.sokol@stinson.com,
  lydia.moya@stinson.com;dennette.mulvaney@stinson.com;dbender@leechtishman.com;jnaiya.herd@stinson.com;michelle.hemer@stinson.com
- Michael G Spector    mgspector@aol.com, mgslawoffice@aol.com
- Martin W Taylor    marty.taylor@bclplaw.com, shawn.williams@bclplaw.com,marty-taylor-5681@ecf.pacerpro.com
- Alan G Tippie    Alan.Tippie@gmlaw.com,
  atippie@ecf.courtdrive.com;Karen.Files@gmlaw.com,patricia.dillamar@gmlaw.com,denise.walker@gmlaw.com
- Jennifer R Tullius    jtullius@tulliuslaw.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Christopher A Ward    cward@lowenstein.com, lsuprum@lowenstein.com
- Sharon Z. Weiss    sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com
- David Wood    dwood@marshackhays.com,
  dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com

**2. SERVED BY UNITED STATES MAIL**: On (*date*) **July 24, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

RRBB Advisors, LLC
265 Davidson Avenue, Suite 210
Somerset, NJ 08873

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **July 24, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

None.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 24, 2026 | D. Woo | /s/ D. Woo |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                  **F 9013-3.1.PROOF.SERVICE**

Zion Bancorporation, N.A.
dba California Bank & Trust
Attn: Jeffrey Hill
707 Wilshire Blvd., Suite 5700
Los Angeles, CA 90017

Preferred Bank
Attn: Carol Lee
601 S. Figueroa St., 48th Floor
Los Angeles, CA 90017

Banc of California
Attn: Brian Farrell – Legal Dept
3 MacArthur Place
Santa Ana, CA 92707

Western Alliance Bank
c/o Al Thuma
One East Washington Street #1400
Phoenix, AZ 85004

Gerald J. Marcil
43 Malaga Cove Plaza, #D
Palos Verdes, CA 90274

LBC3 Trust, a Delaware Statutory Trust
Attn: Henry Bensen
106 Chestnut Street E
Stillwater, MN 55082

Conejo Loan Investors, LLC
Attn: Jack
2625 Alcatraz Ave., 214
Berkeley, CA 94705

Kimm Paglia
c/o Marshack Hay Wood LLP
870 Roosevelt
Irvine, CA 92620

Mark Genis
697 Corte Estrella
Camarillo, CA 93010

Andrew & Julie Stupin - #11155 – Secured

Clearedge Lending
20 Enterprise, Suite 300
Aliso Viejo, CA 92656

Comerica Bank
1717 Main Street
Dallas, TX 75201

County of Orange
P.O. Box 1438
Santa Ana, CA 92702-1438

First Bank
Attn: Payment Processing
PO Box 790269
Saint Louis, MO 63179

First Bank
Attn: Payment Processing
PO Box 790269
Saint Louis, MO 63179

First Bank
Attn: Payment Processing
PO Box 790269
Saint Louis, MO 63179

First Choice Bank
17785 Center Court Drive, Suite 750
Cerritos, CA 90703

Rocket Mortgage
PO Box 6577
Carol Stream, IL 60197-6577

Secured Income Fund-II c/o
PLM Lender Services, Inc
5446 Thornwood Drive,2nd Floor
San Jose, CA 95123

The Evergeen Advantage
1424 4th Street, Suite 777
Santa Monica, CA 90401

VL Ventures LLC
1303 Avocado Av, Suite 200
Newport Beach, CA 92660