Ira D. Kharasch (State Bar No. 109084)
Brooke E. Wilson (State Bar No. 354614)
Cia H. Mackle (*Admitted Pro Hac Vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail: ikharasch@pszjlaw.com
        bwilson@pszjlaw.com
        cmackle@pszjlaw.com

Counsel to the Official Committee of
Unsecured Creditors



FILED & ENTERED

JUL 27 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte        DEPUTY CLERK

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re: | Case No. 8:26-bk-11202-SC |
| ANDREW STUPIN and JULIE STUPIN, | Chapter 11 |
| Debtors and Debtors in Possession. | **ORDER APPROVING THE STIPULATION OF DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS EXTENDING TIME FOR COMMITTEE TO OBJECT TO DEBTORS' EXEMPTIONS** |
| | [Relates To Dkt. No. 253] |
| | [No Hearing Required] |

The Court, having reviewed and considered the *Stipulation of Debtors and the Official Committee of Unsecured Creditors Extending Time for Committee to Object to Debtors' Exemptions* (the "Stipulation"), and good cause appearing therefor:

**IT IS HEREBY ORDERED AS FOLLOWS:**

1.     Pursuant to Bankruptcy Rule 4003, the Committee shall have until and to August 26, 2026 at 4;00 p.m. (Pacific) to file with the Court and serve on Debtors' counsel by email, any objection or other response to the Schedule C Exemptions ("Committee Filing").

4898-4266-2336.1 81994.00002

2.      In the event the Parties cannot resolve the Committee Filing, the Debtors may request a hearing on the Schedule C Exemptions and Committee Filing.

3.      This Stipulation shall be without prejudice to any party securing further extensions of time consensually upon further agreement of the Parties or from the Court upon showing of good cause.

######

Date: July 27, 2026

Scott C. Clarkson
United States Bankruptcy Judge

2

4898-4266-2336.1 81994.00002

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA