DAVID GOLUBCHIK (State Bar No. 185520)
dbg@lnbyg.com
CARMELA T. PAGAY (State Bar No. 195603)
cto@lnbyg.com
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile:  (310) 229-1244

Attorneys for Debtors and Debtors in Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| In re: | Case No.: 8:26-bk-11202-SC |
|---|---|
| ANDREW STUPIN and JULIE STUPIN, | Chapter 11 Case |
| Debtors and Debtors in Possession. | **NOTICE OF MOTION TO AMEND SCHEDULING ORDER REGARDING DEADLINE TO FILE A DISCLOSURE STATEMENT AND PLAN AND FOR AN EXTENSION OF THE EXCLUSIVITY PERIODS OF 11 U.S.C. § 1121**<br><br>[No Hearing Required Pursuant to Local Bankruptcy Rule 9013-1(o)] |

1

**TO ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that Andrew Stupin and Julie Stupin, debtors and debtors in possession in the above-referenced chapter 11 bankruptcy case (the "Debtors"), have filed a motion ("Motion") for an order amending the Scheduling Order entered on June 4, 2026 to extend the deadline for the Debtors to file their disclosure statement and plan by 180 days and that the exclusivity periods for proposing and soliciting votes on a plan also be extended by 180 days.

At the initial status conference held in this Court on June 3, 2026, the Court ordered, among other things, that the Debtors must file their disclosure statement and plan by August 17, 2026 which is also the deadline for the Debtors to have the exclusive ability to propose a plan. The Scheduling Order was entered on June 4, 2026 [Doc 74]. During the June 3, 2026 hearing, the Debtors advised the Court that, due to the complex nature of this case and the numerous properties and investors associated therewith, it would be imprudent and impossible for the Debtors to propose a plan within such deadline and additional time will be necessary. The Court advised the Debtors to see how the case is developing and file a motion should additional time be necessary.

The Debtors respectfully submit that the non-exhaustive list of nine factors that courts consider to determine whether "cause" exists to extend exclusivity periods can be satisfied here:

1.      This case is extremely complex and is large in terms of assets and liabilities, as well as secured and unsecured creditors and investors.

2.      In light of the complexity and size of this case, it will take additional time for the Debtors to prepare adequate information and thereafter negotiate with the Official Committee of Unsecured Creditors ("UCC").

3.      The Debtors are actively analyzing their real property assets to determine which can be monetized efficiently and for maximum value in order to be able to formulate consensual terms of reorganization.

///

4.     The Debtors are paying bills as they become due, subject to the consent of their lenders for use of cash collateral.

5.     In addition to the ongoing analysis of their real property assets, the Debtors are proceeding with litigation to be able to identify the world of claims that must be addressed and serviced through this case.

6.     The Debtors have commenced discussions with the UCC, which is also conducting its own investigation with its counsel and financial advisor, concerning the terms of a plan.

7.     The case was filed less than four months ago, and this is the Debtors' first request for an extension.

8.     The Debtors are not seeking an extension of exclusivity in order to pressure creditors to submit to their reorganization demands but rather to have adequate time to evaluate all their options and be able to propose a confirmable plan.

9.     The outcomes of the pending litigation matters commenced by Western Alliance Bank  and Zions Bankcorp will have a significant effect on any plan proposed by the Debtors.

**PLEASE TAKE FURTHER NOTICE** that based on the foregoing nine factors, the Debtors request that the Court modify the Scheduling Order and extend exclusivity to provide that the Debtors may have until February 15, 2027 to file their disclosure statement and plan, and until April 14, 2027, to solicit acceptances of the plan.

**PLEASE TAKE FURTHER NOTICE** that this Notice is qualified in its entirety by reference to the Motion and the attachments to the Motion.  A complete copy of the Motion may be requested in writing to Levene, Neale, Bender, Yoo & Golubchik L.L.P., 2818 La Cienega Avenue, Los Angeles, California 90034, Attention: Carmela Pagay, Tel: (310) 229-1234, Fax: (310) 229-1244, Email: CTP@LNBYG.COM.

**PLEASE TAKE FURTHER NOTICE** that Local Bankruptcy Rule 9013-1(o)(1) requires that any request and request for hearing must be filed with the Court and served on the Debtors' counsel and the Office of the United States Trustee within 14 days after the date of

3

service of the notice, plus 3 additional if the notice was served by mail, or pursuant to F.R.Civ.P. Rule 5(b)(2)(D) or (F).

