| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Richard K. Howell (State Bar No. 144241)<br>rhowell@rutan.com<br>Damon Mircheff (State Bar No. 216257)<br>dmircheff@rutan.com<br>Golsa Honarfar (State Bar No. 311337)<br>ghonarfar@rutan.com<br>RUTAN & TUCKER, LLP<br>18575 Jamboree Road, 9th Floor<br>Irvine, CA 92612<br>Telephone: 714-641-5100<br>Facsimile: 714-546-9035<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for Movant* | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>AUG 05 2026<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY bolte      DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -** SANTA ANA DIVISION

| | |
|---|---|
| In re:<br>ANDREW STUPIN and JULIE STUPIN | CASE NO.: 8:26-bk-11202-SC<br><br>CHAPTER: 11 |
| | **ORDER ON MOTION FOR PROTECTIVE ORDER PURSUANT TO 11 U.S.C. § 107(c) AND FRBP 9037 TO RESTRICT ACCESS TO FILED DOCUMENTS CONTAINING PERSONAL DATA IDENTIFIERS** |
| Debtor(s) | [No hearing Required] |
| **Movant** *(name):* Enrico Arvielo and Patricia L. Arvielo | |

Having considered Movant's Motion for Protective Order Pursuant to 11 U.S.C. § 107(c) and FRBP 9037 to Restrict Access to Filed Documents Containing Personal Data Identifiers (Motion), filed on August 4, 2026____ (docket entry number 273), the court orders as follows:

☒ The Motion is granted. The court further orders as follows:

1. Movant is authorized and instructed to file amended versions of the documents identified in the Motion with the personal identifiers redacted. (A copy of the list of documents identified in the Motion to be redacted and public access to be restricted is attached.)

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California

2.   The clerk of the court is directed to restrict public access to the originally filed documents identified in the Motion in order to keep the personal data identifiers confidential disclosed in the original documents. (A copy of the list of documents identified in the Motion to be redacted and public access to be restricted is attached.)

☐ The Motion is denied.

Date: August 5, 2026

Scott C. Clarkson
United States Bankruptcy Judge

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California

*November 2014*                    Page 2                    **F 9037-1.1.ORDER.RESTRICT.PERS.ID**

ATTACHMENT TO ORDER GRANTING MOTION FOR PROTECTIVE ORDER PURSUANT TO 11 U.S.C. § 107(c) AND FRBP 9037 TO RESTRICT ACCESS TO FILED DOCUMENTS CONTAINING PERSONAL DATA IDENTIFIERS

**LIST OF DOCUMENTS IDENTIFIED IN MOTION TO BE REDACTED
AND PUBLIC ACCESS TO BE RESTRICTED**

| Docket or Claim No. | Date filed | Name of Document |
|---|---|---|
| 149-11 | July 1, 2026 | Exhibit 8 to Declaration of Enrico Arivelo In Support of Arvielos' Motion For Relief From The Automatic Stay |
| 149-12 | July 1, 2026 | Exhibit 9 to Declaration of Enrico Arivelo In Support of Arvielos' Motion For Relief From The Automatic Stay |
| 149-13 | July 1, 2026 | Exhibit 10 to Declaration of Enrico Arivelo In Support of Arvielos' Motion For Relief From The Automatic Stay |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California