Ira D. Kharasch (State Bar No. 109084)
Cia H. Mackle (*Admitted Pro Hac Vice*)
Brooke E. Wilson (State Bar No. 354614)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile:  310/201-0760
E-mail:  ikharasch@pszjlaw.com
        cmackle@pszjlaw.com
        bwilson@pszjlaw.com

Counsel to the Official Committee of
Unsecured Creditors

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>ANDREW STUPIN and JULIE STUPIN,<br><br><br>Debtors and Debtors in Possession. | Case No.  8:26-bk-11202-SC<br><br>Chapter 11<br><br>**STIPULATION OF DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS EXTENDING (1) TIME FOR COMMITTEE TO RESPOND TO MOTION TO AMEND SCHEDULING ORDER AND EXTENDING DEADLINE TO FILE CHAPTER 11 PLAN; AND (2) DEADLINE TO FILE PLAN**<br><br>[Related to Docket No. 259]<br><br>[No Hearing Required] |

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, THE DEBTORS AND DEBTORS IN POSSESSION, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL PARTIES REQUESTING SPECIAL NOTICE:**

**IT IS HEREBY STIPULATED AND AGREED**, by and between Andrew Stupin and Julie Stupin (the above-captioned debtors, the "Debtors") on the one hand, and the Official Committee of Unsecured Creditors appointed in the chapter 11 case of the Debtors (the "Committee" and together with the Debtors, the "Parties") on the other, through their respective undersigned counsel, subject to the approval of the Court, as follows:

**WHEREAS**, the Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the

4921-6994-8356.5 81994.00002

United States Code (the "Bankruptcy Code") on April 17, 2026;

**WHEREAS**, the Committee was appointed by the U.S. Trustee on May 21, 2026 [Docket No. 62];

**WHEREAS**, pursuant to section 1121 of the Bankruptcy Code, the Debtors have the exclusive right to file a chapter 11 plan (the "Exclusive Filing Period") until August 15, 2026, and if a chapter 11 plan is filed within the Exclusive Filing Period, the exclusive right to obtain acceptances of its plan (the "Exclusive Solicitation Period") until October 14, 2026;

**WHEREAS**, on June 4, 2026, the United States Bankruptcy Court for the Central District of California (the "Court") entered its *Scheduling Order Following Initial Chapter 11 Status Conference* [Docket No. 74] (the "Scheduling Order");

**WHEREAS**, the Scheduling Order set a deadline of August 17, 2026 for the Debtors to file a chapter 11 plan and disclosure statement (the "Plan Filing Deadline");

**WHEREAS**, on July 27, 2027, the Debtors filed their *Motion to Amend Scheduling Order Regarding Deadline to File a Disclosure Statement and Plan and for an Extension of the Exclusivity Periods of 11 U.S.C. § 1121* [Docket No. 259] (the "Motion") seeking to extend the Plan Deadline and Exclusive Filing Period to February 15, 2027 and the Exclusive Solicitation Period to April 14, 2027;

**WHEREAS**, under Local Bankruptcy Rule 9013-1(o), the current deadline for the Committee to object to the Motion is August 10, 2026; and

**WHEREAS**, the Committee believes additional time is necessary for the Committee and its advisors to discuss the requested extensions with the Debtors and their advisors, and the Debtors are amenable, and agree with the Committee, to extend the time for the Committee to file any objection to the Motion and the applicable deadlines pursuant to the terms set forth below.

**THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:**

1.    The Committee shall have until and to August 20, 2026 at 4:00 p.m. (Pacific Time) to file with the Court and serve on Debtors' counsel by email, any objection or other response to the Motion ("Committee Filing").

2.    In the event the Parties cannot resolve the Committee Filing, the Debtors may request a hearing on the Motion and Committee Filing.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

3.      The Parties agree to an extension of the Plan Filing Deadline through and including the later of: (i) September 17, 2026, without prejudice to further extensions subject to order of the Court, and (ii) thirty (30) days after resolution of the Motion.

