Ira D. Kharasch (State Bar No. 109084)
Cia H. Mackle (*Admitted Pro Hac Vice*)
Brooke E. Wilson (State Bar No. 354614)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile:  310/201-0760
E-mail:  ikharasch@pszjlaw.com
            cmackle@pszjlaw.com
            bwilson@pszjlaw.com

Counsel to the Official Committee of
Unsecured Creditors

**FILED & ENTERED**

**AUG 07 2026**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bolte        DEPUTY CLERK**

**CHANGES MADE BY COURT**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>ANDREW STUPIN and JULIE STUPIN,<br><br><br>Debtors and Debtors in Possession. | Case No. 8:26-bk-11202-SC<br><br>Chapter 11<br><br>**ORDER APPROVING THE STIPULATION OF DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS EXTENDING (1) TIME FOR COMMITTEE TO RESPOND TO MOTION TO AMEND SCHEDULING ORDER AND EXTENDING DEADLINE TO FILE CHAPTER 11 PLAN; AND (2) DEADLINE TO FILE PLAN**<br><br>[Relates To Dkt. No. 279]<br><br>[No Hearing Required] |

The Court, having reviewed and considered the *Stipulation of Debtors and the Official Committee of Unsecured Creditors Extending Time for Committee to Respond to Motion to Amend Scheduling Order and Extending Deadline to File Chapter 11 Plan* (the "Stipulation"),[1] and good cause appearing therefor:

**IT IS HEREBY ORDERED AS FOLLOWS:**

1.    The Committee shall have until and to August 20, 2026 at 4:00 p.m. (Pacific Time) to

---

[1]    A capitalized term used but not defined herein shall have the meaning ascribed to it in the Stipulation.

4938-6693-9076.4 81994.00002

file with the Court and serve on Debtors' counsel by email, any objection or other response to the Motion ("Committee Filing").

2.      In the event the Parties cannot resolve the Committee Filing, the Debtors may request a hearing on the Motion and Committee Filing.

3.      The deadline for the Debtors to file a chapter 11 plan and disclosure statement as set forth in the Scheduling Order is extended through and including (i) September 17, 2026.

4.      This Stipulation shall be without prejudice to any party securing further extensions of time consensually upon further agreement of the Parties or from the Court upon showing of good cause.

######

Date: August 7, 2026

Scott C. Clarkson
United States Bankruptcy Judge

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

2

4938-6693-9076.4 81994.00002