Ira D. Kharasch (State Bar No. 109084)
Brooke E. Wilson (State Bar No. 354614)
Cia H. Mackle (*Admitted Pro Hac Vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail: ikharasch@pszjlaw.com
bwilson@pszjlaw.com
cmackle@pszjlaw.com

[Proposed] Counsel to the Official Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>ANDREW STUPIN and JULIE STUPIN,<br><br>Debtors and Debtors in Possession. | Case No. 8:26-bk-11202-SC<br><br>Chapter 11<br><br>**STIPULATION OF DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FURTHER EXTENDING TIME FOR COMMITTEE TO OBJECT TO DEBTORS' EXEMPTIONS**<br><br>[Related to Docket Nos. 121, 253, 258]<br><br>[No Hearing Required] |

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, THE DEBTORS AND DEBTORS IN POSSESSION, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL PARTIES REQUESTING SPECIAL NOTICE:**

**IT IS HEREBY STIPULATED AND AGREED**, by and between Andrew Stupin and Julie Stupin (the above-captioned debtors, the "Debtors") on the one hand, and the Official Committee of Unsecured Creditors appointed in the chapter 11 case of the Debtors (the "Committee" and together with the Debtors, the "Parties"), through their respective undersigned counsel, subject to the approval of the Court, as follows:

**WHEREAS**, the Committee was appointed by the U.S. Trustee on May 21, 2026 [Docket No. 62];



PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

**WHEREAS**, on June 26, 2026, the Debtors filed their amended Schedules of Assets and Liabilities including an amended Schedule C (property claimed as exempt) (as may be amended, "Schedule C Exemptions") [Docket No. 121];

**WHEREAS**, the section 341 meeting of creditors in the Debtors' case was convened on June 29, 2026;

**WHEREAS**, under Fed. R. Bankr. P. 4003, the original deadline for the Committee to object to the Schedule C Exemptions was July 29, 2026;

**WHEREAS**, the Debtors and the Committee entered into that certain *Stipulation of Debtors and the Official Committee of Unsecured Creditors Extending Time For Committee To Object To Debtors' Exemptions* [Docket No. 253], which was approved by the Court pursuant to an order entered on July 27, 2026 [Docket No. 258]; the Stipulation extended the deadline for the Committee to object to the Schedule C Exemptions to August 26, 2026;

**WHEREAS**, the Committee believes additional time is necessary for the Committee and its advisors to review the Schedule C Exemptions and related matters, and the Debtors are amenable, and agree with the Committee, to extend the time for the Committee to file any objection to the Schedule C Exemptions pursuant to the terms set forth below;

**THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:**

1. Pursuant to Bankruptcy Rule 4003, the Committee shall have until and to September 25, 2026 at 5:00 p.m. (Pacific) to file with the Court and serve on Debtors' counsel by email, any objection or other response to the Schedule C Exemptions ("Committee Filing").

2. In the event the Parties cannot resolve the Committee Filing, the Debtors may request a hearing on the Schedule C Exemptions and Committee Filing.

3. This Stipulation shall be without prejudice to any party securing further extensions of time consensually upon further agreement of the Parties or from the Court upon showing of good cause.

*[Remainder of Page Intentionally Left Blank]*

**IT IS SO STIPULATED.**

Dated: August 25, 2026

PACHULSKI STANG ZIEHL & JONES LLP

By /s/ *Ira D. Kharasch*
Ira D. Kharasch

[Proposed] Counsel to the Official Committee of Unsecured Creditors

LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.



By

David B. Golubchik
Carmela T. Pagay
Joseph M. Rothberg
2818 La Cienega Avenue
Los Angeles, CA 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244

Counsel to the Debtors and Debtors in Possession

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
10100 Santa Monica Blvd., 13th Fl., Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION OF DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FURTHER EXTENDING TIME FOR COMMITTEE TO OBJECT TO DEBTORS' EXEMPTIONS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **August 25, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) **_____, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **_______, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| August 25, 2026 | Sophia Lee | /s/ Sophia Lee |
| *Date* | *Printed Name* | *Signature* |

