Ira D. Kharasch (State Bar No. 109084)
Cia H. Mackle (*Admitted Pro Hac Vice*)
Brooke E. Wilson (State Bar No. 354614)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail: ikharasch@pszjlaw.com
cmackle@pszjlaw.com
bwilson@pszjlaw.com

Counsel to the Official Committee of Unsecured Creditors

FILED & ENTERED

AUG 27 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte DEPUTY CLERK

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

In re:

ANDREW STUPIN and JULIE STUPIN,

Debtors and Debtors in Possession.

Case No. 8:26-bk-11202-SC

Chapter 11

**ORDER APPROVING THE STIPULATION OF DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FURTHER EXTENDING TIME FOR COMMITTEE TO OBJECT TO DEBTORS' EXEMPTIONS**

[Relates To Dkt. No. 307]

[No Hearing Required]

The Court, having reviewed and considered the *Stipulation of Debtors and the Official Committee of Unsecured Creditors Further Extending Time for Committee to Object to Debtors' Exemption* (the "Stipulation"),[1] and good cause appearing therefor:

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Committee shall have until and to September 25, 2026 at 5:00 p.m. (Pacific Time) to file with the Court and serve on Debtors' counsel by email, any objection or other response to the Schedule C Exemptions ("Committee Filing").

[1] A capitalized term used but not defined herein shall have the meaning ascribed to it in the Stipulation.

2. In the event the Parties cannot resolve the Committee Filing, the Debtors may request a hearing on the Schedule C Exemptions and Committee Filing.

3. This Stipulation shall be without prejudice to any party securing further extensions of time consensually upon further agreement of the Parties or from the Court upon showing of good cause.

######

Date: August 27, 2026

Scott C. Clarkson
United States Bankruptcy Judge

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA