DAVID GOLUBCHIK (State Bar No. 185520)
dbg@lnbyg.com
CARMELA T. PAGAY (State Bar No. 195603)
cto@lnbyg.com
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244

Attorneys for Debtors and Debtors in Possession

FILED & ENTERED

AUG 27 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>ANDREW STUPIN and JULIE STUPIN,<br><br>Debtors and Debtors in Possession. | Case No.: 8:26-bk-11202-SC<br><br>Chapter 11 Case<br><br>**ORDER APPROVING STIPULATION EXTENDING (1) DEADLINE TO FILE A DISCLOSURE STATEMENT AND PLAN; AND (2) THE EXCLUSIVITY PERIOD OF 11 U.S.C. § 1121** |

This Court, having considered that certain Stipulation Extending (1) Deadline To File A Disclosure Statement and Plan; And (2) The Exclusivity Period Of 11 U.S.C. § 1121 ("Stipulation"), entered into by and between Andrew Stupin and Julie Stupin the above-captioned debtors and debtors in possession (the "Debtors") on the one hand, and the Official Committee of Unsecured Creditors appointed in the chapter 11 case of the Debtors (the "Committee") on the other, the entire record in this case, and good cause appearing,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Stipulation is approved in its entirety;
2. The current deadline to file a plan of reorganization, as well as the Debtors' exclusivity period to file such plan, is hereby extended through and including December 17, 2026;
3. The Debtors' exclusivity period to solicit such plan is hereby extended through and including February 15, 2027; and
4. The foregoing extensions are without prejudice to further extensions subject to order of the Court, and without prejudice to the Committee seeking earlier termination of the foregoing deadline subject to order of the Court.

###

Date: August 27, 2026

Scott C. Clarkson
United States Bankruptcy Judge