Alan G. Tippie (CA Bar No. 89587)
alan.tippie@gmlaw.com
Elissa D. Miller (CA Bar No. 120029)
elissa.miller@gmlaw.com
Mark S. Horoupian (CA Bar No. 175373)
mark.horoupian@gmlaw.com
**GREENSPOON MARDER LLP**
1875 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone: 213.626.2311
Facsimile: 954.771.9264

Attorneys for Cedar Group, LLC, Century Group, LLC and Pioneer Group, LLC

FILED & ENTERED

AUG 31 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>ANDREW STUPIN and JULIE STUPIN<br><br>Debtors. | Case No. 8:26-bk-11202-SC<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATION TO EXTEND BAR DATE FOR FILING PROOFS OF CLAIM**<br><br>[Relates to Dkt No. 313]<br><br>Place: 411 West Fourth Street<br>Santa Ana, CA 92701-4593 |

Having consider the *Stipulation to Extend Bar Date for Filing Proofs of Claim* (the "Stipulation") entered into by and between Cedar Group, LLC ("Cedar"), Pioneer Group, LLC ("Pioneer"), and Century Group, LLC ("Century"), on the one hand, and Andrew Stupin and Julie Stupin, debtors and debtors in possession (the "Debtors", and sometimes collectively with Cedar, Pioneer, and Century, the "Parties"), on the other hand, and finding good cause therefore, the Court HEREBY ORDERS AS FOLLOWS:

1. The Stipulation is approved;

2. The Claims Bar Date for Cedar, Pioneer and Century is extended to and including October 29, 2026 (the "Extended Claims Bar Date"), such that any proof of claim filed by Cedar, Pioneer or Century filed on or before the Extended Claims Bar Date shall be deemed

timely filed.

3. Further extensions of the Claims Bar Date may be agreed by stipulation and order of the Court, or in the absence of such agreement, may be sought by Cedar, Pioneer or Century.

4. Except as expressly set forth herein, all rights, claims, defenses, objections, offsets, recoupment rights, and causes of action of the Debtors and Cedar, Century, and Pioneer are preserved and not waived.

5. The Stipulation shall not constitute an admission by any of the Parties regarding: (a) the existence, validity, priority, extent, amount, secured status, or allowance of any claim; (b) the Debtors' liability on any claim; or (c) any defense to any claim.

# # #

Date: August 31, 2026

Scott C. Clarkson
United States Bankruptcy Judge