DAVID GOLUBCHIK (State Bar No. 185520)
dbg@lnbyg.com
CARMELA T. PAGAY (State Bar No. 195603)
ctp@lnbyg.com
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244

Attorneys for Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>ANDREW STUPIN and JULIE STUPIN,<br><br>Debtors and Debtors in Possession. | Case No.: 8:26-bk-11202-SC<br><br>Chapter 11 Case<br><br>**NOTICE OF APPLICATION OF CHAPTER 11 DEBTORS TO EMPLOY LA REAL ESTATE GROUP, INC. AND CBRE AS REAL ESTATE BROKERS**<br><br>[No hearing required unless requested] |

**TO ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that Andrew Stupin and Julie Stupin, debtors and debtors in possession in the above-referenced chapter 11 bankruptcy case (the "Debtors"), have filed an application ("Application") for authority to employ LA Real Estate Group, Inc. ("LREG") and CBRE as their real estate brokers, pursuant to 11 U.S.C. § 327(a) with compensation pursuant to 11 U.S.C. § 328. The Debtors seek to employ LREG and CBRE effective as of August 27, 2026. LREG is located at 1437 7th Street, Suite 250, Santa Monica, California 90404. CBRE is located at 18575 Jamboree Road, Suite 600, Irvine, CA 92612.

**PLEASE TAKE FURTHER NOTICE** that among the Debtors' real property assets are the following real properties (hereinafter, collectively, the "Properties"):

a. 8067 & 8079 Chapman Avenue, Stanton

b. 8091 & 8103 Chapman Avenue, Stanton

The Debtors seek to employ LREG and CBRE as their real estate brokers pursuant to 11 U.S.C. § 327(a) at the expense of the Debtors' bankruptcy estate with compensation to be paid from the sale proceeds pursuant to 11 U.S.C. § 328, without the need for a further application for compensation. LREG and CBRE agree that disputes between the Debtors and LREG or CBRE will be resolved by the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that the proposed listing agreements for the Properties (the "Agreements") are attached as **Exhibits "3"-"4"** to the Application. Below is a summary of the most salient terms of the Agreements:

a. In the event of a sale of any of the Properties, LREG and CBRE shall be paid a commission equal to 2.25% of the gross sale price, with such commission to be divided equally between LREG and CBRE.

b. The term of the Agreements will be from August 27, 2026 to August 27, 2027.

c. Neither LREG and CBRE will not receive a commission if any of the Properties is not sold, and/or is refinanced.

**PLEASE TAKE FURTHER NOTICE** that LREG and CBRE understand the provisions of 11 U.S.C. §§ 327 and 328, which require among other things, Court approval of the Debtors' employment of LREG and CBRE as real estate brokers and of all fees and reimbursements of expenses that LREG and CBRE will receive from the Debtors and their estate. LREG and CBRE seek to be employed pursuant to 11 U.S.C. § 327(a) and compensated pursuant to 11 U.S.C. § 328.

**PLEASE TAKE FURTHER NOTICE** that to the best of LREG's and CBRE's knowledge, they do not have any connections that would prevent them from disinterestedly representing the Debtors as real estate brokers for the benefit of the Debtors and the estate.

**PLEASE TAKE FURTHER NOTICE** that a complete copy of the Application may be requested in writing to Levene, Neale, Bender, Yoo & Golubchik L.L.P., 2818 La Cienega Avenue, Los Angeles, California 90034, Attention: Carmela Pagay, Tel: (310) 229-1234, Fax: (310) 229-1244, Email: CTP@LNBYG.COM.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Bankruptcy Rule 2014-1(b)(3)(E), any objection to and request for a hearing on the Application, in the form required by Local Bankruptcy Rule 9013-1(f)(1), must be filed and served on the Debtors, LNBYG and the Office of the United States Trustee within fourteen (14) days after the date of service of this Notice plus three (3) additional days if served by mail, electronically, or pursuant to Rule 5(b)(2)(D) or (F) of the Federal Rules of Civil Procedure and Rule 9006 of the Federal Rules of Bankruptcy Procedure.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Bankruptcy Rule 2014-1(b)(4), if no objection and request for a hearing on the Application is timely filed and served, LNBYG will promptly lodge a proposed order approving the Application.

Dated: September 1, 2026

LEVENE, NEALE, BENDER, YOO
& GOLUBCHIK L.L.P.

By: */s/ David B. Golubchik*
DAVID B. GOLUBCHIK
CARMELA T. PAGAY
Attorneys for Chapter 11 Debtors and Debtors in Possession

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034.

