Amir Gamliel, Bar No. 268121
amir.gamliel@ashurstperkins.com
ASHURST PERKINS COIE US LLP
1999 Avenue of the Stars Suite 1000
Los Angeles, CA 90067-6022
Telephone: +1.310.788.3276

*Counsel for the Receiver to Cantor Group V, LLC*

FILED & ENTERED

SEP 04 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>ANDREW STUPIN and JULIE STUPIN,<br><br>Debtors. | CASE NO. 8:26-BK-11202-SC<br><br>Chapter: 11<br><br>**ORDER APPROVING STIPULATION EXTENDING CLAIMS BAR DATE**<br><br>[No Hearing Required] |

The Court, having reviewed the *Stipulation Extending Claims Bar Date* (the "Stipulation") entered into by Cantor Group V, LLC ("Cantor V"), through its court-appointed receiver, Chris Neilson (the "Receiver"), and the debtors Andrew Stupin and Julie Stupin (the "Debtors"), and finding good cause appearing therefore, orders:

1. The Stipulation filed as Dkt No. 311 is APPROVED.

2. The deadline for Cantor V to file a proof of claim is extended to, and includes, October 29, 2026.

**IT IS SO ORDERED.**

Date: September 4, 2026

Scott C. Clarkson
United States Bankruptcy Judge