Richard K. Howell (State Bar No. 144241)
rhowell@rutan.com
Damon Mircheff (State Bar No. 216257)
dmircheff@rutan.com
Golsa Honarfar (State Bar No. 311337)
ghonarfar@rutan.com
RUTAN & TUCKER, LLP
18575 Jamboree Road, 9th Floor
Irvine, CA 92612
Telephone: 714-641-5100
Facsimile: 714-546-9035

Attorneys for Creditors
Enrico Arvielo and Patricia Arvielo,
and James Watt Investments, LLC

FILED & ENTERED
SEP 15 2026
CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>ANDREW STUPIN and JULIE STUPIN,<br><br>Debtors and Debtors-in-Possession, | Case No. 8:26-bk-11202-SC<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATION EXTENDING DEADLINE TO FILE COMPLAINT UNDER 11 U.S.C. § 523**<br><br>**[STIPULATION – DOCKET NO. 340]**<br><br>**[NO HEARING REQUIRED]** |

The Court has reviewed the Stipulation Extending Deadline to File Complaint Under 11 U.S.C. section 523 (the "Deadline"), entered into by and between Creditors Enrico Arvielo and Patricia Arvielo, including in their capacities as members of Broadway Group, LLC, Century Group, LLC, and Oak Center Group, LLC (the "Arvielo Parties" and together with NAF FAM, LLC, James Watt Investments, LLC, and RAPA Holdings, LLC, the "Arvielo Extended Parties") and Debtors and Debtors-in-Possession Andrew Stupin and Julie Stupin ("Debtors," and collectively with the Arvielo Parties and Arvielo Extended Parties, the "Parties"), by and through their counsel, on September 15, 2026, as Dk. No. 340 ("Stipulation"). The Stipulation and this Order are in reference to Broadway

Group, LLC, Century Group, LLC, and Oak Center Group, LLC (collectively, the "Stupin-Managed LLCs"), for which Debtor Andrew Stupin is, and at all relevant times was, the managing member.

Having reviewed and considered the Stipulation, and for good cause shown, the Court enters its order as follows:

IT IS ORDERED that:

1. The Stipulation is approved.

2. The Deadline is extended from September 15, 2026 to and including November 13, 2026, such that any adversary complaint filed by any of the Arvielo Extended Parties directly or derivatively on behalf of the Stupin-Managed LLCs, alleging that a debt owed by Debtors is excepted from discharge under 11 U.S.C. section 523 (and no other provisions of the Bankruptcy Code), shall be deemed timely. The deadline is not extended to any other party; and

3. The Stipulation and Order thereon is without prejudice to seeking further extensions of time to file an adversary complaint under 11 U.S.C. section 523, whether by stipulation or motion, and is without prejudice to the Debtors opposing any such requests.

Date: September 15, 2026

Scott C. Clarkson
United States Bankruptcy Judge