| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| William B. Freeman (SBN 137276)<br>Arlen P. Moradi (SBN 353956)<br>KATTEN MUCHIN ROSENMAN LLP<br>2121 Avenue of the Stars, Ste 1100<br>Los Angeles, CA 90067-5010<br>Telephone: (310) 788-4400<br>Facsimile: (310) 788-4471<br>bill.freeman@katten.com<br>arlen.moradi@katten.com<br><br>☐ *Debtor(s) appearing without an attorney*<br>☒ *Attorney for:* Bank of America, N.A. | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re: | CASE NO.: 26-11202 |
|---|---|
| ANDREW STUPIN and JULIE STUPIN, | CHAPTER: 11 |
| | **NOTICE OF MOTION FOR ORDER WITHOUT A HEARING**<br><br>**[LBR 9013-1(p) or (q)]** |
| Debtor(s). | [No hearing required] |

**TO THE U.S. TRUSTEE AND ALL PARTIES ENTITLED TO NOTICE, PLEASE TAKE NOTICE THAT:**

1. Movant(s) Bank of America, N.A., filed a motion or application (Motion) entitled Application of Non-Resident Attorney to Appear Pro Hac Vice in a Specific Bankruptcy Case and/or Adversary Proceeding(s) .

2. Movant(s) requests that the court grant the motion without a hearing as provided for in:

   ☐ LBR 9013-1(p), which, in addition to notice via Notice of Electronic Filing, requires the motion to be served on additional parties as specified in LBR __________; or

   ☒ LBR 9013-1(q), which requires service of the motion only on parties via Notice of Electronic Filing.

3. The motion is based upon the legal and factual grounds set forth in the motion. (*Check appropriate box below*):

   ☒ The full motion is attached to this notice; or

   ☐ The full motion was filed with the court as docket entry # ___, and a detailed description of the relief sought is attached to this notice.

4. Movant will promptly lodge an order that the court may use to rule on the motion, as the court may rule on the motion without a hearing and without an opportunity for any party to file a request for a hearing,.

Respectfully submitted,

Date: 09/17/2026

/s/ Arlen P. Moradi
Signature of Movant or attorney for Movant

Arlen P. Moradi
Printed name of Movant or attorney for Movant

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| William B. Freeman (SBN 137276)<br>Arlen P. Moradi (SBN 353956)<br>KATTEN MUCHIN ROSENMAN LLP<br>2121 Avenue of the Stars, Ste 1100<br>Los Angeles, CA 90067-5010<br>Telephone: (310) 788-4400<br>Facsimile: (310) 788-4471<br>bill.freeman@katten.com<br>arlen.moradi@katten.com<br><br>☑ *Attorney for*: Bank of America | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>ANDREW STUPIN and JULIE STUPIN,<br><br>Debtor(s). | CASE NO.: 26-11202<br>ADVERSARY NO. (*if applicable*):<br>CHAPTER: 11 |
| Plaintiff(s).<br>vs.<br><br>Defendant(s). | **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR PRO HAC VICE IN A SPECIFIC BANKRUPTCY CASE AND/OR ADVERSARY PROCEEDING(S)**<br><br>**[LBR 2090-1(b); 9013-1(q)]**<br><br>[No hearing required per LBR 2090-1(b)(6)] |

1. I, Michaela C. Crocker, apply to the court under LBR 2090-1(b) for permission to appear on behalf of the following named party, by whom I have been retained (*specify name of party*): Bank of America, N.A.,

   in any proceeding in the bankruptcy case, any jointly administered or substantively consolidated case, and any adversary proceedings filed in such cases, unless the representation is limited as follows:

2. I paid the required fee specified in LBR 2090-1(b)(5) to the United States District Court; attached is a copy of the receipt.

