DAVID B. GOLUBCHIK (State Bar No. 185520)
CARMELA T. PAGAY (State Bar No. 195603)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: DBG@LNBYG.COM; CTP@LNBYG.COM

[Proposed] Attorneys for Chapter 11
Debtors and Debtors in Possession

FILED & ENTERED

SEP 24 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

In re:

ANDREW STUPIN and JULIE STUPIN,

Debtors and Debtors in Possession.

Case No.: 8:26-bk-11202-SC

Chapter 11 Case
Subchapter V

**ORDER APPROVING STIPULATION AND AUTHORIZING USE OF CASH COLLATERAL AND PROVIDING ADEQUATE PROTECTION PURSUANT TO SECTIONS 361 AND 363 OF THE BANKRUPTCY CODE**

**SECURED CREDITOR: FIRST BANK**

Hearing on Regular Notice:
Date: August 26, 2026
Time: 1:30 p.m.
Place: Courtroom 5C
411 West Fourth Street
Santa Ana, CA 92701

On August 26, 2026, at 1:30 p.m., the Honorable Scott Clarkson, United States Bankruptcy Judge for the Central District of California (the "Court"), held a hearing (the "Hearing") in Courtroom 5C of the United States Bankruptcy Courthouse located at 411 West Fourth Street, Santa Ana, California, to consider the "*Notice of Motion and Motion for Order Approving Stipulation and Authorizing Use of Cash Collateral and Providing Adequate Protection Pursuant to Sections 361 and 363 of the Bankruptcy Code*" (the "Motion") filed by Andrew Stupin and Julie Stupin (each a "Debtor" and, collectively, the "Debtors"), the debtors and debtors in possession in the above-captioned, chapter 11 bankruptcy case, in relation to the cash collateral of secured creditor First Bank ("Secured Creditor"). Appearances were made as set forth on the Court's record of the hearing.

The Court, having read and considered the Motion and all papers in support of the Motion, including the declaration of Andrew Stupin (the "Declaration"), the statements of counsel made orally at the Hearing, the record in the case, the docket in the case, and for good cause appearing, therefor,

**HEREBY FINDS** that notice of the Motion and Hearing were good and proper under the circumstances and pursuant to the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and Local Bankruptcy Rules, and

**HEREBY ORDERS AS FOLLOWS:**

(1) The Motion is granted as set forth in this Order;

(2) The Stipulation is approved;

(3) The Debtors are authorized to use cash collateral to pay all of the expenses set forth in the Budget, with authority to deviate from the line items contained in the Budget by not more than 15%, on a cumulative and line-item basis;

(4) The Debtors will provide monthly budget-to-actual variance reports to the Bank and Official Committee of Unsecured Creditors (the "Committee") on the 21st day of the month covering the previous month-ending period;

(5) Any extension of the Stipulation will be subject to notice to the Committee with an opportunity to object;

(6) Adequate protection payments under the Stipulation will be applied first to interest, then to principal; and

(7) The stay of FRBP 6004 is waived.

**IT IS SO ORDERED.**

###

Date: September 24, 2026

Scott C. Clarkson
United States Bankruptcy Judge