Ira D. Kharasch (CA Bar No. 109084)
Cia H. Mackle (*Admitted Pro Hac Vice*)
Brooke E. Wilson (CA Bar No. 354614)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
Email: ikharasch@pszjlaw.com
cmackle@pszjlaw.com
bwilson@pszjlaw.com

Counsel to the Official Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>ANDREW STUPIN and JULIE STUPIN,<br><br>Debtors and Debtors in Possession. | Case No. 8:26-bk-11202-SC<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS**<br><br>[Relates to Docket Nos. 329, 330, 331, and 387]<br><br>Date: November 4, 2026<br>Time: 1:30 p.m. (PT)<br>Place: *Via Zoom and In-Person at*:<br>Courtroom 5C<br>411 West Fourth Street<br>Santa Ana, CA 92701<br>Judge: Hon. Scott C. Clarkson |

TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, THE DEBTORS AND THEIR COUNSEL, THE OFFICE OF THE UNITED STATES TRUSTEE, AND PARTIES REQUESTING SPECIAL NOTICE:

**PLEASE TAKE NOTICE** that a hearing will be held on **November 4, 2026**, at **1:30 p.m.** (Pacific Time), before the Honorable Scott C. Clarkson, United States Bankruptcy Judge, in

Courtroom 5C of the United States Bankruptcy Court for the Central District of California, Santa Ana Division, located at 411 West Fourth Street, Santa Ana, California 92701,[1] to consider the *Motion of the Official Committee of Unsecured Creditors for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (the "**Motion**") [Docket No. 329], filed by the Official Committee of Unsecured Creditors appointed in the above-captioned bankruptcy case. The Motion is supported by the memorandum of points and authorities and the Declaration of Ira D. Kharasch filed concurrently therewith [Docket No. 330]. Notice of the Motion was filed and served on September 3, 2026 [Docket No. 331].

**PLEASE TAKE FURTHER NOTICE** that on October 7, 2026, the Office of the United States Trustee filed an objection to the Motion [Docket No. 387] (the "**Objection**"). The hearing on the Motion has been set in response to the request for hearing contained in the Objection.

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion, the supporting papers, and the Objection are available on the Court's docket via PACER or may be obtained upon request to the undersigned counsel for the Committee.

Dated: October 12, 2026

PACHULSKI STANG ZIEHL & JONES LLP

By: */s/ Ira D. Kharasch*
Ira D. Kharasch
Cia H. Mackle
Brooke E. Wilson

Counsel to the Official Committee of Unsecured Creditors

[1] If you wish to attend the hearing remotely, please refer to the Judge's tentative rulings prior to the hearing on the Motion for login instructions: https://ecf-ciao.cacb.uscourts.gov/CiaoPosted/?jid=SC

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
10100 Santa Monica Blvd., 13th Fl., Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF HEARING ON MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **October 12, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **October 12, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **October 12, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 12, 2026 | Nancy H. Brown | */s/ Nancy H. Brown* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Case 8:26-bk-11202-SC**

