UNITED STATES BANKRUPTCY COURT

Central DISTRICT OF California

Santa Ana

In Re. Andrew Stupin §
Julie Stupin §
§
Debtor(s) §

Case No. 26-11202

☐ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 09/30/2026

Petition Date: 04/17/2026

Months Pending: 6

Industry Classification: 0 0 0 0

Reporting Method: Accrual Basis ◯ Cash Basis ◉

Debtor's Full-Time Employees (current): 0

Debtor's Full-Time Employees (as of date of order for relief): 0

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒ Statement of cash receipts and disbursements
☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒ Statement of operations (profit or loss statement)
☐ Accounts receivable aging
☐ Postpetition liabilities aging
☐ Statement of capital assets
☐ Schedule of payments to professionals
☐ Schedule of payments to insiders
☒ All bank statements and bank reconciliations for the reporting period
☐ Description of the assets sold or transferred and the terms of the sale or transfer

Andrew Stupin and Julie Stupin
Signature of Responsible Party

Andrew Stupin and Julie Stupin
Printed Name of Responsible Party

10/20/2026
Date

215 5th Street, Suite A, Huntington Beach, CA 92648
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name Andrew Stupin
Julie Stupin
Case No. 26-11202

| | Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|---|
| a. | Cash balance beginning of month | $5,123,570 | |
| b. | Total receipts (net of transfers between accounts) | $131,593 | $5,510,261 |
| c. | Total disbursements (net of transfers between accounts) | $226,659 | $527,966 |
| d. | Cash balance end of month (a+b-c) | $5,028,504 | |
| e. | Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. | Total disbursements for quarterly fee calculation (c+e) | $226,659 | $527,966 |

| | Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|---|
| a. | Accounts receivable (total net of allowance) | $0 |
| b. | Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. | Inventory (Book ◉ Market ◯ Other ◯ (attach explanation)) | $0 |
| d | Total current assets | $5,028,504 |
| e. | Total assets | $107,608,287 |
| f. | Postpetition payables (excluding taxes) | $0 |
| g. | Postpetition payables past due (excluding taxes) | $0 |
| h. | Postpetition taxes payable | $0 |
| i. | Postpetition taxes past due | $0 |
| j. | Total postpetition debt (f+h) | $0 |
| k. | Prepetition secured debt | $42,612,396 |
| l. | Prepetition priority debt | $0 |
| m. | Prepetition unsecured debt | $29,712,385 |
| n. | Total liabilities (debt) (j+k+l+m) | $72,324,780 |
| o. | Ending equity/net worth (e-n) | $35,283,506 |

| | Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|---|
| a. | Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. | Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. | Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| | Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|---|
| a. | Gross income/sales (net of returns and allowances) | $131,593 | |
| b. | Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. | Gross profit (a-b) | $131,593 | |
| d. | Selling expenses | $0 | |
| e. | General and administrative expenses | $165,260 | |
| f. | Other expenses | $0 | |
| g. | Depreciation and/or amortization (not included in 4b) | $0 | |
| h. | Interest | $61,399 | |
| i. | Taxes (local, state, and federal) | $0 | |
| j. | Reorganization items | $0 | |
| k. | Profit (loss) | $-95,066 | $4,982,295 |

Debtor's Name Andrew Stupin
Julie Stupin

Case No. 26-11202

**Part 5: Professional Fees and Expenses**

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | | | | | | |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |

Debtor's Name Andrew Stupin
Julie Stupin
Case No. 26-11202

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xxxvii | | | | | | |
| | xxxvii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxviii | | | | | | |

Debtor's Name Andrew Stupin
Julie Stupin
Case No. 26-11202

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |
| | xci | | | | | | |
| | xcii | | | | | | |
| | xciii | | | | | | |
| | xciv | | | | | | |
| | xcv | | | | | | |
| | xcvi | | | | | | |
| | xcvii | | | | | | |
| | xcviii | | | | | | |
| | xcix | | | | | | |
| | c | | | | | | |
| | ci | | | | | | |

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | | | | | | |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |
| | xxxvii | | | | | | |
| | xxxvii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |

Debtor's Name Andrew Stupin
Julie Stupin

Case No. 26-11202

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxviii | | | | | | |
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |
| | xci | | | | | | |
| | xcii | | | | | | |
| | xciii | | | | | | |
| | xciv | | | | | | |
| | xcv | | | | | | |
| | xcvi | | | | | | |
| | xcvii | | | | | | |
| | xcviii | | | | | | |

Debtor's Name Andrew Stupin
Julie Stupin

Case No. 26-11202

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xcix | | | | | | |
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| Part 6: Postpetition Taxes | | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $0 |
| d. | Postpetition employer payroll taxes paid | $0 | $0 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

| | | | Yes | No | N/A | |
|---|---|---|---|---|---|---|
| a. | Were any payments made on prepetition debt? (if yes, see Instructions) | | Yes ● | No ○ | | |
| b. | Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions) | | Yes ○ | No ● | | |
| c. | Were any payments made to or on behalf of insiders? | | Yes ● | No ○ | | |
| d. | Are you current on postpetition tax return filings? | | Yes ● | No ○ | | |
| e. | Are you current on postpetition estimated tax payments? | | Yes ● | No ○ | | |
| f. | Were all trust fund taxes remitted on a current basis? | | Yes ● | No ○ | | |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | | Yes ○ | No ● | | |
| h. | Were all payments made to or on behalf of professionals approved by the court? | | Yes ○ | No ○ | N/A ● | |
| i. | Do you have: | Worker's compensation insurance? | Yes ○ | No ● | | |
| | | If yes, are your premiums current? | Yes ○ | No ○ | N/A ● | (if no, see Instructions) |
| | | Casualty/property insurance? | Yes ● | No ○ | | |
| | | If yes, are your premiums current? | Yes ● | No ○ | N/A ○ | (if no, see Instructions) |
| | | General liability insurance? | Yes ● | No ○ | | |
| | | If yes, are your premiums current? | Yes ● | No ○ | N/A ○ | (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | | Yes ○ | No ● | | |
| k. | Has a disclosure statement been filed with the court? | | Yes ○ | No ● | | |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | | Yes ● | No ○ | | |

Debtor's Name Andrew Stupin
Julie Stupin

Case No. 26-11202

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $131,593 |
| d. | Total income in the reporting period (a+b+c) | $131,593 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $83,739 |
| g. | Living expenses | $32,140 |
| h. | All other expenses | $110,779 |
| i. | Total expenses in the reporting period (e+f+g+h) | $226,659 |
| j. | Difference between total income and total expenses (d-i) | $-95,066 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○ No ◉ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○ No ○ N/A ◉ |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

Andrew Stupin and Julie Stupin
Signature of Responsible Party

Andrew Stupin and Julie Stupin
Printed Name of Responsible Party

Debtors
Title

10/20/2026
Date

Debtor's Name Andrew Stupin
Julie Stupin

Case No. 26-11202

PageOnePartOne

PageOnePartTwo

PageTwoPartOne

PageTwoPartTwo

Debtor's Name Andrew Stupin
Julie Stupin

Case No. 26-11202

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name Andrew Stupin
Julie Stupin

Case No. 26-11202

PageThree

PageFour

**Andrew and Julie Stupin**
**Cash Rollforward**
**September 1 - September 30, 2026**

| | DIP Accounts | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bank | Customers Bank | Customers Bank | Customers Bank | Customers Bank | Customers Bank | Customers Bank | Customers Bank | Customers Bank | Customers Bank | Customers Bank | Customers Bank | Customers Bank | Customers Bank | Customers Bank | Customers Bank | Customers Bank | Customers Bank | Customers Bank | Customers Bank | Customers Bank | Customers Bank | Total DIP Accounts |
| Description | Stupin Family Trust | 818 Palm Ave | 309 5th St | 211 5th St | 311 5th St | 3322 & 3324 Via Lido | 17 Colonial | 315 & 317 5th St | 209 5th St | 301-303 5th St | 215 5th St | 11 Offshore | 305 5th St | 323 5th St | 319 5th St | 217-227 5th St | 325 5th St | 213 5th St | Stupin Personal | 504 Main St | 8566 Colusa | |
| Last 4 of Acct # | 0655 | 7941 | 5570 | 6121 | 8112 | 0696 | 5400 | 0460 | 0630 | 1014 | 1348 | 2068 | 3556 | 5543 | 8092 | 8467 | 8639 | 9526 | 7356 | 0787 | 8812 | |
| **Beginning Balance** | **4,876,302.61** | **24,925.30** | **32,422.58** | **37,111.94** | **705.34** | **40,827.92** | **2,299.83** | **7,345.19** | **980.20** | **4,808.20** | **26,830.51** | **10,640.33** | **3,778.24** | **0.00** | **0.00** | **27,524.81** | **4,481.38** | **16,691.54** | **4,683.67** | **0.00** | **445.25** | **5,122,804.84** |
| Inflows: | | | | | | | | | | | | | | | | | | | | | | |
| Rental Property Income | 6,000.00 | 15,362.14 | 11,925.00 | 6,095.00 | - | 21,000.00 | - | 4,000.00 | 500.00 | 5,000.00 | 16,100.00 | - | 4,000.00 | - | - | 14,042.00 | 4,500.00 | 6,950.00 | - | 6,900.00 | - | 122,374.14 |
| LLC Distributions | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Social Security | 3,369.00 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 3,369.00 |
| Other Inflows | 3,850.00 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 3,850.00 |
| Total Inflows | 13,219.00 | 15,362.14 | 11,925.00 | 6,095.00 | 0.00 | 21,000.00 | 0.00 | 4,000.00 | 500.00 | 5,000.00 | 16,100.00 | 0.00 | 4,000.00 | 0.00 | 0.00 | 14,042.00 | 4,500.00 | 6,950.00 | 0.00 | 6,900.00 | 0.00 | 129,593.14 |
| Outflows: | | | | | | | | | | | | | | | | | | | | | | |
| Residential Utilities and Expenses | - | - | - | - | - | - | - | - | - | - | - | (11,061.11) | - | - | - | - | - | - | (754.19) | - | - | (11,815.30) |
| Health Insurance & Related | (35.27) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | (270.64) | - | - | (305.91) |
| Dependent Support | (1,000.00) | - | - | - | - | - | - | - | - | - | (1,250.00) | - | - | - | - | - | - | - | (10,307.34) | - | - | (12,557.34) |
| Groceries & Dining | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | (5,804.59) | - | - | (5,804.59) |
| Personal Care | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | (1,657.02) | - | - | (1,657.02) |
| Rental Mortgages - Interest | (61,398.81) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | (61,398.81) |
| Rental Prop Operating Exp | (710.00) | (348.50) | (346.00) | (348.50) | - | - | (2,296.95) | - | - | - | (3.00) | - | (1.50) | - | - | - | - | (1.50) | - | - | (3,207.70) | (7,263.65) |
| Insurance | (1,602.07) | (423.50) | (376.20) | (1,389.60) | (384.50) | - | - | - | (710.78) | (451.60) | - | - | - | - | - | (851.70) | - | - | - | - | - | (6,189.95) |
| Utilities | - | (1,672.51) | (502.32) | (155.10) | (60.47) | (695.33) | (53.59) | (293.51) | - | - | (1,394.73) | - | (381.62) | - | - | - | (317.44) | (287.97) | - | - | (487.07) | (6,301.66) |
| Other Outflows | (110,808.93) | - | - | - | - | - | - | 2.30 | - | 1.11 | 5.56 | 6.42 | 0.92 | - | - | 10.76 | 1.50 | 3.99 | - | - | 0.07 | (110,776.30) |
| Total Outflows | (175,555.08) | (2,444.51) | (1,224.52) | (1,893.20) | (444.97) | (695.33) | (2,350.54) | (291.21) | (710.78) | (450.49) | (2,642.17) | (11,054.69) | (382.20) | 0.00 | 0.00 | (840.94) | (315.94) | (285.48) | (18,793.78) | 0.00 | (3,694.70) | (224,070.53) |
| Transfers Between DIP Accounts | (56,497.34) | - | 20,000.00 | - | - | 6,000.00 | 3,000.00 | - | - | - | - | 5,000.00 | - | - | - | - | - | - | 18,997.34 | - | 3,500.00 | 0.00 |
| Net Cash Flows | (218,833.42) | 12,917.63 | 30,700.48 | 4,201.80 | (444.97) | 26,304.67 | 649.46 | 3,708.79 | (210.78) | 4,549.51 | 13,457.83 | (6,054.69) | 3,617.80 | 0.00 | 0.00 | 13,201.06 | 4,184.06 | 6,664.52 | 203.56 | 6,900.00 | (194.70) | (94,477.39) |
| **Ending Cash** | **4,657,469.19** | **37,842.93** | **63,123.06** | **41,313.74** | **260.37** | **67,132.59** | **2,949.29** | **11,053.98** | **769.42** | **9,357.71** | **40,288.34** | **4,585.64** | **7,396.04** | **0.00** | **0.00** | **40,725.87** | **8,665.44** | **23,356.06** | **4,887.23** | **6,900.00** | **250.55** | **5,028,327.45** |

**Andrew and Julie Stupin**
**Cash Rollforward**
**September 1 - September 30, 2026**

| | Pre-Petition Bank Accounts | | Total DIP Accounts | Total Pre-Petition | Total |
|---|---|---|---|---|---|
| Bank | First Bank | Total Pre- | | | |
| Description | 818 Palm Ave | Petition | | | |
| Last 4 of Acct # | 8689 | | | | |
| **Beginning Balance** | **765.14** | **765.14** | **5,122,804.84** | **765.14** | **5,123,569.98** |
| Inflows: | | | | | |
| Rental Property Income | - | - | 122,374.14 | - | 122,374.14 |
| LLC Distributions | 2,000.00 | 2,000.00 | - | 2,000.00 | 2,000.00 |
| Social Security | - | - | 3,369.00 | - | 3,369.00 |
| Other Inflows | - | - | 3,850.00 | - | 3,850.00 |
| Total Inflows | 2,000.00 | 2,000.00 | 129,593.14 | 2,000.00 | 131,593.14 |
| Outflows: | | | | | |
| Residential Utilities and Expenses | - | - | (11,815.30) | - | (11,815.30) |
| Health Insurance & Related | - | - | (305.91) | - | (305.91) |
| Dependent Support | - | - | (12,557.34) | - | (12,557.34) |
| Groceries & Dining | - | - | (5,804.59) | - | (5,804.59) |
| Personal Care | - | - | (1,657.02) | - | (1,657.02) |
| Rental Mortgages - Interest | - | - | (61,398.81) | - | (61,398.81) |
| Rental Prop Operating Exp | - | - | (7,263.65) | - | (7,263.65) |
| Insurance | (2,585.15) | (2,585.15) | (6,189.95) | (2,585.15) | (8,775.10) |
| Utilities | - | - | (6,301.66) | - | (6,301.66) |
| Other Outflows | (3.00) | (3.00) | (110,776.30) | (3.00) | (110,779.30) |
| Total Outflows | (2,588.15) | (2,588.15) | (224,070.53) | (2,588.15) | (226,658.68) |
| Transfers Between DIP Accounts | - | - | 0.00 | - | 0.00 |
| Net Cash Flows | (588.15) | (588.15) | (94,477.39) | (588.15) | (95,065.54) |
| **Ending Cash** | **176.99** | **176.99** | **5,028,327.45** | **176.99** | **5,028,504.44** |

**Andrew and Julie Stupin**
**Statement of Personal Net Worth**
**As of September 30, 2026**

| | **Total** | |
|---|---|---|
| Assets: | | |
| Cash | 5,028,504.44 | |
| Personal and Household Items | 598,000.00 | |
| Publicly-traded Investments (eg, stocks) | 2,485,242.29 | |
| Private Investments (LLCs) | Unknown | [1] |
| Real Estate | 93,450,000.00 | [1] |
| Vehicles | 0.00 | |
| Watercraft | 29,240.00 | |
| Promissory Notes Receivable | 6,017,300.00 | |
| Business Equipment and Furnishings | 0.00 | |
| Other Assets | 0.00 | |
| **Total Assets** | **107,608,286.73** | |
| Liabilities | | |
| Post-petition Liabilities | 0.00 | |
| Pre-petition Liabilities: | | |
| Secured Obligations | 42,612,395.51 | [2] |
| Priority Obligations | 0.00 | [2] |
| Unsecured Obligations | 29,712,384.82 | [2] |
| Total Pre-petition Liabilities | 72,324,780.33 | |
| **Total Liabilities** | **72,324,780.33** | |
| **Net Worth (Assets minus Liabilities)** | **35,283,506.40** | |

Note: the values shown above are estimates that remain subject to further analysis and are derived primarily from the Debtors' Schedules filed with the Bankruptcy Court
[1] - The estimated values of the Debtors' assets remain subject to further analysis, including potential appraisals for the real estate and LLC assets
[2] - Pre-petition Liabilities are shown at the amounts reported in the Amended Debtors' Schedules (D and EF) as filed on June 26, 2026

**Andrew and Julie Stupin**
**Profit & Loss (Cash Based)**
**September 1 - September 30, 2026**

| | Total | MOR Category Part 4 | MOR Category Part 8 |
|---|---|---|---|
| Inflows: | | | |
| Rental Property Income | 122,374.14 | a. Gross income/sales (net of returns) | c. Gross income from all other sources |
| Rental Property Income (Unencumbered) | 0.00 | a. Gross income/sales (net of returns) | c. Gross income from all other sources |
| LLC Distributions | 2,000.00 | a. Gross income/sales (net of returns) | c. Gross income from all other sources |
| Management Fees | 0.00 | a. Gross income/sales (net of returns) | c. Gross income from all other sources |
| Promissory Notes - Restaurants | 0.00 | a. Gross income/sales (net of returns) | c. Gross income from all other sources |
| Social Security | 3,369.00 | a. Gross income/sales (net of returns) | c. Gross income from all other sources |
| Interest Income | 0.00 | a. Gross income/sales (net of returns) | c. Gross income from all other sources |
| Other Inflows | 3,850.00 | a. Gross income/sales (net of returns) | c. Gross income from all other sources |
| Total Inflows | 131,593.14 | a. Gross income/sales (net of returns) | c. Gross income from all other sources |
| | | | |
| Outflows: | | | |
| Residential Mortgage - Principal | 0.00 | f. Other expenses | g. Living Expenses |
| Residential Mortgage - Interest | 0.00 | h. Interest | g. Living Expenses |
| Residential Utilities and Expenses | (11,815.30) | e. General and administrative expenses | g. Living Expenses |
| Health Insurance & Related | (305.91) | e. General and administrative expenses | g. Living Expenses |
| Dependent Support | (12,557.34) | e. General and administrative expenses | g. Living Expenses |
| Groceries & Dining | (5,804.59) | e. General and administrative expenses | g. Living Expenses |
| Personal Care | (1,657.02) | e. General and administrative expenses | g. Living Expenses |
| Rental Mortgages - Principal | 0.00 | f. Other expenses | f. Self-employment related expenses |
| Rental Mortgages - Interest | (61,398.81) | h. Interest | f. Self-employment related expenses |
| Rental Property Operating Expenses | (7,263.65) | e. General and administrative expenses | f. Self-employment related expenses |
| Rental Property Op Exp (Unencumbered) | 0.00 | e. General and administrative expenses | f. Self-employment related expenses |
| Property Taxes | 0.00 | i. Taxes (local, state, and federal) | f. Self-employment related expenses |
| Income taxes | 0.00 | i. Taxes (local, state, and federal) | h. All other expenses |
| Insurance | (8,775.10) | e. General and administrative expenses | f. Self-employment related expenses |
| Utilities | (6,301.66) | e. General and administrative expenses | f. Self-employment related expenses |
| Utility Deposits | 0.00 | f. Other expenses | f. Self-employment related expenses |
| UST Fees | 0.00 | j. Reorganization Items | h. All other expenses |
| Management Fee Outflows | 0.00 | e. General and administrative expenses | f. Self-employment related expenses |
| Other Outflows | (110,779.30) | e. General and administrative expenses | h. All other expenses |
| Total Outflows | (226,658.68) | | |
| | | | |
| Transfer from Pre-Petiton to DIP Account | 0.00 | e. General and administrative expenses | h. All other expenses |
| Transfers Between DIP Accounts | 0.00 | e. General and administrative expenses | h. All other expenses |
| | | | |
| **Net Profits (Losses)** | **(95,065.54)** | | |

Note: The estimated Profit and Loss shown above was compiled on a cash basis

**Andrew and Julie Stupin**

**September 2026 Monthly Operating Report**

**Additional Notes**

Part 7 – Questionnaire

A - During the period covered by this MOR, the Debtors made one payment on account of a prepetition debt. On September 28, 2026, the Debtors paid $61,398.81 to First Bank by wire transfer from the Debtors' debtor-in-possession account at Customers Bank (x0655). The payment was an adequate protection payment made pursuant to the Order Approving Stipulation and Authorizing Use of Cash Collateral and Providing Adequate Protection Pursuant to Sections 361 and 363 of the Bankruptcy Code, entered September 24, 2026 [Docket No. 361].

