DAVID B. GOLUBCHIK (State Bar No. 185520)
CARMELA T. PAGAY (State Bar No. 195603)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: DBG@LNBYG.COM; CTP@LNBYG.COM

Attorneys for Chapter 11 Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>ANDREW STUPIN and JULIE STUPIN,<br><br>Debtors and Debtors in Possession. | Case No.: 8:26-bk-11202-SC<br><br>Chapter 11 Case<br><br>**FIRST INTERIM APPLICATION OF HOCHMAN SALKIN TOSCHER PEREZ P.C. FOR APPROVAL OF FEES AND REIMBURSEMENT OF EXPENSES; DECLARATION OF JONATHAN KALINSKI IN SUPPORT THEREOF**<br><br><u>Hearing:</u><br>Date: November 17, 2026<br>Time: 10:00 a.m.<br>Place: Courtroom 5C-Virtual<br>U.S. Bankruptcy Court<br>411 West Fourth Street<br>Santa Ana, CA 92701 |

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE:**

Hochman Salkin Toscher Perez P.C. ("HSTP"), special tax counsel to Andrew Stupin and Julie Stupin, the debtors and debtors-in-possession herein (the "Debtors"), hereby submits its "*First Interim Application for Approval of Fees and Reimbursement of Expenses*" (the "Application") for services rendered and expenses incurred for the period of June 6, 2026 through September 25, 2026 (the "Covered Period").

## I.

## INTRODUCTORY STATEMENT

### A. Date Of Commencement Of The Debtors' Chapter 11 Case

The Debtors commenced their bankruptcy case by filing a voluntary petition under chapter 11 of title 11 of the United States Code, section 101 *et seq.* (the "Bankruptcy Code") on April 17, 2026 (the "Petition Date"). The Debtors continue to manage their financial affairs and operate their bankruptcy estate as a debtor in possession pursuant to sections 1107 and 1108 of the Bankruptcy Code. On May 21, 2026, the United States Trustee appointed the Official Committee of Unsecured Creditors (the "UCC").

### B. Date Of Entry Of The Order Approving RRBB's Employment And Date Services Commenced.

The Court entered an order approving the Debtors' employment of HSTP as their special tax counsel on July 15, 2026. The Debtors' employment of HSTP as special tax counsel was effective as of June 6, 2026.

### C. Summary Of Payment Arrangement And Payments Made To HSTP.

As disclosed in HSTP's employment application previously approved by the Court, HSTP agreed to provide tax advice to the Debtors on an hourly basis at its standard hourly billing rates, which range from $650 – $1,200 depending on the specific skills, abilities and experience represented by each professional. HSTP has not received any payment from the Debtors or any third party in connection with the services rendered by HSTP in the Debtors' bankruptcy case.

**D. Request For Allowance And Payment Of Fees And Reimbursement Of Expenses.**

During the Covered Period, HSTP spent a total of 28.90 hours and incurred fees in the sum of $27,990.25, and expenses in the sum of $815.25, for total fees and expenses in the sum of $28,805.50.

Pursuant to Local Bankruptcy Rule 2016-1, by this Application, HSTP requests that this Court approve the foregoing fees and expenses and authorize the Debtors to pay them upon Court approval. It is HSTP's understanding and belief that, pursuant to the Debtors' most recent monthly operating report on file for the month of September 2026, the Debtors have approximately $4,000,000 in unencumbered cash to pay professional fee and expense requests.

HSTP has expended a total of 28.90 hours of recorded time for services rendered during the Covered Period, which amounts to a blended hourly billing rate of $968.52. HSTP respectfully submits that its fees incurred in this case are reasonable given the complexity and magnitude of this bankruptcy case.

**E. Prior Fee Applications.**

HSTP has not filed any other fee applications in this case. No post-petition fees have been paid by the Debtors to HSTP. There are no amounts of fees from prior fee applications remaining to be paid. There are currently no amounts allowed yet reserved pending a final fee application.

**F. Proper Notice.**

HSTP is informed that, pursuant to Rule 2002(a)(6) of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 2016-1(c)(3), bankruptcy counsel for the UCC, Pachulski, Stang, Ziehl and Jones LLP, has or will serve notice of this Application and the amount of fees sought herein upon the Office of the United States Trustee, the Debtors, all creditors of the Debtors' bankruptcy estate, and all parties who have requested special notice in the Debtors' bankruptcy case.

///

///

///

## II.

## BACKGROUND OF DEBTORS' CASE AND DESCRIPTION OF SERVICES RENDERED BY HSTP

### A. Brief Narrative History And Report Concerning The Status Of Debtors' Case.

Pursuant to Local Bankruptcy Rule 2016-1(a)(1)(A)(iv), HSTP respectfully incorporates by reference the narrative history and report concerning the status of the Debtors' bankruptcy case furnished by the Debtors' general bankruptcy counsel, Levene, Neale, Bender, Yoo & Golubchik L.L.P. in its first interim fee application filed concurrently herewith.

### B. Brief Narrative Statement Of Services Rendered.

A summary of the time expended by, and the billing rates of, the particular professionals and paraprofessionals performing services, and the total fees for services performed in this case during the Covered Period is included in **Exhibit "A"** attached hereto. As can be seen from **Exhibit "A,"** HSTP's billing statements reflect a format in which the entries are listed in chronological order. **Exhibit "A"** includes all post-petition fees and expenses incurred for this case during the Covered Period.

### C. Description of Professional Education and Experience

HSTP is comprised of attorneys who are well-qualified to act as the Debtors' special tax counsel, having provided over 60 years of exceptional tax expertise to clients throughout the United States. All attorneys comprising or associated with HSTP are admitted to practice law in the California courts and in the United States District Court for the Central District of California. The résumés of HSTP's attorneys are collectively attached hereto as **Exhibit "B."**

### D. Source and Amount of Cash Available to Pay HSTP's Allowed Fees and Expenses.

It is HSTP's understanding and belief that, pursuant to the Debtors' most recent monthly operating report on file for the month of September 2026, the Debtors have approximately $4,000,000 in unencumbered cash to pay professional fee and expense requests.

///

///

///

## III.

## STANDARD OF LAW

Prior to the enactment of the Bankruptcy Code, the rule with respect to compensation requests in the Ninth Circuit was that the Bankruptcy Court should award attorneys' fees in accordance with a "strict rule of economy test." In re THC Financial Corp., 659 F.2d 951, 955 n.2 (9th Cir.1981), cert. denied, 456 U.S. 977 (1982). This is no longer the law. The legislative history to section 330 of the Bankruptcy Code indicates that Congress was primarily concerned with protecting the public interest in the smooth, efficient operation of the bankruptcy system by encouraging competent bankruptcy specialists to remain in the field. First National Bank of Chicago v. Committee of Creditors Holding Unsecured Claims (In re Powerline Oil Co.), 71 B.R. 767, 770 (9th Cir.B.A.P.1986); In re Baldwin-United Corp., 79 B.R. 321, 346 (Bankr.S.D. Ohio 1987). Toward this end, Congress specifically disavowed notions of economy of administration and provided that compensation in bankruptcy cases should be comparable to what is charged in nonbankruptcy matters. Id. at 346.

Under the lodestar approach, the Court is to determine the number of hours reasonably expended in an attorney's representation of a debtors and multiply such number by a reasonable hourly rate for the services performed. See, Delaware Valley Citizens' Council for Clear Air, 478 U.S. at 565; In re Powerline Oil Co., 71 B.R. at 770. A reasonable hourly rate is presumptively the rate the marketplace pays for the services rendered. Missouri v. Jenkins by Agyei, 491 U.S. 274, 109 S.Ct. 2463, 2469 (1989); Burgess v. Klenske (In re Manoa Finance Co., Inc.) 853 F.2d 687, 691 (9th Cir.1988). Recognizing that the determination of an appropriate "market rate" for the services of a lawyer is inherently difficult, the Supreme Court stated:

> Market prices of commodities and most services are determined by supply and demand. In this traditional sense there is no such thing as a prevailing market rate for the service of lawyers in a particular community. The type of services rendered by lawyers, as well as its experience, skill, and reputation, varies extensively -- even within a law firm. Accordingly, the hourly rates of lawyers in private practice also vary widely. The fees charged often are based

> on the product of hours devoted to the representation multiplied by the lawyer's customary rate.

Blum v. Stenson, 465 U.S. 886, 895 n.11 (1984). The Supreme Court has stated that a reasonable attorney's fee "means a fee that would have been deemed reasonable if billed to affluent plaintiffs by its own attorneys." Missouri v. Jenkins by Agyei, 109 S.Ct. at 2470 (quoting City of Riverside v. Rivera, 477 U.S. 561, 591 (1986) (Rehnquist, J. dissenting)). Accordingly, a reasonable hourly rate is the hourly amount to which attorneys in the area with comparable skill, experience and reputation typically would be entitled as compensation. Blum v. Stenson, 465 U.S. at 895 n.11.

The tax issues that arose in the Debtors' bankruptcy case demand a high level of skill, expertise, and experience by HSTP. HSTP respectfully submits that its hourly rates in this case for its professionals are reasonable and appropriate in the relevant community, and the fees and expenses incurred by HSTP in the Debtors' case during the Covered Period are fair and reasonable.

## IV.

## CONCLUSION

**WHEREFORE**, HSTP respectfully requests that this Court enter an order:

(1) allowing HSTP's fees on an interim basis, in the amount of $27,990.25, and expenses in the sum of $815.25, for total fees and expenses in the sum of $28,805.50;

(2) authorizing and instructing the Debtors to pay to HSTP the allowed fees and expenses, in the amount of $28,805.50; and

(3) granting such other and further relief as the Court deems just and proper.

Dated: October 26, 2026

LEVENE, NEALE, BENDER, YOO
& GOLUBCHIK L.L.P.

By: *<u>/s/ David B. Golubchik</u>*
DAVID B. GOLUBCHIK
CARMELA T. PAGAY
Attorneys for Chapter 11 Debtors and Debtors in Possession

**DECLARATION OF JONATHAN KALINSKI**

I, Jonathan Kalinski, hereby declare as follows:

1. I am an attorney with the law firm Hochman Salkin Toscher Perez P.C. ("HSTP"), which is serving as special tax counsel to Andrew Stupin and Julie Stupin, the debtors and debtors in possession in the above-captioned chapter 11 bankruptcy case (the "Debtors").

2. I have personal knowledge of the facts set forth below and, if called to testify, I could and would testify competently thereto. I make this Declaration in support of the application to which this Declaration is attached (the "Application").

3. HSTP maintains a business office located at 9100 Wilshire Boulevard, Suite 900W, Beverly Hills, CA 90212.

4. To the best of my knowledge, information and belief, all of the matters stated in the Application are true and correct, and the application complies with all applicable statutes, rules, regulations and procedures.

5. The amounts requested in the Application for compensation of fees and reimbursement of expenses incurred are based on HSTP's business records kept in the ordinary course of HSTP's business.

6. A true and correct copy of the summary of the time expended by, and the billing rates of, the particular professionals and paraprofessionals performing services, and the total fees for services performed in this case, and the expenses charged during the covered period is included in **Exhibit "A"** attached hereto.

7. Attached as **Exhibit "B"** hereto is a true and correct copy of the resumes of the attorneys of HSTP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 26th day of October 2026, at Beverly Hills, California.

____________________________
JONATHAN KALINSKI

# EXHIBIT "A"

HOCHMAN · SALKIN
TOSCHER · PEREZ P.C.
TAX LITIGATORS

**Hochman Salkin Toscher Perez P.C.**
9100 Wilshire Blvd., Suite 900W
Beverly Hills, California 90212
Phone No.: (310) 281-3200

June 25, 2026

Andrew and Julie Stupin
Debtors and Debtors in Possession
c/o David Golubchik
Levene, Neale, Bender, Yoo & Golubchik L.L.P.
2818 La Cienega Ave.
Los Angeles, CA 90034

Reference: 13796-001
Invoice: 184532

IRS Matter

| Date | TKid | Hours | Description | | Amount |
|---|---|---|---|---|---|
| 06/24/2026 | JK | 0.20 | Call with Nick and Andrew | | 190.00 |
| | | | | Current Fees | $190.00 |

Rate Summary

| | | | |
|---|---|---|---|
| Jonathan Kalinski | 0.20 | hours at 950.00/hr | 190.00 |
| Total Hours | 0.20 | | |

| COSTS | | Amount |
|---|---|---|
| | 3% In Lieu Of Specific Costs | 5.70 |
| | Current Costs | $5.70 |

**Hochman Salkin Toscher Perez P.C.**
9100 Wilshire Blvd., Suite 900W
Beverly Hills, California 90212
Phone No.: (310) 281-3200

Reference #: 13796-001



INVOICE SUMMARY

| | |
|---|---|
| Invoice Total | $195.70 |
| Previous Balance | $0.00 |
| Trust Balance Applied | $0.00 |
| **Total Now Due After Trust Balance is Applied** | **$195.70** |

**Please remit payment and include a reference or invoice number. Thank you.**

**Hochman Salkin Toscher Perez P.C.**
9100 Wilshire Blvd., Suite 900W
Beverly Hills, California 90212
Phone No.: (310) 281-3200

July 25, 2026

Andrew and Julie Stupin
Debtors and Debtors in Possession
c/o David Golubchik
Levene, Neale, Bender, Yoo & Golubchik L.L.P.
2818 La Cienega Ave.
Los Angeles, CA 90034

Reference: 13796-001
Invoice: 184533

IRS Matter

| Date | TKid | Hours | Description | Amount |
|---|---|---|---|---|
| 07/02/2026 | JK | 0.50 | Case analysis | 475.00 |
| 07/09/2026 | JK | 0.20 | Call with Melissa | 190.00 |
| 07/20/2026 | MB | 1.00 | Conference w JK, review financials, documentation in advance of client call | 900.00 |
| 07/21/2026 | JK | 2.00 | Call with Andrew, Dice, Nick and Melissa; Call with Melissa | 1,900.00 |
| 07/21/2026 | MB | 1.50 | Prepare for, call with client and accountants, follow up. | 1,350.00 |
| 07/22/2026 | JK | 2.00 | Correspondence; Case analysis | 1,900.00 |
| 07/22/2026 | MB | 0.20 | Review uploads from accountant | 180.00 |
| 07/23/2026 | JK | 1.50 | Case analysis; Correspondence | 1,425.00 |
| | | | Current Fees | $8,320.00 |

Rate Summary

| | | | |
|---|---|---|---|
| Melissa Briggs | 2.70 | hours at 900.00/hr | 2,430.00 |
| Jonathan Kalinski | 6.20 | hours at 950.00/hr | 5,890.00 |
| Total Hours | 8.90 | | |

| COSTS | | Amount |
|---|---|---|
| | 3% In Lieu Of Specific Costs | 249.60 |
| | Current Costs | $249.60 |

**Hochman Salkin Toscher Perez P.C.**
9100 Wilshire Blvd., Suite 900W
Beverly Hills, California 90212
Phone No.: (310) 281-3200

Reference #: 13796-001



INVOICE SUMMARY

| | |
|---|---|
| Invoice Total | $8,569.60 |
| Previous Balance | $195.70 |
| Trust Balance Applied | $0.00 |
| **Total Now Due After Trust Balance is Applied** | **$8,765.30** |

**Please remit payment and include a reference or invoice number. Thank you.**

**Hochman Salkin Toscher Perez P.C.**
9100 Wilshire Blvd., Suite 900W
Beverly Hills, California 90212
Phone No.: (310) 281-3200

August 25, 2026

Andrew and Julie Stupin
Debtors and Debtors in Possession
c/o David Golubchik
Levene, Neale, Bender, Yoo & Golubchik L.L.P.
2818 La Cienega Ave.
Los Angeles, CA 90034

Reference: 13796-001
Invoice: 184534

IRS Matter

| Date | TKid | Hours | Description | Amount |
|---|---|---|---|---|
| 07/27/2026 | JK | 1.00 | Correspondence; Case analysis | 950.00 |
| 07/28/2026 | JK | 2.80 | Call with Dice, Andrew and Melissa; Correspondence; Case analysis | 2,660.00 |
| 07/28/2026 | MB | 1.00 | Review documents, call with JK re: meeting w RA, documents. Meeting with Dice and Andrew. | 900.00 |
| 07/29/2026 | JK | 0.40 | Case analysis | 380.00 |
| 07/30/2026 | JK | 2.50 | Meeting with IRS and Melissa; Correspondence; Case analysis | 2,375.00 |
| 07/30/2026 | MB | 1.30 | Prepare for and attend interview call with RA and follow-up | 1,170.00 |
| 07/31/2026 | JK | 1.00 | Case analysis; Correspondence | 950.00 |
| 08/06/2026 | MB | 0.20 | Review documenation from client re: request from RA | 180.00 |
| 08/10/2026 | JK | 0.20 | Call with Brian | 190.00 |
| 08/12/2026 | JK | 0.20 | Correspondence | 190.00 |
| 08/14/2026 | JK | 0.30 | Correspondence | 285.00 |
| 08/18/2026 | MB | 0.20 | Review documents against follow up requests, send email re: missing items | 180.00 |
| 08/20/2026 | JK | 1.00 | Correspondence; Case analysis | 950.00 |
| 08/24/2026 | JK | 1.50 | Case analysis | 1,425.00 |
| 08/25/2026 | JK | 2.00 | Case analysis | 1,900.00 |
| | | | Current Fees | $14,685.00 |

**Hochman Salkin Toscher Perez P.C.**
9100 Wilshire Blvd., Suite 900W
Beverly Hills, California 90212
Phone No.: (310) 281-3200

Reference #: 13796-001



Rate Summary

| | | | |
|---|---|---|---|
| Melissa Briggs | 2.70 | hours at 900.00/hr | 2,430.00 |
| Jonathan Kalinski | 12.90 | hours at 950.00/hr | 12,255.00 |
| Total Hours | 15.60 | | |

| COSTS | | Amount |
|---|---|---|
| 3% In Lieu Of Specific Costs | | 440.55 |
| | Current Costs | $440.55 |

INVOICE SUMMARY

| | |
|---|---|
| Invoice Total | $15,125.55 |
| Previous Balance | $8,765.30 |
| Trust Balance Applied | $0.00 |
| **Total Now Due After Trust Balance is Applied** | **$23,890.85** |

**Please remit payment and include a reference or invoice number. Thank you.**

HOCHMAN · SALKIN
TOSCHER · PEREZ P.C.
TAX LITIGATORS

**Hochman Salkin Toscher Perez P.C.**
9100 Wilshire Blvd., Suite 900W
Beverly Hills, California 90212
Phone No.: (310) 281-3200

September 25, 2026

Andrew and Julie Stupin
Debtors and Debtors in Possession
c/o David Golubchik
Levene, Neale, Bender, Yoo & Golubchik L.L.P.
2818 La Cienega Ave.
Los Angeles, CA 90034

Reference: 13796-001
Invoice: 184535

IRS Matter

| Date | TKid | Hours | Description | Amount |
|---|---|---|---|---|
| 08/26/2026 | JK | 3.00 | Calls with Andrew and Dice; Call with Melissa; Correspondence; Case analysis | 2,850.00 |
| 08/26/2026 | MB | 0.20 | Review documentation and next steps with JK | 180.00 |
| 08/28/2026 | JK | 1.00 | Call with Lourdes; Correspondence; Case analysis | 950.00 |
| | | | Current Fees | $3,980.00 |

Rate Summary

| | | | |
|---|---|---|---|
| Melissa Briggs | 0.20 | hours at 900.00/hr | 180.00 |
| Jonathan Kalinski | 4.00 | hours at 950.00/hr | 3,800.00 |
| Total Hours | 4.20 | | |

| COSTS | | Amount |
|---|---|---|
| | 3% In Lieu Of Specific Costs | 119.40 |
| | Current Costs | $119.40 |

**Hochman Salkin Toscher Perez P.C.**
9100 Wilshire Blvd., Suite 900W
Beverly Hills, California 90212
Phone No.: (310) 281-3200

Reference #: 13796-001



INVOICE SUMMARY

| | |
|---|---|
| Invoice Total | $4,099.40 |
| Previous Balance | $23,890.85 |
| Trust Balance Applied | $0.00 |
| **Total Now Due After Trust Balance is Applied** | **$27,990.25** |

**Please remit payment and include a reference or invoice number. Thank you.**

# EXHIBIT "B"

;



Our Firm

# Jonathan Kalinski



kalinski@taxlitigator.com (mailto:kalinski@taxlitigator.com)

Phone: (310) 281-3204

Fax: (310) 859-5110

Download Vcard (https://www.taxlitigator.com/wp-content/uploads/2021/08/Jonathan-Kalinski.vcf)

**Jonathan Kalinski** specializes in both civil and criminal tax controversies as well as sensitive tax matters including disclosures of previously undeclared interests in foreign financial accounts and assets and provides tax advice to taxpayers and their advisors throughout the world. He handles both Federal and state tax matters involving individuals, corporations, partnerships, limited liability companies, and trusts and estates.

Mr. Kalinski has considerable experience handling complex civil tax examinations, administrative appeals, and tax collection matters. Prior to joining the firm, he served as a trial attorney with the IRS Office of Chief Counsel litigating Tax Court cases and advising Revenue Agents and Revenue Officers on a variety of complex tax matters. Jonathan Kalinski also previously served as an Attorney-Adviser to the Honorable Juan F. Vasquez of the United States Tax Court.

## Presentations:

- Effectively Managing State Income Tax Examinations, Protests and Appeals Before the FTB, April, 2026
- Cannabis Tax Compliance – April, 2026
- Entertainment Tax Today: Catalogs, Compensation & Compliance – December, 2025
- Current Employment Development Department Enforcement – What You Should Expect – November, 2025
- Navigating Tax Issues for Expats – October, 2025
- Partnership Audit Adjustments Under the Centralized Audit Regime – October, 2025
- Who Pays? Third-Party Responsibility in Tax Collection – June, 2025
- Strafford – Taxation of Digital Asset Transactions Under Current Tax Law – April, 2025
- 2025 USC Tax Institute – Defending Tax Controversies Du Jour – January, 2025
- 2024 Annual Meeting of the California Tax Bar and Tax Policy Conference – Taxation of Gambling and Forfeiture – November, 2024
- UCLA 40th Tax Controversy Institute – IRS Collection Procedures and Best Practices – What the IRS and Practitioners are Doing in 2024 – October, 2024
- CalCPA – What Do You Do When the Criminal Investigation Division Shows Up – October, 2024
- Beverly Hills Bar Association – 2024 California Cannabis Tax Update – October, 2024
- ABA Virtual 2024 Fall Tax Meeting – The Latest “Need to Know” Legislative Administrative & Litigation Update, From Employee Retention Credits to Syndicated Conservation Easement – September, 2024
- Strafford – Tax Implications of Reclassifying Cannabis From a Schedule I to a Schedule III Drug – July, 2024
- Strafford – IRS’ Current Audit Campaign: Preparing for Large Partnership, Complex PTEs and HNW Taxpayer Examinations – February, 2024
- USC Tax Institute – Employee Tax Controversies, Including AB5 – January, 2024
- ABA Midyear Tax Meeting – Equitable Tolling and Tax Collections – January, 2024
- Strafford – Taxation of Digital Asset Transactions: Cash Transactions, Reporting, Tax Planning – November, 2023
- California Tax Bar and Tax Policy Conference – Administrative Record Rule in Tax Court – November, 2023

- Strafford – Appealing IRS Penalty Abatement Denials: Foreign Disclosure Penalties and Navigating the Appeals Process – October, 2023
- Strafford – Handling Cannabis Tax Examination – September, 2023
- Strafford – Appealing IRS Penalty Abatement Denials: Foreign Disclosure Penalties and Navigating the Appeals Process – September, 2023
- CPA Academy – Resolving Employment Tax Disputes – June, 2023
- CalCPA – Handling Partnership Examinations – WYNTK About New Partnership Procedural Rules – May, 2023
- Beverly Hills Bar Association – IRS International Penalties After Farhy – May, 2023
- Strafford – Taxation of Cannabis – January, 2023
- Los Angeles Estate Planning Council – Lawyers, Guns & Cryptocurrency – November, 2022
- CalCPA – Compliance and Enforcement Management from a Practitioner's Perspective – November, 2022
- Strafford – Tax Treatment of Non-Fungible Tokens: Applicable Tax Rules, Characterization Issues, Crypto Transaction
- CLA Annual Taxation Meeting – Responsible Persons Liability – November, 2022
- Strafford – Partnership Audits Under the Centralized Audit Regime – October, 2022
- Strafford – Handling Cannabis Tax Examinations: Sec. 280E, Audits, IRS Guidance – October, 2022
- Strafford – Partnership Loss in Excess of Basis: Preparing for the IRS' New Audit – June, 2022
- UCLA/CEB – Estate Planning for Difficult Assets (Firearms, Cannabis, Cryptocurrency) – April, 2022
- Strafford, Taxation of Digital Asset Transactions: Impact of New Infrastructure Bill, Cash – March, 2022

## Memberships:

- American Bar Young Lawyers Division Association, Section of Taxation
- Civil and Criminal Tax Penalties Committee
- California State Bar Association, Taxation Section
- Los Angeles Young Tax Lawyers (Board Member)
- Los Angeles County Bar Association, Taxation Section
- Beverly Hills Bar Association, Taxation Section

## Bar Admittance:

- Supreme Court of California
- U.S. Tax Court
- U.S. District Court, Central, Eastern, Northern and Southern Districts of California
- Ninth Circuit

## Education:

- New York University (LL.M. in Taxation)
- Loyola Law School (J.D.)
- University of California, Santa Barbara (B.A., Political Science, Minor in History)

Our Attorneys (https://www.taxlitigator.com/our-firm/our-attorneys/)

Avram Salkin (https://www.taxlitigator.com/our-firm/our-attorneys/avram-salkin/)

Steven Toscher (https://www.taxlitigator.com/our-firm/our-attorneys/steven-toscher/)

Dennis L. Perez (https://www.taxlitigator.com/our-firm/our-attorneys/dennis-l-perez/)

Edward M. Robbins, Jr. (https://www.taxlitigator.com/our-firm/our-attorneys/edward-m-robbins-jr/)

Sandra R. Brown (https://www.taxlitigator.com/our-firm/our-attorneys/sandra-brown/)

Robert Horwitz (https://www.taxlitigator.com/our-firm/our-attorneys/robert-horwitz/)

Michel R. Stein (https://www.taxlitigator.com/our-firm/our-attorneys/michel-r-stein/)

Evan J. Davis (https://www.taxlitigator.com/our-firm/our-attorneys/evan-j-davis/)

Cory Stigile (https://www.taxlitigator.com/our-firm/our-attorneys/cory-stigile/)

Lacey Strachan (https://www.taxlitigator.com/our-firm/our-attorneys/lacey-strachan/)

Jonathan Kalinski (https://www.taxlitigator.com/our-firm/our-attorneys/jonathan-kalinski/)

Philipp Behrendt (https://www.taxlitigator.com/our-firm/our-attorneys/philipp-behrendt/)

Sebastian Voth (https://www.taxlitigator.com/our-firm/our-attorneys/sebastian-voth/)

Melissa Briggs (https://www.taxlitigator.com/our-firm/our-attorneys/melissa-briggs/)

Words of Wisdom (https://www.taxlitigator.com/our-firm/current-thoughts/)

Home (https://www.taxlitigator.com/)

Our Firm (https://www.taxlitigator.com/our-firm/)

Practices (https://www.taxlitigator.com/practices/)

- Tax Audits and Administrative Appeals (https://www.taxlitigator.com/practices/tax-audits-appeals/)
- Undeclared Offshore Bank Accounts and International Tax Compliance (https://www.taxlitigator.com/practices/undeclared-offshore/)
- Civil Tax Litigation and Tax Appeals (https://www.taxlitigator.com/practices/civil-tax/)

Criminal Tax Investigations and Prosecutions (Federal and State) (https://www.taxlitigator.com/practices/criminal-tax/)

Co-Counsel Arrangements (https://www.taxlitigator.com/practices/co-counsel/)

Resources (https://www.taxlitigator.com/resources/)

Publications (https://www.taxlitigator.com/publications/)

Events (https://www.taxlitigator.com/events/)

Blog (https://www.taxlitigator.com/blog/)

Contact (https://www.taxlitigator.com/contact/)

Sign up to our latest Tax Alerts.

*Your privacy is assured.*

Enter your email

☐ I agree to terms and conditions (https://www.taxlitigator.com/terms-and-conditions/)

SIGN UP

Copyright 2026 HOCHMAN SALKIN TOSCHER PEREZ P.C. | Sitemap (https://www.taxlitigator.com/sitemap) | Privacy Policy (https://www.taxlitigator.com/privacy) | Legal Disclaimer (https://www.taxlitigator.com/legal-disclaimer) | Site design by LA Dezign

;

;



Our Firm

# Melissa Briggs



briggs@taxlitigator.com (mailto:briggs@taxlitigator.com)
Phone: (310) 281-3262
Fax: (310) 859-5122
Download Vcard (https://www.taxlitigator.com/wp-content/uploads/2025/01/Melissavcard.vcf)

**Melissa Briggs** is a Principal of the law firm Hochman Salkin Perez P.C. where she represents clients in civil and criminal tax litigation as well as tax investigations. Ms. Briggs has over 20 years of litigation experience in private, nonprofit, and government practice. Ms. Briggs served a combined 16 years as an appellate attorney for the U.S. Department of Justice, Tax Division Appellate Section and, most recently, as an Assistant United States Attorney with the United States Attorney's Office for the Central District of California's Tax Division. During her tenure with the U.S Attorney's Office, Ms. Briggs handled all aspects of litigation of affirmative and defensive civil tax cases in the United States District Court for the Central District of California, United States Bankruptcy Court for the Central District of California, and California state courts. She served as a Federal Women's Special Emphasis Programs Manager coordinating office-wide events including panel discussions and networking events. Ms. Briggs has briefed and argued both civil and criminal tax appeals. As a Tax Division appellate attorney, she served as lead appellate counsel in over 100 civil cases appealed from the United States District Courts, Tax Court and Court of Federal Claims in all 13 United States Courts of Appeals. Ms. Briggs served as a law clerk to the Honorable Phyllis A. Kravitch on the United States Court of Appeals for the 11th Circuit. Ms. Briggs is the recipient of the U.S. Department of Justice, Tax Division, Outstanding Attorney Award and the Alabama State Bar Pro Bono Award. Ms. Briggs received her Juris Doctor degree *Summa Cum Laude* from University of Alabama School of Law, where she was first in her class. She received a Master of Science degree from Auburn University and her undergraduate degree from Samford University where she graduated *Summa Cum Laude*.

**PRESENTATIONS**

- *Best Practices for Securing IRS Refunds,* Annual Meeting & Education Conference, June, 2026
- *Due Process at 250: Penalties, Parallel Proceedings, and Constitutional Limits – Part I,* ABA May Tax Meeting, May, 2026
- *Disaster Recovery Under Section 7508A(d) and Kwong v. United States,* Spidell, March, 2026
- *Jury Instructions, Expert Witnesses and Evidentiary Objections,* ABA Tax Section Criminal Tax Fraud and Tax Controversy Conference, December, 2025
- *Hot Topics in Federal Tax Litigation,* California Lawyers Association Women in Tax, November, 2025
- *Best Practices in Refund Litigation,* UCLA 41st Tax Controversy Conference, October, 2025
- *International Tax Disputes FBAR Violations, Excessive Fines,* Strafford, June 2025
- *Refund Litigation – Where District Court Differs from Tax Court,* Beverly Hills Bar Association, May, 2025
- *Hot Topics and Common Pitfalls in Refund Litigation,* ABA Midyear Tax Meeting, February, 2025

**BAR ADMITTANCE**

- California State Bar
- District of Columbia Bar

**EDUCATION**

- University of Alabama School of Law (J.D.), *Summa Cum Laude, Order of Coif*
  - *Alabama Law Review*
- Auburn University, Master of Science in Rural Sociology
- Samford University, Bachelor of Arts, *Summa Cum Laude*

**COURT ADMISSIONS**

- U.S. Supreme Court
- U.S. Courts of Appeals for the First, Second, Fourth, Fifth, Eighth, Ninth, Tenth, Eleventh, and District of Columbia Circuits
- U.S. District Court for the Central District of California
- U.S. District Court for the District of Columbia
- U.S. Tax Court
- U.S. Bankruptcy Court for the Central District of California

Our Attorneys (https://www.taxlitigator.com/our-firm/our-attorneys/)

Avram Salkin (https://www.taxlitigator.com/our-firm/our-attorneys/avram-salkin/)

Steven Toscher (https://www.taxlitigator.com/our-firm/our-attorneys/steven-toscher/)

Dennis L. Perez (https://www.taxlitigator.com/our-firm/our-attorneys/dennis-l-perez/)

Edward M. Robbins, Jr. (https://www.taxlitigator.com/our-firm/our-attorneys/edward-m-robbins-jr/)

Sandra R. Brown (https://www.taxlitigator.com/our-firm/our-attorneys/sandra-brown/)

Robert Horwitz (https://www.taxlitigator.com/our-firm/our-attorneys/robert-horwitz/)

Michel R. Stein (https://www.taxlitigator.com/our-firm/our-attorneys/michel-r-stein/)

Evan J. Davis (https://www.taxlitigator.com/our-firm/our-attorneys/evan-j-davis/)

Cory Stigile (https://www.taxlitigator.com/our-firm/our-attorneys/cory-stigile/)

Lacey Strachan (https://www.taxlitigator.com/our-firm/our-attorneys/lacey-strachan/)

Jonathan Kalinski (https://www.taxlitigator.com/our-firm/our-attorneys/jonathan-kalinski/)

Philipp Behrendt (https://www.taxlitigator.com/our-firm/our-attorneys/philipp-behrendt/)

Sebastian Voth (https://www.taxlitigator.com/our-firm/our-attorneys/sebastian-voth/)

Melissa Briggs (https://www.taxlitigator.com/our-firm/our-attorneys/melissa-briggs/)

Words of Wisdom (https://www.taxlitigator.com/our-firm/current-thoughts/)

Home (https://www.taxlitigator.com/)

Our Firm (https://www.taxlitigator.com/our-firm/)

Practices (https://www.taxlitigator.com/practices/)

- Tax Audits and Administrative Appeals (https://www.taxlitigator.com/practices/tax-audits-appeals/)
- Undeclared Offshore Bank Accounts and International Tax Compliance (https://www.taxlitigator.com/practices/undeclared-offshore/)
- Civil Tax Litigation and Tax Appeals (https://www.taxlitigator.com/practices/civil-tax/)
- Criminal Tax Investigations and Prosecutions (Federal and State) (https://www.taxlitigator.com/practices/criminal-tax/)
- Co-Counsel Arrangements (https://www.taxlitigator.com/practices/co-counsel/)

Resources (https://www.taxlitigator.com/resources/)

Publications (https://www.taxlitigator.com/publications/)

Events (https://www.taxlitigator.com/events/)

Blog (https://www.taxlitigator.com/blog/)

Contact (https://www.taxlitigator.com/contact/)

Sign up to our latest Tax Alerts.

*Your privacy is assured.*

Enter your email

☐ I agree to terms and conditions (https://www.taxlitigator.com/terms-and-conditions/)

SIGN UP

Copyright 2026 HOCHMAN SALKIN TOSCHER PEREZ P.C. | Sitemap (https://www.taxlitigator.com/sitemap) | Privacy Policy (https://www.taxlitigator.com/privacy) | Legal Disclaimer (https://www.taxlitigator.com/legal-disclaimer) | Site design by LA Dezign

;

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034.

A true and correct copy of the foregoing document entitled (*specify*): **FIRST INTERIM APPLICATION OF HOCHMAN SALKIN TOSCHER PEREZ P.C. FOR APPROVAL OF FEES AND REIMBURSEMENT OF EXPENSES; DECLARATION OF JONATHAN KALINSKI IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **October 26, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Scott R Albrecht salbrecht@gsaattorneys.com, jackie.nguyen@sgsattorneys.com
- Kyra E Andrassy kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- Raymond H. Aver ray@averlaw.com, averlawfirm@gmail.com;ani@averlaw.com;katya@averlaw.com;jesus@averlaw.com
- Jessica L Bagdanov jbagdanov@bg.law, ecf@bg.law
- John Bistritz jack.bistritz@afslaw.com
- Michael E Bubman mbubman@mbn.law, aacosta@mbnlawyers.com
- Greg P Campbell ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
- Steven Casselberry Steve.Casselberry@procopio.com, jessica.perez@procopio.com;hayden.fredrick@procopio.com;calendaringbankruptcy@procopio.com;genesis.delgado@procopio.com;lauren.hill@procopio.com
- David Coats dacoats@raslg.com
- Marcus Colabianchi mcolabianchi@duanemorris.com, marcus-colabianchi-2595@ecf.pacerpro.com
- Michael G D'Alba mgd@lnbyg.com
- Ryan J DeRose ryan@parkandlim.com, cathy@parkandlim.com,shelley@parkandlim.com
- John-Patrick M Fritz jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com
- Amir Gamliel amir.gamliel@ashurstperkins.com, cmallahi@perkinscoie.com;DocketLA@perkinscoie.com
- Craig S Ganz ganzc@ballardspahr.com, BKTDocket_West@ballardspahr.com;phxlsateam@ballardspahr.com
- Nichole Glowin bankruptcy@zbslaw.com, nglowin@ecf.courtdrive.com
- Robert P Goe rgoe@goeforlaw.com, kmurphy@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com
- David B Golubchik dbg@lnbyg.com, dbg@lnbyg.com
- Arnold L Graff agraff@wrightlegal.net, nvbkfiling@wrightlegal.net;jpowell@wrightlegal.net
- Adam M Greely agreely@fbfk.law, dstolar@vrslaw.net
- Steven T Gubner
- Steven T Gubner sgubner@bg.law, ecf@bg.law
- Sarah Rose Hasselberger shasselberger@marshackhays.com, shasselberger@ecf.courtdrive.com;cbastida@marshackhays.com;alinares@ecf.courtdrive.com
- Golsa Honarfar ghonarfar@rutan.com, dmircheff@rutan.com
- Mark S Horoupian mark.horoupian@gmlaw.com, mhoroupian@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com;karen.files@gmlaw.com;courtmail@gmlaw.com
- Robert B. Kaplan rkaplan@jeffer.com, rbk@ecf.courtdrive.com
- Lior Katz lior@katzlaw.com
- Ira David Kharasch ikharasch@pszjlaw.com
- Benjamin R King bking@loeb.com, karnote@loeb.com;ladocket@loeb.com;bking@ecf.courtdrive.com
- Daniel A Lev daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com;courtmail@gmlaw.com
- Marc A Lieberman marc.lieberman@flpllp.com, addy@flpllp.com,ethan@flpllp.com
- John Allen Livingston jal@lnbyg.com

- Aaron J Malo amalo@sheppardmullin.com, hudenka@sheppard.com;mlinker@sheppard.com
- Sam Maralan sm@maralanlaw.com
- Matthew J Marino mmarino@allenmatkins.com, csandoval@allenmatkins.com
- Kirsten Martinez Kirsten.Martinez@bonialpc.com, Notices.Bonial@ecf.courtdrive.com
- Elissa Miller elissa.miller@gmlaw.com, emillersk@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com;courtmail@gmlaw.com
- Kenneth Misken Kenneth.M.Misken@usdoj.gov
- John A Moe john.moe@dentons.com, kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com
- Michael S Myers myersm@ballardspahr.com, BKTDocket_West@ballardspahr.com;phxlsateam@ballardspahr.com
- Alan I Nahmias anahmias@mbn.law, jdale@mbn.law
- Aram Ordubegian ordubegian.aram@arentfox.com
- Carmela Pagay ctp@lnbyg.com
- David M Poitras dpoitras@bg.law
- Thomas J Polis tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com
- Ronald N Richards ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- Joseph M Rothberg jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com
- Joshua L Scheer jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com
- Daren M Schlecter daren@schlecterlaw.com, assistant@schlecterlaw.com
- Zev Shechtman Zev.Shechtman@saul.com, Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.Bribiesca@saul.com
- Robyn B Sokol robyn.sokol@stinson.com, lydia.moya@stinson.com;dbender@leechtishman.com;jnaiya.herd@stinson.com
- Michael G Spector mgspector@aol.com, mgslawoffice@aol.com
- Richard P Steelman RPS@LNBYG.COM
- Martin W Taylor marty.taylor@bclplaw.com, shawn.williams@bclplaw.com,marty-taylor-5681@ecf.pacerpro.com
- Alan G Tippie Alan.Tippie@gmlaw.com, atippie@ecf.courtdrive.com;Karen.Files@gmlaw.com,patricia.dillamar@gmlaw.com,denise.walker@gmlaw.com
- Jennifer R Tullius jtullius@tulliuslaw.com
- United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
- Christopher A Ward cward@lowenstein.com, lsuprum@lowenstein.com
- Sharon Z. Weiss sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com
- David Wood dwood@marshackhays.com, dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com

**2. SERVED BY UNITED STATES MAIL**: On (*date*) **October 26, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Andrew Stupin
215 5th Street, Suite A
Huntington Beach, CA 92648

Julie Stupin
215 5th Street, Suite A
Huntington Beach, CA 92648

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **October 26, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

None.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 26, 2026 | D. Woo | */s/ D. Woo* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |