DAVID B. GOLUBCHIK (State Bar No. 185520)
CARMELA T. PAGAY (State Bar No. 195603)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: DBG@LNBYG.COM; CTP@LNBYG.COM

Attorneys for Chapter 11 Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>ANDREW STUPIN and JULIE STUPIN,<br><br>Debtors and Debtors in Possession. | Case No.: 8:26-bk-11202-SC<br><br>Chapter 11 Case<br><br>**FIRST INTERIM APPLICATION OF RRBB ADVISORS, LLC FOR APPROVAL OF FEES AND REIMBURSEMENT OF EXPENSES; DECLARATION OF SUHA UDDIN IN SUPPORT THEREOF**<br><br>Hearing:<br>Date: November 17, 2026<br>Time: 10:00 a.m.<br>Place: Courtroom 5C-Virtual<br>U.S. Bankruptcy Court<br>411 West Fourth Street<br>Santa Ana, CA 92701 |

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE:**

RRBB Advisors, LLC ("RRBB"), accountant to Andrew Stupin and Julie Stupin, the debtors and debtors-in-possession herein (the "Debtors"), hereby submits its "*First Interim Application for Approval of Fees and Reimbursement of Expenses*" (the "Application") for services rendered and expenses incurred for the period of July 13, 2026 through September 30, 2026 (the "Covered Period").

## I.

## INTRODUCTORY STATEMENT

### A. Date Of Commencement Of The Debtors' Chapter 11 Case

The Debtors commenced their bankruptcy case by filing a voluntary petition under chapter 11 of title 11 of the United States Code, section 101 *et seq.* (the "Bankruptcy Code") on April 17, 2026 (the "Petition Date"). The Debtors continue to manage their financial affairs and operate their bankruptcy estate as a debtor in possession pursuant to sections 1107 and 1108 of the Bankruptcy Code. On May 21, 2026, the United States Trustee appointed the Official Committee of Unsecured Creditors (the "UCC").

### B. Date Of Entry Of The Order Approving RRBB's Employment And Date Services Commenced.

The Court entered an order approving the Debtors' employment of RRBB as their accountant on August 17, 2026. The Debtors' employment of RRBB as its accountant was effective as of July 1, 2026.

### C. Summary Of Payment Arrangement And Payments Made To RRBB.

As disclosed in RRBB's employment application previously approved by the Court, RRBB agreed to provide tax compliance and tax advisory services to the Debtors on an hourly basis at its standard hourly billing rates, which range from $200 – $500 depending on the specific skills, abilities and experience represented by each professional. RRBB has not

///

received any payment from the Debtors or any third party in connection with the services rendered by RRBB in the Debtors' bankruptcy case.

**D. Request For Allowance And Payment Of Fees And Reimbursement Of Expenses.**

During the Covered Period, RRBB spent a total of 137.75 hours and incurred fees in the sum of $36,715.00.

Pursuant to Local Bankruptcy Rule 2016-1, by this Application, RRBB requests that this Court approve the foregoing fees and expenses and authorize the Debtors to pay them upon Court approval. It is RRBB's understanding and belief that, pursuant to the Debtors' most recent monthly operating report on file for the month of September 2026, the Debtors have approximately $4,000,000 in unencumbered cash to pay professional fee and expense requests.

RRBB has expended a total of 137.75 hours of recorded time for services rendered during the Covered Period, which amounts to a blended hourly billing rate of $266.53. RRBB respectfully submits that its fees incurred in this case are reasonable given the complexity and magnitude of this bankruptcy case.

**E. Prior Fee Applications.**

RRBB has not filed any other fee applications in this case. No post-petition fees have been paid by the Debtors to RRBB. There are no amounts of fees from prior fee applications remaining to be paid. There are currently no amounts allowed yet reserved pending a final fee application.

**F. Proper Notice.**

RRBB is informed that, pursuant to Rule 2002(a)(6) of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 2016-1(c)(3), bankruptcy counsel for the UCC, Pachulski, Stang, Ziehl and Jones LLP, has or will serve notice of this Application and the amount of fees sought herein upon the Office of the United States Trustee, the Debtors, all creditors of the Debtors' bankruptcy estate, and all parties who have requested special notice in the Debtors' bankruptcy case.

///

///

## II.

## BACKGROUND OF DEBTORS' CASE AND DESCRIPTION OF SERVICES RENDERED BY RRBB

### A. Brief Narrative History And Report Concerning The Status Of Debtors' Case.

Pursuant to Local Bankruptcy Rule 2016-1(a)(1)(A)(iv), RRBB respectfully incorporates by reference the narrative history and report concerning the status of the Debtors' bankruptcy case furnished by the Debtors' general bankruptcy counsel, Levene, Neale, Bender, Yoo & Golubchik L.L.P. in its first interim fee application filed concurrently herewith.

### B. Brief Narrative Statement Of Services Rendered.

A summary of the time expended by, and the billing rates of, the particular professionals and paraprofessionals performing services, and the total fees for services performed in this case during the Covered Period is included in **Exhibit "A"** attached hereto. As can be seen from **Exhibit "A,"** RRBB's billing statements reflect a format in which the entries are listed in chronological order. **Exhibit "A"** includes all post-petition fees incurred for this case during the Covered Period.

### C. Description of Professional Education and Experience

Founded in 1961, RRBB consistently and effectively provides a full suite of attest services that meet the industry's highest technical and ethical standards. RRBB is a registered firm with the Public Company Accounting Oversight Board and a member of the American Institute of Certified Public Accountants, both of which enhance the quality and reliability of RRBB's services. The résumés of RRBB's professionals are collectively attached hereto as **Exhibit "B."**

### D. Source and Amount of Cash Available to Pay RRBB's Allowed Fees and Expenses.

It is RRBB's understanding and belief that, pursuant to the Debtors' most recent monthly operating report on file for the month of September 2026, the Debtors have approximately $4,000,000 in unencumbered cash to pay professional fee and expense requests.

///

///

## III.

## STANDARD OF LAW

Prior to the enactment of the Bankruptcy Code, the rule with respect to compensation requests in the Ninth Circuit was that the Bankruptcy Court should award attorneys' fees in accordance with a "strict rule of economy test." In re THC Financial Corp., 659 F.2d 951, 955 n.2 (9th Cir.1981), cert. denied, 456 U.S. 977 (1982). This is no longer the law. The legislative history to section 330 of the Bankruptcy Code indicates that Congress was primarily concerned with protecting the public interest in the smooth, efficient operation of the bankruptcy system by encouraging competent bankruptcy specialists to remain in the field. First National Bank of Chicago v. Committee of Creditors Holding Unsecured Claims (In re Powerline Oil Co.), 71 B.R. 767, 770 (9th Cir.B.A.P.1986); In re Baldwin-United Corp., 79 B.R. 321, 346 (Bankr.S.D. Ohio 1987). Toward this end, Congress specifically disavowed notions of economy of administration and provided that compensation in bankruptcy cases should be comparable to what is charged in nonbankruptcy matters. Id. at 346.

Under the lodestar approach, the Court is to determine the number of hours reasonably expended in an attorney's representation of a debtors and multiply such number by a reasonable hourly rate for the services performed. See, Delaware Valley Citizens' Council for Clear Air, 478 U.S. at 565; In re Powerline Oil Co., 71 B.R. at 770. A reasonable hourly rate is presumptively the rate the marketplace pays for the services rendered. Missouri v. Jenkins by Agyei, 491 U.S. 274, 109 S.Ct. 2463, 2469 (1989); Burgess v. Klenske (In re Manoa Finance Co., Inc.) 853 F.2d 687, 691 (9th Cir.1988). Recognizing that the determination of an appropriate "market rate" for the services of a lawyer is inherently difficult, the Supreme Court stated:

> Market prices of commodities and most services are determined by supply and demand. In this traditional sense there is no such thing as a prevailing market rate for the service of lawyers in a particular community. The type of services rendered by lawyers, as well as its experience, skill, and reputation, varies extensively -- even within a law firm. Accordingly, the hourly rates of lawyers in private practice also vary widely. The fees charged often are based

> on the product of hours devoted to the representation multiplied by the lawyer's customary rate.

Blum v. Stenson, 465 U.S. 886, 895 n.11 (1984). The Supreme Court has stated that a reasonable attorney's fee "means a fee that would have been deemed reasonable if billed to affluent plaintiffs by its own attorneys." Missouri v. Jenkins by Agyei, 109 S.Ct. at 2470 (quoting City of Riverside v. Rivera, 477 U.S. 561, 591 (1986) (Rehnquist, J. dissenting)). Accordingly, a reasonable hourly rate is the hourly amount to which attorneys in the area with comparable skill, experience and reputation typically would be entitled as compensation. Blum v. Stenson, 465 U.S. at 895 n.11.

The tax issues that arose in the Debtors' bankruptcy case demand a high level of skill, expertise, and experience by RRBB. RRBB respectfully submits that its hourly rates in this case for its professionals are reasonable and appropriate in the relevant community, and the fees and expenses incurred by RRBB in the Debtors' case during the Covered Period are fair and reasonable.

## IV.

## CONCLUSION

**WHEREFORE**, RRBB respectfully requests that this Court enter an order:

(1) allowing RRBB's fees on an interim basis, in the amount of $36,715.00;

(2) authorizing and instructing the Debtors to pay to RRBB the allowed fees in the amount of $36,715.00; and

(3) granting such other and further relief as the Court deems just and proper.

Dated: October 26, 2026

LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.

By: */s/ David B. Golubchik*
DAVID B. GOLUBCHIK
CARMELA T. PAGAY
Attorneys for Chapter 11 Debtors and Debtors in Possession

**DECLARATION OF SUHA UDDIN**

I, Suha Uddin, hereby declare as follows:

1. I am a partner with RRBB Advisors, LLC ("RRBB"). which is serving as accountant to Andrew Stupin and Julie Stupin, the debtors and debtors in possession in the above-captioned chapter 11 bankruptcy case (the "Debtors").

2. I have personal knowledge of the facts set forth below and, if called to testify, I could and would testify competently thereto. I make this Declaration in support of the application to which this Declaration is attached (the "Application").

3. RRBB maintains a business office located at 265 Davidson Avenue, Suite 210, Somerset, NJ 08873.

4. To the best of my knowledge, information and belief, all of the matters stated in the Application are true and correct, and the application complies with all applicable statutes, rules, regulations and procedures.

5. The amounts requested in the Application for compensation of fees and reimbursement of expenses incurred are based on RRBB's business records kept in the ordinary course of RRBB's business.

6. A true and correct copy of the summary of the time expended by, and the billing rates of, the particular professionals and paraprofessionals performing services, and the total fees for services performed in this case during the covered period is included in **Exhibit "A"** attached hereto.

7. Attached as **Exhibit "B"** hereto is a true and correct copy of the resumes of the professinals of RRBB.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 25th day of October 2026, at Somerset, New Jersey.

SUHA UDDIN

# EXHIBIT "A"

RRBB Advisors, LLC
265 Davidson Avenue
Suite 210
Somerset NJ 08873
(908) 231-1000

# Invoice #INVRR0440378

Client ID: RR1108213
PO#:
Date: 10/26/2026

**Bill To**
Andrew and Julie Stupin Bankruptcy Estate
215 5th Street
Huntington Beach CA 92648
United States

Invoice Amount $3,767.50

* For total due on account, see aging at bottom of invoice.

| Terms | Partner |
| --- | --- |
| Due Upon Receipt | Uddin, Suha |

| Item | Period Ending | Amount |
| --- | --- | --- |
| • Review of certain entity structure, loan documents, partnership agreements and related party transactions reported on previously filed tax returns<br>• Review and analysis of prior year LLC partnership tax return filings and related supporting workpapers to determine accuracy, consistency and appropriateness of tax treatment related to the entities' transactions.<br>• Tax research and analysis related to transactions made by various LLCs and the tax implications to Andrew and Julie Stupin resulting from such transactions.<br>• Various discussions and correspondences related to tax positions previously taken and possible tax consequences<br>• See Attached details | | 3,767.50 |

| | |
| --- | --- |
| **Subtotal** | $3,767.50 |
| **Invoice Total** | $3,767.50 |
| **Invoice Amount Paid** | $0.00 |
| **Invoice Amount Due** | **$3,767.50** |

| Current | 1-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | Amount Due |
| --- | --- | --- | --- | --- | --- |
| $3,767.50 | $0.00 | $0.00 | $0.00 | $0.00 | $3,767.50 |

Invoices are due upon receipt. Your prompt payment is appreciated.
All balances over 30 days old may be assessed a monthly service charge of 1.0%.
Thank you for your business.

To make a payment online please go to: https://rrbb.aiwyn.ai/client-portal

"RRBB" is the brand name under which Rosenberg Rich Baker Berman, P.A. and RRBB Advisors, LLC, and its subsidiary entities, including CFO Financial Partners, LLC, provide professional services. Rosenberg Rich Baker Berman, P.A. and RRBB Advisors, LLC (and its subsidiary entities) practice as an alternative practice structure in accordance with the AICPA Code of Professional Conduct and applicable laws, regulations, and professional standards. Rosenberg Rich Baker Berman, P.A. is a licensed independent CPA firm that provides attest services to its clients, and RRBB Advisors, LLC, and its subsidiary entities provide tax and business consulting services to their clients. RRBB Advisors, LLC, and its subsidiary entities are not licensed CPA firms.

## Bill To: RR1108213 Andrew and Julie Stupin Bankruptcy Estate

**RR1108213 Andrew and Julie Stupin Bankruptcy Estate // ADV-GEN**

| Employee | Date | Billing Description (Memo) | Qty | Rate | Orig Amount |
|---|---|---|---|---|---|
| Klimkiewicz, Nichol | 7/16/26 | Intro Call, Etc. | 1.50 | 225.00 | 337.50 |
| Klimkiewicz, Nichol | 7/17/26 | 1018 Business Research | 0.25 | 225.00 | 56.25 |
| Czarnomski, Evan | 8/3/26 | Chapter 11 Bankruptcy Tax Advisory and Support | 2.00 | 300.00 | 600.00 |
| Czarnomski, Evan | 8/6/26 | Chapter 11 Bankruptcy Tax Advisory and Support | 0.75 | 300.00 | 225.00 |
| Czarnomski, Evan | 8/7/26 | Chapter 11 Bankruptcy Tax Advisory and Support | 1.00 | 300.00 | 300.00 |
| Czarnomski, Evan | 8/13/26 | Chapter 11 Bankruptcy Tax Advisory and Support | 0.50 | 300.00 | 150.00 |
| Czarnomski, Evan | 8/14/26 | Chapter 11 Bankruptcy Tax Advisory and Support | 1.00 | 300.00 | 300.00 |
| Czarnomski, Evan | 8/21/26 | Chapter 11 Bankruptcy Tax Advisory and Support | 1.25 | 300.00 | 375.00 |
| Czarnomski, Evan | 9/25/26 | Chapter 11 Bankruptcy Tax Advisory and Support | 1.75 | 335.00 | 586.25 |
| Czarnomski, Evan | 9/29/26 | Chapter 11 Bankruptcy Tax Advisory and Support | 1.50 | 335.00 | 502.50 |
| Czarnomski, Evan | 9/30/26 | Chapter 11 Bankruptcy Tax Advisory and Support | 1.00 | 335.00 | 335.00 |
| | | **ADV-GEN** | | | **3,767.50** |

RRBB ACCOUNTANTS + ADVISORS

RRBB Advisors, LLC
265 Davidson Avenue
Suite 210
Somerset NJ 08873
(908) 231-1000

# Invoice #INVRR0440384

Client ID: RR1108192
PO#:
Date: 10/26/2026

**Bill To**
Andrew and Julie Stupin
215 5th Street
Huntington Beach CA 92648
United States

Invoice Amount $26,352.50

* For total due on account, see aging at bottom of invoice.

| Terms | Partner |
|---|---|
| Due Upon Receipt | Uddin, Suha |

| Item | Period Ending | Amount |
|---|---|---|
| • Review of certain entity structure, loan documents, partnership agreements and related party transactions reported on previously filed tax returns<br>• Review and analysis of prior year LLC partnership tax return filings and related supporting workpapers to determine accuracy, consistency and appropriateness of tax treatment related to the entities' transactions.<br>• Tax research and analysis related to transactions made by various LLCs and the tax implications to Andrew and Julie Stupin resulting from such transactions.<br>• Various discussions and correspondences related to tax positions previously taken and possible tax consequences<br>• See Attached details | | 26,352.50 |

| | |
|---|---|
| **Subtotal** | $26,352.50 |
| **Invoice Total** | $26,352.50 |
| **Invoice Amount Paid** | $0.00 |
| **Invoice Amount Due** | **$26,352.50** |

| Current | 1-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | Amount Due |
|---|---|---|---|---|---|
| $26,352.50 | $0.00 | $0.00 | $0.00 | $0.00 | $26,352.50 |

Invoices are due upon receipt. Your prompt payment is appreciated.
All balances over 30 days old may be assessed a monthly service charge of 1.0%.
Thank you for your business.

To make a payment online please go to: https://rrbb.aiwyn.ai/client-portal

"RRBB" is the brand name under which Rosenberg Rich Baker Berman, P.A. and RRBB Advisors, LLC, and its subsidiary entities, including CFO Financial Partners, LLC, provide professional services. Rosenberg Rich Baker Berman, P.A. and RRBB Advisors, LLC (and its subsidiary entities) practice as an alternative practice structure in accordance with the AICPA Code of Professional Conduct and applicable laws, regulations, and professional standards. Rosenberg Rich Baker Berman, P.A. is a licensed independent CPA firm that provides attest services to its clients, and RRBB Advisors, LLC, and its subsidiary entities provide tax and business consulting services to their clients. RRBB Advisors, LLC, and its subsidiary entities are not licensed CPA firms.

## Bill To: RR1108192 Andrew and Julie Stupin

### RR1108192 Andrew and Julie Stupin // ADV-GEN

| Employee | Date | Billing Description (Memo) | Qty | Rate | Orig Amount |
|---|---|---|---|---|---|
| Czarnomski, Evan | 8/28/26 | Chapter 11 Bankruptcy Tax Advisory and Support | 1.00 | 300.00 | 300.00 |
| Czarnomski, Evan | 9/4/26 | Chapter 11 Bankruptcy Tax Advisory and Support | 1.00 | 335.00 | 335.00 |
| Czarnomski, Evan | 9/18/26 | Chapter 11 Bankruptcy Tax Advisory and Support | 1.00 | 335.00 | 335.00 |
| | | **ADV-GEN** | | | **970.00** |

### RR1108192 Andrew and Julie Stupin // TAX-1040

| Employee | Date | Billing Description (Memo) | Qty | Rate | Orig Amount |
|---|---|---|---|---|---|
| Le, Tony | 7/20/26 | Partner Discussion, PY Return Review, Open Item List prep | 3.50 | 210.00 | 735.00 |
| Le, Tony | 7/21/26 | F10 Engagement Meeting, Partner Discussion, Review for meeting, QBO access set up. | 2.00 | 210.00 | 420.00 |
| Le, Tony | 7/22/26 | QBO BS/PL Export for Organization | 1.50 | 210.00 | 315.00 |
| Le, Tony | 7/24/26 | QBO access, organization, updating request list, F10 meeting | 4.00 | 210.00 | 840.00 |
| Le, Tony | 7/28/26 | F10/RRBB Meeting and prep | 1.00 | 210.00 | 210.00 |
| Le, Tony | 7/31/26 | RRBB-F10 Meeting | 0.75 | 210.00 | 157.50 |
| Le, Tony | 8/3/26 | Debt structure schedule, team meeting, QB organization | 4.00 | 210.00 | 840.00 |
| Le, Tony | 8/5/26 | QBO exporting and organization of files for PY returns | 6.00 | 210.00 | 1,260.00 |
| Ramirez, Cesar | 8/5/26 | 1040 Processing, Document management and open items | 5.75 | 150.00 | 862.50 |
| Le, Tony | 8/6/26 | QBO exporting and G Drive organize | 3.00 | 210.00 | 630.00 |
| Ramirez, Cesar | 8/6/26 | 1040 Preparation, document management | 5.25 | 150.00 | 787.50 |
| Le, Tony | 8/7/26 | QBO organization, F10 meeting | 3.00 | 210.00 | 630.00 |
| Ramirez, Cesar | 8/7/26 | 1040 Preparation, document management | 2.75 | 150.00 | 412.50 |
| Ramirez, Cesar | 8/13/26 | 1040 Processing, document management | 2.50 | 150.00 | 375.00 |
| Le, Tony | 8/14/26 | F10 Meeting, 2020 comparatives TR vs QBO | 3.00 | 210.00 | 630.00 |
| Ramirez, Cesar | 8/14/26 | 1040 Preparation, return prep | 5.25 | 150.00 | 787.50 |
| Le, Tony | 9/16/26 | Discussion | 1.00 | 215.00 | 215.00 |
| Le, Tony | 9/18/26 | F10 Meeting and Review Notes | 2.00 | 215.00 | 430.00 |
| Le, Tony | 9/22/26 | Reviewed F10 analysis | 2.00 | 215.00 | 430.00 |
| Le, Tony | 9/23/26 | F10 Analysis Review | 1.00 | 215.00 | 215.00 |
| Le, Tony | 9/25/26 | Meetings | 5.00 | 215.00 | 1,075.00 |
| | | **TAX-1040** | | | **12,257.50** |

### RR1108192 Andrew and Julie Stupin // TAX-BUS

| Employee | Date | Billing Description (Memo) | Qty | Rate | Orig Amount |
|---|---|---|---|---|---|
| Uddin, Suha | 7/20/26 | Business Tax Planning Review | 1.50 | 350.00 | 525.00 |
| Uddin, Suha | 7/21/26 | RRBB and F10 team Tuesday call and conf w/Tony and Evan | 1.00 | 350.00 | 350.00 |
| Uddin, Suha | 7/24/26 | Review hypothetical sale analysis RRBB team discussion re bankruptcy Call w/F10 team | 2.25 | 350.00 | 787.50 |
| Uddin, Suha | 8/3/26 | Chapter 11 Bankruptcy Tax Advisory and Support | 2.00 | 350.00 | 700.00 |
| Uddin, Suha | 8/28/26 | Chapter 11 Bankruptcy Tax Advisory and Support | 1.50 | 350.00 | 525.00 |
| Uddin, Suha | 9/4/26 | Chapter 11 Bankruptcy Tax Advisory and Support | 1.00 | 400.00 | 400.00 |
| | | **TAX-BUS** | | | **3,287.50** |

### RR1108192 Andrew and Julie Stupin // TAX-MISC

| Employee | Date | Billing Description (Memo) | Qty | Rate | Orig Amount |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| Uddin, Suha | 7/13/26 | Chapter 11 bankruptcy engagement letter and various correspondence | 3.00 | 350.00 | 1,050.00 |
| Uddin, Suha | 7/14/26 | Chapter 11 bankruptcy-correspondence with Nick Rubin and file maintenance | 1.50 | 350.00 | 525.00 |
| Uddin, Suha | 7/15/26 | Chapter 11 Bankruptcy Tax Advisory and Support | 2.50 | 350.00 | 875.00 |
| Uddin, Suha | 7/16/26 | Chapter 11 Bankruptcy Tax Advisory and Support | 3.50 | 350.00 | 1,225.00 |
| Uddin, Suha | 7/17/26 | Chapter 11 Bankruptcy Tax Advisory and Support | 2.50 | 350.00 | 875.00 |
| Uddin, Suha | 7/28/26 | Chapter 11 Bankruptcy Tax Advisory and Support | 3.50 | 350.00 | 1,225.00 |
| Uddin, Suha | 7/31/26 | Chapter 11 Bankruptcy Tax Advisory and Support | 1.50 | 350.00 | 525.00 |
| Uddin, Suha | 8/7/26 | Chapter 11 Bankruptcy Tax Advisory and Support | 3.00 | 350.00 | 1,050.00 |
| Uddin, Suha | 8/13/26 | Chapter 11 Bankruptcy Tax Advisory and Support | 1.50 | 350.00 | 525.00 |
| Uddin, Suha | 8/14/26 | Chapter 11 Bankruptcy Tax Advisory and Support | 2.50 | 350.00 | 875.00 |
| Uddin, Suha | 8/21/26 | Chapter 11 Bankruptcy Tax Advisory and Support | 0.25 | 350.00 | 87.50 |
| Uddin, Suha | 9/21/26 | Chapter 11 Bankruptcy Tax Advisory and Support | 0.25 | 400.00 | 100.00 |
| Uddin, Suha | 9/25/26 | Chapter 11 Bankruptcy Tax Advisory and Support | 2.25 | 400.00 | 900.00 |
| | | | | | |
| | | **TAX-MISC** | | | **9,837.50** |
| | | **Total** | | | **26,352.50** |

RRBB Advisors, LLC
265 Davidson Avenue
Suite 210
Somerset NJ 08873
(908) 231-1000

# Invoice #INVRR0440414

Client ID: RR1108207
PO#:
Date: 10/26/2026

**Bill To**
Andrew Stupin
Oak Center Group LLC
215 5th Street
Huntington Beach CA 92648
United States

Invoice Amount $700.00

* For total due on account, see aging at bottom of invoice.

| Terms | Partner |
|---|---|
| Due Upon Receipt | Uddin, Suha |

| Item | Period Ending | Amount |
|---|---|---|
| • Review of certain entity structure, loan documents, partnership agreements and related party transactions reported on previously filed tax returns<br>• Review and analysis of prior year LLC partnership tax return filings and related supporting workpapers to determine accuracy, consistency and appropriateness of tax treatment related to the entities' transactions.<br>• Tax research and analysis related to transactions made by various LLCs and the tax implications to Andrew and Julie Stupin resulting from such transactions.<br>• Various discussions and correspondences related to tax positions previously taken and possible tax consequences<br>• See Attached details | | 700.00 |

| | |
|---|---|
| **Subtotal** | $700.00 |
| **Invoice Total** | $700.00 |
| **Invoice Amount Paid** | $0.00 |
| **Invoice Amount Due** | **$700.00** |

| Current | 1-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | Amount Due |
|---|---|---|---|---|---|
| $700.00 | $0.00 | $0.00 | $0.00 | $0.00 | $700.00 |

Invoices are due upon receipt. Your prompt payment is appreciated.
All balances over 30 days old may be assessed a monthly service charge of 1.0%.
Thank you for your business.

To make a payment online please go to: https://rrbb.aiwyn.ai/client-portal

"RRBB" is the brand name under which Rosenberg Rich Baker Berman, P.A. and RRBB Advisors, LLC, and its subsidiary entities, including CFO Financial Partners, LLC, provide professional services. Rosenberg Rich Baker Berman, P.A. and RRBB Advisors, LLC (and its subsidiary entities) practice as an alternative practice structure in accordance with the AICPA Code of Professional Conduct and applicable laws, regulations, and professional standards. Rosenberg Rich Baker Berman, P.A. is a licensed independent CPA firm that provides attest services to its clients, and RRBB Advisors, LLC, and its subsidiary entities provide tax and business consulting services to their clients. RRBB Advisors, LLC, and its subsidiary entities are not licensed CPA firms.

## Bill To: RR1108207 Oak Center Group LLC

**RR1108207 Oak Center Group LLC // TAX-BUS**

| Employee | Date | Billing Description (Memo) | Qty | Rate | Orig Amount |
|---|---|---|---|---|---|
| Uddin, Suha | 9/7/26 | Intercompany reconciliation | 1.25 | 400.00 | 500.00 |
| Uddin, Suha | 9/22/26 | Intercompany analysis | 0.50 | 400.00 | 200.00 |
| | | **TAX-BUS** | | | **700.00** |

RRBB Advisors, LLC
265 Davidson Avenue
Suite 210
Somerset NJ 08873
(908) 231-1000

# Invoice #INVRR0440415

Client ID: RR1108204
PO#:
Date: 10/26/2026

**Bill To**
Andrew Stupin
Coastline Real Estate Investments LLC
215 5th Street
Huntington Beach CA 92648
United States

Invoice Amount $1,050.00

* For total due on account, see aging at bottom of invoice.

| Terms | Partner |
|---|---|
| Due Upon Receipt | Uddin, Suha |

| Item | Period Ending | Amount |
|---|---|---|
| • Review of certain entity structure, loan documents, partnership agreements and related party transactions reported on previously filed tax returns<br>• Review and analysis of prior year LLC partnership tax return filings and related supporting workpapers to determine accuracy, consistency and appropriateness of tax treatment related to the entities' transactions.<br>• Tax research and analysis related to transactions made by various LLCs and the tax implications to Andrew and Julie Stupin resulting from such transactions.<br>• Various discussions and correspondences related to tax positions previously taken and possible tax consequences<br>• See Attached details | | 1,050.00 |

| | |
|---|---|
| **Subtotal** | $1,050.00 |
| **Invoice Total** | $1,050.00 |
| **Invoice Amount Paid** | $0.00 |
| **Invoice Amount Due** | **$1,050.00** |

| Current | 1-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | Amount Due |
|---|---|---|---|---|---|
| $1,050.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,050.00 |

Invoices are due upon receipt. Your prompt payment is appreciated.
All balances over 30 days old may be assessed a monthly service charge of 1.0%.
Thank you for your business.

To make a payment online please go to: https://rrbb.aiwyn.ai/client-portal

"RRBB" is the brand name under which Rosenberg Rich Baker Berman, P.A. and RRBB Advisors, LLC, and its subsidiary entities, including CFO Financial Partners, LLC, provide professional services. Rosenberg Rich Baker Berman, P.A. and RRBB Advisors, LLC (and its subsidiary entities) practice as an alternative practice structure in accordance with the AICPA Code of Professional Conduct and applicable laws, regulations, and professional standards. Rosenberg Rich Baker Berman, P.A. is a licensed independent CPA firm that provides attest services to its clients, and RRBB Advisors, LLC, and its subsidiary entities provide tax and business consulting services to their clients. RRBB Advisors, LLC, and its subsidiary entities are not licensed CPA firms.



**Office Locations:** Somerset · New York City · Union · Maplewood · Clark · Wall · Martinsville
**View complete office details online**

**Bill To: RR1108204 Coastline Real Estate Investments LLC**

**RR1108204 Coastline Real Estate Investments LLC // TAX-1065**

| Employee | Date | Billing Description (Memo) | Qty | Rate | Orig Amount |
|---|---|---|---|---|---|
| Le, Tony | 7/31/26 | Organizing Debt | 5.00 | 210.00 | 1,050.00 |
| | | **TAX-1065** | | | **1,050.00** |

RRBB Advisors, LLC
265 Davidson Avenue
Suite 210
Somerset NJ 08873
(908) 231-1000

# Invoice #INVRR0440416

Client ID: RR1108198
PO#:
Date: 10/26/2026

**Bill To**
Andrew Stupin
Century Group LLC
215 5th Street
Huntington Beach CA 92648
United States

Invoice Amount $1,500.00

* For total due on account, see aging at bottom of invoice.

| Terms | Partner |
|---|---|
| Due Upon Receipt | Uddin, Suha |

| Item | Period Ending | Amount |
|---|---|---|
| • Review of certain entity structure, loan documents, partnership agreements and related party transactions reported on previously filed tax returns<br>• Review and analysis of prior year LLC partnership tax return filings and related supporting workpapers to determine accuracy, consistency and appropriateness of tax treatment related to the entities' transactions.<br>• Tax research and analysis related to transactions made by various LLCs and the tax implications to Andrew and Julie Stupin resulting from such transactions.<br>• Various discussions and correspondences related to tax positions previously taken and possible tax consequences<br>• See Attached details | | 1,500.00 |

| | |
|---|---|
| **Subtotal** | $1,500.00 |
| **Invoice Total** | $1,500.00 |
| **Invoice Amount Paid** | $0.00 |
| **Invoice Amount Due** | **$1,500.00** |

| Current | 1-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | Amount Due |
|---|---|---|---|---|---|
| $1,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,500.00 |

Invoices are due upon receipt. Your prompt payment is appreciated.
All balances over 30 days old may be assessed a monthly service charge of 1.0%.
Thank you for your business.

To make a payment online please go to: https://rrbb.aiwyn.ai/client-portal

"RRBB" is the brand name under which Rosenberg Rich Baker Berman, P.A. and RRBB Advisors, LLC, and its subsidiary entities, including CFO Financial Partners, LLC, provide professional services. Rosenberg Rich Baker Berman, P.A. and RRBB Advisors, LLC (and its subsidiary entities) practice as an alternative practice structure in accordance with the AICPA Code of Professional Conduct and applicable laws, regulations, and professional standards. Rosenberg Rich Baker Berman, P.A. is a licensed independent CPA firm that provides attest services to its clients, and RRBB Advisors, LLC, and its subsidiary entities provide tax and business consulting services to their clients. RRBB Advisors, LLC, and its subsidiary entities are not licensed CPA firms.



**Office Locations:** Somerset · New York City · Union · Maplewood · Clark · Wall · Martinsville
**View complete office details online**

**Bill To: RR1108198 Century Group LLC**

**RR1108198 Century Group LLC // TAX-BUS**

| Employee | Date | Billing Description (Memo) | Qty | Rate | Orig Amount |
|---|---|---|---|---|---|
| Uddin, Suha | 9/16/26 | Related party reconciliation and prior years' adjustments | 2.00 | 400.00 | 800.00 |
| Uddin, Suha | 9/18/26 | Chapter 11 Bankruptcy Tax Advisory and Support | 1.50 | 400.00 | 600.00 |
| Uddin, Suha | 9/22/26 | Intercompany analysis | 0.25 | 400.00 | 100.00 |
| | | **TAX-BUS** | | | **1,500.00** |

RRBB Advisors, LLC
265 Davidson Avenue
Suite 210
Somerset NJ 08873
(908) 231-1000

# Invoice #INVRR0440417

Client ID: RR1108194
PO#:
Date: 10/26/2026

**Bill To**
Andrew Stupin
Broadway Group LLC
215 5th Street
Huntington Beach CA 92648
United States

Invoice Amount $2,400.00

* For total due on account, see aging at bottom of invoice.

| Terms | Partner |
|---|---|
| Due Upon Receipt | Uddin, Suha |

| Item | Period Ending | Amount |
|---|---|---|
| • Review of certain entity structure, loan documents, partnership agreements and related party transactions reported on previously filed tax returns<br>• Review and analysis of prior year LLC partnership tax return filings and related supporting workpapers to determine accuracy, consistency and appropriateness of tax treatment related to the entities' transactions.<br>• Tax research and analysis related to transactions made by various LLCs and the tax implications to Andrew and Julie Stupin resulting from such transactions.<br>• Various discussions and correspondences related to tax positions previously taken and possible tax consequences<br>• See Attached details | | 2,400.00 |

| | |
|---|---|
| **Subtotal** | $2,400.00 |
| **Invoice Total** | $2,400.00 |
| **Invoice Amount Paid** | $0.00 |
| **Invoice Amount Due** | **$2,400.00** |

| Current | 1-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | Amount Due |
|---|---|---|---|---|---|
| $2,400.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,400.00 |

Invoices are due upon receipt. Your prompt payment is appreciated.
All balances over 30 days old may be assessed a monthly service charge of 1.0%.
Thank you for your business.

To make a payment online please go to: https://rrbb.aiwyn.ai/client-portal

"RRBB" is the brand name under which Rosenberg Rich Baker Berman, P.A. and RRBB Advisors, LLC, and its subsidiary entities, including CFO Financial Partners, LLC, provide professional services. Rosenberg Rich Baker Berman, P.A. and RRBB Advisors, LLC (and its subsidiary entities) practice as an alternative practice structure in accordance with the AICPA Code of Professional Conduct and applicable laws, regulations, and professional standards. Rosenberg Rich Baker Berman, P.A. is a licensed independent CPA firm that provides attest services to its clients, and RRBB Advisors, LLC, and its subsidiary entities provide tax and business consulting services to their clients. RRBB Advisors, LLC, and its subsidiary entities are not licensed CPA firms.



**Office Locations:** Somerset · New York City · Union · Maplewood · Clark · Wall · Martinsville
**View complete office details online**

**Bill To: RR1108194 Broadway Group LLC**

**RR1108194 Broadway Group LLC // TAX-BUS**

| Employee | Date | Billing Description (Memo) | Qty | Rate | Orig Amount |
|---|---|---|---|---|---|
| Uddin, Suha | 9/16/26 | Intercompany reconciliation and prior years' adjustments | 2.00 | 400.00 | 800.00 |
| Uddin, Suha | 9/18/26 | Chapter 11 Bankruptcy Tax Advisory and Support | 1.25 | 400.00 | 500.00 |
| Uddin, Suha | 9/22/26 | Intercompany analysis | 0.50 | 400.00 | 200.00 |
| Uddin, Suha | 9/25/26 | Chapter 11 Bankruptcy Tax Advisory and Support | 2.25 | 400.00 | 900.00 |
| | | **TAX-BUS** | | | **2,400.00** |

RRBB ACCOUNTANTS + ADVISORS

RRBB Advisors, LLC
265 Davidson Avenue
Suite 210
Somerset NJ 08873
(908) 231-1000

# Invoice #INVRR0440418

Client ID: RR1108193
PO#:
Date: 10/26/2026

**Bill To**
Andrew Stupin
504 Main Street Group LLC
215 5th Street
Huntington Beach CA 92648
United States

Invoice Amount $945.00

* For total due on account, see aging at bottom of invoice.

| Terms | Partner |
|---|---|
| Due Upon Receipt | Uddin, Suha |

| Item | Period Ending | Amount |
|---|---|---|
| • Review of certain entity structure, loan documents, partnership agreements and related party transactions reported on previously filed tax returns<br>• Review and analysis of prior year LLC partnership tax return filings and related supporting workpapers to determine accuracy, consistency and appropriateness of tax treatment related to the entities' transactions.<br>• Tax research and analysis related to transactions made by various LLCs and the tax implications to Andrew and Julie Stupin resulting from such transactions.<br>• Various discussions and correspondences related to tax positions previously taken and possible tax consequences<br>• See Attached details | | 945.00 |

| | |
|---|---|
| **Subtotal** | $945.00 |
| **Invoice Total** | $945.00 |
| **Invoice Amount Paid** | $0.00 |
| **Invoice Amount Due** | **$945.00** |

| Current | 1-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | Amount Due |
|---|---|---|---|---|---|
| $945.00 | $0.00 | $0.00 | $0.00 | $0.00 | $945.00 |

Invoices are due upon receipt. Your prompt payment is appreciated.
All balances over 30 days old may be assessed a monthly service charge of 1.0%.
Thank you for your business.

To make a payment online please go to: https://rrbb.aiwyn.ai/client-portal

"RRBB" is the brand name under which Rosenberg Rich Baker Berman, P.A. and RRBB Advisors, LLC, and its subsidiary entities, including CFO Financial Partners, LLC, provide professional services. Rosenberg Rich Baker Berman, P.A. and RRBB Advisors, LLC (and its subsidiary entities) practice as an alternative practice structure in accordance with the AICPA Code of Professional Conduct and applicable laws, regulations, and professional standards. Rosenberg Rich Baker Berman, P.A. is a licensed independent CPA firm that provides attest services to its clients, and RRBB Advisors, LLC, and its subsidiary entities provide tax and business consulting services to their clients. RRBB Advisors, LLC, and its subsidiary entities are not licensed CPA firms.



**Office Locations:** Somerset · New York City · Union · Maplewood · Clark · Wall · Martinsville
**View complete office details online**

**Bill To: RR1108193 504 Main Street Group LLC**

**RR1108193 504 Main Street Group LLC // TAX-1065**

| Employee | Date | Billing Description (Memo) | Qty | Rate | Orig Amount |
|---|---|---|---|---|---|
| Le, Tony | 7/24/26 | Reviewing 2024/2025 Books | 2.50 | 210.00 | 525.00 |
| Le, Tony | 7/27/26 | Looked into 2024 Entries for Intercompany Loans | 2.00 | 210.00 | 420.00 |
| | | **TAX-1065** | | | **945.00** |

# EXHIBIT "B"

a. **Suha Uddin is a Tax Partner with over 25 years of public accounting experience, providing accounting and tax advisory services to midsize and closely held businesses and high-net-worth individuals. Her areas of expertise include tax planning, compliance, strategic transactions, accounting for income taxes, U.S.-international tax reporting, federal and state voluntary disclosures, state tax planning, IRS and state tax controversy, multi-state taxation, and other tax matters.**

b. **Evan Czarnomski is a Senior Manager with nine years of public accounting experience serving high-net-worth individuals and large, multistate S corporations and partnerships. His industry experience spans manufacturing and distribution, food and beverage, real estate, and professional services. Evan helps clients navigate complex tax matters with a practical approach tailored to their individual and business needs.**

c. **Tony Le is a Senior Accountant with RRBB with 3 years experience in public accounting. Prior to public accounting, Tony was a revenue agent with the Internal Revenue Service for 3.5 years and a special agent in training with the Internal Revenue Service Criminal Investigations Division for six months.**

d. **Cesar Ramirez is a Staff Accountant working in public accounting for 1 year. Graduated from Rutgers Business School with a degree in Accounting.**

e. **Nick Klimkiewicz is a Manager that focuses his tax practice on trust, estate, and gift taxation. He helps high-net-worth individuals navigate the complexities of trust and estate taxation. Further, Nick provides families and closely-held businesses with quality service relating to generational tax planning and compliance. He assists individuals in the high-risk area of wealth management taxation to ensure the plan best suits their needs.**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034.

A true and correct copy of the foregoing document entitled (*specify*): **FIRST INTERIM APPLICATION OF RRBB ADVISORS, LLC FOR APPROVAL OF FEES AND REIMBURSEMENT OF EXPENSES; DECLARATION OF SUHA UDDIN IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **October 26, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Scott R Albrecht salbrecht@gsaattorneys.com, jackie.nguyen@sgsattorneys.com
- Kyra E Andrassy kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- Raymond H. Aver ray@averlaw.com, averlawfirm@gmail.com;ani@averlaw.com;katya@averlaw.com;jesus@averlaw.com
- Jessica L Bagdanov jbagdanov@bg.law, ecf@bg.law
- John Bistritz jack.bistritz@afslaw.com
- Michael E Bubman mbubman@mbn.law, aacosta@mbnlawyers.com
- Greg P Campbell ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
- Steven Casselberry Steve.Casselberry@procopio.com, jessica.perez@procopio.com;hayden.fredrick@procopio.com;calendaringbankruptcy@procopio.com;genesis.delgado@procopio.com;lauren.hill@procopio.com
- David Coats dacoats@raslg.com
- Marcus Colabianchi mcolabianchi@duanemorris.com, marcus-colabianchi-2595@ecf.pacerpro.com
- Michael G D'Alba mgd@lnbyg.com
- Ryan J DeRose ryan@parkandlim.com, cathy@parkandlim.com,shelley@parkandlim.com
- John-Patrick M Fritz jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com
- Amir Gamliel amir.gamliel@ashurstperkins.com, cmallahi@perkinscoie.com;DocketLA@perkinscoie.com
- Craig S Ganz ganzc@ballardspahr.com, BKTDocket_West@ballardspahr.com;phxlsateam@ballardspahr.com
- Nichole Glowin bankruptcy@zbslaw.com, nglowin@ecf.courtdrive.com
- Robert P Goe rgoe@goeforlaw.com, kmurphy@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com
- David B Golubchik dbg@lnbyg.com, dbg@lnbyg.com
- Arnold L Graff agraff@wrightlegal.net, nvbkfiling@wrightlegal.net;jpowell@wrightlegal.net
- Adam M Greely agreely@fbfk.law, dstolar@vrslaw.net
- Steven T Gubner
- Steven T Gubner sgubner@bg.law, ecf@bg.law
- Sarah Rose Hasselberger shasselberger@marshackhays.com, shasselberger@ecf.courtdrive.com;cbastida@marshackhays.com;alinares@ecf.courtdrive.com
- Golsa Honarfar ghonarfar@rutan.com, dmircheff@rutan.com
- Mark S Horoupian mark.horoupian@gmlaw.com, mhoroupian@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com;karen.files@gmlaw.com;courtmail@gmlaw.com
- Robert B. Kaplan rkaplan@jeffer.com, rbk@ecf.courtdrive.com
- Lior Katz lior@katzlaw.com
- Ira David Kharasch ikharasch@pszjlaw.com
- Benjamin R King bking@loeb.com, karnote@loeb.com;ladocket@loeb.com;bking@ecf.courtdrive.com
- Daniel A Lev daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com;courtmail@gmlaw.com
- Marc A Lieberman marc.lieberman@flpllp.com, addy@flpllp.com,ethan@flpllp.com
- John Allen Livingston jal@lnbyg.com

- Aaron J Malo amalo@sheppardmullin.com, hudenka@sheppard.com;mlinker@sheppard.com
- Sam Maralan sm@maralanlaw.com
- Matthew J Marino mmarino@allenmatkins.com, csandoval@allenmatkins.com
- Kirsten Martinez Kirsten.Martinez@bonialpc.com, Notices.Bonial@ecf.courtdrive.com
- Elissa Miller elissa.miller@gmlaw.com, emillersk@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com;courtmail@gmlaw.com
- Kenneth Misken Kenneth.M.Misken@usdoj.gov
- John A Moe john.moe@dentons.com, kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com
- Michael S Myers myersm@ballardspahr.com, BKTDocket_West@ballardspahr.com;phxlsateam@ballardspahr.com
- Alan I Nahmias anahmias@mbn.law, jdale@mbn.law
- Aram Ordubegian ordubegian.aram@arentfox.com
- Carmela Pagay ctp@lnbyg.com
- David M Poitras dpoitras@bg.law
- Thomas J Polis tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com
- Ronald N Richards ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- Joseph M Rothberg jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com
- Joshua L Scheer jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com
- Daren M Schlecter daren@schlecterlaw.com, assistant@schlecterlaw.com
- Zev Shechtman Zev.Shechtman@saul.com, Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.Bribiesca@saul.com
- Robyn B Sokol robyn.sokol@stinson.com, lydia.moya@stinson.com;dbender@leechtishman.com;jnaiya.herd@stinson.com
- Michael G Spector mgspector@aol.com, mgslawoffice@aol.com
- Richard P Steelman RPS@LNBYG.COM
- Martin W Taylor marty.taylor@bclplaw.com, shawn.williams@bclplaw.com,marty-taylor-5681@ecf.pacerpro.com
- Alan G Tippie Alan.Tippie@gmlaw.com, atippie@ecf.courtdrive.com;Karen.Files@gmlaw.com,patricia.dillamar@gmlaw.com,denise.walker@gmlaw.com
- Jennifer R Tullius jtullius@tulliuslaw.com
- United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
- Christopher A Ward cward@lowenstein.com, lsuprum@lowenstein.com
- Sharon Z. Weiss sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com
- David Wood dwood@marshackhays.com, dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com

**2. SERVED BY UNITED STATES MAIL**: On (*date*) **October 26, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Andrew Stupin
215 5th Street, Suite A
Huntington Beach, CA 92648

Julie Stupin
215 5th Street, Suite A
Huntington Beach, CA 92648

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **October 26, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

None.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| October 26, 2026 | D. Woo | */s/ D. Woo* |
| *Date* | *Printed Name* | *Signature* |