DAVID B. GOLUBCHIK (State Bar No. 185520)
CARMELA T. PAGAY (State Bar No. 195603)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: DBG@LNBYG.COM; CTP@LNBYG.COM

Attorneys for Chapter 11 Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>ANDREW STUPIN and JULIE STUPIN,<br><br>Debtors and Debtors in Possession. | Case No.: 8:26-bk-11202-SC<br><br>Chapter 11 Case<br><br>**FIRST INTERIM APPLICATION OF KENDALL BRILL & KELLY LLP FOR APPROVAL OF FEES AND REIMBURSEMENT OF EXPENSES; DECLARATION OF CHARLES J. SNYDER IN SUPPORT THEREOF**<br><br>Hearing:<br>Date: November 17, 2026<br>Time: 10:00 a.m.<br>Place: Courtroom 5C-Virtual<br>U.S. Bankruptcy Court<br>411 West Fourth Street<br>Santa Ana, CA 92701 |

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE:**

Kendall Brill & Kelly LLP ("KBK"), special tax counsel to Andrew Stupin and Julie Stupin, the debtors and debtors-in-possession herein (the "Debtors"), hereby submits its "*First Interim Application for Approval of Fees and Reimbursement of Expenses*" (the "Application") for services rendered and expenses incurred for the period of May 16, 2026 through September 30, 2026 (the "Covered Period").

## I.

## INTRODUCTORY STATEMENT

### A. Date Of Commencement Of The Debtors' Chapter 11 Case

The Debtors commenced their bankruptcy case by filing a voluntary petition under chapter 11 of title 11 of the United States Code, section 101 *et seq.* (the "Bankruptcy Code") on April 17, 2026 (the "Petition Date"). The Debtors continue to manage their financial affairs and operate their bankruptcy estate as a debtor in possession pursuant to sections 1107 and 1108 of the Bankruptcy Code. On May 21, 2026, the United States Trustee appointed the Official Committee of Unsecured Creditors (the "UCC").

### B. Date Of Entry Of The Order Approving RRBB's Employment And Date Services Commenced.

The Court entered an order approving the Debtors' employment of KBK as their special white-collar and investigations counsel on July 15, 2026. The Debtor's employment of KBK as their special white-collar and investigations counsel was effective as of May 16, 2026.

### C. Summary Of Payment Arrangement And Payments Made To KBK.

As disclosed in KBK's employment application previously approved by the Court, KBK agreed to represent the Debtors in ongoing investigations on an hourly basis at its standard hourly billing rates, which range from $425 – $1,000 depending on the specific skills, abilities and experience represented by each professional.

Within one year of the Petition Date, KBK received payments from Coastline Real Estate Investments ("Coastline") for the benefit of Debtors totaling $34,185.33 for pre-

petition services rendered. Coastline is 100% owned by Andrew Stupin. Additionally, as part of its pre-petition engagement, KBK separately received a $25,000 evergreen retainer from Coastline for the benefit of Debtors. In addition, on Debtors' last pre-petition payment, KBK received an overpayment of $4,894.65. Aside from the foregoing sums, KBK has not received any payment from the Debtors or any third party in connection with the services rendered by KBK in the Debtors' bankruptcy case.

**D. Request For Allowance And Payment Of Fees And Reimbursement Of Expenses.**

During the Covered Period, KBK spent a total of 30.50 hours and incurred fees in the sum of $24,325.00.

Pursuant to Local Bankruptcy Rule 2016-1, by this Application, KBK requests that this Court approve the foregoing fees and authorize the Debtors to pay them from the balance of the prepetition retainer available on the Petition Date in the amount of $29,895.65, which would leave $0 outstanding.

KBK has expended a total of 30.50 hours of recorded time for services rendered during the Covered Period, which amounts to a blended hourly billing rate of $797.54. KBK respectfully submits that its fees incurred in this case are reasonable given the complexity and magnitude of this bankruptcy case.

**E. Prior Fee Applications.**

KBK has not filed any other fee applications in this case. No post-petition fees have been paid by the Debtors to KBK. There are no amounts of fees from prior fee applications remaining to be paid. There are currently no amounts allowed yet reserved pending a final fee application.

**F. Proper Notice.**

KBK is informed that, pursuant to Rule 2002(a)(6) of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 2016-1(c)(3), bankruptcy counsel for the UCC, Pachulski, Stang, Ziehl and Jones LLP, has or will serve notice of this Application and the amount of fees sought herein upon the Office of the United States Trustee, the Debtors, all

///

creditors of the Debtors' bankruptcy estate, and all parties who have requested special notice in the Debtors' bankruptcy case.

## II.

## BACKGROUND OF DEBTORS' CASE AND DESCRIPTION OF SERVICES RENDERED BY KBK

### A. Brief Narrative History And Report Concerning The Status Of Debtors' Case.

Pursuant to Local Bankruptcy Rule 2016-1(a)(1)(A)(iv), KBK respectfully incorporates by reference the narrative history and report concerning the status of the Debtors' bankruptcy case furnished by the Debtors' general bankruptcy counsel, Levene, Neale, Bender, Yoo & Golubchik L.L.P. in its first interim fee application filed concurrently herewith.

### B. Brief Narrative Statement Of Services Rendered.

A summary of the time expended by, and the billing rates of, the particular professionals and paraprofessionals performing services, and the total fees for services performed in this case during the Covered Period is included in **Exhibit "A"** attached hereto. As can be seen from **Exhibit "A,"** KBK's billing statements reflect a format in which the entries are listed in chronological order. **Exhibit "A"** includes all post-petition fees incurred for this case during the Covered Period.

### C. Description of Professional Education and Experience

KBK is comprised of attorneys who are well-qualified to act as the Debtors' special white-collar and investigations counsel, having received numerous honors, including being ranked among the state's top white-collar defense and investigations firms. All attorneys comprising or associated with KBK are admitted to practice law in the California courts and in the United States District Court for the Central District of California. The résumés of KBK's attorneys are collectively attached hereto as **Exhibit "B."**

### D. Source and Amount of Cash Available to Pay KBK's Allowed Fees and Expenses.

KBK is in possession of a retainer that should be sufficient to pay KBK's allowed fees.

///

///

**III.**

**STANDARD OF LAW**

Prior to the enactment of the Bankruptcy Code, the rule with respect to compensation requests in the Ninth Circuit was that the Bankruptcy Court should award attorneys' fees in accordance with a "strict rule of economy test." In re THC Financial Corp., 659 F.2d 951, 955 n.2 (9th Cir.1981), cert. denied, 456 U.S. 977 (1982). This is no longer the law. The legislative history to section 330 of the Bankruptcy Code indicates that Congress was primarily concerned with protecting the public interest in the smooth, efficient operation of the bankruptcy system by encouraging competent bankruptcy specialists to remain in the field. First National Bank of Chicago v. Committee of Creditors Holding Unsecured Claims (In re Powerline Oil Co.), 71 B.R. 767, 770 (9th Cir.B.A.P.1986); In re Baldwin-United Corp., 79 B.R. 321, 346 (Bankr.S.D. Ohio 1987). Toward this end, Congress specifically disavowed notions of economy of administration and provided that compensation in bankruptcy cases should be comparable to what is charged in nonbankruptcy matters. Id. at 346.

Under the lodestar approach, the Court is to determine the number of hours reasonably expended in an attorney's representation of a debtors and multiply such number by a reasonable hourly rate for the services performed. See, Delaware Valley Citizens' Council for Clear Air, 478 U.S. at 565; In re Powerline Oil Co., 71 B.R. at 770. A reasonable hourly rate is presumptively the rate the marketplace pays for the services rendered. Missouri v. Jenkins by Agyei, 491 U.S. 274, 109 S.Ct. 2463, 2469 (1989); Burgess v. Klenske (In re Manoa Finance Co., Inc.) 853 F.2d 687, 691 (9th Cir.1988). Recognizing that the determination of an appropriate "market rate" for the services of a lawyer is inherently difficult, the Supreme Court stated:

> Market prices of commodities and most services are determined by supply and demand. In this traditional sense there is no such thing as a prevailing market rate for the service of lawyers in a particular community. The type of services rendered by lawyers, as well as its experience, skill, and reputation, varies extensively -- even within a law firm. Accordingly, the hourly rates of lawyers in private practice also vary widely. The fees charged often are based

> on the product of hours devoted to the representation multiplied by the lawyer's customary rate.

Blum v. Stenson, 465 U.S. 886, 895 n.11 (1984). The Supreme Court has stated that a reasonable attorney's fee "means a fee that would have been deemed reasonable if billed to affluent plaintiffs by its own attorneys." Missouri v. Jenkins by Agyei, 109 S.Ct. at 2470 (quoting City of Riverside v. Rivera, 477 U.S. 561, 591 (1986) (Rehnquist, J. dissenting)). Accordingly, a reasonable hourly rate is the hourly amount to which attorneys in the area with comparable skill, experience and reputation typically would be entitled as compensation. Blum v. Stenson, 465 U.S. at 895 n.11.

The tax issues that arose in the Debtors' bankruptcy case demand a high level of skill, expertise, and experience by KBK. KBK respectfully submits that its hourly rates in this case for its professionals are reasonable and appropriate in the relevant community, and the fees and expenses incurred by KBK in the Debtors' case during the Covered Period are fair and reasonable.

## IV.

## CONCLUSION

**WHEREFORE**, KBK respectfully requests that this Court enter an order:

(1) allowing KBK's fees on an interim basis, in the amount of $24,325.00;

(2) authorizing KBK to apply the retainer available on the Petition Date, in the amount of $29,895.65 to the allowed fees; and

(3) granting such other and further relief as the Court deems just and proper.

Dated: October 26, 2026

LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.

By: */s/ David B. Golubchik*
DAVID B. GOLUBCHIK
CARMELA T. PAGAY
Attorneys for Chapter 11 Debtors and Debtors in Possession

**DECLARATION OF CHARLES J. SNYDER**

I, CHARLES J. SNYDER, hereby declare as follows:

1. I am a partner with the law firm Kendall Brill & Kelly LLP ("KBK"), which is serving as special white-collar and investigations counsel to Andrew Stupin and Julie Stupin, the debtors and debtors in possession in the above-captioned chapter 11 bankruptcy case (the "Debtors").

2. I have personal knowledge of the facts set forth below and, if called to testify, I could and would testify competently thereto. I make this Declaration in support of the application to which this Declaration is attached (the "Application").

3. KBK maintains a business office located at 10100 Santa Monica Boulevard, Suite 2500, Los Angeles, California 90067.

4. To the best of my knowledge, information and belief, all of the matters stated in the Application are true and correct, and the application complies with all applicable statutes, rules, regulations and procedures.

5. The amounts requested in the Application for compensation of fees and reimbursement of expenses incurred are based on KBK's business records kept in the ordinary course of KBK's business.

6. A true and correct copy of the summary of the time expended by, and the billing rates of, the particular professionals and paraprofessionals performing services, and the total fees for services performed in this case during the covered period is included in **Exhibit "A"** attached hereto.

7. Attached as **Exhibit "B"** hereto is a true and correct copy of the resumes of the attorneys of KBK.

///

///

///

///

///

8. KBK is holding the balance of the prepetition retainer paid by Coastline that can be applied towards KBK's allowed fees.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 25th day of October 2026, at Los Angeles, California.



CHARLES J. SNYDER

# EXHIBIT "A"

FEIN: 26-4605395

*Kendall Brill & Kelly LLP*
**10100 Santa Monica Boulevard, Suite 2500**
**Los Angeles, CA 90067**
**Telephone: 310.556.2700 Fax:310.556.2705**

June 22, 2026

Andrew Stupin

Client/Matter Number: 0940.0002
Re: Comm'l. RE Investments
Invoice Number: 19171

Attention: andrewstupin@gmail.com

**Invoice Summary For Services Rendered Through: May 31, 2026**

[redacted] [redacted]

[redacted] [redacted]

**For Your Convenience You May Wire Payment To:**
**Citibank, NA 787 W. 5th St, 28th Floor LA, CA 90071**
**Routing # 322271724 - Acct #207544503**
**Kendall Brill & Kelly LLP**
**Swift: CITIUS33**

**Privileged Attorney-Client Communication – Do Not Disclose to Third Parties**

| DATE | CODE | DESCRIPTION | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| May 21/26 | CJS | Prepare for and attend call with prosecutors; call with A. Stupin re same | $800.00 | 0.70 | $560.00 |

| | | | | | |
|---|---|---|---|---|---|
| May 22/26 | CJS | Call with J. Stupin re case updates | $800.00 | 0.60 | $480.00 |
| May 23/26 | CJS | Review draft Complaint; correspondence re same | $800.00 | 0.80 | $640.00 |

[redacted] [redacted] [redacted]

| | | | | |
|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

[redacted] [redacted]

[redacted] [redacted]

[redacted]

[redacted] [redacted] [redacted]

[redacted]

[redacted] [redacted]

[redacted]

| | | | |
|---|---|---|---|
| | | [redacted] | [redacted] |
| | [redacted] | | [redacted] |
| [redacted] | [redacted] | | [redacted] |
| [redacted] | [redacted] | [redacted] | |
| | [redacted] | [redacted] | [redacted] |
| | [redacted] | | [redacted] |

FEIN: 26-4605395

*Kendall Brill & Kelly LLP*
**10100 Santa Monica Boulevard, Suite 2500**
**Los Angeles, CA 90067**

**Telephone:310.556.2700 Fax:310.556.2705**

July 13, 2026

Andrew Stupin

Client/Matter Number: 0940.0002
Re: Comm'l. RE Investments
Invoice Number: 19340

Attention: andrewstupin@gmail.com

**Invoice Summary For Services Rendered Through: June 30, 2026**

[redacted] [redacted]

[redacted] [redacted]

**For Your Convenience You May Wire Payment To:**
**Citibank, NA 787 W. 5th St, 28th Floor LA, CA 90071**
**Routing # 322271724 - Acct #207544503**
**Kendall Brill & Kelly LLP**
**Swift: CITIUS33**

**Privileged Attorney-Client Communication – Do Not Disclose to Third Parties**

| DATE | CODE | DESCRIPTION | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| Jun 09/26 | CJS | Call with J. Stupin re case status | $800.00 | 0.20 | $160.00 |
| Jun 10/26 | CJS | Calls with A. Stupin and J. Stupin re M. Makhijani; calls with J. Rothberg re same; correspondence with A. Stupin, J. Rothberg, and M. Byrne re same; review and research Complaint and initial appearance | $800.00 | 4.50 | $3,600.00 |
| Jun 11/26 | CJS | Review final arbitration award in Mo Honaker case; call with A. Stupin re same | $800.00 | 2.90 | $2,320.00 |
| Jun 12/26 | CJS | Review final arbitration award in Mo Honaker case; research re same; call with J. Rothberg re same | $800.00 | 2.50 | $2,000.00 |
| Jun 13/26 | CJS | Research and revise application for employment | $800.00 | 1.10 | $880.00 |
| Jun 15/26 | CJS | Research and correspondence re Makhijani fraud re Coastline Loans, Coastline 901, and Coastline SM; revise application for employment | $800.00 | 2.80 | $2,240.00 |
| Jun 16/26 | RED | Review application to appoint the firm to represent the client in a USAO CDCA criminal investigation with C. Snyder regarding the same | $675.00 | 0.60 | $405.00 |
| Jun 17/26 | CJS | Revise application for employment | $800.00 | 0.40 | $320.00 |
| Jun 22/26 | CJS | Call with M. Byrne re case status | $800.00 | 0.50 | $400.00 |
| Jun 25/26 | CJS | Calls and correspondence re M. Makhijani Indictment | $800.00 | 0.60 | $480.00 |
| | | Totals | | 16.10 | $12,805.00 |

| Name | Code | Rate | Hours | Fees |
|---|---|---|---|---|
| Charles J. Snyder | Partner | $800.00 | 15.50 | $12,400.00 |

| | | | | |
|---|---|---|---|---|
| Robert Dugdale | Partner | $675.00 | 0.60 | $405.00 |

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

**TRUST STATEMENT**

| | Disbursements | Receipts |
|---|---|---|
| [redacted] | | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | | [redacted] |

FEIN: 26-4605395

***Kendall Brill & Kelly LLP***
**10100 Santa Monica Boulevard, Suite 2500**
**Los Angeles, CA 90067**

**Telephone:310.556.2700 Fax:310.556.2705**

August 27, 2026

Andrew Stupin

Client/Matter Number: 0940.0002
Re: Comm'l. RE Investments
Invoice Number: 19536

Attention: andrewstupin@gmail.com

**Invoice Summary For Services Rendered Through: July 31, 2026**

| | |
|---|---|
| [redacted] | [redacted] |
| [redacted] | [redacted] |

**For Your Convenience You May Wire Payment To:**
**Citibank, NA 787 W. 5th St, 28th Floor LA, CA 90071**
**Routing # 322271724 - Acct #207544503**
**Kendall Brill & Kelly LLP**
**Swift: CITIUS33**

**Privileged Attorney-Client Communication – Do Not Disclose to Third Parties**

| DATE | CODE | DESCRIPTION | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| Jul 21/26 | CJS | Call with J. Stupin re title fraud; research re same | $800.00 | 0.30 | $240.00 |
| Jul 22/26 | CJS | Call with J. Stupin re title fraud; research re same | $800.00 | 0.50 | $400.00 |
| Jul 29/26 | CJS | Calls with J. Stupin; research re potential blackmail of Western Alliance and Zions bankers; correspondence re same | $800.00 | 1.10 | $880.00 |
| | | | | | [redacted] |
| | [redacted] | | | [redacted] | [redacted] |
| [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |

[redacted] [redacted]

[redacted] [redacted]

[redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted] [redacted]

[redacted] [redacted]

FEIN: 26-4605395

***Kendall Brill & Kelly LLP***
**10100 Santa Monica Boulevard, Suite 2500**
**Los Angeles, CA 90067**

**Telephone:310.556.2700 Fax:310.556.2705**

September 17, 2026

Andrew Stupin

Client/Matter Number: 0940.0002
Re: Comm'l. RE Investments
Invoice Number: 19629

Attention: andrewstupin@gmail.com

**Invoice Summary For Services Rendered Through: August 31, 2026**

| | |
|---|---|
| [redacted] | [redacted] |
| [redacted] | [redacted] |

**For Your Convenience You May Wire Payment To:**
**Citibank, NA 787 W. 5th St, 28th Floor LA, CA 90071**
**Routing # 322271724 - Acct #207544503**
**Kendall Brill & Kelly LLP**
**Swift: CITIUS33**

**Privileged Attorney-Client Communication – Do Not Disclose to Third Parties**

| DATE | CODE | DESCRIPTION | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| Aug 06/26 | CJS | Calls with J. Stupin re Hotel Laguna loan; research re loan history and payoff | $800.00 | 2.90 | $2,320.00 |
| Aug 10/26 | CJS | Review M. Makhijani bond filings; calls and correspondence with A. Stupin and J. Stupin re same; call with J. Rothberg re same; correspondence re same | $800.00 | 2.50 | $2,000.00 |
| Aug 11/26 | CJS | Calls with J. Stupin re fraud investigation; review Makhijani filings and correspondence re same | $800.00 | 1.20 | $960.00 |
| Aug 14/26 | CJS | Calls with A. Stupin and J. Stupin re case status and Banc of California loan | $800.00 | 0.90 | $720.00 |
| Aug 18/26 | CJS | Research re use of Banc of California loan; calls re bank-employee witnesses | $800.00 | 2.90 | $2,320.00 |
| [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |

[redacted]

[redacted]

| | | |
|---|---|---|
| | [redacted] | [redacted] |
| [redacted] | | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | | [redacted] |

# EXHIBIT "B"

# Charles J. Snyder

*Partner*



310.272.7917
csnyder@kbkfirm.com

With a practice focused on trials, complex litigation, and criminal and regulatory defense, Charles J. Snyder is a versatile trial lawyer who has served as lead or co-lead counsel in some of the Central District of California's most significant and well-known recent cases. Described in the press as "incredibly bold," Mr. Snyder is known for his creativity, technical skill, strategic vision, and relentless commitment to his clients' objectives. These qualities have consistently bent the odds in his clients' favor, leading to high-stakes victories at trial, through motion practice, on appeal, and via favorable settlements and pretrial resolutions.

In criminal and regulatory matters, Mr. Snyder represents companies, lawyers, politicians, executives, entertainers, traders, doctors, and other professionals at all stages of federal and state enforcement proceedings, from pre-charge investigations through appeal. With extensive knowledge of the federal fraud, corruption, and conspiracy statutes, he has defended against allegations of mail, wire, tax, healthcare, immigration, procurement, and securities fraud, as well as kickback, bribery, money-laundering, campaign-finance, identity-theft, RICO, environmental, and other regulatory and process offenses. In several cases, Mr. Snyder has persuaded prosecutors to dismiss, narrow, or never bring criminal charges. In others, he has identified factual and legal defects resulting in suppression, dismissal, or diversion. Where trial is necessary, Mr. Snyder's relentless preparation and credibility in the courtroom have led to acquittals in half of his federal criminal trials.

Mr. Snyder brings the same meticulous focus and trial mindset to civil practice, which allows him to quickly identify issues and narratives that will drive favorable outcomes. Mr. Snyder has represented plaintiffs and defendants in insurance, film financing, and other complex financial disputes, as well as class actions and cases involving intellectual property, unfair competition, securities, employment, contracts, and business torts. Mr. Snyder works to negotiate favorable resolutions as early as possible, but also analyzes and prepares each case as if it were going to trial – a strategy that pays dividends if a favorable agreement is not forthcoming.

Some of Mr. Snyder's representative matters include:

- Securing the dismissal of a 57-count indictment on behalf of a healthcare professional in a case described as the Los Angeles County District Attorney's Office's largest-ever healthcare-fraud prosecution;
- Winning a full acquittal in $20-million federal bank theft case after an eight-day trial where the government presented evidence of the client's prior convictions for the same conduct, two cooperators, and a dozen law-enforcement and expert witnesses;

- Representing Regency Entertainment Inc. and Monarchy Enterprises S.A.R.L in an $18 million film-finance dispute that resulted in a favorable verdict and settlements for all amounts owed;
- Winning a motion to suppress all evidence from searches at four locations leading to the dismissal of a federal indictment and the client's retention of his professional license;
- Traveling to Oklahoma at the request of a federal court and winning a full acquittal after less than an hour of jury deliberations in a case involving an alleged major crime in "Indian Country";
- Securing a complete Ninth Circuit reversal after being retained on appeal by a client convicted of conspiracy, money-laundering, and healthcare-fraud charges;
- Obtaining a rare diversion agreement after extensive litigation in a federal campaign-finance prosecution that enabled the client to walk away without criminal or financial penalties;
- Securing the dismissal of two federal indictments – one after a hearing and another shortly before trial – after uncovering evidence of government misconduct;
- Obtaining another rare diversion agreement for a former aerospace CEO in an alleged government-contracting kickback case;
- Serving as lead trial counsel for nationally prominent plaintiff's attorney Tom Girardi in his closely watched wire-fraud trial;
- Co-leading the defense of former Los Angeles City Councilmember Jose Huizar in his federal racketeering and corruption case.

Outside of his client work, Mr. Snyder has served for nearly a decade as a faculty instructor at NITA, one of the nation's premier trial-training programs, and has frequently trained other lawyers on evidence, trial tactics, and negotiations. He previously spent six years in the Trial Unit of the Federal Public Defender's Office, where he appeared in hundreds of cases and supervised a team of trial lawyers, earning a reputation among judges, prosecutors, and the wider defense bar as a skilled and credible advocate. Before attending law school, Mr. Snyder worked domestically and overseas in the alternative-investment industry.

## Education

**University of California, Los Angeles School of Law, J.D., 2012**

**University of Pennsylvania, B.A. English, 2007**
- Men's Varsity Soccer

## Clerkships

**U.S. District Court, Central District of California, 2014—2015**
- Law Clerk, Hon. George Wu

## Representative Matters

- Won motion to dismiss 57-count indictment charging conspiracy, insurance fraud, and 21 counts of aggravated mayhem, each of which carried a $1 million bond and potential life sentence, in a case described as the Los Angeles County District Attorney's Office's largest-ever healthcare fraud prosecution.
- In a federal case charging $20 million bank theft, obtained a full acquittal following eight-day trial where the government presented evidence of the client's prior convictions for the same conduct, called two cooperating witnesses, and presented testimony from a dozen law-enforcement officers and experts.

- Successfully represented Regency Entertainment Inc. and Monarchy Enterprises S.A.R.L in an $18 million breach of contract lawsuit filed against a group of film financiers, resulting in a favorable verdict and settlements for all amounts owed.
- Won a motion to suppress all evidence from searches at four locations, despite multiple warrants issued by separate judges, resulting in the complete dismissal of a federal indictment and the client's retention of his professional license.
- After accepting an invitation from Oklahoma federal court to defend a client charged with a major crime in "Indian Country," secured complete acquittal after less than an hour of jury deliberations.
- As part of a trial team representing a technology entrepreneur charged with felony extortion, drafted prosecutorial-misconduct motion leading to voluntary dismissal of all charges three weeks into expected four-week trial.
- Won multiple motions for summary judgment on behalf of a major financial institution in cases involving novel claims related to credit reporting in bankruptcy.
- After being retained on appeal, won complete Ninth Circuit reversal for client convicted of federal conspiracy, money-laundering, and healthcare-fraud charges and sentenced to 57-months in prison.
- Following extensive litigation in a federal campaign-finance prosecution, secured a rare diversion agreement for a former campaign staffer, avoiding all criminal liability and financial penalties.
- Following multiple rounds of briefing and a lengthy evidentiary hearing, secured the voluntary dismissal of federal indictment with suppression and misconduct motions pending.
- After uncovering flagrant law-enforcement misconduct during an independent defense investigation, secured the complete dismissal of a federal indictment roughly a month before trial.
- On behalf of former aerospace CEO accused of paying kickbacks, secured a diversion agreement with a motion to dismiss pending, allowing the client to avoid all criminal liability and retain his immigration status.
- In a securities-fraud case involving a $215 million actual loss, secured 42-month noncooperation sentence for a principal execution trader at a failed European hedge fund.
- After presenting evidence of client's innocence, convinced prosecutors to dismiss an indicted money-laundering case filed against employee of major national bank.
- After 15 months without juries, obtained an acquittal in the first post-COVID federal criminal trial in Los Angeles.
- Secured a deferred-prosecution agreement and, later, dismissal for client charged with violating Marine Mammal Protection Act.
- As part of a joint-defense team, persuaded prosecutors to allow statute of limitations to lapse on potential forced-labor charges against prominent individuals connected to the fashion industry.
- Represented student cleared of wrongdoing in Title IX disciplinary proceeding related to the *Varsity Blues*.
- Represented major engineering firm in SEC investigation relating to alleged corruption in Russia, resulting in no action being taken against the company.
- Represented multiple insurance companies in federal class actions relating to bonus annuity products.
- Served as co-lead counsel for Los Angeles City Councilmember Jose Huizar in connection with his widely publicized federal corruption and RICO charges.
- Led the defense of prominent former plaintiff's attorney Tom Girardi in his federal wire-fraud trial.
- Represented a tax preparer in his trial for allegedly preparing of false returns.
- Defended a doctor at trial against allegation of bribing a federal agent.

## Recognitions and Affiliations

- National Institute for Trial Advocacy, Faculty Instructor
- *Southern California Super Lawyers* – Rising Star (White Collar Crimes), 2017 – 2019
- Member, *Law360* White Collar Editorial Advisory Board, 2023

## Bar and Court Admissions

- **State Bar of California, 2012**
- **U.S. Supreme Court**
- **U.S. Court of Appeals for the Ninth Circuit**
- **U.S. District Courts**
  Central, Southern, and Northern Districts of California

## Publications & Appearances

- "*Defense Strategy in High Profile, High Pressure Cases*," 2025 Annual Criminal Law Seminar, Federal Bar Association (Orange County)
- "Moneyball Lawyering," 65 ARK. L. REV. 837 (2013)

## Prior to Kendall Brill & Kelly

- **Federal Public Defender's Office, Central District of California**
  Supervisory Deputy Federal Public Defender, 2024 – 2025
  Deputy Federal Public Defender, 2019 – 2024
- **Kendall Brill & Kelly LLP**
  Attorney, 2018 – 2019
- **Cohen Williams LLP**
  Litigation Associate, 2015 – 2018
- **Reed Smith, LLP**
  Litigation Associate, 2013 – 2014
- **Pacific Alternative Asset Management Company (PAMCO)**
  Analyst, 2007 – 2009

Kendall Brill Kelly



# Robert Edward Dugdale

*Partner*



310.272.7904
rdugdale@kbkfirm.com

With extensive knowledge of the federal system, Robert E. Dugdale is widely recognized as one of the region's best trial lawyers. He has been the lead attorney or associate counsel on more than 25 trials and has successfully argued in excess of 20 cases before the Ninth Circuit Court of Appeals.

Named one of California's Top 100 Lawyers by the state's leading legal publication, *The Daily Journal*, Mr. Dugdale has successfully represented numerous celebrity clients and business leaders in criminal matters and investigations leading to no charges and no publicity about those investigations. As a former federal prosecutor who specializes in criminal and civil government investigations and litigation, internal investigations, and civil fraud investigations, Mr. Dugdale has successfully represented individuals facing criminal investigations for mail and wire fraud, bribery, racketeering offenses, civil rights violations, money laundering, and currency smuggling, as well as corporate clients and individuals facing False Claims Act lawsuits and *qui tam* matters, investigations related to government contracts and grants, subpoenas and civil investigative demands, whistleblower claims, and parallel criminal and civil investigations.

Mr. Dugdale's extensive experience in the public sector has also made him a lawyer who public entities frequently seek assistance from as outside counsel to help address their legal problems, and, in this vein, Mr. Dugdale has been retained by cities, counties, state agencies, and even countries to defend and consult on civil rights cases, to oversee compliance with consent decrees, to provide advice regarding conflicts with state and federal law, and to assist in repatriating money looted by kleptocrats.

A diligent and determined advocate for his clients, Mr. Dugdale has also represented businesses and individuals in complex civil litigation involving disputes alleging contractual breaches, financial wrongdoing, civil RICO allegations, breaches of fiduciary duties, the misappropriation of trade secrets, computer crimes, and breaches of privacy.

Before joining Kendall Brill & Kelly, Mr. Dugdale served more than 19 years as a trial attorney and supervisor of some of the most significant cases prosecuted by the U.S. Attorney's Office in the Central District of California. He was the Chief Assistant U.S. Attorney for Trials, Integrity, and Professionalism and, prior to that, he was the Chief of the Criminal Division, a position in which he oversaw the work of approximately 200 federal prosecutors in the second largest U.S. Attorney's Office in the nation.

Mr. Dugdale also received numerous accolades as a federal prosecutor, including being named "California Lawyer of the Year" by *California Lawyer magazine* and receiving the Attorney General's Award, the highest honor given to a Department of Justice Employee.

## Education

**University of Southern California Gould School of Law, J.D., 1993**

**Northwestern University, B.A., Economics, 1990**

## Representative Matters

**Criminal Defense and Investigations, Internal Investigations, and *Qui Tam* Litigation**

- Secured a declination of criminal charges for a client following a multi-year investigation of alleged timecard fraud at the Waste Treatment and Immobilization Plant in Southeastern Washington.
- Obtained the dismissal of a $20 million *qui tam* action alleging that a national construction company had engaged in bid-rigging, had improperly obtained projects from the federal government through programs designed to benefit small minority businesses, and had falsified costs associated with its projects.
- Obtained the declination of criminal charges against a former Navy captain following a five-year investigation into allegations that the client oversaw government contractors who overbilled the United States Air Force by inflating the hours they worked to support a drone program located at a Middle East air base.
- Obtained the declination of criminal charges against the former President of a prominent Southern California card club targeted for alleged money laundering and currency reporting violations.
- Obtained the declination of criminal charges against a prominent public official investigated by the FBI for honest services fraud.
- Represented the subject of a federal investigation questioned by the Drug Enforcement Administration in connection with the death of the late pop star Prince. No charges were filed against the client.
- Obtained the diversion and eventual dismissal of charges against a Southern California businessman charged with federal money laundering and currency reporting offenses.
- Represented the chief financial officer and the chief compliance officer of a global supplier of used computer network equipment in connection with their successful efforts to convince the Department of Justice that his company had complied with the requirements of a deferred prosecution agreement, and thus should not face criminal charges for its alleged involvement in a discount fraud scheme.
- Advocated to the Department of Justice on behalf of the government of Malaysia for the return of billions of dollars misappropriated by former Malaysian officials and their associates as part of the largest kleptocracy case ever pursued by the United States government.
- Provided legal advice to government entities and businesses in California regarding the implementation of Proposition 64 and navigating the conflicts between California's Adult Use and Marijuana Act and federal drug laws.

**Complex Civil Litigation and Trials**

- Representing the County of Los Angeles and the L.A. County Sheriff in connection with a high-profile and long-running civil rights case; ensuring compliance with a consent decree governing the operations of the Los Angeles County Jail system.
- Representing prominent American attorney David Boies and his law firm in connection with claims brought by actress Rose McGowan concerning Boies' representation of Harvey Weinstein.
- Represented a large business management firm in litigation that led to the bank with the firm's accounts repaying a portion of funds stolen from the firm by an executive.
- Representing the estate of the late world-renowned singer and songwriter Jenni Rivera in a $10 million lawsuit over the violations of a non-disclosure agreement by Ms. Rivera's former business manager.
- Representing a digital media company in a lawsuit brought against the company's former CEO alleging the misappropriation of millions of dollars from the company and the misappropriation of the company's trade secrets.
- Successfully resolved civil rights claims brought against a police officer falsely accused of sexual assault.
- Obtained the dismissal of a lawsuit brought against an online magazine and its President alleging civil RICO claims.
- Represented the former CEO and founder of a Los Angeles-based talent and literary agency in legal

proceedings that led to the recovery of money that had been stolen by one of the corporate officers of the agency he led.

- Represented Pabst Brewing Company in a lawsuit centered on whether the rapper Snoop Dogg was entitled to claim a portion of the proceeds from a stock-sale transaction in which a private equity group acquired all of the stock of Pabst's parent company. The case was settled.
- Served as a member of a litigation team that secured a victory for the Hammer Museum in litigation that was brought by the niece of the late wife of oil tycoon Armand Hammer. She had alleged that she was the rightful heir to $400 million of his fortune, including a sizable share of the art housed in the UCLA-managed museum bearing Hammer's name. The judge granted summary judgment in favor of the museum.
- Wrote the successful pleadings on behalf of the National Basketball Association that led to the dismissal of a lawsuit in which the plaintiff contended that rights she retained from the NBA Players Association entitled her to compensation for the use of animated NBA players' likenesses in several popular video games licensed by the NBA.

**Cybercrime**

- Supervised the prosecution of a group of Chinese operatives who hacked into computer systems that belonged to Boeing and various other defense contractors for the purpose of stealing sensitive military technology and other trade secrets.
- Supervised the investigation of the 2014 computer intrusion into Sony Pictures Entertainment, which President Obama attributed to the North Korean government. As a result of the work Mr. Dugdale oversaw during this investigation, the President increased and initiated new sanctions against North Korea.

**International Money Laundering**

- Led operations that targeted trade-based money laundering that occurred in the downtown Los Angeles Fashion District that garnered nationwide attention and led to the seizure of over $150 million in criminal proceeds and some of the largest seizures of bulk cash in the history of American law enforcement.

**Insider Trading**

- Supervised the successful prosecution of a former high-ranking KPMG executive for insider trading. The executive admitted that in exchange for cash and gifts he had passed along sensitive information about the accounting firm's clients to a friend, whose subsequent trading on inside information related to those clients had netted him over $1.27 million in illegal profits. This executive was sentenced to 14 months in prison.

**Public Corruption**

- Supervised the successful prosecution of 19 former members of the Los Angeles County Sheriff's Department convicted of various civil rights and corruption offenses in one of the largest cases targeting wrongdoing in a law enforcement agency brought in the Central District of California's history. Among those prosecuted as a result of this investigation were former Los Angeles County Sheriff Leroy Baca and former Los Angeles County Undersheriff Paul Tanaka, who was formerly the second-highest ranking member of the Sheriff's Department. Along with eight other deputies of various ranks, both Baca and Tanaka were convicted of obstruction of justice for engineering a conspiracy that unsuccessfully tried to thwart an FBI investigation into inmate abuse and corruption within the Los Angeles County Jail system. In addition, nine other deputies were convicted of charges related to the illegal use of force within the Los Angeles County Jail system, offenses related to the possession of illegal firearms, and bribery offenses.

**Protecting Victims of Violent Crime**

- Oversaw an aggressive violence-reduction program that targeted organized criminal groups that were operating on a regional, national, and international level and routinely engaged in acts of violence and financial crimes on a massive scale. Under Mr. Dugdale's leadership and, in many cases, his direct involvement as trial counsel, the U.S. Attorney's Office brought significant cases against the Mexican Mafia, the Sinaloa Cartel, the Aryan Brotherhood, the Mongols Outlaw Motorcycle Gang, and a number of other transnational criminal enterprises. Crimes by such groups noticeably diminished as a result of these prosecutions, and during the eight year period that Mr. Dugdale served as the Chief of the Violent Crime Section and the Chief of the Criminal Division at the U.S. Attorney's Office, incidents of violent crime in the Central District of California fell for eight consecutive years and eventually reached the lowest numbers seen in the district in decades.
- Supervised the successful investigation and trial of more than 90 defendants in the largest organized crime prosecution that targeted Eurasian criminal enterprise brought in the history of the DOJ. This prosecution targeted the Armenian Power enterprise,

a violent and sophisticated organized crime group responsible for numerous acts of violence and schemes that defrauded tens of thousands of victims out of tens of millions of dollars. The defendants were convicted of or pleaded guilty to extortion, kidnapping, racketeering, bank fraud, obstruction of justice, and other charges that netted sentences that exceeded 25 years or more against the leaders of this organization.

- Served as lead counsel on a case that involved members of a Russian kidnapping-murder ring that abducted and brutally murdered five LA residents in the six months following the 9/11 terrorist attacks. The eight-month trial featured the testimony of 135 witnesses called by the government and the introduction of over 4,000 exhibits. The jury concluded that the two defendants on trial should receive the death penalty, the first federal death penalty verdicts returned by a jury in the Central District of California in over 60 years.
- Managed dozens of successful prosecutions targeting large, well-entrenched street gangs that were involved in all manners of serious crime that qualified as federal offenses, including drug trafficking, fraud, the sexual exploitation of children, firearms trafficking, bank robberies, kidnappings, and murder.
- Created and implemented an anti-gang program throughout the Central District of California that decimated dozens of street gangs through large-scale Racketeer Influenced and Corrupt Organizations Act (RICO) Act prosecutions. This program has been credited with contributing to radical declines in gang-related crime over the past eight years in the Central District of California and has become a model that the DOJ urged other U.S. Attorney's Offices throughout the nation to emulate.
- Coordinated the efforts of the Southern California Regional Sexual Assault and Exploitation Felony Enforcement (SAFE) Team, a multi-agency and multi-jurisdictional task force that is dedicated to the investigation, apprehension, and prosecution of those engaged in offenses that involve the sexual abuse of children, child prostitution, and child pornography, with a special emphasis on sexual predators and large-scale distributors of child pornography over the Internet.

## Recognition and Affiliations

- *Chambers USA*, Leading Lawyer in California Litigation: White-Collar Crime & Government Investigations, 2021—present
- *Daily Journal*, Top White Collar Lawyers, 2020—present
- *Daily Journal*, Top 100 Lawyers in California, 2016
- *California Lawyer*, California Lawyer Attorney of the Year (CLAY) Award, 2008
- *Lawdragon*, 500 Leading Litigators in America, 2022—present
- *The Best Lawyers in America*, Criminal Defense: White-Collar, 2014—present
- Two U.S. Department of Justice Director's Awards, 2007 and 2015
  The second highest honor awarded to a Department of Justice employee
- Drug Enforcement Agency (DEA) Administrator's Award, 2002
- U.S. Attorney General's Award, 2000
  The highest honor awarded to a Department of Justice employee
- Board Member, Federal Bar Association, Los Angeles Chapter, 2018—present
- U.S. Attorney General's Capital Case Review Committee, member, 2008–2012
- U.S. Attorney General Criminal Chiefs Working Group, Ninth Circuit's Representative, 2014–2015

## Publications and Appearances

- "A Bitt[n]er Pill to Swallow", Los Angeles Daily Journal, 2022
- National Advocacy Center (NAC): Mr. Dugdale has served on a number of occasions as a lecturer on trial advocacy issues at the National Advocacy Center, which is the primary training facility utilized by the DOJ to train federal prosecutors nationwide.
- Federal Law Enforcement Training Center (FLETC): Mr. Dugdale traveled to several foreign countries, including several emerging democracies that are engaged in reforming their criminal justice systems, on behalf of the Federal Law Enforcement Training Center to provide training to judges and prosecutors on the workings of the American criminal justice system and on issues that arise during complex criminal prosecutions.
- Served as an Adjunct Professor teaching Trial Advocacy at the University of Southern California Gould School of Law since 2014.

## Prior to Kendall Brill & Kelly

- **U.S. Attorney's Office, Central District of California, 1997–2016**
  Chief Assistant U.S. Attorney for Trials, Integrity, and Professionalism; Chief of the Criminal Division; Chief of the Violent and Organized Crime Section; Deputy Chief of the Organized Crime and Terrorism Section; Deputy Chief of the General Crimes Section
- **Skadden Arps, Slate, Meagher, and Flom LLP, 1992–1997**
  Litigation Associate, Law Clerk

## Bar and Court Admissions

- **California**
- **U.S. District Courts**
  Central and Northern Districts of California
- **U.S. Court of Appeals for the Ninth Circuit**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034.

A true and correct copy of the foregoing document entitled (*specify*): **FIRST INTERIM APPLICATION OF KENDALL BRILL & KELLY LLP FOR APPROVAL OF FEES AND REIMBURSEMENT OF EXPENSES; DECLARATION OF CHARLES J. SNYDER IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **October 26, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Scott R Albrecht salbrecht@gsaattorneys.com, jackie.nguyen@sgsattorneys.com
- Kyra E Andrassy kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- Raymond H. Aver ray@averlaw.com, averlawfirm@gmail.com;ani@averlaw.com;katya@averlaw.com;jesus@averlaw.com
- Jessica L Bagdanov jbagdanov@bg.law, ecf@bg.law
- John Bistritz jack.bistritz@afslaw.com
- Michael E Bubman mbubman@mbn.law, aacosta@mbnlawyers.com
- Greg P Campbell ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
- Steven Casselberry Steve.Casselberry@procopio.com, jessica.perez@procopio.com;hayden.fredrick@procopio.com;calendaringbankruptcy@procopio.com;genesis.delgado@procopio.com;lauren.hill@procopio.com
- David Coats dacoats@raslg.com
- Marcus Colabianchi mcolabianchi@duanemorris.com, marcus-colabianchi-2595@ecf.pacerpro.com
- Michael G D'Alba mgd@lnbyg.com
- Ryan J DeRose ryan@parkandlim.com, cathy@parkandlim.com,shelley@parkandlim.com
- John-Patrick M Fritz jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com
- Amir Gamliel amir.gamliel@ashurstperkins.com, cmallahi@perkinscoie.com;DocketLA@perkinscoie.com
- Craig S Ganz ganzc@ballardspahr.com, BKTDocket_West@ballardspahr.com;phxlsateam@ballardspahr.com
- Nichole Glowin bankruptcy@zbslaw.com, nglowin@ecf.courtdrive.com
- Robert P Goe rgoe@goeforlaw.com, kmurphy@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com
- David B Golubchik dbg@lnbyg.com, dbg@lnbyg.com
- Arnold L Graff agraff@wrightlegal.net, nvbkfiling@wrightlegal.net;jpowell@wrightlegal.net
- Adam M Greely agreely@fbfk.law, dstolar@vrslaw.net
- Steven T Gubner
- Steven T Gubner sgubner@bg.law, ecf@bg.law
- Sarah Rose Hasselberger shasselberger@marshackhays.com, shasselberger@ecf.courtdrive.com;cbastida@marshackhays.com;alinares@ecf.courtdrive.com
- Golsa Honarfar ghonarfar@rutan.com, dmircheff@rutan.com
- Mark S Horoupian mark.horoupian@gmlaw.com, mhoroupian@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com;karen.files@gmlaw.com;courtmail@gmlaw.com
- Robert B. Kaplan rkaplan@jeffer.com, rbk@ecf.courtdrive.com
- Lior Katz lior@katzlaw.com
- Ira David Kharasch ikharasch@pszjlaw.com
- Benjamin R King bking@loeb.com, karnote@loeb.com;ladocket@loeb.com;bking@ecf.courtdrive.com
- Daniel A Lev daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com;courtmail@gmlaw.com
- Marc A Lieberman marc.lieberman@flpllp.com, addy@flpllp.com,ethan@flpllp.com
- John Allen Livingston jal@lnbyg.com

- Aaron J Malo amalo@sheppardmullin.com, hudenka@sheppard.com;mlinker@sheppard.com
- Sam Maralan sm@maralanlaw.com
- Matthew J Marino mmarino@allenmatkins.com, csandoval@allenmatkins.com
- Kirsten Martinez Kirsten.Martinez@bonialpc.com, Notices.Bonial@ecf.courtdrive.com
- Elissa Miller elissa.miller@gmlaw.com, emillersk@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com;courtmail@gmlaw.com
- Kenneth Misken Kenneth.M.Misken@usdoj.gov
- John A Moe john.moe@dentons.com, kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com
- Michael S Myers myersm@ballardspahr.com, BKTDocket_West@ballardspahr.com;phxlsateam@ballardspahr.com
- Alan I Nahmias anahmias@mbn.law, jdale@mbn.law
- Aram Ordubegian ordubegian.aram@arentfox.com
- Carmela Pagay ctp@lnbyg.com
- David M Poitras dpoitras@bg.law
- Thomas J Polis tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com
- Ronald N Richards ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- Joseph M Rothberg jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com
- Joshua L Scheer jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com
- Daren M Schlecter daren@schlecterlaw.com, assistant@schlecterlaw.com
- Zev Shechtman Zev.Shechtman@saul.com, Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.Bribiesca@saul.com
- Robyn B Sokol robyn.sokol@stinson.com, lydia.moya@stinson.com;dbender@leechtishman.com;jnaiya.herd@stinson.com
- Michael G Spector mgspector@aol.com, mgslawoffice@aol.com
- Richard P Steelman RPS@LNBYG.COM
- Martin W Taylor marty.taylor@bclplaw.com, shawn.williams@bclplaw.com,marty-taylor-5681@ecf.pacerpro.com
- Alan G Tippie Alan.Tippie@gmlaw.com, atippie@ecf.courtdrive.com;Karen.Files@gmlaw.com,patricia.dillamar@gmlaw.com,denise.walker@gmlaw.com
- Jennifer R Tullius jtullius@tulliuslaw.com
- United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
- Christopher A Ward cward@lowenstein.com, lsuprum@lowenstein.com
- Sharon Z. Weiss sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com
- David Wood dwood@marshackhays.com, dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com

**2. SERVED BY UNITED STATES MAIL**: On (*date*) **October 26, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Andrew Stupin
215 5th Street, Suite A
Huntington Beach, CA 92648

Julie Stupin
215 5th Street, Suite A
Huntington Beach, CA 92648

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **October 26, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

None.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| October 26, 2026 | D. Woo | */s/ D. Woo* |
| *Date* | *Printed Name* | *Signature* |