DAVID GOLUBCHIK (State Bar No. 185520)
dbg@lnbyg.com
CARMELA T. PAGAY (State Bar No. 195603)
ctp@lnbyg.com
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244

Attorneys for Debtor and Debtor in Possession

FILED & ENTERED

NOV 04 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

In re:

ANDREW STUPIN and JULIE STUPIN,

Debtors and Debtors in Possession.

Case No.: 8:26-bk-11202-SC

Chapter 11 Case

**ORDER APPROVING APPLICATION OF CHAPTER 11 DEBTORS TO EMPLOY LA REAL ESTATE GROUP, INC. AS REAL ESTATE BROKER**

[No hearing required unless requested]

The Court, having read and considered the application ("Application") [Doc 326] filed by Andrew Stupin and Julie Stupin, debtors and debtors in possession in the above-referenced chapter 11 bankruptcy case (the "Debtors"), for entry of an order, pursuant to 11 U.S.C. §§ 327(a) and 328, to employ LA Real Estate Group, Inc. ("LREG") as real estate broker and the supplements [Doc 336, 365, 396] and statement of disinterestedness related thereto [Doc 397], no opposition to the Application having been filed, and having found that (1) notice of the Application was proper and adequate, (2) LREG does not hold or represent any interest adverse to the Debtors' estate, (3) LREG is "disinterested," as that term is defined in 11 U.S.C. § 101(14), and (4) LREG's employment is in the best interest of the Debtors' estate; and for other good cause appearing,

**IT IS HEREBY ORDERED** that the Application is approved.

**IT IS FURTHER ORDERED** that the Debtors' employment of LREG as their real estate broker to market and sell the real property located at 818 Palm Avenue, Huntington Beach, pursuant to 11 U.S.C. § 327(a) with compensation pursuant to 11 U.S.C. § 328, is approved upon the terms set forth in the Application, with such employment to be effective as of August 27, 2026.

# # #

Date: November 4, 2026

Scott C. Clarkson
United States Bankruptcy Judge