STEVEN T. GUBNER – Bar No. 156593
DAVID M. POITRAS – Bar No. 141309
JESSICA L. BAGDANOV – Bar No. 281020
BG LAW LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone: (818) 827-9000
Facsimile: (818) 827-9099
Email: sgubner@bg.law
dpoitras@bg.law
jbagdanov@bg.law

Attorneys for Gerald J. Marcil, individually
And together with Carol L. Marcil, Trustees of
The Marcil Family Trust Dated May 9, 1997

FILED & ENTERED

NOV 06 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>ANDREW STUPIN & JULIE STUPIN,<br><br>Debtors. | Case No. 8:26-bk-11202-SC<br><br>Chapter 11<br><br>**ORDER APPROVING SECOND STIPULATION TO EXTEND DEADLINE TO FILE NONDISCHARGEABILITY COMPLAINT PURSUANT TO 11 U.S.C. § 523** |

The Court, having reviewed and considered the *Second Stipulation to Extend Deadline to File Nondischargeability Complaint Pursuant to 11 U.S.C. § 523* [Doc. 433] (the "Stipulation"), entered into by and between Andrew Stupin and Julie Stupin, chapter 11 debtors in possession herein (the "Debtors"), on the one hand, and Creditor Gerald J. Marcil, individually and together with Carol



ORDER#1516242#17484A60-CEC8-4363-A30C-31375CB66EAE

L. Marcil, Trustees of the Marcil Family Trust Dated May 9, 1997 (collectively, "Marcil"), on the other hand, and good cause appearing therefor,

IT IS HEREBY ORDERED that the Stipulation is approved.

IT IS FURTHER ORDERED that the deadline to file a nondischargeability complaint against the Debtors pursuant to 11 U.S.C. § 523 is extended as to Marcil only through and including February 26, 2027, without prejudice to Marcil seeking further extensions of the deadline to file a nondischargeability complaint by either a further stipulation or a noticed motion.

IT IS SO ORDERED.

###

Date: November 6, 2026

Scott C. Clarkson
United States Bankruptcy Judge