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rule 9013-(1)(h), failure to file and serve a timely response may be deemed consent to the granting of this Motion.

Dated: July 27, 2026

LEVENE, NEALE, BENDER, YOO
& GOLUBCHIK L.L.P.

By:   */s/ David B. Golubchik*
      DAVID B. GOLUBCHIK
      CARMELA T. PAGAY
      Attorneys for Chapter 11 Debtors and
      Debtors in Possession

4

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034.

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF MOTION TO AMEND SCHEDULING ORDER REGARDING DEADLINE TO FILE A DISCLOSURE STATEMENT AND PLAN AND FOR AN EXTENSION OF THE EXCLUSIVITY PERIODS OF 11 U.S.C. § 1121** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **July 27, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Scott R Albrecht    salbrecht@gsaattorneys.com, jackie.nguyen@sgsattorneys.com
- Kyra E Andrassy    kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- Raymond H. Aver    ray@averlaw.com, averlawfirm@gmail.com;ani@averlaw.com;katya@averlaw.com;jesus@averlaw.com
- Jessica L Bagdanov    jbagdanov@bg.law, ecf@bg.law
- John Bistritz    jack.bistritz@afslaw.com
- Michael E Bubman    mbubman@mbn.law, aacosta@mbnlawyers.com
- Greg P Campbell    ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
- Steven Casselberry    Steve.Casselberry@procopio.com, jessica.perez@procopio.com;emily.marsh@procopio.com;calendaringbankruptcy@procopio.com;evangelina.myers@procopio.com;lauren.hill@procopio.com
- David Coats    dacoats@raslg.com
- Marcus Colabianchi    mcolabianchi@duanemorris.com, marcus-colabianchi-2595@ecf.pacerpro.com
- Michael G D'Alba    mgd@lnbyg.com
- Dora Duru    dora.duru@bclplaw.com, verlisa.lewis@bclplaw.com,dora-duru-0321@ecf.pacerpro.com
- Amir Gamliel    amir.gamliel@ashurstperkins.com, cmallahi@perkinscoie.com;DocketLA@perkinscoie.com
- Craig S Ganz    ganzc@ballardspahr.com, BKTDocket_West@ballardspahr.com;phxlsateam@ballardspahr.com
- Nichole Glowin    bankruptcy@zbslaw.com, nglowin@ecf.courtdrive.com
- David B Golubchik    dbg@lnbyg.com, dbg@lnbyg.com
- Arnold L Graff    agraff@wrightlegal.net, nvbkfiling@wrightlegal.net;jpowell@wrightlegal.net
- Adam M Greely    agreely@fbfk.law, dstolar@vrslaw.net
- Steven T Gubner
- Steven T Gubner    sgubner@bg.law, ecf@bg.law
- Sarah Rose Hasselberger    shasselberger@marshackhays.com, shasselberger@ecf.courtdrive.com;cbastida@marshackhays.com;alinares@ecf.courtdrive.com
- Golsa Honarfar    ghonarfar@rutan.com, dmircheff@rutan.com
- Mark S Horoupian    mark.horoupian@gmlaw.com, mhoroupian@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com;karen.files@gmlaw.com;courtmail@gmlaw.com
- Robert B. Kaplan    rkaplan@jeffer.com, rbk@ecf.courtdrive.com
- Ira David Kharasch    ikharasch@pszjlaw.com
- Daniel A Lev    daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com;courtmail@gmlaw.com
- Marc A Lieberman    marc.lieberman@flpllp.com, addy@flpllp.com,ethan@flpllp.com
- Aaron J Malo    amalo@sheppardmullin.com, hudenka@sheppard.com;mlinker@sheppard.com
- Sam Maralan    sm@maralanlaw.com
- Matthew J Marino    mmarino@allenmatkins.com, csandoval@allenmatkins.com
- Elissa Miller    elissa.miller@gmlaw.com, emillersk@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com;courtmail@gmlaw.com
- Kenneth Misken    Kenneth.M.Misken@usdoj.gov
- John A Moe    john.moe@dentons.com, kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com
- Michael S Myers    myersm@ballardspahr.com, BKTDocket_West@ballardspahr.com;phxlsateam@ballardspahr.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                           **F 9013-3.1.PROOF.SERVICE**

- Alan I Nahmias     anahmias@mbn.law, jdale@mbn.law
- Aram Ordubegian     ordubegian.aram@arentfox.com
- Carmela Pagay     ctp@lnbyg.com
- David M Poitras     dpoitras@bg.law
- Thomas J Polis     tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com
- Joseph M Rothberg     jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com
- Joshua L Scheer     jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com
- Daren M Schlecter     daren@schlecterlaw.com, assistant@schlecterlaw.com
- Zev Shechtman     Zev.Shechtman@saul.com,
  Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.Bribiesca@saul.com
- Robyn B Sokol     robyn.sokol@stinson.com,
  lydia.moya@stinson.com;dennette.mulvaney@stinson.com;dbender@leechtishman.com;jnaiya.herd@stinson.com;michelle.hemer@stinson.com
- Michael G Spector     mgspector@aol.com, mgslawoffice@aol.com
- Martin W Taylor     marty.taylor@bclplaw.com, shawn.williams@bclplaw.com,marty-taylor-5681@ecf.pacerpro.com
- Alan G Tippie     Alan.Tippie@gmlaw.com,
  atippie@ecf.courtdrive.com;Karen.Files@gmlaw.com,patricia.dillamar@gmlaw.com,denise.walker@gmlaw.com
- Jennifer R Tullius     jtullius@tulliuslaw.com
- United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov
- Christopher A Ward     cward@lowenstein.com, lsuprum@lowenstein.com
- Sharon Z. Weiss     sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com
- David Wood     dwood@marshackhays.com,
  dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com

**2. SERVED BY UNITED STATES MAIL**: On (*date*) **July 27, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **July 27, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA OVERNIGHT MAIL**
Honorable Scott C. Clarkson
United States Bankruptcy Court
411 West Fourth Street, Suite 5130 / Courtroom 5C
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 27, 2026 | D. Woo | /s/ D. Woo |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                   **F 9013-3.1.PROOF.SERVICE**

Zion Bancorporation, N.A.
dba California Bank & Trust
Attn: Jeffrey Hill
707 Wilshire Blvd., Suite 5700
Los Angeles, CA 90017

Preferred Bank
Attn: Carol Lee
601 S. Figueroa St., 48th Floor
Los Angeles, CA 90017

Banc of California
Attn: Brian Farrell – Legal Dept
3 MacArthur Place
Santa Ana, CA 92707

Western Alliance Bank
c/o Al Thuma
One East Washington Street #1400
Phoenix, AZ 85004

Gerald J. Marcil
43 Malaga Cove Plaza, #D
Palos Verdes, CA 90274

LBC3 Trust, a Delaware Statutory Trust
Attn: Henry Bensen
106 Chestnut Street E
Stillwater, MN 55082

Conejo Loan Investors, LLC
Attn: Jack
2625 Alcatraz Ave., 214
Berkeley, CA 94705

Kimm Paglia
c/o Marshack Hay Wood LLP
870 Roosevelt
Irvine, CA 92620

Mark Genis
697 Corte Estrella
Camarillo, CA 93010

Andrew & Julie Stupin - #11155 – Secured

Clearedge Lending
20 Enterprise, Suite 300
Aliso Viejo, CA 92656

Comerica Bank
1717 Main Street
Dallas, TX 75201

County of Orange
P.O. Box 1438
Santa Ana, CA 92702-1438

First Bank
Attn: Payment Processing
PO Box 790269
Saint Louis, MO 63179

First Bank
Attn: Payment Processing
PO Box 790269
Saint Louis, MO 63179

First Bank
Attn: Payment Processing
PO Box 790269
Saint Louis, MO 63179

First Choice Bank
17785 Center Court Drive, Suite 750
Cerritos, CA 90703

Rocket Mortgage
PO Box 6577
Carol Stream, IL 60197-6577

Secured Income Fund-II c/o
PLM Lender Services, Inc
5446 Thornwood Drive,2nd Floor
San Jose, CA 95123

The Evergeen Advantage
1424 4th Street, Suite 777
Santa Monica, CA 90401

VL Ventures LLC
1303 Avocado Av, Suite 200
Newport Beach, CA 92660