4.      The Parties agree to the extension of the Exclusive Filing Period and Exclusive Solicitation Period until thirty (30) days after resolution of the Motion.

5.      This Stipulation shall be without prejudice to any party securing further extensions of time consensually upon further agreement of the Parties or from the Court upon showing of good cause.

**IT IS SO STIPULATED.**

Dated:    August 6, 2026          PACHULSKI STANG ZIEHL & JONES  LLP


By  /s/ *Ira D. Kharasch*
         Ira D. Kharasch

*Counsel to the Official Committee of Unsecured Creditors*


LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.

By  /s/
         David B. Golubchik
         Carmela T. Pagay
         Joseph M. Rothberg
         2818 La Cienega Avenue
         Los Angeles, CA 90034
         Telephone: (310) 229-1234
         Facsimile: (310) 229-1244

*Counsel to the Debtors and Debtors in Possession*

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

4921-6994-8356.5 81994.00002                    3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
10100 Santa Monica Blvd., 13th Fl., Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*):  **STIPULATION OF DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS EXTENDING (1) TIME FOR COMMITTEE TO RESPOND TO MOTION TO AMEND SCHEDULING ORDER AND EXTENDING DEADLINE TO FILE CHAPTER 11 PLAN; AND (2) DEADLINE TO FILE PLAN** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **August 6, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) **August 6, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **_____, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 6, 2026 | Nancy H. Brown | */s/ Nancy H. Brown* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

4903-9412-8325.1 81994.00002

## 1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): **Case 8:26-bk-11202-SC**

- **Scott R Albrecht**   salbrecht@gsaattorneys.com, jackie.nguyen@sgsattorneys.com
- **Kyra E Andrassy**   kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- **Raymond H. Aver**   ray@averlaw.com, averlawfirm@gmail.com;ani@averlaw.com;katya@averlaw.com;jesus @averlaw.com
- **Jessica L Bagdanov**   jbagdanov@bg.law, ecf@bg.law
- **John Bistritz**   jack.bistritz@afslaw.com
- **Michael E Bubman**   mbubman@mbn.law, aacosta@mbnlawyers.com
- **Greg P Campbell**   ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
- **Steven Casselberry**   Steve.Casselberry@procopio.com, jessica.perez@procopio.com;emily.marsh@procopio.com;calendaringb ankruptcy@procopio.com;evangelina.myers@procopio.com;lauren.hill @procopio.com
- **David Coats**   dacoats@raslg.com
- **Marcus Colabianchi**   mcolabianchi@duanemorris.com, marcus-colabianchi-2595@ecf.pacerpro.com
- **Michael G D'Alba**   mgd@lnbyg.com
- **Ryan J DeRose**   ryan@parkandlim.com, cathy@parkandlim.com
- **Dora Duru**   dora.duru@bclplaw.com, verlisa.lewis@bclplaw.com,dora-duru-0321@ecf.pacerpro.com
- **Amir Gamliel**   amir.gamliel@ashurstperkins.com, cmallahi@perkinscoie.com;DocketLA@perkinscoie.com
- **Craig S Ganz**   ganzc@ballardspahr.com, BKTDocket_West@ballardspahr.com;phxlsateam@ballardspahr.com
- **Nichole Glowin**   bankruptcy@zbslaw.com, nglowin@ecf.courtdrive.com
- **Robert P Goe**   rgoe@goeforlaw.com, kmurphy@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@not ify.bestcase.com;ajohnston@goeforlaw.com
- **David B Golubchik**   dbg@lnbyg.com, dbg@lnbyg.com
- **Arnold L Graff**   agraff@wrightlegal.net, nvbkfiling@wrightlegal.net;jpowell@wrightlegal.net
- **Adam M Greely**   agreely@fbfk.law, dstolar@vrslaw.net
- **Steven T Gubner**
- **Steven T Gubner**   sgubner@bg.law, ecf@bg.law
- **Sarah Rose Hasselberger**   shasselberger@marshackhays.com, shasselberger@ecf.courtdrive.com;cbastida@marshackhays.com;alinar es@ecf.courtdrive.com
- **Golsa Honarfar**   ghonarfar@rutan.com, dmircheff@rutan.com
- **Mark S Horoupian**   mark.horoupian@gmlaw.com, mhoroupian@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com;karen.f iles@gmlaw.com;courtmail@gmlaw.com
- **Robert B. Kaplan**   rkaplan@jeffer.com, rbk@ecf.courtdrive.com
- **Ira David Kharasch**   ikharasch@pszjlaw.com
- **Daniel A Lev**   daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com;courtmail@gm law.com
- **Marc A Lieberman**   marc.lieberman@flpllp.com, addy@flpllp.com,ethan@flpllp.com
- **Aaron J Malo**   amalo@sheppardmullin.com, hudenka@sheppard.com;mlinker@sheppard.com
- **Sam Maralan**   sm@maralanlaw.com
- **Matthew J Marino**   mmarino@allenmatkins.com, csandoval@allenmatkins.com
- **Elissa Miller**   elissa.miller@gmlaw.com, emillersk@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com;courtmail @gmlaw.com
- **Kenneth Misken**   Kenneth.M.Misken@usdoj.gov
- **John A Moe**   john.moe@dentons.com, kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.G ENERAL.LIT.LOS@dentons.com
- **Michael S Myers**   myersm@ballardspahr.com, BKTDocket_West@ballardspahr.com;phxlsateam@ballardspahr.com
- **Alan I Nahmias**   anahmias@mbn.law, jdale@mbn.law
- **Aram Ordubegian**   ordubegian.aram@arentfox.com
- **Carmela Pagay**   ctp@lnbyg.com
- **David M Poitras**   dpoitras@bg.law
- **Thomas J Polis**   tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com
- **Joseph M Rothberg**   jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com
- **Joshua L Scheer**   jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com
- **Daren M Schlecter**   daren@schlecterlaw.com, assistant@schlecterlaw.com
- **Zev Shechtman**   Zev.Shechtman@saul.com, Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;Liti gationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.Bribiesca @saul.com
- **Robyn B Sokol**   robyn.sokol@stinson.com, lydia.moya@stinson.com;dennette.mulvaney@stinson.com;dbender@l eechtishman.com;jnaiya.herd@stinson.com
- **Michael G Spector**   mgspector@aol.com, mgslawoffice@aol.com
- **Martin W Taylor**   marty.taylor@bclplaw.com, shawn.williams@bclplaw.com,marty-taylor-5681@ecf.pacerpro.com
- **Alan G Tippie**   Alan.Tippie@gmlaw.com, atippie@ecf.courtdrive.com;Karen.Files@gmlaw.com,patricia.dillamar @gmlaw.com,denise.walker@gmlaw.com
- **Jennifer R Tullius**   jtullius@tulliuslaw.com
- **United States Trustee (SA)**   ustpregion16.sa.ecf@usdoj.gov
- **Christopher A Ward**   cward@lowenstein.com, lsuprum@lowenstein.com
- **Sharon Z. Weiss**   sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com
- **David Wood**   dwood@marshackhays.com, dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda @ecf.courtdrive.com;alinares@ecf.courtdrive.com

## 2. SERVED BY UNITED STATES MAIL:

| | | |
|---|---|---|
| United States Trustee (SA)<br>411 W Fourth St., Suite 7160<br>Santa Ana, CA 92701-4593 | | |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

4903-9412-8325.1 81994.00002

| DENTONS US LLP<br>Attn: Andrea C. Chang<br>601 South Figueroa St., Suite 2500<br>Los Angeles, CA 90017-5704 | Bryan Cave Leighton Paisner LLP<br>Attn: Martin W. Taylor; David J. Root; Dora Duru<br>1920 Main Street, Suite 1000<br>Irvine, CA 92614 | PERKINS COIE LLP<br>Attn: Amir Gamliel; Dylan Houle<br>1888 Century Park East, Suite 1700<br>Los Angeles, CA 90067-1721 |
| --- | --- | --- |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

4903-9412-8325.1 81994.00002