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Case 8:26-bk-11202-SC**

- **Scott R Albrecht** salbrecht@gsaattorneys.com, jackie.nguyen@sgsattorneys.com
- **Kyra E Andrassy** kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- **Raymond H. Aver** ray@averlaw.com, averlawfirm@gmail.com;ani@averlaw.com;katya@averlaw.com;jesus@averlaw.com
- **Jessica L Bagdanov** jbagdanov@bg.law, ecf@bg.law
- **Michael E Bubman** mbubman@mbn.law, aacosta@mbnlawyers.com
- **Greg P Campbell** ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
- **Steven Casselberry** Steve.Casselberry@procopio.com, jessica.perez@procopio.com;emily.marsh@procopio.com;calendaringbankruptcy@procopio.com;evangelina.myers@procopio.com;lauren.hill@procopio.com
- **David Coats** dacoats@raslg.com
- **Marcus Colabianchi** mcolabianchi@duanemorris.com, marcus-colabianchi-2595@ecf.pacerpro.com
- **Michael G D'Alba** mgd@lnbyg.com
- **Dora Duru** dora.duru@bclplaw.com, verlisa.lewis@bclplaw.com,dora-duru-0321@ecf.pacerpro.com
- **Amir Gamliel** agamliel@perkinscoie.com, cmallahi@perkinscoie.com;DocketLA@perkinscoie.com
- **Craig S Ganz** ganzc@ballardspahr.com, BKTDocket_West@ballardspahr.com;phxlsateam@ballardspahr.com
- **Nichole Glowin** bankruptcy@zbslaw.com, nglowin@ecf.courtdrive.com
- **David B Golubchik** dbg@lnbyg.com, dbg@lnbyg.com
- **Arnold L Graff** agraff@wrightlegal.net, nvbkfiling@wrightlegal.net;jpowell@wrightlegal.net
- **Adam M Greely** agreely@fbfk.law, dstolar@vrslaw.net
- **Steven T Gubner**
- **Steven T Gubner** sgubner@bg.law, ecf@bg.law
- **Sarah Rose Hasselberger** shasselberger@marshackhays.com, shasselberger@ecf.courtdrive.com;cbastida@marshackhays.com;alinares@ecf.courtdrive.com
- **Golsa Honarfar** ghonarfar@rutan.com, dmircheff@rutan.com
- **Mark S Horoupian** mark.horoupian@gmlaw.com, mhoroupian@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com;karen.files@gmlaw.com;courtmail@gmlaw.com
- **Robert B. Kaplan** rkaplan@jeffer.com, rbk@ecf.courtdrive.com
- **Ira David Kharasch** ikharasch@pszjlaw.com
- **Daniel A Lev** daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com;courtmail@gmlaw.com
- **Aaron J Malo** amalo@sheppardmullin.com, hudenka@sheppard.com;mlinker@sheppard.com
- **Sam Maralan** sm@maralanlaw.com
- **Matthew J Marino** mmarino@allenmatkins.com, csandoval@allenmatkins.com
- **Elissa Miller** elissa.miller@gmlaw.com, emillersk@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com;courtmail@gmlaw.com
- **Kenneth Misken** Kenneth.M.Misken@usdoj.gov
- **John A Moe** john.moe@dentons.com, kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com
- **Michael S Myers** myersm@ballardspahr.com, BKTDocket_West@ballardspahr.com;phxlsateam@ballardspahr.com
- **Alan I Nahmias** anahmias@mbn.law, jdale@mbn.law
- **Aram Ordubegian** ordubegian.aram@arentfox.com
- **Carmela Pagay** ctp@lnbyg.com
- **David M Poitras** dpoitras@bg.law
- **Joseph M Rothberg** jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com
- **Joshua L Scheer** jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com
- **Daren M Schlecter** daren@schlecterlaw.com, assistant@schlecterlaw.com
- **Zev Shechtman** Zev.Shechtman@saul.com, Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.Bribiesca@saul.com
- **Robyn B Sokol** robyn.sokol@stinson.com, lydia.moya@stinson.com;dennette.mulvaney@stinson.com;dbender@leechtishman.com;jnaiya.herd@stinson.com
- **Michael G Spector** mgspector@aol.com, mgslawoffice@aol.com
- **Martin W Taylor** marty.taylor@bclplaw.com, shawn.williams@bclplaw.com,marty-taylor-5681@ecf.pacerpro.com
- **Jennifer R Tullius** jtullius@tulliuslaw.com
- **United States Trustee (SA)** ustpregion16.sa.ecf@usdoj.gov
- **Christopher A Ward** cward@lowenstein.com, lsuprum@lowenstein.com
- **Sharon Z. Weiss** sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com
- **David Wood** dwood@marshackhays.com, dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com