A true and correct copy of the foregoing document entitled: **Notice Of Application Of Chapter 11 Debtors To Employ La Real Estate Group, Inc. And CBRE As Real Estate Brokers** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **September 1, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Scott R Albrecht salbrecht@gsaattorneys.com, jackie.nguyen@sgsattorneys.com
- Kyra E Andrassy kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- Raymond H. Aver ray@averlaw.com, averlawfirm@gmail.com;ani@averlaw.com;katya@averlaw.com;jesus@averlaw.com
- Jessica L Bagdanov jbagdanov@bg.law, ecf@bg.law
- John Bistritz jack.bistritz@afslaw.com
- Michael E Bubman mbubman@mbn.law, aacosta@mbnlawyers.com
- Greg P Campbell ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
- Steven Casselberry Steve.Casselberry@procopio.com, jessica.perez@procopio.com;emily.marsh@procopio.com;calendaringbankruptcy@procopio.com;evangelina.myers@procopio.com;lauren.hill@procopio.com
- David Coats dacoats@raslg.com
- Marcus Colabianchi mcolabianchi@duanemorris.com, marcus-colabianchi-2595@ecf.pacerpro.com
- Michael G D'Alba mgd@lnbyg.com
- Ryan J DeRose heesok@parkandlim.com, cathy@parkandlim.com
- Dora Duru dora.duru@bclplaw.com, verlisa.lewis@bclplaw.com,dora-duru-0321@ecf.pacerpro.com
- Amir Gamliel amir.gamliel@ashurstperkins.com, cmallahi@perkinscoie.com;DocketLA@perkinscoie.com
- Craig S Ganz ganzc@ballardspahr.com, BKTDocket_West@ballardspahr.com;phxlsateam@ballardspahr.com
- Nichole Glowin bankruptcy@zbslaw.com, nglowin@ecf.courtdrive.com
- Robert P Goe rgoe@goeforlaw.com, kmurphy@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com
- David B Golubchik dbg@lnbyg.com, dbg@lnbyg.com
- Arnold L Graff agraff@wrightlegal.net, nvbkfiling@wrightlegal.net;jpowell@wrightlegal.net
- Adam M Greely agreely@fbfk.law, dstolar@vrslaw.net
- Steven T Gubner
- Steven T Gubner sgubner@bg.law, ecf@bg.law
- Sarah Rose Hasselberger shasselberger@marshackhays.com, shasselberger@ecf.courtdrive.com;cbastida@marshackhays.com;alinares@ecf.courtdrive.com
- Golsa Honarfar ghonarfar@rutan.com, dmircheff@rutan.com
- Mark S Horoupian mark.horoupian@gmlaw.com, mhoroupian@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com;karen.files@gmlaw.com;courtmail@gmlaw.com
- Robert B. Kaplan rkaplan@jeffer.com, rbk@ecf.courtdrive.com
- Lior Katz lior@katzlaw.com

- Ira David Kharasch ikharasch@pszjlaw.com
- Daniel A Lev daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com;courtmail@gmlaw.com
- Marc A Lieberman marc.lieberman@flpllp.com, addy@flpllp.com,ethan@flpllp.com
- Aaron J Malo amalo@sheppardmullin.com, hudenka@sheppard.com;mlinker@sheppard.com
- Sam Maralan sm@maralanlaw.com
- Matthew J Marino mmarino@allenmatkins.com, csandoval@allenmatkins.com
- Elissa Miller elissa.miller@gmlaw.com, emillersk@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com;courtmail@gmlaw.com
- Kenneth Misken Kenneth.M.Misken@usdoj.gov
- John A Moe john.moe@dentons.com, kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com
- Michael S Myers myersm@ballardspahr.com, BKTDocket_West@ballardspahr.com;phxlsateam@ballardspahr.com
- Alan I Nahmias anahmias@mbn.law, jdale@mbn.law
- Aram Ordubegian ordubegian.aram@arentfox.com
- Carmela Pagay ctp@lnbyg.com
- David M Poitras dpoitras@bg.law
- Thomas J Polis tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com
- Joseph M Rothberg jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com
- Joshua L Scheer jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com
- Daren M Schlecter daren@schlecterlaw.com, assistant@schlecterlaw.com
- Zev Shechtman Zev.Shechtman@saul.com, Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.Bribiesca@saul.com
- Robyn B Sokol robyn.sokol@stinson.com, lydia.moya@stinson.com;dbender@leechtishman.com;jnaiya.herd@stinson.com
- Michael G Spector mgspector@aol.com, mgslawoffice@aol.com
- Martin W Taylor marty.taylor@bclplaw.com, shawn.williams@bclplaw.com,marty-taylor-5681@ecf.pacerpro.com
- Alan G Tippie Alan.Tippie@gmlaw.com, atippie@ecf.courtdrive.com;Karen.Files@gmlaw.com,patricia.dillamar@gmlaw.com,denise.walker@gmlaw.com
- Jennifer R Tullius jtullius@tulliuslaw.com
- United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
- Christopher A Ward cward@lowenstein.com, lsuprum@lowenstein.com
- Sharon Z. Weiss sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com
- David Wood dwood@marshackhays.com, dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com

**2. <u>SERVED BY UNITED STATES MAIL</u>**: On **September 1, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Honorable Scott C. Clarkson
United States Bankruptcy Court
411 West Fourth Street, Suite 5130 / Courtroom 5C
Santa Ana, CA 92701-4593

☒ Service information continued on attached page

**3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u>** <u>(state method for each person or entity served)</u>: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **September 1, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 1, 2026 | Rebecka Merritt | */s/ Rebecka Merritt* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

Clearedge Lending
20 Enterprise, Suite 300
Aliso Viejo, CA 92656

Comerica Bank
1717 Main Street
Dallas, TX 75201

County of Orange
P.O. Box 1438
Santa Ana, CA 92702-1438

First Bank
Attn: Payment Processing
PO Box 790269
Saint Louis, MO 63179

First Bank
Attn: Payment Processing
PO Box 790269
Saint Louis, MO 63179

First Bank
Attn: Payment Processing
PO Box 790269
Saint Louis, MO 63179

First Choice Bank
17785 Center Court Drive, Suite 750
Cerritos, CA 90703

Rocket Mortgage
PO Box 6577
Carol Stream, IL 60197-6577

Secured Income Fund-II c/o
PLM Lender Services, Inc
5446 Thornwood Drive,2nd Floor
San Jose, CA 95123

The Evergeen Advantage
1424 4th Street, Suite 777
Santa Monica, CA 90401

VL Ventures LLC
1303 Avocado Av, Suite 200
Newport Beach, CA 92660

Abraham & Linda Rayhaun
6455 Marigayle Cir.
Huntington Beach, CA 92684

Dan Genis
2661 Tallant Rd. #MN708
Santa Barbara, CA 93105

Daniel Mayhew
8941 Atlanta Ave. #351
Huntington Beach, CA 92646

David Schiff
100 Ocean Ave. Unit C300
Santa Monica, CA 90402

Denise Simon
2222 Avenue of the Stars, #1902
Los Angeles, CA 90067

Fletcher Jones Motor Cars, Inc.
3300 Jamboree Rd
Newport Beach, CA 92660

Gibson Family Trust
12 Whalers Bluff
Newport Coast, CA 92657

Global Medical Systems
10391 E. Rosemary Lane
Scottsdale, AZ 08255

Jane Torpipat & Don Torpipiat
11310 Carob Cir.
Fountain Valley, CA 92708

Jim & Cheryl Markham c/o
Sonja Rapparport
23 Vista Del Valle
Aliso Viejo, CA 92656

Julie Kaplan
47 Paloma #B
Venice, CA 90291

Karen Kaplan Revocable Trust
1509 Elton Lane
Austin, TX 78703

Larry Barker
105 Golden Glen Way
Fayetteville, GA 30214

Mel Remba
2446 Apollo Drive
Los Angeles, CA 90046

Michael Kaplan
PO Box 277
Surfside, CA 90743

PLM Lender Services, Inc.
5446 Thornwood Drive, 2nd Floor
San Jose, CA 95123

Robert & Mai Linh Purdy
1718 Port Charles Place
Huntington Beach, CA 96248

Rocket Mortgage
PO Box 6577
Carol Stream, IL 60197-6577

Select Portfolio Servicing
PO Box 65250
Salt Lake City, UT 84165

The Process Server
960 N Tustin Street #304
Orange, CA 92687

Zion Bancorporation, N.A.
dba California Bank & Trust
Attn: Jeffrey Hill
707 Wilshire Blvd., Suite 5700
Los Angeles, CA 90017

Preferred Bank
Attn: Carol Lee
601 S. Figueroa St., 48th Floor
Los Angeles, CA 90017

Banc of California
Attn: Brian Farrell – Legal Dept
3 MacArthur Place
Santa Ana, CA 92707

Western Alliance Bank
c/o Al Thuma
One East Washington Street #1400
Phoenix, AZ 85004

Gerald J. Marcil
43 Malaga Cove Plaza, #D
Palos Verdes, CA 90274

LBC3 Trust, a Delaware Statutory Trust
Attn: Henry Bensen
106 Chestnut Street E
Stillwater, MN 55082

Conejo Loan Investors, LLC
Attn: Jack
2625 Alcatraz Ave., 214
Berkeley, CA 94705

Kimm Paglia
c/o Marshack Hay Wood LLP
870 Roosevelt
Irvine, CA 92620

Mark Genis
697 Corte Estrella
Camarillo, CA 93010