3. I am a lawyer with the following law firm (*specify name and address of law firm*):
Katten Muchin Rosenman LLP, 2121 N. Pearl St., Suite 1100, Dallas, TX 75201-2591

4. I am a member in good standing and eligible to practice before the following courts and admitted to practice on the following dates (*specify name of each such jurisdiction and my date of admission to practice in each such jurisdiction*):

5. I am not a resident of, nor am I regularly employed, engaged in business, professional, or other activities in the state of California. I am not currently suspended or disbarred in any court.

6. I have concurrently or within the past 36 months made pro hac vice applications to this court in the following actions:

| **Court** | **Case Number** | **Title of Action** | **Date of Application** | **Disposition of Application** |
|---|---|---|---|---|
| See attached | | | | |

7. I ☐ have ☑ have not been disciplined by any court or administrative body. ☐ Disciplinary proceedings are pending; details are as follows:

I ☐ resigned ☐ did not resign while disciplinary proceedings were pending.

8. I certify that I have read the LBRs, the FRBP, the F.R.Civ.P., and the F.R.Evid., in their entirety.

9. I designate the following person ("Local Counsel") of the following law firm, as the attorney with whom the court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served. The Local Counsel has an active login and password for filing documents electronically via CM/ECF and lodging orders electronically via LOU.

Information about Local Counsel:

Name and Bar Number: Arlen P. Moradi (SBN 353956)

Name and Address of law firm: Katten Muchin Rosenman LLP, 2121 Avenue of the Stars, Los Angeles, CA 90067

Telephone number: 310-788-4400

Email Address: arlen.moradi@katten.com

10. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: 09/15/2026

Signature of applicant

Michaela C. Crocker
Printed name of applicant

**CONSENT OF LOCAL COUNSEL**

I consent to the foregoing designation.

Date: 09/15/2026

/S/ Arlen P. Moradi
Signature of Local Counsel

Arlen P. Moradi
Printed name of Local Counsel

Michaela C. Crocker
Attachment to Application of Non-Resident Attorney to Appear Pro Hac Vice in a Specific Bankruptcy Case and/or Adversary Proceeding(s)

I am a member in good standing and eligible to practice before the following courts and admitted to practice on the following dates:

| **Court** | **Date of Admission** |
|---|---|
| U.S. Bankruptcy Court, Texas Northern District | 12/04/2001 |
| U.S. Bankruptcy Court, Texas Southern District | 10/31/2003 |
| U.S. Bankruptcy Court, Texas Eastern District | 10/01/2003 |
| U.S. Bankruptcy Court, Texas Western District | 05/26/2004 |
| U.S. Court of Appeals, Third Circuit | 05/06/2008 |
| U.S. Court of Appeals, Fifth Circuit | 01/23/2007 |
| U.S. District Court, Texas Western District | 05/26/2004 |
| U.S. District Court, Texas Eastern District | 10/01/2003 |
| U.S. District Court, Texas Southern District | 10/31/2003 |
| U.S. District Court, Texas Northern District | 12/04/2001 |

Michaela C. Crocker
Attachment to Application of Non-Resident Attorney to Appear Pro Hac Vice in a Specific Bankruptcy Case and/or Adversary Proceeding(s)

6. I have concurrently or within the past 36 months made pro hac vice applications to this court in the following actions:

| **Court** | **Case Number** | **Title of Action** | **Date of Application** | **Disposition of Application** |
|---|---|---|---|---|
| Bankr. C.D. CA (Santa Ana) | 8:26-bk-10834-SC | In re Raymond Group, LLC | 3/24/2026 | Granted |
| Bankr. C.D. CA (Los Angeles) | 2:25-bk-19833-NB | In re Via Real Group, LLC | 12/5/2025 | Granted |
| Bankr. C.D. CA (Los Angeles) | 2:25-bk-19834-NB | In re Pacific Consolidated Holdings Group, Inc. | 12/8/2025 | Granted |
| Bankr. C.D. CA (Los Angeles) | 2:25-bk-19835-NB | In re OBM PDG, LLC | 12/10/2025 | Granted |
| Bankr. C.D. CA (Los Angeles) | 2:25-bk-20294-WB | In re Fourth Street Investors, LLC | 11/24/2025 | Granted |

# You have successfully paid your application fee using the Pay.gov website.

**Non-Resident Attorney's Name:** Michaela Crocker
**Firm Name:** KATTEN MUCHIN ROSENMAN LLP
**Bankruptcy Case Number or Adversary Proceeding Case Number:** 26-11202
**Party Name:** Bank of America, N.A.

**Tracking Number:** PHV-260917-000-0981
**Pay.gov Tracking ID:** 28630JQV
**Amount:** $450
**Date:** 9/17/2026

Please include the tracking number as a reference on any communications with the Court about this transaction. We recommend that you print this page for your records.

**For assistance, please contact:**

Attorney Admissions
United States District Court
Central District of California
Tel: (213) 894-2085

**For questions related to payment**, please contact the Fiscal department at fis_cac@cacd.uscourts.gov

Go back to the online form.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

2121 Avenue of the Stars, Ste. 1100, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled: **NOTICE OF MOTION FOR ORDER WITHOUT HEARING PURSUANT TO LBR 9013-1(p) or (q)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 09/16/2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

NOTICE OF MOTION FOR ORDER WITHOUT A HEARING

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) ___________, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ___________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 09/17/2026 | Arlen P. Moradi | /s/ Arlen P. Moradi |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**CASE NO. 8:26-BK-11202-SC**

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**

- Aaron J Malo - amalo@sheppardmullin.com, hudenka@sheppard.com, mlinker@sheppard.com
- Adam M Greely - agreely@fbfk.law, dstolar@vrslaw.net
- Alan G Tippie - Alan.Tippie@gmlaw.com, atippie@ecf.courtdrive.com, Karen.Files@gmlaw.com, patricia.dillamar@gmlaw.com, denise.walker@gmlaw.com
- Alan I Nahmias - anahmias@mbn.law, jdale@mbn.law
- Amir Gamliel - amir.gamliel@ashurstperkins.com, agamliel@perkinscoie.com, cmallahi@perkinscoie.com, DocketLA@perkinscoie.com
- Andrea C. Chang - andrea.chang@dentons.com
- Aram Ordubegian - ordubegian.aram@arentfox.com
- Arnold L Graff - agraff@wrightlegal.net, nvbkfiling@wrightlegal.net, jpowell@wrightlegal.net
- Carmela Pagay - ctp@lnbyg.com
- Christopher A Ward - cward@lowenstein.com, lsuprum@lowenstein.com
- Craig S Ganz - ganzc@ballardspahr.com, BKTDocket_West@ballardspahr.com, phxlsateam@ballardspahr.com
- Daniel A Lev - daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com, dlev@ecf.courtdrive.com, courtmail@gmlaw.com
- Daren M Schlecter - daren@schlecterlaw.com, assistant@schlecterlaw.com
- David B Golubchik - dbg@lnbyg.com
- David Coats - dacoats@raslg.com
- David M Poitras - dpoitras@bg.law
- David Wood - dwood@marshackhays.com, dwood@ecf.courtdrive.com, lbuchananmh@ecf.courtdrive.com, spineda@ecf.courtdrive.com, alinares@ecf.courtdrive.com
- Dora Duru - dora.duru@bclplaw.com, verlisa.lewis@bclplaw.com, dora-duru0321@ecf.pacerpro.com
- Dylan Houle - DHoule@perkinscoie.com
- Elissa Miller - elissa.miller@gmlaw.com, emillersk@ecf.courtdrive.com, cheryl.caldwell@gmlaw.com, courtmail@gmlaw.com
- Golsa Honarfar - ghonarfar@rutan.com, dmircheff@rutan.com
- Greg P Campbell - ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com, gcampbell@aldridgepite.com
- Ira David Kharasch - ikharasch@pszjlaw.com
- Jennifer R Tullius - jtullius@tulliuslaw.com
- Jessica L Bagdanov - jbagdanov@bg.law, ecf@bg.law
- John A Moe - john.moe@dentons.com, kathryn.howard@dentons.com, derry.kalve@dentons.com, DOCKET.GENERAL.LIT.LOS@dentons.com
- John Bistritz - jack.bistritz@afslaw.com
- Joseph M Rothberg jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com
- Joshua L Scheer - jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com

- Kenneth Misken - Kenneth.M.Misken@usdoj.gov
- Kyra E Andrassy - kandrassy@raineslaw.com, bclark@raineslaw.com, csantiago@raineslaw.com
- Lior Katz - lior@katzlaw.com
- David J. Root - david.root@bclplaw.com
- Marc A Lieberman - marc.lieberman@flpllp.com, addy@flpllp.com, ethan@flpllp.com
- Marcus Colabianchi - mcolabianchi@duanemorris.com, marcus-colabianchi2595@ecf.pacerpro.com
- Mark S Horoupian - mark.horoupian@gmlaw.com, mhoroupian@ecf.courtdrive.com, cheryl.caldwell@gmlaw.com, karen.files@gmlaw.com;courtmail@gmlaw.com
- Martin W Taylor - marty.taylor@bclplaw.com, shawn.williams@bclplaw.com, marty-taylor5681@ecf.pacerpro.com
- Matthew J Marino - mmarino@allenmatkins.com, csandoval@allenmatkins.com
- Michael E Bubman - mbubman@mbn.law, aacosta@mbnlawyers.com
- Michael G D'Alba - mgd@lnbyg.com
- Michael G Spector - mgspector@aol.com, mgslawoffice@aol.com
- Michael S Myers - myersm@ballardspahr.com, BKTDocket_West@ballardspahr.com, phxlsateam@ballardspahr.com
- Nichole Glowin - bankruptcy@zbslaw.com, nglowin@ecf.courtdrive.com
- Raymond H. Aver - ray@averlaw.com, averlawfirm@gmail.com;ani@averlaw.com, katya@averlaw.com, jesus@averlaw.com
- Robert B. Kaplan - rkaplan@jeffer.com, rbk@ecf.courtdrive.com
- Robert P Goe - rgoe@goeforlaw.com, kmurphy@goeforlaw.com, goeforecf@gmail.com, Goe.RobertP.R@notify.bestcase.com, ajohnston@goeforlaw.com
- Robyn B Sokol - robyn.sokol@stinson.com, lydia.moya@stinson.com, dennette.mulvaney@stinson.com, dbender@leechtishman.com, jnaiya.herd@stinson.com
- Ryan J DeRose - ryan@parkandlim.com, cathy@parkandlim.com
- Sam Maralan - sm@maralanlaw.com
- Sarah Rose Hasselberger - shasselberger@marshackhays.com, shasselberger@ecf.courtdrive.com, cbastida@marshackhays.com, alinares@ecf.courtdrive.com
- Scott R Albrecht - salbrecht@gsaattorneys.com, jackie.nguyen@sgsattorneys.com
- Sharon Z. Weiss - sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,sharon-weiss7104@ecf.pacerpro.com
- Steven Casselberry - Steve.Casselberry@procopio.com, jessica.perez@procopio.com, emily.marsh@procopio.com, calendaringbankruptcy@procopio.com, evangelina.myers@procopio.com, lauren.hill@procopio.com
- Steven T Gubner - sgubner@bg.law, ecf@bg.law
- Thomas J Polis - tom@polis-law.com, paralegal@polis-law.com, r59042@notify.bestcase.com
- United States Trustee (SA) - ustpregion16.sa.ecf@usdoj.gov
- Zev Shechtman - Zev.Shechtman@saul.com,
- Zev.Shechtman@ecf.courtdrive.com, hannah.richmond@saul.com, LitigationDocketing@saul.com, Shelly.Guise@saul.com, Isaiah.Bribiesca@saul.com