- **Scott R Albrecht salbrecht@gsaattorneys.com, jackie.nguyen@sgsattorneys.com**
- **Kyra E Andrassy kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com**
- **Raymond H. Aver ray@averlaw.com, averlawfirm@gmail.com;ani@averlaw.com;katya@averlaw.com;jesus@averlaw.com**
- **Jessica L Bagdanov jbagdanov@bg.law, ecf@bg.law**
- **John Bistritz jack.bistritz@afslaw.com**
- **Michael E Bubman mbubman@mbn.law, aacosta@mbnlawyers.com**
- **Greg P Campbell ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com**
- **Steven Casselberry Steve.Casselberry@procopio.com, jessica.perez@procopio.com;emily.marsh@procopio.com;calendaringbankruptcy@procopio.com;evangelina.myers@procopio.com;lauren.hill@procopio.com**
- **David Coats dacoats@raslg.com**
- **Marcus Colabianchi mcolabianchi@duanemorris.com, marcus-colabianchi-2595@ecf.pacerpro.com**
- **Michael G D'Alba mgd@lnbyg.com**
- **Ryan J DeRose ryan@parkandlim.com, cathy@parkandlim.com,shelley@parkandlim.com**
- **William B Freeman bill.freeman@katten.com, nicole.jones@kattenlaw.com,ecf.lax.docket@kattenlaw.com**
- **John-Patrick M Fritz jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com**
- **Amir Gamliel amir.gamliel@ashurstperkins.com, cmallahi@perkinscoie.com;DocketLA@perkinscoie.com**
- **Craig S Ganz ganzc@ballardspahr.com, BKTDocket_West@ballardspahr.com;phxlsateam@ballardspahr.com**
- **Nichole Glowin bankruptcy@zbslaw.com, nglowin@ecf.courtdrive.com**
- **Robert P Goe rgoe@goeforlaw.com, kmurphy@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com**
- **David B Golubchik dbg@lnbyg.com, dbg@lnbyg.com**
- **Arnold L Graff agraff@wrightlegal.net, nvbkfiling@wrightlegal.net;jpowell@wrightlegal.net**
- **Adam M Greely agreely@fbfk.law, dstolar@vrslaw.net**
- **Steven T Gubner**
- **Steven T Gubner sgubner@bg.law, ecf@bg.law**
- **Sarah Rose Hasselberger shasselberger@marshackhays.com, shasselberger@ecf.courtdrive.com;cbastida@marshackhays.com;alinares@ecf.courtdrive.com**
- **Golsa Honarfar ghonarfar@rutan.com, dmircheff@rutan.com**
- **Mark S Horoupian mark.horoupian@gmlaw.com, mhoroupian@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com;karen.files@gmlaw.com;courtmail@gmlaw.com**
- **Robert B. Kaplan rkaplan@jeffer.com, rbk@ecf.courtdrive.com**
- **Lior Katz lior@katzlaw.com**
- **Ira David Kharasch ikharasch@pszjlaw.com**
- **Daniel A Lev daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com;courtmail@gmlaw.com**
- **Marc A Lieberman marc.lieberman@flpllp.com, addy@flpllp.com,ethan@flpllp.com**
- **Aaron J Malo amalo@sheppardmullin.com, hudenka@sheppard.com;mlinker@sheppard.com**
- **Sam Maralan sm@maralanlaw.com**
- **Matthew J Marino mmarino@allenmatkins.com, csandoval@allenmatkins.com**
- **Kirsten Martinez Kirsten.Martinez@bonialpc.com, Notices.Bonial@ecf.courtdrive.com**
- **Elissa Miller elissa.miller@gmlaw.com, emillersk@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com;courtmail@gmlaw.com**
- **Kenneth Misken Kenneth.M.Misken@usdoj.gov**
- **John A Moe john.moe@dentons.com, kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com**
- **Arlen Moradi arlen.moradi@katten.com, courtalertlax@katten.com**
- **Michael S Myers myersm@ballardspahr.com, BKTDocket_West@ballardspahr.com;phxlsateam@ballardspahr.com**
- **Alan I Nahmias anahmias@mbn.law, jdale@mbn.law**
- **Aram Ordubegian ordubegian.aram@arentfox.com**
- **Carmela Pagay ctp@lnbyg.com**
- **David M Poitras dpoitras@bg.law**
- **Thomas J Polis tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com**
- **Ronald N Richards ron@ronaldrichards.com, 7206828420@filings.docketbird.com**
- **Joseph M Rothberg jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com**
- **Joshua L Scheer jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com**
- **Daren M Schlecter daren@schlecterlaw.com, assistant@schlecterlaw.com**
- **Zev Shechtman Zev.Shechtman@saul.com, Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.Bribiesca@saul.com**
- **Robyn B Sokol robyn.sokol@stinson.com, lydia.moya@stinson.com;dbender@leechtishman.com;jnaiya.herd@stinson.com**
- **Michael G Spector mgspector@aol.com, mgslawoffice@aol.com**
- **Martin W Taylor marty.taylor@bclplaw.com, shawn.williams@bclplaw.com,marty-taylor-5681@ecf.pacerpro.com**
- **Alan G Tippie Alan.Tippie@gmlaw.com, atippie@ecf.courtdrive.com;Karen.Files@gmlaw.com,patricia.dillamar@gmlaw.com,denise.walker@gmlaw.com**
- **Jennifer R Tullius jtullius@tulliuslaw.com**
- **United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov**
- **Christopher A Ward cward@lowenstein.com, lsuprum@lowenstein.com**
- **Sharon Z. Weiss sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com**
- **David Wood dwood@marshackhays.com, dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com**

## 2. SERVED BY UNITED STATES MAIL:

| | | |
|---|---|---|
| PETER ANDERSON, U.S. Trustee<br>Attn: Kenneth Misken, Esq.<br>Ronald Reagan Federal Building<br>411 W Fourth St., Suite 7160<br>Santa Ana, CA 92701-8000 | Debtor:<br>Andrew and Julie Stupin<br>215 5th Street, Suite A<br>Huntington Beach, CA 92648 | Dentons US LLP<br>Attn: Andrea C. Chang<br>601 South Figueroa St., Suite 2500<br>Los Angeles, CA 90017-5704 |
| Ashurst Perkins Coie LLP<br>Attn: Amir Gamliel; Dylan Houle<br>1888 Century Park East, Suite 1000<br>Los Angeles, CA 90067-1721 | Bryan Cave Leighton Paisner LLP<br>Attn: Martin W. Taylor; David J. Root<br>1920 Main Street, Suite 1000<br>Irvine, CA 92614 | CBRE<br>Attn: George Felix<br>18575 Jamboree Rd., Suite 600<br>Irvine, CA 92612 |
| Force 10<br>Attn: Nicholas Rubin<br>5271 California Avenue, Suite 270<br>Irvine, CA 92617 | FTI Consulting, Inc.<br>Attn: Mark Shinderman<br>350 S. Grand Ave., Suite 3000<br>Los Angeles, CA 90071 | Kendall Brill & Kelly LLP<br>Attn: Charles J. Snyder<br>10100 Santa Monica Blvd., Ste. 2500<br>Los Angeles, CA 90067 |
| Hochman Salkin Toscher Perez P.C.<br>Attn: Jonathan Kalinski<br>9100 Wilshire Blvd., Suite 900W<br>Beverly Hills, CA 90212 | LA Real Estate Group, Inc.<br>Attn: Robert Stepp<br>1437 7th Street, Suite 250<br>Santa Monica, CA 90404 | Pacific Sotheby's International Realty<br>Attn: Kim Bibb<br>1200 Newport Center Drive, Suite 100<br>Newport Beach, CA 92660 |
| Law Offices of Ronald Richards & Associates, APC<br>Attn: Ronald Richards<br>P.O. Box 11480<br>Beverly Hills, CA 90213 | | |
| | | |
| Zion Bancorporation, N.A.<br>dba California Bank & Trust<br>Attn: Jeffrey Hill<br>707 Wilshire Blvd., Suite 5700<br>Los Angeles, CA 90017 | Preferred Bank<br>Attn: Carol Lee<br>601 S. Figueroa St., 48th Floor<br>Los Angeles, CA 90017 | Banc of California<br>Attn: Brian Farrell - Legal Dept<br>3 MacArthur Place<br>Santa Ana, CA 92707 |
| Western Alliance Bank<br>c/o Al Thuma<br>One East Washington Street, #1400<br>Phoenix, AZ 85004 | Gerald J. Marcil<br>43 Malaga Cove Plaza, #D<br>Palos Verdes, CA 90274 | LBC3 Trust, a Delaware Statutory Trust<br>Attn: Henry Bensen<br>106 Chestnut Street E<br>Stillwater, MN 55082 |
| Conejo Loan Investors, LLC<br>Attn: Jack<br>2625 Alcatraz Ave., #214<br>Berkeley, CA 94705 | Kimm Paglia<br>c/o Marshack Hay Wood LLP<br>870 Roosevelt<br>Irvine, CA 92620 | Mark Genis<br>697 Corte Estrella<br>Camarillo, CA 93010 |
| Clearedge Lending<br>20 Enterprise, Suite 300<br>Aliso Viejo, CA 92656 | Comerica Bank<br>1717 Main Street<br>Dallas, TX 75201 | County of Orange<br>PO Box 1438<br>Santa Ana, CA 92702-1438 |
| First Bank<br>Attn: Payment Processing<br>PO Box 790269<br>Saint Louis, MO 63179 | First Choice Bank<br>17785 Center Court Drive<br>Suite 750<br>Cerritos, CA 90703 | Rocket Mortgage<br>PO Box 6577<br>Carol Stream, IL 60197-6577 |

| | | |
|---|---|---|
| Secured Income Fund-II<br>c/o PLM Lender Services, Inc.<br>5446 Thornwood Drive.2nd Floor<br>San Jose, CA 95123 | The Evergeen Advantage<br>1424 4th Street, Suite 777<br>Santa Monica, CA 90401 | VL Ventures LLC<br>1303 Avocado Av, Suite 200<br>Newport Beach, CA 92660 |
| Abraham & Linda Rayhaun<br>6455 Marigayle Circle<br>Huntington Beach, CA 92684 | Dan Genis<br>2661 Tallant Road, #MN708<br>Santa Barbara, CA 93105 | Daniel Mayhew<br>8941 Atlanta Ave. #351<br>Huntington Beach, CA 92646 |
| David Schiff<br>100 Ocean Ave. Unit C300<br>Santa Monica, CA 90402 | Denise Simon<br>2222 Avenue of the Stars, #1902<br>Los Angeles, CA 90067 | Fletcher Jones Motor Cars, Inc.<br>3300 Jamboree Road<br>Newport Beach, CA 92660 |
| Gibson Family Trust<br>12 Whalers Bluff<br>Newport Coast, CA 92657 | Global Medical Systems<br>10391 E. Rosemary Lane<br>Scottsdale, AZ 08255 | Jane Torpipat & Don Torpipiat<br>11310 Carob Circle<br>Fountain Valley, CA 92708 |
| Jim & Cheryl Markham<br>c/o Sonja Rapparport<br>23 Vista Del Valle<br>Aliso Viejo, CA 92656 | Julie Kaplan<br>47 Paloma, #B<br>Venice, CA 90291 | Karen Kaplan Revocable Trust<br>1509 Elton Lane<br>Austin, TX 78703 |
| Larry Barker<br>105 Golden Glen Way<br>Fayetteville, GA 30214 | Mel Remba<br>2446 Apollo Drive<br>Los Angeles, CA 90046 | Michael Kaplan<br>PO Box 277<br>Surfside, CA 90743 |
| PLM Lender Services, Inc.<br>5446 Thornwood Drive, 2nd Floor<br>San Jose, CA 95123 | Robert & Mai Linh Purdy<br>1718 Port Charles Place<br>Huntington Beach, CA 96248 | Rocket Mortgage<br>PO Box 6577<br>Carol Stream, IL 60197-6577 |
| Select Portfolio Servicing<br>PO Box 65250<br>Salt Lake City, UT 84165 | The Process Server<br>960 N Tustin Street #304<br>Orange, CA 92687 | |