C - During the period covered by this MOR, the Debtors made the following payments to or for the benefit of insiders or affiliated parties: (i) $5,997.34 and (ii) $1,000.00, each for rent on apartments occupied by dependents or family members, for which the Debtors are co-signers on the underlying leases; (iii) $4,000.00 to Jack Stupin for dependent support; (iv) $1,250.00 to Josh Stupin for tutoring; and (v) $110,808.93 transferred on September 11, 2026, to Coastline Real Estate Investments LLC ("CREI"), a non-debtor affiliate, as a partial reimbursement for payments CREI made on the Debtors' behalf to Secured Income Fund II and The Evergreen Advantage. It should be noted that the payment to CREI was limited to reimbursing it for amounts that would be due as adequate protection under the Debtors' proposed cash collateral stipulations, meaning the Debtors did not reimburse CREI for any payments to lenders in excess of what would have been due by the bankruptcy estate as adequate protection.

FIRST BANK
Member FDIC

ANDREW STUPIN
ANDREW STUPIN 818 PALM AVE
215 5TH ST STE A
HUNTINGTON BEACH CA 92648-8101

Last statement: August 31, 2026
This statement: September 30, 2026
Total days in statement period: 30

Page 1
XXXXXX8689
( 0)

Direct inquiries to:
800 760-2265

Huntington Beach
501 Main St Ste H
Huntington Beach CA 92648

---

***EFFECTIVE AUGUST 13, 2026, THE DEPOSIT ACCOUNT AGREEMENT WAS UPDATED. WE ADDED CUTOFF TIMES TO OUR FUNDS AVAILABILITY POLICY TO HELP YOU UNDERSTAND WHEN DEPOSITS ARE AVAILABLE, INFORMATION ABOUT ELECTRONIC PAYMENTS, AND WE UPDATED OUR POSTING ORDER FOR ELECTRONIC PAYMENTS. TO OBTAIN A COPY, PLEASE VISIT A BRANCH OR CALL 800-760-2265.***

---

# Commercial Checking

| | | | |
|---|---|---|---|
| Account number | XXXXXX8689 | Beginning balance | $765.14 |
| Low balance | $176.99 | Total additions | 2,000.00 |
| Average balance | $334.33 | Total subtractions | 2,588.15 |
| Avg collected balance | $334 | Ending balance | $176.99 |

**DEBITS**

| Date | Description | Subtractions |
|---|---|---|
| 09-09 | ' ACH Withdrawal<br>MERCURY INS PAYMENT 260908 | 2,585.15 |
| 09-14 | ' EFT Service Charge<br>INACTIVITY FEE | 3.00 |

**CREDITS**

| Date | Description | Additions |
|---|---|---|
| 09-09 | ' Cash Mgmt Trsfr Cr<br>REF 2521204L FUNDS TRANSFER FRMDEP XXXXXX1983<br>FROM COVER NSF | 2,000.00 |

FIRST BANK
Member FDIC

ANDREW STUPIN
September 30, 2026


XXXXXX8689

## DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 08-31 | 765.14 | 09-09 | 179.99 | 09-14 | 176.99 |

## OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $30.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

## STATEMENT RESPONSIBILITY

If you do not notify us of an unauthorized signature or alteration within a reasonable period of time (not to exceed 30 days), after we send or make available to you your statement and/or items, you cannot assert the unauthorized signature or alteration against us even if we are unable to show a loss due to your failure. Also, you cannot assert any unauthorized signatures or alterations by the same wrongdoer on items paid by us after the reasonable time mentioned above elapses and before we receive your notice. We lose these protections if we fail to exercise ordinary care in paying an item with an unauthorized signature or alteration. However, if you do not notify us of the problem within 60 days of when we send or make available to you the statement and/or items, you absolutely forfeit any right(s) to assert a claim against us. You must report any other account problem (e.g. erroneous statement or passbook entry, missing signature, unauthorized endorsement, etc.) within 60-day period or lose your right to assert claim against us.

## CHECKBOOK RECONCILIATION

(THIS IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT)

BANK BALANCE SHOWN ON THIS STATEMENT $__________
*Add+*

DEPOSITS NOT CREDITED ON THIS STATEMENT (if any) $__________
__________
__________
__________

*Total* $__________
*Subtract*

CHECKS OUTSTANDING $__________

BALANCE $__________

The above amount should agree with checkbook balance after deducting the service charge (if any) shown on statement for the previous month.

**CHECKS OUTSTANDING**

| CHECK NUMBER | AMOUNT | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | **$** | |

## HELPFUL HINTS

(If your account does not balance, please check the following carefully.)

* Have you correctly entered the amount of each check in checkbook register?
* Are the amounts of your deposits entered in your register the same as on your statement?
* Have you carried the correct balance forward from one entry to another in your register?
* Have you checked all addition and subtraction in your register?
* Have you deducted all bank charges/fees from your register?

## ELECTRONIC FUND TRANSFERS ERROR RESOLUTION

Telephone or write us at the phone number or address on the front of this statement as soon as you can in case of errors or questions about your electronic transfers, if you think your statement or receipt is wrong, or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you your FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, (20 days for new accounts - accounts involving a transfer within 30 days after the first deposit was made to the account) we will credit your account for the amount you think is in error so that you will have use of the funds during the time it takes us to complete our investigation.

APY - Annual Percentage Yield APR - Annual Percentage Rate

customers bank

40 General Warren Blvd. Suite 200, Malvern, PA 19355
Return Service Requested

**Statement Ending 09/30/2026**

**Total Days in Statement Period: 30**



26462 MCB9429S100126051720 01 000000000 52924 003
ANDREW & JULIE STUPIN, DIP
CHAPTER 11 CASE# 26-11202
315 & 317 5TH ST
215 5TH ST
HUNTINGTON BEACH CA 92648-8101

26462 0094759 0001-0002 0000000000000000

## Managing Your Accounts

**Branch Telephone:** 914-908-4529

**Branch Mailing Address:**
102 S RIDGE ST
RYE BROOK NY 10573

**Telephone Banking:** 800-849-4809

**Online Access:**
www.customersbank.com

## BANKRUPTCY BUSINESS CHECKING XXXXXX0460

### Account Summary

| Date | Description | Amount |
|---|---|---|
| **09/01/2026** | **Beginning Balance** | **$7,345.19** |
| | 3 Credit(s) This Period | $8,018.49 |
| | 3 Debit(s) This Period | $4,309.70 |
| **09/30/2026** | **Ending Balance** | **$11,053.98** |
| | Days This Period | 30 |
| | Average Collected Balance | $10,391.00 |
| | Low Balance | $7,345.19 |

### Other Credits

| Date | Description | Amount |
|---|---|---|
| 09/02/2026 | COMM'L SCANNED DEP | $4,000.00 |
| 09/03/2026 | SERVICE CHG REFUND<br>REV MONTHLY SVC | $18.49 |
| 09/04/2026 | COMM'L SCANNED DEP | $4,000.00 |

### Other Debits

| Date | Description | Amount |
|---|---|---|
| 09/04/2026 | DEPOSIT RETURN ITEM | $4,000.00 |
| 09/14/2026 | ACH WITHDRAWAL<br>HUNTINGTON BEACH UTILITY 260914 | $293.51 |
| 09/22/2026 | SERVICE CHARGE<br>ANALYSIS ACTIVITY FOR 08/26 | $16.19 |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 08/31/2026 | $7,345.19 | 09/03/2026 | $11,363.68 | 09/14/2026 | $11,070.17 |
| 09/02/2026 | $11,345.19 | 09/04/2026 | $11,363.68 | 09/22/2026 | $11,053.98 |

Member FDIC
EQUAL HOUSING LENDER
Available on the iPhone App Store
ANDROID APP ON Google play

**In Case of Errors or Questions about Your Electronic Transactions or Direct Deposits:**
Call your local branch at the telephone number listed on the first page of your statement, or write to the Bank at the address below if you think your statement or receipt is wrong, or if you need more information about a transfer listed on your statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the error or problem appeared.

If you do not tell us within 60 days after the statement was sent to you, you may not be credited for any money lost after the 60 days, if we can prove that we could have prevented someone from taking the money if you had notified us within 60 days.

**Customers Bank**
**ATTN: Fraud Prevention and Investigations Department**
**701 Reading Ave**
**West Reading, PA 19611**

Be sure to include the information listed below in your correspondence:

- Your name, account number, and ATM or VISA Check Card number. Please note: Never include this information in a text or an email
- A description of the error or the transfer in question, and explain as clearly as you can why you believe it is an error or why you need more information
- The dollar amount of the suspected error

**Pre-Authorized Credits**
If you have arranged to have direct deposits made to your account you may call your local branch to verify that the deposit has been made.

**Notice to Recipients of Electronic Transfers - Consumer Accounts:**
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this (or 20 business days for new accountholders), we will credit your account for the amount you think is in error so that you will have the use of the money during the time it takes us to complete our investigation.

**In Case of Errors or Questions about Your Transactions - Business Accounts:**
You should examine your statements and the itemized transactions carefully and reconcile the account promptly. We will consider the statement correct unless you notify us within 14 calendar days from the date the statement is **FIRST** sent or made available to you. This 14 calendar day limitation applies regardless of whether we used ordinary care.

If there are any discrepancies, forgeries, alterations or unauthorized transactions, please contact your local branch at the telephone number listed on the first page of your statement or write to your local branch.

**Business Hours for All Branches:**
Monday-Thursday - 9:00 am - 5:00 pm
Friday - 9:00 am - 5:30 pm
Saturday & Sunday - Closed

**Lost or Stolen ATM or Debit Card:**
To report your lost or stolen ATM Card or Debit Card, call your local branch at the telephone number listed on the first page of this statement. After normal banking hours, please call 800-523-4175.

customers bank



26462 0094761 0002-0002 0000000000000000

## BANKRUPTCY BUSINESS CHECKING XXXXXX0460 *(Continued)*

**Overdraft and Returned Item Fees**

| | Total For This Period | Total Year To Date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

customers bank

40 General Warren Blvd. Suite 200, Malvern, PA 19355
Return Service Requested

**Statement Ending 09/30/2026**

*Total Days in Statement Period: 30*



24302 MCB9429S100126051720 01 000000000 48604 003
ANDREW STUPIN
CHAPTER 11 CASE# 26-11202
209 5TH ST
215 5TH ST
HUNTINGTON BEACH CA 92648-8101

24302 0086549 0001-0002 0000000000000000

## Managing Your Accounts

**Branch Telephone:** 914-908-4529

**Branch Mailing Address:**
102 S RIDGE ST
RYE BROOK NY 10573

**Telephone Banking:** 800-849-4809

**Online Access:**
www.customersbank.com

# BANKRUPTCY BUSINESS CHECKING XXXXXX0630

## Account Summary

| Date | Description | Amount |
|---|---|---|
| **09/01/2026** | **Beginning Balance** | **$980.20** |
| | 2 Credit(s) This Period | $519.80 |
| | 2 Debit(s) This Period | $730.58 |
| **09/30/2026** | **Ending Balance** | **$769.42** |
| | Days This Period | 30 |
| | Average Collected Balance | $712.00 |
| | Low Balance | $289.22 |

## Other Credits

| Date | Description | Amount |
|---|---|---|
| 09/03/2026 | SERVICE CHG REFUND<br>REV MONTHLY SVC | $19.80 |
| 09/08/2026 | COMM'L SCANNED DEP | $500.00 |

## Other Debits

| Date | Description | Amount |
|---|---|---|
| 09/03/2026 | ACH WITHDRAWAL<br>Inszone Insuranc PURCHASE TRN*1*VTP9ZRJ3KWD7 J2F3**4VXM776C7GTJ<br>XLDN\RMR*IK*Inszon e Insurance Servic | $710.78 |
| 09/22/2026 | SERVICE CHARGE<br>ANALYSIS ACTIVITY FOR 08/26 | $19.80 |

## Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 08/31/2026 | $980.20 | 09/08/2026 | $789.22 | 09/22/2026 | $769.42 |
| 09/03/2026 | $289.22 | | | | |

Member FDIC  EQUAL HOUSING LENDER

Available on the iPhone App Store  ANDROID APP ON Google play

**In Case of Errors or Questions about Your Electronic Transactions or Direct Deposits:**
Call your local branch at the telephone number listed on the first page of your statement, or write to the Bank at the address below if you think your statement or receipt is wrong, or if you need more information about a transfer listed on your statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the error or problem appeared.

If you do not tell us within 60 days after the statement was sent to you, you may not be credited for any money lost after the 60 days, if we can prove that we could have prevented someone from taking the money if you had notified us within 60 days.

**Customers Bank**
**ATTN: Fraud Prevention and Investigations Department**
**701 Reading Ave**
**West Reading, PA 19611**

Be sure to include the information listed below in your correspondence:

- Your name, account number, and ATM or VISA Check Card number. Please note: Never include this information in a text or an email
- A description of the error or the transfer in question, and explain as clearly as you can why you believe it is an error or why you need more information
- The dollar amount of the suspected error

**Pre-Authorized Credits**
If you have arranged to have direct deposits made to your account you may call your local branch to verify that the deposit has been made.

**Notice to Recipients of Electronic Transfers - Consumer Accounts:**
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this (or 20 business days for new accountholders), we will credit your account for the amount you think is in error so that you will have the use of the money during the time it takes us to complete our investigation.

**In Case of Errors or Questions about Your Transactions - Business Accounts:**
You should examine your statements and the itemized transactions carefully and reconcile the account promptly. We will consider the statement correct unless you notify us within 14 calendar days from the date the statement is **FIRST** sent or made available to you. This 14 calendar day limitation applies regardless of whether we used ordinary care.

If there are any discrepancies, forgeries, alterations or unauthorized transactions, please contact your local branch at the telephone number listed on the first page of your statement or write to your local branch.

**Business Hours for All Branches:**
Monday-Thursday - 9:00 am - 5:00 pm
Friday - 9:00 am - 5:30 pm
Saturday & Sunday - Closed

**Lost or Stolen ATM or Debit Card:**
To report your lost or stolen ATM Card or Debit Card, call your local branch at the telephone number listed on the first page of this statement. After normal banking hours, please call 800-523-4175.

customers bank



24302 0086551 0002-0002 0000000000000000

## BANKRUPTCY BUSINESS CHECKING XXXXXX0630 *(Continued)*

**Overdraft and Returned Item Fees**

| | Total For This Period | Total Year To Date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

24302 0086551 0002-0002 MCB9429S100126051720 01 L 48604

customers bank

40 General Warren Blvd. Suite 200, Malvern, PA 19355
Return Service Requested

**Statement Ending 09/30/2026**

**Total Days in Statement Period: 30**



1089 MCB9429S100126051720 01 000000000 2178 005

ANDREW & JULIE STUPIN, DIP
CHAPTER 11 CASE# 26-11202
STUPIN FAMILY TRUST
215 5TH ST
HUNTINGTON BEACH CA 92648-8101

1089 0003823 0001-0004 0000000000000000

## Managing Your Accounts

**Branch Telephone:** 914-908-4529

**Branch Mailing Address:**
102 S RIDGE ST
RYE BROOK NY 10573

**Telephone Banking:** 800-849-4809

**Online Access:**
www.customersbank.com

## BANKRUPTCY BUSINESS CHECKING XXXXXX0655

### Account Summary

| Date | Description | Amount |
|---|---|---|
| **09/01/2026** | **Beginning Balance** | **$4,876,302.61** |
| | 14 Credit(s) This Period | $49,860.48 |
| | 18 Debit(s) This Period | $268,693.90 |
| **09/30/2026** | **Ending Balance** | **$4,657,469.19** |
| | Days This Period | 30 |
| | Average Collected Balance | $4,775,291.00 |
| | Low Balance | $4,657,469.19 |

### Other Credits

| Date | Description | Amount |
|---|---|---|
| 09/03/2026 | ACH DEPOSIT<br>SSA TREAS 310 XXSOC SEC 260903 | $3,369.00 |
| 09/11/2026 | INCOMING WIRE<br>INCOMING WIRE 2026 0911MFP00235000252 #903050 BROADWAY GROUP LLC | $350.00 |
| 09/11/2026 | INCOMING WIRE<br>INCOMING WIRE 2026 0911MFP00235000253 #903051 CEDAR GRO UP LLC | $350.00 |
| 09/11/2026 | INCOMING WIRE<br>INCOMING WIRE 2026 0911MFP00235000256 #903053 OAK CENTE R GROUP LLC | $700.00 |
| 09/11/2026 | INCOMING WIRE<br>INCOMING WIRE 2026 0911MFP00235000254 #903052 CENTURY G ROUP LLC | $350.00 |
| 09/11/2026 | INCOMING WIRE<br>INCOMING WIRE 2026 0911MFP00235000255 #903056 LAWNDALE GROUP LLC | $350.00 |
| 09/11/2026 | INCOMING WIRE<br>INCOMING WIRE 2026 0911MFP00235000258 #903055 PIONEER G ROUP LLC | $350.00 |
| 09/11/2026 | INCOMING WIRE<br>INCOMING WIRE 2026 0911MFP00235000257 #903054 ROSECRANS GROUP LLC | $350.00 |
| 09/11/2026 | INCOMING WIRE<br>INCOMING WIRE 2026 0911MFP00235000259 #903062 STANTON G ROUP THREE LLC | $350.00 |
| 09/11/2026 | INCOMING WIRE<br>INCOMING WIRE 2026 0911MFP00235000260 #903063 STANTON G ROUP LLC | $350.00 |
| 09/11/2026 | INCOMING WIRE<br>INCOMING WIRE 2026 0911MFP00235000262 #903088 ANDREW ST UPIN INC | $350.00 |

Member FDIC
EQUAL HOUSING LENDER
Available on the iPhone App Store
Android App on Google play

**In Case of Errors or Questions about Your Electronic Transactions or Direct Deposits:**
Call your local branch at the telephone number listed on the first page of your statement, or write to the Bank at the address below if you think your statement or receipt is wrong, or if you need more information about a transfer listed on your statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the error or problem appeared.

If you do not tell us within 60 days after the statement was sent to you, you may not be credited for any money lost after the 60 days, if we can prove that we could have prevented someone from taking the money if you had notified us within 60 days.

**Customers Bank**
**ATTN: Fraud Prevention and Investigations Department**
**701 Reading Ave**
**West Reading, PA 19611**

Be sure to include the information listed below in your correspondence:

- Your name, account number, and ATM or VISA Check Card number. Please note: Never include this information in a text or an email
- A description of the error or the transfer in question, and explain as clearly as you can why you believe it is an error or why you need more information
- The dollar amount of the suspected error

**Pre-Authorized Credits**
If you have arranged to have direct deposits made to your account you may call your local branch to verify that the deposit has been made.

**Notice to Recipients of Electronic Transfers - Consumer Accounts:**
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this (or 20 business days for new accountholders), we will credit your account for the amount you think is in error so that you will have the use of the money during the time it takes us to complete our investigation.

**In Case of Errors or Questions about Your Transactions - Business Accounts:**
You should examine your statements and the itemized transactions carefully and reconcile the account promptly. We will consider the statement correct unless you notify us within 14 calendar days from the date the statement is **FIRST** sent or made available to you. This 14 calendar day limitation applies regardless of whether we used ordinary care.

If there are any discrepancies, forgeries, alterations or unauthorized transactions, please contact your local branch at the telephone number listed on the first page of your statement or write to your local branch.

**Business Hours for All Branches:**
Monday-Thursday - 9:00 am - 5:00 pm
Friday - 9:00 am - 5:30 pm
Saturday & Sunday - Closed

**Lost or Stolen ATM or Debit Card:**
To report your lost or stolen ATM Card or Debit Card, call your local branch at the telephone number listed on the first page of this statement. After normal banking hours, please call 800-523-4175.

1089 0003825 0002-0004 0000000000000000

## BANKRUPTCY BUSINESS CHECKING XXXXXX0655 *(Continued)*

### Other Credits *(Continued)*

| Date | Description | Amount |
|---|---|---|
| 09/11/2026 | INCOMING WIRE<br>INCOMING WIRE 2026 0911MFP00235000403 #904590 WIRE HOLD OVER | $18,320.74 |
| 09/28/2026 | INCOMING WIRE<br>INCOMING WIRE 2026 0928MFP00235000321 #959353 ANDREW ST UPIN INC | $18,320.74 |
| 09/30/2026 | ACH DEPOSIT<br>CSCP LLC STUPIN FAM 3322-3324 VIA LIDO BERTH 2 OCT SLIP FEE | $6,000.00 |

### Other Debits

| Date | Description | Amount |
|---|---|---|
| 09/02/2026 | ACH WITHDRAWAL<br>DRIVE INS CO INS PREM 260902 | $1,602.07 |
| 09/04/2026 | EBANKING TRANSFER<br>REF 2471329L FUNDS TRANSFER TO DEP XXX7356 FROM ONLINE TRANSFER TO COVER | $5,000.00 |
| 09/08/2026 | EBANKING TRANSFER<br>REF 2511322L FUNDS TRANSFER TO DEP XXX7356 FROM ONLINE JACK STUPIN SEPT 2 | $5,997.34 |
| 09/11/2026 | BOLB OUTGOING WIRE<br>OUTGOING WIRE #903 364 COASTLINE REAL ESTATE INVESTMENT S | $110,808.93 |
| 09/11/2026 | BOLB OUTGOING WIRE<br>OUTGOING WIRE #904 494 504 MAIN STREE T GROUP LLC | $18,320.74 |
| 09/14/2026 | BOLB OUTGOING WIRE<br>OUTGOING WIRE #909 255 COASTLINE PART NERS 3 | $18,320.74 |
| 09/16/2026 | EBANKING TRANSFER<br>REF 2591415L FUNDS TRANSFER TO DEP XXX8812 FROM ONLINE COVER NSF | $500.00 |
| 09/23/2026 | EBANKING TRANSFER<br>REF 2661207L FUNDS TRANSFER TO DEP XXX7356 FROM ONLINE TRANSFER TO COVER | $1,000.00 |
| 09/24/2026 | EBANKING TRANSFER<br>REF 2671258L FUNDS TRANSFER TO DEP XXX2068 FROM ONLINE TRANSFER TO COVER | $5,000.00 |
| 09/24/2026 | EBANKING TRANSFER<br>REF 2671259L FUNDS TRANSFER TO DEP XXX5400 FROM ONLINE TRANSFER TO COVER | $3,000.00 |
| 09/24/2026 | EBANKING TRANSFER<br>REF 2671522L FUNDS TRANSFER TO DEP XXX7356 FROM ONLINE TRANSFER FOR LOW B | $5,000.00 |
| 09/28/2026 | EBANKING TRANSFER<br>REF 2711351L FUNDS TRANSFER TO DEP XXX5570 FROM ONLINE TRANSFER TO COVER | $20,000.00 |
| 09/28/2026 | BOLB OUTGOING WIRE<br>OUTGOING WIRE #958 864 FIRST BANK LOA N (4000031444) | $61,398.81 |
| 09/28/2026 | EBANKING TRANSFER<br>REF 2711817L FUNDS TRANSFER TO DEP XXX7356 FROM ONLINE COVER EXPENSES | $5,000.00 |
| 09/30/2026 | EBANKING TRANSFER<br>REF 2731501L FUNDS TRANSFER TO DEP XXX0696 FROM ONLINE BERTH 2 OCTOBER RE | $6,000.00 |

### Checks Cleared

** Indicates a Skip in Check Number(s)*

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1011 | 09/08/2026 | $1,000.00 | 1013* | 09/03/2026 | $710.00 | 1020* | 09/02/2026 | $35.27 |

1089 0003826 0003-0004 0000000000000000

## BANKRUPTCY BUSINESS CHECKING XXXXXX0655 *(Continued)*

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 08/31/2026 | $4,876,302.61 | 09/08/2026 | $4,865,326.93 | 09/23/2026 | $4,738,547.26 |
| 09/02/2026 | $4,874,665.27 | 09/11/2026 | $4,758,368.00 | 09/24/2026 | $4,725,547.26 |
| 09/03/2026 | $4,877,324.27 | 09/14/2026 | $4,740,047.26 | 09/28/2026 | $4,657,469.19 |
| 09/04/2026 | $4,872,324.27 | 09/16/2026 | $4,739,547.26 | 09/30/2026 | $4,657,469.19 |

### Overdraft and Returned Item Fees

| | Total For This Period | Total Year To Date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

1089 0003827 0004-0004 0000000000000000

## BANKRUPTCY BUSINESS CHECKING XXXXXX0655


ANDREW & JULIE STUPIN, DIP
CHAPTER 11 CASE #26-11202
CHECKING
215 5TH ST.
HUNTINGTON BEACH, CA 92648-5101
1011
DATE 9-1-2026
PAY TO THE ORDER OF Lisa Petersen $ 1000 00/100
One Thousand no/— DOLLARS
customers bank
FOR Rent Sept 2026
⑈001011⑈ ⑆031302971⑆ 065 5⑈

09/08/26 #1011 $1,000.00


ANDREW & JULIE STUPIN, DIP
CHAPTER 11 CASE #26-11202
CHECKING
215 5TH ST.
HUNTINGTON BEACH, CA 92648-5101
1013
DATE 8/31/26
PAY TO THE ORDER OF Lisa Pasillas $ 710.00
Seven Hundred Ten dollars 00/100 — DOLLARS
customers bank
FOR
⑈001013⑈ ⑆031302971⑆ 065 5⑈

09/03/26 #1013 $710.00


ANDREW & JULIE STUPIN, DIP
CHAPTER 11 CASE #26-11202
CHECKING
215 5TH ST.
HUNTINGTON BEACH, CA 92648-5101
1020
DATE 8/25/26
PAY TO THE ORDER OF Cambridge Foot & Ankle Associates inc. $ 35 27/100
Thirty five and 27/100 DOLLARS
customers bank
FOR Account #5445607A4399
⑈001020⑈ ⑆031302971⑆ 065 5⑈

09/02/26 #1020 $35.27

customers bank

40 General Warren Blvd. Suite 200, Malvern, PA 19355
Return Service Requested

**Statement Ending 09/30/2026**

*Total Days in Statement Period: 30*



9211 MCB9429S100126051720 01 000000000 18422 003

ANDREW & JULIE STUPIN, DIP
CHAPTER 11 CASE#26-11202
3322&3324 VIA LIDO
215 5TH ST
HUNTINGTON BEACH CA 92648-8101

9211 0034183 0001-0002 0000000000000000

## Managing Your Accounts

**Branch Telephone:** 914-908-4529

**Branch Mailing Address:**
102 S RIDGE ST
RYE BROOK NY 10573

**Telephone Banking:** 800-849-4809

**Online Access:**
www.customersbank.com

## BANKRUPTCY BUSINESS CHECKING XXXXXX0696

### Account Summary

| Date | Description | Amount |
|---|---|---|
| **09/01/2026** | **Beginning Balance** | **$40,827.92** |
| | 2 Credit(s) This Period | $27,000.00 |
| | 3 Debit(s) This Period | $695.33 |
| **09/30/2026** | **Ending Balance** | **$67,132.59** |
| | Days This Period | 30 |
| | Average Collected Balance | $44,911.00 |
| | Low Balance | $40,132.59 |

### Other Credits

| Date | Description | Amount |
|---|---|---|
| 09/25/2026 | INCOMING WIRE<br>INCOMING WIRE 2026 0925MFP00235000343 #952834 CASA VIA LIDO LLC | $21,000.00 |
| 09/30/2026 | EBANKING TRANSFER<br>REF 2731501L FUNDS TRANSFER FRM DEP XXX0655 FROM ONLINE BERTH 2 OCTOBER RE | $6,000.00 |

### Other Debits

| Date | Description | Amount |
|---|---|---|
| 09/14/2026 | ACH WITHDRAWAL<br>SPECTRUM SPECTRUM 260914 | $141.90 |
| 09/14/2026 | ACH WITHDRAWAL<br>SPECTRUM SPECTRUM 260914 | $322.11 |
| 09/24/2026 | ACH WITHDRAWAL<br>CITYOFNEWPORTBEA WEBPAYMENT 260924 | $231.32 |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 08/31/2026 | $40,827.92 | 09/24/2026 | $40,132.59 | 09/30/2026 | $67,132.59 |
| 09/14/2026 | $40,363.91 | 09/25/2026 | $61,132.59 | | |

Member FDIC
EQUAL HOUSING LENDER
Available on the iPhone App Store
ANDROID APP ON Google play

**In Case of Errors or Questions about Your Electronic Transactions or Direct Deposits:**
Call your local branch at the telephone number listed on the first page of your statement, or write to the Bank at the address below if you think your statement or receipt is wrong, or if you need more information about a transfer listed on your statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the error or problem appeared.

If you do not tell us within 60 days after the statement was sent to you, you may not be credited for any money lost after the 60 days, if we can prove that we could have prevented someone from taking the money if you had notified us within 60 days.

**Customers Bank**
**ATTN: Fraud Prevention and Investigations Department**
**701 Reading Ave**
**West Reading, PA 19611**

Be sure to include the information listed below in your correspondence:

- Your name, account number, and ATM or VISA Check Card number. Please note: Never include this information in a text or an email
- A description of the error or the transfer in question, and explain as clearly as you can why you believe it is an error or why you need more information
- The dollar amount of the suspected error

**Pre-Authorized Credits**
If you have arranged to have direct deposits made to your account you may call your local branch to verify that the deposit has been made.

**Notice to Recipients of Electronic Transfers - Consumer Accounts:**
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this (or 20 business days for new accountholders), we will credit your account for the amount you think is in error so that you will have the use of the money during the time it takes us to complete our investigation.

**In Case of Errors or Questions about Your Transactions - Business Accounts:**
You should examine your statements and the itemized transactions carefully and reconcile the account promptly. We will consider the statement correct unless you notify us within 14 calendar days from the date the statement is **FIRST** sent or made available to you. This 14 calendar day limitation applies regardless of whether we used ordinary care.

If there are any discrepancies, forgeries, alterations or unauthorized transactions, please contact your local branch at the telephone number listed on the first page of your statement or write to your local branch.

**Business Hours for All Branches:**
Monday-Thursday - 9:00 am - 5:00 pm
Friday - 9:00 am - 5:30 pm
Saturday & Sunday - Closed

**Lost or Stolen ATM or Debit Card:**
To report your lost or stolen ATM Card or Debit Card, call your local branch at the telephone number listed on the first page of this statement. After normal banking hours, please call 800-523-4175.

9211 0034185 0002-0002 0000000000000000

## BANKRUPTCY BUSINESS CHECKING XXXXXX0696 *(Continued)*

**Overdraft and Returned Item Fees**

| | Total For This Period | Total Year To Date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

customers bank

40 General Warren Blvd. Suite 200, Malvern, PA 19355
Return Service Requested

**Statement Ending 09/30/2026**

***Total Days in Statement Period: 21***


2455 0008632 0001-0001 0000000000000000

2455 MCB9429S100126051720 01 000000000 4910 002
ANDREW & JULIE STUPIN, DIP
CHAPTER 11 CASE# 26-11202
504 MAIN ST
215 5TH ST
HUNTINGTON BEACH CA 92648-8101

## *Managing Your Accounts*

**Branch Telephone:** 914-908-4529

**Branch Mailing Address:**
102 S RIDGE ST
RYE BROOK NY 10573

**Telephone Banking:** 800-849-4809

**Online Access:**
www.customersbank.com

## BANKRUPTCY BUSINESS CHECKING XXXXXX0787

### Account Summary

| Date | Description | Amount |
|---|---|---|
| **09/10/2026** | **Beginning Balance** | **$0.00** |
| | 2 Credit(s) This Period | $6,900.00 |
| | 0 Debit(s) This Period | $0.00 |
| **09/30/2026** | **Ending Balance** | **$6,900.00** |
| | Days This Period | 21 |
| | Average Collected Balance | $985.00 |
| | Low Balance | $0.00 |

### Other Credits

| Date | Description | Amount |
|---|---|---|
| 09/24/2026 | INCOMING WIRE<br>INCOMING WIRE 2026 0924MFP00235000313 #948047 COASTLINE REAL ESTATE INVES TMENTS L | $2,300.00 |
| 09/30/2026 | INCOMING WIRE<br>INCOMING WIRE 2026 0930MFP00235000341 #970312 ANDREW ST UPIN INC | $4,600.00 |

### Daily Balances

| Date | Amount | Date | Amount |
|---|---|---|---|
| 09/24/2026 | $2,300.00 | 09/30/2026 | $6,900.00 |

### Overdraft and Returned Item Fees

| | Total For This Period | Total Year To Date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

Member FDIC
EQUAL HOUSING LENDER
Available on the iPhone App Store
ANDROID APP ON Google play

**In Case of Errors or Questions about Your Electronic Transactions or Direct Deposits:**
Call your local branch at the telephone number listed on the first page of your statement, or write to the Bank at the address below if you think your statement or receipt is wrong, or if you need more information about a transfer listed on your statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the error or problem appeared.

If you do not tell us within 60 days after the statement was sent to you, you may not be credited for any money lost after the 60 days, if we can prove that we could have prevented someone from taking the money if you had notified us within 60 days.

**Customers Bank**
**ATTN: Fraud Prevention and Investigations Department**
**701 Reading Ave**
**West Reading, PA 19611**

Be sure to include the information listed below in your correspondence:

- Your name, account number, and ATM or VISA Check Card number. Please note: Never include this information in a text or an email
- A description of the error or the transfer in question, and explain as clearly as you can why you believe it is an error or why you need more information
- The dollar amount of the suspected error

**Pre-Authorized Credits**
If you have arranged to have direct deposits made to your account you may call your local branch to verify that the deposit has been made.

**Notice to Recipients of Electronic Transfers - Consumer Accounts:**
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this (or 20 business days for new accountholders), we will credit your account for the amount you think is in error so that you will have the use of the money during the time it takes us to complete our investigation.

**In Case of Errors or Questions about Your Transactions - Business Accounts:**
You should examine your statements and the itemized transactions carefully and reconcile the account promptly. We will consider the statement correct unless you notify us within 14 calendar days from the date the statement is **FIRST** sent or made available to you. This 14 calendar day limitation applies regardless of whether we used ordinary care.

If there are any discrepancies, forgeries, alterations or unauthorized transactions, please contact your local branch at the telephone number listed on the first page of your statement or write to your local branch.

**Business Hours for All Branches:**
Monday-Thursday - 9:00 am - 5:00 pm
Friday - 9:00 am - 5:30 pm
Saturday & Sunday - Closed

**Lost or Stolen ATM or Debit Card:**
To report your lost or stolen ATM Card or Debit Card, call your local branch at the telephone number listed on the first page of this statement. After normal banking hours, please call 800-523-4175.

customers bank

40 General Warren Blvd. Suite 200, Malvern, PA 19355
Return Service Requested

**Statement Ending 09/30/2026**

*Total Days in Statement Period: 30*



28951 MCB9429S100126051720 01 000000000 57902 003
ANDREW & JULIE STUPIN, DIP
CHAPTER 11 CASE# 26-11202
301-303 5TH
215 5TH ST
HUNTINGTON BEACH CA 92648-8101

28951 0103121 0001-0002 0000000000000000

## *Managing Your Accounts*

**Branch Telephone:** 914-908-4529

**Branch Mailing Address:**
102 S RIDGE ST
RYE BROOK NY 10573

**Telephone Banking:** 800-849-4809

**Online Access:**
www.customersbank.com

## BANKRUPTCY BUSINESS CHECKING XXXXXX1014

### Account Summary

| Date | Description | Amount |
|---|---|---|
| **09/01/2026** | **Beginning Balance** | **$4,808.20** |
| | 2 Credit(s) This Period | $5,018.23 |
| | 2 Debit(s) This Period | $468.72 |
| **09/30/2026** | **Ending Balance** | **$9,357.71** |
| | Days This Period | 30 |
| | Average Collected Balance | $4,898.00 |
| | Low Balance | $4,357.71 |

### Other Credits

| Date | Description | Amount |
|---|---|---|
| 09/03/2026 | SERVICE CHG REFUND<br>REV MONTHLY SVC | $18.23 |
| 09/28/2026 | INCOMING WIRE<br>INCOMING WIRE 2026 0928MFP00235000274 #958647 COASTLINE REAL ESTATE INVES TMENTS L | $5,000.00 |

### Other Debits

| Date | Description | Amount |
|---|---|---|
| 09/03/2026 | ACH WITHDRAWAL<br>TRAVELERS BUS INSUR 260903 3650459 | $451.60 |
| 09/22/2026 | SERVICE CHARGE<br>ANALYSIS ACTIVITY FOR 08/26 | $17.12 |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 08/31/2026 | $4,808.20 | 09/22/2026 | $4,357.71 | 09/28/2026 | $9,357.71 |
| 09/03/2026 | $4,374.83 | | | | |

Member FDIC
EQUAL HOUSING LENDER
Available on the iPhone App Store
ANDROID APP ON Google play

**In Case of Errors or Questions about Your Electronic Transactions or Direct Deposits:**
Call your local branch at the telephone number listed on the first page of your statement, or write to the Bank at the address below if you think your statement or receipt is wrong, or if you need more information about a transfer listed on your statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the error or problem appeared.

If you do not tell us within 60 days after the statement was sent to you, you may not be credited for any money lost after the 60 days, if we can prove that we could have prevented someone from taking the money if you had notified us within 60 days.

**Customers Bank**
**ATTN: Fraud Prevention and Investigations Department**
**701 Reading Ave**
**West Reading, PA 19611**

Be sure to include the information listed below in your correspondence:

- Your name, account number, and ATM or VISA Check Card number. Please note: Never include this information in a text or an email
- A description of the error or the transfer in question, and explain as clearly as you can why you believe it is an error or why you need more information
- The dollar amount of the suspected error

**Pre-Authorized Credits**
If you have arranged to have direct deposits made to your account you may call your local branch to verify that the deposit has been made.

**Notice to Recipients of Electronic Transfers - Consumer Accounts:**
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this (or 20 business days for new accountholders), we will credit your account for the amount you think is in error so that you will have the use of the money during the time it takes us to complete our investigation.

**In Case of Errors or Questions about Your Transactions - Business Accounts:**
You should examine your statements and the itemized transactions carefully and reconcile the account promptly. We will consider the statement correct unless you notify us within 14 calendar days from the date the statement is **FIRST** sent or made available to you. This 14 calendar day limitation applies regardless of whether we used ordinary care.

If there are any discrepancies, forgeries, alterations or unauthorized transactions, please contact your local branch at the telephone number listed on the first page of your statement or write to your local branch.

**Business Hours for All Branches:**
Monday-Thursday - 9:00 am - 5:00 pm
Friday - 9:00 am - 5:30 pm
Saturday & Sunday - Closed

**Lost or Stolen ATM or Debit Card:**
To report your lost or stolen ATM Card or Debit Card, call your local branch at the telephone number listed on the first page of this statement. After normal banking hours, please call 800-523-4175.

customers bank



## BANKRUPTCY BUSINESS CHECKING XXXXXX1014 *(Continued)*

28951 0103123 0002-0002 0000000000000000

### Overdraft and Returned Item Fees

| | Total For This Period | Total Year To Date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

28951 0103123 0002-0002 MCB9429S100126051720 01 L 57902

customers bank

40 General Warren Blvd. Suite 200, Malvern, PA 19355
Return Service Requested

**Statement Ending 09/30/2026**

***Total Days in Statement Period: 30***



24694 MCB9429S100126051720 01 000000000 49388 003
ANDREW & JULIE STUPIN, DIP
CHAPTER 11 CASE# 26-11202
215 5TH ST
215 5TH ST
HUNTINGTON BEACH CA 92648-8101

24694 0087947 0001-0002 0000000000000000

## Managing Your Accounts

**Branch Telephone:** 914-908-4529

**Branch Mailing Address:**
102 S RIDGE ST
RYE BROOK NY 10573

**Telephone Banking:** 800-849-4809

**Online Access:**
www.customersbank.com

## BANKRUPTCY BUSINESS CHECKING XXXXXX1348

### Account Summary

| Date | Description | Amount |
|---|---|---|
| **09/01/2026** | **Beginning Balance** | **$26,830.51** |
| | 7 Credit(s) This Period | $16,114.08 |
| | 12 Debit(s) This Period | $2,656.25 |
| **09/30/2026** | **Ending Balance** | **$40,288.34** |
| | Days This Period | 30 |
| | Average Collected Balance | $34,140.00 |
| | Low Balance | $28,780.51 |

### Other Credits

| Date | Description | Amount |
|---|---|---|
| 09/01/2026 | COMM'L SCANNED DEP | $1,950.00 |
| 09/03/2026 | SERVICE CHG REFUND<br>REV MONTHLY SVC | $14.08 |
| 09/10/2026 | INCOMING WIRE<br>INCOMING WIRE 2026 0910MFP00235000039 #895585 COASTLINE REAL ESTATE INVES TMENTS L | $7,000.00 |
| 09/24/2026 | INCOMING WIRE<br>INCOMING WIRE 2026 0924MFP00235000295 #947878 COASTLINE REAL ESTATE INVES TMENTS L | $1,700.00 |
| 09/24/2026 | INCOMING WIRE<br>INCOMING WIRE 2026 0924MFP00235000302 #947965 COASTLINE REAL ESTATE INVES TMENTS L | $2,500.00 |
| 09/24/2026 | INCOMING WIRE<br>INCOMING WIRE 2026 0924MFP00235000305 #947985 COASTLINE REAL ESTATE INVES TMENTS L | $1,000.00 |
| 09/28/2026 | COMM'L SCANNED DEP | $1,950.00 |

### Other Debits

| Date | Description | Amount |
|---|---|---|
| 09/10/2026 | ACH WITHDRAWAL<br>HUNTINGTON BEACH UTILITY 260910 | $57.10 |

Member FDIC  EQUAL HOUSING LENDER

Available on the iPhone App Store  ANDROID APP ON Google play

**In Case of Errors or Questions about Your Electronic Transactions or Direct Deposits:**
Call your local branch at the telephone number listed on the first page of your statement, or write to the Bank at the address below if you think your statement or receipt is wrong, or if you need more information about a transfer listed on your statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the error or problem appeared.

If you do not tell us within 60 days after the statement was sent to you, you may not be credited for any money lost after the 60 days, if we can prove that we could have prevented someone from taking the money if you had notified us within 60 days.

**Customers Bank**
**ATTN: Fraud Prevention and Investigations Department**
**701 Reading Ave**
**West Reading, PA 19611**

Be sure to include the information listed below in your correspondence:

- Your name, account number, and ATM or VISA Check Card number. Please note: Never include this information in a text or an email
- A description of the error or the transfer in question, and explain as clearly as you can why you believe it is an error or why you need more information
- The dollar amount of the suspected error

**Pre-Authorized Credits**
If you have arranged to have direct deposits made to your account you may call your local branch to verify that the deposit has been made.

**Notice to Recipients of Electronic Transfers - Consumer Accounts:**
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this (or 20 business days for new accountholders), we will credit your account for the amount you think is in error so that you will have the use of the money during the time it takes us to complete our investigation.

**In Case of Errors or Questions about Your Transactions - Business Accounts:**
You should examine your statements and the itemized transactions carefully and reconcile the account promptly. We will consider the statement correct unless you notify us within 14 calendar days from the date the statement is **FIRST** sent or made available to you. This 14 calendar day limitation applies regardless of whether we used ordinary care.

If there are any discrepancies, forgeries, alterations or unauthorized transactions, please contact your local branch at the telephone number listed on the first page of your statement or write to your local branch.

**Business Hours for All Branches:**
Monday-Thursday - 9:00 am - 5:00 pm
Friday - 9:00 am - 5:30 pm
Saturday & Sunday - Closed

**Lost or Stolen ATM or Debit Card:**
To report your lost or stolen ATM Card or Debit Card, call your local branch at the telephone number listed on the first page of this statement. After normal banking hours, please call 800-523-4175.

24694 0087949 0002-0002 0000000000000000

## BANKRUPTCY BUSINESS CHECKING XXXXXX1348 *(Continued)*

### Other Debits *(Continued)*

| Date | Description | Amount |
|---|---|---|
| 09/10/2026 | ACH WITHDRAWAL<br>HUNTINGTON BEACH UTILITY 260910 | $195.57 |
| 09/15/2026 | ACH WITHDRAWAL<br>REPUBLICSERVICES RSIBILLPAY 260915 | $477.53 |
| 09/15/2026 | ACH WITHDRAWAL<br>SOCALGAS PAYMENT 260915 | $24.05 |
| 09/15/2026 | ACH WITHDRAWAL<br>SOCALGAS PAYMENT 260915 | $40.40 |
| 09/15/2026 | ACH WITHDRAWAL<br>BILLMATRIX PAYMENTFEE 260915 | $1.50 |
| 09/15/2026 | ACH WITHDRAWAL<br>BILLMATRIX PAYMENTFEE 260915 | $1.50 |
| 09/15/2026 | ACH WITHDRAWAL<br>SO CAL EDISON CO BILL PAYMT 260915 | $88.16 |
| 09/15/2026 | ACH WITHDRAWAL<br>SO CAL EDISON CO BILL PAYMT 260915 | $146.37 |
| 09/15/2026 | ACH WITHDRAWAL<br>SO CAL EDISON CO BILL PAYMT 260915 | $365.55 |
| 09/22/2026 | SERVICE CHARGE<br>ANALYSIS ACTIVITY FOR 08/26 | $8.52 |
| 09/30/2026 | ACH WITHDRAWAL<br>REF 2731801L FUNDS TRANSFER TO DEP XXX3780 FROM ONLINE ACH CREDITS - TRAC | $1,250.00 |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 08/31/2026 | $26,830.51 | 09/10/2026 | $35,541.92 | 09/24/2026 | $39,588.34 |
| 09/01/2026 | $28,780.51 | 09/15/2026 | $34,396.86 | 09/28/2026 | $41,538.34 |
| 09/03/2026 | $28,794.59 | 09/22/2026 | $34,388.34 | 09/30/2026 | $40,288.34 |

### Overdraft and Returned Item Fees

| | Total For This Period | Total Year To Date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

customers bank

40 General Warren Blvd. Suite 200, Malvern, PA 19355
Return Service Requested

**Statement Ending 09/30/2026**

**Total Days in Statement Period: 30**


25112 MCB9429S100126051720 01 000000000 50224 003
ANDREW & JULIE STUPIN, DIP
CHAPTER 11 CASE# 26-11202
11 OFFSHORE
215 5TH ST
HUNTINGTON BEACH CA 92648-8101

25112 0089348 0001-0002 0000000000000000

## Managing Your Accounts

**Branch Telephone:** 914-908-4529

**Branch Mailing Address:**
102 S RIDGE ST
RYE BROOK NY 10573

**Telephone Banking:** 800-849-4809

**Online Access:**
www.customersbank.com

## BANKRUPTCY BUSINESS CHECKING XXXXXX2068

### Account Summary

| Date | Description | Amount |
|---|---|---|
| **09/01/2026** | **Beginning Balance** | **$10,640.33** |
| | 2 Credit(s) This Period | $5,019.82 |
| | 8 Debit(s) This Period | $11,074.51 |
| **09/30/2026** | **Ending Balance** | **$4,585.64** |
| | Days This Period | 30 |
| | Average Collected Balance | $6,539.00 |
| | Low Balance | $1,394.36 |

### Other Credits

| Date | Description | Amount |
|---|---|---|
| 09/03/2026 | SERVICE CHG REFUND<br>REV MONTHLY SVC | $19.82 |
| 09/24/2026 | EBANKING TRANSFER<br>REF 2671258L FUNDS TRANSFER FRM DEP XXX0655 FROM ONLINE TRANSFER TO COVER | $5,000.00 |

### Other Debits

| Date | Description | Amount |
|---|---|---|
| 09/09/2026 | ACH WITHDRAWAL<br>IRVINE RANCH WAT BILLPAY 260909 | $788.47 |
| 09/10/2026 | ACH WITHDRAWAL<br>ClickPay PROPRTYPAY 3143.523.006XNZF7 | $3,146.52 |
| 09/16/2026 | ACH WITHDRAWAL<br>SO CAL EDISON CO BILL PAYMT 260916 | $2,842.40 |
| 09/22/2026 | SERVICE CHARGE<br>ANALYSIS ACTIVITY FOR 08/26 | $13.40 |
| 09/23/2026 | ACH WITHDRAWAL<br>CURRAN & ASSOCIA SALE 260923 | $2,475.00 |
| 09/24/2026 | ACH WITHDRAWAL<br>CR&R INCORPORATE PURCHASE 260924 | $83.83 |
| 09/24/2026 | ACH WITHDRAWAL<br>IRVINE RANCH WAT BILLPAY 260924 | $1,654.89 |

Member FDIC
EQUAL HOUSING LENDER
Available on the iPhone App Store
ANDROID APP ON Google play

**In Case of Errors or Questions about Your Electronic Transactions or Direct Deposits:**
Call your local branch at the telephone number listed on the first page of your statement, or write to the Bank at the address below if you think your statement or receipt is wrong, or if you need more information about a transfer listed on your statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the error or problem appeared.

If you do not tell us within 60 days after the statement was sent to you, you may not be credited for any money lost after the 60 days, if we can prove that we could have prevented someone from taking the money if you had notified us within 60 days.

**Customers Bank**
**ATTN: Fraud Prevention and Investigations Department**
**701 Reading Ave**
**West Reading, PA 19611**

Be sure to include the information listed below in your correspondence:

- Your name, account number, and ATM or VISA Check Card number. Please note: Never include this information in a text or an email
- A description of the error or the transfer in question, and explain as clearly as you can why you believe it is an error or why you need more information
- The dollar amount of the suspected error

**Pre-Authorized Credits**
If you have arranged to have direct deposits made to your account you may call your local branch to verify that the deposit has been made.

**Notice to Recipients of Electronic Transfers - Consumer Accounts:**
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this (or 20 business days for new accountholders), we will credit your account for the amount you think is in error so that you will have the use of the money during the time it takes us to complete our investigation.

**In Case of Errors or Questions about Your Transactions - Business Accounts:**
You should examine your statements and the itemized transactions carefully and reconcile the account promptly. We will consider the statement correct unless you notify us within 14 calendar days from the date the statement is **FIRST** sent or made available to you. This 14 calendar day limitation applies regardless of whether we used ordinary care.

If there are any discrepancies, forgeries, alterations or unauthorized transactions, please contact your local branch at the telephone number listed on the first page of your statement or write to your local branch.

**Business Hours for All Branches:**
Monday-Thursday - 9:00 am - 5:00 pm
Friday - 9:00 am - 5:30 pm
Saturday & Sunday - Closed

**Lost or Stolen ATM or Debit Card:**
To report your lost or stolen ATM Card or Debit Card, call your local branch at the telephone number listed on the first page of this statement. After normal banking hours, please call 800-523-4175.

customers bank



25112 0089350 0002-0002 0000000000000000

## BANKRUPTCY BUSINESS CHECKING XXXXXX2068 *(Continued)*

### Other Debits *(Continued)*

| Date | Description | Amount |
|---|---|---|
| 09/25/2026 | ACH WITHDRAWAL<br>GFiber PURCHASE TRN*1*QTBBRS96TVJN HFF3**4VXM296CGG14<br>F5FQ\RMR*IK*GFiber | $70.00 |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 08/31/2026 | $10,640.33 | 09/10/2026 | $6,725.16 | 09/23/2026 | $1,394.36 |
| 09/03/2026 | $10,660.15 | 09/16/2026 | $3,882.76 | 09/24/2026 | $4,655.64 |
| 09/09/2026 | $9,871.68 | 09/22/2026 | $3,869.36 | 09/25/2026 | $4,585.64 |

### Overdraft and Returned Item Fees

| | Total For This Period | Total Year To Date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

25112 0089350 0002-0002 MCB9429S100126051720 01 L 50224

customers bank

40 General Warren Blvd. Suite 200, Malvern, PA 19355
Return Service Requested

**Statement Ending 09/30/2026**

*Total Days in Statement Period: 30*



5070 MCB9429S100126051720 01 000000000 10140 003
ANDREW & JULIE STUPIN, DIP
CHAPTER 11 CASE# 26-11202
305 5TH ST
215 5TH ST
HUNTINGTON BEACH CA 92648-8101

5070 0018556 0001-0002 0000000000000000

## Managing Your Accounts

**Branch Telephone:** 914-908-4529

**Branch Mailing Address:**
102 S RIDGE ST
RYE BROOK NY 10573

**Telephone Banking:** 800-849-4809

**Online Access:**
www.customersbank.com

## BANKRUPTCY BUSINESS CHECKING XXXXXX3556

### Account Summary

| Date | Description | Amount |
|---|---|---|
| **09/01/2026** | **Beginning Balance** | **$3,778.24** |
| | 2 Credit(s) This Period | $4,018.70 |
| | 4 Debit(s) This Period | $400.90 |
| **09/30/2026** | **Ending Balance** | **$7,396.04** |
| | Days This Period | 30 |
| | Average Collected Balance | $4,509.00 |
| | Low Balance | $3,396.04 |

### Other Credits

| Date | Description | Amount |
|---|---|---|
| 09/03/2026 | SERVICE CHG REFUND<br>REV MONTHLY SVC | $18.70 |
| 09/24/2026 | INCOMING WIRE<br>INCOMING WIRE 2026 0924MFP00235000307 #948003 COASTLINE REAL ESTATE INVES TMENTS L | $4,000.00 |

### Other Debits

| Date | Description | Amount |
|---|---|---|
| 09/14/2026 | ACH WITHDRAWAL<br>HUNTINGTON BEACH UTILITY 260914 | $285.12 |
| 09/15/2026 | ACH WITHDRAWAL<br>SOCALGAS PAYMENT 260915 | $96.50 |
| 09/15/2026 | ACH WITHDRAWAL<br>BILLMATRIX PAYMENTFEE 260915 | $1.50 |
| 09/22/2026 | SERVICE CHARGE<br>ANALYSIS ACTIVITY FOR 08/26 | $17.78 |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 08/31/2026 | $3,778.24 | 09/14/2026 | $3,511.82 | 09/22/2026 | $3,396.04 |
| 09/03/2026 | $3,796.94 | 09/15/2026 | $3,413.82 | 09/24/2026 | $7,396.04 |

Member FDIC
EQUAL HOUSING LENDER
Available on the iPhone App Store
ANDROID APP ON Google play

**In Case of Errors or Questions about Your Electronic Transactions or Direct Deposits:**
Call your local branch at the telephone number listed on the first page of your statement, or write to the Bank at the address below if you think your statement or receipt is wrong, or if you need more information about a transfer listed on your statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the error or problem appeared.

If you do not tell us within 60 days after the statement was sent to you, you may not be credited for any money lost after the 60 days, if we can prove that we could have prevented someone from taking the money if you had notified us within 60 days.

**Customers Bank**
**ATTN: Fraud Prevention and Investigations Department**
**701 Reading Ave**
**West Reading, PA 19611**

Be sure to include the information listed below in your correspondence:

- Your name, account number, and ATM or VISA Check Card number. Please note: Never include this information in a text or an email
- A description of the error or the transfer in question, and explain as clearly as you can why you believe it is an error or why you need more information
- The dollar amount of the suspected error

**Pre-Authorized Credits**
If you have arranged to have direct deposits made to your account you may call your local branch to verify that the deposit has been made.

**Notice to Recipients of Electronic Transfers - Consumer Accounts:**
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this (or 20 business days for new accountholders), we will credit your account for the amount you think is in error so that you will have the use of the money during the time it takes us to complete our investigation.

**In Case of Errors or Questions about Your Transactions - Business Accounts:**
You should examine your statements and the itemized transactions carefully and reconcile the account promptly. We will consider the statement correct unless you notify us within 14 calendar days from the date the statement is **FIRST** sent or made available to you. This 14 calendar day limitation applies regardless of whether we used ordinary care.

If there are any discrepancies, forgeries, alterations or unauthorized transactions, please contact your local branch at the telephone number listed on the first page of your statement or write to your local branch.

**Business Hours for All Branches:**
Monday-Thursday - 9:00 am - 5:00 pm
Friday - 9:00 am - 5:30 pm
Saturday & Sunday - Closed

**Lost or Stolen ATM or Debit Card:**
To report your lost or stolen ATM Card or Debit Card, call your local branch at the telephone number listed on the first page of this statement. After normal banking hours, please call 800-523-4175.

5070 0018558 0002-0002 0000000000000000

## BANKRUPTCY BUSINESS CHECKING XXXXXX3556 *(Continued)*

**Overdraft and Returned Item Fees**

| | Total For This Period | Total Year To Date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

customers bank

40 General Warren Blvd. Suite 200, Malvern, PA 19355
Return Service Requested

**Statement Ending 09/30/2026**

**Total Days in Statement Period: 30**



21349 0074688 0001-0003 0000000000000000

21349 MCB9429S100126051720 01 000000000 42698 004
ANDREW & JULIE STUPIN, DIP
CHAPTER 11 CASE# 26-11202
COLONIAL
215 5TH ST
HUNTINGTON BEACH CA 92648-8101

## Managing Your Accounts

**Branch Telephone:** 914-908-4529

**Branch Mailing Address:**
102 S RIDGE ST
RYE BROOK NY 10573

**Telephone Banking:** 800-849-4809

**Online Access:**
www.customersbank.com

## BANKRUPTCY BUSINESS CHECKING XXXXXX5400

### Account Summary

| Date | Description | Amount |
|---|---|---|
| **09/01/2026** | **Beginning Balance** | **$2,299.83** |
| | 1 Credit(s) This Period | $3,000.00 |
| | 4 Debit(s) This Period | $2,350.54 |
| **09/30/2026** | **Ending Balance** | **$2,949.29** |
| | Days This Period | 30 |
| | Average Collected Balance | $2,377.00 |
| | Low Balance | $2,046.24 |

### Other Credits

| Date | Description | Amount |
|---|---|---|
| 09/24/2026 | EBANKING TRANSFER<br>REF 2671259L FUNDS TRANSFER FRM DEP XXX0655 FROM ONLINE TRANSFER TO COVER | $3,000.00 |

### Other Debits

| Date | Description | Amount |
|---|---|---|
| 09/16/2026 | ACH WITHDRAWAL<br>SO CAL EDISON CO BILL PAYMT 260916 | $53.59 |
| 09/24/2026 | ACH WITHDRAWAL<br>ACCT INTEGRATORS Assn Dues 260923 | $3.95 |
| 09/24/2026 | ACH WITHDRAWAL<br>One Ford Road Co OnlinePay 260924 | $2,093.00 |

### Checks Cleared

** Indicates a Skip in Check Number(s)*

| Check Nbr | Date | Amount |
|---|---|---|
| 1009 | 09/15/2026 | $200.00 |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 08/31/2026 | $2,299.83 | 09/15/2026 | $2,099.83 | 09/16/2026 | $2,046.24 |

Member FDIC  EQUAL HOUSING LENDER

Available on the iPhone App Store  ANDROID APP ON Google play

**In Case of Errors or Questions about Your Electronic Transactions or Direct Deposits:**
Call your local branch at the telephone number listed on the first page of your statement, or write to the Bank at the address below if you think your statement or receipt is wrong, or if you need more information about a transfer listed on your statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the error or problem appeared.

If you do not tell us within 60 days after the statement was sent to you, you may not be credited for any money lost after the 60 days, if we can prove that we could have prevented someone from taking the money if you had notified us within 60 days.

**Customers Bank**
**ATTN: Fraud Prevention and Investigations Department**
**701 Reading Ave**
**West Reading, PA 19611**

Be sure to include the information listed below in your correspondence:

- Your name, account number, and ATM or VISA Check Card number. Please note: Never include this information in a text or an email
- A description of the error or the transfer in question, and explain as clearly as you can why you believe it is an error or why you need more information
- The dollar amount of the suspected error

**Pre-Authorized Credits**
If you have arranged to have direct deposits made to your account you may call your local branch to verify that the deposit has been made.

**Notice to Recipients of Electronic Transfers - Consumer Accounts:**
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this (or 20 business days for new accountholders), we will credit your account for the amount you think is in error so that you will have the use of the money during the time it takes us to complete our investigation.

**In Case of Errors or Questions about Your Transactions - Business Accounts:**
You should examine your statements and the itemized transactions carefully and reconcile the account promptly. We will consider the statement correct unless you notify us within 14 calendar days from the date the statement is **FIRST** sent or made available to you. This 14 calendar day limitation applies regardless of whether we used ordinary care.

If there are any discrepancies, forgeries, alterations or unauthorized transactions, please contact your local branch at the telephone number listed on the first page of your statement or write to your local branch.

**Business Hours for All Branches:**
Monday-Thursday - 9:00 am - 5:00 pm
Friday - 9:00 am - 5:30 pm
Saturday & Sunday - Closed

**Lost or Stolen ATM or Debit Card:**
To report your lost or stolen ATM Card or Debit Card, call your local branch at the telephone number listed on the first page of this statement. After normal banking hours, please call 800-523-4175.

21349 0074690 0002-0003 0000000000000000

## BANKRUPTCY BUSINESS CHECKING XXXXXX5400 *(Continued)*

**Daily Balances** ***(Continued)***

| Date | Amount |
|---|---|
| 09/24/2026 | $2,949.29 |

**Overdraft and Returned Item Fees**

| | Total For This Period | Total Year To Date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

customers bank



## BANKRUPTCY BUSINESS CHECKING XXXXXX5400


ANDREW & JULIE STUPIN, DIP
CHAPTER 11 CASE #26-11202
1009
DATE 9/4/26
PAY TO THE ORDER OF Samuel Gonzalez $ 200 00/100
Two Hundred and 00/100 DOLLARS
customers bank
FOR July 2026 services

| | | |
|---|---|---|
| 09/15/26 | #1009 | $200.00 |

customers bank

40 General Warren Blvd. Suite 200, Malvern, PA 19355
Return Service Requested

## Statement Ending 09/30/2026

*Total Days in Statement Period: 30*



8486 0031515 0001-0001 0000000000000000

8486 MCB9429S100126051720 01 000000000 16972 002
ANDREW & JULIE STUPIN, DIP
CHAPTER 11 CASE# 26-11202
323 5TH ST
215 5TH ST
HUNTINGTON BEACH CA 92648-8101

### Managing Your Accounts

**Branch Telephone:** 914-908-4529

**Branch Mailing Address:**
102 S RIDGE ST
RYE BROOK NY 10573

**Telephone Banking:** 800-849-4809

**Online Access:**
www.customersbank.com

## BANKRUPTCY BUSINESS CHECKING XXXXXX5543

### Account Summary

| Date | Description | Amount |
|---|---|---|
| **09/01/2026** | **Beginning Balance** | **$0.00** |
| | 0 Credit(s) This Period | $0.00 |
| | 0 Debit(s) This Period | $0.00 |
| **09/30/2026** | **Ending Balance** | **$0.00** |
| | Days This Period | 30 |
| | Average Collected Balance | $0.00 |
| | Low Balance | $0.00 |

### Overdraft and Returned Item Fees

| | Total For This Period | Total Year To Date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

Member FDIC
EQUAL HOUSING LENDER
Available on the iPhone App Store
ANDROID APP ON Google play

**In Case of Errors or Questions about Your Electronic Transactions or Direct Deposits:**
Call your local branch at the telephone number listed on the first page of your statement, or write to the Bank at the address below if you think your statement or receipt is wrong, or if you need more information about a transfer listed on your statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the error or problem appeared.

If you do not tell us within 60 days after the statement was sent to you, you may not be credited for any money lost after the 60 days, if we can prove that we could have prevented someone from taking the money if you had notified us within 60 days.

**Customers Bank**
**ATTN: Fraud Prevention and Investigations Department**
**701 Reading Ave**
**West Reading, PA 19611**

Be sure to include the information listed below in your correspondence:

- Your name, account number, and ATM or VISA Check Card number. Please note: Never include this information in a text or an email
- A description of the error or the transfer in question, and explain as clearly as you can why you believe it is an error or why you need more information
- The dollar amount of the suspected error

**Pre-Authorized Credits**
If you have arranged to have direct deposits made to your account you may call your local branch to verify that the deposit has been made.

**Notice to Recipients of Electronic Transfers - Consumer Accounts:**
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this (or 20 business days for new accountholders), we will credit your account for the amount you think is in error so that you will have the use of the money during the time it takes us to complete our investigation.

**In Case of Errors or Questions about Your Transactions - Business Accounts:**
You should examine your statements and the itemized transactions carefully and reconcile the account promptly. We will consider the statement correct unless you notify us within 14 calendar days from the date the statement is **FIRST** sent or made available to you. This 14 calendar day limitation applies regardless of whether we used ordinary care.

If there are any discrepancies, forgeries, alterations or unauthorized transactions, please contact your local branch at the telephone number listed on the first page of your statement or write to your local branch.

**Business Hours for All Branches:**
Monday-Thursday - 9:00 am - 5:00 pm
Friday - 9:00 am - 5:30 pm
Saturday & Sunday - Closed

**Lost or Stolen ATM or Debit Card:**
To report your lost or stolen ATM Card or Debit Card, call your local branch at the telephone number listed on the first page of this statement. After normal banking hours, please call 800-523-4175.

customers bank

40 General Warren Blvd. Suite 200, Malvern, PA 19355
Return Service Requested

**Statement Ending 09/30/2026**

**Total Days in Statement Period: 30**



17102 0061090 0001-0003 0000000000000000

17102 MCB9429S100126051720 01 000000000 34204 004
ANDREW & JULIE STUPIN, DIP
CHAPTER 11 CASE# 26-11202
309 5TH ST
215 5TH ST
HUNTINGTON BEACH CA 92648-8101

## Managing Your Accounts

**Branch Telephone:** 914-908-4529

**Branch Mailing Address:**
102 S RIDGE ST
RYE BROOK NY 10573

**Telephone Banking:** 800-849-4809

**Online Access:**
www.customersbank.com

## BANKRUPTCY BUSINESS CHECKING XXXXXX5570

### Account Summary

| Date | Description | Amount |
|---|---|---|
| **09/01/2026** | **Beginning Balance** | **$32,422.58** |
| | 5 Credit(s) This Period | $31,925.00 |
| | 4 Debit(s) This Period | $1,224.52 |
| **09/30/2026** | **Ending Balance** | **$63,123.06** |
| | Days This Period | 30 |
| | Average Collected Balance | $41,191.00 |
| | Low Balance | $32,422.58 |

### Other Credits

| Date | Description | Amount |
|---|---|---|
| 09/03/2026 | ACH DEPOSIT<br>Coastline Real E Net Settle 260903 000027943723658 | $1,925.00 |
| 09/08/2026 | ACH DEPOSIT<br>Coastline Real E Net Settle 260908 000027998283982 | $3,000.00 |
| 09/09/2026 | COMM'L SCANNED DEP | $3,500.00 |
| 09/24/2026 | INCOMING WIRE<br>INCOMING WIRE 2026 0924MFP00235000308 #948019 COASTLINE REAL ESTATE INVES TMENTS L | $3,500.00 |
| 09/28/2026 | EBANKING TRANSFER<br>REF 2711351L FUNDS TRANSFER FRM DEP XXX0655 FROM ONLINE TRANSFER TO COVER | $20,000.00 |

### Other Debits

| Date | Description | Amount |
|---|---|---|
| 09/11/2026 | ACH WITHDRAWAL<br>TRAVELERS BUS INSUR 260911 6429976 | $376.20 |
| 09/16/2026 | ACH WITHDRAWAL<br>REPUBLICSERVICES RSIBILLPAY 260916 | $202.13 |
| 09/16/2026 | ACH WITHDRAWAL<br>HUNTINGTON BEACH UTILITY 260916 | $300.19 |

Member FDIC
EQUAL HOUSING LENDER
Available on the iPhone App Store
ANDROID APP ON Google play

**In Case of Errors or Questions about Your Electronic Transactions or Direct Deposits:**
Call your local branch at the telephone number listed on the first page of your statement, or write to the Bank at the address below if you think your statement or receipt is wrong, or if you need more information about a transfer listed on your statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the error or problem appeared.

If you do not tell us within 60 days after the statement was sent to you, you may not be credited for any money lost after the 60 days, if we can prove that we could have prevented someone from taking the money if you had notified us within 60 days.

**Customers Bank**
**ATTN: Fraud Prevention and Investigations Department**
**701 Reading Ave**
**West Reading, PA 19611**

Be sure to include the information listed below in your correspondence:

- Your name, account number, and ATM or VISA Check Card number. Please note: Never include this information in a text or an email
- A description of the error or the transfer in question, and explain as clearly as you can why you believe it is an error or why you need more information
- The dollar amount of the suspected error

**Pre-Authorized Credits**
If you have arranged to have direct deposits made to your account you may call your local branch to verify that the deposit has been made.

**Notice to Recipients of Electronic Transfers - Consumer Accounts:**
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this (or 20 business days for new accountholders), we will credit your account for the amount you think is in error so that you will have the use of the money during the time it takes us to complete our investigation.

**In Case of Errors or Questions about Your Transactions - Business Accounts:**
You should examine your statements and the itemized transactions carefully and reconcile the account promptly. We will consider the statement correct unless you notify us within 14 calendar days from the date the statement is **FIRST** sent or made available to you. This 14 calendar day limitation applies regardless of whether we used ordinary care.

If there are any discrepancies, forgeries, alterations or unauthorized transactions, please contact your local branch at the telephone number listed on the first page of your statement or write to your local branch.

**Business Hours for All Branches:**
Monday-Thursday - 9:00 am - 5:00 pm
Friday - 9:00 am - 5:30 pm
Saturday & Sunday - Closed

**Lost or Stolen ATM or Debit Card:**
To report your lost or stolen ATM Card or Debit Card, call your local branch at the telephone number listed on the first page of this statement. After normal banking hours, please call 800-523-4175.

17102 0061092 0002-0003 0000000000000000

## BANKRUPTCY BUSINESS CHECKING XXXXXX5570 *(Continued)*

### Checks Cleared

** Indicates a Skip in Check Number(s)*

| Check Nbr | Date | Amount |
|---|---|---|
| 1011 | 09/23/2026 | $346.00 |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 08/31/2026 | $32,422.58 | 09/09/2026 | $40,847.58 | 09/23/2026 | $39,623.06 |
| 09/03/2026 | $34,347.58 | 09/11/2026 | $40,471.38 | 09/24/2026 | $43,123.06 |
| 09/08/2026 | $37,347.58 | 09/16/2026 | $39,969.06 | 09/28/2026 | $63,123.06 |

### Overdraft and Returned Item Fees

| | Total For This Period | Total Year To Date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

customers bank



## BANKRUPTCY BUSINESS CHECKING XXXXXX5570




| | | |
|---|---|---|
| 09/23/26 | #1011 | $346.00 |

17102 0061093 0003-0003 0000000000000000

customers bank

40 General Warren Blvd. Suite 200, Malvern, PA 19355
Return Service Requested

**Statement Ending 09/30/2026**

**Total Days in Statement Period: 30**


21767 0077108 0001-0003 0000000000000000

21767 MCB9429S100126051720 01 000000000 43534 004
ANDREW & JULIE STUPIN, DIP
CHAPTER 11 CASE# 26-11202
211 5TH ST
215 5TH ST
HUNTINGTON BEACH CA 92648-8101

## Managing Your Accounts

**Branch Telephone:** 914-908-4529

**Branch Mailing Address:**
102 S RIDGE ST
RYE BROOK NY 10573

**Telephone Banking:** 800-849-4809

**Online Access:**
www.customersbank.com

## BANKRUPTCY BUSINESS CHECKING XXXXXX6121

### Account Summary

| Date | Description | Amount |
|---|---|---|
| **09/01/2026** | **Beginning Balance** | **$37,111.94** |
| | 3 Credit(s) This Period | $6,095.00 |
| | 5 Debit(s) This Period | $1,893.20 |
| **09/30/2026** | **Ending Balance** | **$41,313.74** |
| | Days This Period | 30 |
| | Average Collected Balance | $39,530.00 |
| | Low Balance | $37,111.94 |

### Other Credits

| Date | Description | Amount |
|---|---|---|
| 09/02/2026 | COMM'L SCANNED DEP | $1,650.00 |
| 09/08/2026 | COMM'L SCANNED DEP | $2,500.00 |
| 09/30/2026 | COMM'L SCANNED DEP | $1,945.00 |

### Other Debits

| Date | Description | Amount |
|---|---|---|
| 09/10/2026 | ACH WITHDRAWAL<br>HUNTINGTON BEACH UTILITY 260910 | $125.71 |
| 09/15/2026 | ACH WITHDRAWAL<br>BILLMATRIX PAYMENTFEE 260915 | $1.50 |
| 09/15/2026 | ACH WITHDRAWAL<br>SOCALGAS PAYMENT 260915 | $29.39 |
| 09/15/2026 | ACH WITHDRAWAL<br>DB PREM INS PREM 260911 | $1,389.60 |

### Checks Cleared

** Indicates a Skip in Check Number(s)*

| Check Nbr | Date | Amount |
|---|---|---|
| 1009 | 09/23/2026 | $347.00 |

Member FDIC EQUAL HOUSING LENDER
Available on the iPhone App Store
ANDROID APP ON Google play

**In Case of Errors or Questions about Your Electronic Transactions or Direct Deposits:**
Call your local branch at the telephone number listed on the first page of your statement, or write to the Bank at the address below if you think your statement or receipt is wrong, or if you need more information about a transfer listed on your statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the error or problem appeared.

If you do not tell us within 60 days after the statement was sent to you, you may not be credited for any money lost after the 60 days, if we can prove that we could have prevented someone from taking the money if you had notified us within 60 days.

**Customers Bank**
**ATTN: Fraud Prevention and Investigations Department**
**701 Reading Ave**
**West Reading, PA 19611**

Be sure to include the information listed below in your correspondence:

- Your name, account number, and ATM or VISA Check Card number. Please note: Never include this information in a text or an email
- A description of the error or the transfer in question, and explain as clearly as you can why you believe it is an error or why you need more information
- The dollar amount of the suspected error

**Pre-Authorized Credits**
If you have arranged to have direct deposits made to your account you may call your local branch to verify that the deposit has been made.

**Notice to Recipients of Electronic Transfers - Consumer Accounts:**
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this (or 20 business days for new accountholders), we will credit your account for the amount you think is in error so that you will have the use of the money during the time it takes us to complete our investigation.

**In Case of Errors or Questions about Your Transactions - Business Accounts:**
You should examine your statements and the itemized transactions carefully and reconcile the account promptly. We will consider the statement correct unless you notify us within 14 calendar days from the date the statement is **FIRST** sent or made available to you. This 14 calendar day limitation applies regardless of whether we used ordinary care.

If there are any discrepancies, forgeries, alterations or unauthorized transactions, please contact your local branch at the telephone number listed on the first page of your statement or write to your local branch.

**Business Hours for All Branches:**
Monday-Thursday - 9:00 am - 5:00 pm
Friday - 9:00 am - 5:30 pm
Saturday & Sunday - Closed

**Lost or Stolen ATM or Debit Card:**
To report your lost or stolen ATM Card or Debit Card, call your local branch at the telephone number listed on the first page of this statement. After normal banking hours, please call 800-523-4175.

21767 0077110 0002-0003 0000000000000000

## BANKRUPTCY BUSINESS CHECKING XXXXXX6121 *(Continued)*

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 08/31/2026 | $37,111.94 | 09/10/2026 | $41,136.23 | 09/23/2026 | $39,368.74 |
| 09/02/2026 | $38,761.94 | 09/15/2026 | $39,715.74 | 09/30/2026 | $41,313.74 |
| 09/08/2026 | $41,261.94 | | | | |

### Overdraft and Returned Item Fees

| | Total For This Period | Total Year To Date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

21767 0077110 0002-0003 MCB9429S100126051720 01 L 43534

## BANKRUPTCY BUSINESS CHECKING XXXXXX6121


ANDREW & JULIE STUPIN, DIP
CHAPTER 11 CASE #26-11202
CP2
215 6TH ST.
HUNTINGTON BEACH, CA 92648-6101

1009

DATE 9/4/26

PAY TO THE ORDER OF Emmett Madrid $ 347 00/100

Three Hundred- fourty Seven and 00/100 DOLLARS

customers bank

FOR July 2026 Landscaping

⑈001009⑈ ⑆031302971⑆ 612 1⑈

| | | |
|---|---|---|
| 09/23/26 | #1009 | $347.00 |

customers bank

40 General Warren Blvd. Suite 200, Malvern, PA 19355
Return Service Requested

**Statement Ending 09/30/2026**

**Total Days in Statement Period: 30**



29529 MCB9429S100126051720 01 000000000 59058 009
ANDREW & JULIE STUPIN, DIP
CHAPTER 11 CASE# 26-11202
PERSONAL
215 5TH ST
HUNTINGTON BEACH CA 92648-8101

29529 0105338 0001-0008 0000000000000000

## Managing Your Accounts

**Branch Telephone:** 914-908-4529

**Branch Mailing Address:**
102 S RIDGE ST
RYE BROOK NY 10573

**Telephone Banking:** 800-849-4809

**Online Access:**
www.customersbank.com

## BANKRUPTCY BUSINESS CHECKING XXXXXX7356

### Account Summary

| Date | Description | Amount |
|---|---|---|
| **09/01/2026** | **Beginning Balance** | **$4,683.67** |
| | 6 Credit(s) This Period | $21,998.34 |
| | 114 Debit(s) This Period | $21,794.78 |
| **09/30/2026** | **Ending Balance** | **$4,887.23** |
| | Days This Period | 30 |
| | Average Collected Balance | $3,098.00 |
| | Low Balance | $13.60 |

### Other Credits

| Date | Description | Amount |
|---|---|---|
| 09/04/2026 | EBANKING TRANSFER<br>REF 2471329L FUNDS TRANSFER FRM DEP XXX0655 FROM ONLINE TRANSFER TO COVER | $5,000.00 |
| 09/08/2026 | POS REFUND<br>MERCHANT REFUND TERMINAL 469216 SQ BLK DOT COFFEE CRYNewport C CA 09-07-26 12:00 AM XXXXXXXXXXXX0682 | $1.00 |
| 09/08/2026 | EBANKING TRANSFER<br>REF 2511322L FUNDS TRANSFER FRM DEP XXX0655 FROM ONLINE JACK STUPIN SEPT 2 | $5,997.34 |
| 09/23/2026 | EBANKING TRANSFER<br>REF 2661207L FUNDS TRANSFER FRM DEP XXX0655 FROM ONLINE TRANSFER TO COVER | $1,000.00 |
| 09/24/2026 | EBANKING TRANSFER<br>REF 2671522L FUNDS TRANSFER FRM DEP XXX0655 FROM ONLINE TRANSFER FOR LOW B | $5,000.00 |
| 09/28/2026 | EBANKING TRANSFER<br>REF 2711817L FUNDS TRANSFER FRM DEP XXX0655 FROM ONLINE COVER EXPENSES | $5,000.00 |

Member FDIC
EQUAL HOUSING LENDER
Available on the iPhone App Store
ANDROID APP ON Google play

**In Case of Errors or Questions about Your Electronic Transactions or Direct Deposits:**
Call your local branch at the telephone number listed on the first page of your statement, or write to the Bank at the address below if you think your statement or receipt is wrong, or if you need more information about a transfer listed on your statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the error or problem appeared.

If you do not tell us within 60 days after the statement was sent to you, you may not be credited for any money lost after the 60 days, if we can prove that we could have prevented someone from taking the money if you had notified us within 60 days.

**Customers Bank**
**ATTN: Fraud Prevention and Investigations Department**
**701 Reading Ave**
**West Reading, PA 19611**

Be sure to include the information listed below in your correspondence:

- Your name, account number, and ATM or VISA Check Card number. Please note: Never include this information in a text or an email
- A description of the error or the transfer in question, and explain as clearly as you can why you believe it is an error or why you need more information
- The dollar amount of the suspected error

**Pre-Authorized Credits**
If you have arranged to have direct deposits made to your account you may call your local branch to verify that the deposit has been made.

**Notice to Recipients of Electronic Transfers - Consumer Accounts:**
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this (or 20 business days for new accountholders), we will credit your account for the amount you think is in error so that you will have the use of the money during the time it takes us to complete our investigation.

**In Case of Errors or Questions about Your Transactions - Business Accounts:**
You should examine your statements and the itemized transactions carefully and reconcile the account promptly. We will consider the statement correct unless you notify us within 14 calendar days from the date the statement is **FIRST** sent or made available to you. This 14 calendar day limitation applies regardless of whether we used ordinary care.

If there are any discrepancies, forgeries, alterations or unauthorized transactions, please contact your local branch at the telephone number listed on the first page of your statement or write to your local branch.

**Business Hours for All Branches:**
Monday-Thursday - 9:00 am - 5:00 pm
Friday - 9:00 am - 5:30 pm
Saturday & Sunday - Closed

**Lost or Stolen ATM or Debit Card:**
To report your lost or stolen ATM Card or Debit Card, call your local branch at the telephone number listed on the first page of this statement. After normal banking hours, please call 800-523-4175.

29529 0105340 0002-0008 0000000000000000

## BANKRUPTCY BUSINESS CHECKING XXXXXX7356 *(Continued)*

### Electronic Debits

| Date | Description | Amount |
|---|---|---|
| 09/01/2026 | POS PURCHASE<br>MERCHANT PURCHASE TERMINAL 469216 TST JAVIERS IRVI NE Irvine CA 08-30-26 XXXXXXXXXXXX0682 | $21.55 |
| 09/02/2026 | POS PURCHASE<br>MERCHANT PURCHASE TERMINAL 469216 TST PARAKEET CAFE NEWPNewport B CA 08-31-26 XXXXXXXXXXXX0682 | $11.94 |
| 09/02/2026 | POS PURCHASE<br>MERCHANT PURCHASE TERMINAL 469216 TST THE BUTCHERY CRYSTNewport C CA 08-31-26 XXXXXXXXXXXX0682 | $69.96 |
| 09/02/2026 | POS PURCHASE<br>MERCHANT PURCHASE TERMINAL 469216 SQ BLK DOT COFFEE CRYNewport C CA 09-01-26 XXXXXXXXXXXX0682 | $7.95 |
| 09/03/2026 | POS PURCHASE<br>MERCHANT PURCHASE TERMINAL 469216 TST A MARKET Newport B CA 09-02-26 XXXXXXXXXXXX0682 | $16.46 |
| 09/03/2026 | POS PURCHASE W/PIN<br>POS PURCHASE TERMINAL 0035ST08 CF UNITED CORONA DE CA 09-03-26 11:11 AM XXXXXXXXXXXX0682 | $139.19 |
| 09/03/2026 | POS PURCHASE<br>MERCHANT PURCHASE TERMINAL 770446 SPROUTS FARMERS MK T#258 COSTA MES CA 09-03-26 4:17 PM XXXXXXXXXXXX0682 | $159.40 |
| 09/03/2026 | POS PURCHASE<br>MERCHANT PURCHASE TERMINAL 770446 MOTHERS MARKET & K ITCHENCORONA DE CA 09-03-26 4:41 PM XXXXXXXXXXXX0682 | $112.44 |
| 09/03/2026 | POS PURCHASE<br>MERCHANT PURCHASE TERMINAL 315787 PAVILIONS #1911 NEWPORT B CA 09-03-26 5:06 PM XXXXXXXXXXXX0682 | $131.18 |
| 09/04/2026 | POS PURCHASE<br>MERCHANT PURCHASE TERMINAL 469216 SQ BLK DOT COFFEE CRYNewport C CA 09-03-26 XXXXXXXXXXXX0682 | $17.00 |
| 09/04/2026 | POS PURCHASE<br>MERCHANT PURCHASE TERMINAL 770446 MOTHERS MARKET & K ITCHENCORONA DE CA 09-04-26 5:03 PM XXXXXXXXXXXX0682 | $20.47 |
| 09/08/2026 | POS PURCHASE<br>MERCHANT PURCHASE TERMINAL 413746 TST ZPIZZA CRYS TAL CONEWPORT C CA 09-05-26 XXXXXXXXXXXX0682 | $50.12 |
| 09/08/2026 | POS PURCHASE<br>MERCHANT PURCHASE TERMINAL 469216 SQ BLK DOT COFFEE CRYNewport C CA 09-05-26 XXXXXXXXXXXX0682 | $9.15 |
| 09/08/2026 | POS PURCHASE<br>MERCHANT PURCHASE TERMINAL 469216 SQ BLK DOT COFFEE CRYNewport C CA 09-06-26 XXXXXXXXXXXX0682 | $9.30 |
| 09/08/2026 | POS PURCHASE<br>MERCHANT PURCHASE TERMINAL 479338 LSU A Crystal Cove Newport B CA 09-06-26 XXXXXXXXXXXX0682 | $62.53 |
| 09/08/2026 | POS PURCHASE<br>MERCHANT PURCHASE TERMINAL 413746 TST ZPIZZA CRYS TAL CONEWPORT C CA 09-07-26 XXXXXXXXXXXX0682 | $3.68 |
| 09/08/2026 | POS PURCHASE<br>MERCHANT PURCHASE TERMINAL 469216 SQ BLK DOT COFFEE CRYNewport C CA 09-06-26 XXXXXXXXXXXX0682 | $8.00 |
| 09/08/2026 | POS PURCHASE<br>MERCHANT PURCHASE TERMINAL 443186 BLUEFIN NEWPORT B CA 09-07-26 XXXXXXXXXXXX0682 | $69.26 |

customers bank



29529 0105341 0003-0008 0000000000000000

## BANKRUPTCY BUSINESS CHECKING XXXXXX7356 *(Continued)*

**Electronic Debits *(Continued)***

| Date | Description | Amount |
|---|---|---|
| 09/08/2026 | POS PURCHASE<br>MERCHANT PURCHASE TERMINAL 469216 SQ BLK DOT COFFEE CRYNewport C CA 09-07-26 XXXXXXXXXXXX0682 | $10.30 |
| 09/08/2026 | POS PURCHASE<br>MERCHANT PURCHASE TERMINAL 313149 WHOLEFDS LBR #10 6 400 E LONG BEAC CA 09-07-26 4:33 PM XXXXXXXXXXXX0682 | $15.48 |
| 09/08/2026 | POS PURCHASE<br>MERCHANT PURCHASE TERMINAL 313149 WHOLEFDS LBR #10 6 400 E LONG BEAC CA 09-07-26 4:39 PM XXXXXXXXXXXX0682 | $73.99 |
| 09/08/2026 | POS PURCHASE<br>MERCHANT PURCHASE TERMINAL 770446 MOTHERS MARKET & K ITCHENCORONA DE CA 09-08-26 2:43 PM XXXXXXXXXXXX0682 | $136.70 |
| 09/09/2026 | POS PURCHASE<br>MERCHANT PURCHASE TERMINAL 469216 TST THE BUTCHERY CRYSTNewport C CA 09-07-26 XXXXXXXXXXXX0682 | $116.58 |
| 09/09/2026 | POS PURCHASE<br>MERCHANT PURCHASE TERMINAL 469216 SQ BLK DOT COFFEE CRYNewport C CA 09-08-26 XXXXXXXXXXXX0682 | $9.30 |
| 09/09/2026 | POS PURCHASE<br>MERCHANT PURCHASE TERMINAL 462275 CEST SI BON BAKERY NEWPORT B CA 09-08-26 XXXXXXXXXXXX0682 | $4.50 |
| 09/09/2026 | POS PURCHASE<br>MERCHANT PURCHASE TERMINAL 469216 SQ BAMBOO BISTRO Corona de CA 09-08-26 XXXXXXXXXXXX0682 | $62.09 |
| 09/10/2026 | POS PURCHASE<br>MERCHANT PURCHASE TERMINAL 469216 TST BEAR FLAG FISH CO Newport B CA 09-08-26 XXXXXXXXXXXX0682 | $24.24 |
| 09/10/2026 | POS PURCHASE<br>MERCHANT PURCHASE TERMINAL 469216 TST BEAR FLAG FISH CO Newport B CA 09-08-26 XXXXXXXXXXXX0682 | $48.78 |
| 09/11/2026 | POS PURCHASE<br>MERCHANT PURCHASE TERMINAL 479338 Natural Image OC 194 94480 CA 09-11-26 XXXXXXXXXXXX0674 | $32.47 |
| 09/14/2026 | POS PURCHASE<br>MERCHANT PURCHASE TERMINAL 469216 SQ BLK DOT COFFEE CRYNewport C CA 09-11-26 XXXXXXXXXXXX0682 | $8.85 |
| 09/14/2026 | POS PURCHASE<br>MERCHANT PURCHASE TERMINAL 469216 TST MARIOS MEXICAN FOOD Huntingto CA 09-11-26 XXXXXXXXXXXX0682 | $103.25 |
| 09/14/2026 | POS PURCHASE<br>MERCHANT PURCHASE TERMINAL 469216 SQ BLK DOT COFFEE CRYNewport C CA 09-12-26 XXXXXXXXXXXX0682 | $9.30 |
| 09/14/2026 | POS PURCHASE W/PIN<br>POS PURCHASE TERMINAL 68214002 TST* A MARKET NEWPORT B CA 09-12-26 1:42 PM XXXXXXXXXXXX0682 | $33.91 |
| 09/14/2026 | POS PURCHASE<br>MERCHANT PURCHASE TERMINAL 479338 LSU A Crystal Cove Newport B CA 09-13-26 XXXXXXXXXXXX0682 | $254.35 |
| 09/14/2026 | POS PURCHASE W/PIN<br>POS PURCHASE TERMINAL 00MT7S01 7-ELEVEN IRVINE CA 09-13-26 11:27 AM XXXXXXXXXXXX0682 | $124.40 |
| 09/14/2026 | POS PURCHASE<br>MERCHANT PURCHASE TERMINAL 770446 MOTHERS MARKET & K ITCHENCORONA DE CA 09-14-26 4:06 PM XXXXXXXXXXXX0682 | $42.22 |

29529 0105342 0004-0008 0000000000000000

## BANKRUPTCY BUSINESS CHECKING XXXXXX7356 *(Continued)*

**Electronic Debits *(Continued)***

| Date | Description | Amount |
|---|---|---|
| 09/15/2026 | POS PURCHASE<br>MERCHANT PURCHASE TERMINAL 469216 TST BEAR FLAG FISH CO Newport B CA 09-13-26 XXXXXXXXXXXX0682 | $110.48 |
| 09/15/2026 | POS PURCHASE<br>MERCHANT PURCHASE TERMINAL 469216 TST PARAKEET CAFE NEWPNewport B CA 09-13-26 XXXXXXXXXXXX0682 | $33.76 |
| 09/15/2026 | POS PURCHASE<br>MERCHANT PURCHASE TERMINAL 469216 SQ BLK DOT COFFEE CRYNewport C CA 09-14-26 XXXXXXXXXXXX0682 | $15.75 |
| 09/15/2026 | POS PURCHASE<br>MERCHANT PURCHASE TERMINAL 770446 MOTHERS MARKET & K ITCHENCORONA DE CA 09-15-26 1:41 PM XXXXXXXXXXXX0682 | $27.21 |
| 09/15/2026 | POS PURCHASE<br>MERCHANT PURCHASE TERMINAL 770446 MOTHERS MARKET & K ITCHENCORONA DE CA 09-15-26 4:37 PM XXXXXXXXXXXX0682 | $14.98 |
| 09/15/2026 | POS PURCHASE<br>MERCHANT PURCHASE TERMINAL 315787 PAVILIONS #1911 NEWPORT B CA 09-15-26 5:00 PM XXXXXXXXXXXX0682 | $174.21 |
| 09/16/2026 | POS PURCHASE<br>MERCHANT PURCHASE TERMINAL 469216 TST THE BUTCHERY CRYSTNewport C CA 09-14-26 XXXXXXXXXXXX0682 | $59.64 |
| 09/16/2026 | POS PURCHASE<br>MERCHANT PURCHASE TERMINAL 469216 TST THE BUTCHERY CRYSTNewport C CA 09-14-26 XXXXXXXXXXXX0682 | $23.98 |
| 09/16/2026 | POS PURCHASE<br>MERCHANT PURCHASE TERMINAL 413746 TRADER JOE S 125 NEWPORT B CA 09-14-26 XXXXXXXXXXXX0682 | $61.14 |
| 09/16/2026 | POS PURCHASE<br>MERCHANT PURCHASE TERMINAL 469216 SQ BLK DOT COFFEE CRYNewport C CA 09-15-26 XXXXXXXXXXXX0682 | $9.30 |
| 09/16/2026 | POS PURCHASE W/PIN<br>POS PURCHASE TERMINAL 68214002 TST* A MARKET NEWPORT B CA 09-15-26 11:59 AM XXXXXXXXXXXX0682 | $33.37 |
| 09/16/2026 | POS PURCHASE<br>MERCHANT PURCHASE TERMINAL 479338 Vagaro_ Crystal Co ve S NEWPORT B CA 09-16-26 XXXXXXXXXXXX0682 | $97.50 |
| 09/16/2026 | POS PURCHASE<br>MERCHANT PURCHASE TERMINAL 469216 SQ BLK DOT COFFEE CRYNewport C CA 09-15-26 XXXXXXXXXXXX0682 | $10.95 |
| 09/16/2026 | POS PURCHASE<br>MERCHANT PURCHASE TERMINAL 770446 MOTHERS MARKET & K ITCHENCORONA DE CA 09-16-26 5:30 PM XXXXXXXXXXXX0682 | $74.66 |
| 09/17/2026 | POS PURCHASE<br>MERCHANT PURCHASE TERMINAL 469216 SQ BLK DOT COFFEE CRYNewport C CA 09-16-26 XXXXXXXXXXXX0682 | $9.30 |
| 09/17/2026 | POS PURCHASE<br>MERCHANT PURCHASE TERMINAL 405522 BLU NAIL BAR OF CR YSTAL NEWPORT B CA 09-16-26 XXXXXXXXXXXX0682 | $205.00 |
| 09/18/2026 | POS PURCHASE<br>MERCHANT PURCHASE TERMINAL 469216 TST THE BUTCHERY CRYSTNewport C CA 09-16-26 XXXXXXXXXXXX0682 | $97.34 |
| 09/18/2026 | POS PURCHASE<br>MERCHANT PURCHASE TERMINAL 469216 SQ BLK DOT COFFEE CRYNewport C CA 09-17-26 XXXXXXXXXXXX0682 | $9.30 |

29529 0105343 0005-0008 0000000000000000

## BANKRUPTCY BUSINESS CHECKING XXXXXX7356 *(Continued)*

**Electronic Debits *(Continued)***

| Date | Description | Amount |
|---|---|---|
| 09/18/2026 | POS PURCHASE W/PIN<br>POS PURCHASE TERMINAL 68214002 TST* A MARKET NEWPORT B CA 09-18-26 2:09 PM XXXXXXXXXXXX0682 | $26.82 |
| 09/21/2026 | POS PURCHASE<br>MERCHANT PURCHASE TERMINAL 479338 LSU A Crystal Cove Newport B CA 09-18-26 XXXXXXXXXXXX0682 | $204.83 |
| 09/21/2026 | POS PURCHASE<br>MERCHANT PURCHASE TERMINAL 469216 SQ BLK DOT COFFEE CRYNewport C CA 09-18-26 XXXXXXXXXXXX0682 | $7.95 |
| 09/21/2026 | POS PURCHASE<br>MERCHANT PURCHASE TERMINAL 413746 TST BACIO DI LATT E 60NEWPORT B CA 09-19-26 XXXXXXXXXXXX0682 | $55.03 |
| 09/21/2026 | POS PURCHASE<br>MERCHANT PURCHASE TERMINAL 469216 TST A MARKET Newport B CA 09-18-26 XXXXXXXXXXXX0682 | $5.84 |
| 09/21/2026 | POS PURCHASE<br>MERCHANT PURCHASE TERMINAL 413746 TST BACIO DI LATT E 60NEWPORT B CA 09-19-26 XXXXXXXXXXXX0682 | $31.62 |
| 09/21/2026 | POS PURCHASE W/PIN<br>POS PURCHASE TERMINAL 0035ST08 CF UNITED CORONA DE CA 09-18-26 7:51 PM XXXXXXXXXXXX0682 | $150.00 |
| 09/21/2026 | POS PURCHASE<br>MERCHANT PURCHASE TERMINAL 469216 SQ BLK DOT COFFEE CRYNewport C CA 09-19-26 XXXXXXXXXXXX0682 | $9.30 |
| 09/21/2026 | POS PURCHASE<br>MERCHANT PURCHASE TERMINAL 479338 LSU A Crystal Cove Newport B CA 09-19-26 XXXXXXXXXXXX0682 | $48.51 |
| 09/21/2026 | POS PURCHASE<br>MERCHANT PURCHASE TERMINAL 480197 LA FOGATA CORONA DL CA 09-19-26 XXXXXXXXXXXX0682 | $93.27 |
| 09/21/2026 | POS PURCHASE<br>MERCHANT PURCHASE TERMINAL 770446 MOTHERS MARKET & K ITCHENCORONA DE CA 09-19-26 4:04 PM XXXXXXXXXXXX0682 | $14.83 |
| 09/21/2026 | POS PURCHASE W/PIN<br>POS PURCHASE TERMINAL 0035ST08 CF UNITED CORONA DE CA 09-19-26 2:21 PM XXXXXXXXXXXX0682 | $150.00 |
| 09/21/2026 | POS PURCHASE<br>MERCHANT PURCHASE TERMINAL 469216 SQ RALPH S COFFEE Newport B CA 09-19-26 XXXXXXXXXXXX0682 | $14.46 |
| 09/21/2026 | POS PURCHASE<br>MERCHANT PURCHASE TERMINAL 479338 LSU A Crystal Cove Newport B CA 09-20-26 XXXXXXXXXXXX0682 | $200.21 |
| 09/21/2026 | POS PURCHASE<br>MERCHANT PURCHASE TERMINAL 469216 SQ BLK DOT COFFEE CRYNewport C CA 09-20-26 XXXXXXXXXXXX0682 | $15.75 |
| 09/22/2026 | POS PURCHASE<br>MERCHANT PURCHASE TERMINAL 413746 TST FLECHA CANTIN A NENEWPORT B CA 09-20-26 XXXXXXXXXXXX0682 | $79.92 |
| 09/22/2026 | POS PURCHASE<br>MERCHANT PURCHASE TERMINAL 469216 SQ BLK DOT COFFEE CRYNewport C CA 09-21-26 XXXXXXXXXXXX0682 | $7.50 |
| 09/23/2026 | POS PURCHASE<br>MERCHANT PURCHASE TERMINAL 469216 TST THE BUTCHERY CRYSTNewport C CA 09-21-26 XXXXXXXXXXXX0682 | $52.11 |

## BANKRUPTCY BUSINESS CHECKING XXXXXX7356 *(Continued)*

**Electronic Debits *(Continued)***

| Date | Description | Amount |
|---|---|---|
| 09/23/2026 | POS PURCHASE<br>MERCHANT PURCHASE TERMINAL 469216 SQ BLK DOT COFFEE CRYNewport C CA 09-22-26 XXXXXXXXXXXX0682 | $7.50 |
| 09/23/2026 | POS PURCHASE<br>MERCHANT PURCHASE TERMINAL 479338 Vagaro_ Crystal Co ve S NEWPORT B CA 09-23-26 XXXXXXXXXXXX0682 | $88.50 |
| 09/23/2026 | POS PURCHASE W/PIN<br>POS PURCHASE TERMINAL 68214002 TST* A MARKET NEWPORT B CA 09-23-26 12:59 PM XXXXXXXXXXXX0682 | $56.67 |
| 09/24/2026 | POS PURCHASE<br>MERCHANT PURCHASE TERMINAL 413746 TST ZPIZZA CRYS TAL CONEWPORT C CA 09-23-26 XXXXXXXXXXXX0682 | $3.98 |
| 09/24/2026 | POS PURCHASE<br>MERCHANT PURCHASE TERMINAL 468808 MODO MIO NEWPORT B CA 09-22-26 XXXXXXXXXXXX0682 | $57.01 |
| 09/24/2026 | POS PURCHASE<br>MERCHANT PURCHASE TERMINAL 469216 SQ BLK DOT COFFEE CRYNewport C CA 09-23-26 XXXXXXXXXXXX0682 | $11.45 |
| 09/24/2026 | POS PURCHASE<br>MERCHANT PURCHASE TERMINAL 770446 MOTHERS MARKET & K ITCHENCORONA DE CA 09-23-26 6:53 PM XXXXXXXXXXXX0682 | $99.43 |
| 09/24/2026 | POS PURCHASE W/PIN<br>POS PURCHASE TERMINAL 68214002 TST* A MARKET NEWPORT B CA 09-24-26 10:22 AM XXXXXXXXXXXX0682 | $416.13 |
| 09/25/2026 | POS PURCHASE<br>MERCHANT PURCHASE TERMINAL 475542 CITY OF HB PARKING METERHUNTINGTN CA 09-23-26 XXXXXXXXXXXX0682 | $6.00 |
| 09/25/2026 | POS PURCHASE<br>MERCHANT PURCHASE TERMINAL 469216 TST THE BUTCHERY CRYSTNewport C CA 09-23-26 XXXXXXXXXXXX0682 | $83.99 |
| 09/25/2026 | POS PURCHASE<br>MERCHANT PURCHASE TERMINAL 469216 SQ BLK DOT COFFEE CRYNewport C CA 09-24-26 XXXXXXXXXXXX0682 | $8.50 |
| 09/25/2026 | POS PURCHASE<br>MERCHANT PURCHASE TERMINAL 315787 PAVILIONS #1911 NEWPORT B CA 09-25-26 1:00 PM XXXXXXXXXXXX0682 | $66.77 |
| 09/25/2026 | POS PURCHASE W/PIN<br>POS PURCHASE TERMINAL 68214002 TST* A MARKET NEWPORT B CA 09-25-26 1:14 PM XXXXXXXXXXXX0682 | $12.66 |
| 09/28/2026 | POS PURCHASE<br>MERCHANT PURCHASE TERMINAL 469216 SQ BAMBOO BISTRO Corona de CA 09-24-26 XXXXXXXXXXXX0682 | $34.90 |
| 09/28/2026 | POS PURCHASE<br>MERCHANT PURCHASE TERMINAL 479338 Vagaro_ Crystal Co ve S NEWPORT B CA 09-25-26 XXXXXXXXXXXX0682 | $90.00 |
| 09/28/2026 | POS PURCHASE<br>MERCHANT PURCHASE TERMINAL 494300 BANDERA 949 673 35 24 CORONA DE CA 09-25-26 XXXXXXXXXXXX0682 | $167.45 |
| 09/28/2026 | POS PURCHASE<br>MERCHANT PURCHASE TERMINAL 469216 SQ BLK DOT COFFEE CRYNewport C CA 09-26-26 XXXXXXXXXXXX0682 | $8.50 |
| 09/28/2026 | POS PURCHASE<br>MERCHANT PURCHASE TERMINAL 479338 LSU A Crystal Cove Newport B CA 09-27-26 XXXXXXXXXXXX0682 | $100.67 |

customers bank



29529 0105345 0007-0008 0000000000000000

## BANKRUPTCY BUSINESS CHECKING XXXXXX7356 *(Continued)*

**Electronic Debits** ***(Continued)***

| Date | Description | Amount |
|---|---|---|
| 09/28/2026 | POS PURCHASE<br>MERCHANT PURCHASE TERMINAL 469216 SQ BLK DOT COFFEE CRYNewport C CA 09-27-26 XXXXXXXXXXXX0682 | $14.62 |
| 09/28/2026 | POS PURCHASE W/PIN<br>POS PURCHASE TERMINAL 0035ST08 CF UNITED CORONA DE CA 09-27-26 1:44 PM XXXXXXXXXXXX0682 | $150.00 |
| 09/28/2026 | POS PURCHASE<br>MERCHANT PURCHASE TERMINAL 770446 MOTHERS MARKET & K ITCHENCORONA DE CA 09-27-26 4:10 PM XXXXXXXXXXXX0682 | $432.44 |
| 09/28/2026 | POS PURCHASE<br>MERCHANT PURCHASE TERMINAL 315787 PAVILIONS #1911 NEWPORT B CA 09-27-26 4:33 PM XXXXXXXXXXXX0682 | $104.85 |
| 09/28/2026 | POS PURCHASE<br>MERCHANT PURCHASE TERMINAL 469216 SQ BLK DOT COFFEE CRYNewport C CA 09-27-26 XXXXXXXXXXXX0682 | $9.75 |
| 09/28/2026 | POS PURCHASE<br>MERCHANT PURCHASE TERMINAL 770446 MOTHERS MARKET & K ITCHENCORONA DE CA 09-28-26 1:53 PM XXXXXXXXXXXX0682 | $7.34 |
| 09/29/2026 | POS PURCHASE<br>MERCHANT PURCHASE TERMINAL 479338 LSU A Crystal Cove Newport B CA 09-27-26 XXXXXXXXXXXX0682 | $439.02 |
| 09/29/2026 | POS PURCHASE<br>MERCHANT PURCHASE TERMINAL 401134 DD DOORDASH RALPH S DOORDASH CA 09-28-26 XXXXXXXXXXXX0682 | $77.57 |
| 09/29/2026 | POS PURCHASE<br>MERCHANT PURCHASE TERMINAL 469216 SQ BLK DOT COFFEE CRYNewport C CA 09-28-26 XXXXXXXXXXXX0682 | $8.30 |
| 09/29/2026 | POS PURCHASE<br>MERCHANT PURCHASE TERMINAL 479338 Vagaro_ Crystal Co ve S NEWPORT B CA 09-29-26 XXXXXXXXXXXX0682 | $392.00 |
| 09/29/2026 | POS PURCHASE<br>MERCHANT PURCHASE TERMINAL 770446 MOTHERS MARKET & K ITCHENCORONA DE CA 09-29-26 3:31 PM XXXXXXXXXXXX0682 | $53.49 |
| 09/29/2026 | POS PURCHASE<br>MERCHANT PURCHASE TERMINAL 770446 MOTHERS MARKET & K ITCHENCORONA DE CA 09-29-26 4:44 PM XXXXXXXXXXXX0682 | $20.72 |
| 09/29/2026 | POS PURCHASE<br>MERCHANT PURCHASE TERMINAL 319509 CVS/PHARMACY #11 1 1420--CORONA DE CA 09-29-26 4:47 PM XXXXXXXXXXXX0682 | $31.96 |
| 09/30/2026 | POS PURCHASE<br>MERCHANT PURCHASE TERMINAL 413746 TST MOTHER S MARK ET JUICORONA DL CA 09-29-26 XXXXXXXXXXXX0682 | $12.98 |
| 09/30/2026 | POS PURCHASE<br>MERCHANT PURCHASE TERMINAL 413746 TST ZPIZZA CRYS TAL CONEWPORT C CA 09-29-26 XXXXXXXXXXXX0682 | $3.98 |
| 09/30/2026 | POS PURCHASE<br>MERCHANT PURCHASE TERMINAL 469216 TST THE BUTCHERY CRYSTNewport C CA 09-28-26 XXXXXXXXXXXX0682 | $92.37 |
| 09/30/2026 | POS PURCHASE<br>MERCHANT PURCHASE TERMINAL 469216 SQ BLK DOT COFFEE CRYNewport C CA 09-29-26 XXXXXXXXXXXX0682 | $8.85 |
| 09/30/2026 | POS PURCHASE<br>MERCHANT PURCHASE TERMINAL 315787 PAVILIONS #1911 NEWPORT B CA 09-30-26 1:15 PM XXXXXXXXXXXX0682 | $16.15 |

customers bank



29529 0105346 0008-0008 0000000000000000

## BANKRUPTCY BUSINESS CHECKING XXXXXX7356 *(Continued)*

### Other Debits

| Date | Description | Amount |
|---|---|---|
| 09/01/2026 | BOLB OUTGOING WIRE<br>OUTGOING WIRE #865 054 JACK STUPIN | $4,000.00 |
| 09/08/2026 | BOLB OUTGOING WIRE<br>OUTGOING WIRE #887 774 COASTLINE REAL ESTATE INVESTMENT S | $5,997.34 |
| 09/15/2026 | ACH WITHDRAWAL<br>DIRECTV DIRECTV 260915 | $754.19 |
| 09/22/2026 | ACH WITHDRAWAL<br>EMERGENCYPHYSICI WEBPAYMENT 260922 | $270.64 |
| 09/24/2026 | ACH WITHDRAWAL<br>UNIV OF SO CAL PAYMENT 260924 | $310.00 |
| 09/25/2026 | EBANKING TRANSFER<br>REF 2681258L FUNDS TRANSFER TO DEP XXX8812 FROM ONLINE COVER NSF | $3,000.00 |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 08/31/2026 | $4,683.67 | 09/11/2026 | $4,230.66 | 09/22/2026 | $445.84 |
| 09/01/2026 | $662.12 | 09/14/2026 | $3,654.38 | 09/23/2026 | $1,241.06 |
| 09/02/2026 | $572.27 | 09/15/2026 | $2,523.80 | 09/24/2026 | $5,343.06 |
| 09/03/2026 | $13.60 | 09/16/2026 | $2,153.26 | 09/25/2026 | $2,165.14 |
| 09/04/2026 | $4,976.13 | 09/17/2026 | $1,938.96 | 09/28/2026 | $6,044.62 |
| 09/08/2026 | $4,528.62 | 09/18/2026 | $1,805.50 | 09/29/2026 | $5,021.56 |
| 09/09/2026 | $4,336.15 | 09/21/2026 | $803.90 | 09/30/2026 | $4,887.23 |
| 09/10/2026 | $4,263.13 | | | | |

### Overdraft and Returned Item Fees

| | Total For This Period | Total Year To Date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

customers bank

40 General Warren Blvd. Suite 200, Malvern, PA 19355
Return Service Requested

**Statement Ending 09/30/2026**

**Total Days in Statement Period: 30**



27181 0097085 0001-0003 0000000000000000

27181 MCB9429S100126051720 01 000000000 54362 004
ANDREW & JULIE STUPIN, DIP
CHAPTER 11 CASE# 26-11202
PALM
215 5TH ST
HUNTINGTON BEACH CA 92648-8101

## Managing Your Accounts

**Branch Telephone:** 914-908-4529

**Branch Mailing Address:**
102 S RIDGE ST
RYE BROOK NY 10573

**Telephone Banking:** 800-849-4809

**Online Access:**
www.customersbank.com

## BANKRUPTCY BUSINESS CHECKING XXXXXX7941

### Account Summary

| Date | Description | Amount |
|---|---|---|
| **09/01/2026** | **Beginning Balance** | **$24,925.30** |
| | 8 Credit(s) This Period | $15,362.14 |
| | 10 Debit(s) This Period | $2,444.51 |
| **09/30/2026** | **Ending Balance** | **$37,842.93** |
| | Days This Period | 30 |
| | Average Collected Balance | $34,861.00 |
| | Low Balance | $24,925.30 |

### Other Credits

| Date | Description | Amount |
|---|---|---|
| 09/03/2026 | COMM'L SCANNED DEP | $143.79 |
| 09/03/2026 | COMM'L SCANNED DEP | $2,500.00 |
| 09/04/2026 | ACH DEPOSIT<br>APPFOLIO VV9T 8666481536 260904 | $2,910.50 |
| 09/08/2026 | ACH DEPOSIT<br>Coastline Real E Net Settle 260908 000027998283990 | $2,410.50 |
| 09/08/2026 | COMM'L SCANNED DEP | $2,800.00 |
| 09/11/2026 | ACH DEPOSIT<br>Coastline Real E Net Settle 260911 000028034399578 | $2,400.00 |
| 09/21/2026 | COMM'L SCANNED DEP | $197.35 |
| 09/29/2026 | COMM'L SCANNED DEP | $2,000.00 |

### Other Debits

| Date | Description | Amount |
|---|---|---|
| 09/16/2026 | ACH WITHDRAWAL<br>REPUBLICSERVICES RSIBILLPAY 260916 | $202.13 |
| 09/16/2026 | ACH WITHDRAWAL<br>REPUBLICSERVICES RSIBILLPAY 260916 | $251.02 |
| 09/16/2026 | ACH WITHDRAWAL<br>BILLMATRIX PAYMENTFEE 260916 | $1.50 |
| 09/16/2026 | ACH WITHDRAWAL<br>SOCALGAS PAYMENT 260916 | $120.02 |

Member FDIC
EQUAL HOUSING LENDER
Available on the iPhone App Store
ANDROID APP ON Google play

**In Case of Errors or Questions about Your Electronic Transactions or Direct Deposits:**
Call your local branch at the telephone number listed on the first page of your statement, or write to the Bank at the address below if you think your statement or receipt is wrong, or if you need more information about a transfer listed on your statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the error or problem appeared.

If you do not tell us within 60 days after the statement was sent to you, you may not be credited for any money lost after the 60 days, if we can prove that we could have prevented someone from taking the money if you had notified us within 60 days.

**Customers Bank**
**ATTN: Fraud Prevention and Investigations Department**
**701 Reading Ave**
**West Reading, PA 19611**

Be sure to include the information listed below in your correspondence:

- Your name, account number, and ATM or VISA Check Card number. Please note: Never include this information in a text or an email
- A description of the error or the transfer in question, and explain as clearly as you can why you believe it is an error or why you need more information
- The dollar amount of the suspected error

**Pre-Authorized Credits**
If you have arranged to have direct deposits made to your account you may call your local branch to verify that the deposit has been made.

**Notice to Recipients of Electronic Transfers - Consumer Accounts:**
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this (or 20 business days for new accountholders), we will credit your account for the amount you think is in error so that you will have the use of the money during the time it takes us to complete our investigation.

**In Case of Errors or Questions about Your Transactions - Business Accounts:**
You should examine your statements and the itemized transactions carefully and reconcile the account promptly. We will consider the statement correct unless you notify us within 14 calendar days from the date the statement is **FIRST** sent or made available to you. This 14 calendar day limitation applies regardless of whether we used ordinary care.

If there are any discrepancies, forgeries, alterations or unauthorized transactions, please contact your local branch at the telephone number listed on the first page of your statement or write to your local branch.

**Business Hours for All Branches:**
Monday-Thursday - 9:00 am - 5:00 pm
Friday - 9:00 am - 5:30 pm
Saturday & Sunday - Closed

**Lost or Stolen ATM or Debit Card:**
To report your lost or stolen ATM Card or Debit Card, call your local branch at the telephone number listed on the first page of this statement. After normal banking hours, please call 800-523-4175.

27181 0097087 0002-0003 0000000000000000

## BANKRUPTCY BUSINESS CHECKING XXXXXX7941 *(Continued)*

### Other Debits *(Continued)*

| Date | Description | Amount |
|---|---|---|
| 09/16/2026 | ACH WITHDRAWAL<br>HUNTINGTON BEACH UTILITY 260916 | $271.43 |
| 09/22/2026 | ACH WITHDRAWAL<br>SO CAL EDISON CO BILL PAYMT 260922 | $201.14 |
| 09/23/2026 | ACH WITHDRAWAL<br>SO CAL EDISON CO BILL PAYMT 260923 | $219.63 |
| 09/28/2026 | ACH WITHDRAWAL<br>TRAVELERS BUS INSUR 260928 2109251 | $423.50 |
| 09/30/2026 | ACH WITHDRAWAL<br>REPUBLICSERVICES BILLPAY 260930 | $407.14 |

### Checks Cleared

** Indicates a Skip in Check Number(s)*

| Check Nbr | Date | Amount |
|---|---|---|
| 1020 | 09/23/2026 | $347.00 |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 08/31/2026 | $24,925.30 | 09/11/2026 | $38,090.09 | 09/23/2026 | $36,673.57 |
| 09/03/2026 | $27,569.09 | 09/16/2026 | $37,243.99 | 09/28/2026 | $36,250.07 |
| 09/04/2026 | $30,479.59 | 09/21/2026 | $37,441.34 | 09/29/2026 | $38,250.07 |
| 09/08/2026 | $35,690.09 | 09/22/2026 | $37,240.20 | 09/30/2026 | $37,842.93 |

### Overdraft and Returned Item Fees

| | Total For This Period | Total Year To Date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

customers bank



## BANKRUPTCY BUSINESS CHECKING XXXXXX7941


ANDREW & JULIE STUPIN, DIP
CHAPTER 11 CASE #26-11202
PALM
216 5TH ST.
HUNTINGTON BEACH, CA 92648-6101

1020

DATE 9/4/26

PAY TO THE ORDER OF Emmett Madrd $ 347 00/100

Three Hundred- fourty Seven and 00/100 DOLLARS

customers bank

FOR July 2026 Landscaping

⑈001020⑈ ⑆031302971⑆ 794 10⑈

09/23/26 #1020 $347.00

27181 0097088 0003-0003 0000000000000000

27181 0097088 0003-0003 MCB9429S100126051720 01 L 54362

customers bank

40 General Warren Blvd. Suite 200, Malvern, PA 19355
Return Service Requested

**Statement Ending 09/30/2026**

*Total Days in Statement Period: 30*



15571 MCB9429S100126051720 01 000000000 31142 002

ANDREW & JULIE STUPIN, DIP
CHAPTER 11 CASE# 26-11202
319 5TH ST
215 5TH ST
HUNTINGTON BEACH CA 92648-8101

15571 0055713 0001-0001 0000000000000000

## *Managing Your Accounts*

**Branch Telephone:** 914-908-4529

**Branch Mailing Address:**
102 S RIDGE ST
RYE BROOK NY 10573

**Telephone Banking:** 800-849-4809

**Online Access:**
www.customersbank.com

## BANKRUPTCY BUSINESS CHECKING XXXXXX8092

### Account Summary

| Date | Description | Amount |
|---|---|---|
| **09/01/2026** | **Beginning Balance** | **$0.00** |
| | 0 Credit(s) This Period | $0.00 |
| | 0 Debit(s) This Period | $0.00 |
| **09/30/2026** | **Ending Balance** | **$0.00** |
| | Days This Period | 30 |
| | Average Collected Balance | $0.00 |
| | Low Balance | $0.00 |

### Overdraft and Returned Item Fees

| | Total For This Period | Total Year To Date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

**In Case of Errors or Questions about Your Electronic Transactions or Direct Deposits:**
Call your local branch at the telephone number listed on the first page of your statement, or write to the Bank at the address below if you think your statement or receipt is wrong, or if you need more information about a transfer listed on your statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the error or problem appeared.

If you do not tell us within 60 days after the statement was sent to you, you may not be credited for any money lost after the 60 days, if we can prove that we could have prevented someone from taking the money if you had notified us within 60 days.

**Customers Bank**
**ATTN: Fraud Prevention and Investigations Department**
**701 Reading Ave**
**West Reading, PA 19611**

Be sure to include the information listed below in your correspondence:

- Your name, account number, and ATM or VISA Check Card number. Please note: Never include this information in a text or an email
- A description of the error or the transfer in question, and explain as clearly as you can why you believe it is an error or why you need more information
- The dollar amount of the suspected error

**Pre-Authorized Credits**
If you have arranged to have direct deposits made to your account you may call your local branch to verify that the deposit has been made.

**Notice to Recipients of Electronic Transfers - Consumer Accounts:**
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this (or 20 business days for new accountholders), we will credit your account for the amount you think is in error so that you will have the use of the money during the time it takes us to complete our investigation.

**In Case of Errors or Questions about Your Transactions - Business Accounts:**
You should examine your statements and the itemized transactions carefully and reconcile the account promptly. We will consider the statement correct unless you notify us within 14 calendar days from the date the statement is **FIRST** sent or made available to you. This 14 calendar day limitation applies regardless of whether we used ordinary care.

If there are any discrepancies, forgeries, alterations or unauthorized transactions, please contact your local branch at the telephone number listed on the first page of your statement or write to your local branch.

**Business Hours for All Branches:**
Monday-Thursday - 9:00 am - 5:00 pm
Friday - 9:00 am - 5:30 pm
Saturday & Sunday - Closed

**Lost or Stolen ATM or Debit Card:**
To report your lost or stolen ATM Card or Debit Card, call your local branch at the telephone number listed on the first page of this statement. After normal banking hours, please call 800-523-4175.

customers bank

40 General Warren Blvd. Suite 200, Malvern, PA 19355
Return Service Requested

***Statement Ending 09/30/2026***

***Total Days in Statement Period: 30***



25030 MCB9429S100126051720 01 000000000 50060 002
ANDREW & JULIE STUPIN, DIP
CHAPTER 11 CASE# 26-11202
311 5TH ST
215 5TH ST
HUNTINGTON BEACH CA 92648-8101

25030 0089030 0001-0001 0000000000000000

## *Managing Your Accounts*

**Branch Telephone:** 914-908-4529

**Branch Mailing Address:**
102 S RIDGE ST
RYE BROOK NY 10573

**Telephone Banking:** 800-849-4809

**Online Access:**
www.customersbank.com

## BANKRUPTCY BUSINESS CHECKING XXXXXX8112

### Account Summary

| Date | Description | Amount |
|---|---|---|
| **09/01/2026** | **Beginning Balance** | **$705.34** |
| | 0 Credit(s) This Period | $0.00 |
| | 2 Debit(s) This Period | $444.97 |
| **09/30/2026** | **Ending Balance** | **$260.37** |
| | Days This Period | 30 |
| | Average Collected Balance | $478.00 |
| | Low Balance | $260.37 |

### Other Debits

| Date | Description | Amount |
|---|---|---|
| 09/14/2026 | ACH WITHDRAWAL<br>HUNTINGTON BEACH UTILITY 260914 | $60.47 |
| 09/16/2026 | ACH WITHDRAWAL<br>TRAVELERS BUS INSUR 260916 8073896 | $384.50 |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 08/31/2026 | $705.34 | 09/14/2026 | $644.87 | 09/16/2026 | $260.37 |

### Overdraft and Returned Item Fees

| | Total For This Period | Total Year To Date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

Member FDIC EQUAL HOUSING LENDER

Available on the iPhone App Store  ANDROID APP ON Google play

**In Case of Errors or Questions about Your Electronic Transactions or Direct Deposits:**
Call your local branch at the telephone number listed on the first page of your statement, or write to the Bank at the address below if you think your statement or receipt is wrong, or if you need more information about a transfer listed on your statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the error or problem appeared.

If you do not tell us within 60 days after the statement was sent to you, you may not be credited for any money lost after the 60 days, if we can prove that we could have prevented someone from taking the money if you had notified us within 60 days.

**Customers Bank**
**ATTN: Fraud Prevention and Investigations Department**
**701 Reading Ave**
**West Reading, PA 19611**

Be sure to include the information listed below in your correspondence:

- Your name, account number, and ATM or VISA Check Card number. Please note: Never include this information in a text or an email
- A description of the error or the transfer in question, and explain as clearly as you can why you believe it is an error or why you need more information
- The dollar amount of the suspected error

**Pre-Authorized Credits**
If you have arranged to have direct deposits made to your account you may call your local branch to verify that the deposit has been made.

**Notice to Recipients of Electronic Transfers - Consumer Accounts:**
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this (or 20 business days for new accountholders), we will credit your account for the amount you think is in error so that you will have the use of the money during the time it takes us to complete our investigation.

**In Case of Errors or Questions about Your Transactions - Business Accounts:**
You should examine your statements and the itemized transactions carefully and reconcile the account promptly. We will consider the statement correct unless you notify us within 14 calendar days from the date the statement is **FIRST** sent or made available to you. This 14 calendar day limitation applies regardless of whether we used ordinary care.

If there are any discrepancies, forgeries, alterations or unauthorized transactions, please contact your local branch at the telephone number listed on the first page of your statement or write to your local branch.

**Business Hours for All Branches:**
Monday-Thursday - 9:00 am - 5:00 pm
Friday - 9:00 am - 5:30 pm
Saturday & Sunday - Closed

**Lost or Stolen ATM or Debit Card:**
To report your lost or stolen ATM Card or Debit Card, call your local branch at the telephone number listed on the first page of this statement. After normal banking hours, please call 800-523-4175.

customers bank

40 General Warren Blvd. Suite 200, Malvern, PA 19355
Return Service Requested

**_Statement Ending 09/30/2026_**

**_Total Days in Statement Period: 30_**



20729 0072828 0001-0002 0000000000000000

20729 MCB9429S100126051720 01 000000000 41458 003
ANDREW & JULIE STUPIN, DIP
CHAPTER 11 CASE# 26-11202
325 5TH ST
215 5TH ST
HUNTINGTON BEACH CA 92648-8101

## *Managing Your Accounts*

**Branch Telephone:** 914-908-4529

**Branch Mailing Address:**
102 S RIDGE ST
RYE BROOK NY 10573

**Telephone Banking:** 800-849-4809

**Online Access:**
www.customersbank.com

# BANKRUPTCY BUSINESS CHECKING XXXXXX8639

### Account Summary

| Date | Description | Amount |
|---|---|---|
| **09/01/2026** | **Beginning Balance** | **$4,481.38** |
| | 2 Credit(s) This Period | $4,518.62 |
| | 2 Debit(s) This Period | $334.56 |
| **09/30/2026** | **Ending Balance** | **$8,665.44** |
| | Days This Period | 30 |
| | Average Collected Balance | $4,763.00 |
| | Low Balance | $4,165.44 |

### Other Credits

| Date | Description | Amount |
|---|---|---|
| 09/03/2026 | SERVICE CHG REFUND<br>REV MONTHLY SVC | $18.62 |
| 09/28/2026 | INCOMING WIRE<br>INCOMING WIRE 2026 0928MFP00235000278 #958699 COASTLINE REAL ESTATE INVES TMENTS L | $4,500.00 |

### Other Debits

| Date | Description | Amount |
|---|---|---|
| 09/14/2026 | ACH WITHDRAWAL<br>HUNTINGTON BEACH UTILITY 260914 | $317.44 |
| 09/22/2026 | SERVICE CHARGE<br>ANALYSIS ACTIVITY FOR 08/26 | $17.12 |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 08/31/2026 | $4,481.38 | 09/14/2026 | $4,182.56 | 09/28/2026 | $8,665.44 |
| 09/03/2026 | $4,500.00 | 09/22/2026 | $4,165.44 | | |

Member FDIC — EQUAL HOUSING LENDER

Available on the iPhone App Store — ANDROID APP ON Google play

**In Case of Errors or Questions about Your Electronic Transactions or Direct Deposits:**
Call your local branch at the telephone number listed on the first page of your statement, or write to the Bank at the address below if you think your statement or receipt is wrong, or if you need more information about a transfer listed on your statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the error or problem appeared.

If you do not tell us within 60 days after the statement was sent to you, you may not be credited for any money lost after the 60 days, if we can prove that we could have prevented someone from taking the money if you had notified us within 60 days.

**Customers Bank**
**ATTN: Fraud Prevention and Investigations Department**
**701 Reading Ave**
**West Reading, PA 19611**

Be sure to include the information listed below in your correspondence:

- Your name, account number, and ATM or VISA Check Card number. Please note: Never include this information in a text or an email
- A description of the error or the transfer in question, and explain as clearly as you can why you believe it is an error or why you need more information
- The dollar amount of the suspected error

**Pre-Authorized Credits**
If you have arranged to have direct deposits made to your account you may call your local branch to verify that the deposit has been made.

**Notice to Recipients of Electronic Transfers - Consumer Accounts:**
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this (or 20 business days for new accountholders), we will credit your account for the amount you think is in error so that you will have the use of the money during the time it takes us to complete our investigation.

**In Case of Errors or Questions about Your Transactions - Business Accounts:**
You should examine your statements and the itemized transactions carefully and reconcile the account promptly. We will consider the statement correct unless you notify us within 14 calendar days from the date the statement is **FIRST** sent or made available to you. This 14 calendar day limitation applies regardless of whether we used ordinary care.

If there are any discrepancies, forgeries, alterations or unauthorized transactions, please contact your local branch at the telephone number listed on the first page of your statement or write to your local branch.

**Business Hours for All Branches:**
Monday-Thursday - 9:00 am - 5:00 pm
Friday - 9:00 am - 5:30 pm
Saturday & Sunday - Closed

**Lost or Stolen ATM or Debit Card:**
To report your lost or stolen ATM Card or Debit Card, call your local branch at the telephone number listed on the first page of this statement. After normal banking hours, please call 800-523-4175.

20729 0072830 0002-0002 0000000000000000

## BANKRUPTCY BUSINESS CHECKING XXXXXX8639 *(Continued)*

### Overdraft and Returned Item Fees

| | Total For This Period | Total Year To Date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

20729 0072830 0002-0002 MCB9429S100126051720 01 L 41458

customers bank

40 General Warren Blvd. Suite 200, Malvern, PA 19355
Return Service Requested

**Statement Ending 09/30/2026**

**Total Days in Statement Period: 30**



23146 0082395 0001-0002 0000000000000000

23146 MCB9429S100126051720 01 000000000 46292 003
ANDREW & JULIE STUPIN, DIP
CHAPTER 11 CASE# 26-11202
217-227 5TH ST
215 5TH ST
HUNTINGTON BEACH CA 92648-8101

## Managing Your Accounts

**Branch Telephone:** 914-908-4529

**Branch Mailing Address:**
102 S RIDGE ST
RYE BROOK NY 10573

**Telephone Banking:** 800-849-4809

**Online Access:**
www.customersbank.com

## BANKRUPTCY BUSINESS CHECKING XXXXXX8467

### Account Summary

| Date | Description | Amount |
|---|---|---|
| **09/01/2026** | **Beginning Balance** | **$27,524.81** |
| | 3 Credit(s) This Period | $14,061.94 |
| | 2 Debit(s) This Period | $860.88 |
| **09/30/2026** | **Ending Balance** | **$40,725.87** |
| | Days This Period | 30 |
| | Average Collected Balance | $32,538.00 |
| | Low Balance | $27,524.81 |

### Other Credits

| Date | Description | Amount |
|---|---|---|
| 09/03/2026 | SERVICE CHG REFUND<br>REV MONTHLY SVC | $19.94 |
| 09/08/2026 | COMM'L SCANNED DEP | $3,500.00 |
| 09/23/2026 | COMM'L SCANNED DEP | $10,542.00 |

### Other Debits

| Date | Description | Amount |
|---|---|---|
| 09/22/2026 | SERVICE CHARGE<br>ANALYSIS ACTIVITY FOR 08/26 | $9.18 |
| 09/30/2026 | ACH WITHDRAWAL<br>TRAVELERS BUS INSUR 260930 2745385 | $851.70 |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 08/31/2026 | $27,524.81 | 09/08/2026 | $31,044.75 | 09/23/2026 | $41,577.57 |
| 09/03/2026 | $27,544.75 | 09/22/2026 | $31,035.57 | 09/30/2026 | $40,725.87 |

Member FDIC
EQUAL HOUSING LENDER
Available on the iPhone App Store
ANDROID APP ON Google play

**In Case of Errors or Questions about Your Electronic Transactions or Direct Deposits:**
Call your local branch at the telephone number listed on the first page of your statement, or write to the Bank at the address below if you think your statement or receipt is wrong, or if you need more information about a transfer listed on your statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the error or problem appeared.

If you do not tell us within 60 days after the statement was sent to you, you may not be credited for any money lost after the 60 days, if we can prove that we could have prevented someone from taking the money if you had notified us within 60 days.

**Customers Bank**
**ATTN: Fraud Prevention and Investigations Department**
**701 Reading Ave**
**West Reading, PA 19611**

Be sure to include the information listed below in your correspondence:

- Your name, account number, and ATM or VISA Check Card number. Please note: Never include this information in a text or an email
- A description of the error or the transfer in question, and explain as clearly as you can why you believe it is an error or why you need more information
- The dollar amount of the suspected error

**Pre-Authorized Credits**
If you have arranged to have direct deposits made to your account you may call your local branch to verify that the deposit has been made.

**Notice to Recipients of Electronic Transfers - Consumer Accounts:**
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this (or 20 business days for new accountholders), we will credit your account for the amount you think is in error so that you will have the use of the money during the time it takes us to complete our investigation.

**In Case of Errors or Questions about Your Transactions - Business Accounts:**
You should examine your statements and the itemized transactions carefully and reconcile the account promptly. We will consider the statement correct unless you notify us within 14 calendar days from the date the statement is **FIRST** sent or made available to you. This 14 calendar day limitation applies regardless of whether we used ordinary care.

If there are any discrepancies, forgeries, alterations or unauthorized transactions, please contact your local branch at the telephone number listed on the first page of your statement or write to your local branch.

**Business Hours for All Branches:**
Monday-Thursday - 9:00 am - 5:00 pm
Friday - 9:00 am - 5:30 pm
Saturday & Sunday - Closed

**Lost or Stolen ATM or Debit Card:**
To report your lost or stolen ATM Card or Debit Card, call your local branch at the telephone number listed on the first page of this statement. After normal banking hours, please call 800-523-4175.

customers bank



## BANKRUPTCY BUSINESS CHECKING XXXXXX8467 *(Continued)*

### Overdraft and Returned Item Fees

| | Total For This Period | Total Year To Date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

23146 0082397 0002-0002 0000000000000000

23146 0082397 0002-0002 MCB9429S100126051720 01 L 46292

customers bank

40 General Warren Blvd. Suite 200, Malvern, PA 19355
Return Service Requested

**Statement Ending 09/30/2026**

*Total Days in Statement Period: 30*



16407 MCB9429S100126051720 01 000000000 32814 003
ANDREW & JULIE STUPIN, DIP
CHAPTER 11 CASE# 26-11202
8566 COLUSA CIR
215 5TH ST
HUNTINGTON BEACH CA 92648-8101

16407 0058494 0001-0002 0000000000000000

## Managing Your Accounts

**Branch Telephone:** 914-908-4529

**Branch Mailing Address:**
102 S RIDGE ST
RYE BROOK NY 10573

**Telephone Banking:** 800-849-4809

**Online Access:**
www.customersbank.com

## BANKRUPTCY BUSINESS CHECKING XXXXXX8812

### Account Summary

| Date | Description | Amount |
|---|---|---|
| **09/01/2026** | **Beginning Balance** | **$445.25** |
| | 3 Credit(s) This Period | $3,520.00 |
| | 5 Debit(s) This Period | $3,714.70 |
| **09/30/2026** | **Ending Balance** | **$250.55** |
| | Days This Period | 30 |
| | Average Collected Balance | $422.00 |
| | Low Balance | $250.55 |

### Other Credits

| Date | Description | Amount |
|---|---|---|
| 09/03/2026 | SERVICE CHG REFUND<br>REV MONTHLY SVC | $20.00 |
| 09/16/2026 | EBANKING TRANSFER<br>REF 2591415L FUNDS TRANSFER FRM DEP XXX0655 FROM ONLINE COVER NSF | $500.00 |
| 09/25/2026 | EBANKING TRANSFER<br>REF 2681258L FUNDS TRANSFER FRM DEP XXX7356 FROM ONLINE COVER NSF | $3,000.00 |

### Other Debits

| Date | Description | Amount |
|---|---|---|
| 09/16/2026 | ACH WITHDRAWAL<br>FRONTIER COMMUNI BILL PAY 260916 | $344.70 |
| 09/16/2026 | ACH WITHDRAWAL<br>SO CAL EDISON CO BILL PAYMT 260916 | $142.37 |
| 09/22/2026 | SERVICE CHARGE<br>ANALYSIS ACTIVITY FOR 08/26 | $19.93 |
| 09/25/2026 | ACH WITHDRAWAL<br>ACCT INTEGRATORS Assn Dues 260924 | $3.95 |
| 09/25/2026 | ACH WITHDRAWAL<br>Huntington Landm OnlinePay 260925 | $3,203.75 |

Member FDIC
EQUAL HOUSING LENDER
Available on the iPhone App Store
ANDROID APP ON Google play

**In Case of Errors or Questions about Your Electronic Transactions or Direct Deposits:**
Call your local branch at the telephone number listed on the first page of your statement, or write to the Bank at the address below if you think your statement or receipt is wrong, or if you need more information about a transfer listed on your statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the error or problem appeared.

If you do not tell us within 60 days after the statement was sent to you, you may not be credited for any money lost after the 60 days, if we can prove that we could have prevented someone from taking the money if you had notified us within 60 days.

**Customers Bank**
**ATTN: Fraud Prevention and Investigations Department**
**701 Reading Ave**
**West Reading, PA 19611**

Be sure to include the information listed below in your correspondence:

- Your name, account number, and ATM or VISA Check Card number. Please note: Never include this information in a text or an email
- A description of the error or the transfer in question, and explain as clearly as you can why you believe it is an error or why you need more information
- The dollar amount of the suspected error

**Pre-Authorized Credits**
If you have arranged to have direct deposits made to your account you may call your local branch to verify that the deposit has been made.

**Notice to Recipients of Electronic Transfers - Consumer Accounts:**
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this (or 20 business days for new accountholders), we will credit your account for the amount you think is in error so that you will have the use of the money during the time it takes us to complete our investigation.

**In Case of Errors or Questions about Your Transactions - Business Accounts:**
You should examine your statements and the itemized transactions carefully and reconcile the account promptly. We will consider the statement correct unless you notify us within 14 calendar days from the date the statement is **FIRST** sent or made available to you. This 14 calendar day limitation applies regardless of whether we used ordinary care.

If there are any discrepancies, forgeries, alterations or unauthorized transactions, please contact your local branch at the telephone number listed on the first page of your statement or write to your local branch.

**Business Hours for All Branches:**
Monday-Thursday - 9:00 am - 5:00 pm
Friday - 9:00 am - 5:30 pm
Saturday & Sunday - Closed

**Lost or Stolen ATM or Debit Card:**
To report your lost or stolen ATM Card or Debit Card, call your local branch at the telephone number listed on the first page of this statement. After normal banking hours, please call 800-523-4175.

16407 0058496 0002-0002 0000000000000000

## BANKRUPTCY BUSINESS CHECKING XXXXXX8812 *(Continued)*

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 08/31/2026 | $445.25 | 09/16/2026 | $478.18 | 09/25/2026 | $250.55 |
| 09/03/2026 | $465.25 | 09/22/2026 | $458.25 | | |

### Overdraft and Returned Item Fees

| | Total For This Period | Total Year To Date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

16407 0058496 0002-0002 MCB9429S100126051720 01 L 32814

customers bank

40 General Warren Blvd. Suite 200, Malvern, PA 19355
Return Service Requested

## Statement Ending 09/30/2026

**Total Days in Statement Period: 30**



17249 MCB9429S100126051720 01 000000000 34498 003
ANDREW & JULIE STUPIN, DIP
CHAPTER 11 CASE# 26-11202
213 5TH ST
215 5TH ST
HUNTINGTON BEACH CA 92648-8101

17249 0061592 0001-0002 0000000000000000

### Managing Your Accounts

**Branch Telephone:** 914-908-4529

**Branch Mailing Address:**
102 S RIDGE ST
RYE BROOK NY 10573

**Telephone Banking:** 800-849-4809

**Online Access:**
www.customersbank.com

## BANKRUPTCY BUSINESS CHECKING XXXXXX9526

### Account Summary

| Date | Description | Amount |
|---|---|---|
| **09/01/2026** | **Beginning Balance** | **$16,691.54** |
| | 4 Credit(s) This Period | $6,965.96 |
| | 5 Debit(s) This Period | $301.44 |
| **09/30/2026** | **Ending Balance** | **$23,356.06** |
| | Days This Period | 30 |
| | Average Collected Balance | $22,326.00 |
| | Low Balance | $16,691.54 |

### Other Credits

| Date | Description | Amount |
|---|---|---|
| 09/02/2026 | COMM'L SCANNED DEP | $2,250.00 |
| 09/03/2026 | SERVICE CHG REFUND<br>REV MONTHLY SVC | $15.96 |
| 09/03/2026 | COMM'L SCANNED DEP | $1,600.00 |
| 09/08/2026 | COMM'L SCANNED DEP | $3,100.00 |

### Other Debits

| Date | Description | Amount |
|---|---|---|
| 09/10/2026 | ACH WITHDRAWAL<br>HUNTINGTON BEACH UTILITY 260910 | $208.91 |
| 09/15/2026 | ACH WITHDRAWAL<br>SOCALGAS PAYMENT 260915 | $1.46 |
| 09/15/2026 | ACH WITHDRAWAL<br>BILLMATRIX PAYMENTFEE 260915 | $1.50 |
| 09/15/2026 | ACH WITHDRAWAL<br>SO CAL EDISON CO BILL PAYMT 260915 | $77.60 |
| 09/22/2026 | SERVICE CHARGE<br>ANALYSIS ACTIVITY FOR 08/26 | $11.97 |

Member FDIC
EQUAL HOUSING LENDER
Available on the iPhone App Store
ANDROID APP ON Google play

**In Case of Errors or Questions about Your Electronic Transactions or Direct Deposits:**
Call your local branch at the telephone number listed on the first page of your statement, or write to the Bank at the address below if you think your statement or receipt is wrong, or if you need more information about a transfer listed on your statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the error or problem appeared.

If you do not tell us within 60 days after the statement was sent to you, you may not be credited for any money lost after the 60 days, if we can prove that we could have prevented someone from taking the money if you had notified us within 60 days.

**Customers Bank**
**ATTN: Fraud Prevention and Investigations Department**
**701 Reading Ave**
**West Reading, PA 19611**

Be sure to include the information listed below in your correspondence:

- Your name, account number, and ATM or VISA Check Card number. Please note: Never include this information in a text or an email
- A description of the error or the transfer in question, and explain as clearly as you can why you believe it is an error or why you need more information
- The dollar amount of the suspected error

**Pre-Authorized Credits**
If you have arranged to have direct deposits made to your account you may call your local branch to verify that the deposit has been made.

**Notice to Recipients of Electronic Transfers - Consumer Accounts:**
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this (or 20 business days for new accountholders), we will credit your account for the amount you think is in error so that you will have the use of the money during the time it takes us to complete our investigation.

**In Case of Errors or Questions about Your Transactions - Business Accounts:**
You should examine your statements and the itemized transactions carefully and reconcile the account promptly. We will consider the statement correct unless you notify us within 14 calendar days from the date the statement is **FIRST** sent or made available to you. This 14 calendar day limitation applies regardless of whether we used ordinary care.

If there are any discrepancies, forgeries, alterations or unauthorized transactions, please contact your local branch at the telephone number listed on the first page of your statement or write to your local branch.

**Business Hours for All Branches:**
Monday-Thursday - 9:00 am - 5:00 pm
Friday - 9:00 am - 5:30 pm
Saturday & Sunday - Closed

**Lost or Stolen ATM or Debit Card:**
To report your lost or stolen ATM Card or Debit Card, call your local branch at the telephone number listed on the first page of this statement. After normal banking hours, please call 800-523-4175.

customers bank



17249 0061594 0002-0002 0000000000000000

## BANKRUPTCY BUSINESS CHECKING XXXXXX9526 *(Continued)*

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 08/31/2026 | $16,691.54 | 09/08/2026 | $23,657.50 | 09/15/2026 | $23,368.03 |
| 09/02/2026 | $18,941.54 | 09/10/2026 | $23,448.59 | 09/22/2026 | $23,356.06 |
| 09/03/2026 | $20,557.50 | | | | |

### Overdraft and Returned Item Fees

| | Total For This Period | Total Year To Date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |